**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Federal Trade Commission | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:19-cv-02281-K |
| | § | |
| | § | |
| Match Group, Inc. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

the Federal Trade Commission_____, with offices at

1999 Bryan St., Suite 2100_____
(Street Address)

Dallas_____     Texas_____     75201_____
(City)                                                              (State)                        (Zip Code)

214-979-9362_____     214-953-3079_____
(Telephone No.)                                               (Fax No.)

**II.**     Applicant will sign all filings with the name Matthew Wilshire_____.

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

the Federal Trade commission

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 483702_____    Admission date: October 17, 2003_____

<table>
<tr><td>For Court Use Only.<br>Bar Status Verified:<br><br>_____</td></tr>
</table>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                     Case No. And Style:

_____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

Zachary Keller_____ , who has offices at

1999 Bryan St., Suite 2150_____
(Street Address)

Dallas_____        TX_____        75201_____
(City)                                     (State)                (Zip Code)

214-979-9382_____        214-953-3079_____
(Telephone No.)                            (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   25th   day of September_____ , 2019_____ .

Matthew Wilshire
_____
Printed Name of Applicant

_____
Signature



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Matthew J Wilshire*

was duly qualified and admitted on October 17, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 25, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership