AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Federal Trade Commission<br>*Plaintiff*<br>v.<br>Match Group Inc<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:19-cv-02281-K |

## Summons in a Civil Action

**TO:** Match Group Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Zachary Keller
Harwood Center
1999 Bryan St Suite 2150
Suite 2150
Dallas, TX 75201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 09/25/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:19-cv-02281-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Match Group Inc.__
was received by me on *(date)* __9-25-19__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Kim Hightower, SOP Intake Associate__, who is designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation System, Registered Agent for Match Group Inc__ on *(date)* __9-26-19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ __100.00__ for travel and $ _____ for services, for a total of $ __100.00__

I declare under penalty of perjury that this information is true.

Date: __9-26-19__

_Carol Tharp_
Server's signature

__Carol Tharp    PSC1222 Exp 4-30-20__
Printed name and title

__P.O. Box 151463__
__Arlington, TX 76015__
Server's address

Additional information regarding attempted service, etc: