IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | Case No. 3:19-CV-02281<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR THE PLAINTIFF FEDERAL TRADE COMMISSION |

    Notice is hereby given that M. Hasan Aijaz and Matthew Wilshire hereby enter their appearance as additional attorneys of record for Plaintiff, Federal Trade Commission, in all further proceedings in this cause of action and request that all future notices from the Court, copies, and pleadings sent to the parties in interest be sent to them at the following address:

    M. Hasan Aijaz
    Virginia Bar No. 80073
    (214) 979-9386 (telephone)
    maijaz@ftc.gov
    Matthew Wilshire
    District of Columbia Bar No. 483702
    (214) 979-9362 (telephone)
    mwilshire@ftc.gov

    1999 Bryan Street, Suite 2150
    Dallas, Texas 75201
    (214) 953-3079 (fax)

Dated: October 9, 2019					Respectfully submitted,

								*/s/ M. Hasan Aijaz*
								M. HASAN AIJAZ
								MATTHEW WILSHIRE
								Federal Trade Commission
								1999 Bryan St. Ste. 2150
								Dallas, Texas 75201
								T: (214) 979-9386 (Aijaz)
								T: (214) 979-9362 (Wilshire)
								Email: maijaz@ftc.gov; mwilshire@ftc.gov
								Attorneys for Plaintiff
								FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of October, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sends a "Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice as service of this document by electronic means.

                                                */s/ M. Hasan Aijaz*
                                                M. Hasan Aijaz