AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:19-cv-02281-K |
| Match Group, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Match Group, Inc.

Date: 10/16/2019

*Attorney's signature*

Angela C. Zambrano, Texas Bar No. 24003157
*Printed name and bar number*

Sidley Austin LLP
2021 McKinney Avenue, Ste 2000
Dallas, TX 75201
*Address*

angela.zambrano@sidley.com
*E-mail address*

(214) 981-3405
*Telephone number*

(214) 981-3400
*FAX number*