IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>                Defendant. | Civil Action No. 3:19-cv-02281 |

**DEFENDANT'S UNOPPOSED MOTION FOR APPROVAL TO
FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

Defendant Match Group, Inc. ("Match") moves unopposed for a five-page extension to the page limit for the brief in support of its upcoming Motion to Dismiss. In support of this request, Defendant respectfully states the following:

1. Plaintiff filed this action on September 25, 2019, and summons was executed on Match on September 26, 2019.

2. Defendant must respond to the Complaint by Thursday, October 17, 2019.

3. Defendant is moving to dismiss the Complaint based on Federal Rule of Civil Procedure 12(b)(6). The Complaint challenges four former practices purportedly taken by Match Group, Inc. Because there are multiple reasons why the Complaint should be dismissed as a matter of law, Match respectfully submits that the Court and Parties would benefit from a page-limit extension by allowing for a more thorough presentation of the multiple important issues implicated by the motion.

4. Match respectfully submits that these circumstances justify a five-page extension to the 25-page limit for the briefing. The FTC does not oppose this request.

5. Match is not seeking an extension of its response date. The brief relating to this Motion will be finalized and submitted through ECF on October 17, 2019.

WHEREFORE, Defendant respectfully requests that this Court extend the page limit for the brief in support of its forthcoming motion to dismiss by five pages.

Date: October 16, 2019                              By: */s/ Angela C. Zambrano*
                                                                   Angela C. Zambrano
                                                                   State Bar No. 24003157
                                                                   angela.zambrano@sidley.com
                                                                   David Sillers
                                                                   State Bar No. 24072341
                                                                   dsillers@sidley.com
                                                                   SIDLEY AUSTIN LLP
                                                                   2021 McKinney Ave, Suite 2000
                                                                   Dallas, TX 75201
                                                                   Telephone: 214.981.3300
                                                                   Fax: 214.981.3400

                                                                   Chad S. Hummel *(Pro Hac Pending)*
                                                                   chummel@sidley.com
                                                                   SIDLEY AUSTIN LLP
                                                                   1999 Avenue of the Stars, 17th Floor
                                                                   Los Angeles, CA 90067
                                                                   Telephone: 310.595.9500
                                                                   Fax: 310.595.9501

                                                                   *Attorneys for Match Group, Inc.*

## CERTIFICATE OF CONFERENCE

On October 14 and October 15, 2019, I conferred with Zachary Alexander Keller, attorney for Plaintiff, and he indicated that Plaintiff is unopposed to this motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

3

## **CERTIFICATE OF SERVICE**

On October 16, 2019, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas.  I hereby certify that I have served the document on all counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Angela C. Zambrano*
Angela C. Zambrano
