IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>       Defendant. | Civil Action No. 3:19-cv-02281 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of Match Group, Inc.'s unopposed motion for extension of the page limit for the brief in support of Match Group Inc.'s motion to dismiss, it is hereby ORDERED that the motion is GRANTED. Match Group, Inc. is hereby permitted to file a brief in support of its motion to dismiss of no more than 30 pages long.

                _____
                Honorable Ed Kinkeade
                United States District Judge