AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:19-cv-02281-K |
| Match Group, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Match Group, Inc.

Date:      10/16/2019

_____
*Attorney's signature*

David Y. Sillers, Texas Bar No. 24072341
*Printed name and bar number*

Sidley Austin LLP
2021 McKinney Avenue, Ste 2000
Dallas, TX 75201

*Address*

dsillers@sidley.com
*E-mail address*

(214) 969-3520
*Telephone number*

(214) 981-3400
*FAX number*