UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Federal Trade Commission<br>*Plaintiff*<br><br>v.<br><br>Match Group, Inc.<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 3:19-cv-02281<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Sidley Austin LLP                                                  , with offices at

1999 Avenue of the Stars, 17th Floor
(Street Address)

Los Angeles                                CA                  90067
(City)                                     (State)             (Zip Code)

310-595-9500                               310-595-9501
(Telephone No.)                            (Fax No.)


II.   Applicant will sign all filings with the name  Chad S. Hummel                          .

III.   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Match Group, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 139055        Admission date: 12/12/88

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC Northern Dist. of CA | 8/10/15 | Active |
| USDC Central Dist. of CA | 1/27/89 | Active |
| Ninth Circuit Court of Appeals | 12/4/90 | Active |
| U.S. Supreme Court | 4/2/12 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____   _____   _____
(City)                (State)     (Zip Code)

_____         _____
(Telephone No.)            (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 16th day of October, 2019.

Chad S. Hummel
Printed Name of Applicant

*[signature]*
Signature

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

888-800-3400

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

September 30, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHAD SAMUEL HUMMEL, #139055 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1988 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records