IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>       Defendant. | Civil Action No. 3:19-cv-02281 |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Having considered the Motion to Dismiss and Brief in Support ("Motion") filed by Match Group, Inc., as well as the response and the reply, it is hereby ORDERED that Defendant's Motion is **GRANTED**, and:

[Plaintiff's Complaint is dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff incorrectly sued Match Group, Inc.]

[Plaintiff's Complaint is dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.]

IT IS SO ORDERED.

Dated: _____

                _____
                Honorable Ed Kinkeade
                United States District Judge