IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | Case No. 3:19-cv-02281-K<br><br>**Plaintiff's Unopposed Motion for Approval to File Brief in Excess of Twenty-Five Pages** |

Plaintiff the Federal Trade Commission ("FTC") moves unopposed for a 10-page extension to the page limit for its response to the motion to dismiss filed by Defendant Match Group, Inc. ("Match") (Dkt. 20). In support of this request, the FTC respectfully states the following:

1.  The FTC filed this action on September 25, 2019, and summons was executed on Match on September 26, 2019.

2.  Match filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on Thursday, October 17, 2019, after receiving leave from the Court to file a 30-page motion on October 16, 2019. *See* (Dkt. 18).

3.  The FTC intends to file a response to Match's motion by Thursday, November 7, 2019. Because Match's 30-page motion covers a number of complex issues, the FTC respectfully submits that the Court and Parties would benefit from a page-limit extension, which would allow for a thorough presentation of the issues involved.

4.  The FTC therefore respectfully submits that these circumstances justify a 10-page extension to the 25-page limit for the response. Match does not oppose this request.

5. The FTC is not seeking an extension of its response date. The FTC will finalize and submit its response brief through ECF no later than November 7, 2019.

WHEREFORE, the FTC respectfully requests that this Court extend the page limit for the brief in response to Match's motion to dismiss by 10 pages.

                                                Respectfully submitted,

DATED: October 30, 2019                  /s/ Zachary A. Keller_____
                                                ZACHARY A. KELLER
                                                M. HASAN AIJAZ
                                                MATTHEW WILSHIRE
                                                Texas Bar No. 24087838 (Keller)
                                                Virginia Bar No. 80073 (Aijaz)
                                                California Bar No. 224328 (Wilshire)
                                                Federal Trade Commission
                                                1999 Bryan St. Ste. 2150
                                                Dallas, Texas 75201
                                                T: (214) 979-9382 (Keller)
                                                T: (214) 979-9386 (Aijaz)
                                                T: (214) 979-9362 (Wilshire)
                                                F: (214) 953-3079
                                                Email: zkeller@ftc.gov; maijaz@ftc.gov; mwilshire@ftc.gov
                                                Attorneys for Plaintiff
                                                FEDERAL TRADE COMMISSION

## **CERTIFICATE OF CONFERENCE**

On October 28 and 29, 2019, I conferred with Angela C. Zambrano, Attorney for Defendant, and she indicated that Defendant is unopposed to this motion.

/s/ Zachary A. Keller
Zachary A. Keller

## **CERTIFICATE OF SERVICE**

On October 30, 2019, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Zachary A. Keller
Zachary A. Keller