IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>                      Defendant. | Civil Action No. 3:19-cv-02281-K |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Federal Trade Commission's unopposed motion for an extension of the page limit for its response to Match Group, Inc.'s motion to dismiss, it is hereby ORDERED that the motion is GRANTED. The Federal Trade Commission is hereby permitted to file a response brief that is no more than 35 pages long.

 

_____
Honorable Ed Kinkeade
United States District Judge