IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br> vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>       Defendant. | Civil Action No. 3:19-cv-02281-K |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2019, upon consideration of the Federal Trade Commission's motion to exclude matters outside the pleadings in Match Group, Inc.'s motion to dismiss (Dkt. 20), it is hereby ORDERED that the motion is GRANTED. The Court will exclude matters outside the pleadings, including those pertaining to:

- Whether the FTC sued the appropriate entity;
- Whether the Match Group, Inc. has permanently ceased the conduct at issue;
- Whether Match Group, Inc. offers simple cancellation methods for its subscription service;
- Claims regarding the history of the FTC's investigation; and
- Claims relating to Match Group, Inc.'s general business and business practices.

                 _____
                 Honorable Ed Kinkeade
                 United States District Judge