IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>                    Defendant. | Civil Action No. 3:19-cv-02281-K |

**DEFENDANT'S UNOPPOSED MOTION FOR FIVE PAGE
EXTENSION TO REPLY BRIEF**

Defendant Match Group, Inc. ("Match") moves unopposed for a five-page extension to the page limit for the Reply brief in support of its Motion to Dismiss. In support of this request, Defendant respectfully states the following:

1. Defendant moved to dismiss the Complaint based on Federal Rule of Civil Procedure 12(b)(6).

2. Plaintiff received a ten-page extension for its Response brief, which it filed at thirty-five pages on November 5, 2019. Both the Motion to Dismiss and the Response make multiple complex legal arguments. It would benefit the Parties and the Court for Match to be able to make a full reply to the Response.

3. Match respectfully submits that these circumstances justify a five-page extension to the ten-page limit for the Reply brief, for a new limit of fifteen pages. The FTC does not oppose this request.

4. Match is not seeking an extension of time for its Reply. The Reply will be finalized and submitted through ECF on November 19, 2019.

WHEREFORE, Defendant respectfully requests that this Court extend the page limit for the Reply brief in support of its Motion to Dismiss by five pages.

Date:  November 14, 2019      By: */s/ Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone:  214.981.3300
Fax:  214.981.3400

Chad S. Hummel *(admitted Pro Hac)*
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone:  310.595.9500
Fax:  310.595.9501

*Attorneys for Match Group, Inc.*

## **CERTIFICATE OF CONFERENCE**

On October 29, 2019, I conferred with Zachary Alexander Keller, attorney for Plaintiff, and he indicated that Plaintiff is unopposed to this motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

## **CERTIFICATE OF SERVICE**

On November 14, 2019, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas.  I hereby certify that I have served the document on all counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Angela C. Zambrano*
Angela C. Zambrano