IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>      Defendant. | Civil Action No. 3:19-cv-02281-K |

## [PROPOSED] ORDER

AND NOW, this 14th day of November 2019, upon consideration of Match Group, Inc.'s unopposed motion for extension of the page limit for the Reply brief in support of Match Group Inc.'s motion to dismiss, it is hereby ORDERED that the motion is GRANTED. Match Group, Inc. is hereby permitted to file a Reply brief in support of its motion to dismiss of no more than 15 pages long.

                   _____
                   Honorable Ed Kinkeade
                   United States District Judge