IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br> vs.<br><br>MATCH GROUP, INC.,  a corporation,<br><br>         Defendant. | Civil Action No.  3:19-cv-02281-K |

**[PROPOSED] ORDER**

   AND NOW, this ____ day of _____, 2019, upon consideration of the Federal Trade Commission's Motion for Leave to File Sur-Reply ("Motion") in connection with Match Group, Inc.'s motion to dismiss (Dkt. 20), it is hereby ORDERED that the Motion is GRANTED.  Therefore, the sur-reply attached to the Motion is deemed filed as of this date.

                  _____
                  Honorable Ed Kinkeade
                  United States District Judge