IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | **Case No.** 3:19-cv-02281-K<br><br>**Plaintiff's Notice of Recently Decided Authority** |

Plaintiff the Federal Trade Commission respectfully gives notice to the Court and parties as follows:

1. On December 31, 2019, the United States District Court for the District of Utah issued an opinion denying the defendants' motion to dismiss in *FTC v. Nudge, LLC et al.*, No. 2:19-cv-00867-RJS-EJF (D. Utah Dec. 31, 2019).

2. A copy of the opinion is attached as **Exhibit A**.

    Respectfully submitted,

DATED: January 2, 2020

/s/ Zachary A. Keller
ZACHARY A. KELLER
M. HASAN AIJAZ
MATTHEW WILSHIRE
Texas Bar No. 24087838 (Keller)
Virginia Bar No. 80073 (Aijaz)
California Bar No. 224328 (Wilshire)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9382 (Keller)
T: (214) 979-9386 (Aijaz)
T: (214) 979-9362 (Wilshire)
F: (214) 953-3079
Email: zkeller@ftc.gov; maijaz@ftc.gov;

mwilshire@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

On January 2, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Zachary A. Keller
Zachary A. Keller