IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | **Case No.** 3:19-cv-02281-K<br><br>**Plaintiff's Notice of Recently Decided Authority** |

Plaintiff the Federal Trade Commission ("FTC") respectfully gives notice to the Court and parties as follows:

1.  Relying upon a recent Third Circuit decision, *FTC v. Shire ViroPharma, Inc.*, 917 F.3d 147 (3d Cir. 2019), Defendant Match Group, Inc. ("Match") has argued in its motion to dismiss, (Dkt. 20), that the FTC failed to allege facts in its complaint sufficient to show that Match was violating or about to violate Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and that therefore the FTC failed to state a claim upon which relief can be granted.

2.  On January 14, 2020, the United States District Court for the Western District of Texas issued an opinion stating, *inter alia*, that *Shire* is unpersuasive in light of binding Fifth Circuit authority, *FTC v. Southwest Sunsites, Inc.*, 665 F.2d 711 (5th Cir. 1982). *See also* FTC's Opposition to Match's Motion to Dismiss (Dkt. 27) at 5-7.

3.  A copy of the opinion, *FTC v. Educare Centre Services, Inc., et al.*, No. 3:19-cv-00196-KC, slip op. at 6-9 (W.D. Tex. Jan. 14, 2020), is attached as **Exhibit A**.

Respectfully submitted,

DATED: January 15, 2020            /s/ Zachary A. Keller\
ZACHARY A. KELLER\
M. HASAN AIJAZ\
MATTHEW WILSHIRE\
Texas Bar No. 24087838 (Keller)\
Virginia Bar No. 80073 (Aijaz)\
California Bar No. 224328 (Wilshire)\
Federal Trade Commission\
1999 Bryan St. Ste. 2150\
Dallas, Texas 75201\
T: (214) 979-9382 (Keller)\
T: (214) 979-9386 (Aijaz)\
T: (214) 979-9362 (Wilshire)\
F: (214) 953-3079\
Email: zkeller@ftc.gov; maijaz@ftc.gov; mwilshire@ftc.gov\
Attorneys for Plaintiff\
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

On January 15, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Zachary A. Keller\
Zachary A. Keller