# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | **Case No.** 3:19-cv-02281-K<br><br>**Plaintiff's Notice of Recently Decided Authority** |

Plaintiff the Federal Trade Commission ("FTC") respectfully gives notice to the Court and parties as follows:

1. Relying upon a recent Seventh Circuit decision, *FTC v. Credit Bureau Ctr., Inc.*, 937 F.3d 764 (7th Cir. 2019), Defendant Match Group, Inc. ("Match") has argued in its motion to dismiss that this Court is not authorized to grant equitable monetary relief under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b). *See* Match's Motion to Dismiss (Dkt. 20) at 3-4, 14-17.

2. On February 26, 2020, the United States District Court for the District of Utah issued an opinion stating, *inter alia*, that *Credit Bureau* is unpersuasive in light of the history and structure of the FTC Act, as well as Supreme Court precedent. *See FTC v. Zurixx, LLC, et al.*, No. 2:19-cv-00713-DAK-EJF, slip op. at 5-12 (D. Utah Feb. 26, 2020); *see also* FTC's Opposition to Match's Motion to Dismiss (Dkt. 27) at 17-24.

3. A copy of the opinion is attached as **Exhibit A**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: February 28, 2020 | /s/ Zachary A. Keller_____<br>ZACHARY A. KELLER<br>M. HASAN AIJAZ<br>MATTHEW WILSHIRE<br>Texas Bar No. 24087838 (Keller)<br>Virginia Bar No. 80073 (Aijaz)<br>California Bar No. 224328 (Wilshire)<br>Federal Trade Commission<br>1999 Bryan St. Ste. 2150<br>Dallas, Texas 75201<br>T: (214) 979-9382 (Keller)<br>T: (214) 979-9386 (Aijaz)<br>T: (214) 979-9362 (Wilshire)<br>F: (214) 953-3079<br>Email: zkeller@ftc.gov; maijaz@ftc.gov; mwilshire@ftc.gov<br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |

## CERTIFICATE OF SERVICE

On February 28, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Zachary A. Keller
Zachary A. Keller