IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No.** 3:19-cv-02281-K |
| Plaintiff, | **Plaintiff's Notice of Recently Decided Authority** |
| v. | |
| MATCH GROUP, INC., a corporation, | |
| Defendant. | |

Plaintiff the Federal Trade Commission ("FTC") respectfully gives notice to the Court and parties as follows:

1. On June 22, 2020, the Supreme Court of the United States issued an opinion in *Liu v. SEC*, No. 18-1501, 2020 WL 3405845, 591 U.S. ____ (2020), which (a) held that disgorgement is an equitable remedy available to the Securities and Exchange Commission and (b) discussed *Porter v. Warner Holding Co.*, 328 U.S. 395 (1946), a case both parties covered in our filings. *See* Match Group Inc.'s Motion to Dismiss (Dkt. 20) at 14-17; FTC's Response (Dkt. 27) at 21-23.

2. A copy of the opinion is attached as **Exhibit A**.

Respectfully submitted,

DATED: June 24, 2020        /s/ Zachary A. Keller_____
ZACHARY A. KELLER
M. HASAN AIJAZ
MATTHEW WILSHIRE
Texas Bar No. 24087838 (Keller)
Virginia Bar No. 80073 (Aijaz)
California Bar No. 224328 (Wilshire)
Federal Trade Commission
1999 Bryan St. Ste. 2150

        Dallas, Texas 75201
        T: (214) 979-9382 (Keller)
        T: (214) 979-9386 (Aijaz)
        T: (214) 979-9362 (Wilshire)
        F: (214) 953-3079
        Email: zkeller@ftc.gov; maijaz@ftc.gov; mwilshire@ftc.gov
        Attorneys for Plaintiff
        FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

On June 24, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        /s/ Zachary A. Keller
        Zachary A. Keller