**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

MATCH GROUP, INC., a corporation,

Defendant.

Civil Action No. 3:19-cv-02281-K

**[PROPOSED] ORDER**

AND NOW, this ____ day of ____________, 2020, upon consideration of the Federal Trade Commission's Motion for Leave to File a Notice of Recently Decided Authority and Brief in Support ("Motion") in connection with Match Group, Inc.'s motion to dismiss (Dkt. 20), it is hereby ORDERED that the Motion is GRANTED. Therefore, both the notice and the copy of recently decided authority attached to the Motion are deemed filed as of this date.

______________________________
Honorable Ed Kinkeade
United States District Judge