IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>      Defendant. | Civil Action No. 3:19-cv-02281 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF RECENTLY DECIDED AUTHORITY AND FOR STAY OF ALL PROCEEDINGS PENDING SUPREME COURT DECISION IN**
*FTC V. CREDIT BUREAU*

  Having considered the Motion for Leave to File Notice of Recently Decided Authority and for Stay of All Proceedings Pending Supreme Court Decision in *FTC v. Credit Bureau* and Brief in Support ("Motion") filed by Match Group, Inc. ("Match"), it is hereby ORDERED that Defendant's Motion is **GRANTED** in its entirety. Match is granted leave to submit a notice to this Court of the recent grant of certiorari by the Supreme Court of the United States in *Fed. Trade Comm'n v. Credit Bureau Ctr., LLC*, 937 F.3d 764 (7th Cir. 2019), *cert. granted*, 2020 WL 3865251 (July 9, 2020), and for leave to seek a stay of all proceedings in this matter, including a ruling by this Court on Match's pending Motion to Dismiss (Dkt. 20), pending a decision by the Supreme Court in *Credit Bureau*, anticipated in early summer 2021.

  IT IS SO ORDERED.

  Dated: _____


                _____
                Honorable Ed Kinkeade
                United States District Judge