IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | **Case No.** 3:19-cv-02281-K<br><br>**Plaintiff's Notice of Recently Decided Authority** |

Plaintiff the Federal Trade Commission ("FTC") respectfully gives notice to the Court and parties as follows:

1. On June 22, 2020, the Supreme Court of the United States issued an opinion in *Liu v. SEC*, No. 18-1501, 2020 WL 3405845, 591 U.S. ____ (2020), which (a) held that disgorgement is an equitable remedy available to the Securities and Exchange Commission and (b) discussed *Porter v. Warner Holding Co.*, 328 U.S. 395 (1946), a case both parties covered in our filings. *See* Match Group Inc.'s Motion to Dismiss (Dkt. 20) at 14-17; FTC's Response (Dkt. 27) at 21-23.

2. A copy of the opinion is attached as **Exhibit A**.

                                  Respectfully submitted,

DATED: June 24, 2020         /s/ Zachary A. Keller_____
                                  ZACHARY A. KELLER
                                  M. HASAN AIJAZ
                                  MATTHEW WILSHIRE
                                  Texas Bar No. 24087838 (Keller)
                                  Virginia Bar No. 80073 (Aijaz)
                                  California Bar No. 224328 (Wilshire)
                                  Federal Trade Commission
                                  1999 Bryan St. Ste. 2150

>Dallas, Texas 75201
>T: (214) 979-9382 (Keller)
>T: (214) 979-9386 (Aijaz)
>T: (214) 979-9362 (Wilshire)
>F: (214) 953-3079
>Email: zkeller@ftc.gov; maijaz@ftc.gov; mwilshire@ftc.gov
>Attorneys for Plaintiff
>FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

On June 24, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>/s/ Zachary A. Keller
>Zachary A. Keller