IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                 Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>                 Defendant. | Case No.  3:19-cv-02281-K |

**[PROPOSED] ORDER GRANTING DEFENDANT MATCH GROUP, INC.'S MOTION FOR STAY PENDING SUPREME COURT DECISION IN FTC V. CREDIT BUREAU AND BRIEF IN SUPPORT**

Having considered the Motion for Stay Pending Supreme Court Decision in *FTC v. Credit Bureau* and Brief in Support (the "Motion") filed by Match Group, Inc. ("Match"), it is hereby ORDERED that Match's Motion is **GRANTED** in its entirety.  All proceedings in this action are stayed pending a decision by the Supreme Court in *Credit Bureau*.

IT IS SO ORDERED.

Dated: _____

                                                        _____
                                                        Honorable Ed Kinkeade
                                                        United States District Judge