# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-02281-K |
| Match Group, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date:   04/26/2021

/s Reid Tepfer
*Attorney's signature*

Reid Tepfer, 24079444
*Printed name and bar number*
1999 Bryan St., Ste. 2150
Dallas, Texas 75201

*Address*

rtepfer@ftc.gov
*E-mail address*

(214) 979-9395
*Telephone number*

(214) 953-3079
*FAX number*