IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-2281-K |
| | § | |
| MATCH GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Match Group, Inc. filed a Notice of Supplemental Authorities (Doc. No. 56) on May 17, 2021. At this time, the case remains stayed as the Court awaits the parties' Joint Report. *See* Order (Doc. No. 54) ("The parties shall file a Joint Report within 45 days of the United States Supreme Court issuing a decision in the *TC v. Credit Bureau* case."). Moreover, Defendant did not seek leave of the Court to file its Notice of Supplemental Authorities as required by the Court's Local Civil Rules. *See* LR 56.7. For these reasons, the Court **strikes** the Notice of Supplemental Authorities. Plaintiff Federal Trade Commission's Objection to Defendant's Notice of Supplemental Authorities is overruled as moot.

**SO ORDERED.**

Signed May 25th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE