IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>        Defendant. | Case No. 3:19-cv-02281-K<br><br>**Plaintiff's Unopposed Motion for Withdrawal of Attorney of Record** |

  Pursuant to Rule 74 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 83.12, Plaintiff the Federal Trade Commission ("FTC") respectfully submits this Unopposed Motion for Withdrawal of Attorney of Record to request leave for the withdrawal of its attorney of record in this case, Zachary A. Keller.

  Plaintiff submits this request because Mr. Keller will be ending his employment with the FTC in the coming weeks. Reid A. Tepfer, whose appearance in this case was entered on April 26, 2021, *see* Dkt. 55, will succeed Mr. Keller in his duties in connection with litigating this case. Mr. Tepfer's address is 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

                Respectfully submitted,

DATED: June 2, 2021       /s/ Zachary A. Keller
                REID A. TEPFER
                ZACHARY A. KELLER
                M. HASAN AIJAZ
                MATTHEW WILSHIRE
                Texas Bar No. 24079444 (Tepfer)
                Texas Bar No. 24087838 (Keller)
                Virginia Bar No. 80073 (Aijaz)
                California Bar No. 224328 (Wilshire)
                Federal Trade Commission
                1999 Bryan St. Ste. 2150

**Plaintiff's Unopposed Motion for Withdrawal of Attorney of Record –1**

        Dallas, Texas 75201  
        T: (214) 979-9395 (Tepfer)  
        T: (214) 979-9382 (Keller)  
        T: (214) 979-9386 (Aijaz)  
        T: (214) 979-9362 (Wilshire)  
        F: (214) 953-3079  
        Email: rtepfer@ftc.gov; zkeller@ftc.gov;  
        maijaz@ftc.gov; mwilshire@ftc.gov  
        Attorneys for Plaintiff  
        FEDERAL TRADE COMMISSION

**Plaintiff's Unopposed Motion for Withdrawal of Attorney of Record –2**

**CERTIFICATE OF CONFERENCE**

On June 1, 2021, I conferred with Chad Hummel and Angela Zambrano, Attorneys for Defendant, and they indicated that Defendant is unopposed to this motion the following day.

/s/ Zachary A. Keller<br>
Zachary A. Keller

**CERTIFICATE OF SERVICE**

On June 2, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Zachary A. Keller<br>
Zachary A. Keller