IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br> vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>       Defendant. | Civil Action No. 3:19-cv-02281-K |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Federal Trade Commission's Unopposed Motion for Withdrawal of Attorney of Record, it is hereby ORDERED that the motion is GRANTED. The Court hereby authorizes the withdrawal of Zachary A. Keller as attorney of record for Plaintiff and recognizes Reid A. Tepfer as the succeeding attorney in this case.

                 _____
                 Honorable Ed Kinkeade
                 United States District Judge