# EXHIBIT A

**From:** Tepfer, Reid A. <rtepfer@ftc.gov>
**Sent:** Friday, May 14, 2021 9:40 AM
**To:** Hummel, Chad S.
**Cc:** Zambrano, Angela; Aijaz, Hasan; Wilshire, Matthew; Keller, Zachary A.
**Subject:** RE: Revised Joint Report Post-AMG

Chad,

I appreciate your responding to our concerns by removing new authority from the joint report.

However, I do not believe these modifications will change the FTC's timeline for when we anticipate providing our separate statement. As mentioned, I anticipate we will be providing you proposed edits to the joint statement either today or next week, with our separate statement to follow some time later (but well before the Court's filing deadline). That said, I appreciate your client's interest in moving expediently towards resolving this matter, and I want to assure you I have communicated those interests to my management.

Thanks,
Reid

Reid Tepfer
Federal Trade Commission
202-677-9483

---

**From:** Hummel, Chad S.
**Sent:** Thursday, May 13, 2021 4:32 PM
**To:** Tepfer, Reid A.
**Cc:** Zambrano, Angela
**Subject:** Revised Joint Report Post-AMG

Counsel: in order to avoid further delay in getting the case back on track, Match agrees to remove the sections dealing with new authority from the joint statement. A revised version is attached. Please provide the FTC's section and we can file tomorrow. Thanks.

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************