IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>                Defendant. | Case No. 3:19-cv-02281-K |

## DEFENDANT MATCH GROUP, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Match Group, Inc. ("Match") moves for leave to file a notice of supplemental authority. On November 16, 2020, after the parties completed briefing on Match's Motion to Dismiss, and while this case was stayed, the U.S. District Court for the Eastern District of Texas released its decision on the defendant's motion to dismiss in *FTC v. AdvoCare Int'l, L.P.*, No. 4:19-CV-715-SDJ, 2020 WL 6741968 (E.D. Tex. Nov. 16, 2020). The *AdvoCare* decision addresses issues also raised in Match's pending Motion to Dismiss, including how Section 13(b) of the FTC Act operates where the conduct at issue ceased prior to the filing of the complaint. Match requests leave to file the notice of supplemental authority attached hereto as Exhibit A.

1

Dated: June 8, 2021                                         Respectfully submitted,

                                                      */s/ Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc*

### **CERTIFICATE OF CONFERENCE**

On June 3-8, 2021, Angela Zambrano, counsel for Defendant Match, conferred with Reid Tepfer, counsel for Plaintiff FTC. Counsel for the FTC indicated that the FTC does not oppose this Motion.

                                                      */s/ Angela C. Zambrano*
                                                      Angela C. Zambrano

### **CERTIFICATE OF SERVICE**

On June 8, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing document has been filed with the Clerk of Court for the U.S. District Court, Northern District of Texas, and thereby served via the Court's CM/ECF system as authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                      */s/ Angela C. Zambrano*
                                                      Angela C. Zambrano