# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | Case No. 3:19-cv-02281-K |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Match Group, Inc. ("Match") submits this Notice of Supplemental Authority relevant to its pending Motion to Dismiss (ECF No. 20). On November 16, 2020, the U.S. District Court for the Eastern District of Texas decided a motion to dismiss in a case involving the FTC and its authority to bring suit under Section 13(b) of the FTC Act. *FTC v. AdvoCare Int'l, L.P.*, No. 4:19-CV-715-SDJ, 2020 WL 6741968 (E.D. Tex. Nov. 16, 2020) (attached as Exhibit 1). The *AdvoCare* decision addresses issues also raised in Match's pending Motion to Dismiss, including how Section 13(b) of the FTC Act operates where the conduct at issue ceased prior to the filing of the complaint.

| | |
|---|---|
| Dated: June 8, 2021 | Respectfully submitted, |

*/s/ Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc*

## CERTIFICATE OF SERVICE

On June 8, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing document has been filed with the Clerk of Court for the U.S. District Court, Northern District of Texas, and thereby served via the Court's CM/ECF system as authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Angela C. Zambrano*
Angela C. Zambrano