IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>       Defendant. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER GRANTING DEFENDANT MATCH GROUP, INC.'S
UNOPPOSED MOTION FOR LEAVE TO
FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Having considered Defendant Match Group, Inc.'s ("Match") Unopposed Motion for Leave to File Notice of Supplemental Authority (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. Match is granted leave to file its Notice of Supplemental Authority to the Court.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ed Kinkeade
United States District Judge