IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>  Defendant. | Case No. 3:19-cv-02281-K<br><br>**Plaintiff Federal Trade Commission's Unopposed Motion for Leave to File Notice of Supplemental Authority** |

Plaintiff the Federal Trade Commission ("FTC") moves for leave to file a notice of supplemental authority. On June 21, 2021, after the parties completed briefing on Match's Motion to Dismiss, (Doc. 20), and following the Supreme Court's decision in *AMG Capital Mgmt., LLC v. FTC*, 141 S. Ct. 1341 (2021) ("*AMG Capital*"), the Ninth Circuit issued in *FTC v. Hoyal & Assocs. Inc.,* No. 19-35669 (9th Cir. June 11, 2021). The *Hoyal & Assocs., Inc.* decision addresses the availability of injunctive relief based on a defendant's discontinued conduct, which is at issue in Match's pending Motion to Dismiss, (Doc. 20). The FTC requests leave to file the notice of supplemental authority attached as **Exhibit A**.

                                                               Respectfully submitted,

DATED: June 21, 2021                  /s/ *Reid Tepfer*
                                                      M. HASAN AIJAZ
                                                      MATTHEW WILSHIRE
                                                      REID TEPFER
                                                      Virginia Bar No. 80073 (Aijaz)
                                                      California Bar No. 224328 (Wilshire)
                                                      Texas Bar No. 24079444 (Tepfer)
                                                      Federal Trade Commission
                                                      1999 Bryan St. Ste. 2150

Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9362 (Wilshire)
T: (214) 979-9395 (Tepfer)
F: (214) 953-3079
Email: maijaz@ftc.gov;
mwilshire@ftc.gov; rtepfer@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF CONFERENCE

On June 14, 17, 20, and 21 of 2021, Reid Tepfer, Hasan Aijaz, and Matt Wilshire, counsel for the FTC, conferred by email with Chelsea Priest, Angela Zambrano, and Chad Hummel, counsel for Match Group, Inc. Counsel for Match Group, Inc. indicated that Match Group, Inc. does not oppose this motion.

/s/ *REID TEPFER*
REID TEPFER

## CERTIFICATE OF SERVICE

On June 21, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *REID TEPFER*
REID TEPFER