# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Unopposed Motion for Leave to File Notice of Supplemental Authority** |

Having considered Plaintiff Federal Trade Commission's ("FTC") Unopposed Motion for Leave to File Notice of Supplemental Authority (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety. The FTC is granted leave to file its Notice of Supplemental Authority to the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Ed Kinkeade
United States District Judge