IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MATCH GROUP, INC., a corporation,<br><br>    Defendant. | Case No. 3:19-cv-02281-K<br><br>**Notice of Supplemental Authority** |

Plaintiff the Federal Trade Commission ("FTC") respectfully submits this Notice of Supplemental Authority, relevant to the FTC's Opposition to Defendant's Motion to Dismiss, (Doc. 27). On June 21, 2021, after the parties completed briefing on Match's Motion to Dismiss, (Doc. 20), and following the Supreme Court's decision in *AMG Capital Mgmt., LLC v. FTC*, 141 S. Ct. 1341 (2021) ("*AMG Capital*"), the Ninth Circuit issued its opinion in *FTC v. Hoyal & Assocs. Inc.,* No. 19-35669 (9th Cir. June 11, 2021). That opinion is attached as **Exhibit 1**. The *Hoyal & Assocs., Inc.* decision addresses the availability of injunctive relief based on a defendant's discontinued conduct, which is at issue in Match's pending Motion to Dismiss, (Doc. 20).

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: June 21, 2021 | /s/ *Reid Tepfer*<br>M. HASAN AIJAZ<br>MATTHEW WILSHIRE<br>REID TEPFER<br>Virginia Bar No. 80073 (Aijaz)<br>California Bar No. 224328 (Wilshire)<br>Texas Bar No. 24079444 (Tepfer)<br>Federal Trade Commission<br>1999 Bryan St. Ste. 2150 |

1

Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9362 (Wilshire)
T: (214) 979-9395 (Tepfer)
F: (214) 953-3079
Email: maijaz@ftc.gov;
mwilshire@ftc.gov; rtepfer@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

On June 21, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ REID TEPFER
REID TEPFER
