IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>                  Defendant. | Case No. 3:19-cv-02281-K |

**DEFENDANT MATCH GROUP, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Match Group, Inc. ("Match") moves for leave to file a notice of supplemental authority. On June 28, 2021, the U.S. District Court for the District of Columbia released its decision on the defendant's motion to dismiss in *FTC v. Facebook, Inc.*, No. 1:20-CV-03590-JEB, ECF No. 73 (D.D.C. June 28, 2021). The *Facebook* decision addresses issues also raised in Match's pending Motion to Dismiss, including how Section 13(b) of the FTC Act operates where the conduct at issue ceased prior to the filing of the complaint. Match requests leave to file the notice of supplemental authority attached hereto as Exhibit A.

Dated: June 30, 2021                                      Respectfully submitted,

*/s/ Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc*

## CERTIFICATE OF CONFERENCE

On June 30, 2021, counsel for Defendant Match conferred with counsel for Plaintiff FTC. Counsel for the FTC indicated that the FTC does not oppose this Motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

## CERTIFICATE OF SERVICE

On June 30, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing document has been filed with the Clerk of Court for the U.S. District Court, Northern District of Texas, and thereby served via the Court's CM/ECF system as authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Angela C. Zambrano*
Angela C. Zambrano