IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-2281-K |
| | § | |
| MATCH GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court **orders** the parties to advise the Court in a joint filing as to their opinions on alternative dispute resolution, particularly in light of *AMG Capital Mgmt., LLC v. FTC*, — U.S. —, 141 S.Ct. 1341 (2021). This joint filing must be accomplished by July 16, 2021.

**SO ORDERED.**

Signed July 6th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE