**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:19-cv-02281-K |
| Plaintiff, | **Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority** |
| v. | |
| MATCH GROUP, INC., a corporation, | |
| Defendant. | |

Plaintiff the Federal Trade Commission ("FTC") moves for leave to file a notice of supplemental authority. On August 2, 2021, after the parties completed briefing on Match's Motion to Dismiss, (Doc. 20), and following the Supreme Court's decision in *AMG Capital Mgmt., LLC v. FTC*, 141 S. Ct. 1341 (2021) ("*AMG Capital*"), the U.S. District Court for the Northern District of Texas denied in relevant part a Motion for Judgment on the Pleadings in a case involving the FTC and its authority to bring suit under Section 13(b) of the FTC Act. *See FTC v. Neora LLC, et al.*, Case 3:20-cv-01979-M (N.D. Tex. Aug. 2, 2021). The *Neora* order addresses the availability of injunctive relief based on a defendant's discontinued conduct, which is at issue in Match's pending Motion to Dismiss, (Doc. 20). The FTC requests leave to file the notice of supplemental authority attached as **Exhibit A**.

Although this proposed notice conforms to previous unopposed notices of supplemental authority filed by both parties, Match has indicated it opposes this motion for leave.

Respectfully submitted,

DATED: August 12, 2021

/s/ *Reid Tepfer*
M. HASAN AIJAZ
MATTHEW WILSHIRE

1

REID TEPFER
Virginia Bar No. 80073 (Aijaz)
California Bar No. 224328 (Wilshire)
Texas Bar No. 24079444 (Tepfer)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9362 (Wilshire)
T: (214) 979-9395 (Tepfer)
F: (214) 953-3079
Email: maijaz@ftc.gov;
mwilshire@ftc.gov; rtepfer@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF CONFERENCE

On August 3, 5, 10, and 11, 2021, Reid Tepfer, Hasan Aijaz, and Matt Wilshire, counsel for the FTC, conferred by email with Chelsea Priest, Angela Zambrano, and Chad Hummel, counsel for Match Group, Inc. Counsel for Match Group, Inc. indicated that Match Group, Inc. opposes this motion.

/s/ *REID TEPFER*
REID TEPFER

## CERTIFICATE OF SERVICE

On August 12, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *REID TEPFER*
REID TEPFER