# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MATCH GROUP, INC., a corporation,<br><br>　　Defendant. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority** |

　　Having considered Plaintiff Federal Trade Commission's ("FTC") Opposed Motion for Leave to File Notice of Supplemental Authority (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety. The FTC is granted leave to file its Notice of Supplemental Authority with the Court.

　　**IT IS SO ORDERED.**

　　Dated: _____　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ed Kinkeade
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1