**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| vs. | Case No. 3:19-cv-02281-K |
| MATCH GROUP, INC., a corporation, | |
| Defendant. | |

**[PROPOSED] ORDER DENYING FTC'S MOTION FOR LEAVE TO
FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Having considered Plaintiff the Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority (the "Motion") and Defendant Match Group, Inc.'s response, it is hereby ORDERED that the Motion is DENIED in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ed Kinkeade
United States District Judge