IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-CV-2281-K |
| MATCH GROUP, INC., | § § | |
| Defendant. | § § | |

# ORDER

Before the Court is Defendant Match Group, Inc.'s Motion to Dismiss (Doc. No. 20) and the related briefing. In its Opposition to Defendant's Motion to Dismiss (Doc. No. 27), Plaintiff Federal Trade Commission (the "FTC") states, with respect to Counts I and II, that it "only seeks equitable relief for consumers who purchased subscriptions" as a result of allegedly deceptive advertisements, and "not for any further resulting harm." Resp. at 38. Considering the Complaint and well as this statement, it is unclear to the Court whether the FTC seeks only equitable monetary relief as to Counts I and II. In light of the Supreme Court's holding in *AMG Cap. Mgmt., LLC v. Fed. Trade Comm'n*, — U.S. —, 141 S. Ct. 1341 (2021), the Court **ORDERS** the FTC to file a brief of no more than five (5) pages clarifying the "equitable relief" it seeks for Counts I and II as set forth in the Complaint, and addressing whether *AMG Cap.*

*Mgmt., LLC v. Fed. Trade Comm'n*, — U.S. —, 141 S. Ct. 1341 (2021) impacts that relief.  The brief is due on or before **December 30, 2021**.  There shall be no response from Match Group, Inc. unless otherwise ordered by the Court.

    **SO ORDERED.**

    Signed December 16th, 2021.

                                              _____
                                              ED KINKEADE
                                              UNITED STATES DISTRICT JUDGE