# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-CV-02281 |
| MATCH GROUP, INC., a corporation, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 12/21/2021

/s/ Sarah Zuckerman
*Attorney's signature*

Sarah Zuckerman (New York Bar No. 5603832)
*Printed name and bar number*

1999 Bryan Street,
Suite 2150
Dallas, Texas 75201
*Address*

szuckerman@ftc.gov
*E-mail address*

(214) 979-9376
*Telephone number*

(214) 953-3079
*FAX number*