IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>  Defendant. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Motion to Lift Stay** |

Having considered Plaintiff Federal Trade Commission's ("FTC") Motion to Lift Stay (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, all stays in this matter are hereby **LIFTED**.

The parties are **FURTHER ORDERED** to conduct their Rule 26(f) conference within 21 days of this Order.

**IT IS SO ORDERED.**

Dated: _____        _____

Honorable Ed Kinkeade
United States District Judge

1