# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>       Defendant. | Case No. 3:19-cv-02281-K |

## DEFENDANT MATCH GROUP, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Match Group, Inc. ("Match") respectfully submits this Unopposed Motion for Extension of Time to File Responsive Pleading (the "Motion").

1. On March 24, 2022, the Court issued a Memorandum Opinion and Order (the "Order") in which the Court granted in part and denied in part Match's Motion to Dismiss.  Dkt. 86.

2. Under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Match's deadline to file a responsive pleading would be within 14 days after the Court issued the Order, unless the Court sets a different time.  Thus, without an extension, Match's deadline to file a responsive pleading would be Thursday, April 7, 2022.

3. Match respectfully requests that the Court extend Match's deadline to file a responsive pleading to Wednesday, April 13, 2022.  Match intends to file concurrently with its responsive pleading a motion to strike the allegations in the FTC's Complaint that relate to the claims that the Court dismissed with prejudice in the Order (the "Motion to Strike").  The parties need additional time to confer regarding the Motion to Strike, which bears on Match's responsive pleading, so the

parties have agreed to extend Match's deadline to file a responsive pleading until Wednesday, April 13, 2022.

Accordingly, Match respectfully requests that the Court enter an Order extending Match's deadline to file a responsive pleading from Thursday, April 7, 2022, to Wednesday, April 13, 2022.

Dated: April 7, 2022                                                          Respectfully submitted,

/s/ Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone:  214.981.3300
Fax:  214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc.*

**CERTIFICATE OF CONFERENCE**

On April 6 and 7, 2022, counsel for Match conferred with counsel for the FTC, Reid Tepfer, by email regarding whether the FTC opposes the relief requested in this Motion. Mr. Tepfer confirmed that the FTC does not oppose the relief requested in this Motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

**CERTIFICATE OF SERVICE**

On April 7, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Angela C. Zambrano*
Angela C. Zambrano