IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>      Defendant. | Civil Action No. 3:19-cv-02281-K |

### [PROPOSED] ORDER

Upon consideration of Defendant Match Group, Inc.'s ("Match") Unopposed Motion for Extension of Time to File Responsive Pleading (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. Match's deadline to file a responsive pleading is extended from Thursday, April 7, 2022, to Wednesday, April 13, 2022.

                _____
                Honorable Ed Kinkeade
                United States District Judge