# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>             Defendant. | Case No. 3:19-cv-02281-K |

## JOINT DESIGNATION OF MEDIATOR

Pursuant to the Court's Order (Dkt. 88), the Federal Trade Commission and Match Group, Inc. (the "Parties") file this Joint Designation of Mediator to inform the Court that they have agreed to a mediator, Magistrate Judge Hal R. Ray, Jr.  Accordingly, the Parties respectfully request that the Court consider sending this matter to Judge Ray for a settlement conference.  If the Court does not agree, the Parties respectfully request that the Court provide the Parties seven (7) more days to agree to, and propose to the Court, the name of another mediator.

Dated:  April 7, 2022

Respectfully submitted,

/s/  Reid Tepfer
M. Hasan Aijaz
Matthew Wilshire
Reid Tepfer
Sarah Zuckerman (admitted *pro hac vice*)
Virginia Bar No. 80073 (Aijaz)
California Bar No. 224328 (Wilshire)
Texas Bar No. 24079444 (Tepfer)
New York Bar No. 5603832 (Zuckerman)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9362 (Wilshire)

T: (214) 979-9395 (Tepfer)
T: (214) 979-9376 (Zuckerman)
F: (214) 953-3079
Email: maijaz@ftc.gov;
mwilshire@ftc.gov;
rtepfer@ftc.gov;
szuckerman@ftc.gov

*Attorneys for the FTC*

*/s/  Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc.*