IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-cv-02281-K |
| **MATCH GROUP, INC.,** | § § § | |
| Defendant. | § | |

## ORDER

By order entered today, United States District Judge Ed Kinkeade referred this case to the undersigned to conduct a settlement conference. ECF No. 94. To schedule that conference, the Court hereby sets a Status Conference, via telephone, on **Tuesday, April 12, 2022 at 10:00 a.m. C.D.T.** The dial-in number is: (877) 873-8017. The Clerk will email the code to access the conference to counsel of record for the parties. If any other party wishes to participate in the telephonic hearing, the party shall file an appropriate request with the clerk or place a telephone call to Ms. Elsherie Moore, courtroom deputy clerk, at (817) 850-6664.

Prior to the Status Conference, counsel for the parties **SHALL** confer and be prepared to suggest a proposed date for the settlement conference to take place via Zoom on April 20 or 21 or May 11, 12, 13, 17, 18, or 19.

It is so **ORDERED** on April 8, 2022.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE