IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>Defendant. | Civil Action No. 3:19-cv-02281-K |

**[PROPOSED] ORDER**

Upon consideration of Defendant Match Group, Inc.'s ("Match") Unopposed Motion to Strike (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. The Court strikes Paragraphs 68 through 73 from the Federal Trade Commission's Original Complaint.

_____
Honorable Ed Kinkeade
United States District Judge