# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| FEDERAL TRADE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-02281-K |
| MATCH GROUP INC., a corporation, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission                            .

Date:   05/05/2022

/s/ John R. O'Gorman
*Attorney's signature*

John R. O'Gorman (TX Bar No. 24121292)
*Printed name and bar number*

1999 Bryan Street
Suite 2150
Dallas, TX 75201
*Address*

jogorman@ftc.gov
*E-mail address*

(214) 979-9382
*Telephone number*

(214) 953-3079
*FAX number*