# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

## MINUTE ORDER
## SETTLEMENT CONFERENCE

JUDGE:              Hal R. Ray, Jr.
COURT REPORTER:     None
DEPUTY CLERK:       None

Case No.     3:19-cv-02281-K
Case Style:  *Federal Trade Commission v. Match Group, Inc.*
Date Held:   May 11, 2022
Time:        9:30 a.m. - 4:15 p.m.

I.  Persons in Attendance
    A. Counsel for Plaintiff: Reid Tepfer, Hasan Aijaz, Matt Wilshire, Jack O'Gorman
    B. Defendant Representative: Jeanette Teckman and Samuel Kitchens
    D. Counsel for Defendant: Angela Zambrano, Chad Hummel, and Chelsea Priest

II. Proceedings Conducted: Settlement conference conducted with the parties. Case did not settle.

DATE: May 11, 2022

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE