# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation,<br><br>  Defendant. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Motion To Amend Its Complaint And Add Defendant** |

Having considered Plaintiff Federal Trade Commission's ("FTC") Motion to Amend Its Complaint And Add Defendant (the "Motion"), it is hereby **ORDERED** that:

1. the Motion is **GRANTED**.

2. the FTC may amend its complaint; and

3. the clerk shall file the FTC's "First Amended Complaint For Permanent Injunction, Monetary Relief, Civil Penalties, And Other Relief," attached to its motion.

**IT IS SO ORDERED.**

Dated: _____                    _____

                                                                                Honorable Ed Kinkeade
                                                                                United States District Judge

1