# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation,<br><br>　　　　　Defendant. | Case No. 3:19-cv-02281-K |

## MEDIATION REPORT

Pursuant to the Court's Order, Dkt. 88, the Federal Trade Commission and Match Group, Inc. (the "Parties") file this Mediation Report to describe the status of settlement negotiations. The Parties participated in a settlement conference before Magistrate Judge Hal R. Ray, Jr. on May 11, 2022, *see* Dkt. 106, but the Parties were unable to reach a settlement. The Parties do not have any additional settlement conferences scheduled at this time.

Dated: June 7, 2022

Respectfully submitted,

*/s/ M. Hasan Aijaz*
M. Hasan Aijaz
Matthew Wilshire
Reid Tepfer
Sarah Zuckerman (admitted *pro hac vice*)
John R. O'Gorman (admitted *pro hac vice*)
Virginia Bar No. 80073 (Aijaz)
California Bar No. 224328 (Wilshire)
Texas Bar No. 24079444 (Tepfer)
New York Bar No. 5603832 (Zuckerman)
Texas Bar No. 24121292 (O'Gorman)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9362 (Wilshire)
T: (214) 979-9395 (Tepfer)
T: (214) 979-9376 (Zuckerman)

T: (214) 979-9382 (O'Gorman)
F: (214) 953-3079
Email: maijaz@ftc.gov;
mwilshire@ftc.gov;
rtepfer@ftc.gov;
szuckerman@ftc.gov;
jogorman@ftc.gov

*Attorneys for the FTC*

/s/ Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
David Sillers
State Bar No. 24072341
dsillers@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc.*