## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

MATCH GROUP, INC., a corporation,

     Defendant.

**Case No.**  3:19-cv-02281

**NOTICE OF APPEARANCE OF COUNSEL FOR THE PLAINTIFF FEDERAL TRADE COMMISSION**

Notice is hereby given that Erica Rollins Hilliard hereby enters her appearance as additional attorney of record for Plaintiff, Federal Trade Commission, in all further proceedings in this cause of action and request that all future notices from the Court, copies, and pleadings sent to the parties in interest be sent to her at the following address:

Erica Rollins Hilliard
Mississippi Bar No. 104244
(214) 979-9379 (office)
(202) 480-1033 (mobile)
ehilliard@ftc.gov
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 953-3079 (fax)


Dated: July 1, 2022,

Respectfully submitted,

*/s/ Erica R. Hilliard*
Erica Rollins Hilliard
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214)-979-9379
Email: ehilliard@ftc.gov
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 1st day of July, 2022, I electronically submitted the foregoing

document with the Clerk of the court for the U.S. District Court, Northern District of Texas,

using the electronic case files system of the court. The electronic case files system sends a

"Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice

as service of this document by electronic means.

*/s/ Erica R. Hilliard*

Erica Rollins Hilliard
