## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 3:19-CV-02281-K

Plaintiff:
**Federal Trade Commission**

vs.

Defendant:
**Match Group, Inc., and Match Group, LLC formerly known as Match.com, LLC**

For:
Reid Tepfer
1999 Bryan Street
Suite 2150
Dallas, TX 75201

Received by Anthony Collins on the 22nd day of July, 2022 at 1:06 pm to be served on **Registered Agent for Match Group, LLC CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **22nd day of July, 2022** at **2:55 pm**, I:

Executed service by hand delivering a true copy of the **Summons In A Civil Action; First Amended Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief** to: **George Martinez**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **Match Group, LLC**, at the address of: **1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 25th day of July, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JON PEKAR
My Notary ID # 124424900
Expires January 11, 2023

**Anthony Collins**
PSC-357 Expires 12/31/2023

**On Time Process Service**
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2022004427
Ref: FTC/Match Group

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

