AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:19-cv-02281 |
| Match Group, Inc. and Match Group, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Match Group, Inc. and Match Group, LLC                                              .

Date:      08/02/2022                                     /s/ Tayler G. Bragg
                                                                                  *Attorney's signature*

                                                             Tayler G. Bragg, Texas Bar No. 24109943
                                                                           *Printed name and bar number*

                                                                          SIDLEY AUSTIN LLP
                                                                  2021 McKinney Ave, Suite 2000
                                                                            Dallas, TX 75201

                                                                                     *Address*

                                                                          tbragg@sidley.com
                                                                               *E-mail address*

                                                                           (214) 981-3300
                                                                             *Telephone number*

                                                                           (214) 981-3400
                                                                               *FAX number*