**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

FEDERAL TRADE COMMISSION,

                Plaintiff,

    vs.

MATCH GROUP, INC., a corporation, and
MATCH GROUP, LLC, formerly known as
MATCH.COM, LLC, a limited liability
company,

                Defendants.

Case No. 3:19-cv-02281-K

**[PROPOSED] ORDER GRANTING MATCH GROUP, LLC'S PARTIAL
MOTION TO DISMISS**

Having considered Match Group, LLC's Partial Motion to Dismiss and Brief in Support

(the "Motion"), it is hereby ORDERED that the Motion is **GRANTED**.  The FTC's Counts I

and II against Match Group, LLC are **DISMISSED WITH PREJUDICE**.


IT IS SO ORDERED.


Dated: _____


                                   _____
                                   Honorable Ed Kinkeade
                                   United States District Judge