## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br> vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>     Defendants. | Case No. 3:19-cv-02281-K |

## JOINT MOTION FOR ENTRY OF STIPULATIONS REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND CONFIDENTIAL MATERIALS

Plaintiff Federal Trade Commission and Defendants Match Group, Inc. and Match Group, LLC (collectively, the "Parties") jointly move the Court for entry of the Stipulated Order Regarding Discovery of Electronically Stored Information, Dkt. 126 (the "ESI Order"), and Stipulated Protective Order Regarding Confidential Materials, Dkt. 127 (the "Protective Order") (the "Joint Motion").

The Parties have agreed to the terms of the ESI Order and Protective Order and believe that good cause exists for their entry. The ESI Order would govern discovery of electronically stored information as a supplement to the Federal Rules of Civil Procedure and any other applicable orders and rules. *See* Dkt. 126 ¶ 1. The Protective Order would govern the treatment of confidential materials, but the Parties acknowledge that the Protective Order would not confer blanket protections on all disclosures and would extend only to the information or items that are entitled to confidential treatment under applicable legal principles. *See* Dkt. 127 ¶ 1. The Parties further acknowledge that the Protective Order would not automatically entitle them to file

confidential information under seal, as Local Civil Rule 79.3 sets forth the procedures that must be followed and the standards that would be applied. *See id.*

Accordingly, the Parties respectfully request that the Court enter the ESI Order and Protective Order.

Dated:  August 25, 2022

Respectfully submitted,

/s/  Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc. and*
*Match Group, LLC*

/s/  Reid Tepfer
M. Hasan Aijaz
Reid Tepfer
Erica Rollins Hilliard
Sarah Zuckerman (admitted *pro hac vice*)
John R. O'Gorman (admitted *pro hac vice*)
Virginia Bar No. 80073 (Aijaz)
Texas Bar No. 24079444 (Tepfer)
Mississippi Bar No. 104244 (Hilliard)
New York Bar No. 5603832 (Zuckerman)
Texas Bar No. 24121292 (O'Gorman)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9395 (Tepfer)
T: (214) 979-9379 (Hilliard)
T: (214) 979-9376 (Zuckerman)
T: (214) 979-9376 (O'Gorman)
F: (214) 953-3079
maijaz@ftc.gov;
rtepfer@ftc.gov;
ehilliard@ftc.gov
szuckerman@ftc.gov;
jogorman@ftc.gov

*Attorneys for the FTC*