IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                      Defendants. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER GRANTING MATCH GROUP, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF FEDERAL TRADE COMMISSION**

Having considered Match Group, Inc.'s ("MGI") Motion to Compel Discovery Responses and the Production of Documents from Plaintiff Federal Trade Commission ("FTC") (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. The FTC is hereby ORDERED to:

1. Within seven (7) days of the entry of this Order, serve on MGI amended responses to MGI's Interrogatory Nos. 1–7, with all responses made under oath;

2. Within seven (7) days of the entry of this Order, serve on MGI amended responses to MGI's Request for Admission Nos. 1–8, 13–14, 17–18, 21–22, 25–26, 29–30, 33–38;

3. Within seven (7) days of the entry of this Order, serve on MGI amended responses to MGI's Request for Production Nos. 1–3, 5–7, 17–19; and

4. Within seven (7) days of the entry of this Order, produce to MGI documents identified as responsive to MGI's Requests for Production, pursuant to the FTC's amended

responses to MGI's Requests for Production.

The Court also hereby ORDERS that the FTC's "Premature" Objection is specifically OVERRULED. The FTC may not withhold documents or information on this basis in its amended responses to MGI's Interrogatories, Requests for Admission, and Requests for Production. To the extent the FTC withheld documents or information responsive to any of MGI's discovery requests not listed above on the basis of its "Premature" Objection, the FTC shall amend its responses to such requests and produce responsive documents and information within seven (7) days of the entry of this Order.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ed Kinkeade
United States District Judge
