# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                Defendants. | Case No. 3:19-cv-02281-K |

## DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendants Match Group, Inc. ("MGI") and Match Group, LLC ("MGL"), pursuant to Local Rule 83.12 of the United States District Court for the Northern District of Texas, respectfully request that this Court grant two of its attorneys, David Y. Sillers and Anna Tutundjian, leave to withdraw their appearances as attorneys of record in this matter (the "Motion"). In support of this Motion, MGI and MGL state as follows:

1. Since October 16, 2019, David Y. Sillers has been one of the attorneys of record for MGI.

2. Since October 21, 2019, Anna Tutundjian has been one of the attorneys of record for MGI.

3. MGI and MGL will continue to be represented by the other attorneys of record from Sidley Austin LLP.

4. Counsel for MGI and MGL has met and conferred with counsel for Plaintiff and confirmed that Plaintiff does not oppose this Motion to withdraw David Y. Sillers and

Anna Tutundjian as counsel.

5. This Motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, MGI and MGL respectfully request that the Court grant leave for David Y. Sillers and Anna Tutundjian to withdraw as attorneys of record in this action.

Dated:  September 1, 2022                                Respectfully submitted,

/s/  Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone:  214.981.3300
Fax:  214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc. and Match Group, LLC*

**CERTIFICATE OF SERVICE**

On September 1, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/  Angela C. Zambrano
Angela C. Zambrano

**CERTIFICATE OF CONFERENCE**

I conferred with counsel for Plaintiff on August 3, 2022, about whether Plaintiff opposes the relief requested in this Motion, and counsel for Plaintiff confirmed that Plaintiff does not oppose the relief requested in this Motion.

/s/  Chelsea A. Priest
Chelsea A. Priest