IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                     Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                     Defendants. | Case No. 3:19-cv-02281-K |

## **[PROPOSED] ORDER**

Upon consideration of Defendants Match Group, Inc. ("MGI") and Match Group, LLC's ("MGL") Unopposed Motion to Withdraw David Y. Sillers and Anna Tutundjian as Counsel (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. It is ORDERED that David Y. Sillers and Anna Tutundjian are withdrawn as counsel of record for Defendants MGI and MGL. The Clerk's Office is directed to terminate all CM/ECF notifications to David Y. Sillers and Anna Tutundjian for this action.

On this ____ day of _____, 2022.

_____
Honorable Ed Kinkeade
United States District Judge