IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>　　Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES FROM DEFENDANT MATCH GROUP, INC.** |

　　Having considered Plaintiff Federal Trade Commission's Motion to Compel Production of Documents and Interrogatory Responses from Defendant Match Group, Inc. ("MGI") and all briefing on the Motion, it is hereby **ORDERED** that the Motion is **GRANTED.**

　　**IT IS FURTHER ORDERED** that the following objections made by Defendant MGI in response to the FTC's First Set of Interrogatories to Defendant Match Group, Inc. and First Requests for Production of Documents to Defendant Match Group, Inc., served on June 3, are expressly **OVERRULED:**

1. Any objection to searching for and producing documents or responding to discovery requests on the basis that Counts III or IV of the FTC's Amended Complaint are "moot" (including in response to the FTC's Document Requests #2, 6, 14, 15, 17, 19, 25, 26, 28, 31, 34, and 36; and the FTC's Interrogatories #1-2, 4-7);

2. Any objection to searching for and producing documents or responding to discovery requests on the basis that MGI is willing to agree to a stipulation concerning the subject

of the discovery (including in response to the FTC's Document Requests #2, 6, 14, 15, 17, 19, 25, 26, 28, 31, 34, and 36; and the FTC's Interrogatories #1-2, 4-7);

3. Any objection to searching for and producing documents or responding to discovery requests on the basis that the FTC previously served MGI with a Civil Investigative Demand (including in General Objection #9 and Responses # 5-7, 9, 14-15, 17, and 19 to the FTC's Document Requests);

4. Any objection to searching for and producing documents or responding to discovery requests relating to MGI's dating websites other than Match.com (including in Specific Objection to Instructions and Definitions #2, 5, 10, 11, 13, and 14, and Responses #1-14, 16-18, 20-35 to the FTC's Document Requests; and Specific Objection to Instructions and Definitions #2, 5, 10, 11, 13, and 14, and Responses #2, 4, 7-9 to the FTC's Interrogatories).

**IT IS FURTHER ORDERED THAT** no later than seven (7) days from the date of entry of this Order, Defendant shall provide full and complete responses to the FTC's First Set of Interrogatories and First Requests for Production of Documents with the objections above omitted.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                           Honorable Ed Kinkeade
                                                           United States District Judge