# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO EXTEND DEADLINES** |

Having considered Plaintiff Federal Trade Commission's Motion for Extension of Deadlines and all briefing on the Motion, the Court finds **GOOD CAUSE** exists to modify this matter's Scheduling Order. Doc. 100. Therefore, it is **HEREBY ORDERED** that the Motion is **GRANTED** and an amended scheduling order shall be issued separately extending all deadlines in this matter by three months.

**IT IS SO ORDERED.**

Dated: _____         _____

Honorable Ed Kinkeade
United States District Judge