**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| vs. | Case No. 3:19-cv-02281-K |
| MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company, | |
| Defendants. | |

## ORDER ON DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S MOTION FOR A PROTECTIVE ORDER

The Court has considered Defendants Match Group, Inc. and Match Group, LLC's Motion for a Protective Order (the "Motion"). The Court concludes that the Motion should be GRANTED in its entirety. Plaintiff Federal Trade Commission is hereby prohibited from taking discovery from non-parties Hinge, Inc. and Humor Rainbow, Inc.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ed Kinkeade
United States District Judge