IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                        Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                        Defendants. | Case No. 3:19-cv-02281-K |

## ORDER ON DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S MOTION FOR A PROTECTIVE ORDER

The Court has considered Defendants Match Group, Inc. and Match Group, LLC's Motion for a Protective Order (the "Motion"). The Court concludes that the Motion should be GRANTED in its entirety. Plaintiff Federal Trade Commission's deposition notices are hereby ineffective as to the Michele Watson deposition, and the Adrian Ong and MGL 30(b)(6) depositions must be taken on dates on which the deponents are available, as agreed by Defendants.

IT IS SO ORDERED.

Dated: _____

 

Honorable Ed Kinkeade
United States District Judge