IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **MATCH GROUP, INC.**, a corporation, and § <br> **MATCH GROUP, LLC**, formerly known § <br> as MATCH.COM, LLC, a limited liability § <br> company, § <br> Defendants. § | Civil Action No. 3:19-CV-2281-K |

### ORDER

By order of reference filed September 7, 2022, before the Court is *Plaintiff Federal Trade Commission's Motion to Compel Production of Documents and Interrogatory Responses from Defendant Match Group, Inc.*, filed September 6, 2022 (doc. 140). An oral argument concerning the motion, as narrowed by the parties in the *Joint Submission on Plaintiff Federal Trade Commission's Motion to Compel Production of Documents and Interrogatory Responses from Defendant Match Group, Inc.*, filed September 21, 2022 (doc. 147), was conducted on the record on November 1, 2022. All parties appeared through counsel. Based on the relevant filings, applicable law, and argument , and for the reasons stated on the record, the motion to compel is **GRANTED IN PART and DENIED IN PART.**

1. The defendant's relevance, overbreadth and undue burden objections to the discovery requests identified by the parties as being at issue in Disputed Issue #1, set out on page 2 of the joint submission, are overruled. The motion to compel the defendant to provide responses to these requests is granted, and the defendant must produce its responses to those discovery requests and any documents in their possession, custody or control that are responsive, to the plaintiff's counsel

- 1 -

within 21 days from the date of this order, unless otherwise agreed by the parties.

2. The defendant's relevance and overbreadth objection to the discovery requests identified by the parties as being at issue in Disputed Issue #2, set out on page 15-16 of the joint submission, are sustained. The motion to compel the defendant to provide responses to these requests is denied.

3. All relief not specifically awarded is denied.

**SO ORDERED** on this 1st day of November, 2022.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE