IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF
MOTION FOR A PROTECTIVE ORDER (DKT. 160)**

Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Notice of Withdrawal of their Motion for a Protective Order (Dkt. 160) (the "Motion"), filed October 28, 2022, as Plaintiff Federal Trade Commission has agreed to withdraw the notices for depositions that are the subject of the Motion.

Dated: November 7, 2022

Respectfully submitted,

*/s/ Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

*Attorneys for Match Group, Inc. and Match Group, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on counsel of record via email on November 7, 2022.

*/s/ Angela C. Zambrano*
Angela C. Zambrano