IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                  Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF
MOTION FOR A PROTECTIVE ORDER (DKT. 152)**

Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Notice of Withdrawal of their Motion for a Protective Order (Dkt. 152) (the "Motion"), filed September 30, 2022, as Plaintiff Federal Trade Commission has agreed to withdraw the subpoenas served on non-parties Humor Rainbow, Inc. and Hinge, Inc. that are the subject of the Motion.

Dated: November 7, 2022

Respectfully submitted,

/s/ Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

        Chad S. Hummel (admitted *pro hac vice*)
        chummel@sidley.com
        SIDLEY AUSTIN LLP
        1999 Avenue of the Stars, 17th Floor
        Los Angeles, CA 90067
        Telephone: 310.595.9500
        Fax: 310.595.9501

        *Attorneys for Match Group, Inc. and*
        *Match Group, LLC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on counsel of record via email on November 7, 2022.

        */s/ Angela C. Zambrano*
        Angela C. Zambrano