IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>  Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES AND CONTINUING TRIAL DATE** |

Before the Court is the parties' Joint Motion to Extend Deadlines and Continue Trial Date (the "Joint Motion"). Having considered the parties' Joint Motion, the Court finds **GOOD CAUSE** exists to modify the deadlines in this matter's Scheduling Order and exigent circumstances exist to continue the trial setting. Doc. 100. Accordingly, it is **ORDERED** that the Joint Motion is **HEREBY GRANTED**. The deadlines in this matter are extended by eight weeks, and the trial is continued to October 2, 2023. Specifically, the following deadlines and dates shall supersede those in the Court's prior Scheduling Order:

| Description | Amended Deadlines |
|---|---|
| File a written designation of the name and address of each expert witness who will testify at trial, otherwise complying with Fed. R. Civ. P. 26(a)(2) | December 30, 2022 |
| Complete all discovery, including discovery concerning expert witnesses | March 3, 2023 |
| File all motions that would dispose of all or any part of this case (including all motions for summary judgment) | April 3, 2023 |
| File motions challenging or seeking to disqualify expert witnesses (e.g., *Daubert* motions) | April 3, 2023 |

| | |
|---|---|
| Make the disclosure required by Fed. R. Civ. P. 26(a)(3)(A)-(B) | August 28, 2023 |
| File all pretrial material pretrial material with the Court, including those identified in paragraph 11 of the Court's April 28, 2022 Scheduling Order, Doc. 100. | September 11, 2023 |
| Bench trial | October 2, 2023 |

**IT IS SO ORDERED.**

Dated: _____    _____

                                                        Honorable Ed Kinkeade
                                                        United States District Judge