IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation, and<br>MATCH GROUP, LLC, formerly known<br>as MATCH.COM, LLC, a limited liability<br>company,<br>Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:19-CV-2281-K<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER

By order of reference filed August 30, 2022, before the Court for determination is *Match Group, Inc.'s Motion to Compel Discovery Responses and Production of Documents from Federal Trade Commission*, filed August 29, 2022 (doc. 133). An oral argument concerning the motion, as narrowed by the parties in the *Joint Submission on Match Group, Inc.'s Motion to Compel Discovery Responses and Production of Documents from Federal Trade Commission*, filed September 13, 2022 (doc. 144), was conducted on the record on November 8, 2022. All parties appeared through counsel. Based on the relevant filings, applicable law, and argument , and for the reasons stated on the record, the motion to compel is **GRANTED IN PART and DENIED IN PART.**

1. The plaintiff's objections to the portion of Interrogatory No. 2 (Disputed Issue I) relating to flaws (i.e., features that the plaintiff contends "make the Online Cancelation Flow not 'simple'") are overruled, but motion to compel a further response to this portion of the interrogatory is denied.

2. The plaintiff's objections to the portion of Interrogatory No. 2 (Disputed Issue I) relating to fixes (i.e., changes the plaintiffs contends would be necessary to "make the Online

Cancelation Flow 'simple'") are overruled, and motion to compel a further response to this portion of the interrogatory is granted. The plaintiff must produce its response to this portion of the interrogatory to the defendant's counsel within 21 days from the date of this order, unless otherwise agreed by the parties.

3. The plaintiff's relevance, vague and ambiguous objections to the defendant's Requests for Admissions Nos. 40-43 (Disputed Issue II) are overruled. The motion to compel the plaintiff to provide responses to these requests is granted, and the plaintiff must produce its responses to those requests to the defendant's counsel within 21 days from the date of this order, unless otherwise agreed by the parties.

4. The plaintiff's vague and inappropriate objections to the defendant's Requests for Admissions Nos. 33-38 (Disputed Issue II) are overruled. The motion to compel the plaintiff to provide responses to these requests is granted, and the plaintiff must produce its responses to those requests to the defendant's counsel within 21 days from the date of this order, unless otherwise agreed by the parties.

5. The plaintiff's remaining objections to the defendant's Requests for Production Nos. 5-6 (Disputed Issue II) are sustained. The motion to compel the plaintiff to provide further response to these requests is denied.

6. The plaintiff's remaining objections to the defendant's Interrogatory No. 3 and Request for Production No. 7 (Disputed Issue III) are overruled. The motion to compel the plaintiff to provide responses to these requests is granted, and the plaintiff must produce its responses and any documents in its possession, custody or control that are responsive to those requests to the defendant's counsel within 21 days from the date of this order, unless otherwise agreed by the

parties.

7. The plaintiff's vagueness objections to the defendant's Requests for Admissions Nos. 13-14, 17-18, 21-22, 25-26, and 29-30 (Disputed Issue IV), are overruled. The motion to compel the plaintiff to provide responses to these requests is granted, and the plaintiff must produce its responses to those requests to the defendant's counsel within 21 days from the date of this order, unless otherwise agreed by the parties.

8. The plaintiff's objections to the defendant's Requests for Admissions Nos. 1-8 (Disputed Issue V) are overruled. The motion to compel the plaintiff to provide responses to these requests is granted, and the plaintiff must produce its responses to those requests to the defendant's counsel within 21 days from the date of this order, unless otherwise agreed by the parties.

9. The plaintiff's objections to Interrogatory Nos. 1 (Disputed Issue VI) and 7 (Disputed Issue VII) are overruled, but the motion to compel a further response to these interrogatories is denied.

10. All relief not specifically awarded is denied.

**SO ORDERED** on this 8th day of November, 2022.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE