IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] ORDER SUSTAINING DEFENDANT MATCH GROUP, INC.'S OBJECTION TO MAGISTRATE JUDGE'S ORDER (DKT. 164)** |

Before the Court is Defendant Match Group Inc.'s ("MGI") Objection to Magistrate Judge's Order (the "Objection"). Having considered the Objection, the Court finds **GOOD CAUSE** exists to sustain MGI's objection. Accordingly, it is **ORDERED** that the Objection is **HEREBY SUSTAINED**.

**IT IS SO ORDERED.**

Dated: _____     _____

Honorable Ed Kinkeade
United States District Judge