IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., et al<br><br>    Defendant. | Case No.  3:19-cv-02281<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR THE PLAINTIFF FEDERAL TRADE COMMISSION** |

  Notice is hereby given that Jason C. Moon hereby enters his appearance as additional attorney of record for Plaintiff, Federal Trade Commission, in all further proceedings in this cause of action and request that all future notices from the Court, copies, and pleadings sent to the parties in interest be sent to him at the following address:

Jason C. Moon
Texas Bar No. 24001188
(214) 979-9378 (office)
(202) 677-9448 (mobile)
jmoon@ftc.gov
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 953-3079 (fax)

Dated: April 25, 2023          Respectfully submitted,

                */s/ Jason C. Moon*
                Jason C. Moon
                Federal Trade Commission
                1999 Bryan St. Ste. 2150
                Dallas, Texas 75201
                T: (214)-979-9378
                Email: jmoon@ftc.gov
                Attorney for Plaintiff
                FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of April, 2023, I electronically submitted the foregoing document with the Clerk of the court for the U.S District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sends a "Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jason C. Moon*
Jason C. Moon