IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>    Defendants. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Motion to Compel Production of Documents, Responses to Interrogatories, and Requests for Admission from Defendant Match Group, LLC and Responses to Interrogatories from Defendant Match Group, Inc.** |

Having considered Plaintiff Federal Trade Commission's Motion to Compel Production of Documents, Responses to Interrogatories, and Requests for Admission from Defendant Match Group, LLC ("MGLLC") and Responses to Interrogatories from Defendant Match Group, Inc. ("MGI") and all briefing on the Motion, it is hereby **ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the objections made by Defendant MGI in response to Interrogatories 10 and 11 of the FTC's Second Set of Interrogatories to MGI and the objections made by MGLLC in response to Requests 1 through 16 from the FTC's Fourth Set of Requests for Production, Interrogatory 22 from the FTC's Fourth Set of Interrogatories, Requests 165-166, 172-196, 206-208, 212-224, 229, and 232 from the FTC's Third Set of Requests for Admission, and Interrogatories 23, 25, and 26 from the FTC's Fifth Set of Interrogatories to MGLLC are **OVERRULED.**

**IT IS FURTHER ORDERED THAT** no later than seven (7) days from the date of entry of this Order, Defendants shall provide full and complete responses to the above identified discovery with the objections above omitted.

**IT IS SO ORDERED.**

Dated: _____       _____

Honorable Ed Kinkeade
United States District Judge