UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation, MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>    Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] Order Granting Plaintiff Federal Trade Commission's Motion to File Brief in Excess of Page Limitations** |

      Having Considered Plaintiff Federal Trade Commission's Motion to File Brief in Excess of Page Limitations, it is hereby **ORDERED** that the Motion is **GRANTED.** The Federal Trade Commission is hereby permitted to file a response brief that is no longer than 75 pages long.

 

_____
Honorable Ed Kinkeade
United States District Judge