# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation, MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>     Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] Order Granting Plaintiff Federal Trade Commission's Motion to File Brief in Excess of Page Limitations** |

Having Considered Plaintiff Federal Trade Commission's Motion to File Brief in Excess of Page Limitations, it is hereby **ORDERED** that the Motion is **GRANTED.** The Federal Trade Commission is hereby permitted to file its principal brief in support of its Motion for Summary Judgment totaling 73 pages.

_____
Honorable Ed Kinkeade
United States District Judge