THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Defendants Match Group, Inc. ("MGI") and Match Group, LLC ("MGL") file this Unopposed Motion for Leave to File Brief in Excess of Page Limitations (the "Motion"). In support of this Motion, Defendants respectfully state as follows:

1. Pursuant to the Amended Scheduling Order, Dkt. 178, the deadline to file any motions for summary judgment is today, September 11, 2023. Local Civil Rule 56.5(b) permits a 50-page principal brief in support of a motion for summary judgment.

2. Defendants are filing their motion for summary judgment, along with an accompanying principal brief and appendix, today. Defendants respectfully request that the Court grant them leave to submit their principal brief with nine additional pages such that the principal brief will be 59 pages in length.

3. There are numerous reasons for a nine-page extension. The FTC's Amended Complaint (Dkt. 116) asserts three counts against the two Defendants (Match Group, Inc. and Match Group, LLC). There are multiple, independent grounds on which to grant summary judgment in Defendants' favor on each of the FTC's remaining three counts. Defendants

respectfully submit that the Court and parties would benefit from a nine-page extension by allowing for an efficient and concise but thorough presentation of the arguments and citation to evidence in the appendix.

4. The Court previously acknowledged that there were grounds for an extension of the FTC's principal brief in support of its motion for summary judgment. Dkt. 196.

5. For these reasons, Defendants respectfully submit that the circumstances justify a nine-page extension to the 50-page limit for their principal brief in support of their motion for summary judgment.

6. The FTC does not oppose the relief requested in this Motion.

7. Defendants are not seeking an extension of their filing deadline. Defendants will file their brief today, September 11, 2023.

WHEREFORE, Defendants respectfully request that the Court extend the page limit for the principal brief in support of Defendants' forthcoming motion for summary judgment by nine pages such that Defendants are permitted to file a 59-page brief.

[signature page to follow]

Dated: September 11, 2023

/s/ *Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Fax: 214-981-3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Fax: 310-595-9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*

## CERTIFICATE OF CONFERENCE

On September 7 and 8, 2023, counsel for Defendants, Angela Zambrano and Chad Hummel, conferred via email with counsel for the FTC, John O'Gorman, regarding whether the FTC opposes the relief requested in this Motion. The FTC confirmed that it does not oppose the relief requested in this Motion.

> */s/ Angela C. Zambrano*
> Angela C. Zambrano

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and forgoing document was served on all counsel of record via e-mail as outlined below on September 11, 2023.

Reid Abram Tepfer
rtepfer@ftc.gov
M. Hasan Aijaz
maijaz@ftc.gov
Matthew James Wilshire
mwilshire@ftc.gov
Sarah Zuckerman
szuckerman@ftc.gov
John R. O'Gorman
jogorman@ftc.gov
Erica Rollins Hilliard
ehilliard@ftc.gov
Jason C. Moon
jmoon@ftc.gov

> */s/ Angela C. Zambrano*
> Angela C. Zambrano