THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER GRANTING DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

Before the Court is Defendants Match Group, Inc. and Match Group, LLC's Unopposed Motion for Leave to File Brief in Excess of Page Limitations (the "Motion"). For good cause shown, the Motion is **GRANTED**. It is therefore **ORDERED** that Defendants may file their brief in support of their motion for summary judgment with nine additional pages.

Date: _____, 2023

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE