# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER GRANTING DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendants Match Group, Inc. and Match Group, LLC's ("Defendants") Motion for Summary Judgment (the "Motion"). After careful consideration of the Motion, the pleadings filed in this matter, any other submissions by the parties, the arguments of counsel, the evidence, and the relevant legal principles, the Court GRANTS Defendants' Motion in its entirety. The Court enters summary judgment in favor of Defendants and denies in full all of the relief sought by Plaintiff in this action. Each party is responsible for its own fees and costs.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2023.

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE