THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANT MATCH GROUP, INC. AND MATCH GROUP, LLC'S
APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 56.6 and 79.3, Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Appendix in Support of their Motion for Summary Judgment. Exhibits 7, 9, 22, 24, 38-41, 44-J, 44-K, 44-L, and 59 will be filed under seal.

| Ex. | Description | App. |
|---|---|---|
| | **Deposition Excerpts** | |
| 1. | Bikram Bandy (FTC 30(b)(6)) Deposition Transcript (Oct. 24, 2022) | App. 1–18 |
| 2. | Bikram Bandy (FTC 30(b)(6)) Deposition Transcript (Oct. 31, 2022) | App. 19–32 |
| 3. | Greg Blatt Deposition Transcript (Jan. 13, 2023) | App. 33–40 |
| 4. | Melissa Clinchy Deposition Transcript (Feb. 16, 2023) | App. 41–48 |
| 5. | Mandy Ginsberg Deposition Transcript (Feb. 23, 2023) | App. 49–56 |
| 6. | Sharmistha Dubey (MGI 30(b)(6)) Deposition Transcript (Mar. 3, 2023) | App. 57–77 |
| 7. | Dushyant Saraph (MGL 30(b)(6)) Deposition Transcript (Apr. 6, 2023) | App. 78–93 |
| 8. | Dushyant Saraph (MGL 30(b)(6)) Deposition Transcript (June 22, 2023) | App. 94–104 |
| 9. | Bikram Bandy (FTC 30(b)(6)) Deposition Transcript (June 26, 2023) | App. 105–121 |
| 10. | Jennifer King (FTC Expert) Deposition Transcript (July 27, 2023) | App. 122–141 |

| Ex. | Description | App. |
|---|---|---|
| | **Hearing Transcript** | |
| 11. | Transcript of Proceedings Before the Honorable Irma Carrillo Ramirez, United States Magistrate Judge on Nov. 1, 2022 (amended Nov. 8, 2022) | App. 142–201 |
| | **Documents** | |
| 12. | MATCHFTC774813 (Select Settings from Gear Icon) | App. 202–203 |
| 13. | MATCHFTC774738 (Select "Manage subscription") | App. 204–205 |
| 14. | MATCHFTC774742 (Enter Password and Complete reCaptcha) | App. 206–207 |
| 15. | MATCHFTC774736 (Select "Cancel Subscription") | App. 208–209 |
| 16. | MATCHFTC774745 (Answer or Skip Optional Survey) | App. 210–211 |
| 17. | MATCHFTC774790 (Accept or Skip Save Offer) | App. 212–213 |
| 18. | MATCHFTC774739 (Answer or Skip Optional Net Promoter Score) | App. 214–215 |
| 19. | MATCHFTC774734 (Cancelation Confirmation) | App. 216–217 |
| 20. | MATCHFTC774521 (Email, "[Guarantee] is no longer available") | App. 218–219 |
| 21. | MATCHFTC774522 (FAQ, Guarantee "was discontinued on 4/11/2019") | App. 220–221 |
| 22. | MATCHFTC774593 (Document, Guarantee "no longer available") | App. 222–229 |
| 23. | MATCHFTC774668 (Email example, cessation of Chargeback Policy) | App. 230–232 |
| 24. | MATCHFTC471514 (Rationale for Chargeback Policy) | App. 233–238 |
| 25. | MATCHFTC774614 (Match.com Terms of Use dated Dec. 18, 2017) | App. 239–247 |
| 26. | MATCHFTC774600 (Match.com Terms of Use dated Nov. 12, 2019) | App. 248–262 |
| 27. | MATCHFTC774640 (Match.com Terms of Use dated Apr. 18, 2019) | App. 263–274 |
| 28. | MATCHFTC774652 (Match.com Terms of Use dated Feb. 8, 2021) | App. 275–290 |
| 29. | MATCHFTC774674 (MGL owns Match.com trademarks) | App. 291–293 |
| 30. | MATCHFTC774676 (MGL owns Match.com trademarks) | App. 294–296 |
| 31. | MATCHFTC774678 (MGL owns Match.com trademarks) | App. 297–299 |
| 32. | MATCHFTC774680 (MGL owns Match.com trademarks) | App. 300–302 |
| 33. | MATCHFTC774697 (MGL is contact for domain Match.com) | App. 303–307 |
| 34. | MATCHFTC774727 (MGL owns Match.com app on Apple) | App. 308–309 |
| 35. | MATCHFTC774728 (MGL owns Match.com app on Apple) | App. 310–311 |
| 36. | MATCHFTC774729 (MGL owns Match.com app on Google Play) | App. 312–313 |
| 37. | MATCHFTC777082 (MGL owns Match.com app on Google Play) | App. 314–315 |
| 38. | MATCHFTC753946 (Match.com using cancelation survey data) | App. 316–319 |
| 39. | MATCHFTC777145 (Match.com using cancelation survey data) | App. 320–332 |
| 40. | MATCHFTC834015 (Email, noting expecting no net impact to revenue from removal of Guarantee) | App. 333–335 |
| 41. | MATCHFTC834288 (Email, noting "topline impact of the [G]uarantee is very small") | App. 336–339 |
| | **Correspondence** | |
| 42. | Letter from Linda A. Goldstein to FTC (dated Aug. 6, 2019) | App. 340–342 |
| 43. | Letter from Chad S. Hummel to FTC (dated May 20, 2022) | App. 343–344 |

| Ex. | Description | App. |
|---|---|---|
| | **Declarations** | |
| 44. | Declaration of Dushyant Saraph, with Exhibits A-M<br>• Exhibit A: MATCHFTC774523 (Guarantee "Learn more")<br>• Exhibit B:<br>   o MATCHFTC774536 (Guarantee Program Rules, excerpt #1)<br>   o MATCHFTC774568 (Guarantee Program Rules, excerpt #2)<br>   o MATCHFTC774563 (Guarantee Program Rules, excerpt #3)<br>• Exhibit C:<br>   o MATCHFTC774538 (Guarantee Progress Page, excerpt #1)<br>   o MATCHFTC774527 (Guarantee Progress Page, excerpt #2)<br>• Exhibit D: MATCHFTC846849 (Match.com Canceling FAQ)<br>• Exhibit E: MATCHFTC846848 (Match.com Cancelling FAQ)<br>• Exhibit F: MATCHFTC672286 (Match.com Previous FAQs)<br>• Exhibit G: MATCHFTC672339 (Match.com Previous FAQ)<br>• Exhibit H: MATCHFTC672338 (Match.com Previous FAQ)<br>• Exhibit I: MATCHFTC672336 (Match.com Previous FAQ)<br>• Exhibit J: MATCHFTC774724 (Cancelations by Method Data)<br>• Exhibit K: MATCHFTC744806 (Cancelation by Mail Example)<br>• Exhibit L: MATCHFTC744801 (Cancelation by Fax Example)<br>• Exhibit M: MATCHFTC774622 (Match.com Terms of Use dated Feb. 28, 2022) | App. 345–441 |
| 45. | Declaration of Jared Sine | App. 442–444 |
| | **Stipulation** | |
| 46. | Verified Stipulation Regarding Permanently Discontinued Practices on Match.com, Dkt. 146 (dated Sept. 20, 2022) | App. 445–452 |
| | **Disclosures** | |
| 47. | FTC's Initial Disclosures (dated Apr. 15, 2023) | App. 453–473 |
| 48. | FTC's Fourth Amended Initial Disclosures (dated July 27, 2023) | App. 474–479 |
| | **Admissions** | |
| 49. | FTC's Second Amended Responses to MGI's First Set of Requests for Admissions (dated Nov. 29, 2022) | App. 480–498 |
| 50. | FTC's Responses and Objections to MGL's First Requests for Admission (dated July 28, 2023) | App. 499–520 |
| | **Interrogatory Answers** | |
| 51. | MGI's Second Amended Responses and Objections to FTC's First Set of Interrogatories (dated Jan. 14, 2023)[1] | App. 521–550 |
| 52. | MGL's Second Amended Responses and Objections to FTC's First Set of Interrogatories (dated May 19, 2023)[2] | App. 551–605 |
| 53. | FTC's Responses to MGI's First Set of Interrogatories (dated August 8, 2022) | App. 606–619 |

---

[1] MGI's First Amended Responses and Objections to FTC's First Set of Interrogatories (which are encompassed in **Ex. 51**) were served on Sept. 14, 2022.
[2] MGL's original Responses and Objections to FTC's First Set of Interrogatories (which are encompassed in **Ex. 52**) were served on Sept. 28, 2022.

| Ex. | Description | App. |
|---|---|---|
| 54. | FTC's Responses and Objections to MGL's First Set of Interrogatories, including Attachment A (FTC-Proposed Injunction) (dated May 18, 2023) | App. 620–679 |
| 55. | FTC's Responses to MGI's Second Set of Interrogatories (dated May 19, 2023) | App. 680–694 |
| 56. | FTC's Fourth Amended Responses to MGI's First Set of Interrogatories  (dated May 25, 2023) | App. 695–735 |
| **Expert Reports** | | |
| 57. | Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow (dated Jan. 13, 2023) | App. 736–974 |
| 58. | Expert Report of Dr. Jennifer King (dated Jan. 13, 2023) | App. 975–1049 |
| 59. | Rebuttal Expert Report of James Langenfeld, Ph.D. (dated Aug. 22, 2023) | App. 1050–1158 |
| **Videos** | | |
| 60. | MATCHFTC774670 (Video of online cancelation flow) | App. 1159 |
| 61. | MATCHFTC774651 (Video of online cancelation flow) | App. 1160 |
| 62. | MATCHFTC774667 (Video of online cancelation flow) | App. 1161 |
| 63. | MATCHFTC846853 (Video of online cancelation flow that is embedded in FAQ at MATCHFTC846849, attached as Exhibit D to Saraph Declaration, Ex. 44) | App. 1162 |

[signature page to follow]

Dated: September 11, 2023

/s/  *Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Fax: 214-981-3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Fax: 310-595-9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

Reid Abram Tepfer
rtepfer@ftc.gov
M. Hasan Aijaz
maijaz@ftc.gov
Matthew James Wilshire
mwilshire@ftc.gov
Sarah Zuckerman
szuckerman@ftc.gov
John R. O'Gorman
jogorman@ftc.gov
Erica Rollins Hilliard
ehilliard@ftc.gov
Jason C. Moon
jmoon@ftc.gov

>*/s/ Angela C. Zambrano*
>Angela C. Zambrano