# EXHIBIT 60

## MATCHFTC774670 (VIDEO OF ONLINE CANCELATION FLOW)

## PROVIDED IN NATIVE FORMAT

App. 1159

# EXHIBIT 61

# MATCHFTC774651
# (VIDEO OF ONLINE
# CANCELATION FLOW)

# PROVIDED IN
# NATIVE FORMAT

# EXHIBIT 62

## MATCHFTC774667 (VIDEO OF ONLINE CANCELATION FLOW)

## PROVIDED IN NATIVE FORMAT

# EXHIBIT 63

# MATCHFTC846853 (VIDEO EMBEDDED IN FAQ IN EX. 44-D, MATCHFTC846849)

# PROVIDED IN NATIVE FORMAT