IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT JENNIFER KING

Pending before the Court is Defendants Match Group, Inc. and Match Group, LLC's Motion to Exclude Testimony of Plaintiff's Expert Jennifer King (the "Motion"). Having considered the Motion, the Court finds that the Motion shall be and hereby is GRANTED.

IT IS THEREFORE ORDERED that each of the portions of the Expert Report of Jennifer King, the Expert Rebuttal Report of Jennifer King, and related testimony described in the Motion are hereby stricken and excluded, respectively.

Date:_____, 2023

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE