THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANT MATCH GROUP, INC. AND MATCH GROUP, LLC'S
APPENDIX IN SUPPORT OF MOTION TO EXCLUDE DR. JENNIFER KING**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.6, Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Appendix in Support of Motion to Exclude Dr. Jennifer King.

| Ex. | Description | App. Page(s) |
|---|---|---|
| | **Expert Reports** | |
| 1. | Expert Report of Dr. Jennifer King (dated Jan. 13, 2023) | App. 1–75 |
| 2. | Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow (dated Jan. 13, 2023) | App. 76–150 |
| 3. | Rebuttal Expert Report of Dr. Jennifer King (dated May 15, 2023) | App. 151–196 |
| 4. | Rebuttal of Dr. King's Report Regarding Match.com's Online Subscription Cancelation Flow (dated May 15, 2023) | App. 197–255 |
| 5. | Rebuttal Expert Report to Dr. King's Rebuttal Report (June 14, 2023) | App. 256–301 |
| | **Documents** | |
| 6. | Moran and Gordon, "How to Conduct a Heuristic Evaluation," Nielsen Norman Group (6/25/2023) | App. 302–315 |
| 7. | Nielsen Norman Group, "First Rule of Usability? Don't Listen to Users," located at https://www.nngroup.com/articles/first-rule-of-usability-dont-listen-to-users/ | App. 316–323 |
| 8. | 16 CFR Part 425 – FTC Negative Option Rule | App. 324–407 |
| 9. | Usability.gov, "Heuristic Evaluations and Expert Review" | App. 408–410 |
| | **Depositions** | |

1

| Ex. | Description | App. Page(s) |
|---|---|---|
| 10. | Bikram Bandy (FTC 30(b)(6)) Deposition Transcript Excerpts (Oct. 24, 2022) | App. 411–417 |
| 11. | Jennifer King (FTC Expert) Deposition Transcript Excerpts (July 27, 2023) | App. 418–459 |
| 12. | Kristina Auderer Deposition Transcript Excerpts (Nov. 18, 2022) | App. 460–466 |

Dated: September 11, 2023

/s/ Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Fax: 214-981-3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Fax: 310-595-9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

Reid Abram Tepfer
rtepfer@ftc.gov
M. Hasan Aijaz
maijaz@ftc.gov
Matthew James Wilshire
mwilshire@ftc.gov
Sarah Zuckerman
szuckerman@ftc.gov
John R. O'Gorman
jogorman@ftc.gov
Erica Rollins Hilliard
ehilliard@ftc.gov
Jason C. Moon
jmoon@ftc.gov

                                            */s/ Angela C. Zambrano*
                                            Angela C. Zambrano