IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF BRANDON WARD

Pending before the Court is Plaintiff Federal Trade Commission's Motion in Limine to Exclude Proposed Expert Testimony of Brandon Ward (the "Motion"). Having considered the Motion, IT IS HEREBY ORDERED the Motion is DENIED.

Date:_____, 2023

_____
HON. ED KINKEADE
UNITED STATES DISTRICT
JUDGE