IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

### [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JAMES LANGENFELD AS SET FORTH IN HIS REBUTTAL EXPERT REPORT TO DR. KING'S REBUTTAL REPORT

Pending before the Court is Plaintiff Federal Trade Commission's Motion in Limine to Exclude Expert Testimony of James Langenfeld as Set Forth in his Rebuttal Expert Report To Dr. King's Rebuttal Report (the "Motion"). Having considered the Motion, IT IS HEREBY ORDERED the Motion is DENIED.

Date:_____, 2023

                                                                                    HON. ED KINKEADE
                                                                                    UNITED STATES DISTRICT JUDGE