THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

Defendants Match Group, Inc. and Match Group, LLC file this Unopposed Motion for Leave to File Brief in Excess of Page Limitations (the "Motion"). In support of this Motion, Defendants respectfully state as follows:

1. Pursuant to the Court's Order, Dkt. 217, the deadline to file a response opposing the FTC's Motion for Summary Judgment (Dkt. 198, 199-1) is today, October 16, 2023. Local Civil Rule 56.5(b) permits a 50-page principal brief in support of a response to a motion for summary judgment.

2. Defendants are filing their response opposing the FTC's Motion for Summary Judgment, along with an accompanying principal brief and appendix, today. Defendants respectfully request that the Court grant them leave to submit their principal brief with 35 additional pages such that the principal brief will be 85 pages in length.

3. There are numerous reasons for a 35-page extension. The FTC submitted a 73-page brief (Dkt. 199-1) and 4,699-page supporting appendix (Dkt. 199-2–199-10). While 73 pages, the FTC's brief includes 385, 10-point font, single-spaced footnotes. While such footnotes are

permitted under the Local Rules, if those footnotes were in the text of the brief (and thus in 12-point font and double-spaced), the FTC's brief would be around 120 pages. In addition, there are multiple, independent grounds on which to deny the FTC's Motion for Summary Judgment. Defendants respectfully submit that the Court and parties would benefit from a 35-page extension by allowing for an efficient and concise but thorough presentation of the arguments and citation to evidence in the appendix.

4. For these reasons, Defendants respectfully submit that the circumstances justify a 35-page extension to the 50-page limit for their response brief in opposition to the FTC's Motion for Summary Judgment.

5. The FTC does not oppose the relief requested in this Motion.

6. Defendants are not seeking an extension of their filing deadline. Defendants will file their brief today, October 16, 2023.

WHEREFORE, Defendants respectfully request that the Court extend the page limit for the response brief in opposition to the FTC's Motion for Summary Judgment by 35 pages such that Defendants are permitted to file an 85-page brief.

[signature page to follow]

|  |  |
|---|---|
| Dated: October 16, 2023 | */s/ Angela C. Zambrano* |
|  | Angela C. Zambrano |
|  | State Bar No. 24003157 |
|  | angela.zambrano@sidley.com |
|  | Chelsea A. Priest |
|  | State Bar No. 24102375 |
|  | cpriest@sidley.com |
|  | Tayler G. Bragg |
|  | State Bar No. 24109943 |
|  | tbragg@sidley.com |
|  | SIDLEY AUSTIN LLP |
|  | 2021 McKinney Avenue, Suite 2000 |
|  | Dallas, TX 75201 |
|  | Telephone: 214-981-3300 |
|  | Fax: 214-981-3400 |
|  |  |
|  | Chad S. Hummel (admitted *pro hac vice*) |
|  | chummel@sidley.com |
|  | SIDLEY AUSTIN LLP |
|  | 1999 Avenue of the Stars, 17th Floor |
|  | Los Angeles, CA 90067 |
|  | Telephone: 310-595-9500 |
|  | Fax: 310-595-9501 |
|  |  |
|  | Benjamin M. Mundel (admitted *pro hac vice*) |
|  | bmundel@sidley.com |
|  | SIDLEY AUSTIN LLP |
|  | 1501 K Street, N.W. |
|  | Washington, DC 20005 |
|  | Telephone: 202-736-8000 |
|  | Fax: 202-736-8711 |
|  |  |
|  | *Attorneys for Match Group, Inc. and Match Group, LLC* |

**CERTIFICATE OF CONFERENCE**

On October 13, 2023, counsel for Defendants, Tayler G. Bragg, conferred via email with counsel for the FTC, John R. O'Gorman, regarding whether the FTC opposes the relief requested in this Motion. The FTC confirmed that does not oppose the relief requested in this Motion.

>   */s/ Angela C. Zambrano*
>   Angela C. Zambrano

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

Reid Abram Tepfer
rtepfer@ftc.gov
M. Hasan Aijaz
maijaz@ftc.gov
Matthew James Wilshire
mwilshire@ftc.gov
Sarah Zuckerman
szuckerman@ftc.gov
John R. O'Gorman
jogorman@ftc.gov
Erica Rollins Hilliard
ehilliard@ftc.gov
Jason C. Moon
jmoon@ftc.gov

>   */s/ Angela C. Zambrano*
>   Angela C. Zambrano