# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER DENYING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff Federal Trade Commission's ("Plaintiff") Motion for Summary Judgment (the "Motion"). Dkt. 198, 199-1. After careful consideration of the Motion, the pleadings filed in this matter, any other submissions by the parties, the arguments of counsel, the evidence, and the relevant legal principles, the Court DENIES Plaintiff's Motion in its entirety.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2023.

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE