## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability<br>company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Defendants Match Group, Inc. and Match Group, LLC file this Unopposed Motion for Leave to File Brief in Excess of Page Limitations (the "Motion"). In support of this Motion, Defendants respectfully state as follows:

1.      Pursuant to the Court's Order, Dkt. 217, the deadline to file a reply in support of Defendants' Motion for Summary Judgment (Dkt. 204) is today, November 6, 2023. Local Civil Rule 56.5(b) permits a 25-page reply brief.

2.      Defendants are filing their reply brief, along with an accompanying appendix, today. Defendants respectfully request that the Court grant them leave to submit their reply brief with 13 additional pages such that the brief will be 38 pages in length.

3.      There are numerous reasons for a 13-page extension. Defendants' Motion for Summary Judgment (Dkt. 204) set forth multiple, independent grounds on which to grant summary judgment in Defendants' favor on each of the FTC's remaining three counts. The FTC submitted a 46-page response brief (Dkt. 231-1), with a 211-page supporting appendix (Dkt. 231-2), which referred to numerous sections within the FTC's 73-page Motion for Summary Judgment (Dkt. 199-

1) and documents within the FTC's 4,699-page supporting appendix (Dkt. 199-2–199-10). Defendants respectfully submit that the Court and parties would benefit from a 13-page extension by allowing for an efficient and concise but thorough presentation of the arguments and citation to evidence in the appendices.

4.     The Court has previously granted similar page extensions for summary judgment briefing in this case. *See, e.g.*, Dkt. 213, 241, 247.

5.     For these reasons, Defendants respectfully submit that the circumstances justify a 13-page extension to the 25-page limit for Defendants' reply brief in support of their Motion for Summary Judgment.

6.     The FTC does not oppose the relief requested in this Motion.

7.     Defendants are not seeking an extension of their filing deadline. Defendants will file their brief today, November 6, 2023.

WHEREFORE, Defendants respectfully request that the Court extend the page limit for the reply brief in support of their Motion for Summary Judgment by 13 pages such that Defendants are permitted to file a 38-page brief.

[signature page to follow]

Dated: November 6, 2023

*/s/ Angela C. Zambrano*

Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Fax: 214-981-3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Fax: 310-595-9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and
Match Group, LLC*

## CERTIFICATE OF CONFERENCE

On November 3, 2023 and November 6, 2023, counsel for Defendants, Chelsea A. Priest, conferred via email with counsel for the FTC, John O'Gorman, regarding whether the FTC opposes the relief requested in this Motion. The FTC confirmed that it does not oppose the relief requested in this Motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

Reid Abram Tepfer
rtepfer@ftc.gov
M. Hasan Aijaz
maijaz@ftc.gov
Matthew James Wilshire
mwilshire@ftc.gov
Sarah Zuckerman
szuckerman@ftc.gov
John R. O'Gorman
jogorman@ftc.gov
Erica Rollins Hilliard
ehilliard@ftc.gov
Jason C. Moon
jmoon@ftc.gov
Nicole Conte
nconte@ftc.gov

*/s/ Angela C. Zambrano*
Angela C. Zambrano