# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER GRANTING DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Before the Court is Defendants Match Group, Inc. and Match Group, LLC's Unopposed Motion for Leave to File Brief in Excess of Page Limitations (the "Motion"). For good cause shown, the Motion is **GRANTED**. It is therefore **ORDERED** that Defendants may file their reply brief in support of their Motion for Summary Judgment with 13 additional pages.

Date: _____, 2023

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE