## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, Plaintiff, | Case No. 3:19-cv-02281-K |
| vs. | |
| MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company, | |
| Defendants. | |

### DEFENDANT MATCH GROUP, INC. AND MATCH GROUP, LLC'S APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 56.6 and 79.3, Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Appendix in Support of Reply in Support of Motion for Summary Judgment. Exhibits 79-15, 79-16, 79-17, 79-21, 79-22, 79-25, 79-26, 79-36, 79-37, 79-48, 79-49, 79-50, 79-51, and 80-2 will be filed under seal.[1]

| Ex. | Description | App.[2] |
|---|---|---|
| | **Deposition Excerpts** | |
| 64. | Bikram Bandy (FTC 30(b)(6)) Dep. Tr. (Oct. 24, 2022) | App. 1163–1167 |
| 65. | Bikram Bandy (FTC 30(b)(6)) Dep. Tr. (Oct. 31, 2022) | App. 1168–1173 |
| 66. | Kristina Auderer Dep. Tr. (Nov. 18, 2022) | App. 1174–1182 |
| 67. | Michele Watson Dep. Tr. (Feb. 10, 2023) | App. 1183–1192 |
| 68. | Melissa Clinchy Dep. Tr. (Feb. 16, 2023) | App. 1193–1198 |
| 69. | Mandy Ginsberg Dep. Tr. (Feb. 23, 2023) | App. 1199–1204 |
| 70. | Sharmistha Dubey (MGI 30(b)(6)) Dep. Tr. (Mar. 3, 2023) | App. 1205–1211 |
| 71. | Adrian Ong Dep. Tr. (Mar. 21, 2023) | App. 1212–1219 |
| 72. | Dushyant Saraph (MGL 30(b)(6)) Dep. Tr. (Apr. 6, 2023) | App. 1220–1228 |
| 73. | Dushyant Saraph (MGL 30(b)(6)) Dep. Tr. (June 22, 2023) | App. 1229–1237 |

---

[1] Per the Court's Orders at Dkt. 216 and 217, Defendants plan to file their sealing motion and supporting documents by December 15, 2023.
[2] Appendix pagination is continuous from the Appendix filed in Support of Defendants' Motion. *See* Dkt. 206.

| Ex. | Description | App.[2] |
|---|---|---|
| 74. | Bikram Bandy (FTC 30(b)(6)) Dep. Tr. (June 26, 2023) | App. 1238–1243 |
| 75. | Brandon Ward (Defs.' Usability Expert) Dep. Tr. (July 13, 2023) | App. 1244–1251 |
| 76. | Jennifer King (FTC Expert) Dep. Tr. (July 27, 2023) | App. 1252–1257 |
| **Hearing Transcript** | | |
| 77. | Transcript of Proceedings Before the Honorable Irma Carrillo Ramirez, United States Magistrate Judge on Nov. 8, 2022 | App. 1258–1337 |
| **Document** | | |
| 78. | MATCHFTC672167 (State of Delaware Certificate of Am.) | App. 1338–1340 |
| **Declaration** | | |
| 79. | Supplemental Declaration of Dushyant Saraph | App. 1341–1721 |
| 80. | Declaration of James Langenfeld | App. 1722–1879 |

[signature page to follow]

Dated: November 6, 2023

/s/ Angela C. Zambrano

Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Fax: 214-981-3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Fax: 310-595-9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and*
*Match Group, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

Reid Abram Tepfer
rtepfer@ftc.gov
M. Hasan Aijaz
maijaz@ftc.gov
Matthew James Wilshire
mwilshire@ftc.gov
Sarah Zuckerman
szuckerman@ftc.gov
John R. O'Gorman
jogorman@ftc.gov
Erica Rollins Hilliard
ehilliard@ftc.gov
Jason C. Moon
jmoon@ftc.gov
Nicole Conte
nconte@ftc.gov

*/s/ Angela C. Zambrano*
Angela C. Zambrano

# EXHIBIT 64

1                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF TEXAS

2                        DALLAS DIVISION

3

4    FEDERAL TRADE COMMISSION,          :  Civil Action

5            Plaintiff,                  :  Case No. 3:19-cv-02281-K

6        vs.                            :

7    MATCH GROUP, INC., a corporation, :

     MATCH GROUP, LLC, formerly

8    MATCH.COM, LLC, a Limited         :

     Liability Company,

9                                       :

             Defendant.

10   _____/

11

12           Deposition of BIKRAM BANDY, taken on behalf of

13   Defendant, by Chad Hummel, of Sidley Austin, LLP, at 1501 K

14   Street, NW, Washington, D.C., commencing at 10:09 a.m., on

15   October 24, 2022, before Linda C. Marshall, RPR.

16

17   APPEARANCES:

18   FOR THE PLAINTIFF:    M. HASAN AIJAZ, Esquire

                           Federal Trade Commission

19

20

     FOR THE DEFENDANT:    CHAD HUMMEL, Esquire

21                         Sidley Austin, LLP

22

23

24

25

                                              Page 1

I-N-D-E-X

Witness                                               Page

Bikram Bandy
    Examination by Mr. Hummel .......................... 4

EXHIBITS

Exhibit 1 Notice of Deposition ........................ 9
Exhibit 2 Plaintiff Initial Disclosure ................ 46
Exhibit 3 First Amended Complaint ..................... 73
Exhibit 4 Responses to MGI Interrogatories ........... 88
Exhibit 5 Enforcement Policy Statement ................ 113

Page 2

---

P-R-O-C-E-E-D-I-N-G-S

THE VIDEOGRAPHER:  Good morning.  We're going on the record at 10:09 a.m. on October 24, 2022.  Please note that the microphones are sensitive and can pick up private conversations. Please mute your phones at this time.  Audio and video recording will continue to take place unless both parties agree to go off the record.

This is media unit one of the video recorded deposition of Bikram Bandy taken by counsel for the defendant in the matter of Federal Trade Commission versus Match Group, Inc., et al. filed in the United States District Court for the Northern District of Texas, Case Number 3:19-CV-02281-K. Location of this deposition is Sidley Austin, 1501 K Street Northwest, Suite 600, Washington, D.C.

My name is Gene Aronov representing Veritext and I am the videographer.  The court reporter is Linda Marshall from the firm Veritext.  I'm not authorized to administer an oath.  I'm not related to any party in this session nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present, including remotely, you may now state your appearances and affiliations for the record.

MR. HUMMEL:  Good morning.  My name is Chad Hummel, law firm Sidley Austin.  I represent the defendants, Match

Page 3

---

Group, Inc. and Match Group, LLC.

MS. TECKMAN:  Jeanette Teckman, in-house counsel for Match Group, LLC.

MS. BRAGG:  Taylor Bragg, Sidley Austin, LLC on behalf of Match Group, Inc. and Match Group, LLC.

MR. KITCHENS:  And Samuel Kitchens, in-house counsel at Match Group, LLC.

MR. AIJAZ:  Hasan Aijaz representing the Federal Trade Commission.

MR. TEPFER:  Reid Tepfer with FTC.

THE VIDEOGRAPHER:  Is that everyone?

Will the court reporter please swear in the witness?

BIKRAM BANDY,

having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. HUMMEL:

Q   Good morning.  My name is Chad Hummel.  As I just said, I represent the defendants in this case, which has been filed by the Federal Trade Commission against Match Group, Inc. and Match Group, LLC.  The case is pending in the Northern District of Texas, Dallas division.

Will you please state your full name for the record?

A   Bikram Bandy.

Q   Mr. Bandy, you are the chief litigation counsel for the

Page 4

---

FTC's Bureau of Consumer Protection.  Is that correct?

A   That is correct.

Q   And you've held that position for approximately four years?

A   Yes.

Q   You're a lawyer?

A   I am.

Q   Where are you admitted to practice?

A   District of Columbia.

Q   In your role, you advise the Bureau of Consumer Protection director on complex litigation matters, true?

A   Among other things, yes.

Q   And you provide legal, strategic and tactical advice to case teams who are investigating and litigating consumer protection matters, correct?

A   Yes.

Q   And your job also includes providing guidance on e-discovery and ESI issues, right?

A   Yes.

Q   And you assist case teams in preparing for hearings and trials and advise on appeals that arise from the FTC's Consumer Protection cases, true?

A   That is true.

Q   And you're responsible for developing training materials and programs for bureau attorneys and investigators, correct?

A   Yes.

Page 5

2 (Pages 2 - 5)

1  Q  And currently you serve as head of the bureau's -- that's
2  the FTC's Bureau of Consumer Protection -- the bureau's
3  litigation committee, true?
4  A  The litigation committee has not been very active lately
5  and so, I guess, technically true.  But, yeah, we have -- the
6  litigation committee has not been.  But I am head of the
7  litigation committee.  I suppose that's true.
8  Q  Okay.  And you also manage special projects relating to the
9  bureau's investigation and litigation matters, correct?
10  A  Yes, that's right.
11  Q  Okay.  As an attorney representing the FTC, you owe a duty
12  of loyalty to the FTC.  Is that true?
13  A  Yes.
14  Q  And you owe a duty of zealous advocacy to the FTC, correct?
15  A  When I am representing the FTC, of course.
16  Q  In your position here today, you're not representing the
17  FTC.  Is that true?
18  A  I have been designated as a representative under Rule
19  30(b)6.  So, whatever the legal implications of that are, that
20  is what it is.  I don't -- that, that's -- I'm here today as the
21  corporate designee for the Federal Trade Commission.
22  Q  That I understand.  But even as a corporate designee,
23  you're still a lawyer representing the FTC.  And in that
24  capacity, you owe the FTC a duty of loyalty, correct?
25  A  I am not counsel for the FTC in this -- in its action

Page 6

1  against Match Group, Inc. and Match Group, LLC.
2  Q  Prior to the time that you were chief litigation counsel
3  for the FTC's Bureau of Consumer Protection, you were a senior
4  staff attorney?
5  A  That's true.
6  Q  And you worked in the Washington, D.C. FTC offices when you
7  held that title, correct?
8  A  Can you repeat your question?
9  Q  Sure.  And you worked in Washington, D.C. in the main
10  office of the FTC when you were a senior staff attorney?
11  A  Yes.
12  Q  All right.  And you were a senior staff attorney in the
13  Division of Marketing Practices, correct?
14  A  That's right.
15  Q  And at that time, you worked on investigations and
16  litigation relating to consumer fraud, right?
17  A  Yes.
18  Q  Telemarketing fraud, correct?
19  A  Yes.
20  Q  And business opportunity scams, is that correct?
21  A  Yes.
22  Q  Okay.  Prior to the time that you were a senior staff
23  attorney, you were counsel to the director of the Bureau of
24  Consumer Protection, correct?
25  A  Yes.

Page 7

1  Q  Who was the director to whom you reported at that time?
2  A  It was mostly Jessica Rich.  For a period of time, it would
3  have been Reilly Dolan and for a period of time it was Tom Pahl.
4  Q  To whom do you currently report?
5  A  The bureau director.
6  Q  And who is that now?
7  A  Samuel Levine.
8  Q  Have you spoken with Mr. Levine about your testimony here
9  today?
10  A  No.
11  Q  You were, at some point, the coordinator of the FTC's Do
12  Not Call program, correct?
13  A  Yes.
14  Q  And prior to your joining the FTC -- well, strike that.
15  How many years have you been with the FTC?  About ten, roughly?
16  A  Yes, it was ten years in April of this year.
17  Q  And before that, you were a partner at McKenna Long and
18  Aldridge, right?
19  A  Correct.
20  Q  And you were a litigator there?
21  A  Yes, I was a litigation partner.  Before that, a litigation
22  associate.
23  Q  And you attended GW University Law School?
24  A  I did.
25  Q  You went to Duke undergrad?

Page 8

1  A  That's correct.
2  Q  And your undergraduate degree was in 1995.  Is that right?
3  A  That's right.
4      (Deposition Exhibit No. 1, marked for identification.)
5  BY MR. HUMMEL:
6  Q  All right.  Let's look at what I've marked as Exhibit 1.
7  Exhibit 1 is the Notice of Deposition of plaintiff Federal Trade
8  Commission served in this case in September 2022.  I take it
9  you're familiar with this document?
10  A  I have reviewed it.  I've seen it before, yes.
11  Q  And you're designated to be the FTC's Rule 30(b)6 designee
12  on topics one, two and three, correct?
13  A  Yes.
14  Q  And the first topic reads, any and all facts in evidence
15  supporting the FTC's allegation that Match.com does not have,
16  quote, simple mechanisms for a consumer to stop recurring
17  charges from being placed on the consumer's credit card, debit
18  card, bank account or other financial account as alleged in the
19  FTC's complaint.  You're designated to testify on that topic?
20  A  Yes.
21  Q  You understand that the FTC has alleged that the Match.com
22  cancelation mechanism is not simple.  The online cancelation
23  mechanism is not simple, correct?
24      MR. AIJAZ:  Objection, misstates the facts.
25      THE WITNESS:  Can you repeat your question?

Page 9

3 (Pages 6 - 9)

CERTIFICATE OF COURT REPORTER

1   CERTIFICATE OF COURT REPORTER
2       I, Linda C. Marshall, certify that the foregoing is a
3   correct transcript from the record of proceedings in the
4   above-entitled matter.
5
6
7
8       Linda C. Marshall, RPR
        Official Court Reporter
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 122

1   Federal Trade Commission v. Match Group, Inc., Et Al.
2   Bikram Bandy 5535418
3       ACKNOWLEDGEMENT OF DEPONENT
4       I, Bikram Bandy, do hereby declare that I
5   have read the foregoing transcript, I have made any
6   corrections, additions, or changes I deemed necessary as
7   noted above to be appended hereto, and that the same is
8   a true, correct and complete transcript of the testimony
9   given by me.
10
11  _____    _____
12  Bikram Bandy              Date
13  *If notary is required
14      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15      _____ DAY OF _____, 20___.
16
17
18  _____
19  NOTARY PUBLIC
20
21
22
23
24
25

Page 124

1   Federal Trade Commission v. Match Group, Inc., Et Al.
2   Bikram Bandy Job No. 5535418
3       E R R A T A  S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____    _____
24  Bikram Bandy              Date
25

Page 123

1   maijaz@ftc.gov
2              November 10, 2022
3   Federal Trade Commission v. Match Group, Inc., Et Al.
4   DEPOSITION OF: Bikram Bandy 5535418
5       The above-referenced witness transcript is
6   available for read and sign.
7       Within the applicable timeframe, the witness
8   should read the testimony to verify its accuracy. If
9   there are any changes, the witness should note those
10  on the attached Errata Sheet.
11      The witness should sign and notarize the
12  attached Errata pages and return to Veritext at
13  errata-tx@veritext.com.
14      According to applicable rules or agreements, if
15  the witness fails to do so within the time allotted,
16  a certified copy of the transcript may be used as if
17  signed.
18          Yours,
19          Veritext Legal Solutions
20
21
22
23
24
25

Page 125

32 (Pages 122 - 125)

App. 1167

# EXHIBIT 65

1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF TEXAS

3                     DALLAS DIVISION

4     ----------------------------:

5     FEDERAL TRADE COMMISSION,     :

6                   Plaintiff,      :

7           vs.                     : Case No.:

8     MATCH GROUP, INC., a          : 3:19-cv-02281-K

9     corporation, and MATCH GROUP, :

10    LLC, formerly known as        :

11    MATCH.COM, LLC, a limited     :

12    liability company,            :

13                   Defendants.    :  VOLUME II

14    ----------------------------:

15

16      Remote Zoom Deposition of CORPORATE REP OF THE

17                FEDERAL TRADE COMMISSION

18                  APPEARING REMOTELY

19               Monday, October 31, 2022

20                     1:30 p.m.

21    Pages 126 - 221

22    Reported by:  Robert M. Jakupciak, RPR

                                              Page 126

1    again. I'm sorry. I'm not trying to be difficult,
2    but I want to make sure I'm providing accurate
3    answers and I don't fully understand the question.
4    I'm hesitant to answer.
5        Q    All right. You understand that the FTC is
6    going to seek an injunction in this case for an
7    alleged violation of ROSCA; right?
8        A    Yes.
9        Q    Are the terms of the injunction with
10   respect to the cancellation mechanism going to be,
11   that it's seeking from the Court, going to be Roman
12   III, A through C on pages 6 and 7 of Exhibit 12?
13       A    When you say A through C, are you talking
14   about the Capital A, Capital B, Capital C?
15       Q    Yes.
16       A    Or all of Section III or talking about
17   little, lower case?
18       Q    Capital A through Capital C.
19       A    Yes. My testimony is that the injunctive
20   relief that we would ask the Court to impose with
21   respect to Count 5 of the Complaint includes what is
22   Section III of Exhibit 12.

Page 191

1        Q    Would you agree with me that Capital A,
2    Subsection little C would preclude Match from having
3    a save offer in its cancellation flow --
4        MR. AIJAZ: Objection. Calls --
5    BY MR. HUMMEL:
6        Q    -- even if it doesn't cause undue delay?
7        MR. AIJAZ: Objection. Calls for a legal
8    conclusion and the document speaks for itself.
9        A    Yeah, I don't know what -- it did not come
10   up in my preparation as to how -- whether this
11   injunction, this injunctive language if entered by a
12   Court would prohibit a save offer or not.
13       Q    Would it preclude a survey of the reason
14   why a consumer was canceling?
15       MR. AIJAZ: Same objection. Calls for a
16   legal conclusion, and the other one I said, and the
17   document speaks for itself.
18       A    I think so, but I'm not sure. It didn't
19   come up in my preparation.
20       Q    Would it preclude a one-question survey
21   that asked for a data point from a consumer from
22   which Match could calculate a net promoter score?

Page 192

1        MR. AIJAZ: Same objection. It calls for
2    a legal conclusion and the document speaks for
3    itself.
4        A    I'm not sure. I didn't -- we did not talk
5    about whether the conjunctive relief, if entered by
6    a Court, would prohibit that or not.
7        Q    You would, sir, agree with me that the
8    negative option policy statement does not on its
9    face preclude save offers, surveys of the reasons
10   why a consumer might be canceling, or an NPS single
11   question unless it causes undue delay; correct?
12       MR. AIJAZ: Objection. Calls for a legal
13   conclusion.
14       A    Yeah, I'm not sure whether the negative
15   option policy statement addresses surveys. And I
16   think based on what I remember you reading from it
17   earlier, I don't think you said the word "survey,"
18   but, so I guess I have to answer no to that
19   question.
20       Q    The negative option policy statement on
21   this issue does not reference surveys. Do you
22   agree?

Page 193

1        MR. AIJAZ: Objection. Vague.
2        A    I mean I think you are trying to test the
3    bounds of my memory here. I mean the negative
4    option policy statement sort of speaks for itself.
5    It either says it or it doesn't.
6        I don't remember that, the survey being in
7    there. I don't recall that you said that when you
8    read some lines from it. When you read those lines,
9    it did sound like my recollection of language that
10   was in the negative option policy statement. So I
11   don't think it's in there, but if it is, then it's a
12   fault of my memory, not because that's the FTC's
13   position.
14       Q    Does a cancellation flow that includes an
15   action by a consumer that is objectively unnecessary
16   to cancel violate ROSCA?
17       MR. AIJAZ: Objection. Calls for a legal
18   conclusions and calls for speculation.
19       A    I think it is the FTC's position -- I'm
20   not sure. I'm not sure. I think it's when you have
21   steps in a cancellation flow that are objectively
22   unnecessary, it certainly is relevant to whether a

Page 194

18 (Pages 191 - 194)

| | |
|---|---|
| 1 | cancellation is simple for purposes of ROSCA. |
| 2 | Q   Isn't it true, sir, that a cancellation |
| 3 | flow that includes steps that are objectively |
| 4 | unnecessary to cancel, if those steps do not cause |
| 5 | undue delay, does not violate ROSCA? |
| 6 | MR. AIJAZ:  Objection.  Calls for a legal |
| 7 | conclusion, calls for a hypothetical, speculation. |
| 8 | A   I think you are trying to read that or |
| 9 | restate that footnote from the negative option |
| 10 | policy statement.  So I mean I feel like it's |
| 11 | testing my memory of like what the negative option |
| 12 | policy statement words are. |
| 13 | Q   Let me interrupt you.  I'm really not. |
| 14 | Let me rephrase the question and withdraw that one. |
| 15 | Here is the question. |
| 16 | So the FTC promulgates these negative |
| 17 | option guidelines, right, and they are supposed to |
| 18 | provide some meat around the bones of a single word |
| 19 | that the statute uses, which is "simple," right? |
| 20 | They are supposed to do that?  Would you agree with |
| 21 | me on that? |
| 22 | MR. AIJAZ:  Objection.  Calls for facts |

Page 195

| | |
|---|---|
| 1 | Q   How is a business supposed to know what it |
| 2 | can or can't do with respect to a cancellation flow |
| 3 | without objective guidance from Congress or the |
| 4 | Federal Trade Commission? |
| 5 | MR. AIJAZ:  Objection.  Assumes facts not |
| 6 | in evidence and outside the scope of the notice. |
| 7 | A   So I think that there are -- first of all, |
| 8 | simple, it's a plain English word, and I do think |
| 9 | the negative option policy statement gives some |
| 10 | guidance as to what kinds of things businesses |
| 11 | should be thinking about when they are designing a |
| 12 | cancellation mechanism. |
| 13 | And I think the general gist of what the |
| 14 | negative option policy statement is getting at, and |
| 15 | it's not exclusive, but it's providing some |
| 16 | guidance, some meat on the bones as you said |
| 17 | earlier, is that it has to be easy to use, easy to |
| 18 | find, a mechanism that when a consumer decides that |
| 19 | they want to cancel, that they can do that without |
| 20 | too much difficulty. |
| 21 | I think that that's built into the term |
| 22 | "simply," I think the commission has put some meat |

Page 197

| | |
|---|---|
| 1 | not in evidence. |
| 2 | BY MR. HUMMEL: |
| 3 | Q   I'm just trying to set the stage for a |
| 4 | question and it's really not rhetorical.  How in the |
| 5 | world is a business supposed to know how to |
| 6 | construct a cancellation flow and whether they |
| 7 | violate ROSCA or not, that requires a simple |
| 8 | cancellation mechanism, if nowhere in the guidelines |
| 9 | is it prohibited to have objectively unnecessary |
| 10 | steps if it doesn't cause undue delay?  How is a |
| 11 | business supposed to conduct itself? |
| 12 | MR. AIJAZ:  Objection.  Form and outside |
| 13 | the scope of the notice. |
| 14 | Q   We are in like Koska land. |
| 15 | A   I think -- |
| 16 | MR. AIJAZ:  Objection.  Argumentative. |
| 17 | MR. HUMMEL:  It is.  I withdraw that |
| 18 | comment. |
| 19 | BY MR. HUMMEL: |
| 20 | Q   Can you answer my question, please? |
| 21 | A   I think it might help for you to point me |
| 22 | to where the question was. |

Page 196

| | |
|---|---|
| 1 | on the bones through the guides.  There have been |
| 2 | some -- there is some case law on ROSCA, there is |
| 3 | some enforcement actions that have been brought, |
| 4 | that we talked about the ABCmouse one that provides |
| 5 | some guidance on that.  So there are plenty of |
| 6 | resources that a business can turn to to get some |
| 7 | guidance on that. |
| 8 | And also specifically here I think you had |
| 9 | a lot of Match employees that had identified ways to |
| 10 | make, that identified that the cancellation flow was |
| 11 | a mess, was confusing, and they offered ideas for |
| 12 | how they could make the process simpler. |
| 13 | Q   I have a number of questions that followed |
| 14 | up on that.  One; you are not aware of a single case |
| 15 | that defined "simple" for purposes of a company's |
| 16 | compliance with ROSCA, are you?  A single judicial |
| 17 | decision? |
| 18 | MR. AIJAZ:  Objection.  Not in the scope |
| 19 | of testimony.  Not in the scope of the notice. |
| 20 | A   I didn't look into that, but I want to say |
| 21 | that maybe the summary judgment decision in my life |
| 22 | may have addressed it, but I'm not certain about |

Page 198

19 (Pages 195 - 198)

1  that.

2      Q.  Okay.  The second question.  How is a

3  company supposed to know, Match in particular, what

4  an objectively unnecessary step is in the

5  cancellation flow if you can't even define it?

6          MR. AIJAZ:  Objection.  Misstates

7  testimony, outside the scope of the notice.

8      A.  Yeah, I didn't say that I couldn't define

9  it.

10     Q.  Okay.  Please define what an objectively

11  unnecessary step to cancel is.

12     A.  It's a step that a reasonable person would

13  not feel was necessary to cancel.

14     Q.  And that would include a save offer?

15         MR. AIJAZ:  Objection.  Calls for a legal

16  conclusion.

17     Q.  Survey?

18         MR. AIJAZ:  Objection.  Calls for a legal

19  conclusion.  Form.  Wasn't even a question.

20     A.  As I said before, probably, but not sure.

21  But I think a survey would probably be objectively

22  unnecessary to cancel.

Page 199

1      Q.  And so it's the FTC's position now, after

2  they have sued Match and after Match designed its

3  flow, the FTC's position now, that a step that is

4  objectively unnecessary to cancel violates ROSCA?

5          MR. AIJAZ:  Objection.  Misstates the

6  testimony and assumes facts not in evidence.

7      A.  Yeah, that's not, that's not what I said

8  and that's not what this Order means.  The Order is

9  not purporting to define what user isn't a violation

10  of ROSCA, because in any Order you can have some

11  fencing in, which is conduct that may not

12  necessarily be, violate the law, but is nonetheless

13  enjoined because the defendant's actions warrant

14  certain steps that maybe go beyond just simple

15  compliance with law to ensure that future violations

16  of law do not occur.

17     Q.  So again, going back to Exhibit 12, page 6

18  and 7, capital A, little subsection C, is it your

19  testimony that that's fencing in?

20         MR. AIJAZ:  Objection.  Calls for a legal

21  conclusion.

22     A.  So I didn't parse in preparation of my

Page 200

1  testimony like which of these are ROSCA-related,

2  like not, you know, within simple mechanism and

3  cancel and which of these would be, you know,

4  fencing in because they go beyond what ROSCA

5  prohibits.  I didn't parse it out that way because I

6  don't know that it mattered much for my preparation

7  in that its either a violation of ROSCA or it's

8  fencing in.

9          MR. HUMMEL:  Taylor, could you please mark

10  tab 188?  The next in order will be Exhibit 13, and

11  Mr. Bandy, you will need to refresh.

12         (Bandy Exhibit Number 13

13         was marked for identification.)

14         THE WITNESS:  I just refreshed and it

15  didn't come up.

16         MR. HUMMEL:  Yeah.  It takes a minute.

17         THE WITNESS:  Okay.  I see it.  I have the

18  Exhibit 13 open.

19  BY MR. HUMMEL:

20     Q.  Okay.  Do you recognize that, Exhibit 13?

21  Is it a letter that counsel from Match sent to the

22  FTC on August 6, 2019?

Page 201

1      A.  I did review this letter in preparation

2  for my testimony, so yes, I have seen this letter

3  before.

4      Q.  Right.  And have I correctly described the

5  letter?  It's a letter that Match's counsel then,

6  Linda Goldstein, sent to the FTC on August 6, 2019?

7      A.  Yes.

8      Q.  Did the FTC receive that letter?

9      A.  Yes.

10         MR. HUMMEL:  Taylor could you mark tab 189

11  as next in order, Exhibit 14?

12         (Bandy Exhibit Number 14

13         was marked for identification.)

14         THE WITNESS:  Let me know when you upload

15  it and I will know when to refresh.

16         MS. BRAGG:  It should be there now.

17         THE WITNESS:  It is.

18  BY MR. HUMMEL:

19     Q.  Do you recognize Exhibit 14, sir, as a

20  letter sent by counsel for Match Group, Inc. to the

21  FTC on May 20, 2022?

22     A.  I did not review this letter in

Page 202

20 (Pages 199 - 202)

| | |
|---|---|
| 1   signing happens on a separate track than a motion to | 1   UNITED STATES OF AMERICA   ) |
| 2   compel further answers. In other words, we are not | 2           ss: |
| 3   conceding this deposition is concluded because we | 3   DISTRICT OF COLUMBIA     ) |
| 4   may have disputes, but we can talk about that | 4     I, ROBERT M. JAKUPCIAK, an RPR and Notary |
| 5   off-line. And, Mr. Bandy, I appreciate your time | 5   Public within and for the District of Columbia do |
| 6   and preparation here and we may have some disputes | 6   hereby certify: |
| 7   that I will raise with litigation counsel. Okay -- | 7     That the witness whose deposition is |
| 8      THE WITNESS: That works. Thank you. | 8   hereinbefore set forth, was duly sworn and that the |
| 9      VIDEOGRAPHER: The time now is 3:57 p.m. | 9   within transcript is a true record of the testimony |
| 10   This concludes the testimony given by Bikram Bandy. | 10   given by such witness. |
| 11   Thank you, sir. | 11     I further certify that I am not related to |
| 12      (Whereupon, at 3:57 p.m., the | 12   any of these parties to this action by blood or |
| 13      deposition of BIKRAM BANDY | 13   marriage and that I am in no way interested in the |
| 14      was concluded.) | 14   outcome of this matter. |
| 15        * * * * * | 15     IN WITNESS WHEREOF, I have hereunto set my |
| 16 | 16   hand this 14th d |
| 17 | 17 |
| 18 | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21   My Commission Expires: |
| 22 | 22   February 29, 2024 |
| Page 219 | Job No. TX5554644 |
| | Page 221 |

| | |
|---|---|
| 1    A C K N O W L E D G M E N T   O F   D E P O N E N T | 1   M. HASAN AIJAZ, ESQUIRE |
| 2 | 2   maijaz@ftc.gov |
| 3 | 3       November 14, 2022 |
| 4   I, BIKRAM BANDY, do hereby acknowledge I | 4   RE:   Federal Trade Commission v. Match Group, Inc., Et Al. |
| 5   have read and examined the foregoing pages of | 5   10/31/2022, Bikram Bandy , Corp Rep - Vol 2 (#5554644) |
| 6   testimony, and the same is a true, correct and | 6    The above-referenced transcript is available for |
| 7   complete transcription of the testimony given by | 7   review. |
| 8   me, and any changes or corrections, if any, appear | 8    Within the applicable timeframe, the witness should |
| 9   in the attached errata sheet signed by me. | 9   read the testimony to verify its accuracy. If there are |
| 10 | 10   any changes, the witness should note those with the |
| 11 | 11   reason, on the attached Errata Sheet. |
| 12 | 12    The witness should sign the Acknowledgment of |
| 13 | 13   Deponent and Errata and return to the deposing attorney. |
| 14 | 14   Copies should be sent to all counsel, and to Veritext at |
| 15 | 15   errata-tx@veritext.com. |
| 16 | 16 |
| 17 | 17   Return completed errata within 30 days from |
| 18 | 18   receipt of testimony. |
| 19  _____  _____ | 19   If the witness fails to do so within the time |
| 20   Date      BIKRAM BANDY | 20   allotted, the transcript may be used as if signed. |
| 21   Job No. TX5554644 | 21 |
| 22 | 22     Yours, |
| Page 220 | 23     Veritext Legal Solutions |
| | 24 |
| | 25 |
| | Page 222 |

<div align="right">25 (Pages 219 - 222)</div>

<div align="right">**App. 1173**</div>

# EXHIBIT 66

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF TEXAS
 3                      DALLAS DIVISION
 4   FEDERAL TRADE COMMISSION,    )
                                  )
 5            Plaintiff,          )
                                  )
 6       v.                       )  Case No.
                                  )  3:19-cv-02281-K
 7   MATCH GROUP, INC., a         )
     corporation, and MATCH       )
 8   GROUP, LLC, formerly known   )
     as MATCH.COM, LLC, a         )
 9   limited liability company,   )
                                  )
10            Defendants.         )
11
12   ***************************************************
13                   ORAL DEPOSITION OF
14                   KRISTINA AUDERER
15                   NOVEMBER 18, 2022
16   ***************************************************
17
18       On the 18th day of November, 2022, at 9:22 a.m.,
19   the oral deposition of the above-named witness was
20   taken at the instance of the Plaintiff, before
21   Michelle L. Munroe, Certified Shorthand Reporter in
22   and for the State of Texas, at the Hampton Inn &
23   Suites, 2813 E. President George Bush Highway, Plano,
24   Texas, pursuant to Notice and the agreement
25   hereinafter set forth.
```

Veritext Legal Solutions
800-336-4000

1     Q.   Just ask if you can confirm that that's
2   the subpoena that you received.
3     A.   Yes.
4     Q.   Okay.  Great.
5         MR. HUMMEL:  Did we mark it as an
6   exhibit number, Counsel?
7         MR. MOON:  A.
8         MR. HUMMEL:  A?
9         MR. MOON:  Wait, it shouldn't be A.
10  I'm sorry.  We're doing numbers.  My mistake.
11  Exhibit 1.
12        MR. HUMMEL:  Let's go off the record
13  for a second.
14        (Off-the-record discussion.)
15        (Exhibit 1 marked.)
16    Q.   Have you ever given a deposition before,
17  Ms. Auderer?
18    A.   No.
19    Q.   And let me tell you a few things that will
20  kind of help move things along today.  I do think it
21  will take most of the day today for your deposition.
22  We'll try to take breaks every hour.  If you feel
23  like you need a break other than once an hour,
24  please let me know, and I'll be happy to accommodate
25  that.

Page 6

1         We're going to take about an hour-long
2   lunch break.  Mr. Hummel has a function that he
3   needs to attend, and so we're going to try to do
4   that.
5         So if we do take a break, especially an
6   unscheduled break, there may be a question on the
7   table for you.  And I would like for you to just
8   answer the question and then you can have a break.
9     A.   Okay.
10    Q.   Is that agreeable?
11    A.   Yes.
12    Q.   Okay.  From time to time, the lawyers are
13  going to make an objection.  It's for the record.
14  There's not going to be a Court here.  There may be
15  some discussion between counsel.  The proper thing
16  to do there is just kind of let us say our piece and
17  then go ahead and answer the question.  At that
18  point, if you need me to repeat myself, I'll be
19  happy to do so.
20        It's very important to me that you
21  understand what I'm asking you.  And so if at any
22  point I ask you a question that you don't think you
23  understand, please let me know and I'll be happy to
24  repeat it or rephrase it for you.
25        Is that agreeable?

Page 7

1     A.   Yes.
2     Q.   Okay.  It's important for the purposes of
3   keeping a clean record that we try to, first of all,
4   keep our answers verbal instead of shaking or
5   nodding, so you're doing good so far.
6     A.   Okay.
7     Q.   That's something that trips people up.
8   It's helpful to help our court reporter get a good
9   record.
10        And then the other thing we need to try to
11  do is try not to talk over one another.  So I'm
12  going to work really hard to make sure that I let
13  you finish your answer before I interrupt with a
14  question and vice versa.
15    A.   Okay.
16    Q.   Is that agreeable?
17    A.   Yes.
18    Q.   Okay.  So my understanding is that you
19  previously worked for Match.com; is that correct?
20    A.   Yes.
21    Q.   Can you tell me over what time period you
22  worked for Match?
23    A.   2005 -- August 2005 until October 2016.
24    Q.   Okay.  It's my understanding that there
25  are several different corporate entities that are

Page 8

1   under the Match Group umbrella.
2         Do you know which corporate entity you
3   actually worked for?
4     A.   Match.com and -- it was Match.com at that
5   point.  And also that was my main role, but I was
6   technically over Chemistry and People Media.  And I
7   believe that's it.
8     Q.   Okay.  Those are other dating platforms?
9     A.   Yes.
10    Q.   Okay.  And you said Match.com.
11        Is there a corporate entity called
12  Match.com, LLC?
13    A.   There may have been at that point.  I know
14  it changed to Match Group maybe around that time
15  that I was there.  So...
16    Q.   That was going to be my next question.  It
17  was my understanding that there was an entity called
18  Match.com, LLC, that subsequently changed its name
19  to Match Group, LLC.
20    A.   Yes, sir.
21    Q.   Is that correct?
22    A.   Yes.
23    Q.   And is that the entity that you worked
24  for?
25    A.   Yes.

Page 9

3 (Pages 6 - 9)

1   Q.   Okay.  Did you ever work for any other
2  corporate entity within the Match framework?
3   A.   Can you clarify "corporate entity"?
4   Q.   Another -- like another incorporated or
5  another LLC.
6   A.   No.  Just -- the other sites were People
7  Media and Chemistry.com.
8   Q.   Okay.  Are those companies or are you
9  referring to just the platform?
10   A.   They are -- yes, just websites.
11   Q.   Do you know if those websites were run by
12  separate companies other than Match Group, LLC?
13   A.   They were not.
14   Q.   And the actual salary that you were paid,
15  were for you actually paid by Match.com, LLC?
16   A.   Yes.
17   Q.   Okay.  Go ahead.
18   A.   Actually, they were under the IAC umbrella
19  at one point.  I believe when they went public at a
20  certain point in time, then it maybe moved over to
21  being known as Match or Match Group.  I'm not
22  exactly sure of the timeline.
23   Q.   Okay.
24   A.   It's possible maybe my check said IAC.
25   Q.   Okay.  And I'm glad you brought that up.

1  Just to clarify, for the purposes of my questions
2  today, I'm going to be focusing primarily on the
3  2013 time frame going forward.
4   A.   Okay.
5   Q.   So during that time period, do you think
6  you were paid by Match Group, LLC?
7   A.   I believe so.
8       MR. HUMMEL:  Counsel, sorry to
9  interrupt.  We have a lawyer who wants to be allowed
10  into the Zoom.
11       MR. MOON:  I would like to get the
12  names of anybody that attends remotely also.  Does
13  she have the ability to announce who she is?
14       MR. HUMMEL:  I can do it.  Jeanette
15  Teckman has joined by Zoom.  She's in-house counsel
16  at Match.
17       MR. MOON:  Great.
18   Q.   So did you and your fellow employees ever
19  use the term "Match Group" amongst each other when
20  you were talking about company business?
21   A.   I don't recall.
22   Q.   Okay.  I'm trying to understand -- so, for
23  example, in an email if you guys are talking about
24  Match Group, I'm trying to figure out if you're
25  talking about Match Group, LLC, or you're talking

1  about Match Group, Inc.
2       Do you know if -- can you make that
3  distinction?
4       MR. HUMMEL:  Foundation, vague.
5   Q.   You can answer.
6   A.   Primarily I would have -- anything I
7  referred to would have been just Match.com, the
8  website, whatever that may have been considered as a
9  company.  At that time, my interaction with any of
10  the other pieces of Match Group would have been very
11  small, maybe less than 5 percent of my time.
12   Q.   Okay.  I'm just trying to understand,
13  like, if -- that's okay.  We're going to get into
14  some emails that might clarify this.
15       Focusing on the 2013 to 2016 time frame,
16  can you give us just a brief overview of what your
17  job responsibilities were for Match?
18   A.   I can try to.  It has been a while, so the
19  time frames may not be exact, but I can try to
20  answer that.
21       I believe at that point I would have been
22  director of customer care operations.  I possibly
23  could have been a senior manager and then, you know,
24  ready to be promoted into that, but it would have
25  been either one of those two roles.

1   Q.   Okay.  Is there a difference between those
2  two in terms of the responsibilities?
3   A.   Yes.  The director probably has more
4  responsibility, I would say.  It's considered a
5  promotion.  It would entail a lot of the same work
6  as the senior manager but then also other
7  responsibilities.  But at the same time, the
8  director could have senior managers reporting to
9  them, so some of the work might be delegated.  I'm
10  not sure how to better explain it.
11   Q.   That's okay.  I think that will work.
12       Both of those titles, would that primarily
13  be involved with interacting with Match customers
14  and handling complaints, that sort of thing?
15   A.   Yes.
16   Q.   Okay.  Who did you report to within the
17  company?
18   A.   At different times, different people.
19  Around 2013, is that the time frame you want me to
20  speak about?
21   Q.   Right.
22   A.   I probably had three different people I
23  reported to between 2013 and the time that I left in
24  2016.  Starting in 2013, it was probably, around
25  that time frame, Michele Watson.

1    Q.   What was Ms. Watson's title?
2    A.   She was -- and a lot of people that I
3  worked with had a lot of different roles and
4  promotions and different things over different
5  times, so it's a lot to remember.
6        She at that point would have probably been
7  either senior director of customer care or she may
8  have been promoted to VP at that point.  I believe
9  she was at a VP level when she left.
10   Q.   Okay.  Would it be easier to talk -- so I
11 guess there's also other people we're about to talk
12 about.
13       Would it be easier to talk in terms of
14 function versus title or would that help at all?
15   A.   They basically all had a very similar
16 function.  It was just, you know, people that came
17 and went.
18   Q.   Uh-huh.
19   A.   It wasn't anything to do with my job
20 changing or different departments or anything like
21 that.
22   Q.   Okay.  So Michele Watson.  And who else,
23 in order?
24   A.   When she left -- and I don't know the, you
25 know, exact time frame -- Adrian Ong.

Page 14

1  things.  So that would have been the major purpose
2  of that.
3    Q.   What was the relationship between
4  Mr. Galeraud's company Meetic Corp. and Match --
5  Match Group, LLC, if you know?
6    A.   Can you clarify what you...
7    Q.   Was he -- was Meetic, is that a separate
8  company from Match Group, LLC?
9    A.   There was Match International at one point
10 that encompassed different countries and just a
11 Match.com site for that particular country.  And I
12 don't know if it was considered, you know, Match
13 Group or LLC.
14       Meetic was, I believe, maybe a site or
15 company that Match bought, so we were still kind of
16 all considered Match -- anything that they -- emails
17 they responded to or anything like that, I believe,
18 would be, you know, considered Match.  It wouldn't
19 be referred to as -- nothing I did was ever referred
20 to as Meetic, if that makes sense.
21   Q.   I think so.
22       So -- and so you mentioned a couple of
23 platforms; Chemistry, People Media.  We have talked
24 about Meetic.
25       Are there any other platforms that you --

Page 16

1    Q.   Okay.  And do you -- I hesitate to ask you
2  this, but do you know what his title was?
3    A.   Well, he was, I believe, VP over customer
4  care, and then billing and fraud were also combined
5  into his role at that time.
6    Q.   Okay.  And then who else?
7    A.   Vincent Galeraud.  He worked for Meetic.
8  And at that point, we kind of became a global
9  customer care department.  I don't know.  And he was
10 managing some international pieces as well as my
11 team, but I was still just North America.  I had the
12 same position.
13   Q.   Was there a reconsolidation of those
14 departments at one point so you kind of centralized
15 your customer care function?
16   A.   Yes.
17   Q.   Can you explain how that worked?
18   A.   I believe it was after the company went
19 public.  And in order to utilize the resources best
20 as far as call centers and things of that nature, we
21 ended up partnering or kind of consolidating with
22 some international sites.  And like I mentioned,
23 Chemistry and People Media were part of that --
24   Q.   Okay.
25   A.   -- and shared call center resources and

Page 15

1  let me back up.
2        So you guys -- your organization provided
3  customer support for Chemistry and for People Media?
4    A.   Yes.
5    Q.   Any other platforms?
6    A.   I feel like there was one but I can't
7  remember the name.
8    Q.   Okay.  Plenty of Fish?
9    A.   They did buy Plenty of Fish, but
10 nothing -- I don't know if you want me to give
11 additional information when I answer.  I'm trying
12 not to be verbose.
13   Q.   No, go ahead, please.
14   A.   Nothing at -- we didn't include any of
15 their customer care or do anything with that.  What
16 I worked with was the core group of Match, People
17 Media, Chemistry.  Like I said, I believe there was
18 one other site.  I didn't interact with
19 International.
20       Plenty of Fish, Tinder, OkCupid were other
21 sites that Match either obtained some way or were
22 sort of under their umbrella, but those were not in
23 the customer support group that I was in.  They had
24 their own employees.
25   Q.   OkCupid and Tinder were not under your

Page 17

5 (Pages 14 - 17)

1 customer experience, right?
2     A.   Yes.
3     Q.   And in one email, you even wrote, Let's
4 make the cancellation flow simpler.  Correct?
5     A.   Yes.
6     Q.   Now, let me go to a couple other
7 questions.
8         Did you ever compare or systematically
9 compare the relative simplicity of subscribing to
10 Match.com versus cancelling Match.com?
11        Do you see what I'm saying?
12    A.   I do see what you're saying.  I don't
13 remember ever comparing them.
14    Q.   That is the registration and the
15 subscription versus the cancellation.
16    A.   The registration and subscription would
17 have been different steps from each other.
18    Q.   Okay.
19    A.   Because the registration wouldn't involve
20 payment information or anything like that.  But say
21 we're talking about subscribing since we're talking
22 about refunds and all of that --
23    Q.   Yeah.
24    A.   -- compared to -- either way, I wouldn't
25 be able to say -- there are a number of steps in
                                        Page 206

1 that process.
2     Q.   Go back, if you would, to that deck we
3 were looking at, the third page of Exhibit 8.
4         Just be precise for the record if you can,
5 where do you consider the cancellation flow to
6 start?
7         What click does the customer make to enter
8 the cancellation flow, from your perspective?
9     A.   Well, you could say the flow from the very
10 time I pull up the site, what are all the steps I
11 have to go through get to it.  But, I mean, the flow
12 is how you get to it.  So the settings icon is the
13 first thing that they would have to click.
14    Q.   Okay.  So then go to your suggested
15 change.  So in your suggested change on page 3, how
16 many clicks to cancel in your suggested change?
17    A.   On page 3, I just see --
18    Q.   Page 4.  Sorry.  Page 4.  It's the account
19 settings redesign.
20    A.   How many total clicks?
21    Q.   Yes.
22    A.   Well, there's one on the gear to bring up
23 something like this.
24    Q.   Uh-huh.
25    A.   And then cancellation would be two clicks.
                                        Page 207

1 I don't think I provided a design or anything of
2 what would happen after that.
3     Q.   Right.
4         And you wouldn't -- did you have a view
5 about whether or not you would require a password in
6 light of the auto sign-in function and the fraud
7 possibility?
8     A.   I think given what I knew at that time, I
9 may have felt it was unnecessary to have it there.
10 I'm not saying there couldn't have been a business
11 reason.  But just looking at it from what made sense
12 to me and my expertise in working with customers
13 would have been, it wasn't necessarily necessary --
14 it wasn't necessary there because it was -- they
15 were -- they had to be logged in to get to that.
16    Q.   But you wouldn't dispute that there may
17 have been a legitimate business reason to have a
18 password wall there, correct?
19    A.   That's correct.
20    Q.   I take it your proposed redesign was never
21 implemented.  That was your testimony, right?
22    A.   Yes, not while I worked there.
23    Q.   And so to your knowledge, there was never
24 an A/B test to ascertain whether your redesign would
25 be simpler or better or more customer friendly than
                                        Page 208

1 the actual site?
2     A.   Not that I ever had knowledge of.
3     Q.   Okay.  And I think I asked you this, but
4 you have no information you can provide today as to
5 how long it typically took consumers to complete the
6 survey that says why I'm cancelling, right?
7     A.   Time meaning actual time or number of
8 clicks?
9     Q.   Actual time.
10    A.   No.
11    Q.   And just to be clear, your goal -- look if
12 you would at the third page again with those red
13 numbers.
14    A.   Yes.
15    Q.   Your goal was to address the costs
16 associated with those items in making changes,
17 right?  In other words, less customer care interface
18 with consumers and thus reduce those red numbers,
19 right?
20    A.   My goal was to convince the company to
21 make the process -- to clean up the process, and
22 that would be one way I would do that by appealing
23 to cutting costs.
24    Q.   But it would be a cost-cutting measure,
25 right --
                                        Page 209

53 (Pages 206 - 209)

| | |
|---|---|
| 1   A.  Yes. | 1   Q.  FTC isn't? |
| 2   Q.  -- in your view? | 2   A.  No. |
| 3      Okay.  And by "costs," you mean costs | 3   Q.  Have you been promised anything? |
| 4  associated with Care on those issues? | 4   A.  No. |
| 5   A.  Yes, specifically. | 5   Q.  So in connection with the save offer that |
| 6   Q.  Now, you didn't -- during the -- prior to | 6  we talked about, any problem generally with |
| 7  the time and during the time you worked at Match, | 7  presenting a save offer to a consumer? |
| 8  you had no formal education in UX, right? | 8          MR. MOON:  Objection; vague. |
| 9   A.  Prior to the time and during the time? | 9   A.  Are you speaking about something similar |
| 10   Q.  Yeah, up until 2016. | 10  to the retention three months for the price of one |
| 11   A.  No.  I mean, I was a software developer | 11  offer? |
| 12  out of college.  That's what I went to school for. | 12   Q.  Yes.  Yes. |
| 13  As far as what we would consider like a UX or | 13   A.  And your question was is there... |
| 14  graphical interface, nothing formal. | 14   Q.  Anything wrong with doing that. |
| 15   Q.  And you conducted or supervised no | 15          MR. MOON:  Objection; vague. |
| 16  usability studies on the Match.com website? | 16   A.  I don't ethically see anything wrong with |
| 17   A.  I didn't conduct any, no. | 17  offering someone something to entice them to |
| 18   Q.  Okay.  Let's talk about the guarantee for | 18  continue using a product. |
| 19  a minute. | 19   Q.  Regarding the survey, the reason why |
| 20   A.  Okay. | 20  you're leaving, would you agree that the amount of |
| 21   Q.  What was the guarantee? | 21  people who would take the survey would drastically |
| 22   A.  The guarantee was, to my recollection and | 22  fall if it was placed after the cancellation |
| 23  as we talked about earlier, by six months if you | 23  confirmation? |
| 24  don't meet someone or meet someone special, whatever | 24   A.  I think that would be safe to say that I |
| 25  the wording might have been, in that six months, | 25  don't know for a fact. |
| Page 210 | Page 212 |

| | |
|---|---|
| 1  that you would get an additional six months at no | 1   Q.  Match had a frequently asked questions |
| 2  charge. | 2  page; is that correct? |
| 3   Q.  And by "meet someone special," wasn't it | 3   A.  Yes. |
| 4  true that in claiming the guarantee, the consumer | 4   Q.  And in those pages, there were discussions |
| 5  subscriber decided how that was to be interpreted? | 5  about how to cancel? |
| 6   A.  Yes. | 6   A.  Yes. |
| 7   Q.  And it's true that Match.com didn't check | 7   Q.  There were links to the cancellation flow? |
| 8  and verify what the user was claiming with respect | 8   A.  I don't recall if there were links, but I |
| 9  to claiming that guarantee? | 9  know there were instructions. |
| 10      In other words, Match didn't hover over | 10   Q.  If a consumer wanted to learn how to |
| 11  that user's shoulder in some way and say, oh, but | 11  cancel, going to the FAQ page would be a good way to |
| 12  you did meet someone special and yet you're claiming | 12  learn how to do that, right? |
| 13  money back. | 13   A.  I believe so. |
| 14      To your knowledge, did they ever do that? | 14   Q.  Now if a consumer called customer care and |
| 15   A.  No, not to my knowledge. | 15  said, I want to cancel my subscription, how would |
| 16   Q.  In your view, was offering a six-month | 16  the customer care agent handle that? |
| 17  guarantee in any way unfair? | 17   A.  They would try to make a retention offer |
| 18   A.  Not that I can think of. | 18  as well. |
| 19   Q.  All right.  I take it no one is paying you | 19   Q.  Okay.  And would they assist in the |
| 20  for your testimony today? | 20  cancellation? |
| 21   A.  That's correct. | 21   A.  Yes. |
| 22   Q.  I'm not? | 22   Q.  Would they typically tell users that there |
| 23   A.  No. | 23  are numerous ways to contact Match to cancel; phone, |
| 24   Q.  Match isn't? | 24  chat, email, et cetera? |
| 25   A.  No. | 25   A.  I don't know if they would tell them that |
| Page 211 | Page 213 |

1 if they were just going to cancel.
2    Q.   They would just cancel?
3    A.   They would probe to find out why the
4 person wanted to cancel, offer an appropriate
5 retention attempt, not something oddball that would
6 make no sense.
7    Q.   Right.
8    A.   And then if the customer still wished to
9 cancel, they would cancel them.  I don't know what
10 instance they would tell them there are these ways
11 to do it unless a person said, What are the ways to
12 do this.
13    Q.   Could the customer care agent do the
14 cancellation?
15    A.   Yes.
16    Q.   And if a consumer said, I just want to
17 cancel, they would do that?
18    A.   They would probably try to give them a
19 retention attempt, but they would still take the
20 action the customer wanted --
21    Q.   You oversaw --
22    A.   -- apart from any agent error.
23    Q.   Understood.
24         And you oversaw those line agents?
25    A.   I oversaw at that point senior managers

Page 214

1 who had managers who had supervisors who had the
2 escalation agents in-house and then the -- I would
3 manage the operations of the vendors who employed
4 those frontline agents.
5    Q.   Did you ever --
6    A.   So they weren't Match employees.
7    Q.   I understand.
8         Did you ever give instructions that were
9 ultimately given to the care agents, Do not make a
10 save offer?
11    A.   No.  Only in a circumstance maybe where
12 someone said someone died or something very extreme
13 where it would be incredibly inappropriate or
14 insensitive to do that would be like an edge case.
15    Q.   Is it true that you are not a fraud
16 expert?
17    A.   I would say I have worked with it at
18 multiple places and know more about it than maybe
19 the average Joe on the street, but am I an expert,
20 no.
21    Q.   Was a cancellation request a common reason
22 for contacting customer care?
23    A.   Cancellation requests could be, when I
24 think of it, kind of coupled in with the after --
25 after the fact of I got charged, not just everybody

Page 215

1 calling to say, oh, yes, I want to cancel.  In my
2 mind, I kind of connect the two.  But, yes, that
3 together would be a large reason.
4    Q.   What were the circumstances under which
5 you left your employment at Match?
6    A.   I had been there for a long time, and I
7 had been in that role for quite a while.  There were
8 a lot of -- I'll try to put it in a nutshell.  We
9 had -- myself and a couple of the other top managers
10 on our team had worked very hard for the past three
11 years to stabilize the call center management, and I
12 don't know how much you know about that, but it's
13 very difficult to do, so it was quite an
14 accomplishment to get that stabilized as far as
15 attrition or call center management changing in and
16 out.
17         So we put in some hard work to make that
18 happen.  And after the company went public, it kind
19 of seemed like some of those things were undone.  I
20 don't want to get into why I think this was or
21 wasn't, but the circumstances were basically I
22 was -- I was dissatisfied with maybe not being heard
23 and they were also dissatisfied with me voicing my
24 opinion continually.
25    Q.   Were you terminated?

Page 216

1    A.   Not to my knowledge.  It was a mutual
2 discussion that I initiated.
3    Q.   Were you unhappy about leaving?
4    A.   I wished it didn't have to be that way,
5 but at that point, I knew the best thing was to
6 leave.
7    Q.   With whom at Match did you have the
8 conversations about leaving principally, if you
9 know?
10    A.   Well, the main conversation with Lisa
11 Johnston in HR.
12    Q.   Any manager to whom you reported?
13    A.   No one I reported to ever brought up any
14 conversations with me about not working there, about
15 being terminated or anything like that.
16    Q.   What about you, did you bring up with your
17 management that you thought you should leave?
18    A.   I don't -- I don't know that I brought up
19 I should leave, but I feel like I probably had
20 conversations of being dissatisfied or maybe around
21 things like this is -- maybe this is not a fit or if
22 things can't be this way, this may not be the best
23 place or, you know, I feel like I'm being pushed
24 out.  There might have been conversations like that.
25 Not where I was, you know, putting in a resignation

Page 217

55 (Pages 214 - 217)

1       MR. HUMMEL:  You have the right.
2       THE WITNESS:  Fine.  And then if I
3 just don't see anything, I don't have to do anything,
4 right?
5       MR. HUMMEL:  You can do nothing under
6 the stipulation, correct.
7       Off the record.
8       (Deposition concluded at 4:11 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 246

1
2
3
4       _____
        (Signature of the Witness)
5
6
7
8 THE STATE OF _____
9 COUNTY OF _____
10
11    Subscribed and sworn to before me by the said
12 witness, KRISTINA AUDERER, on this the _____ day
13 of _____, 2022.
14
15
       _____
16     Notary Public in and for the
       State of _____
17     County of _____
18 My commission expires: _____
19
20
21
22
23
24
25    Job No. TX5571821

Page 248

1       DEPOSITION CHANGES
2 WITNESS:  KRISTINA AUDERER
3 PAGE NO.  LINE NO.   CHANGE   REASON FOR CHANGE
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Page 247

1 STATE OF TEXAS   )
2 COUNTY OF DALLAS )
3    I, Michelle L. Munroe, Certified Shorthand
4 Reporter in and for the State of Texas, certify that
5 the foregoing deposition of KRISTINA AUDERER was
6 reported stenographically by me at the time and place
7 indicated, said witness having been placed under oath
8 by me, and that the deposition is a true record of
9 the testimony given by the witness;
10    That the amount of time used by each party at
11 the deposition is as follows:
       Mr. Moon   -   3 hours, 41 minutes
12     Mr. Hummel  -   1 hour, 46 minutes
13    I further certify that I am neither counsel for
14 nor related to any party in this cause and am not
15 financially interested in its outcome.
16    Given under my hand on this the 7th day
17 of December, 2022.
18
19
20
21     Michelle L. Munroe
       Michelle L. Munroe, CSR No. 6011
22     Commission expires 1-31-24
       Firm Registration #571
23     VERITEXT LEGAL SOLUTIONS
       300 Throckmorton Street, Suite 1600
24     Fort Worth, Texas  76102
       817.336.3042  telephone
25

Page 249

63 (Pages 246 - 249)

App. 1182

# EXHIBIT 67

1                IN THE UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF TEXAS

2                         DALLAS DIVISION

      FEDERAL TRADE COMMISSION, )

3               Plaintiff,      )

      v.                        )Case No. 3:19-cv-02281-K

4     MATCH GROUP, INC., a      )

      corporation, and          )

5     MATCH GROUP, LLC, formerly)

      known as MATCH.COM, LLC, a)

6     limited liability company,)

                Defendants.     )

7

8                   ------------------------

                      ORAL DEPOSITION OF

9                      MICHELE WATSON

                      February 10, 2023

10                        Volume 1

                    ------------------------

11

12        ORAL DEPOSITION OF MICHELE WATSON, Volume 1,

13    produced as a witness at the instance of the Plaintiff,

14    and duly sworn, was taken in the above-styled and

15    numbered cause on the February 10, 2023, from 9:07 a.m.

16    to 4:40 p.m., before Dana Shapiro, CSR, in and for the

17    State of Illinois, reported by machine shorthand, at

18    501 Congress Avenue, Suite 150, Austin, Texas 78701,

19    pursuant to the Federal Rules of Civil Procedure and

20    any provisions stated on the record or attached hereto.

21

22

23

24

25

                                                      Page 1

App. 1184

1    positions?
2        A.    I don't recall the specific dates so I'm
3    not -- I can't tell you.  I can speak in vague terms,
4    but I don't recall the specific dates of the
5    promotions.
6        Q.    Certainly.  Would you be able to provide a
7    general idea of when each of those promotions occurred?
8        A.    Sure.  So I believe within the first six
9    months of being there I was promoted to senior director
10   of international support.  So I was hired as director
11   of international support.  Was promoted I think it was
12   in around six months to senior director, and then I
13   know within the first three years I became vice
14   president.  So year and a half later I'm assuming I
15   became senior vice president.
16       Q.    So for the majority of your --
17       A.    I'm sorry.  Vice president.  Not senior
18   vice president.
19       Q.    Is there a difference between senior vice
20   president and vice president?
21       A.    Yes.  So I was vice president for five
22   years and then promoted to senior vice president
23   primarily due to tenure enroll than additional
24   responsibilities.  Honestly I cannot remember when I
25   took on Chemistry, and People Media.  If I took that on
                                                    Page 14

1    brought in the Right Now CRM System, implemented that
2    for tracking of contacts, reporting of contacts, and
3    historical documentation of contacts.  And I also
4    brought in a phone system that allowed us to be able to
5    do IBRs and transfer calls and things of that nature.
6        Q.    Would you mind explaining what the Right
7    Now CRM Software is.
8        A.    Sure.  It's a CRM system.  If you are
9    familiar with CRM, customer relationship management.
10   It's a tool that all frontline employees would use to
11   enter information after speaking with a frontline -- I
12   mean a front end consumer either via email or phone
13   call or later via chat.
14       Q.    Thank you.
15             (WHEREUPON, ERICA HILLIARD entered
16              the deposition proceedings.)
17       MR. TEPFER:  Can we go off the record real quick?
18       MR. HUMMEL:  Sure.
19       MS. HILLIARD:  Erica Hilliard with the Federal
20   Trade Commission.
21   BY MR. TEPFER:
22       Q.    Ms. Watson, could you tell me why you left
23   Match.com.
24       A.    Sure.  I was recruited by walmart.com to go
25   lead their eCommerce customer support operation that
                                                    Page 16

1    while I was vice president that feels right, but I
2    couldn't swear to it.
3        Q.    Would you be able to please tell me your
4    responsibilities at each of those positions to the best
5    of your recollection?
6        A.    Sure.  As the director of international
7    customer support I was responsible for providing user
8    support for all of the languages that we supported
9    outside of the United States and all of the countries
10   that we were doing business in.  So working with third
11   party companies to provide the level of support needed
12   for our end user community to contact customer care
13   with questions.  Also to review profiles, ensure
14   accuracy, and to provide feedback regarding the types
15   of contacts we were receiving.
16       Q.    And then for the other positions?
17       A.    So senior director was the same, that was
18   just a change in title with some additional money.
19   There was no change in responsibility.  And then when I
20   was promoted to vice president I was gifted the U.S.
21   operation as part of my responsibilities, which was
22   certainly their larger portion of the job as far as
23   volume.  And so I took on the customer support
24   requirements for the U.S. operation for our end users.  I
25   was also responsible for bringing in technology.  I
                                                    Page 15

1    was brand new.
2        Q.    I'm assuming you left on good terms with
3    Match?
4        A.    Uh-huh.
5        Q.    Who, if you recall, hired you to come work
6    at Match?
7        A.    Carl Leubsdorf.
8        Q.    Your positions at the company, were they
9    considered within the company to be executive level
10   positions?
11       A.    At the end of my tenure, yes.
12       Q.    Which positions were those that were
13   considered executive level positions?
14       A.    The senior vice president.
15       Q.    Do you recall who you reported to in your
16   position at senior vice president?
17       A.    The last person I reported to was Ahmerna
18   Sombray.
19       Q.    Mr. Sombray was your direct report; is that
20   correct?
21       A.    Yes.
22       Q.    Did you report to anyone else?
23       A.    While I was there I reported to Mandy
24   Ginsberg, Mike Perez.
25       Q.    Did you -- are you finished?
                                                    Page 17

                                        5 (Pages 14 - 17)

| | |
|---|---|
| 1   A.   Yes.  I believe there are a couple of | 1   the head of product to make the actual recommendations |
| 2   others in there that were short-term, but those were | 2   as to why I felt like something needed to be changed. |
| 3   the major ones. | 3      Q.   Do you happen to recall at this time any |
| 4      Q.   Do you recall what Ms. Ginsberg's title was | 4   significant complaint trends that were recurring during |
| 5   during the time that you reported to her? | 5   your time at Match? |
| 6      A.   I do not. | 6      MR. HUMMEL:  Object to form, vague.  You can |
| 7      Q.   What about Mr. Sombrey's? | 7   answer. |
| 8      A.   I believe he was chief operations officer. | 8   BY THE WITNESS: |
| 9      Q.   Do you happen to know the company that they | 9      A.   Yes. |
| 10   were employed by at that time? | 10   BY MR. TEPFER: |
| 11      A.   No. | 11      Q.   Could you tell me some of those. |
| 12      Q.   Did anyone report to you in your position | 12      MR. HUMMEL:  Objection, overbroad, calls for |
| 13   as senior vice president? | 13   narrative.  You can answer. |
| 14      A.   Uh-huh. | 14   BY THE WITNESS: |
| 15      MR. HUMMEL:  Is that yes? | 15      A.   I would say I wouldn't put them all in the |
| 16      THE WITNESS: Yes. | 16   complaint category, but the types of contacts we |
| 17   BY MR. TEPFER: | 17   received, which we would continuously try to improve |
| 18      Q.   That makes sense.  Was one of those | 18   the experience of our consumers.  So I'm not sure that |
| 19   individuals Kristina Auderer? | 19   I'm willing to say that they are all complaints, but |
| 20      A.   Yes. | 20   they are all opportunities for us to refine the |
| 21      Q.   Would you periodically have meetings with | 21   processes.  So some were not understanding from a |
| 22   additional executives at Match Group? | 22   consumer perspective that their account would auto |
| 23      A.   Yes. | 23   renew, and so they were calling for refunds, contacting |
| 24      Q.   Do you recall the names of those | 24   us for refunds.  That was our -- typically our highest |
| 25   executives? | 25   call volume request was a request for a refund because |
| Page 18 | Page 20 |

| | |
|---|---|
| 1      A.   No. | 1   of being unaware of the auto renewal. |
| 2      Q.   Would Greg Blatt have been one of those | 2      We would have end users contact us because |
| 3   individuals? | 3   of the lack of responses they were receiving from other |
| 4      A.   Earlier on, yes. | 4   end users.  So again, you could say it's a complaint, |
| 5      Q.   Would Sam Yegan have been one of those | 5   but it's more feedback, you know, in what can we do to |
| 6   individuals? | 6   help support those end consumers. |
| 7      A.   Earlier on, yes. | 7   BY MR. TEPFER: |
| 8      Q.   In your position as senior vice president, | 8      Q.   Do you recall if there was a recurring |
| 9   was one of your responsibilities to track consumer | 9   issue of customers contacting Match relating to issues |
| 10   complaint trends? | 10   with the six month guarantee? |
| 11      A.   Yes. | 11      MR. HUMMEL:  Could I have that read back, please. |
| 12      Q.   Was one of your responsibilities to propose | 12      (WHEREUPON, the record was read |
| 13   changes to the Match platform to address potential | 13      as requested.) |
| 14   complaint trends? | 14      MR. HUMMEL:  Objection, vague.  You can answer. |
| 15      A.   Definitely one of my responsibilities was | 15   BY THE WITNESS: |
| 16   to make recommendations based upon the trends we were | 16      A.   Did we receive contacts from end consumers |
| 17   seeing. | 17   regarding the six month guarantee?  Yes. |
| 18      Q.   Would you periodically have meetings with | 18   BY MR. TEPFER: |
| 19   executives to discuss those customer complaint trends? | 19      Q.   Was that -- sorry.  Before we get into |
| 20      A.   Yes. | 20   that.  You referenced the head of product, I believe. |
| 21      Q.   In those meetings would you make those | 21   Would you mind telling me who that was. |
| 22   recommendations you referenced concerning the Match | 22      A.   So my -- the interactions that I had in |
| 23   platform to address consumer complaint trends? | 23   trying to negotiate modifications to our website or |
| 24      A.   In those executive level meetings I would | 24   policy.  Clark Rothrack was the chief technology |
| 25   show the trends, and then I would work directly with | 25   officer.  And so if I needed to escalate a conversation |
| Page 19 | Page 21 |

6 (Pages 18 - 21)

1    I would involve him.  And then Shar Dubey was the head
2    of product.  And so if I needed to escalate a concern I
3    would talk to her.  But typically I would be talking
4    specifically with the product owners of that specific
5    function on the website, and then also with -- if it
6    was about our CRM system that I needed improvement --
7    not CRM system.  Well, yes, CRM system that I needed
8    improvements on it would be our contact that Clark had
9    given us to work through getting those fixes put in.  I
10   would only involve the executives if I felt like there
11   was something I couldn't get traction on that I thought
12   was really important.  C-L-A-R-K, R-O-T-H-R-O-C-K, Shar
13   Dubey, it's much longer S-H-A-R-M-I-S-T-A.
14        MS. GREAVES:  T-H-A.
15        THE WITNESS:  D-U-B-E-Y.
16        MR. KITCHENS:  D-U-B-E-Y is the last name.
17   BY MR. TEPFER:
18        Q.   Did you during your time at Match happen to
19   become familiar with an individual named Adrian Ong?
20        A.   Yes.
21        Q.   Do you recall what his title was?
22        A.   I do not.
23        Q.   It's A-D-R-I-A-N, O-N-G.
24             Do you happen to recall what Mr. Ong's
25   responsibilities were?

Page 22

1        A.   Can you repeat the question.
2    BY MR. TEPFER:
3        Q.   Do you recall if during your time at Match,
4    one of your responsibilities included overseeing
5    responses to consumer complaints?
6        MR. HUMMEL:  Same objections.
7    BY THE WITNESS:
8        A.   Yes.
9    BY MR. TEPFER:
10       Q.   Did you oversee those responses?
11       A.   By oversee, I was responsible for creating
12   the process and the technology structure around it, but
13   not specifically responding to the answers all of the
14   time.
15       Q.   Do you recall what that process was?
16       A.   We would have an escalation protocol if a
17   consumer was contacting us via one of our channels that
18   the consumer if they were displeased and wanted to be
19   escalated would go to the next person in line, and the
20   next person in line in order to try to solve their
21   issues.  We also had executive complaints that would
22   come in around -- would bypass the consumer support
23   group and would go maybe directly to one of the
24   executives.  Could have come directly to me, could have
25   come to any one of our executives.  If that's the case,

Page 24

1        A.   I do not.  I believe they changed many
2    times while I was there.
3        Q.   Did he have any involvement, to your
4    recollection, with product design?
5        MR. HUMMEL:  Foundation.  You can answer.
6    BY THE WITNESS:
7        A.   I'm unsure.
8    BY MR. TEPFER:
9        Q.   Do you recall any issues that you would
10   have gone to Mr. Ong for to discuss?
11       A.   I remember meeting with him, but I don't
12   remember what we would have discussed.
13       Q.   Did you happen to during your time at Match
14   become familiar with an individual name Vincent
15   Galeraud, G-A-L-E-R-A-U-D?
16       A.   No.
17       Q.   We discussed a little bit your position as
18   senior vice president and the responsibilities
19   associated with that.  We discussed complaint trends.
20   Did you also in this position were you also involved
21   with overseeing the response to dissatisfied customers
22   who have contacted Match?
23       MR. HUMMEL:  Objection, vague, foundation.  You
24   can answer.
25   BY THE WITNESS:

Page 23

1    they would forward to me I would typically forward to
2    one of the members of my leadership team to oversee a
3    response back to the consumer.
4        Q.   During your time at Match did you have
5    reason to become familiar with something called the six
6    month guarantee?
7        A.   Yes.
8        Q.   What's your recollection of what the six
9    month guarantee was?
10       A.   My recollection is if you purchased a six
11   month subscription and you did not find somebody
12   special within that six month period and you adhere to
13   other requirements of the guarantee, then we would gift
14   you a six month subscription for free.
15       Q.   And you referenced requirements of the
16   guarantee.  What did you mean by that?
17       A.   Meaning one was did you meet someone
18   special during that six months, the other is was your
19   profile visible during this entire time, so were you
20   findable on the website.  And I believe there was a
21   requirement for that you had to be engaging on the
22   website.  So sending out emails.  I don't remember.  I
23   believe there was a quantity requirement, but I don't
24   remember what that is.
25       Q.   When you reference meeting someone special,

Page 25

7 (Pages 22 - 25)

1   the interest of saving time?
2      MR. HUMMEL:  We can discuss that down the road.
3   I don't think you all have a problem with authenticity,
4   but I'm not prepared to stipulate today.
5      MR. TEPFER:  Do you want to take a short break
6   real quick here?  I think we are about --
7      MR. HUMMEL:  Sounds good.  I'm going to have 20
8   minutes maybe max.
9        (WHEREUPON, a recess was had.)
10     MR. TEPFER:  Chad, would you mind, the statement
11  you had referenced about stipulation if you wouldn't
12  mind.
13     MR. HUMMEL:  I'm not prepared to stipulate to
14  authenticity today without having thought through
15  things, but generally speaking if a document was
16  produced by Match in some context with the
17  investigation or litigation, you are not going to have
18  a problem with me on authentication as a basis for
19  objecting to a document.
20     MR. TEPFER:  Thanks.
21     MR. HUMMEL:  I'm not prepared to stipulate today.
22     MS. HILLIARD:  One question on that.
23     MR. HUMMEL:  Want to swear me?
24  BY MR. TEPFER:
25    Q.   I guess, Ms. Watson, are you aware of any

Page 202

1   circumstances where your email account was hacked or
2   anyone had unauthorized access to your email?
3    A.   No.
4    Q.   Thank you.
5     MR. TEPFER:  Again, pass the witness.
6       EXAMINATION
7   BY MR. HUMMEL:
8    Q.   I have a few questions, Ms. Watson.  Thank
9   you for your time today.  Can you just clarify for the
10  record what dates you were an SVP for Match.com, if you
11  recall?
12    A.   I don't recall exactly.
13    Q.   Was it towards the end of your tenure?
14    A.   Yes.
15    Q.   Now, you talked about in connection with
16  reactivation button that you had an issue with, was
17  that ultimately fixed?
18    A.   Yes.
19    Q.   During your tenure?
20    A.   Yes.
21    Q.   In 2013, the reactivate button at the -- on
22  the confirmation page was changed --
23    A.   Yes.
24    Q.   -- is that true?  It satisfied you that
25  that issue had been addressed?

Page 203

1    A.   Yes.
2    Q.   That was changed based on your
3  recommendation?
4    A.   Yes.
5    Q.   Am I correct that the only issue you recall
6  having with the Match cancellation flow and
7  confirmation was the placement of that button; is that
8  true?
9    A.   That's correct.
10    Q.   Now, let's talk about there was an email
11  that showed the pages at which consumers were dropping
12  out?
13    A.   Yes.
14    Q.   You didn't know what those codes meant that
15  the pages that they reached, is that correct, as you
16  sit here today?
17    A.   Correct.
18    Q.   Now, let's talk about the issue relating to
19  the chargeback policy and your recommendation that your
20  view was that accounts should be automatically
21  reinstated if Match prevailed in the chargeback
22  dispute?
23    A.   Correct.
24    Q.   Would that be true for fraudsters, in other
25  words, were there exceptions to that view?

Page 204

1    A.   Of course.
2    Q.   Can you explain that a bit.
3    A.   Sure.  If an account was determined to be
4  fraud, obviously we would refund the credit card
5  immediately, close down the account.  But if these were
6  legitimate members who were using our site, but for
7  whatever reason felt like they didn't authorize this
8  charge to their credit card and lost that dispute since
9  they had paid Match for that subscription, it was my
10  opinion that they should be allowed to use the
11  remainder of their subscription once the decision had
12  been made in our favor.
13    Q.   Do you know why others disagreed that
14  consumers who had lost a chargeback dispute should be
15  put back automatically?
16    A.   Well, I think Pradeep -- this is just my
17  assumption.  My assumption was Pradeep had seen in his
18  job the worst of the worst, and considered almost
19  everybody gaming the system in some way.  And me being
20  on the other side of not seeing just the worst and
21  interacting with our customers on a much bigger scale,
22  understood that it's not all fraudsters and people
23  abusing the systems.  It could just be somebody who
24  forgot to turn off auto renewal, got billed, had used
25  the site for the first maybe month or something and

Page 205

52 (Pages 202 - 205)

1  then their dispute got resolved not in their favor, and
2  they didn't mean any harm to Match as an abuser.  They
3  wanted to go ahead and use the rest of their
4  subscription since they paid for it.
5      MR. TEPFER:  Objection, calls for speculation.
6  BY MR. HUMMEL:
7      Q.  Do you know how, if at all, Match knew or
8  how Match was notified if it had prevailed in a
9  chargeback dispute?
10     MR. TEPFER:  Objection, calls for speculation.
11 BY MR. HUMMEL:
12     Q.  Do you understand the question?
13     A.  I do.  I'm not sure of the full process of
14 how they were notified.
15     Q.  Throughout the questioning this morning and
16 afternoon by counsel for the Federal Trade Commission
17 you said several times that you were basing an answer
18 quote, based on this email it appears something.  Does
19 that mean that you had -- you didn't have an
20 independent recollection, but were interpreting an
21 email that you were reading 10 years after the fact?
22     MR. TEPFER:  Objection, leading.
23 BY THE WITNESS:
24     A.  Correct.
25 BY MR. HUMMEL:

Page 206

1      Q.  What did it mean when you said, based on
2  this email?  He made an objection that it was leading.
3  So I want to give you an opportunity to clarify in your
4  own words what you mean by based on this email.
5      A.  Yes.  So when I say based on this email, it
6  means that I don't remember having the discussion or
7  writing the document, but if the document states that
8  then it obviously happened.  I obviously said
9  something.  So based on the email, yes, that happened.
10 Do I independently have remembrance of that occurring,
11 no.
12     Q.  Let's look at Exhibit 1, which is the first
13 one in that stack I hope.  Do you have that in front of
14 you?
15     A.  Yes.
16     Q.  All right.  What's this page again?
17     A.  This is the tracker or progress page for
18 the six month guarantee.
19     Q.  What's your understanding of the reason why
20 Match provided this progress page as being available to
21 consumers?
22     A.  As a courtesy to our consumers after point
23 of purchase so that they had some way to track their
24 progress.
25     MR. TEPFER:  Objection, calls for speculation.

Page 207

1  BY MR. HUMMEL:
2      Q.  Do you know why Match provided this
3  document or this -- sorry -- made this page available?
4      A.  They made this page available so that our
5  six month guaranteed subscribers could track their
6  progress throughout the six month subscription.
7      Q.  To your knowledge, were there other means
8  through which consumers could understand the
9  requirements for claiming this six month guarantee
10 other than the progress page?
11     A.  Yes.
12     Q.  What were those, if you recall?
13     A.  Well, initially they were told via the
14 website upon purchase what the requirements were and
15 then they could get into their sent folder to see how
16 many emails they have sent out to different unique
17 contacts.  They would know whether they had a photo op
18 or whether they had hidden their profile.
19     Q.  Did anyone at Match ever tell you or, to
20 your knowledge, was it ever discussed within Match that
21 Match wanted to make it difficult for consumers to
22 redeem their guarantee?
23     A.  No.
24     Q.  Did anyone at Match ever tell you or did
25 you ever hear discussion regarding that Match was

Page 208

1  trying to deceive consumers into subscribing by
2  offering an illusory six month guarantee without
3  disclosing the terms?
4      A.  No.
5      Q.  Regarding the cancellation flow, did you
6  ever hear discussion at Match or, to your knowledge,
7  did anyone ever discuss with you that the cancellation
8  flow should be made difficult so the consumers couldn't
9  cancel?
10     A.  No.
11     Q.  There were a lot of -- some discussions
12 apparently initiated by Ms. Auderer regarding her
13 suggestions for improving the cancellation flow.  To
14 your knowledge, were those ever rejected so that Match
15 could make it difficult for consumers to cancel?
16     MR. TEPFER:  Objection, leading.
17 BY THE WITNESS:
18     A.  Not to my knowledge.
19 BY MR. HUMMEL:
20     Q.  With respect to the chargeback policy,
21 did -- were you ever privy to any discussions that the
22 chargeback policy was designed to unfairly cheat
23 consumers out of funds that they had paid to Match.com?
24     MR. TEPFER:  Objection, leading.
25 BY THE WITNESS:

Page 209

53 (Pages 206 - 209)

1    A.    No.  In fact, it's just the opposite.  It's
2  in Match's best interest that they have active users on
3  the site making matches and improving interactions with
4  other members.  So there would be no advantage to the
5  actual usability of the site to prevent somebody from
6  using it.
7  BY MR. HUMMEL:
8    Q.    Could you please look at Exhibit 10.  Do
9  you have that in front of you?
10   A.    Yes.
11   Q.    This is a document where the questions
12 asked by FTC's counsel today seemed to suggest that
13 they are going to argue that there were 67 customer
14 suggestions relating to the guarantee redemption, at
15 least that is the gist of the questions, and that was
16 somehow a significant number.  Could you find on here,
17 maybe if you could look at page 3, how many suggestions
18 related to the cancellation process?  If you look at
19 maybe the second page of the chart.
20   A.    Yes.
21   Q.    How many were there?
22   A.    Three.
23   MR. TEPFER:  Objection, leading.
24 BY MR. HUMMEL:
25   Q.    As opposed to how many suggestions related

Page 210

1    Q.    Sure.  So when you said in your testimony
2  that you agreed with these suggestions, did that mean
3  you believed they needed to be implemented in order for
4  the guarantee not to be unfair in any way or that they
5  were just generally good suggestions?
6    A.    Good suggestions, helpful suggestions.
7    Q.    Let's look at Exhibit 4.  By the way, with
8  respect to the guarantee, could consumers contact
9  customer care and ask how their progress was going?
10   A.    Yes.
11   Q.    Customer care would be able to pull up the
12 answer?
13   A.    Yes.
14   Q.    Exhibit 4.  What's Exhibit 4 again, do you
15 know?
16   A.    Are you asking me?
17   Q.    Yes.
18   A.    This is on the first page what the progress
19 page looked like, and then on the second page is
20 following through when they went to redeem, do the
21 redemption to get the six month guarantee, the question
22 that they were asked did you meet anyone during your
23 six month program depending on how they answer the
24 question is what the user experience was.
25   Q.    Do you know what would happen if somebody

Page 212

1  to the guarantee redemption?
2    A.    67.
3    Q.    Now, let's look at Exhibit 3.  Tell me when
4  you have Exhibit 3 in front of you.
5    A.    I have it.
6    Q.    Okay.  So Exhibit 3 if you look at the
7  second page which were Kris Auderer's suggestions
8  relating to the guarantee?
9    A.    Yes.
10   Q.    These are suggestions one, two, three,
11 four.  I want to understand your testimony here.  When
12 you say you agreed with the suggestions, does that mean
13 you agree that those suggestions had to be implemented
14 or that it wasn't a bad suggestion?
15   MR. TEPFER:  Objection, leading.
16   MR. HUMMEL:  Well, to be clear it doesn't suggest
17 the answers, it gives her A or B, so it's not leading.
18 I could phrase it in a way that's leading, but that's
19 not leading.
20   MR. TEPFER:  Sorry.
21 BY MR. HUMMEL:
22   Q.    Do you understand the question?
23   A.    I believe.
24   Q.    What's the answer?
25   A.    Rephrase it.

Page 211

1  accidently hit they had met someone special and then
2  called to say they didn't mean to hit that button, if
3  you know?
4    A.    If they said they did meet somebody and
5  contacted us and said, "No, I'm sorry."  We'd give it
6  to them for free, sure.  I think you could hit the back
7  bar on your browser, go back and answer the correct
8  way.
9    Q.    Did you at any time think the six month
10 guarantee was unfair or deceptive in any way?
11   A.    No.
12   Q.    Do you think the guarantee should have been
13 invalid as a result of the prior placement of the
14 tracker link?  In other words, it was unfair because of
15 where that link was placed?
16   A.    No.
17   Q.    We saw some documents today, maybe only
18 one, that showed the consumers had on occasion claimed
19 to Match when they were requesting a refund that they
20 thought they had cancelled.  Do you remember that
21 document?
22   A.    Yes.
23   Q.    Does the fact that a consumer noted in a
24 communication to customer care that they wanted a
25 refund because they thought they had cancelled

Page 213

54 (Pages 210 - 213)

1  necessarily mean that the on-line cancellation flow was
2  not simple?
3      A.   No.
4      Q.   Why?
5      A.   Because they may not have even attempted to
6  cancel, they may have just thought they did.
7      Q.   One final line of questions.  Were you
8  aware of any situation in your time at Match, the
9  operating company, where the holding company, Match
10 Group, Inc., exercised control over the disclosure
11 relating to the guarantee?
12     A.   No.
13     Q.   Were you aware of any?
14     MR. TEPFER:  Objection.
15 BY MR. HUMMEL:
16     Q.   Any time where the holding company Match
17 Group, Inc. exercised control over the cancellation
18 flow --
19     MR. TEPFER:  Objection.
20 BY MR. HUMMEL:
21     Q.   -- on Match.com.
22     MR. TEPFER:  Objection, foundation.
23 BY MR. HUMMEL:
24     Q.   Were you ever aware of a situation where
25 the holding company exercised control or designed the

Page 214

1  going per code here, but I would request 30 days to
2  read make any changes to make the testimony fully
3  truthful and accurate, if that's necessary, and sign
4  under penalty of perjury.  If she doesn't make any
5  changes and we don't notify you within 30 days any copy
6  of this deposition can be used for any other purposes
7  in this litigation.  Is that okay?
8      MR. TEPFER:  That's just what the Federal Rules
9  provide.
10     MR. HUMMEL:  Basically.  I don't know how you are
11 handling custody of the original transcript.  That's
12 the only question.  You are emailing -- I'm asking the
13 court reporter.  You are emailing a PDF of the
14 transcript to me for review and signing; is that okay
15 with the court reporting service?  Let's stipulate they
16 can email me a PDF copy, and I will provide it to the
17 witness, within 30 days of my receipt she will provide
18 any changes and either sign or waive signing.
19     MR. TEPFER:  I think that's fine.  That's how we
20 typically --
21     MR. HUMMEL:  That should be right; is that okay?
22     MR. TEPFER:  Yes.
23     MR. HUMMEL:  Off the record.
24     (Deposition concluded at 4:40 p.m.)
25

Page 216

1  chargeback policy for Match.com?
2      MR. TEPFER:  Objection, foundation, and leading.
3  BY MR. HUMMEL:
4      Q.   That was no?
5      A.   No.
6      MR. HUMMEL:  Give me one minute off the record
7  and I will probably be done.
8          (WHEREUPON, a recess was had.)
9      MR. HUMMEL:  Back on the record.  I have no
10 further questions.
11         FURTHER EXAMINATION
12 BY MR. TEPFER:
13     Q.   Just a few questions here.  Do you recall
14 if during your time at Match.com Match ever ceased
15 providing refunds to customers who claimed that they
16 had been fraudulently charged or I guess had their
17 credit card stolen and fraudulently charged?
18     A.   That Match stopped refunding people who had
19 a fraudulent charge, no.
20     Q.   Yes --
21     MR. TEPFER:  No further questions at this time.
22 I'm not sure, Chad, if y'all would like to read or
23 waive.  Do you have a preference concerning --
24     MR. HUMMEL:  We definitely want to read and have
25 the opportunity to make changes, and I guess we are

Page 215

1          CHANGES AND SIGNATURE
2  MICHELE WATSON
3  February 10, 2023
4  PAGE/LINE    CHANGE          REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 Job No. TX5678402

Page 217

55 (Pages 214 - 217)

I, MICHELE WATSON, have read the foregoing deposition and hereby affix my signature that the same is true and correct, except as noted on the previous page.

_____
MICHELE WATSON

THE STATE OF _____)

COUNTY OF _____)

Before me, _____, on this day personally appeared MICHELE WATSON, known to me (or proved to me under oath or through _____ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, 20_____.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF _____
COMMISSION EXPIRES: _____

Page 218

---

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this February 23, 2023.

*Dana Shapiro*

Dana Shapiro, Illinois CSR 84-3597
Expiration Date: 5/31/2023
Firm Registration No. 571
Veritext Legal Solutions
300 Throckmorton Street, Suite 1600
Fort Worth, Texas 76102
Phone.817-336-3042

Page 220

---

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FEDERAL TRADE COMMISSION, )
      Plaintiff,   )
v.              )Case No. 3:19-cv-02281-K
MATCH GROUP, INC., a    )
corporation, and        )
MATCH GROUP, LLC, formerly)
known as MATCH.COM, LLC, a)
limited liability company,)
      Defendants.   )

REPORTER'S CERTIFICATION
ORAL DEPOSITION OF
MICHELE WATSON
February 10, 2023

I, Dana Shapiro, a Certified Shorthand Reporter, hereby certify to the following:

That the witness, MICHELE WATSON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(e)(1) that the signature of the deponent:

was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Pages contain any changes and reasons therefore;

Page 219

---

COUNTY OF TRAVIS )

STATE OF TEXAS  )

I hereby certify that the witness was notified on _____, that the witness has 30 days after being notified by the officer that the transcript is available for review by the witness and if there are changes in the form or substance to be made, then the witness shall sign a statement reciting such changes and the reasons given by the witness for making them;

That the witness' signature was/was not returned as of _____.

Subscribed and sworn to on this _____ day of _____, 20___.

*Dana Shapiro*

Dana Shapiro, Illinois CSR 84-3597
Expiration Date: 5/31/2023
Firm Registration No. 571
Veritext Legal Solutions
300 Throckmorton Street, Suite 1600
Fort Worth, Texas 76102
Phone.817-336-3042

Page 221

56 (Pages 218 - 221)

# EXHIBIT 68

```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
 2                    DALLAS DIVISION
 3   FEDERAL TRADE COMMISSION,    §
                                  §  Case No. 3:19-cv-02281-K
 4        Plaintiff,              §
                                  §
 5        v.                      §
                                  §
 6   MATCH GROUP, INC., a         §
     corporation, and MATCH       §
 7   GROUP, LLC, formerly known   §
     as MATCH.COM, LLC, a         §
 8   limited liability company,   §
                                  §
 9        Defendants.             §
     _____
10
                        ORAL DEPOSITION OF
11
                        MELISSA CLINCHY
12
                        February 16, 2023
13   _____
14            ORAL DEPOSITION OF MELISSA CLINCHY,
15   produced as a witness at the instance of the Plaintiff,
16   and duly sworn, taken in the above-styled and numbered
17   cause on February 16, 2023, from 9:10 a.m. to
18   4:57 p.m., before Joseph D. Hendrick, Certified
19   Shorthand Reporter in and for the State of Texas,
20   reported by machine shorthand, at the offices of Sidley
21   Austin LLP, 2021 McKinney Avenue, Suite 2000, Dallas,
22   Texas, pursuant to Notice and the Federal Rules of
23   Civil Procedure and any provisions stated on the record
24   or attached hereto.
25   Job No. 5651545
```

                                                    Page 1

1 of customer experience, but, yes, the community
2 experience is what it was.
3      Q.    Okay.
4      A.    So that was the same thing, just to be
5 clear.
6      Q.    And then it's got a list of people in the
7 little diagram listed below you, right?
8      A.    Yes.
9      Q.    Are those people that reported to you?
10     A.    Yes.
11     Q.    Okay.  All right.  Let's flip now to the
12 internal page 31 of the document.
13         MS. ZAMBRANO:  Also not labeled, if you
14 would just identify the title for the record.
15         MR. MOON:  Right.  So it's got a larger
16 font, says FAQ Redesign in the upper left-hand corner.
17         And just for the record the page before
18 that in the document is labeled internal number 30 and
19 then the page after is 32.
20 BY MR. MOON,
21     Q.    Do you remember providing any content for
22 this presentation having to do with FAQ redesign?
23     A.    I don't remember doing this slide, but I do
24 remember that I worked on the FAQ redesign.
25     Q.    Okay.  So let me ask about some of the

Page 98

1 bullet points and what that's referring to.
2         Do you know what the bullet point "Moved
3 FAQs in-house" is referring to?
4      A.    Yes.
5      Q.    What was that?
6      A.    We had hosted our FAQs or our help section
7 within our customer support tool Oracle or RightNow.  I
8 don't remember the exact reason on how they were
9 charging us, but it was costing us money to host our
10 FAQs within Oracle.  So as a cost savings we worked to
11 move our FAQs into our internal customer support
12 application tool.
13     Q.    Okay.  So next bullet, "Estimated Savings
14 approximately 250K."
15         Did I read that correctly?
16     A.    Yes.
17     Q.    Do you know what that statement means?
18     A.    I believe that was the savings that we were
19 getting from not hosting it in Oracle anymore and
20 hosting it on our system.
21     Q.    Okay.  Next bullet point, "Reduced Contact
22 Volumes."
23         Do you know what that means?
24     A.    I know what reduced contact volumes means
25 in general.  I don't remember why we thought the FAQ

Page 99

1 redesign would reduce contact volumes.  I don't
2 remember.
3      Q.    Well, yeah, that was going to be my next
4 question.  So what does "reduced contact volumes" mean
5 to you?
6      A.    It just means that we didn't have as many
7 members contacting us.
8      Q.    Is that contacts through all means of
9 communication, or only a certain -- certain channel?
10     A.    No, it would include email, phone, and chat
11 channel.
12     Q.    Okay.  But you don't remember if there was
13 some feature of FAQs that resulted in reduced contact
14 volumes?
15     A.    I don't recall, no.
16     Q.    Do you remember working on the FAQs with
17 the intent of reducing your contact volumes?
18     A.    I remember working on the FAQ redesign and
19 it wouldn't be -- I mean, that seems like something we
20 would want it to do.  Any time you work on an FAQ you
21 want it to provide good solid information that helps
22 your members so they don't have to reach out to you.
23 So...
24     Q.    Were you sort of the lead on this project
25 to redesign FAQs?

Page 100

1      A.    Working with the development team to bring
2 it in-house, I was the lead.  I did not write the FAQs.
3 I believe that managing the FAQs, understanding how
4 many hits they got, which ones were being accessed by
5 the member, would have fallen over -- under me, but I
6 also really worked close with Training, and I don't
7 remember if it was Shonda in Training, but we worked
8 really close together on that, making sure that if
9 something changed on the site, it was updated.  But I
10 believe her team was responsible for actually writing
11 the copy of the FAQs, but I was -- so it was a joint --
12 I don't know -- joint effort.
13     Q.    Okay.
14         MS. ZAMBRANO:  We've been going about an
15 hour and 15 minutes.  Do you -- can you finish this
16 document in a reasonable time, are you okay to go a
17 little longer?
18         MR. MOON:  It's a long document, but I
19 think I can probably finish it in 15 minutes.
20         MS. ZAMBRANO:  Are you okay?
21         THE WITNESS:  I really need a bathroom
22 break, sorry.
23         MS. ZAMBRANO:  Okay.
24         MR. MOON:  Okay.
25         MS. ZAMBRANO:  All right.  Let's take a

Page 101

26 (Pages 98 - 101)

1  break.
2          THE WITNESS:  Thank you.
3          (Break from 11:44 a.m. until 11:53 a.m.)
4  BY MR. MOON:
5    Q.   Okay.  Ms. Clinchy, we were looking at depo
6  Exhibit 10, right, Community Operations Update?
7    A.   Yes.
8    Q.   Okay.  And we're still on page 31.  We were
9  just talking about reduced contact volumes.  So I want
10 to go down a couple of more bullet points.
11         Under "Updated Look and Feel," you see
12 there's a sub bullet point, "Contact Us is more
13 subtle."
14         Do you see that?
15   A.   Yes, I see that.
16   Q.   Okay.  So what is do you know what "Contact
17 Us" is referring to there, that "Contact Us," is that a
18 link "Contact Us" link?
19   A.   I don't recall what we changed here, no.
20   Q.   Okay.  So -- but are you familiar -- I
21 mean, the term "Contact Us," was that a link on Match's
22 website?
23   A.   I mean, there was -- I don't know if this
24 is referring to the "Contact Us" and the FAQs, or if
25 you know on the footer of the website there was a help

Page 102

1  button that you could click.  So I can't say either way
2  which one that is, but those are the two "Contact Us,"
3  like how you would get to help that I know of.
4    Q.   Okay.  And then if you, if the -- then if
5  a -- okay.  Two different ones, I'm sorry.
6          You said the one about the footer.  What
7  was the one you described before that?
8    A.   Just like the -- you see these little
9  symbols on the page where it's like a little picture
10 and chat now, and that so that's the "Contact Us" that
11 I was referring to on the --
12   Q.   Okay.
13   A.   -- help page.
14   Q.   Then is that something that a member would
15 click on?
16   A.   The Chat Now and the Email Us would take
17 you to a form to contact Care.  I don't remember where
18 the phone took you to.
19   Q.   Do you -- during this time period do you
20 know how the steps a member would take to access -- to
21 get the actual phone number?
22   A.   I don't recall.
23   Q.   All right.  Do you recall during this FAQ
24 redesign process making changes to make the "Contact
25 Us" option less visible?

Page 103

1          MS. ZAMBRANO:  Objection, form.
2    A.   No, I don't recall.
3  BY MR. MOON:
4    Q.   Do you have any idea what "Contact Us is
5  more subtle" is referring to?
6    A.   I do remember that we were trying to make
7  it match the rest of the site.  So I think by more
8  subtle, it was not so chunky.  And also I just
9  remember -- that's a picture of me on the Chat Now and
10 I just -- we didn't like that picture.  So, for me, it
11 felt hokey, and so I think the "Contact Us is more
12 subtle" is referring to just bringing it up to the feel
13 of the website.
14   Q.   Do you remember any discussions around this
15 time about making the contact options less visible for
16 the purposes of reducing contacts with you guys?
17   A.   No, I don't, I don't recall that.
18   Q.   Okay.  Is that -- was that one of the
19 subject -- subjects of conversation from time to time,
20 just the fact about how much it costs to have an agent,
21 you know, respond to a contact?
22   A.   Yes, I mean I think all customer support
23 teams talk about that, that's just budget and what it
24 takes to handle a member but still provide good
25 customer support.

Page 104

1    Q.   Right.  That's one of the metrics that you
2  would look at in your department is, you know, what are
3  our customer care costs for the actual contacts we have
4  with people, right?
5          MS. ZAMBRANO:  Objection, form.
6  Mischaracterizes her testimony.
7    A.   Yes, I think we looked at cost of contact.
8  BY MR. MOON:
9    Q.   Okay.  Okay.  Let's go on to --
10   A.   But I will also say -- sorry, just thinking
11 about this and looking at this, I will say that one of
12 the goals, too, as a consumer was just making sure that
13 the member could help themselves - right? - if the --
14 no one wants to call into customer support, I don't
15 like calling customer support, and so when you talk
16 about like reduced contact volumes, there's also a --
17 you know, I want members to be able to help themselves
18 and not have to take that extra step of contacting us
19 because that's a hassle.  And however you look at it,
20 it's a hassle, and so the reduced contact volumes --
21 and we talked about cost and that's fine, but I also
22 think it's just providing that information where
23 members can help themselves.  You know, it's 11:30,
24 you're on the website -- you have a question, it's,
25 it's nice when you're able to find it, you read the

Page 105

27 (Pages 102 - 105)

App. 1196

1 help section, you're, like, okay, great, now I know, I
2 don't have to call anyone.
3        So I just want to -- sorry, that popped in
4 my head.  I wanted to add that too.
5    Q.   I understand.
6    A.   Yes.
7    Q.   So I guess one question I have, are you
8 aware of any sort of design elements the company was
9 implementing to try to discourage actual contact and
10 steer your members toward, you know the self-help
11 options that you are talking about?
12    A.   I think those are two different -- I don't
13 think you can lump those together.  There's -- we
14 always -- at least I can, speak for myself that I would
15 want a member to contact us if they had a question.  If
16 they could not find it on our help section they
17 absolutely should call us, chat, email, get it figured
18 out.  But yes, we wanted members to self-help
19 themselves.  It would -- that's a good experience when
20 you go to a help section and you see the FAQ that you
21 want and you can help yourself.  Like, no one wants
22 someone constantly helping them.  You want to be
23 able -- most people want to be able to do it themselves
24 and find it and not have to deal with customer support.
25 So I think providing good self-help shouldn't be lumped
                                                    Page 106

1 in with we didn't want people to contact us.  We just
2 wanted people to be able to access that whenever they
3 needed to access it and not have this extra step of,
4 I've got to chat, or I've got to make a phone call, or
5 I've got to send this email.  I don't like doing any of
6 that.  I worked in customer support and I don't like
7 contacting customer support.
8        So I think when you say, you know, reducing
9 contacts and, you know, we wanted to up self-help, I
10 think those don't go together.  Like, I think -- I
11 think it's really -- you're not a good customer support
12 person if you don't have a good help section or you
13 don't want members to be able to self-help.  If we
14 didn't want that we wouldn't have a help section, we'd
15 just make them call.  So I don't think we would have
16 been doing our job well, if our -- if a lot of people
17 who came to the help section weren't able to figure out
18 what they were doing.
19    Q.   Is that true for the online cancellation
20 flow also, did -- were there -- did -- let me ask the
21 question this way.
22        Did Match design its website to encourage
23 people to use the online cancellation flow as opposed
24 to some other method of cancelling?
25        MS. ZAMBRANO:  Objection, form.
                                                    Page 107

1    A.   You mean versus, like, making people call
2 to cancel?
3 BY MR. MOON:
4    Q.   Right.
5        MS. ZAMBRANO:  Objection, form.  Lack of
6 foundation on the design of the website.
7    A.   Sorry, can you repeat the question.  I'm
8 just trying to understand.
9 BY MR. MOON:
10    Q.   Yeah.  Did Match, to your knowledge, I
11 don't want you to testify to anything you don't know
12 about --
13    A.   Yeah, no, I know.
14    Q.   -- do any design elements intended to
15 encourage people to use the online desktop cancellation
16 flow as opposed to some other method of cancelling?
17        MS. ZAMBRANO:  Same objection to lack of
18 foundation.
19    A.   I don't recall that.
20 BY MR. MOON:
21    Q.   Okay.  Let's flip through to, this is also
22 unmarked, seems like all the pages I want to talk about
23 are unmarked, I don't know why that is.
24        But it's actually page 33.  That BBB
25 Progress at the top.  Are you with me?
                                                    Page 108

1    A.   Yes, that I see.
2    Q.   Okay.  Was your -- at this time that you
3 were working with the customer experience position, was
4 part of your department's job handling BBB complaints?
5    A.   Yes, we did work on the BBB complaints.
6    Q.   And there's a reference to a backlog here,
7 right?
8    A.   Yes.
9    Q.   Do you know what this slide is talking
10 about, the backlog it's referring to?
11    A.   It was a -- a backlog of complaints from
12 the Better Business Bureau.
13    Q.   Okay.  So at this time that this was
14 created, were you guys work trying to -- you had
15 evidently just finished the -- handling the Match
16 backlog?
17    A.   Yes, we were working on reestablishing our
18 status on the Better Business Bureau, and to do that we
19 had to work through all of the complaints that we had
20 not responded to.
21    Q.   Okay.  And then, "Completed PM Backlog," is
22 that People Media?
23    A.   Yes.
24    Q.   Were you also handling complaints for
25 People Media?
                                                    Page 109

CHANGES AND SIGNATURE

1         CHANGES AND SIGNATURE
2  WITNESS: MELISSA CLINCHY
3  DATE: February 16, 2023
4  Page/Line   Change         Reason
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

Page 242

---

1      I, MELISSA CLINCHY, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5      _____
         MELISSA CLINCHY
6
7  STATE OF _____)
8  COUNTY OF _____)
9
10     Before me _____ on this day
11  personally appeared MELISSA CLINCHY, known to me (or
12  proved to me on the oath of _____ or
13  through _____ (description of identity card
14  or other document)) to be the person whose name is
15  subscribed to the foregoing instrument and acknowledged
16  to me that he executed the same for the purposes and
17  consideration therein expressed.
18     Given under my hand and seal of office this
19  _____ day of _____, _____.
20
21     _____
      Notary Public in and for the
22      State of _____
23
24
25  Job No. TX5651545

Page 243

---

REPORTER'S CERTIFICATION
DEPOSITION OF MELISSA CLINCHY

1       REPORTER'S CERTIFICATION
2     DEPOSITION OF MELISSA CLINCHY
3       February 16, 2023
4     I, Joseph D. Hendrick, Notary Public and
5  Certified Shorthand Reporter in the State of Texas,
6  hereby certify to the following:
7     That the Witness, MELISSA CLINCHY, was duly
8  sworn by the officer and that the transcript of the
9  oral deposition is a true record of the testimony given
10  by the witness;
11     I further certify that pursuant to FRCP
12  Rule 30(f)(1) the signature of the deponent:
13      X    was requested by the deponent or
14  a party before the completion of the deposition and is
15  to be returned within 30 days from date of receipt of
16  the transcript;
17     _____ was not requested by the
18  deponent or a party before the completion of the
19  deposition;
20     I further certify that the amount of time
21  used by each party is as follows:
22     Jason Moon - 05:42:06
23     Angela Zambrano - 00:14:00
24     I further certify that I am neither counsel
25  for, related to, nor employed by any of the parties or

Page 244

---

1  attorneys in the action in which this proceeding was
2  taken;
3     Further, I am not a relative or employee of
4  any attorney of record, nor am I financially or
5  otherwise interested in the outcome of the action.
6     Subscribed and sworn to on this date:
7  March 2, 2023.
8
9
10
11
12
13
14
15     _Joseph D. Hendrick_
    Joseph D. Hendrick, CSR #947
16     Expiration Date: 04/30/2023
    Notary Comm. Exp. 01/13/23
17     Veritext Legal Solutions
    Firm Registration No. 571
18     300 Throckmorton Street, Ste. 1600
    Fort Worth, TX 76102
19     Telephone (800) 336-4000
20
21
22
23
24
25

Page 245

62 (Pages 242 - 245)

# EXHIBIT 69

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
 2                      DALLAS DIVISION
 3    FEDERAL TRADE COMMISSION,    §
                                   §   Case No. 3:19-cv-02281-K
 4          Plaintiff,             §
                                   §
 5          v.                     §
                                   §
 6    MATCH GROUP, INC., a         §
      corporation and MATCH        §
 7    GROUP, LLC, formerly known   §
      as Match.com, LLC, a         §
 8    limited liability company,   §
                                   §
 9          Defendants.            §
      _____
10
                   ORAL AND VIDEOTAPED DEPOSITION OF
11
                          MANDY GINSBERG
12
                         February 23, 2023
13    _____
14              ORAL AND VIDEOTAPED DEPOSITION OF MANDY
15    GINSBERG, produced as a witness at the instance of the
16    Plaintiff, and duly sworn, taken in the above-styled
17    and numbered cause on February 23, 2023, from 9:09 a.m.
18    to 4:07 p.m., before Joseph D. Hendrick, Certified
19    Shorthand Reporter in and for the State of Texas,
20    reported by machine shorthand, at the offices of Sidley
21    Austin LLP, 2021 McKinney Avenue, Suite 2000, Dallas,
22    Texas, pursuant to Notice and the Federal Rules of
23    Civil Procedure and any provisions stated on the record
24    or attached hereto.
25    Job No. 5651550
```

                                                    Page 1

1    question: Did you consider changing the Match.com
2    online cancellation flow? And the word that was used
3    was "you." Did you consider changing the Match.com
4    online cancellation flow? And your answer was as
5    follows: Like I said, this is one of those businesses
6    where we constantly iterating, changing, testing, you
7    know, sort of investigate new flows; so that's not
8    something I recall, but I would not be surprised if we
9    looked at all those flows.
10         What were you referring to as "we" in that
11   sentence?
12   A.    "We" would mean members of the team, but I
13   personally would never go in and make decisions about
14   the individual product lists.
15   Q.    So when you were at Match Group, Inc. as
16   CEO, was any part of your job responsibility to design
17   or maintain a cancellation flow for any brand?
18   A.    No.
19   Q.    And the same question regarding a
20   chargeback policy; did any part of your job
21   responsibilities relate to designing or maintaining a
22   policy relating to chargebacks?
23   A.    No.
24   Q.    And the Match.com guarantee that we have
25   talked about today and that you referred to as the

Page 202

1    Q.    Okay. You were asked about a couple of
2    other exhibits that I am going to ask you about now.
3    First about Exhibit 19, if you would get that one in
4    front of you. Do you remember being questioned about
5    Exhibit 19?
6    A.    Yes. Earlier today I was.
7    Q.    Okay. And, again, I'm looking at the rough
8    transcript, but in the rough transcript on page 165,
9    you had referred to consciously misleading figures in
10   Exhibit 19 and the FTC's counsel asked you what you
11   meant by that, and I'm going to read your response that
12   was taken down and then ask you a question about it.
13        You said, "I don't remember the specifics,
14   but I remember I was deeply offended because everyone
15   at the company knew that I had real integrity when it
16   came to running the business and really believed in
17   treating our customers right and the fact that we were
18   being litigated Match.com was being litigated based on
19   practices that I didn't agree with. I felt like I had
20   to speak out because employees cared about the tone at
21   the top in their leaders and that was important to me."
22        That's the way that your answer was taken
23   down. But I have a question about that phrase that you
24   used based on practices that I didn't agree with.
25        What were you referring to there?

Page 204

1    guarantee, was any part of your job responsibility when
2    you were MGI CEO to design or maintain or otherwise
3    deal with the Match.com guarantee?
4    A.    No.
5    Q.    Well, did Match dot -- excuse me.
6         Did Match Group, Inc. direct the brands on
7    decisions about things like this: Cancellation flows,
8    guarantees, or chargebacks?
9    A.    The individual brands managed all aspects
10   of their business; marketing, product, analytics. That
11   was their responsibility, not mine.
12   Q.    Well, were the brands managed collectively
13   as a unit?
14   A.    No. Each -- each brand would operate
15   independently and in their financials meaning their P&L
16   their financials would rollup and we would report it to
17   the street, but the individual brands would manage
18   their businesses independently of the other brands.
19   Q.    Other than the financial reporting at the
20   public company level that you just testified about, was
21   there integration generally across functions of the
22   brands?
23   A.    There was not integration across all the
24   various brands. The only exception was finance and
25   legal where we would coordinate across those brands.

Page 203

1    A.    I misspoke because clearly I feel strongly
2    about it. I did not agree with the accusations that
3    were being lodged against Match.com.
4    Q.    In the litigation that was filed by the
5    FTC?
6    A.    In the litigation. So I didn't agree with
7    the accusations. I think I misspoke when I said
8    practices, but I meant accusations.
9    Q.    Now I want to ask you about an exhibit.
10   Let me show you 17, actually. You were asked about a
11   few pages in this deck, and I understand that you don't
12   recall receiving the deck or communicating about the
13   deck. Is that fair?
14   A.    Yes.
15   Q.    Okay. But I do want to ask you about the
16   list of issues that were reported on page 25 of
17   Exhibit 17, and specifically the first one that says,
18   "Current, locate account settings, difficult to find."
19        So I think that's referring to the next
20   page in the deck, which is not numbered, but it's the
21   26th page. Do you see where the heading says Account
22   Settings Page Confusing and Cluttered?
23   A.    I read that.
24   Q.    Okay. Do you agree that the account
25   settings page that we are looking at was confusing and

Page 205

52 (Pages 202 - 205)

1  cluttered?
2      A.   I don't agree.
3      Q.   Why not?
4      A.   Because "account settings" at the top
5  left-hand side is the very first thing you see, and
6  then every account setting is very clearly laid out
7  both on the top across and on the left-hand side; so
8  not only is it once but twice to make sure people see
9  it.
10     Q.   And then going back to the list of topics
11 on page 25, the third one says, "Enter password,
12 already entered on login."
13         Did you have any concerns about the fact
14 that the cancellation -- let me start again.
15         Do you have any concerns, as you sit here
16 today, that the Match.com cancellation flow required
17 the subscriber to enter the password?
18     A.   No.
19     Q.   Why not?
20     A.   Well, it says, "The information you are
21 about to view is private," so this is to make sure you
22 protect information from users and then very clear
23 "continue cancelation" button.
24     Q.   When you say "protect information from
25 users," what do you mean?

Page 206

1      A.   I mentioned before that as in order to make
2  sure -- I don't remember this flow, so I don't remember
3  the specifics, but the reason that we asked people for
4  information about user name or password is to make sure
5  that there are no bad architects entering this page, so
6  to make sure that they can't get in and access any
7  information including user information or other
8  information.
9      Q.   And then back to the list of topics, there
10 is a survey question that's referenced Number 6.  Do
11 you see that?
12     A.   Yes.
13     Q.   Okay.  Are you -- you just testified you're
14 not familiar with the Match.com flow per se, but do you
15 recall that the cancellation flow asked subscribers why
16 they were cancelling their membership?
17     A.   I don't remember the specifics of the flow,
18 but we have a very unique category in business that is
19 episodic, and so people leave because they're happy and
20 they might leave because they're not happy.  So they
21 leave because they found someone.
22         Well, we don't know why people are leaving,
23 and in order for us to understand why people leave and
24 how to improve the product either for other people in
25 the community or when and if they come back, it's

Page 207

1  important for us to understand success rates and who
2  was -- who were the people that actually found success.
3      Q.   And when you were the CEO of Match.com, did
4  you ever have any concerns about the Match.com
5  cancellation flow that you can recall as you sit here
6  today?
7      A.   I don't recall; although, I see the
8  "continue to cancel" button on each of these screens.
9          MS. ZAMBRANO:  One moment.
10 BY MS. ZAMBRANO:
11     Q.   Do you understand that the allegation of
12 the FTC in this case is that Match.com's cancellation
13 flow is not simple?
14     A.   Yes, I understand that.
15     Q.   Do you -- did you ever hear anyone at
16 Match.com when you were the CEO express that there was
17 an intent to make the cancellation flow not simple?
18     A.   There was never any intention to make a
19 cancellation flow not simple; in fact, we looked at all
20 the data that suggests high 90 percent of people had no
21 problem cancelling.
22     Q.   Do you recall any discussions when you were
23 the CEO of Match.com about making the product more
24 difficult to cancel?
25     A.   No.  We would not want to make the product

Page 208

1  difficult to cancel because at the end of the day, our
2  customers would either tell people about it or come
3  back themselves, and so if we made -- if customers were
4  unhappy leaving our site or app, they wouldn't come
5  back, and as I mentioned before, half the people that
6  come every day are past customers, and so it would not
7  make sense to make our customers unhappy or frustrated.
8          MS. ZAMBRANO:  Pass the witness.
9          RE-EXAMINATION
10 BY MS. ZUCKERMAN:
11     Q.   Ms. Ginsberg, could you please look at
12 Exhibit 2?
13         So in this exhibit, the email thread is
14 dated March 14, 2018, right?
15     A.   Yes.
16     Q.   At this point in time, you were the CEO of
17 Match Group, Inc.; is that correct?
18     A.   Yes.
19     Q.   Did you serve as the CEO of Match Group
20 North America at this point as well?
21     A.   '18, '19, I do not believe; so no, I do not
22 think so.
23     Q.   Do you know who served as the Match Group
24 North America CEO at this point in time?
25     A.   I believe it was Match -- so can you ask me

Page 209

53 (Pages 206 - 209)

App. 1202

1  the question again?
2     Q.   Sure.
3          Who was the CEO of Match Group North
4  America at this point in time?
5     A.   I don't remember the titles, but Amarnath
6  Thombre was over -- I actually don't know his title,
7  but he was over -- he was over the North America brands
8  with the exception of Tinder.
9     Q.   Do you know who served as the CEO of
10 Match.com around this time March 2018?
11    A.   I can't remember -- I can't remember
12 timing.  But I believe it was Hasam Hosseini, but I
13 don't remember the timing.
14    Q.   Would you look at Exhibit 19, please?  So
15 you testified that you didn't agree with the
16 accusations that the FTC made against Match Group.  Why
17 not?
18    A.   So from what I remember and understand that
19 the FTC accused, which I think we go into detail that
20 they accused, for example, that we were -- I can't
21 remember the exact term, but we were okay having
22 fraudulent users in our community.  And that's not
23 true.  We would never have fraudulent users in our
24 community intentionally.
25          So I spent three sentences explaining how

Page 210

1  we fight it, why we fight it, because it is actually
2  not a benefit for us to have fraudulent users ever in
3  our community.
4     Q.   What about FTC's claims related to
5  chargebacks; did you agree with those accusations?
6     A.   I can't remember the details of -- of those
7  accusations.
8     Q.   What about the FTC's claims regarding the
9  online cancellation practices of Match.com; did you
10 agree with those accusations?
11    A.   I can't remember the details.
12    Q.   Would you look at Exhibit 17 please, page
13 25?
14    A.   I don't have page numbers.
15    Q.   So Exhibit 17 has page 24 and then the next
16 page should be page 25.
17    A.   Okay.
18    Q.   At the top it says "Match Cancellation
19 Process," right?
20    A.   Yes.
21    Q.   You just testified that the information
22 that users were about to view were private.  Where did
23 you get that?
24    A.   As I said --
25          MS. ZAMBRANO:  I am going to object to

Page 211

1  that.  I'm not quite sure that's what she testified to,
2  but the record will show.  Object to the extent it
3  mischaracterizes her testimony.
4     A.   I am referring to the slide which is
5  "Change/Cancel membership.  The information you are
6  about to view is private."
7          I'm reading it off the slide.
8  BY MS. ZUCKERMAN:
9     Q.   Which slide are you looking at?
10    A.   It's two slides back.  It's 25, 26, 27.  I
11 literally just read it off the slide.  I'm assuming
12 this is accurate and there's nothing inaccurate in your
13 slides.
14    Q.   Do you remember for a fact that the
15 information that the user was about to view is private?
16    A.   I don't remember.  But I -- I read it off
17 of here.
18    Q.   What about communications with other users?
19 Would a user have to enter a password to access those
20 communications?
21    A.   I believe so because that's sensitive
22 consumer information.
23    Q.   So a Match.com user had to enter his or her
24 password every time they wanted to communicate with
25 another user?

Page 212

1          MS. ZAMBRANO:  Objection.  Incomplete
2  hypothetical.  Calls for speculation on "every time."
3     A.   I don't remember the exact business risk,
4  but I hope that we would not let people communicate
5  with other users without logging in.
6  BY MS. ZUCKERMAN:
7     Q.   So every time that a Match.com user was
8  logging in to their account, did they have to enter
9  their password?
10         MS. ZAMBRANO:  Again, vague and ambiguous
11 on "Match.com user" and lacks foundation.
12    A.   I don't really know the specifics of the
13 flow, but you would not have been able to communicate
14 with the user without being in the system.
15 BY MS. ZUCKERMAN:
16    Q.   So when a Match.com user is logged into the
17 account and they access the account settings page to
18 cancel their membership, were they required to re-enter
19 their password?
20    A.   I don't remember the details of the flows
21 for the one brand.  I'm sorry.
22    Q.   You previously testified that we looked at
23 data of high 90 percent of people who had no trouble
24 cancelling.  Where did you get that information?
25    A.   I just always remember that as we looked at

Page 213

54 (Pages 210 - 213)

1    I, MANDY GINSBERG, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5  _____
   MANDY GINSBERG
6
7  STATE OF _____)
8  COUNTY OF _____)
9
10    Before me _____ on this day
11  personally appeared MANDY GINSBERG, known to me (or
12  proved to me on the oath of _____ or
13  through _____ (description of identity card
14  or other document)) to be the person whose name is
15  subscribed to the foregoing instrument and acknowledged
16  to me that he executed the same for the purposes and
17  consideration therein expressed.
18    Given under my hand and seal of office this
19  _____ day of _____, _____.
20
21  _____
   Notary Public in and for the
22  State of _____
23
24
25
                                                    Page 222

1  for, related to, nor employed by any of the parties or
2  attorneys in the action in which this proceeding was
3  taken;
4    Further, I am not a relative or employee of
5  any attorney of record, nor am I financially or
6  otherwise interested in the outcome of the action.
7    Subscribed and sworn to on this date:
8  March 13, 2023.
9
10
11
12
13
14
15
16
   Joseph D. Hendrick, CSR #947
17  Expiration Date: 04/30/2023
   Notary Comm. Exp. 01/13/23
18  Veritext Legal Solutions
   Firm Registration No. 571
19  300 Throckmorton Street, Ste. 1600
   Fort Worth, TX  76102
20  Telephone (800) 336-4000
21
22
23
24
25
                                                    Page 224

1    REPORTER'S CERTIFICATION
2    DEPOSITION OF MANDY GINSBERG
3    February 23, 2023
4    I, Joseph D. Hendrick, Notary Public and
5  Certified Shorthand Reporter in the State of Texas,
6  hereby certify to the following:
7    That the Witness, MANDY GINSBERG, was duly
8  sworn by the officer and that the transcript of the
9  oral deposition is a true record of the testimony given
10  by the witness;
11    I further certify that pursuant to FRCP
12  Rule 30(f)(1) the signature of the deponent:
13    X    was requested by the deponent or
14  a party before the completion of the deposition and is
15  to be returned within 30 days from date of receipt of
16  the transcript;
17    _____ was not requested by the
18  deponent or a party before the completion of the
19  deposition;
20    I further certify that the amount of time
21  used by each party is as follows:
22    Sarah Zuckerman - 04:45:47
23    Angela Zambrano - 00:17:32
24    All Other Counsel - 00:00:00
25    I further certify that I am neither counsel
                                                    Page 223

1  Angela Zambrano
2  angela.zambrano@sidley.com
3                    March 13, 2023
4  RE:   Federal Trade Commission v. Match Group, Inc., Et Al.
5    2/23/2023, Mandy Ginsberg (#5651550)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  errata-tx@veritext.com.
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19  If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22    Yours,
23    Veritext Legal Solutions
24
25
                                                    Page 225

57 (Pages 222 - 225)

# EXHIBIT 70

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF TEXAS
 2                      DALLAS DIVISION
 3   FEDERAL TRADE COMMISSION,    §
                                  §   Case No. 3:19-cv-02281-K
 4        Plaintiff,              §
                                  §
 5        v.                      §
                                  §
 6   MATCH GROUP, INC., a         §
     corporation, and MATCH       §
 7   GROUP, LLC, formerly known   §
     as MATCH.COM, LLC, a         §
 8   limited liability company,   §
                                  §
 9        Defendants.             §
     _____
10
                       ORAL DEPOSITION OF
11
                      SHARMISTHA DUBEY
12        as 30(b)(6) Representative of Match Group, Inc.,
13                      March 3, 2023
     _____
14
15
16
          ORAL DEPOSITION OF SHARMISTHA DUBEY as 30(b)(6)
17   Representative of Match Group, Inc., produced as a
     witness at the instance of the Plaintiff, and duly
18   sworn, taken in the above-styled and numbered cause on
     March 3, 2023, from 9:04 a.m. to 5:26 p.m., before
19   Joseph D. Hendrick, Certified Shorthand Reporter in and
     for the State of Texas, reported by machine shorthand,
20   at the offices of Sidley Austin LLP, 2021 McKinney
     Avenue, Suite 2000, Dallas, Texas, pursuant to Notice
21   and the Federal Rules of Civil Procedure and any
     provisions stated on the record or attached hereto.
22
23
24
25   Job No. 5651555

                                                 Page 1
```

1 of in-the-weeds topics than other Match Group CEOs had
2 been during the time period between 2013 and the
3 present?
4    A.    Not necessarily.
5    Q.    So this is the type of information that
6 would be provided to any Match Group, Inc., CEO given
7 the significance of the impact on profit and loss; is
8 that correct?
9       MR. MUNDEL:  I am going to object as beyond
10 the scope and vague as to this type of information, and
11 it appears to be a hypothetical that's incomplete, so I
12 object on that ground too.
13    A.    So, again, I don't know what was presented
14 to Greg, I have no memory of it.
15       Again, I don't think Greg would comprehend
16 any of this type of level of detail, so my strong
17 assumption is it -- this was not what was provided.
18 What was told to him is that there is some changes
19 being made which may impact 3.3 million of EBITDA and
20 we'll let you know, and that would have been at the
21 level of conversation.
22       Obviously the operating leaders wanted to
23 have all the information in case somebody asks a
24 question in a meeting, but generally Greg wouldn't know
25 what to do with any of this, he wouldn't know how to
Page 162

1 solve it, how to do any of it.  But he ought to be made
2 aware that the -- already in January they're missing
3 forecasts by 3.3 million.
4 BY MR. TEPFER:
5    Q.    So if it was determined that eliminating
6 the six-month guarantee would cause a significant
7 deviation from the forecast, is that the type of thing
8 that would be brought to the attention of the Match
9 Group, Inc., CEO?
10       MR. MUNDEL:  Objection.  Beyond the scope.
11 Assumes facts and incomplete hypothetical.
12    A.    If you are asking me hypothetically
13 something changes and there's a big deviation, the
14 context by which they report up to MGI is yes, we're
15 going to see a big change, I don't know, millions of
16 dollars of change, usually don't get into a whole lot
17 of details.  The maximum you would know is MG -- it's
18 related to the MG guarantee, and that would be the end
19 of it.
20 BY MR. TEPFER:
21    Q.    Would Mr. Blatt have had authority, when
22 presented with this refund policy, to direct that
23 changes be made to the policy?
24       MR. MUNDEL:  I am going to object as beyond
25 the scope as to authority of Mr. Blatt.  Assuming
Page 163

1 facts.  And inconsistent with the testimony that he was
2 presented with some policy.
3       Go ahead.
4    A.    If I was in his position, the way I would
5 have operated was to tell them look, see what -- you
6 know, do the best -- do the best outcome for both the
7 consumer and the business, and it is what it is.  If it
8 can't be solved, it can't be solved.  But try and see
9 if you can offset in other ways or in other areas, I
10 mean, that is something that comes out of oversight of
11 financials.  Try to meet your plan.  If this is causing
12 a deficit, is there anything else that can drive a
13 little more revenue, maybe spend a little more
14 marketing dollars and drive additional traffic.  That's
15 a level of conversation that can happen.
16       But there is nobody at the Match Group,
17 Inc., level that has enough time or knowledge or
18 understanding to -- of something like MG -- the
19 six-month guarantee or cancellation flow to be able to
20 dictate anything, quite frankly.
21 BY MR. TEPFER:
22    Q.    So I guess my question's slightly
23 different.  For example, would -- you know, I
24 understand your position's that you would not have
25 engaged in that level of micromanagement, I guess is
Page 164

1 what you are saying; is that correct?
2       MR. MUNDEL:  I am going to --
3    A.    It's not micromanagement, it's not our
4 role.  Our role is to oversee financial performance,
5 not all the underlying things that drive financial
6 performance.
7 BY MR. TEPFER:
8    Q.    And so my question is, setting that aside,
9 speaking in terms of the authority of the Match Group,
10 Inc., CEO, would the Match Group, Inc., CEO have had
11 authority to, for example, direct changes concerning
12 the refund policy that he was presented?
13       MR. MUNDEL:  I am going to object as beyond
14 the scope as to authority, I am going to object as
15 asking for a legal conclusion, and I can't tell because
16 of the way the question was formed, it's either a
17 hypothetical or it misstates facts.
18    A.    Here's the thing.  That's not how we
19 operate.  I don't know how -- you know, when you're
20 sitting at such a distance from this kind of level of
21 detail, no good leader should ever dictate making
22 changes to any of this stuff.  It's just not something
23 you should do and nobody ever does.  A good leader
24 certainly wouldn't do that.  That's not how we
25 operated.  I would never do it.  I would be -- and of
Page 165

42 (Pages 162 - 165)

| | |
|---|---|
| 1  course, you should ask Greg, but he -- this is not | 1  keeps coming up again and again that customers complain |
| 2  something he would dictate because he doesn't know. | 2  they cancel and we still auto renew them." |
| 3  BY MR. TEPFER: | 3       Sorry. |
| 4       Q.   So you testified you don't remember this | 4       Do you recall what refund policy situation |
| 5  particular meeting? | 5  you are referring to here? |
| 6       A.   I do not remember this meeting, no. | 6       MR. MUNDEL:  Objecting as beyond the scope. |
| 7       Q.   About how often did you meet with Greg | 7       You can answer in your personal capacity. |
| 8  Blatt when he was MGI CEO? | 8       A.   I don't remember details of any of this, |
| 9       A.   This seems to be the -- in the context of | 9  but I can infer, reading from this, it is generally |
| 10  the monthly forecasts, so this would be a monthly | 10  something I would do in that capacity.  If there is a |
| 11  thing. | 11  customer complaint, I would have folks investigate, |
| 12       Q.   Would you meet with him more than once a | 12  find out if there is a bug or a system problem or there |
| 13  month? | 13  is any confusion in it, and I would have someone do a |
| 14       A.   You have to ask me the year because it | 14  deeper dive into it. |
| 15  would depend on what my particular role was at the | 15  BY MR. TEPFER: |
| 16  time. | 16       Q.   And it's -- is this the refund policy issue |
| 17       Q.   What role did you meet with him most | 17  that in the prior exhibit, Exhibit 12, was being |
| 18  frequently in? | 18  discussed with Mr. Blatt? |
| 19       A.   The most I met with him was in 2017 because | 19       MR. MUNDEL:  Object as beyond the scope. |
| 20  I had two -- two different -- I was wearing two | 20  Assuming facts, "have a discussion with Mr. Blatt," and |
| 21  different hats, if you remember.  I was president of | 21  also calls for speculation. |
| 22  Match Group North America and I was also the COO of | 22       A.   I don't know for sure but doesn't sound |
| 23  Tinder, and so he was the CEO of Tinder.  So the most | 23  like it.  That sounds like something already done and |
| 24  interaction I've ever had with Greg Blatt was as the | 24  this is after that -- after that. |
| 25  Tinder COO to the Tinder CEO on all topics related to | 25  BY MR. TEPFER: |
| Page 166 | Page 168 |

| | |
|---|---|
| 1  Tinder. | 1       Q.   But you're unsure about that? |
| 2       Q.   So the product department at MG LLC does | 2       A.   Yeah, I don't remember much from that time. |
| 3  not report to anyone at MGI; is that correct? | 3       Q.   Do you recall a recurring issue relating to |
| 4       A.   There's no product department at MG LLC. | 4  customers complaining that they cancel but still being |
| 5  There are product department -- the product teams for | 5  auto renewed by Match.com? |
| 6  each operating brand or platform.  So Match.com has a | 6       MR. MUNDEL:  I am going to object as beyond |
| 7  platform team.  People Media -- sorry.  Match.com has a | 7  the scope. |
| 8  product team.  People Media has a product team.  And | 8       You can answer in your personal capacity. |
| 9  they report to the GM or CEO of that business. | 9       A.   I have very little overall memory, not very |
| 10       (Marked Deposition Ex. 13) | 10  many specifics, I -- of getting such complaints every |
| 11       MR. TEPFER:  Let the record reflect I am | 11  once in a while.  Most of the time I remember it would |
| 12  handing the witness what has been marked Exhibit 13. | 12  end up becoming no, they actually did -- you know, |
| 13  It has a Bates number on the first page of | 13  never tried to cancel and they just complained that |
| 14  MATCHFTC543646.  It's a two-page document. | 14  they canceled, that was something I remember hearing |
| 15  BY MR. TEPFER: | 15  back then after we investigated every -- every one of |
| 16       Q.   And if you could just take a moment and let | 16  these complaints, but we would always -- I mean, if |
| 17  me know if this is something that you have reviewed. | 17  ever we saw something that felt was an increased |
| 18       A.   I believe I have reviewed this, some | 18  complaint, we would investigate, have the teams look |
| 19  version of this - maybe there's a few other strings in | 19  into it, because there's a thing you have to understand |
| 20  it - as part of the prep. | 20  about our business.  There is two main ways that our |
| 21       Q.   Do you recall this discussion back in 2016? | 21  business operates, and it's been true from the |
| 22       A.   I do not. | 22  beginning to -- the history of this category up to |
| 23       Q.   So in your initial email on the second page | 23  today. |
| 24  at the start of the thread, you state that "We've been | 24       The first is word of mouth.  Our entire |
| 25  discussing the refund policy situation and 1 thing | 25  category has grown by people having success and saying |
| Page 167 | Page 169 |

1  good things and asking others to join these platforms.
2  So it's really important that we don't piss off
3  customers.
4        And the second big thing, the way our
5  business works, it's an episodic turn business and more
6  than half of our customers are returning customers.
7  They come back and they pay.  So, you know, it would
8  never make sense to be shortsighted about pissing them
9  off on their way.
10        So, by far, here's what I know:  Thousands
11  and thousands of people successfully canceled every
12  day, but we would get a handful of complaints, we would
13  investigate every one of those complaints.  Most of the
14  complaints were people had just forgotten to cancel,
15  but they kind of accused the company that oh, no, no,
16  no, I tried to cancel and it didn't stick, as often
17  happens, I -- I have done that to my WiFi subscription
18  on American Airlines, too, and then -- but most of the
19  time we would -- I mean, I -- this is not unusual for
20  me to say, I've heard a few people tell me this, please
21  make sure there is not a systemic issue here and
22  there's no confusion here.  And people would go, they
23  would look at it, and they would make the determination
24  no, it's largely working the way it should, it's not
25  confusing to most users, it is capturing the

Page 170

1  information that we absolutely need, and, you know,
2  either there is an opportunity for improvement or not,
3  but that is very standard to how we would operate.
4  BY MR. TEPFER:
5      Q.   In -- you referenced some investigation
6  that was being done concerning this type of issue; is
7  that correct?
8           MR. MUNDEL:  Misstates the testimony.
9      A.   That's not what I said.  I said, if you
10  look at -- I'm going by what's written here.  "Can
11  you" -- "can somebody take a closer look at it and see
12  what might be going on?"
13           So that is my direction to the product and
14  analytics team, to go dig into this and see if there is
15  either a systemic issue or is there some -- something
16  else going on here.
17  BY MR. TEPFER:
18      Q.   Did they report back to you on that?
19      A.   They probably would have in some form.  I
20  don't remember this particular instance.  But in that
21  capacity, when I would have asked them, they would
22  have, yes.
23      Q.   And -- but you don't recall the specific
24  results of this particular request where you asked them
25  to look into this issue?

Page 171

1      A.   Not the -- I have no memory of the
2  specifics of any of this, but as from what I remember
3  of how we operated, yes, somebody would come back to me
4  and say this is what we found.
5      Q.   And this recurring issue here, is that
6  something that you would report to Match Group, Inc.?
7           MR. MUNDEL:  I am going to object as to,
8  when you say recurring issue, what you are referring
9  to.
10           MR. TEPFER:  The one thing keeps coming up
11  again and again, is what I'm referring to.
12      A.   This is not something I would ever find it
13  necessary to report up to Match Group, Inc.
14  BY MR. TEPFER:
15      Q.   If making changes to the cancellation flow
16  were to -- were determined to significantly affect the
17  profits and loss that we've been discussing, is that
18  the type of thing that you would have reported to the
19  Match Group, Inc., CEO?
20           MR. MUNDEL:  Object as time period,
21  incomplete hypothetical.  Are you asking hypothetically
22  or if that ever occurred?
23           MR. TEPFER:  Well, I'm just asking if
24  that's the type of thing, you know, at this time
25  period.

Page 172

1           MR. MUNDEL:  So hypothetically if it
2  happened would it have been reported?
3           MR. TEPFER:  Yeah.
4           MR. MUNDEL:  I object to incomplete
5  hypothetical, beyond the scope.
6      A.   Here's how it would work:  If -- if
7  somebody came back, let's say, after this
8  hypothetically and say, you know, we're going to have
9  to change something, it may have some financial impact,
10  generally all the time that I was running, and almost I
11  can -- I can speak on behalf of most of the people
12  culturally that we had running these businesses who
13  always wanted to do right by the customer would say,
14  well, if it feels like the right thing to do, we have
15  to do this.  If it is a small hit, would never, ever go
16  up in any -- it wouldn't get -- it would get absorbed.
17           But most of the time, I would have
18  addressed it saying, okay, let's say if it's a
19  million-dollar hit, let's see what -- where we can get
20  another million-dollar positive upside that we can
21  accelerate or something in the road map, or we can
22  spend up in marketing, and it wouldn't change our
23  forecast and there was no reason for it to ever go up
24  to Match Group, Inc.
25  BY MR. TEPFER:

Page 173

44 (Pages 170 - 173)

1    Q.   What --
2    A.   And --
3    Q.   Sorry.
4    A.   And if it ended up in all of our
5    investigation in that particular narrow period of time
6    we were still going to see a meaningful multi-million
7    impact to forecast, then we would tell them look, we'll
8    get a missed forecast, some of the big -- you don't
9    have to know all of the details, but there are some
10   changes we're thinking that we're making for the
11   benefit of a -- of customer experience, which is the
12   right thing to do so we're going to have to bring it
13   down.  That's the normal operational conversations that
14   would happen.
15   Q.   You referenced a road map.  What's that?
16   A.   There is a thing called product roadmap
17   which is maintained by the product team at each
18   operating platform, our brand -- or business.  It is
19   the development work that is planned for some future
20   period of time, and it's completely different based on
21   the particular platform.  They have -- every
22   product/platform brand has its own product roadmap and
23   they revise it, they change it, they do their thing
24   with it at various periods.
25   Q.   And later in the thread it appears this

Page 174

1    email went to an individual named Poossenjeet
2    Bhattacharya.  Do you know Mr. Bhattacharya?
3    A.   I remember Poossen.  I think he was on the
4    analytics team for Match.com.
5    Q.   Are you aware -- so Melissa states in
6    the -- at the bottom of the first page, "I've looped in
7    Kris - we've previously advocated to make the cancel
8    process simpler for our members to help prevent this
9    type of complaint."
10        Are you aware of any advocacy for changes
11   to the cancellation mechanism at around this time in
12   2016?
13        MR. MUNDEL:  I am going to object beyond
14   the scope, obviously, of the topics, right?  This
15   isn't -- you are not asking her on behalf of MGI, are
16   you?
17        MR. TEPFER:  I'm asking if she's aware of
18   this, and then I would like to know if this advocacy
19   was to anyone at Match Group, Inc.  I think that's
20   wholly appropriate.
21        MR. MUNDEL:  You are asking her for
22   awareness --
23        MR. TEPFER:  This particular question, yes,
24   I'm just asking if she recalls this.
25        MR. MUNDEL:  Personally.

Page 175

1        So do you personally recall any advocacy
2    about the cancel process?
3    A.   I don't remember any of the specifics of
4    this.
5    BY MR. TEPFER:
6    Q.   And this particular proposal was never
7    provided to Match Group, Inc.?
8        MR. MUNDEL:  I would object as to what you
9    are referring to when you say "this particular
10   proposal."  And then I am also going to object as
11   beyond the scope.
12   A.   I am assuming you are referring to this
13   paragraph by Kris?
14   BY MR. TEPFER:
15   Q.   No, sorry.  I'm referring to this last
16   sentence here on page 1.
17   A.   I don't know what she's talking about.  You
18   have to show me what this is.  I don't remember --
19   Q.   Sure.
20   A.   -- I don't even know that I -- I remembered
21   at that time what she was talking about.
22   Q.   Okay.
23   A.   Which is why I'm assuming Kris writes that
24   whole thing there.
25   Q.   And do you remember this email from

Page 176

1    Ms. Auderer?
2    A.   I do not remember this email from back in
3    the day, but I can see it now.
4    Q.   Do you recall forwarding this email to
5    Ms. Lam and Sushil Sharma?
6    A.   I don't remember it, but it would be a very
7    logical thing for me to do because they were on the
8    product team.  And I would say, look, I would tell them
9    to go see if there was any merit to what Kris was
10   asking.
11        Oh, and I do want to say none of this would
12   ever go up to MGI.  That was the question I didn't
13   answer.
14        (Marked Deposition Ex. 14)
15        MR. TEPFER:  I am now handing the witness
16   what's been marked -- well, I grabbed the wrong one.
17   Sorry.
18        Okay.  I am now handing the witness what's
19   been marked Exhibit 14, and it's a one-page document,
20   MATCHFTC543542.
21   BY MR. TEPFER:
22   Q.   If you will just take a moment.
23   A.   It sounds like it's all the same.  Do you
24   have the full thread so I know exactly?  Because I
25   don't remember the context.  So if you give me the full

Page 177

45 (Pages 174 - 177)

| | |
|---|---|
| 1 | State of _____ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Job No. TX5651555 |

Page 258

1  Reid Tepfer - 05:55:21
2  Sarah Zuckerman - 00:00:00
3  Benjamin M. Mundel - 00:17:35
4  Chelsea Priest - 00:00:00
5      I further certify that I am neither counsel
6  for, related to, nor employed by any of the parties or
7  attorneys in the action in which this proceeding was
8  taken;
9      Further, I am not a relative or employee of
10 any attorney of record, nor am I financially or
11 otherwise interested in the outcome of the action.
12     Subscribed and sworn to on this date:
13 March 17, 2023.
14
15
16
17
18
19
20
21

Joseph D. Hendrick

Joseph D. Hendrick, CSR #947
22 Expiration Date: 04/30/2023
   Notary Comm. Exp. 01/13/23
23 Veritext Legal Solutions
   Firm Registration No. 571
24 300 Throckmorton Street, Ste. 1600
   Fort Worth, TX  76102
25 Telephone (800) 336-4000

Page 260

---

1      REPORTER'S CERTIFICATION
2   DEPOSITION OF SHARMISTHA DUBEY as 30(b)(6)
3      Representative of Match Group, Inc.
4          March 3, 2023
5      I, Joseph D. Hendrick, Notary Public and
6  Certified Shorthand Reporter in the State of Texas,
7  hereby certify to the following:
8      That the Witness, SHARMISTHA DUBEY as
9  30(b)(6) Representative of Match Group, Inc., was duly
10 sworn by the officer and that the transcript of the
11 oral deposition is a true record of the testimony given
12 by the witness;
13     I further certify that pursuant to FRCP
14 Rule 30(f)(1) the signature of the deponent:
15     X   was requested by the deponent or
16 a party before the completion of the deposition and is
17 to be returned within 30 days from date of receipt of
18 the transcript;
19     _____ was not requested by the
20 deponent or a party before the completion of the
21 deposition;
22     I further certify that the amount of time
23 used by each party is as follows:
24 //
25 //

Page 259

1  Benjamin M. Mundel
2  bmundel@sidley.com
3      March 17, 2023
4  RE:   Federal Trade Commision v. Match Group, Inc., Et Al.
5   3/3/2023, Sharmistha Dubey 30(b)(6) (#5651555)
6   The above-referenced transcript is available for
7  review.
8   Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12  The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 errata-tx@veritext.com.
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22      Yours,
23      Veritext Legal Solutions
24
25

Page 261

66 (Pages 258 - 261)

# EXHIBIT 71

```
1                  IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF TEXAS
2                          DALLAS DIVISION
3       FEDERAL TRADE COMMISSION    )
                                    )
4          Plaintiff,               )
                                    )
5       v.                          ) Case No.
                                    ) 3:19-cv-02281-K
6       MATCH GROUP, INC., a        )
        corporation, and MATCH      )
7       GROUP, LLC, formerly        )
        known as MATCH.COM, LLC,    )
8       a limited liability         )
        company,                    )
9                                   )
           Defendants.              )
10
11      ****************************************************
12                        ORAL DEPOSITION OF
13                           ADRIAN ONG
14                         MARCH 21, 2023
15      ****************************************************
16          ORAL DEPOSITION OF ADRIAN ONG, produced as a
17      witness at the instance of the Plaintiff, and duly
18      sworn, was taken in the above-styled and numbered
19      cause on the 21st day of March, 2023, from 10:08 a.m.
20      to  7:45 p.m., before Julie C. Brandt, RMR, CRR, and
21      CSR in and for the State of Texas, reported by machine
22      shorthand at Sidley Austin, LLP, 2021 McKinney Avenue,
23      Suite 2000, Dallas, Texas, pursuant to the Federal Rules
24      of Civil Procedure and the provisions stated on the
25      record or attached hereto.
```

                                                    Page 1

1    A.  Well, there really isn't a -- the procedures
2  are in the code.  And there really isn't -- I guess the
3  policies and the procedures are in the code, so that's
4  not an area that we -- my team was responsible for, just
5  monitoring the metrics and then just best practices on
6  how to get good chargeback rates, healthy chargeback
7  rates.
8    Q.  Do you recall the circumstances under which
9  Match would dispute a customer chargeback?
10    A.  I don't know if I know all of the scenarios.
11  But we would dispute it if there was evidence that the
12  customer utilized their subscription.
13    Q.  And you said that the policy was in -- the
14  procedures were in the code.  What do you mean by "in
15  the code"?
16    A.  Meaning we can't control -- when a customer
17  issues a chargeback, that is a relationship between
18  themselves and the bank, the issuing -- the bank that
19  issued the credit card.  When the chargeback actually
20  comes in and hits our system, that all happens from a
21  code perspective.  It's not -- a human doesn't touch
22  that.
23    Q.  You said "that all happens."  What is "that
24  all"?
25    A.  The recording of the chargeback, any processes

Page 254

1  beyond that point is in the code.  It's not something
2  that a human actions.
3    Q.  During the time you worked for Match, the
4  chargeback policy was such that when a customer saw a
5  chargeback against Match, the customer lost access to
6  their account.  Is that correct?
7    A.  I don't know if that changed, but at some
8  point that was the case.
9         MR. MUNDEL:  You're coming up on seven
10  hours here, so I think --
11         MS. HILLIARD:  We are wrapping up.
12    A.  Sorry, and I mean, the charge -- when someone
13  issues a chargeback, they're claiming that they did not
14  perform the transaction or they did not authorize the
15  transaction, so I guess that was how it was handled.
16    Q.  (BY MS. HILLIARD)  Did the code automatically
17  deactivate the account?
18    A.  I don't want to speculate, so I'm not sure.
19    Q.  Are you aware of whether the Match.com
20  employees had the ability to provide access to the
21  account after it's been deactivated?
22         MR. MUNDEL:  Form.
23    A.  I don't want to speculate, so I'm going to say
24  I'm not sure.
25    Q.  (BY MS. HILLIARD)  Are you aware that if Match

Page 255

1  prevailed on a chargeback dispute that Match did not
2  reactivate the consumer's account for the remaining time
3  of their subscription?
4         MR. MUNDEL:  Object, vague as to time
5  period.
6    A.  Sorry, could you repeat that?  They did not?
7         MS. HILLIARD:  Will you repeat the
8  question again, please?
9         (Requested testimony read:
10         QUESTION:  Are you aware that if Match
11         prevailed on a chargeback dispute that
12         Match did not reactivate the consumer's
13         account for the remaining time of their
14         subscription?")
15    A.  At what point?  At what point?  Are you asking
16  if that's the case today or if that was the case at any
17  point?
18    Q.  (BY MS. HILLIARD)  Was that the case during
19  any point of time during your tenure?
20    A.  I'm not 100 percent sure, but it sounds -- it
21  sounds right.  But we also had an issue with the
22  chargebacks taking up to three months to come in, and so
23  at that point in time, we wanted to know if the person
24  was in a relationship or anything like that.  Plus, they
25  also issued the chargeback themselves, meaning they

Page 256

1  claimed that, you know, they didn't make the
2  transaction.
3         MR. MUNDEL:  How many more questions do
4  you have?
5         MS. HILLIARD:  I'm not sure.  Give me a
6  second.  I'm processing something he just said.
7    Q.  (BY MS. HILLIARD)  When Match prevailed on a
8  chargeback dispute --
9    A.  Yes.
10    Q.  -- during your tenure at Match --
11    A.  Yes.
12    Q.  -- are you aware of whether the person's
13  account was still accessible after that happened?
14         MR. MUNDEL:  Objection, form.  Accessible
15  to who?
16    Q.  (BY MS. HILLIARD)  Adrian, I will rephrase the
17  question.
18    A.  Yeah.
19    Q.  Are you aware of whether that person will show
20  up as a visible user in search results?
21    A.  I am not sure.
22    Q.  Okay.  Are you aware of whether that person
23  could log into their account?
24    A.  I don't want to guess.  So, again, all of this
25  is contained within the code.  It's not an area that I

Page 257

65 (Pages 254 - 257)

1  managed, so --
2      Q.  And the code that you keep referring to, is
3  that code maintained and written by people who work for
4  Match?
5      A.  That work for Match.com, yes.
6          MS. HILLIARD:  I think we're going to
7  finish up on that one.
8          MR. MUNDEL:  Okay.  Can we just have a
9  four-minute break?
10         MS. HILLIARD:  Yes.
11         (Break from 7:18 p.m. to 7:26 p.m.)
12             EXAMINATION
13  BY MR. MUNDEL:
14     Q.  Mr. Ong, I just have a few questions before we
15  wrap up.  Thank you for your patience.  You have in
16  front of you Exhibit 19, which is a document that
17  involved DSAT, D-S-A-T.  Do you remember that?
18     A.  Yes.
19     Q.  And is the intent of the DSAT to determine
20  satisfaction with the company's products or with the
21  customer service representative?
22     A.  With the customer service representative.
23     Q.  And how did the company use DSAT scores at
24  Match.com?
25     A.  Can you be more specific?

Page 258

1  did the company receive a significant number of
2  complaints saying that the cancellation flow was not
3  simple?
4      A.  No.
5      Q.  Compared to the size of your customer base in
6  Match.com, did you receive a significant number of
7  complaints saying that the six-month guarantee policy
8  was difficult to understand?
9      A.  No.
10     Q.  Take a look at Exhibit 7 that's in front of
11  you.  This is an email that counsel for the FTC showed
12  you earlier between you, Melissa Clinchy and Mandy
13  Ginsberg.  And counsel showed you the language that
14  said, We're already aware that cancellation flow is too
15  long and confusing for members.  Do you see that?
16     A.  Yes.
17     Q.  Can you explain just one more time what you
18  meant by that statement?
19     A.  That it had been received as feedback from
20  members.
21     Q.  And was that sentiment something that you
22  heard from a significant number of Match.com members?
23     A.  No.
24     Q.  And was it something that you believed in?
25     A.  No.

Page 260

1      Q.  Yeah.  Why were you collecting DSAT data on
2  your customer service reps?
3      A.  Just, I mean, we managed, you know, hundreds
4  of customer service reps, and we needed to see who was
5  performing, who was being customer friendly, who was
6  addressing the issues or questions that our customers
7  had.  So that's -- it's a metric we look at.
8      Q.  And when you look at the second page, there's
9  a chart here that shows the overall DSAT average based
10  upon the topic that was inquired about on the call.  Do
11  you see that?
12     A.  Yes.
13     Q.  And when you have the DSAT score, is that
14  intended to determine the satisfaction with the
15  underlying policy or with the representative at the call
16  center?
17     A.  The representative at the call center.
18     Q.  Okay.  And during your time when you were the
19  head of customer service, is it -- did your team track
20  the overall number of calls and inquiries you were
21  getting from customers?
22     A.  Yes.
23     Q.  And did you also categorize those by topics?
24     A.  Yes.
25     Q.  Compared to the size of your customer base,

Page 259

1      Q.  And did you have a chance to review the entire
2  cancellation flow at Match.com?
3      A.  At some point.  At some point, yes.
4      Q.  And did you also review data related to the
5  cancellation flow?
6      A.  Yes.
7      Q.  And what was your conclusion, if any, about
8  the simplicity or difficulty of the cancellation flow
9  from your review of the flow itself and the data?
10         MS. HILLIARD:  Objection to form,
11  compound.
12     A.  Holistically we looked at it, and the majority
13  of users found it easy to cancel and were able to do it
14  themselves, or they were able to contact us and we
15  helped them do it.
16     Q.  (BY MR. MUNDEL)  And that's an important
17  point.  Was the online cancel flow the only way
18  customers could cancel?
19     A.  No.  They could -- they could contact us, and
20  we could do it for them as well.
21     Q.  And did that happen with regularity at
22  Match.com?
23     A.  Yes.
24     Q.  Okay.  Let's look at Exhibit 3, another
25  document you saw earlier with counsel for the FTC.  And

Page 261

66 (Pages 258 - 261)

**Page 262**

1 this is an email from you where you say, I'd add the
2 before you go text is misleading since that would
3 suggest that the cancellation process may be complete.
4         It's on the last page. Do you see that last
5 line about "before you go"?
6     A. Yes.
7     Q. And when you sent this email on May 17, 2016,
8 were you actually looking at the cancellation flow text
9 that said before you go on Match.com?
10    A. No.
11    Q. Were you looking at some other document?
12    A. Screenshots.
13    Q. And were the screenshots the same size as the
14 Match.com cancellation flow?
15    A. No.
16    Q. Were they bigger?
17    A. Significantly smaller.
18    Q. And was some of the text impeded because of
19 the screenshots being on top of one another?
20    A. Yes.
21    Q. Did you have a chance to look at the entire
22 flow in context after you sent this email about the
23 before you go?
24    A. Yes.
25    Q. And what did you conclude about the text

**Page 263**

1 before you go?
2     A. That there was clear text stating that there
3 were additional steps to be completed.
4     Q. Okay. Now I want to show you Exhibit 6 and
5 Exhibit 4. These are PowerPoint presentations that
6 counsel for the FTC asked you about that involved some
7 questions about the cancellation flow and some potential
8 changes to it. Do you see those documents?
9     A. Yes.
10    Q. And let me start with this. During your time
11 at Match.com, were there questions internally raised
12 about possible changes to the cancellation flow?
13    A. In terms of from customer feedback?
14    Q. From people at the company suggesting should
15 we make this change or should we make that change?
16    A. Yes.
17    Q. And what was the philosophy that Match.com had
18 about considering those changes?
19        MS. HILLIARD: Objection, form.
20    A. Employees were open and encouraged to make
21 suggestions as they saw fit.
22    Q. (BY MR. MUNDEL) And did you encourage your
23 employees to do that?
24    A. Yes.
25    Q. And did you take those concerns to others in

**Page 264**

1 the business or questions to others in the business so
2 they could analyze whether the changes were appropriate?
3     A. Yes.
4     Q. Okay. And did you take or did -- I guess let
5 me ask this. Was the product team the team that's
6 responsible for the cancel flow?
7     A. Yes.
8     Q. And did the changes that are shown -- the
9 suggestions that are shown in Exhibit 4 and 6, were
10 those taken to the product team for consideration?
11    A. Yes.
12    Q. And what was the result of that consideration?
13    A. They looked at it and ultimately with
14 additional data that -- I guess that my team had not
15 looked at saw that the majority of users were able to
16 cancel by themselves or cancel through the help of the
17 customer service team and that the flow was easy to
18 understand.
19    Q. And did you agree with that conclusion?
20    A. Yes.
21    Q. Let's look at Exhibit 9. Exhibit 9 is some
22 emails about the Better Business Bureau complaints.
23    A. Okay.
24    Q. Did Match.com track complaints to the Better
25 Business Bureau from customers?

**Page 265**

1         Let me ask a better question. Did you from
2 time to time receive complaints through the Better
3 Business Bureau from customers?
4     A. Yes.
5     Q. Did the company ignore those complaints?
6     A. No.
7     Q. What did the company do?
8     A. It worked through them. It worked through
9 them and tried to respond to them.
10    Q. And do you see here there's numbers of Better
11 Business Bureau complaints by category?
12    A. Yes.
13    Q. Okay. And during your time at Match.com, were
14 the number of customers that filed complaints with the
15 Better Business Bureau significant or an insignificant
16 number?
17    A. Insignificant.
18    Q. I am going to show you, just take a look at
19 Exhibit 15. Do you recall some questions from counsel
20 for the FTC about the idea of having a status bar on the
21 cancellation flow showing how far a customer was in that
22 process?
23    A. Yes.
24    Q. And do you recall a working website of that
25 task bar ever being created at Match.com?

67 (Pages 262 - 265)

1  A.  No.
2  Q.  And did the company consider doing that?
3  A.  It was brought up to the product team.  I
4  wasn't part of that discussion, but it was brought up to
5  the product team.
6  Q.  And do you know why Match.com decided not to
7  put a task bar at the top of the cancellation flow?
8  A.  I don't know about the rationale for the task
9  bar specifically because there were other changes
10  suggested as well, but, again, I wasn't part of that
11  conversation.
12  Q.  Okay.  You testified a bit about the six-month
13  guarantee.  Do you recall that?
14  A.  Yes.
15  Q.  And I think you said you didn't understand the
16  details of how the guarantee worked.  Is that correct?
17  A.  Yes.
18  Q.  And why did you not understand those details?
19  A.  It just -- it wasn't a focus for me.  At the
20  time when I was running customer service, the percentage
21  of calls that were related to the six-month guarantee
22  and complaints related to that were not high.
23  Q.  And were there others on your team in customer
24  care that understood the six-month guarantee policies?
25  A.  Yes.

Page 266

1  Q.  Okay.  Let's talk about the complaint --
2  levels of complaints from customers just a bit more.
3  Was the level of customers that complained at Match.com
4  consistent or inconsistent with the FTC's allegations
5  that customers were deceived by the company?
6  A.  Inconsistent.
7  Q.  And did the company receive a significant
8  number of complaints from customers saying that it was
9  difficult for them to cancel?
10  A.  No, not relative to the -- to our volumes.
11  Q.  And did the company receive a significant
12  number of complaints from customers saying they were
13  confused by the cancellation process?
14  A.  No, not relative to their own volumes.
15  Q.  And if a customer called in and said they were
16  having difficulty with the online cancel process, what
17  would the company do for them?
18  A.  Cancel it for them.
19  Q.  How long would that take?
20  A.  Seconds.
21  Q.  Okay.  Did you ever do anything while you were
22  at Match.com to make it more difficult for a customer to
23  cancel?
24  A.  No.
25  Q.  Did you ever hear of anyone else doing that?

Page 267

1  A.  No.
2  Q.  Did you ever see somebody at Match.com making
3  it more difficult for a customer to cancel?
4  A.  No.
5  Q.  Last questions here.  In your role as the head
6  of customer care, you know the company did receive
7  questions about billing issues.  Is that correct?
8  A.  That's correct.
9  Q.  And does Match.com receive a different
10  proportion of calls about billing issues versus other
11  issues because of the type of business it's in?
12  A.  Yes.
13  Q.  Can you explain why that is to the Court?
14  A.  Yes.  If we -- because we're in the dating
15  space and it is a digital service -- if we were in a
16  different business, such as selling sneakers or selling
17  clothing, we would get a different mix of calls.  We
18  would get a whole bunch of calls about what sizes do you
19  have, what colors do you have, this product was too
20  small, I didn't receive my product at all.  But because
21  we are a digital service, it is -- they can't complain
22  about the product, per se, because the products are the
23  users.  And so it's just -- it's just a different mix
24  based on our service.
25  Q.  Thank you, Mr. Ong.  Last question.  Based on

Page 268

1  your 20 plus years at the company, do you think
2  Match.com treated its customers fairly?
3  A.  Yes.
4  MR. MUNDEL:  No further questions.  Thank
5  you.
6  MS. HILLIARD:  Very quickly --
7  MR. MUNDEL:  I think you're out of time.
8  You went over the seven hours, so --
9  MR. TEPFER:  Julie, do you know how long
10  we've been on?
11  THE REPORTER:  She's at 6:23.
12  MR. MUNDEL:  6:23?
13  THE REPORTER:  Yeah.
14  MR. MUNDEL:  Are you sure?
15  MS. HILLIARD:  I'm positive.
16  MR. MUNDEL:  Let's look at our numbers
17  here.
18  MS. HILLIARD:  I'm positive.  We took
19  some really long breaks, longer than we said.
20  MR. MUNDEL:  Let's go off the record to
21  add it up.
22  (Break from 7:39 p.m. to 7:39 p.m.)
23  FURTHER EXAMINATION
24  BY MS. HILLIARD:
25  Q.  I am going to direct you back to Exhibit 3.

Page 269

68 (Pages 266 - 269)

1  You were just answering a question about Exhibit 3.
2      A.  Sorry, I have them all jumbled over here.
3  They were in order, and now they're not.
4      Q.  I will give you mine.
5      A.  Okay.
6      Q.  Turn to the second page of it where you make
7  the statement referencing that the before you go
8  language is misleading.
9      A.  Yes.
10     Q.  Okay.  You were just asked questions, and you
11 stated to counsel that you gave that information before
12 actually reviewing the cancellation flow yourself?
13     A.  Yes, because it was presented to me in a
14 PowerPoint.
15     Q.  And then afterwards you went and reviewed the
16 cancellation flow?
17     A.  Yes, that's correct.
18     Q.  The date of that email is May of 2017.  I am
19 trying to remember from memory.  It's right here in
20 front of you.
21     A.  Yeah, 2016.
22     Q.  May of 2016?
23     A.  Yes.
24     Q.  Did you review it shortly afterwards?
25     A.  It was afterwards.  I can't recall if it was

1      Q.  So after you reviewed the cancellation flow,
2  sometime after May 17, 2016, you were still representing
3  to Melissa Clinchy that you were aware that the
4  cancellation flow was too long and confusing for members
5  at that point?
6          MR. MUNDEL:  Misstates the testimony.
7      A.  I wasn't representing it to Melissa.  I was --
8  my comment was to Mandy and that we were already aware
9  of this topic because we had already presented this
10 information to her as part of that discussion.
11     Q.  (BY MS. HILLIARD)  Okay.  And you also told
12 Mandy that Melissa is working on identifying the top
13 issues we need product to resolve as an initiative at
14 that time.  Is that correct?
15     A.  I made that statement, but that doesn't
16 necessarily tie into the cancellation flow.
17     Q.  Counsel just asked you about Exhibit 4, the
18 Match Cancellation Process PowerPoint PDFs.
19     A.  Yes.
20     Q.  Counsel asked you if the suggestions that were
21 contained in that PDF PowerPoint were ultimately
22 presented to product.  Do you recall that question?
23     A.  Yes.
24     Q.  Okay.  And you told him that they were
25 presented to product.  Do you recall that line of

1  during the meeting, but it was after I had received the
2  PowerPoint.
3      Q.  Did you review it the next day, the next week?
4          MR. MUNDEL:  Asked and answered.
5      A.  I don't recall.
6      Q.  (BY MS. HILLIARD)  But you do -- it is your
7  position that you went and reviewed the cancellation
8  flow yourself and your position changed from what you
9  said in the email?
10     A.  Yes, that's correct.
11     Q.  Exhibit 7, you make the statement -- do you
12 have Exhibit 7 before you?
13     A.  Yes.
14     Q.  And you have the same statement counsel asked
15 you about.  We're already aware that the cancellation
16 flow is too long and confusing for members.  Melissa is
17 working on identifying the top --
18         (Reporter clarification.)
19     Q.  (BY MS. HILLIARD)  We are already aware the
20 cancellation flow is too long and confusing for members.
21 Melissa is working on identifying the top issues we need
22 product to resolve as an initiative.
23         You made that statement on December the 1st of
24 2016.  Is that correct?
25     A.  Yes.

1  questioning?
2      A.  Yes.
3      Q.  I'm just asking do you recall speaking to
4  that?
5      A.  Yes.
6      Q.  Okay.  And you said that product did an
7  analysis and product ultimately determined that these
8  suggestions were not necessary.  Is that your testimony?
9      A.  That the existing process was fine.
10     Q.  Yes.  You also testified that -- with counsel
11 that the suggestions that were made in Exhibit 6 were
12 reviewed by product as well.  Is that correct?  I'm only
13 asking you, is that your testimony to counsel?
14     A.  Yes.
15     Q.  Okay.
16     A.  On the hack-a-thon deck?
17     Q.  Yes.
18     A.  Yes, that's -- the hack-a-thon is something
19 that is reviewed by product.
20     Q.  I'm asking you, did you testify to counsel
21 that the information suggestions in Exhibit 6 were made
22 to product, and product made considerations of those
23 things?
24     A.  Yes.
25     Q.  And you testified that when product evaluated

69 (Pages 270 - 273)

Veritext Legal Solutions
800-336-4000

App. 1218

| | |
|---|---|
| 1 these suggestions, product determined that these<br>2 suggestions were not necessary. Is that correct?<br>3    A.  I don't know if any changes were made<br>4 afterwards, but or within -- if there were any changes<br>5 made and during what timeline.<br>6    Q.  But it's your testimony that the information<br>7 contained in Exhibit 4 and Exhibit 6 were reviewed by<br>8 product?<br>9    A.  Yes.<br>10    Q.  And ultimately product made these reviews and<br>11 evaluated them and determined no changes were necessary?<br>12    A.  Yes, because they're the ultimate<br>13 decisionmakers on the flow.<br>14         MS. HILLIARD:  I have no further<br>15 questions.<br>16         MR. MUNDEL:  Off the record.<br>17         (Signature reserved.)<br>18         (Proceedings ended at 7:45 p.m.)<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>Page 274 | 1         I, ADRIAN ONG, have read the foregoing<br>2 deposition and hereby affix my signature that same is<br>3 true and correct, except as noted above.<br>4<br>5    _____<br>6         ADRIAN ONG<br>7<br>8 THE STATE OF _____)<br>9 COUNTY OF _____)<br>10    Before me, _____, on<br>11 this day personally appeared ADRIAN ONG, known to me (or<br>12 proved to me under oath or through<br>13 _____) (description of identity<br>14 card or other document) to be the person whose name is<br>15 subscribed to the foregoing instrument and acknowledged<br>16 to me that they executed the same for the purposes and<br>17 consideration therein expressed.<br>18    Given under my hand and seal of office this<br>19 _____ day of _____, _____.<br>20<br>21<br>22    _____<br>23    NOTARY PUBLIC IN AND FOR<br>24    THE STATE OF _____<br>25    COMMISSION EXPIRES: _____<br>Page 276 |
| 1      CHANGES AND SIGNATURE<br>2 WITNESS NAME:  ADRIAN ONG<br>3 DATE OF DEPOSITION:  MARCH 21, 2023<br>4 PAGE  LINE    CHANGE       REASON<br>5 _____<br>6 _____<br>7 _____<br>8 _____<br>9 _____<br>10 _____<br>11 _____<br>12 _____<br>13 _____<br>14 _____<br>15 _____<br>16 _____<br>17 _____<br>18 _____<br>19 _____<br>20 _____<br>21 _____<br>22 _____<br>23 _____<br>24 _____<br>25   Job No. TX5806787<br>Page 275 | 1      REPORTER'S CERTIFICATE<br>2    The undersigned Certified Shorthand Reporter<br>3 licensed in the State of Texas does hereby certify:<br>4    I am authorized to administer oaths or<br>5 affirmations, and prior to being examined, the witness<br>6 was duly administered an oath by me.<br>7    I am not a relative or employee or attorney or<br>8 counsel of any of the parties, nor am I a relative or<br>9 employee of such attorney or counsel, nor am I<br>10 financially interested in the outcome of this action.<br>11    I am the deposition officer who<br>12 stenographically recorded the testimony in the foregoing<br>13 deposition, and the foregoing transcript is a true<br>14 record of the testimony given by the witness.<br>15    Before completion of the deposition, review of<br>16 the transcript [X] was [ ] was not requested.  If<br>17 requested, any changes made by the deponent (and<br>18 provided to the reporter) during the period allowed are<br>19 appended hereto.<br>20    In witness whereof, I have subscribed my name<br>21 this 4th day of April, 2023.<br>22<br>23    *Julie C. Brandt*<br>24    Julie C. Brandt, CSR, RMR, CRR<br>25    TX CSR No. 4018, Exp. 10/31/23<br>Page 277 |

70 (Pages 274 - 277)

App. 1219

# EXHIBIT 72

```
 1            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
 2                    DALLAS DIVISION
    - - - - - - - - - - - - - - - - - - - -x
 3  FEDERAL TRADE COMMISSION,
 4                    Plaintiff,
 5                    Case No. 3:19-cv-02281-K
          v.
 6
    MATCH GROUP, INC., a corporation, and
 7  MATCH GROUP, LLC, formerly known as
    MATCH.COM, LLC, a limited liability
 8  company,
 9                    Defendants.
10   - - - - - - - - - - - - - - - - - - - -x
                    Sidley Austin LLP
11                    787 Seventh Avenue
                    New York, New York 10019
12
                    April 6, 2023
13                    9:02 a.m.
14              *** CONFIDENTIAL ***
          *** FOR ATTORNEYS' EYES ONLY ***
15
16     DEPOSITION of Dushyant Saraph, the
17  30(b)(6) Witness in the above-entitled
18  action, held at the above time and place,
19  taken before Garry J. Torres, a
20  Stenographer and Notary Public of the
21  State of New York, pursuant to the Federal
22  Rules of Civil Procedure, Notice and
23  stipulations between Counsel.
24              *       *       *
25
```

Page 1

1 in order to say that you met someone from
2 the product.
3    Q.   Going back here to, I believe,
4 Exhibit 5, on page 93, you referenced a
5 header that provided some context to what
6 it meant to have met someone special; is
7 that right?
8    A.   Yes.  I don't see it on 93,
9 though.
10    Q.   Does -- I'm correct that this
11 represents the complete guarantee
12 extension redemption flow, correct?
13    A.   I don't know what you're
14 referring to.
15    Q.   Oh, the bottom half on page 93
16 of Exhibit 5.  I just want to make sure
17 that we have that complete guarantee
18 extension redemption flow here in front of
19 us.
20    A.   Yes.  Yes.
21    Q.   So you're referencing that the
22 language that you had in mind that a
23 customer would see is not present on this
24 page?
25    A.   No.  Sorry.  Did you meet anyone

Page 86

1 during your six-month guarantee program,
2 to me, that is pretty clear language.
3    Q.   So if I'm understanding you
4 correct, you're saying that the -- having
5 met someone special is intuitive, what it
6 means; is that right?
7    A.   In a dating product, having met
8 someone special is pretty obvious, yes.
9    Q.   So to be clear, it's not defined
10 aside from, you know, what is said here in
11 this redemption flow?
12    A.   I don't think we specifically
13 defined what a special someone means.
14    Q.   And is there a difference
15 between having met someone and having met
16 someone special?  Is there a distinction
17 drawn there?
18    A.   To me, that sounds like you had
19 success from the Match.com product so --
20    Q.   Did Match -- sorry.  Did
21 Match.com do anything to explain to its
22 customer service representatives what it
23 meant to have met someone special?
24        MR. MUNDEL:  Scope.
25    A.   I'd have to review the policy

Page 87

1 documents related to this, but I'm sure
2 agents were briefed on what that means.
3        The only thing I would add here
4 is if someone meets someone from Match.com
5 successfully, that's great for us.  So
6 there's no reason for us to try to, you
7 know, not give the user what they want out
8 of this because that leads to great word
9 of mouth for our product.  So whether they
10 met someone, they met their special
11 someone, as long as they had success from
12 Match.com, that's great for us.
13    Q.   It says here in the first prompt
14 of the guarantee extension redemption
15 flow, did you meet anyone during your
16 six-month guarantee program.
17        Do you see that language?
18    A.   Yes.
19    Q.   So this language actually
20 doesn't refer to having met someone
21 special, do you see that?
22    A.   Yes.
23    Q.   And it just references having
24 met anyone?
25        MR. MUNDEL:  Objection.

Page 88

1        Misstates the document.
2    Q.   Am I correct about that?
3    A.   No, I think it says, did you
4 meet anyone, which in the context of a
5 dating product, I think that we're talking
6 about someone that you formed a
7 relationship with.
8    Q.   So I want to ask:  Is it
9 possible that -- sorry.  I want to ask:
10 Did Match.com ever receive complaints from
11 customers that misinterpreted this prompt
12 here in the guarantee extension redemption
13 flow?
14        MR. MUNDEL:  Hold on just one
15 second.
16        (Pause in the proceedings.)
17        MR. TEPFER:  Should we go off
18 the record or --
19        MR. MUNDEL:  I just need one
20 second.  I'm just seeing if this is on
21 topic.  I just want to confirm before
22 I make my objection.
23        MR. TEPFER:  I'm happy to let
24 you do that.  I just want to make sure
25 this doesn't count against our

Page 89

23 (Pages 86 - 89)

App. 1222

ATTORNEYS' EYES ONLY

1  seven-hour, if that's okay.
2      MR. MUNDEL: It's just going to
3  be less than 10 seconds.
4      Beyond the scope.
5      MR. TEPFER: Okay.
6  A.  Could you repeat your question?
7      MR. TEPFER: Would you mind
8  rereading it?
9      (Whereupon, a portion of the
10  record was read back.)
11      "QUESTION: So I want to ask:
12  Is it possible that -- sorry. I want
13  to ask: Did Match.com ever receive
14  complaints from customers that
15  misinterpreted this prompt in the
16  guarantee extension redemption flow?"
17  A.  Is it possible? Yes. Not ones
18  that I'm aware of.
19  Q.  Generally speaking, did
20  Match.com receive complaints from
21  customers that misunderstood the
22  eligibility requirements of the Match
23  guarantee?
24  A.  In general, it's possible that
25  that happened. From my understanding,

Page 90

1  you know, did you ever meet someone
2  special?
3      MR. MUNDEL: Scope.
4  A.  I'm not aware of that. I'd have
5  to check.
6  Q.  And if a user, you know, met
7  someone on the Match.com platform and
8  didn't pursue a relationship with that
9  individual and otherwise qualified for the
10  Match guarantee, how would that user
11  answer this question here in the guarantee
12  flow?
13      MR. MUNDEL: Form and scope.
14  A.  Again, I'm making an assumption
15  here. I can't speak to the user's mind
16  state, but I would think that they would
17  say, no, they did not meet someone during
18  their six-month guarantee program and they
19  would choose to extend.
20      In general, if a user wants to
21  extend, I think it's pretty clear the
22  process by which you can extend, and as I
23  mentioned earlier, if you chose the wrong
24  option here, you want to go back and
25  change your mind, it was informed to me

Page 92

1  even if it did, it would be a very small
2  number of users given, you know, the
3  number of users who had the six-month
4  guarantee in the first place as a
5  percentage of our total user base which
6  is, you know, anywhere from two and a half
7  to four million users at this time.
8  Q.  But you're not aware
9  specifically if Match.com ever did receive
10  such complaints?
11  A.  I'm not aware of specific ones,
12  but obviously, if there was some
13  discrepancy -- as I've seen in my
14  preparation, the customer service agents
15  were pretty liberal in terms of giving the
16  extended time and making sure that the
17  customer was happy, regardless of had they
18  met certain eligibility requirements and
19  maybe even missed clicking, you know, the
20  redemption flow that we talked about.
21  Q.  So do you know if this language
22  of this prompt where it references, did
23  you meet anyone during your six-month
24  guarantee program, was that language ever
25  changed in the redemption flow to state,

Page 91

1  that you could do that.
2  Q.  Did the FAQs provide additional
3  description what was in -- what it meant
4  to have met someone on Match.com in the
5  context of the Match guarantee program
6  rules?
7      MR. MUNDEL: Scope. Scope.
8  A.  Not that I'm aware, but if
9  you're able to produce the FAQ, we can
10  certainly review it together.
11  Q.  So the second prompt in the
12  guarantee extension redemption flow offers
13  the eligible customer the guarantee
14  extension, correct?
15  A.  Yes.
16  Q.  Can you think of any reason why
17  a customer who had satisfied the
18  eligibility requirements would elect to
19  pay for the additional six months as
20  opposed to receiving it for free?
21      MR. MUNDEL: Form. Scope.
22  A.  I think this is -- again,
23  looking at the language here, it's pretty
24  clear that you're accepting an additional
25  six months for free which is part of the

Page 93

24 (Pages 90 - 93)

1  program rules.  So I would assume that the
2  user would click on that.
3      Q.   So just to -- my question's a
4  little bit different.  So this prompt
5  here, the second question in the guarantee
6  extension redemption flow gives the
7  customer the option of either accepting
8  the guarantee extension or rejecting the
9  guarantee extension; is that right?
10     A.   Yes.
11     Q.   And so my question is:  Can you
12  think of any reason that a customer would
13  enter the guarantee redemption flow and,
14  you know, continue on to the second prompt
15  and then select no thanks and instead
16  choose to pay for the additional
17  six months?
18         MR. MUNDEL:  Object as beyond
19     the scope and to the form.  Assuming
20     facts.
21         Go ahead.
22     A.   I can't speak to each individual
23  user.  Personally speaking, I would hit
24  accept in this flow if I wanted additional
25  free time which is pretty clear.

Page 94

1      Q.   I just want to make sure I
2  understand:  Why was this option presented
3  to users?
4      A.   I would assume that it had
5  something to do with once the user clicks
6  accept, we're able to then grant them the
7  additional free time on the backend from a
8  technology perspective.
9      Q.   Would Match.com be able to do
10  the same thing if a user were to, say,
11  select no in the first prompt?
12         MR. MUNDEL:  Objection as to
13     what you mean by "the same thing."
14     A.   Yeah.  Could you clarify your
15  question, please?
16     Q.   Would Match.com be able to award
17  the guarantee extension for customers who
18  select the no option in the first prompt
19  of the guarantee extension redemption
20  flow?
21         MR. MUNDEL:  Scope.  Form.
22     A.   Did you meet anyone during your
23  six-month guarantee program and you say
24  no, is the question:  Could we grant them
25  the free time?

Page 95

1      Q.   Yeah.  I'm just trying to
2  understand if -- you know, you stated that
3  the purpose of providing two options here
4  in the second prompt was so that Match.com
5  would know whether or not to provide the
6  customer the guarantee extension; is that
7  right?
8          MR. MUNDEL:  Misstates the
9      testimony, and it's beyond the scope.
10     A.   Yes.
11     Q.   And so my question is:  Whether
12  the -- Match.com could have created a
13  one-question guarantee redemption flow
14  instead of this two-question redemption
15  flow?
16         MR. MUNDEL:  Beyond the scope.
17     A.   Could we have?  Yes, possibly.
18         I mean, again, I go back to
19  saying that this is pretty clear from a
20  user perspective.
21     Q.   Did Match.com ever run tests
22  concerning a one-question guarantee
23  extension redemption flow?
24     A.   Not that I'm aware of.
25     Q.   And so if a user entered the

Page 96

1  guarantee extension redemption flow and
2  selected yes for this first question, did
3  you meet anyone during your six-month
4  guarantee program, what would happen?
5      A.   I believe that if they had met
6  someone during the six months, they were
7  not then eligible to get the free time.
8  I'm not sure the exact message that would
9  be displayed to the user.  Again, the user
10  could go back and change their mind and
11  say no in which case they would have been
12  able to accept this.
13     Q.   So you mentioned that the
14  eligibility requirements of the Match
15  guarantee were intended for the purpose of
16  driving user engagement on the site; is
17  that right?
18     A.   Yes.
19     Q.   And so I want to ask:  Could a
20  user possibly interpret this first
21  question here, did you meet anyone during
22  your six-month guarantee program, to be
23  asking whether they complied with the
24  requirements to have engaged with users on
25  the Match.com site?

Page 97

1   Q.   Okay.  Thank you for that
2   clarification.
3        And so you said you're not aware
4   of the precise dates that -- for the terms
5   of use documents you reviewed; is that
6   right?
7   A.   No.  But my understanding is
8   that the language in the terms of use
9   around this may have changed so, you know,
10  we'd have to look at it.
11  Q.   Are you able to recall
12  specifically any changes to the terms of
13  use, specifically regarding the old
14  chargeback policy?
15  A.   No, not without referring to the
16  terms of use documents.
17  Q.   And just to clarify -- and,
18  Mr. Saraph, I'm not sure if you might know
19  this or Ben, but were all of the terms of
20  use documents that you reviewed produced
21  to the FTC in this litigation?
22        MR. MUNDEL:  Yes.
23        MR. TEPFER:  Thank you.
24  Q.   And do you recall roughly how
25  many versions of the terms of use you saw?

Page 246

1   profile hidden; is that correct?
2   A.   That's correct.
3   Q.   And were there any other changes
4   to the chargeback policy when Match went
5   from the old chargeback policy to the new
6   chargeback policy?
7   A.   I believe the new chargeback
8   policy also had us sending an email to the
9   user to let them know that their account
10  was reinstated in a hidden state.
11  Q.   And previously, Match.com did
12  not send users any emails concerning the
13  resolution of the chargeback dispute or
14  anything like that?
15  A.   Not that I'm aware of.
16  Q.   Okay.  So about the decision to
17  change this policy, do you recall the
18  general time period when the decision was
19  made to change the policy?
20  A.   I believe the policy was changed
21  somewhere in the March or April time frame
22  of 2019.
23  Q.   Was this around the same time
24  that Match.com made its changes concerning
25  the six-month guarantee and the decision

Page 248

1   A.   No.  Sorry.
2   Q.   Was it more than 10?
3   A.   Unlikely that it was more than
4   10.
5   Q.   Okay.  Thank you.
6        Aside from the terms of use
7   documents -- or rather, aside from the
8   versions of the terms of use that you
9   reviewed, are you aware of any other
10  changes to the terms of use regarding
11  Match.com's chargeback policies during the
12  time period that Match had in place the
13  old chargeback policy?
14  A.   No, I'm not aware.
15  Q.   Thank you.  So I want to talk
16  about -- sorry -- I'd like to talk about
17  the change from the old chargeback policy
18  to the new chargeback policy, specifically
19  the reason for that change.  So first, am
20  I correct in understanding that the
21  specific change from the old chargeback
22  policy to the new policy was that now
23  Match.com, when it won a chargeback
24  dispute, would automatically reinstate a
25  user's account, but would have their

Page 247

1   to cease offering the guarantee?
2   A.   These were independent
3   decisions; they just happened to fall
4   around the same time period, yes.
5   Q.   And I believe you testified
6   earlier that the reason that Match.com
7   decided to change from the old chargeback
8   policy to the new chargeback policy was
9   that the government was unhappy with the
10  old chargeback policy; is that correct?
11  A.   I think that was one of multiple
12  reasons.  I mean, you know, we thought
13  that the old policy was certainly a
14  reasonable policy; obviously, the
15  government felt otherwise.  We also had to
16  put significant technology and operational
17  teams against implementing the new policy,
18  sending the emails, knowing when the
19  chargeback was won and so forth.  So it
20  was a nontrivial change, but one that we
21  felt, you know, we would be happy to make.
22  And so based on the government's
23  recommendation, effort into our
24  infrastructure and, ultimately, us also,
25  you know, being happy with where things

Page 249

1 landed with the new policy, those drove
2 the decisions.
3     Q.   So I heard you discuss the
4 government and the government's position
5 as a basis for the decision to change the
6 chargeback policy, right?
7     A.   I wouldn't say it was a basis.
8 I would say it was one of multiple inputs.
9     Q.   So to be clear, when you say
10 "the government," you're referencing the
11 FTC's investigation and subsequent
12 lawsuit, is that --
13     A.   Yes.
14     Q.   And so you referenced that there
15 were multiple considerations that led to
16 the change from the old chargeback policy
17 to the new chargeback policy, one of which
18 was the FTC, correct?
19     A.   Yes.
20     Q.   What were those other
21 considerations that you referenced?
22     A.   You know, the technology had
23 also evolved.  So we finally had the
24 ability to actually send these emails to
25 the users.  My understanding was, earlier

Page 250

1 on, with the old policy, we didn't
2 necessarily know when we won a chargeback
3 and were able to trigger the CRM or email
4 that would go out to the users.  So that
5 was part of the consideration as well.
6         Ultimately, our goal was to make
7 sure that our ecosystem was protected from
8 users who were maybe abusing the
9 chargeback policy or the terms of use and
10 by putting them back on and still hiding
11 them, you know, I think that still
12 achieved that purpose.  And so, you know,
13 I think we're happy with where it is now.
14     Q.   And so am I correct in
15 understanding that the determination was
16 made at Match.com that it was not
17 necessary to suspend a user's account
18 beyond the chargeback resolution to
19 protect the Match.com ecosystem; is that
20 right?
21     A.   Yes.  I think -- I mean, I think
22 the big change was that you would still
23 reinstate, but you would hide the profile
24 which we ultimately achieved something
25 very similar to what we were doing before.

Page 251

1 The user would still have to come back and
2 say unhide my profile and so forth, but
3 achieved something similar to where we
4 were before.  So our position hasn't
5 changed that, you know, it's still
6 important to protect the ecosystem.  I
7 think just the mechanics by which that was
8 happening changed where it sounds like
9 both our teams and the government were
10 happy.
11     Q.   Can you explain how the old
12 chargeback policy protected the Match.com
13 ecosystem, as you say?
14     A.   Yeah.  So, you know, let's take
15 a couple of different examples.
16         First is if you have somebody
17 who was in a relationship and triggered a
18 chargeback on the platform, they're
19 actually against our terms of use.  So we
20 do need them, ideally, to explicitly tell
21 us that they want to be shown back into
22 the platform by calling in and telling us
23 because, you know, it's possible that
24 they're in a relationship and they don't

Page 252

1 want to be visible.  And so, you know,
2 it's important that that check was put
3 into place which, even today, I think
4 we're reinstating them, but we're hiding
5 their profile.  They still have to come
6 and explicitly say, hey, I want to be
7 reshown on the platform.
8     Q.   So if I'm understanding you
9 correctly, the way that the old chargeback
10 policy and the new chargeback policy
11 protected the Match.com ecosystem is by
12 removing users who may be in a
13 relationship from Match.com because being
14 in a relationship -- it's a violation of
15 the terms of use to be on Match.com if
16 you're already in a relationship; is that
17 right?
18     A.   Yeah, that's, I think, one
19 example.
20         Another example I would give you
21 is, you know, someone who's a bad actor in
22 the sense of they took a refund, now
23 they're charging back, you know, do we
24 want to let them back into the product
25 right away without having some sort of a

Page 253

64 (Pages 250 - 253)

1 check in place to make sure that they're
2 comitting back to being a part of our
3 ecosystem. Largely, both of these
4 policies had some controls around
5 visibility of these profiles once they're
6 back on.
7    Q.   So we've talked about two
8 different possible scenarios in which
9 Match.com's old and new chargeback
10 policies protect the Match.com ecosystem.
11 One would be, you know, as you described,
12 an individual who's in a relationship and
13 so doesn't want to be and, according to
14 the terms of use, should not be on the
15 Match.com platform, and then a second
16 situation where there's a bad actor who's
17 seeking a fraudulent chargeback, is
18 that -- did I summarize that correctly?
19        MR. MUNDEL: Form.
20    A.   Yeah, I think that's right.
21    Q.   So I'm going to ask first about
22 the in-a-relationship scenario that you
23 discussed. There's a means by which a
24 user is able to remove their profile from
25 the Match.com profile -- or platform; is

Page 254

1    Q.   The reason I ask, you talked
2 about the fact that this chargeback policy
3 would protect the Match ecosystem from,
4 perhaps, bad actors or scammers, and I
5 guess what I'm asking is: Can you explain
6 why that is true, if any bad actor who
7 sought a chargeback is able to contact
8 customer care and request that their
9 account be reinstated?
10    A.   Generally, bad actors and
11 spammers aren't calling a phone number and
12 talking to a service agent to get their
13 profile sort of, you know, reactivated.
14 So we assume that the folks who are
15 calling in are legitimately having the
16 intent of being on the Match.com platform.
17 So that's sort a filter for determining --
18 you know, it's almost a check for being
19 into the ecosystem, and the same applies
20 to someone who's in a relationship. And,
21 you know, if they're calling back and
22 they're explicitly saying, I want to be
23 back on Match.com, well, okay, you're
24 probably, you know, legitimate enough to
25 do that at that point.

Page 256

1 that correct?
2    A.   Yes, that's correct.
3    Q.   Would you mind describing that
4 mechanism?
5    A.   You can go to settings, manage
6 account and find the ability to deactivate
7 or delete your profile from the Match.com
8 platform.
9    Q.   Okay. And then in terms of -- I
10 wanted to ask about -- so am I
11 understanding correctly that under the old
12 chargeback policy, any time that an
13 individual who lost a chargeback dispute
14 contacted Match customer care and asked
15 that their account be reinstated, that
16 Match customer care would reinstate that
17 account?
18    A.   Generally speaking, yes, from my
19 understanding, they would reinstate.
20    Q.   When you say "generally
21 speaking," are you thinking of any
22 limitations on that general principle?
23    A.   I'm not. I'm just not confident
24 saying 100 percent, for example. I just
25 don't know.

Page 255

1    Q.   And is that principle that you
2 just explained, is that based on data or
3 just sort of a, I guess, intuitive
4 understanding of who might be contacting
5 Match.com customer care?
6        MR. MUNDEL: Scope.
7        Go ahead.
8    A.   Yeah. I'm not aware, but I
9 would say it's more on the intuitive side.
10 And, you know, generally speaking, we
11 thought this was a fair way to handle this
12 policy of visibility on the platform
13 post-chargeback.
14    Q.   Okay. Thank you.
15        So I've taken us a little off
16 track here, but I want to go back to the
17 reason for the change to the chargeback
18 policy. So you referenced a few -- or a
19 couple of considerations that led to this.
20 The first, of course, is the government's
21 position, and then the second, you
22 referenced that technology had evolved and
23 allowed Match.com to automatically send
24 these email notifications; is that right?
25    A.   Yeah. I think we had better

Page 257

65 (Pages 254 - 257)

```
 1              CERTIFICATION
 2
 3      I, Garry J. Torres, a Notary Public
 4   for and within the State of New York, do
 5   hereby certify:
 6      That, Dushyant Saraph, the witness
 7   whose testimony as herein set forth, was
 8   duly sworn by me; and that the within
 9   transcript is a true record of the
10   testimony given by said witness.
11      I further certify that I am not
12   related to any of the parties to this
13   action by blood or marriage, and that I am
14   in no way interested in the outcome of
15   this matter.
16      IN WITNESS WHEREOF, I have hereunto
17   set my hand this 24th day of April, 2023.
18
19
20      GARRY J. TORRES
21          *   *   *
22
23
24
25
                                  Page 326
```

```
 1      ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
 2
        CASE NAME: FEDERAL TRADE COMMISSION -v-
 3   MATCH GROUP, INC., a corporation, and
        MATCH GROUP, LLC, formerly known as
 4   MATCH.COM, LLC, a limited liability
        company
 5   DATE OF DEPOSITION: APRIL 6, 2023
        WITNESS' NAME: DUSHYANT SARAPH
 6
        PAGE/LINE(S)/   CHANGE     REASON
 7   ___/___/___ _____ /_____
 8   ___/___/___ _____ /_____
 9   ___/___/___ _____ /_____
10   ___/___/___ _____ /_____
11   ___/___/___ _____ /_____
12   ___/___/___ _____ /_____
13   ___/___/___ _____ /_____
14   ___/___/___ _____ /_____
15   ___/___/___ _____ /_____
16   ___/___/___ _____ /_____
17   ___/___/___ _____ /_____
18   ___/___/___ _____ /_____
19   ___/___/___ _____ /_____
20   _____
        DUSHYANT SARAPH
21
        SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
        OF_____, 2023.
23   _____
24   NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____
                                  Page 327
```

# EXHIBIT 73

# In the Matter of:

# FTC v. Match Group, Inc., et al.

*June 22, 2023*
*Dushyant Saraph*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Saraph
Case 3:19-cv-02281-K   Document 250   Filed 12/06/23   Page 73 of 528   PageID 14169
FTC v. Match Group, Inc., et al.                                6/22/2023

**1**

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
 3              NORTHERN DISTRICT OF TEXAS
 4   ------------------------------------
 5   FEDERAL TRADE COMMISSION,
 6              Plaintiff,
 7              vs.              Index No.
                                3:19-CV-
 8   MATCH GROUP, INC, a corporation,    02281-K
     and MATCH GROUP, LLC, formerly
 9   known as MATCH.COM, LLC, a
     limited liability company,
10
                Defendants.
11   ------------------------------------
12
13
14         DEPOSITION OF DUSHYANT SARAPH
15              New York, New York
16            Thursday, June 22, 2023
17
18
19
20
21   Reported by:
     Jeremy Frank, MPM
22   JOB NO. 2172
23
24
25
```

**2**

```
 1
 2                    June 22, 2023
 3                    9:21 a.m.
 4
 5         Deposition of DUSHYANT SARAPH, held at
 6   the offices of Sidley Austin, 787 Seventh
 7   Avenue, New York, New York, pursuant to
 8   Notice, before Jeremy Frank, a Stenographic
 9   Court Reporter and Notary Public of the State
10   of New York.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1   A P P E A R A N C E S:
 2
 3         FEDERAL TRADE COMMISSION
 4         Attorneys for Plaintiff
 5            1999 Bryan Street, Suite 2150
 6            Dallas, TX 75201
 7         BY:  REID TEPFER, ESQ.
 8            RTepfer@ftc.gov
 9            M. HASAN AIJAZ, ESQ.
10            Maijaz@ftc.gov
11            (214) 979-9350
12
13         SIDLEY AUSTIN LLP
14         Attorneys for Defendants
15            1501 K Street, N.W.
16            Washington, DC 20005
17         BY:  BEN MUNDEL, ESQ.
18            BMundel@sidley.com
19            (202) 736-8157
20
21         ALSO PRESENT:
22            SAMUEL KITCHENS, Esq.
23            ERICA HILLIARD
24            CHELSEA PRIEST
25            JEANETTE TECKMAN
```

**4**

```
 1              I N D E X
 2
 3   WITNESS          EXAMINATION      PAGE
 4   MR. SARAPH        MR. TEPFER         8
 5   MR. SARAPH        MR. MUNDEL       346
 6
 7              EXHIBITS
 8
 9   EXHIBIT      DESCRIPTION         PAGE
10   1         FTC 774671, video deemed
11            Marked                  12
12   2         FTC 672329, video deemed
13            Marked                  31
14   3         MATCHFTC 752776        38
15   4         MATCHFTC 782186        60
16   5         MATCHFTC 761906, video deemed
17            Marked                  73
18   6         MATCHFTC 751483        89
19   7         MATCHFTC 751484        89
20   8         MATCHFTC 672309, video deemed
21            Marked                 102
22   9         MATCHFTC 846944, Excel
23            Spreadsheet deemed marked   121
24
25            (Index continued)
```

Sarapb

FTC v. Match Group, Inc., et al.

6/22/2023

---

197

1  trying chargeback the transaction where
2  we have already given them the money
3  back.
4      Q. H means what?
5      A. These are chargeback Match Won
6  where we have already processed the
7  refund for the user.
8      Q. What's the difference between,
9  okay, so H is a subset of G?
10     A. Yes.
11     Q. Would you mind telling me what I
12 means.
13     A. These are chargebacks that Match
14 ended up losing where the subscription
15 access was terminated and that Match
16 had already refunded the user.
17     Q. Then what about what J means?
18     A. Chargebacks at Match Won where
19 the subscription access was terminated
20 at initial chargeback, and Match had
21 already refunded the user.
22        Lastly, chargebacks Match Won
23 where the initial access was termi-
24 nated, then subsequently restored where
25 Match had already refunded the user.

---

198

1  Again here in 2019 we see with the
2  policy change that number increases.
3      Q. Would you mind explaining to me
4  the difference between columns D and E.
5      A. Column D is chargebacks Match
6  lost where subscription access was
7  terminated, and E is chargebacks Match
8  Won where subscription access was
9  terminated, so one is where we won and
10 one is where we lost.
11     Q. So for the users in this
12 spreadsheet, do you know if any of
13 them, sorry -- scratch that or strike
14 that.
15        I'll ask about column F.  These
16 are users where Match Won the
17 chargeback and then restored account
18 access for those users?
19     A. Correct.
20     Q. When account access was restored
21 do you know if for any of the users
22 they were compensated for the duration
23 of time that the chargeback dispute was
24 pending?
25     A. My understanding was our policy

---

199

1  was to credit them for that time.  I'm
2  not aware of the specifics of that
3  right now.
4      Q. Is that for the entire time
5  period?
6      A. I'm not aware.
7      Q. For column F you're not certain
8  if all of these users in column F are
9  individuals who contacted Match
10 customer care to have their access
11 restored?
12     A. Sorry, can you go back to the
13 column F header?
14     Q. Sure, is it displaying, yes.
15     A. Could you repeat your question?
16        MR. TEPFER:  Would you mind
17 reading it back?
18        (Whereupon the aforemen-
19 tioned testimony was read back by
20 the Court Reporter.)
21     A. I'm not aware.
22 BY MR. TEPFER:
23     Q. Do you know how many customers
24 who lost their chargeback contacted
25 customer care after losing their

---

200

1  chargeback to request that their
2  account be reinstated?
3      A. I'm not aware.
4      Q. Does Match.com track that
5  information?
6        MR. MUNDEL:  Beyond the
7  scope.
8      A. I'm not aware.
9      Q. So for the users in column D
10 until 2019 they had their account
11 access denied, sorry, column E, for the
12 users in column E until 2019 those
13 users did not have their account access
14 automatically reinstated upon losing a
15 chargeback.
16        Is that right?
17        MR. MUNDEL:  Beyond the
18 scope.
19     A. I'm not aware.
20     Q. Do you know the percentage of
21 customers who contacted Match.com after
22 the loss of their chargeback dispute to
23 request their account be reinstated?
24        MR. MUNDEL:  Hold on one
25 second.

---

50 (Pages 197 to 200)

Sarah
Case 3:19-cv-02281-K   Document 250   Filed 03/06/23   Page 75 of 528   PageID 14171
FTC v. Match Group, Inc., et al.                                                6/22/2023

201

1    What topic?
2         MR. TEPFER:  I think off the
3    top of my head I think it is 23.
4         MR. MUNDEL:  One second.
5         It is 25, beyond the scope
6    of 25.
7         MR. TEPFER:  I almost said
8    25.
9         MR. MUNDEL:  Objection,
10   beyond the scope.
11   A. I'm not aware.
12   BY MR. TEPFER:
13        Q. On average how much time was
14   remaining on the subscription for those
15   who sought chargebacks and lost the
16   dispute?
17        MR. MUNDEL:  Objection,
18   beyond the scope.
19   A. I'm not aware.
20        Q. Has MGLLC ever attempted to
21   calculate to determine how much time on
22   average was remaining on the
23   subscription for those who sought
24   chargebacks and lost that dispute?
25        MR. MUNDEL:  Still beyond

202

1    the scope.
2    A. I'm not aware.
3         Q. I want to talk about the mobile
4    version of the online cancellation flow
5    for a minute.
6         Can you tell me all the means by
7    which a user at this time can cancel
8    their subscription on their smart
9    phone?
10        MR. MUNDEL:  Beyond the
11   scope.
12   A. I mean, I can tell you a few
13   different ones including the ability to
14   the contact customer service team and
15   online cancellation and through e-mail
16   chat, via phone and so forth, those are
17   some examples.
18        Q. And so you mentioned at this
19   moment that users can cancel by phone;
20   is that correct?
21   A. Yes.
22        Just to clarify, folks can call
23   in to our phone line and be given step
24   by step instructions how to cancel.
25   For full cancellation they would have

203

1    to reach out to one of our agents, and
2    they could e-mail or chat, you would
3    use our on online cancellation flow.
4         Q. If a user were to call Match's
5    customer care line they would receive
6    an automated message redirecting them
7    to the online cancellation flow; is
8    that correct?
9    A. Step by step message dictating
10   how they can cancel using the existing
11   means that we have, chat, e-mail or the
12   online flow, correct.
13        Q. And how long has that been the
14   case that when a user calls in they
15   have the automated message with those
16   instructions?
17   A. It has been the case for several
18   months now.
19        Q. And you mentioned cancellation
20   by e-mail, is that sending e-mail from
21   my Yahoo e-mail address or is that
22   something on Match.com's web page?
23   A. It is sending an e-mail to our
24   customer agent team who can then
25   process the resignation for you.  There

204

1    is also obviously the ability to chat
2    with one of our agents through the
3    website as well.
4         Q. And you mentioned users can call
5    Match's customer care to get those
6    instructions?
7    A. Yes.
8         Q. Does Match.com have that phone
9    number anywhere on their website?
10        MR. MUNDEL:  Hold on one
11   second.  Beyond the scope, go
12   ahead.
13   A. I'm not aware where a user would
14   find that Match.com website right now.
15   I do know a user can Google the phone
16   number or if they have already the
17   phone number from prior contact with
18   us, they would call the phone number.
19        Q. You say they can Google the
20   phone number, would the phone number on
21   Google be on a website other than
22   Match.com?
23   A. I'm not aware.
24        Q. So when you say Google the phone
25   number, where would they be getting it

51 (Pages 201 to 204)

Case 3:19-cv-02281-K   Document 250   Filed 03/06/23   Page 76 of 528   PageID 14172
Sarah?
FTC v. Match Group, Inc., et al.                                                          6/22/2023

205

1  from on Google?
2       MR. MUNDEL: Objection,
3  beyond the scope.
4       A. I'm not aware.
5       Q. And you said they can send an
6  e-mail to cancel, right?
7       A. Yes.
8       Q. Is there a like a particular
9  e-mail address to which the e-mail
10  should be sent?
11      A. I'm not aware off the top of my
12  head what the specific e-mail address
13  is.
14      Q. But I guess what I'm saying is,
15  does Match.com have e-mail address on
16  the website that you can take that and
17  put into e-mail on a third-party e-mail
18  platform and send e-mail requesting
19  cancellation?
20      MR. MUNDEL: Beyond the
21  scope.
22      A. I'm not aware.
23      Q. When you talk about canceling by
24  e-mail what do you mean?
25      A. So chat is live chat, e-mail is

206

1  e-mailing one of our agent teams and
2  then responding asynchronoustically.
3  So while chat is a live chat with an
4  agent, e-mail is asynchronous going
5  back to the user.
6       Q. What I'm trying to ask is,
7  sometimes when you go to websites there
8  is a field where you can enter
9  information and submit it that way.
10  I'm trying to understand if when you
11  say e-mail, is that what you're
12  referring to?
13      MR. MUNDEL: Beyond the
14  scope.
15      A. I'm not aware.
16      Q. When you say e-mail are you
17  referring to a method of communication
18  on Match's platform?
19      MR. MUNDEL: Form.
20      A. I am referring to sort of,
21  sorry, let me clarify this, traditional
22  e-mail.
23      Q. Okay.
24      Then do you know during what
25  time period cancellation by e-mail has

207

1  been available to Match's customers?
2       A. I don't have specific dates but
3  as long as I have been at Match, I know
4  it has been available.
5       Q. And the same question for
6  cancellation by chat.
7       A. Again for as far as I am aware
8  for an extended period of time.
9       Q. And then there was a time period
10  folks could cancel by calling in and
11  talk to a live representative; is that
12  correct?
13      A. Correct.
14      Q. Do you know what time period
15  that was available?
16      A. Prior to the last few months,
17  that was would be the case.
18      Q. And can a user cancel by U.S.
19  mail?
20      A. I'm not, I am not aware if we
21  still support that.
22      Q. And can a user cancel by fax?
23      A. Again I'm not aware if we still
24  support that, but those were methods
25  that were supported at some point in

208

1  time.
2       MR. MUNDEL: Do people still
3  use fax?
4       MR. AIJAZ: Unfortunately.
5       MR. TEPFER: I have not done
6  so in probably a decade, but
7  someone somewhere must.
8       MR. MUNDEL: Can we take a
9  break whenever it is convenient?
10      MR. TEPFER: Absolutely.
11      Off the record.
12      (Whereupon, an off-the-
13  record discussion was held.)
14      (Time noted: 2:44 p.m.)
15      (Time noted: 3:04 p.m.)
16      MR. TEPFER: We are back on
17  the record.
18  BY MR. TEPFER:
19      Q. Do you have a clarification?
20      A. I have a clarification, I want
21  to clarify a couple things.
22      You asked about you U.S. mail
23  and fax as ways to cancel these
24  subscriptions. Whether a user faxes
25  us, by U.S. mail sends us a letter, we

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

App. 1234

Saraph

FTC v. Match Group, Inc., et al.                                    6/22/2023

209

1  will still prosecute that cancellation,
2  even if its not actively shown on our
3  website as a method.  If a user choose
4  to do it and reaches out through
5  methods and finds those methods, we
6  will always process those.
7      And you had a question about
8  e-mail and online forms, and we support
9  both, so you can do traditional e-mail
10  directly to our customer services
11  e-mail address.  And we also have a
12  submit a request form online where you
13  can put in your e-mail address, your
14  phone number your request, and we will
15  take care of it and respond to that
16  request once you submit it so I just
17  wanted to make sure that I added some
18  clarity to those topics.
19      **Q. And so you said if however a**
20  **consumer gives that request, Match.com**
21  **will process the request, right?**
22      A. Correct.
23      **Q. And U.S. mail as a means of**
24  **cancellation is not advertised on the**
25  **Match.com website.**

210

1          **Is that right?**
2      A. No, its probably the slowest way
3  you can cancel your subscription
4  alongside fax.  So the ones that we're
5  advertising are ways that are easiest
6  for the user, most efficient for the
7  user, would be the best experience for
8  them, chat and e-mail obviously those
9  traditional channels they are fast, so
10  those are the ones that we advertise
11  and self service through the help FAQ
12  or through the online cancellation flow
13  are a really easy way to cancel if you
14  choose to.
15      **Q. So the ones that Match.com**
16  **advertises to the customers as a means**
17  **of cancellation are to be clear, online**
18  **cancellation flow, the chat, and**
19  **e-mail?**
20      A. Yes.
21      **Q. Okay.**
22      **Does Match.com have a mobile**
23  **browser optimized version of the online**
24  **cancellation flow available to its**
25  **customers?**

211

1          MR. MUNDEL:  Beyond the
2  scope, form.
3      A. I'm not aware what you mean by
4  mobile optimized version.
5      **Q. And like if a user were to go to**
6  **the online cancellation flow from their**
7  **smart phone would they be viewing the**
8  **same version of the online cancellation**
9  **flow that a user would view from their**
10  **desktop website?**
11      A. The flow is the same, you can
12  access both from desktop and mobile
13  web.
14      **Q. And has Match.com taken any**
15  **steps to optimize the viewing of the**
16  **online cancellation flow from a smart**
17  **phone?**
18          MR. MUNDEL:  Beyond the
19  scope, objection to form.
20      A. I'm not aware but from my
21  understanding of what I looked, any of
22  our users on mobile web had a seamless
23  experience of being able to cancel.
24  Like desktop users it hasn't been an
25  area of focus.

212

1      **Q. So Match.com has never taken any**
2  **steps to optimize for viewing on the**
3  **smart phone the online cancellation**
4  **flow?**
5      A. Not that I'm aware of.
6      **Q. So can you users cancel their**
7  **membership from the Match.com app?**
8      A. So if you're on the Match IOS
9  app cancellations are processed through
10  Apple, and so the user would have to do
11  that through their subscription
12  management with their Apple account.
13      **Q. What about with Android?**
14      A. My understanding with Android is
15  that you can cancel similar to mobile
16  web.
17      **Q. I believe that you stated that**
18  **at this time the online cancellation**
19  **flow from the mobile browser is**
20  **identical to the one from the desktop**
21  **website.**
22      **Is that correct?**
23      A. That's correct.
24      **Q. Has there ever been a time**
25  **period where the online cancellation**

53 (Pages 209 to 212)

FTC v. Match Group, Inc., et al.                                                    6/22/2023

---

213

1    flow was optimized for viewing from a
2    smart phone?
3         MR. MUNDEL: I object,
4    beyond the scope, also assumes
5    facts.
6    A. I'm not aware.
7         Again I will mention that
8    everything we have looked at mobile web
9    users are able to seamlessly cancel
10   through the cancellation flow, same as
11   desktop users, so this is not an area
12   of focus.
13        MR. TEPFER: I'll hand you
14   now this document which will be
15   Exhibit 17.
16        (Exhibit 17, Defendant Match
17   Group, LLC's Second Amended
18   Responses and Objections to
19   Plaintiff Federal Trade
20   Commission's First Set of
21   Interrogatories, marked for
22   identification, as of this date.)
23   BY MR. TEPFER:
24   Q. It is titled Defendant Match
25   Group, LLC's Second Amended Responses

---

214

1    and Objections to Plaintiff Federal
2    Trade Commission's First Set of
3    Interrogatories.
4         Mr. Saraph, I want to ask you
5    about the entire document but first I
6    want to ask have seen this document
7    before?
8    A. I believe I have seen this.
9    Q. So this is a set of interro-
10   gatory responses that MGLLC provided to
11   us. I want to ask you about the
12   current responses as amended and also
13   the prior responses.
14        So --
15        MR. MUNDEL: I don't know
16   exactly what you mean by current
17   and prior.
18        MR. TEPFER: There have
19   been, this is the second amend
20   response so I'm going to ask
21   about the amended responses and
22   questions about the earlier
23   version of the responses as well.
24   A. Are both of those in this
25   document?

---

215

1    Q. Yes, sir.
2    A. Okay.
3    Q. So I want to direct you to the
4    answer to interrogatory 15 on page 44
5    of the document, this is the original
6    response.
7         Did you have any involvement in
8    preparing this response?
9    A. I'm not sure about this specific
10   response, but counsel --
11        MR. MUNDEL: Hold on, are
12   you going to say that you saw
13   this before?
14        THE WITNESS: Yes.
15        MR. MUNDEL: Just say, I saw
16   this before.
17   A. I have seen it before.
18   BY MR. TEPFER:
19   Q. Interrogatory 15A asks to,
20   "Describe each method through which
21   consumers can cancel their subscrip-
22   tion. For each such method describe in
23   detail, A, every instance in which
24   Match Group, LLC informed consumers of
25   or disclosed to consumers the avail-

---

216

1    ability of each method."
2         Did I read that correctly?
3    A. Yes.
4    Q. Look at the first full paragraph
5    on page 45, it says, if you wouldn't
6    mind reading it because it is kind
7    lengthy of through to continuing on
8    page 46, and through the paragraph that
9    says consumers may also find, read that
10   as well?
11        MR. MUNDEL: Start at the
12   bottom of 44, you can see the
13   whole thing.
14        THE WITNESS: Sure.
15        Should I read it out loud?
16        MR. TEPFER: No, it is too
17   long.
18   A. Okay.
19   BY MR. TEPFER:
20   Q. Just to be clear, you read the
21   from the start of the response at the
22   bottom of 44 through to end of that
23   paragraph that ends, i.e. turn over
24   autorenewal;
25        Is that right?

---

54 (Pages 213 to 216)

Saraph
Case 3:19-cv-02281-K   Document 250   Filed 12/06/23   Page 79 of 528   PageID 14175
FTC v. Match Group, Inc., et al.
6/22/2023

357

C E R T I F I C A T E

1
2
3    STATE OF _____:
4    COUNTY/CITY OF _____:
5
6    Before me, this day, personally appeared
7    DUSHYANT SARAPH, who, being duly sworn, states
8    that the foregoing transcript of his
9    Deposition, taken in the matter, on the date,
10   and at the time and place set out on the title
11   page hereof, constitutes a true and accurate
12   transcript of said deposition.
13
14   _____
15        DUSHYANT SARAPH
16
17   SUBSCRIBED and SWORN to before me this
18   _____ day of _____, 2023, in the
19   jurisdiction aforesaid.
20
21
22
23   _____ _____
24   My Commission Expires      Notary Public
25

358

C E R T I F I C A T E

1
2    STATE OF NEW YORK   )
3                       : ss.
4    COUNTY OF NEW YORK  )
5
6         I, Jeremy Frank, a Notary Public within
7    and for the State of New York, do hereby
8    certify:
9         That DUSHYANT SARAPH, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by the witness.
13        I further certify that I am not related
14   to any of the parties to this action by blood
15   or marriage, and that I am in no way
16   interested in the outcome of this matter.
17        IN WITNESS WHEREOF, I have hereby
18   set my hand on the 27th day of June, 2023.
19
20         s/Jeremy Frank
21         JEREMY FRANK, MPM
22
23
24
25

359

INSTRUCTIONS TO WITNESS

1
2
3         Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the appropriate
6    space on the errata sheet for any corrections
7    that are made.
8         After doing so, please sign the errata
9    sheet and date it.
10        You are signing same subject to the
11   changes you have noted on the errata sheet,
12   which will be attached to your deposition.  It
13   is imperative that you return the original
14   errata sheet to the deposing attorney within
15   thirty (30) days of receipt of the deposition
16   transcript by you.  If you fail to do so, the
17   deposition transcript may be deemed to be
18   accurate and may be used in court.
19
20
21
22
23
24
25

360

*** ERRATA SHEET ***

1
2
     NAME OF CASE: FTC VS. MATCH
3    DATE OF DEPOSITION:  June 22, 2023
     NAME OF WITNESS:  SARAPH
4    PAGE  LINE    FROM      TO
5    _____|_____|_____|_____
6    _____|_____|_____|_____
7    _____|_____|_____|_____
8    _____|_____|_____|_____
9    _____|_____|_____|_____
10   _____|_____|_____|_____
11   _____|_____|_____|_____
12   _____|_____|_____|_____
13   _____|_____|_____|_____
14   _____|_____|_____|_____
15   _____|_____|_____|_____
16   _____|_____|_____|_____
17
     _____
18        DUSHYANT SARAPH
19   Subscribed and sworn to before me
     this _____ day of _____, 2023.
20
     _____ _____
21   JEREMY FRANK    My Commission Expires:
22
23
24
25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**App. 1237**

# Exhibit 74

App. 1238

```
 1                 UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
 2                       DALLAS DIVISION
 3
         --------------------------------X
 4       FEDERAL TRADE COMMISSION,         )
                                           )
 5              Plaintiff,                  )
                                           ) Case No.
 6       vs.                                )
                                           )  3:19-cv-02281-K
 7       MATCH GROUP, INC. a corporation,  )
         and MATCH GROUP, LLC, formerly    )
 8       known as MATCH.COM, LLC, a        )
         limited liability company,        )
 9                                         )
                Defendants.                 )
10       --------------------------------X
11
12
13
14        30(B)(6) VIDEOTAPED DEPOSITION OF BIKRAM BANDY
15            Monday, June 26, 2023; 11:10 a.m. EDT
16
17
18
         Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR,
19       CLR, RSA, NYRCR, NYACR, CA CSR 14409, NJ CCR
         30XI00244600, NJ CRT 30XR00019500, Washington State
20       CSR 23005926, Oregon CSR 230105, TN CSR 998, Remote
         Counsel Reporter, LiveLitigation Authorized Reporter,
21       Notary Public
22       Job No. 5957247

                                              Page 1
```

1    certain -- what I'm not certain of, to be clear,
2    is I'm not certain whether that number represents
3    users who got no further than the save offer, so
4    meaning that they didn't accept it or they didn't
5    click through it; they just abandoned at the save
6    offer -- actually, now that I think about it --
7    give me one second.
8        Q.   Sure.
9            (Whereupon, the witness continues to
10            review the material provided.)
11           THE WITNESS:  Yeah.  Actually, let
12    me correct my testimony.
13           Adding these numbers up, I believe
14    they add up to the 68 million.  So that means
15    that that save offer number is the latter of
16    what I described, meaning that it represents
17    auto renew revenue received from consumers
18    who got no further than the save offer,
19    meaning that they didn't accept the save
20    offer, but they didn't click through it to
21    get to the next survey; they just abandoned
22    at the Save Offer page.

Page 50

1        That is the revenue that was
2    obtained from auto renews from those users
3    minus any refunds those users obtained minus
4    any chargebacks that those users obtained.
5        BY MR. HUMMEL:
6        Q.   But to be clear, it's your testimony
7    that you believe it's the consumers who reached
8    the Save Offer page did not accept the save offer
9    but then were charged an auto renew amount, minus
10    the refunds and chargebacks?
11       A.   That's right.
12       Q.   That's your testimony?
13       A.   That is my testimony.  I'm pretty
14    sure I -- that I can -- maybe at a break, I can
15    confirm that that's correct.
16       Q.   Okay.  And the second survey is the
17    NPS that you talked about before?
18       A.   Well, that I learned about before.
19    I did not know what "NPS" meant.  But at the last
20    deposition, we talked about net promoter score.
21    But, yes, it's -- I -- we call it the "second
22    survey."  There's a 1 -- 1 through 10, how likely

Page 51

1    are you to recommend Match.  And then, I think, at
2    times, there was a text box for Tell Us More, and
3    then maybe it changed and they had something else.
4        But that's what I'm referring --
5    that's what -- that's what "second survey" refers
6    to there.
7        Q.   All right.
8            MR. HUMMEL:  Let's mark, please,
9    Tab 8 as next in order.
10           BY MR. HUMMEL:
11       Q.   By the way, in preparation for your
12    deposition today, did you read the expert report
13    of Jennifer King?
14       A.   I did not.
15       Q.   Did you read the expert report of
16    Brandon Ward?
17       A.   I did not.
18       Q.   Did you read any expert reports?
19       A.   I did not.
20       Q.   Did you meet with FTC senior data
21    analyst KimbleAnn Verdi in preparation for your
22    deposition?

Page 52

1        A.   No.
2        Q.   Have you ever spoken with her?
3        A.   What was the name again?
4        Q.   KimbleAnn Verdi, V-E-R-D-I --
5            MR. AIJAZ:  Objection: this is not
6    relevant; outside the scope.
7            MR. HUMMEL:  Well, it has to do
8    with his preparation for the discussion on
9    this topic.  And she has been identified as
10    the FTC witness with knowledge of the
11    calculations used to generate the FTC's
12    estimates of consumer harm and number of
13    harmed users --
14           MR. AIJAZ:  Well --
15           MR. HUMMEL:  -- so --
16           MR. AIJAZ:  -- you first asked if
17    in preparation, and then you asked if he's
18    ever spoken with her.
19           MR. HUMMEL:  Right.
20           BY MR. HUMMEL:
21       Q.   Have you ever spoken with her?
22       A.   No.

Page 53

14 (Pages 50 - 53)

| | |
|---|---|
| 1 MR. AIJAZ: It's irrelevant. | 1 theoretically possible, but I -- I don't |
| 2 BY MR. HUMMEL: | 2 think it's -- you know, I think it's a |
| 3 Q. Okay. Did you speak with her in | 3 reasonable assumption that people that go |
| 4 connection with preparing for your testimony on | 4 through the cancellation flow intended to |
| 5 Topic 2? | 5 cancel. And if they didn't cancel, it was |
| 6 MR. AIJAZ: Objection: asked and | 6 because something thwarted them -- the design |
| 7 answered. | 7 of the flow thwarted them from doing that. |
| 8 MR. HUMMEL: Okay. | 8 MR. HUMMEL: Do you mind reading |
| 9 THE WITNESS: I did not speak with | 9 the question back? |
| 10 her. | 10 CERTIFIED STENOGRAPHER: Sure. |
| 11 BY MR. HUMMEL: | 11 - - - |
| 12 Q. Right. Okay. Thanks. | 12 (Whereupon, the certified |
| 13 In preparation for your deposition | 13 stenographer read back the |
| 14 today, did you review any consumer complaints or | 14 pertinent part of the record.) |
| 15 purported complaints relating to the Match cancel | 15 - - - |
| 16 -- online cancellation flow? | 16 MR. AIJAZ: Same objections. |
| 17 MR. AIJAZ: Objection: scope. | 17 BY MR. HUMMEL: |
| 18 THE WITNESS: I don't think I | 18 Q. I don't think you answered my |
| 19 looked at them for preparation today. I -- | 19 question. |
| 20 I looked at them in preparation for my prior | 20 The question was: Has the FTC |
| 21 testimony, but I didn't need -- I didn't -- | 21 investigated, not whether you think it's a |
| 22 it didn't -- I didn't feel the need to go | 22 reasonable assumption or not. |
| Page 54 | Page 56 |
| 1 back and have to look at them again. | 1 A. I would say that -- yeah, the FTC |
| 2 BY MR. HUMMEL: | 2 considered, like, why someone would abandon, but I |
| 3 Q. Okay. In connection with the FTC's | 3 don't know, like, what you mean -- like, I don't |
| 4 calculation of purported consumer harm that we | 4 know -- like, investigated -- I mean, do we |
| 5 just discussed -- and in -- in particular, its | 5 consider that there might be other reasons that |
| 6 response to Interrogatory Number 2 -- excuse me -- | 6 someone might abandon the -- the flow? I'm sure |
| 7 Interrogatory Number 3, Topic 2 -- has the FTC | 7 we did, but it didn't seem like any of those |
| 8 investigated whether there are other reasons for | 8 reasons were particularly plausible or material. |
| 9 abandonment of an attempt to cancel other than | 9 Q. What did the FTC do to investigate |
| 10 that the -- that the online cancel- -- | 10 whether there were other reasons for abandonment, |
| 11 cancellation flow was allegedly not simple? | 11 as opposed to the -- other than the cancellation |
| 12 MR. AIJAZ: Objection: form; vague | 12 flow? |
| 13 and scope. | 13 MR. AIJAZ: Objection: vague and |
| 14 THE WITNESS: Yeah. I recall we | 14 scope. |
| 15 talked about this last time, and you were | 15 THE WITNESS: Look, I think we |
| 16 giving me hypotheticals about why someone | 16 talked about this before, but, you know, one |
| 17 might abandon. And I -- like, the doorbell | 17 of the things we did in our investigation is |
| 18 rang, or something like that, and I said, | 18 we looked at the consumer complaints. And |
| 19 you know, it's -- anything's possible. | 19 the consumer complaints were telling a |
| 20 But, you know, it seems like if | 20 story, and that story seemed to be |
| 21 someone is going to the cancellation flow, | 21 consistent with what our common-sense |
| 22 that they have an intent to cancel. So | 22 observation of what the cancellation flow |
| Page 55 | Page 57 |

15 (Pages 54 - 57)

1    was.
2        And so, you know, I -- I don't
3    think we were focused on investigating the
4    absence.  So we were investigating whatever
5    the facts indicated.  We looked at the
6    cancellation flow, we looked at the consumer
7    complaints, and that's what we investigated.
8        BY MR. HUMMEL:
9    Q.    So, to be clear, the FTC's
10   investigation was limited to a common-sense
11   evaluation by the FTC and an evaluation of
12   purported consumer complaints?
13       MR. AIJAZ:  Objection: misstates
14   testimony; vague.
15       THE WITNESS:  Yeah -- yeah, I --
16   I -- I don't -- I think that's -- that's too
17   limiting.  I mean, I can't -- I'm not
18   prepared and able to talk about every single
19   step that the Agency took in its
20   investigation.  Those are just two factors
21   that they looked at.
22       Were there other things that they

Page 58

1    looked at?  Possibly.  But I -- you know, I
2    can't -- I'm not here to detail, like, every
3    single investigative step that -- that the
4    Agency took.  I can't do that.  My memory is
5    not that good.
6        BY MR. HUMMEL:
7    Q.    Did the FTC conduct any surveys of
8    consumers who failed to -- strike that.
9        Did the FTC conduct any surveys of
10   consumers who did not ultimately complete the
11   cancellation flow but, rather, abandoned it to
12   determine why the abandonment took place?
13   A.    This is going --
14       MR. AIJAZ:  Same objection
15   regarding scope.
16       THE WITNESS:  -- this is going to
17   sound familiar.  I'm not aware of any
18   studies or surveys that the Agency did prior
19   to the initiation of this litigation -- or
20   I -- no.  Strike that.
21       I'm not aware that -- or no.
22       The Agency did not do any studies

Page 59

1    or surveys prior to the initiation of this
2    litigation.
3        BY MR. HUMMEL:
4    Q.    If you can look, please, at --
5        MR. HUMMEL:  I know.
6        What's it -- Exhibit 5 is next?
7        THE WITNESS:  Done with 3?
8        BY MR. HUMMEL:
9    Q.    Done for now.
10       MR. HUMMEL:  Exhibit 5.
11       THE WITNESS:  Thank you.
12       MR. AIJAZ:  You guys got to get
13   narrower tables.
14       THE WITNESS:  Which one?
15       CERTIFIED STENOGRAPHER:  Three,
16   please.
17           --oOo--
18       (FTC Deposition Exhibit Number 5,
19        Plaintiff's Third Amended Initial
20        Disclosures, marked for
21        identification, as of this date.)
22           --oOo--

Page 60

1        BY MR. HUMMEL:
2    Q.    Exhibit 5 are the Plaintiff's Third
3    Amended Initial Disclosures in the case.
4        Have you reviewed this document in
5    connection with your preparation for testimony
6    here today?
7    A.    So, actually, I have not.  I looked
8    at the second amended --
9    Q.    Okay.
10   A.    -- I -- I -- well, I -- I -- maybe
11   -- maybe I did -- maybe I did.  I -- I'm pretty
12   sure what I looked at was second amended, and I
13   didn't review the entirety of it.  I -- I believe
14   I only reviewed the provision.
15       Let me take a look and see if it's
16   -- I don't think it's going to be different from
17   what I looked at it for.
18   Q.    What I'm going to ask you about
19   begins on Page 25 through 26, related to civil
20   penalties.
21       (Whereupon, the witness reviews the
22        material provided.)

Page 61

16 (Pages 58 - 61)

C E R T I F I C A T E

1   I, Cindy L. Sebo, Nationally Certified Court
2   Reporter herein, do hereby certify that the foregoing
3   deposition of BIKRAM BANDY was taken before me
4   pursuant to notice at the time and place indicated;
5   that said witness duly swore to tell the truth, the
6   whole truth and nothing but the truth under penalties
7   of perjury; that said testimony of the witness was
8   correctly recorded to the best of my abilities in
9   machine shorthand, thereafter transcribed under my
10   supervision with computer-aided transcription; that
11   the deposition is a true and accurate record of the
12   testimony given by the witness; that I am neither
13   counsel, nor kin to any party in said action, nor
14   interested in the outcome; and that a copy of this
15   transcript obtained from a source other than the
16   court reporting firm, including an adversary or
17   co-counsel in the matter, is uncertified and may not
18   be used at trial. July ___, 2023

19   _____
    Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR, CLR,
20   RSA, NYRCR, NYACR, CA CSR 14409, NJ CCR
    30XI00244600, NJ CRT 30XR00019500, Washington
21   CSR 23005926, Oregon State 230105, Tennessee
    CSR 998, Remote Counsel Reporter,
22   LiveLitigation Authorized Reporter, Notary
    Public

Page 206

---

1   Hasan Aijaz
2   maijaz@ftc.gov

3           July 11, 2023

4   RE:   Federal Trade Commision v. Match Group, Inc., Et Al.
5   6/26/2023, Bikram Bandy  , 30 b6 (#5957247)

6      The above-referenced transcript is available for
7   review.

8      Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   errata-tx@veritext.com.
16

17   Return completed errata within 30 days from
18   receipt of testimony.

19   If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21

22      Yours,
23      Veritext Legal Solutions
24
25

Page 207

---

1   Federal Trade Commision v. Match Group, Inc., Et Al.
2   Bikram Bandy  , 30 b6 (#5957247)
3           E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____   _____
24   Bikram Bandy  , 30 b6              Date
25

Page 208

---

1   Federal Trade Commision v. Match Group, Inc., Et Al.
2   Bikram Bandy  , 30 b6 (#5957247)
3      ACKNOWLEDGEMENT OF DEPONENT
4      I, Bikram Bandy  , 30 b6, do hereby declare that I
5   have read the foregoing transcript, I have made any
6   corrections, additions, or changes I deemed necessary as
7   noted above to be appended hereto, and that the same is
8   a true, correct and complete transcript of the testimony
9   given by me.
10
11   _____   _____
12   Bikram Bandy  , 30 b6              Date
13   *If notary is required
14      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15      _____ DAY OF _____, 20___.
16
17
18      _____
19      NOTARY PUBLIC
20
21
22
23
24
25

Page 209

# Exhibit 75

# In the Matter of:

# FTC v. Match Group, Inc., et al.

*July 13, 2023*
*Brandon Ward*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Ward
Case 3:19-cv-02281-K   Document 250   Filed 11/06/23   Page 88 of 528   PageID 14184
FTC v. Match Group, Inc., et al.
7/13/2023

**1**

```
 1          IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF TEXAS
 2                    DALLAS DIVISION
 3   FEDERAL TRADE COMMISSION,      )
                                    )
 4        Plaintiff,                )
                                    )    CASE ACTION NO.
 5   v.                             )
                                    )    3:19-cv-02281-K
 6   MATCH GROUP, INC., a           )
     corporation, and MATCH         )
 7   GROUP, LLC, formerly known     )
     as MATCH.COM, LLC, a           )
 8   limited liability company,     )
                                    )
 9        Defendants.               )
10
11   -------------------------------------------
                   ORAL DEPOSITION OF
12
                     BRANDON WARD
13
                     JULY 13, 2023
14   -------------------------------------------
15
16        ORAL DEPOSITION OF BRANDON WARD, produced as a
17   witness at the instance of the Plaintiff, and duly
18   sworn, was taken in the above-styled and numbered cause
19   on July 13, 2023, from 9:01 a.m. to 6:17 p.m. before
20   Brent Sturgess, CSR in and for the State of Texas,
21   reported by machine shorthand at the law offices of
22   Sidley Austin LLP, 2021 McKinney Avenue, Suite 2000,
23   Dallas, Texas, 75201, pursuant to Notice, the Federal
24   Rules of Civil Procedure and the provisions stated on
25   the record or attached hereto.
```

**2**

```
 1                    I N D E X
 2                                            PAGE
 3   Appearances........................................  3
 4   BRANDON WARD
         Examination by Mr. Aijaz.......................  4
 5       Examination by Mr. Hummel..................... 333
 6   Signature and Changes............................. 334
     Reporter's Certificate............................ 336
 7
 8                    EXHIBITS
 9   NUMBER     DESCRIPTION                          PAGE
10   1          Expert Report of Brandon Ward Regarding
                Match.com's Online Subscription
11              Cancelation Flow, 01-13-23............   7
12   2          Articles..............................  17
13   3          Nielsen Norman Group - Heuristic
                Evaluation Workbook...................  55
14
15   4          Articles..............................  58
16
     5          What is a Good Task Completion Rate?..  73
17
     6          Video................................. 135
18
     7          Customer Satisfactory Survey - July 2015. 173
19
     8          Video................................. 213
20
     9          2013 - Current........................ 244
21
     10         Rebuttal of Dr. King's Report Regarding
                Match.com's Online Subscription
22              Cancelation Flow...................... 286
23   11         Matchweb - 4390....................... 301
24   Note:  Exhibit Numbers 6 and 8 are videos that were
                produced by counsel and remained in the
25              possession of counsel.
```

**3**

```
 1              A P P E A R A N C E S
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4       M. Hasan Aijaz, Esq.
         Reid Tepfer, Esq.
 5       UNITED STATES FEDERAL TRADE COMMISSION
         1999 Bryan Street, Suite 2150
 6       Dallas, Texas  75201
         214.979.9386
 7       maijaz@ftc.gov
         rtepfer@ftc.gov
 8
 9   COUNSEL FOR THE DEFENDANTS:
10       Chad S. Hummel, Esq.
         SIDLEY AUSTIN LLP
11       1999 Avenue of the Stars, 17th Floor
         Los Angeles, California  90067
12       310.595.9505
         chummel@sidley.com
13
         Angela C. Zambrano, Esq.
14       Chelsea Priest, Esq. (via Zoom)
         SIDLEY AUSTIN LLP
15       2021 McKinney Avenue, Suite 2000
         Dallas, Texas  75201
16       214.981.3300
         angela.zambrano@sidley.com
17       cpriest@sidley.com
18
19
20
21
22   Witness:  Brandon Ward
23   Also Present:  Samuel Kitchens
                     Katie Johnson (via Zoom)
24                   Jeanette Teckman (via Zoom)
25   Court Reporter:  Brent Sturgess, CSR
```

**4**

```
 1          THE REPORTER:  Mr. Ward, would you
 2   please raise your right hand and be sworn?
 3          THE WITNESS:  (Witness complies.)
 4          THE REPORTER:  Do you solemnly swear or
 5   affirm that the testimony you will give in this matter
 6   will be the truth, the whole truth and nothing but the
 7   truth so help you God?
 8          THE WITNESS:  Yes.
 9          THE REPORTER:  Thank you.
10          MR. AIJAZ:  All right.  Thank you.
11              EXAMINATION
12       Q.  (By Mr. Aijaz)  Good morning.
13       A.  Good morning.
14          MR. AIJAZ:  My name is Hasan Aijaz.
15   I'm here representing the Federal Trade Commission.
16   With me is my colleague and friend, Reid Tepfer.  And,
17   Counsel, would you please identify yourself for the
18   record?
19          MR. HUMMEL:  Chad Hummel, Sidley
20   Austin, for defendants.
21          MR. AIJAZ:  And could we identify
22   anyone on Zoom?
23          MR. HUMMEL:  Sure.  You've got Chelsea
24   Priest, Sidley Austin, and then in-house you've got
25   Katie Johnson, and here with me is Samuel Kitchens.
```

1 (Pages 1 to 4)

FTC v. Match Group, Inc., et al.                                                    7/13/2023

253

1  or Cancel Subscription were intending to cancel their
2  subscription; is that right?
3      A.  Well, there was change as well.  And under
4  that would have been an option to modify, I believe,
5  as indicated by the word "change".
6      Q.  Okay.  So even during the time where the
7  link said Change/Cancel instead of Manage
8  Subscription...
9          So -- so let's say during the time
10 where the Manage Subscription links said Change or
11 Cancel, what is the appropriate page at which -- what
12 would have been the appropriate page to treat a
13 subscriber as entering the cancellation flow?
14     A.  When they hit Cancel Subscription.
15     Q.  On the Manage Subscription page?
16     A.  Right, or Change/Cancel.
17     Q.  Right.
18     A.  Whichever they choose.
19     Q.  And why wouldn't -- at that time, why
20 wouldn't it have been appropriate to treat the
21 Change/Cancel link as being indicative of intent to
22 enter the cancel flow?
23     A.  Well, you have two options to choose from
24 once you're in there.  So you -- you can't know what
25 somebody's intending to do until they choose the path

254

1  that you're following, and that path begins when they
2  indicate they wish to cancel their subscription.  And
3  as long as there are additional forks, you don't know
4  which fork they're choosing until you choose the last
5  one, and the last fork is Cancel Subscription.
6      Q.  Okay.  And how did you calculate the success
7  rate?
8          And, again, this is related to the
9  match.com subscriber data.
10     A.  We looked at the enter -- the number of
11 people who entered the flow and Cancel Subscription,
12 and they either ended up successfully cancelling or
13 taking a save offer during that flow.
14     Q.  And you looked at this -- at the user level
15 anytime before their renewal; is that right?
16     A.  It's a subscriber --
17     Q.  Right.
18     A.  -- yeah, level.  Yeah.  So they entered the
19 cancellation flow and either took the save offer or
20 were able to successfully cancel before their next
21 thing renewed.
22     Q.  Did you consider analyzing how many sessions
23 resulted in a successful cancellation?
24     A.  I didn't look at session data.  Subscriber
25 was enough.

255

1      Q.  Why didn't you look at session data?
2      A.  The subscriber was enough because the
3  subscriber is the individual.  And, again, so if you
4  think about it -- here's a hypothetical for you, and
5  this is -- this is why we didn't do it.
6          Hypothetically, someone could go into
7  the flow and click Cancel on a Monday in order to
8  trigger a -- in order to trigger a save offer.  Or
9  maybe they're exploring.  Maybe they're considering
10 cancelling, but they're not ready yet.  And so a
11 subscriber, an individual subscriber, could do that
12 once, 100 times.
13         So if you looked at each individual
14 session, you know, a single person might do it 100
15 times, but with really only an intent to actually do
16 it once.  So we can't know what those intents are.
17 And because we don't know what we don't know, we can
18 only go with what we do know, which is that subscriber
19 at some point cancelled.  And so we look at it from
20 that level and not their individual sessions.
21     Q.  Do you have any data of how many sessions
22 are in any of the types that you've categorized?
23         In other words, how many sessions were
24 related to someone who clicked Cancel just to cancel
25 or to trigger a save offer or to see what the flow was

256

1  like?
2          Do you have any data relating to that?
3      A.  I don't.
4      Q.  Did you ask for any data relating to that?
5      A.  I did not.
6      Q.  Is there a way to calculate those numbers?
7      A.  My -- I don't know.  The data that I have is
8  the data I have, and that's what I use.
9      Q.  Okay.  Is it relevant to the simplicity of a
10 flow how many attempts on average it takes to complete
11 that flow?
12     A.  It can be.
13     Q.  When would it be?
14     A.  In the case of a usability study, for
15 instance, if you were to ask somebody to complete a
16 task and they weren't able to do it and then you ask
17 them to try again and again and again and again, and
18 then each time they -- they continue to fail, then you
19 would go "Oh, look, this is not going well."  Some
20 studies you might do that.  Generally, you would just
21 fail them at their first attempt and you move on.
22         So in other sessions, in -- in reality,
23 if it -- if you intend to do something and you have to
24 try a number of times to do it, it could -- you know,
25 you could assume some things from that, but ultimately

FTC v. Match Group, Inc., et al.

7/13/2023

257

1    all you're doing is assuming.  You don't actually know
2    unless you're doing a study and you can sit there and
3    ask them why.
4         So it's really rare that you would
5    either have that data and know what it meant because
6    you can't observe and ask.  Because when you do
7    observe and ask, you generally don't let them do
8    multiple attempts.  It's -- it's kind of a one and
9    done.
10        Q.  So you cannot say if a flow that takes more
11   attempts is more difficult than a flow that takes
12   fewer attempts?
13        A.  It's -- it's a tricky question and it's --
14   it's complicated because of the context involved.  And
15   you're asking me to hypothesize on some nebulous,
16   nonexistent -- two things, one that took X times and
17   one took X plus five times.  So it's generally not how
18   we run our studies.
19        Q.  Go ahead.
20        A.  It's difficult for me to answer.
21        Q.  Earlier when we looked at the Sauro's
22   article on measuring completion rate, do you recall
23   that he referred to completion rate by attempt?
24        A.  Yes.  We discussed that.
25        Q.  So when assessing this match.com population

258

1    data, why not assess it by attempt?
2         A.  There may be some confusion in what we're
3    talking about in the definition of "attempt" versus,
4    let's say, "errors".  So when you say "attempt," to
5    me, that's I've begun -- I've begun a task and I've
6    gotten to a point where I have failed that task.  So
7    now I stop, I reset, and now I start again.
8              And, honestly, I've never run a
9    usability study where we've allowed anybody to do
10   that.  You get one shot.  That's first attempt, okay.
11   So -- in a usability study.  In reality, we all have
12   an infinite number of chances to do an infinite number
13   of things.
14             But in a usability study sometimes you
15   will track errors.  So we wouldn't consider someone
16   who started from the homepage and then clicked on My
17   Profile instead of Settings and then went "Oh, that's
18   not right," and then went back and then clicked around
19   and then clicked Settings and guessed wrong and went
20   somewhere else.
21             We would consider that an indirect path
22   to completion if they were successful or an indirect
23   path to failure if they were not if you were counting
24   errors.  In our study we didn't.  It was pass/fail.
25   You did it or you didn't.

259

1         So does that answer your question?
2         Q.  Maybe.  So is there a way to quantify the
3    directness of a flow or the indirectness of a flow?
4         A.  You would count errors.
5         Q.  Could you count attempts in this, say,
6    sessions that entered the cancellation flow?
7              MR. HUMMEL:  Object, vague.
8         A.  I've never heard of a study being conducted
9    that would do that.
10        Q.  (By Mr. Aijaz)  Okay.  Are the number of
11   errors in a flow relevant to the simplicity of that
12   flow?
13             MR. HUMMEL:  Errors in a flow?
14   Objection, vague.
15             MR. AIJAZ:  Good point.
16        Q.  (By Mr. Aijaz)  Are the number of errors
17   that users make in attempting to complete a flow
18   relevant to the simplicity of a flow?
19             MR. HUMMEL:  Objection.  Vague, calls
20   for a legal conclusion.
21        A.  It's -- it's difficult to say.  We often do
22   track error count to gauge directness.  Sometimes we
23   don't if we just care about, can it be done?  It
24   depends on the context.
25        Q.  (By Mr. Aijaz)  What factors would affect

260

1    that analysis?
2              MR. HUMMEL:  Same objection, same --
3    vague on "that analysis."  You can answer.
4         A.  It would depend on, what questions are we
5    trying to answer?
6         Q.  (By Mr. Aijaz)  Okay.  The data analysis
7    that you conducted, does this apply -- is there any --
8    did you conduct any data analysis on the findability
9    of the flow?
10        A.  No, not outside whether or not they were
11   able to cancel or not.  If they were able to
12   successfully cancel, they found it.  If they didn't,
13   perhaps they couldn't.  In this -- in my study 91.5
14   percent of participants successfully cancelled --
15   cancelled.  Therefore, 91.5 percent found it to be
16   findable.  So that's an inference that can be made.
17        Q.  Okay.
18        A.  And of the 8.5 percent it's possible.  We
19   didn't -- again, we didn't analyze errors, but it's
20   also possible they found it and then just had some
21   other issues.
22        Q.  But you didn't review the videos to check?
23        A.  We did not.
24        Q.  We talked about some outside events that
25   could interrupt someone using the cancellation process

261

1  like a knock on the door, that type of thing.
2          Is there any source that you're aware
3  of that attempts to quantify that, what percentage of
4  people have a task interrupted because of such an
5  outside factor?
6      A. Not that I'm aware of offhand.  Probably is.
7      Q. But none that you're aware of today?
8      A. No.
9      Q. Paragraph 136 is the next page.  Actually
10 it's Page 73.  This is under the subheading Average
11 Time to Cancel.
12         It says "The meeting time for clicking
13 Cancel Subscription to completing the cancellation was
14 about 44 seconds;" is that right?
15     A. Yes.
16     Q. And that's the population median?
17     A. I'm sorry.  The population median?
18     Q. That's the median of the match.com
19 population...
20     A. Yes.
21     Q. ...is that right?
22         And this is something that you
23 attempted -- that your survey study attempted to
24 estimate; is that right?
25     A. What is your question?

263

1      A. No.  Not any publicly available generalized
2  data, no.
3      Q. Okay.  In Footnote 12 you described the
4  median time from password entry to cancellation as
5  about approximately 94 seconds.
6          Do you see that?
7      A. Uh-huh.
8      Q. What -- what pages does that begin and end
9  at?
10     A. So that would begin at the reauth. page --
11 sorry -- reauthorization page, which is accessed after
12 clicking Manage Subscription in your Account Settings.
13     Q. Your study, are you -- you analyzed the
14 median time to cancel for the participants in your
15 study; correct?
16     A. That is correct.
17     Q. And the time where that -- and the number
18 was --
19     A. 74 seconds.
20     Q. 74 seconds.
21         And what was the interval -- at the 95
22 percent confidence level, what was the interval?
23     A. Yeah.  So that may have a different
24 confidence level than the cancellation success rate,
25 but on average we targeted 95 percent for -- for

262

1      Q. So your -- did your survey study attempt to
2  estimate, among other things, the median time to
3  complete the cancellation process?
4      A. Yes.
5      Q. Okay.  You go on to say "A cancellation
6  process that has an average median time to complete of
7  only 44 seconds is simple and easy to use."
8          What is your basis for that?
9      A. My experience designing and testing websites
10 for 23 years.
11     Q. Any literature support that?
12     A. It's all relative.  One process might take
13 two hours that we considered simple.  Another process
14 might take two seconds and be considered difficult.
15 Again, it all depends.  And so I judged in my expert
16 opinion that in this case, given what was going on and
17 the different steps involved, that this was an
18 acceptable and actually pretty decent time.
19     Q. And have you ever assessed cancellation time
20 for another subscription site?
21     A. Again, I might have in the past of some
22 study I conducted.  Cancellation might have been a
23 part, but I don't recall it specifically.
24     Q. Are you aware of any data regarding
25 cancellation time for subscription sites?

264

1  everything or higher.
2      Q. This is on Page 63?
3      A. Yeah.  So there's the upper and lower
4  limits.  So on the median time it looks like it was
5  plus or minus -- well -- oh, yeah, because -- oh, no,
6  those are upper limits.
7      Q. So I'll answer what I think is puzzling you
8  for a second.
9          The lower limit and upper limit from a
10 median when you're looking at a confidence level, it's
11 not plus or minus a particular number -- right --
12 because you're looking at observations?
13         So instead it's a certain number of
14 observations away from the median; is that -- is that
15 correct?
16     A. So I'm trying to refresh my --
17     Q. Sure.
18     A. -- mind with this particular data here.  So
19 like starting at 114, I'm reading through that because
20 we have the chart.  And then -- yeah.  So what you're
21 saying is, it's not necessarily centered, yeah.
22     Q. And is -- is that your understanding?
23     A. I believe that's the case, yeah.
24     Q. Okay.
25         (Angela Zambrano enters the room.)

66 (Pages 261 to 264)

333

1          **How did you interpret potential**
2    **problems?**
3          A.  I interpret that as to basically what I do
4    in the -- in the line of what I do in my work every
5    day, which is solve them, right, which is the creation
6    of new design to enhance or change something.  So,
7    again, that wasn't part of my assignment, to redesign
8    the flow.  So that's how I interpreted that.
9          **Q.  Was it part of your assignment to suggest**
10   **ways to improve the flow or make it simpler?**
11         A.  No.
12         **Q.  Was it part of your assignment to solve what**
13   **you viewed as potential problems?**
14         A.  No.
15         MR. HUMMEL:  Okay.  I don't have
16   anything further.
17         MR. AIJAZ:  All right.  We're done.
18   Thanks so much.
19         MR. HUMMEL:  All right.  Thank you,
20   guys.  Off the record.
21         (Deposition concluded:  6:17 p.m.)
22
23
24
25

334

1          CHANGES AND SIGNATURE
2          WITNESS NAME:  BRANDON WARD
3          DATE:  JULY 13, 2023
4    PAGE LINE      CHANGE           REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

335

1          I, BRANDON WARD, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.
4
5
6          _____
7          BRANDON WARD
7    THE STATE OF _____)
8    COUNTY OF _____)
9
10         Before me, _____, on
11   this day personally appeared BRANDON WARD, known to me
12   (or proved to me under oath or through
13   _____) (description of identity card or
14   other document) to be the person whose name is
15   subscribed to the foregoing instrument and acknowledged
16   to me that they executed the same for the purposes and
17   consideration therein expressed.
18         Given under my hand and seal of office this
19   _____ day of _____, _____.
20
21
22
23
24         _____
24         NOTARY PUBLIC IN AND FOR
          THE STATE OF _____
25         COMMISSION EXPIRES:  _____

336

1          IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
2                     DALLAS DIVISION
3    FEDERAL TRADE COMMISSION,   )
                                 )
4        Plaintiff,              )
                                 )     CASE ACTION NO.
5        v.                      )
                                 )     3:19-cv-02281-K
6    MATCH GROUP, INC., a        )
     corporation, and MATCH      )
7    GROUP, LLC, formerly known  )
     as MATCH.COM, LLC, a        )
8    limited liability company,  )
                                 )
9        Defendants.             )
10         REPORTER'S CERTIFICATION
11         DEPOSITION OF BRANDON WARD
12              JULY 13, 2023
13         I, Brent Sturgess, Certified Shorthand Reporter in
14   and for the State of Texas, hereby certify to the
15   following:
16         That the witness, BRANDON WARD, was duly sworn by
17   the officer and that the transcript of the oral
18   deposition is a true record of the testimony given by
19   the witness;
20         That the deposition transcript was submitted on
21   August 2, 2023 to the witness or to the attorney
22   for the witness for examination, signature and return to
23   me by August 22, 2023;
24         That the amount of time used by each party at the
25   deposition is as follows:

84 (Pages 333 to 336)

Case 3:19-cv-02281-K   Document 250   Filed 11/06/23   Page 93 of 528   PageID 14189
Word
FTC v. Match Group, Inc., et al.                                                7/13/2023

337

```
 1        M. Hasan Aijaz - 07 HOUR(S):03 MINUTE(S)
          Chad S. Hummel - 00 HOUR(S):01 MINUTE(S)
 2
 3        That pursuant to information given to the
 4    deposition officer at the time said testimony was taken,
 5    the following includes counsel for all parties of
 6    record:
 7        That $_____ is the deposition officer's
 8    charges to M. Hasan Aijaz, for preparing the original
 9    deposition transcript and any copies of exhibits;
10        I further certify that I am neither counsel for,
11    related to, nor employed by any of the parties or
12    attorneys in the action in which this proceeding was
13    taken, and further that I am not financially or
14    otherwise interested in the outcome of the action.
15        Certified to by me this 2nd day of
16    August, 2023.
17
18
19
20
21
22        s/Brent Sturgess
          Brent Sturgess, CSR No. 3557
23        Expiration Date:  12/31/23
          Five Star Court Reporting
24        1225 North Loop West, Suite 327
          Houston, Texas  77008
25        Phone:  512-672-8674
```

85 (Page 337)

# Exhibit 76

1

2                    UNITED STATES DISTRICT COURT

3                   FOR THE DISTRICT OF TEXAS

4                         DALLAS DIVISION

5                            ---oOo---

6     FEDERAL TRADE COMMISSION,

7              Plaintiff,

8                  vs.              No. 3:19-cv-02281-K

9     MATCH GROUP, INC., a

      corporation, MATH GROUP, LLC,

10    formerly MATCH.COM, LLC, a

      Limited Liability Company,

11

              Defendants.

12    _____/

13

14

15

16                      DEPOSITION OF

17                   JENNIFER KING, PH.D.

                    ***CONFIDENTIAL***

18    _____

19               THURSDAY, JULY 27, 2023

20

21

22

23    REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

24    JOB NUMBER 6028094

25

                                            Page 1

1    A. Yes.
2    Q. So you think that people who click on the gear
3  icon intend to cancel?
4    A. No. Not everybody who clicks on the gear icon
5  intend to cancel.
6       But if you want to cancel, where -- you know,
7  you have to find a way to that portion of the site.
8    Q. Right. But what we're talking about,
9  Dr. King, is the percentage of people who intend to
10 cancel that can actually complete the task and cancel
11 their subscription.
12      How do you -- how do you ascertain somebody
13 who intends to cancel?
14      It's certainly not by clicking the gear icon.
15 Right?
16      In real life, I can't ascertain that by
17 clicking the gear icon.
18      MR. AIJAZ: Objection. Vague.
19 BY MR. HUMMEL:
20   Q. Am I correct?
21   A. Yes. At that point, I don't know.
22      If you click on the gear icon, you can click
23 on it for multiple reasons.
24   Q. Right.
25   A. It's simply the first step in the flow.
Page 130

1    Is that what you're talking about?
2    Q. Yes. But later, it becomes "Manage
3  subscription," and the FTC has argued in the case that
4  somehow that's nefarious. It's a theory.
5    MR. AIJAZ: Objection.
6  BY MR. HUMMEL:
7    Q. But I'm asking you where you would start or
8  how you would evaluate the question of a consumer who
9  intends to cancel and who succeeds.
10   MR. AIJAZ: Objection. Misstates facts and
11 scope.
12   MR. HUMMEL: I'm glad it misstates facts
13 because that's a crazy contention you're making.
14   Q. Do you see the problem?
15      You can't look at the web flows and make that
16 determination.
17   A. No, I --
18   Q. Do you agree with me?
19   A. No.
20   Q. Well, I --
21   (The reporter requested that people not speak
22      at once.)
23      MR. AIJAZ: And objection. Vague.
24      I don't know what the pending question is.
25
Page 132

1    Q. Absolutely right.
2       But I'm talking about how would you ascertain
3  intent to cancel because what we're trying to measure
4  here is, can consumers who are subscribers accomplish
5  the task, which is cancel?
6    A. All right.
7    Q. And you can't ascertain that by people who
8  click the gear icon. Is that true; can't start it
9  there?
10   MR. AIJAZ: Objection. Vague and scope.
11      THE WITNESS: So I would argue that you would
12 have to start once the consumer clicks on the
13 cancellation link.
14 BY MR. HUMMEL:
15   Q. So it's after "Manage subscription"?
16   A. Depending on what flow we're talking about.
17   Q. Not --
18   A. It varies. Right?
19   Q. Right.
20      So let's talk about the one where the link
21 says "Manage subscription."
22      Even there, you can't ascertain that a
23 consumer wants to cancel. Correct?
24   A. I'm sorry. 2016, it's changed in "Cancel
25 membership." Right?
Page 131

1  BY MR. HUMMEL:
2    Q. The pending question is: From the web flow,
3  just looking at the web flows themselves, how can you
4  ascertain for certain that a consumer who is
5  participating -- at what stage can you ascertain for
6  certain that a consumer is intending to cancel?
7    MR. AIJAZ: Objection. Scope.
8       THE WITNESS: I mean, the reason I am sitting
9  here, thinking about it, is that part of the question
10 is, how are they getting to this stage. Right?
11      You need to understand, you know, how it was
12 they were able to arrive here.
13 BY MR. HUMMEL:
14   Q. Right.
15   A. But from this point onward --
16   Q. What point? I'm sorry to interrupt you.
17   A. So I'm looking at 2016.
18   Q. Okay.
19   A. So Exhibit 5, 2016.
20   Q. All right.
21   A. So, you know, when you are looking at this
22 list, assuming you can identify the words "Cancel
23 membership," then if I were looking for data that
24 helped us understand whether I could track through the
25 process the cancellation numbers, I would likely start
Page 133

34 (Pages 130 - 133)

1  here because this is the only option I have on this
2  page that include the word "cancel," even though it is
3  bundled with another task.
4      Q. Which is "change"?
5      A. Which is "change."
6      Q. So you can't definitively say without looking
7  at data how many people who click on "Change/cancel
8  subscription" actually intend to cancel?
9      A. How many people.  No.  I cannot tell you
10  exactly how many people at this point.
11      Q. Okay.  What you can ascertain, though, is once
12  you get past the password page, there's a page that has
13  the option "Subscription status" or "Cancel
14  subscription."
15      Isn't it true that you can't know for sure
16  that a person is at least going into the cancellation
17  flow once they -- once they click that link "Cancel
18  subscription"?
19      And even for those people who cancel that,
20  some percentage might be just looking for a save option
21  because they know it's there.  Somebody's told them
22  it's there.  Right?
23      A. Okay.
24      Q. They get a better deal.
25      (The reporter requested that people not speak

Page 134

1      at once.)
2      MR. AIJAZ:  I think you were going to
3  rephrase.  Right?
4  BY MR. HUMMEL:
5      Q. Isn't it true that even when you get to page 3
6  of Exhibit 5 --
7      A. There's no page numbers.
8      Q. It's the third page in Exhibit 5 --
9      A. Okay.
10      Q. -- which is the -- presents consumers with a
11  choice of subscription status or cancel subscription.
12      Isn't it true that there is even a population
13  of consumers who would click "Cancel subscription" who
14  might not actually intend to cancel?
15      MR. AIJAZ:  Objection.  Calls for speculation.
16  No foundation.
17      THE WITNESS:  Right.  I -- what -- why would I
18  speculate that?
19  BY MR. HUMMEL:
20      Q. It's not speculation.
21      There are some consumers who click "Cancel
22  subscription," are there not, who intend to accept a
23  save offer?
24      MR. AIJAZ:  Objection.
25      THE WITNESS:  How would you know --

Page 135

1      MR. AIJAZ:  No foundation.
2      THE WITNESS:  How would you know that existed
3  there?  How would a consumer know that that was behind
4  that link?  Where would you find that information?
5  BY MR. HUMMEL:
6      Q. Word of mouth?
7      You can look skeptically if you want, but it's
8  true.
9      A. To the point where --
10      MR. AIJAZ:  There's no pending question.
11  BY MR. HUMMEL:
12      Q. Are you testifying that once -- is it your
13  opinion that once a consumer clicks on the "Cancel
14  subscription" button, that they -- 100 percent of those
15  people intend to actually cancel their subscription?
16      MR. AIJAZ:  Objection.  Scope.
17      THE WITNESS:  If you get to this page and you
18  want to cancel -- I mean, it would be highly likely
19  that you have elected to go down this path.  There are
20  few other options here.
21      You know, 100 percent of all consumers that
22  get to this page?  Maybe not.
23      Maybe there are some who have come here by
24  accident.  They're clicking "Subscription status."
25  They could be just confused and not sure where they

Page 136

1      are.  I mean, there are multiple possibilities.
2  BY MR. HUMMEL:
3      Q. Okay.  So my question is this:  Isn't it true
4  that the only way to actually accurately measure
5  consumers who intend to cancel, whether they can find
6  the icon and then proceed to successfully complete the
7  task, is to do a usability study?
8      MR. AIJAZ:  Objection.  Calls for speculation.
9  Incomplete hypothetical.
10      THE WITNESS:  Can you please read that back?
11      (Record read as follows:
12      "QUESTION:  Okay.  So my question is this:
13      Isn't it true that the only way to actually
14      accurately measure consumers who intend to
15      cancel, whether they can find the icon and
16      then proceed to successfully complete the
17      task, is to do a usability study?")
18      MR. AIJAZ:  Same objection.
19      THE WITNESS:  No, I don't think that is the
20  only way.
21  BY MR. HUMMEL:
22      Q. Can you please, in your expert opinion, give
23  me another way?
24      MR. AIJAZ:  Objection.  Scope.
25      THE WITNESS:  To some extent, you might be

Page 137

35 (Pages 134 - 137)

1  able to gauge this through observation.
2  BY MR. HUMMEL:
3     Q.  What does that mean?
4     A.  I mean through observing through data.
5     Q.  What data?
6        If -- let me just posit this, and then we'll
7  take a lunch break.
8        If you can't discern that a consumer wants to
9  cancel when they click the icon and you can't discern
10 that a consumer wants to cancel when they enter their
11 password and you can't discern that a consumer wants to
12 cancel, necessarily, 100 percent when they cancel --
13 when they click "Cancel subscription" on the next page,
14 how -- what data would you look at to find out a
15 consumer who intends to cancel can actually complete
16 it?
17       MR. AIJAZ:  Objection.  No foundation, and
18 it's an incomplete hypothetical.
19       THE WITNESS:  To the extent that you can track
20 user journeys through the interface, through
21 clickstream data, I am presuming, if that's -- I'm not
22 sure that's the right description -- then that would
23 give you at least some perception or some understanding
24 of the people who go from place to place to place in
25 terms of trying to understand successfully how people

Page 138

1  work through the flow.
2  BY MR. HUMMEL:
3     Q.  And in conducting your initial analysis, you
4  did no such analysis of click-through data.  Correct?
5     A.  I did not look at click-through data.
6        MR. HUMMEL:  Okay.  Let's take our lunch
7  break.
8        MR. AIJAZ:  All right.
9        (Lunch recess from 12:00 to 1:03 P.M.)
10       --o0o--
11       AFTERNOON SESSION
12       MR. HUMMEL:  Let's go back on the record.
13    Q.  Dr. King, you understand you're still under
14 oath?
15    A.  Yes.
16    Q.  Any reason you can't continue to give full and
17 complete and accurate testimony?
18    A.  No.
19    Q.  In your rebuttal report, you undertook an
20 analysis of purported complaints.  Right?
21    A.  Yes.
22    Q.  One of the sources of the complaints was the
23 FTC's Sentinel database.  Correct?
24    A.  Correct.
25    Q.  What's your understanding of what's contained

Page 139

1  in the Sentinel database?
2     A.  So, as I understand it, Sentinel is a large
3  database that gets complaints from multiple sources.  I
4  don't know if they're all government sources, but I
5  do -- it's my understanding that, in addition, people
6  who submit complaints to the FTC.  They may also come
7  from states' attorney generals.
8        I don't recall right now if they come from the
9  BBB, for example, but they may.
10       But I know it's a -- it's a catchall for a lot
11 of different sources.
12    Q.  It's a repository of complaints.
13    A.  Fair enough, yeah.
14    Q.  How did you go about selecting the complaints
15 that you reviewed from the Sentinel database?
16    A.  So we were provided with a file that, off the
17 top of my head, I don't remember how many thousands
18 were in there, but multiple thousands.
19       And -- hold on.  I want to find that page in
20 my report really quick to go through the process.
21    Q.  So the "FTC Complaints" section of your
22 rebuttal start at page 38.
23    A.  Thank you.  Right.
24       So based on my review of the Match complaints,
25 I put the text of those complaints through a program

Page 140

1  that demonstrated to me what were the most frequently
2  used keywords people discussed in those complaints, and
3  that's what you see on page 38.
4        So the most popular keywords that we looked at
5  were things like "confusing," "misleading," "auto
6  renewal."
7        So, then, we took those words and searched
8  the -- the file of complaints that we had.
9        And, as Mr. Langenfeld's report notes, the --
10 the file that I provided in my opinions to my rebuttal
11 had two extra complaints in it that weren't focused on
12 Match that I missed in terms of my copy -- I'm actually
13 in the process of verifying -- I'm concerned I copied
14 the wrong table out of my file.  So I'm in the process
15 of verifying that.  But I realize it contained two that
16 did not deal with Match.com directly.
17       But those were not referenced in this analysis
18 in my report.  I think it was a copy/paste error.
19    Q.  Are the 30 FTC complaints listed in your
20 Appendix A the only complaints you reviewed from the
21 Sentinel database?
22    A.  Well, and that's the other piece I'm trying
23 to --
24       When I put together the appendix, I think I
25 copied the wrong field because I know in here I note

Page 141

36 (Pages 138 - 141)

1           --oOo--
2       I declare under penalty of perjury that the
3   foregoing is true and correct.  Subscribed at
4   _____, California, this _____ day of
5   _____ 2023.
6
7   _____
8           JENNIFER KING, PH.D.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 234

1   M. Hasan Aijaz
2   maijaz@ftc.gov
3           August 10, 2023
4   RE:   Federal Trade Commision v. Match Group, Inc., Et Al.
5   7/27/2023, Dr. Jennifer King (#6028094)
6       The above-referenced transcript is available for
7   review.
8       Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  errata-tx@veritext.com.
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions
24
25
                                        Page 236

1       CERTIFICATE OF REPORTER
2       I, HOLLY THUMAN, a Certified Shorthand
3   Reporter, hereby certify that the witness in the
4   foregoing deposition was by me duly sworn to tell the
5   truth, the whole truth, and nothing but the truth in
6   the within-entitled cause; that said deposition was
7   taken down in shorthand by me, a disinterested person,
8   at the time and place therein stated; and that the
9   testimony of the said witness was thereafter reduced to
10  typewriting, by computer, under my direction and
11  supervision;
12      That before completion of the deposition,
13  review of the transcript [X] was or [ ] was not
14  requested/offered.  If requested, any changes made by
15  the deponent (and provided to the reporter) during the
16  period allowed are appended hereto.
17      I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  this cause, and that I am not related to any of the
21  parties thereto.
22
23  _Holly Thuman_
24
25  HOLLY THUMAN, CSR No. 6834
                                        Page 235

1   Federal Trade Commision v. Match Group, Inc., Et Al.
2   Dr. Jennifer King (#6028094)
3       E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Dr. Jennifer King                  Date
25
                                        Page 237

60 (Pages 234 - 237)

App. 1257

# Exhibit 77

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION

FEDERAL TRADE COMMISSION,    )    Case No. 3:19-cv-02281-K
                             )
          Plaintiff,         )    Dallas, Texas
                             )    November 8, 2022
v.                           )    9:00 a.m.
                             )
MATCH GROUP, INC., et al.,   )    MOTION TO COMPEL
                             )    [#133]
          Defendants.        )
_____)


                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE IRMA CARRILLO RAMIREZ,
                 UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

For the Plaintiff:          Reid Abram Tepfer
                            M. Hasan Aijaz
                            FEDERAL TRADE COMMISSION
                            1999 Bryan Street, Suite 2150
                            Dallas, TX  75201
                            (214) 979-9395

For the Defendants:         Chad S. Hummel
                            SIDLEY AUSTIN, LLP
                            1999 Avenue of the Stars,
                              17th Floor
                            Los Angeles, CA  90067
                            (310) 595-9505

For the Defendants:         Angela C. Zambrano
                            Taylor Bragg
                            Chelsea Priest
                            SIDLEY AUSTIN, LLP
                            2021 McKinney Avenue, Suite 2000
                            Dallas, TX  75201
                            (214) 981-3405

For the Defendants:         Samuel Kitchens
                            MATCH GROUP, INC.
```

2

```
 1   Recorded by:               Marie Gonzales
                                UNITED STATES DISTRICT COURT
 2                              1100 Commerce Street, Room 1452
                                Dallas, TX  75242-1003
 3                              (214) 753-2167

 4   Transcribed by:            Kathy Rehling
                                311 Paradise Cove
 5                              Shady Shores, TX  76208
                                (972) 786-3063
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                Proceedings recorded by electronic sound recording;
25                 transcript produced by transcription service.
```

**App. 1260**

1               DALLAS, TEXAS - NOVEMBER 8, 2022 - 9:08 A.M.

2               THE CLERK:  All rise.

3               THE COURT:  Please be seated.  All right.  We are

4    here in the matter of Federal Trade Commission versus Match

5    Group, Inc., et al.  This is Civil Action 3:19-cv-2281-K.  And

6    before the Court this morning is Defendant Match Group, Inc.'s

7    motion to compel discovery responses and production of

8    documents from Plaintiff Federal Trade Commission.  And I have

9    the joint submission filed by the parties on September 13th.

10      If counsel would please make their appearances for the

11   record.

12               MR. TEPFER:  Good morning, Your Honor.  Reid Tepfer

13   and Hasan Aijaz for the FTC.

14               THE COURT:  All right.

15               MR. HUMMEL:  Good morning, Your Honor.  My name is

16   Chad Hummel, H-U-M-M-E-L, Sidley Austin.  I'm here with my

17   colleagues Angela Zambrano, Chelsea Priest, Taylor Bragg, and

18   in-house at the Defendants, Match, Sam Kitchens is also

19   present.

20               THE COURT:  All right.  All right.  As we did last

21   week, I'm going to ask the parties to please remain seated for

22   purposes of the hearing.  I've got questions for both sides.

23   Please move the microphones close to you.  While I appreciate

24   that you stand, as how we do in federal court, we're still

25   trying to maintain social distancing, and the further away you

1    get from the microphone, the harder it is to hear and

2    understand.  So please stay close to your mics.

3        All right.  So I've got questions for both sides.  And

4    who'll be arguing on behalf of the Plaintiff?

5              MR. TEPFER:  I will, Your Honor.

6              THE COURT:  All right.  Any dispute, as we discussed

7    last week, with the party having -- with the party resisting

8    discovery having the burden?

9              MR. TEPFER:  No, Your Honor.

10             THE COURT:  All right.  Did I miss any affidavits or

11   evidence in support of the objections?

12             MR. TEPFER:  No, Your Honor.

13             THE COURT:  All right.  So it's just the -- just the

14   argument in the joint submission?

15             MR. TEPFER:  Yes, Your Honor.

16             THE COURT:  All right.  Let's -- we're going to work

17   through the joint submission.

18       All right.  With regard to Issue No. 1, Interrogatory No.

19   2, let's start with the first part.  Mr. Hummel, in reading

20   the response, while I agree that there are certainly some

21   things here that, under the case law in this district, are not

22   appropriate, and in particular the "subject to and without

23   waiving the foregoing objections" language, which was

24   specifically addressed by Judge Horan in the *Heller v. City of*

25   *Dallas* case, if I go on to the rest of the answer, it looks

1   like the Plaintiff has identified what it contends is not

2   simple about the process.  So tell me why this response is not

3   sufficient.

4           MR. HUMMEL:  I will, Your Honor.  And thank you.  Let

5   me answer your question first.  The response is not close to

6   sufficient.  As Your Honor knows, the allegation in the case

7   is that the Match.com online cancellation flow is not simple.

8   The interrogatory asked them, Describe -- Identify and

9   describe all features of the online cancellation flow that you

10  contend are not simple.  In response, on the merits, they say

11  the following.  It's -- and by the way, they don't say that

12  this is what they contend.  They say this is what purportedly

13  identified documents show.  We asked for their contentions,

14  which is perfectly permissible under the Federal Rules.  They

15  don't even respond to that.  But what they give is a number of

16  categories.  That it's hard to find.  Your Honor, what is hard

17  to find?  They don't even tell us.

18      Number two, there are too many clicks.  What does too many

19  mean?

20      Number three, it is difficult to understand.  What part of

21  the flow is difficult to understand?  There is no response.

22      It leaves consumers with the mistaken belief that they

23  have canceled.  What is that based on?

24      Number four, that there are -- that there is a save offer,

25  which is when you're almost done with the cancellation, they

1    say, hey, will you take a 50 percent discount?  Perfectly

2    permissible under FTC rules, but they say that creates --

3    somehow that's not simple.

4        We ask a survey:  Why did you cancel?  Again, perfectly

5    permissible, so long as it doesn't take unreasonable time to

6    complete.

7        And three, we ask an NPS survey, which is a Net Promoter

8    Score:  How would you rank Match.com on a scale of 1 to 10 in

9    terms of would you recommend it?

10       We require a password.  What's not simple about that?

11       And that it's misleading.  Well, what is misleading?

12       So, Your Honor, the answers actually beg more questions.

13   They do not identify what in particular about this flow is not

14   simple.  You can't find it in this response.

15       Not only that, Your Honor, they -- the key issues -- by

16   the way, the statute only says, ROSCA only says that a

17   cancellation mechanism must be simple.  That's it.  There is

18   no judicial gloss on this statute.  There is no -- there is

19   some limited FTC guidance on it.  But we asked specifically,

20   and they are required to meet the interrogatory as drafted,

21   what specifically is the problem?  And they won't tell us.

22   They say, here are a bunch of documents where internal Match

23   executives purportedly say it's not simple.  By the way, the

24   documents don't say that.  Not even close.  What they offer is

25   ways to improve the web -- the web flow.

1    So, Your Honor, that's in answer to your question.  But

2   the -- another significant problem is they object that this is

3   overbroad.  That should be overruled.  This is the heart of

4   the case that's remaining, Your Honor.

5    That it's vague.  If it's vague, then the statute is

6   vague, and we've got a real constitutional problem, which we

7   may anyway.

8    That it's unduly burdensome.  It's unduly burdensome for

9   the FTC to tell us what their case is?  I don't think so.

10    And that it's premature.  Hardly.  This investigation has

11   been going on four, five years, and they can't tell us within

12   a month or two of the close of fact discovery what is not

13   simple about our flow?

14    So, in short, Your Honor, the answer begs the questions.

15   Number two, they list documents that don't answer the

16   question.  And number three, they have objections that should

17   be summarily overruled.

18    And I'll make one other point, Your Honor.  They say, they

19   actually write this:  No part of this response should be

20   interpreted or construed as a limit on the materials or

21   arguments the FTC will present at trial.  Well, that

22   contravenes the very purpose of asking an interrogatory.  So

23   they know, they know that they haven't answered.  They know

24   they haven't answered.  Otherwise, they wouldn't have inserted

25   that objection, which is not an appropriate objection in any

1   event.

2        So I hope I've answered your question.  But let me just

3   focus on two things.  The issue ought to be, can people

4   cancel?  Is it an effective cancellation flow?  They don't

5   address that.  They don't address that.

6        Number two, how long does it take people to do it?  That

7   gets to RFAs, which are Requests for Admissions, which you've

8   seen.  This can be done in less than 30 seconds.  It is not a

9   complicated flow.  We need them to tell us specifically, your

10  flow takes nine clicks and that's too many.  They won't say

11  that.  You should ask, Your Honor, respectfully, why won't

12  they say it?  Why won't they answer this question?  This is

13  the heart of the case.

14       And this -- and I want to end with a practical note.  If

15  you were trying this case, if you were trying it from the

16  defense side, you wouldn't know what to meet based on this

17  interrogatory response.  If they contend that five is too many

18  clicks, okay, we'll deal with that.  We can have experts

19  address that question.  If they contend that it's hard to find

20  because people can't locate the Settings tab or because people

21  can't find the Manage Subscription part of the flow, that's

22  another thing.  But they don't tell us anything.

23       So, with respect, those categories, when you say it looks

24  like they've answered, they've answered, but with the word

25  that I like to use, it's pablum.  It's useless from a defense

1    perspective.  It doesn't tell us anything.

2        So, (a) objections overruled; (b) they need to meet the

3    response and they need to tell us something substantive.

4        Unless you have further questions, Your Honor, I tried to

5    answer your question.

6            THE COURT:  All right.  I don't see that the

7    Plaintiff is arguing any objections.  It looks like the FTC's

8    position is that it has adequately answered, not it's not

9    standing on its objections.  Is that correct?

10           MR. TEPFER:  No, Your Honor, we -- we've -- that's --

11   that is correct.  We believe that our response was sufficient.

12   You know, we identified the features that we're challenging.

13   The fact that Defendants are able to think of follow-up

14   questions doesn't mean that our response was inadequate.

15       And, you know, this is not mentioned in the briefing

16   because this just happened in the past couple of weeks, but

17   the Defendants had a 30(b)(6) witness -- or, deposition on

18   this exact issue, and defense counsel is quoting additional

19   evidence that we've given on our position.

20       So it's certainly not the case that we've been trying to,

21   you know, mislead or hide what we're challenging with our

22   response.

23           THE COURT:  Okay.  So, my -- I appreciate that, but

24   my question was simply on whether I'm ruling on your

25   objections, you're standing on your objections, or this is

1  simply a -- the issue is simply sufficiency of the answer.

2          MR. TEPFER:  We believe our objections are valid, but

3  our -- the focus on our response is the sufficiency of the

4  answer.

5          THE COURT:  All right.  So that's what I'm going to

6  rule on, is sufficiency of the answer.

7      All right.  Mr. Hummel, the question is, essentially, and

8  I'm paraphrasing here, but tell me why it's, you know, what --

9  it says, Identify and describe all features that make the

10  online cancellation flow not simple, as the term is used in

11  the statute.

12      And while I see that it could be a little confusing to say

13  your own documents identified the problems, it can also be

14  interpreted as saying that it's adopting that.  It's too hard

15  to find.  It takes too many clicks.  It's difficult to

16  understand.

17      If the interrogatory asked to identify and describe the

18  features that make it not simple, they've done that.  Have

19  they done that in the detail that you want?  Have they told

20  you the why?  The question is, before me, have they answered

21  what's been asked, and the response does.

22          MR. HUMMEL:  It doesn't, Your Honor, with respect.

23  What it does is it identifies what is found in our documents.

24  It doesn't tell us what the FTC is contending.

25      And too many clicks?  Your Honor, with respect, that's

1   meaningless.  What does that mean in the context of a statute

2   that only requires simple?  What does too many mean?  Is it

3   one, two, five, nine?  That's not a follow-up question.

4       And, Your Honor, I will point out that the interrogatory

5   also asks a description of what changes you contend would be

6   necessary to make the online cancellation flow simple.  They

7   are seeking injunctive relief in this case.

8               THE COURT:  Okay.

9               MR. HUMMEL:  What would their injunction say?

10              THE COURT:  All right.

11              MR. HUMMEL:  And that -- and that gets to the heart

12   of it, Your Honor.  And this is beyond the scope of a motion

13   to compel that we're asking you to rule on.  But, Your Honor,

14   --

15              THE COURT:  So let's not go there.

16              MR. HUMMEL:  Well, --

17              THE COURT:  I'm focusing on the motion.

18              MR. HUMMEL:  But it is, it is relevant to the

19   question.  How is a business supposed to know, from the FTC,

20   the Federal Trade Commission, this is the Federal Government,

21   telling businesses, your flow isn't simple enough because it

22   has too many clicks.  Well, is that -- as I've said before, is

23   that five?  Is it seven?  Is it nine?

24       It's hard to find.  What about it is hard to find?  That

25   is simply not a sufficient answer that allows the defense fair

1    notice of what to do at trial.

2         And with that, I'll submit, Your Honor.

3         THE COURT:  All right.  With regard to the issue on

4    the sufficiency of the answer as to whether they have -- the

5    Plaintiff has sufficiently identified the flaws -- I think

6    that's how you all described it, flaws, the features that make

7    it not simple -- I'm over -- I am denying the motion to

8    compel.  It's not the answer you want, but they have answered

9    the question asked.

10       Now, with regard to the second part on how to fix it, I

11   don't see any objection.  You tell me that you're going to

12   answer it as a separate -- a separate interrogatory, but the

13   answer to that interrogatory is here.  I don't have any

14   objections to that part.

15        MR. TEPFER:  Well, Your Honor, I believe that we did,

16   in the submission, note that that's -- you know, what is

17   necessary to fix a cancellation mechanism isn't even a

18   response -- well, for one, it doesn't go to the claims or

19   defenses.  That's -- it's not relevant to this case.

20       But even just practically speaking, that's really an

21   impossibility to answer.  There's a million ways that a flow

22   can -- a cancellation flow can be simple or not simple, and it

23   -- you know, it's -- we're not able to even answer that if we

24   wanted to.

25       As far as the injunctive relief, we can -- we can and have

 1    provided Defendants the injunctive relief we're seeking.  But

 2    in terms of like website design, that's far outside the scope

 3    of discovery and not something that we could realistically

 4    answer even if we wanted to.

 5         THE COURT:  Sure.  I understand the position and

 6    argument you made.  What I'm looking for is what objections

 7    were actually asserted and what I'm ruling on.  If there's no

 8    answer here, how are the objections that you're making today

 9    timely?

10         MR. TEPFER:  In the -- sorry, Your Honor.  I believe

11    that this -- I can find this in the response, but it's --

12         THE COURT:  Not the response.  I'm looking at the

13    joint submission.

14         MR. TEPFER:  On Page 7, --

15         THE COURT:  Okay.

16         MR. TEPFER:  -- let's see.

17         THE COURT:  Page 7?  Your argument starts at Page 6.

18    But where is the part of the -- where is the answer to

19    Interrogatory No. 8?  Where did you respond to the actual

20    question?

21         MR. TEPFER:  I'm sorry, Your Honor.  One moment.

22    We'll --

23         THE COURT:  Uh-huh.

24         MR. TEPFER:  -- find this real quick here.

25         THE COURT:  That was my issue, too.

1          (Pause.)

2               MR. TEPFER:  Your Honor, I believe it's in the

3     appendix on APP 69.

4               THE COURT:  Well, I'm -- where do you cite me to APP

5     69 in your part of the argument?

6               MR. TEPFER:  And I apologize, Your Honor.  I --

7               THE COURT:  I'm willing to rule on the issues you all

8     present, but if you look at the wording of my order on the

9     face-to-face and what should be in the joint submission, this

10    is where I'm going through and this is what I'm going from,

11    this is where I'm looking at what's left after the face-to-

12    face.

13              MR. TEPFER:  The -- so, our objection is described on

14    Page 7 of the joint submission.  Our actual response is in the

15    APP.

16         One issue that I would note, and this is addressed in

17    Footnote 1, you know, we -- there were some last-minute edits

18    made to this document.  So to the extent there were, you know,

19    revisions or deletions, you know, we -- we apologize for that,

20    but that was, you know, an issue of receiving an updated draft

21    at the -- at the last minute.

22         But, you know, I want to assure the Court we did address

23    this both in -- on Page 7 of the submission and our

24    interrogatory response does raise the issue of, you know, our

25    inability to answer that.  We'll find that in the response

1  itself.

2          THE COURT:  Okay.  Footnote 1 says:  "Online

3  cancellation flow" means the Match.com automated online

4  cancellation process.  So that doesn't tell me what you said

5  it does.

6      If I look at Page 3, no, Page 2, --

7          MR. TEPFER:  Sorry.  You're --

8          THE COURT:  -- that has your entire response to

9  Interrogatory No. 2, the third paragraph talks about the

10 issue.  It says you're going to answer it as request to

11 Interrogatory No. 8, but you never tell me -- you don't give

12 me No. 8.  You don't make any objections there.

13         MR. TEPFER:  Your Honor, --

14         THE COURT:  I'm not sure why -- what authority you

15 have to just separately create your own interrogatory.  So

16 what am I ruling on here?

17         MR. TEPFER:  Well, --

18         THE COURT:  Tell me, if I'm looking at your answer to

19 No. 2, --

20         MR. TEPFER:  Yes, Your Honor.

21         THE COURT:  -- where are the objections.

22         MR. TEPFER:  The -- so, Your Honor, I was mistaken in

23 the footnote cite.  That's Footnote 4 I was referencing.  The

24 answer, we answered on APP 70.  It's with the separate

25 interrogatory responses, where we state that it's not feasible

1  for the FTC to provide a description of every possible online

2  cancellation flow.  So it is included in the response, and

3  it's described on Page 6 to 7.

4      And, yeah, and it's -- the -- Interrogatory 8 is

5  referenced in our first paragraph of that response.

6          THE COURT:  Right.  It's referenced, but you never

7  tell me where it is.

8          MR. TEPFER:  I apologize, Your Honor.

9          THE COURT:  You don't give it to me.  So how do I

10  know, from reading this, that that's what I'm supposed to be

11  looking at?

12          MR. TEPFER:  I apologize, Your Honor.  It's -- the

13  same -- we include the same arguments in Page 6 and 7 of the

14  submission, but I apologize for not referencing the APP in

15  there.

16          THE COURT:  Isn't this the flip side of the issue the

17  other side had last week, wanting to argue what "all" meant

18  when it wasn't in the joint submission?  I mean, the same rule

19  is going to apply to both sides.

20          MR. TEPFER:  Well, Your Honor, I do believe the

21  argument is all in there.  I mean, that's a substantial

22  portion of our response on this issue.  You know, there isn't

23  -- and we -- we cite the interrogatory.  All that's really

24  missing here is the APP number.

25      But, you know, the FTC -- we state on Page 7 that the FTC

1  is not obligated to provide advice concerning how to fix its

2  cancellation flow.

3          THE COURT:  Okay.

4          MR. TEPFER:  And then, you know, we also state that

5  there's unlimited hypothetical simple cancellation mechanisms.

6      So perhaps I'm misunderstanding.  I mean, the issue

7  appears simply to be the APP cite was missing, but certainly,

8  you know, the answer and the arguments are all there.

9          THE COURT:  What's the authority for creating your

10 own separate interrogatory?

11         MR. TEPFER:  Your Honor, I -- I don't offhand know

12 what basis we have for that.  You know, so I can certainly

13 understand the Court ruling that this should have been

14 included in the original response.  But I think that the

15 issues that we raised in that response -- and we did provide a

16 full response concerning this issue -- I think those issues

17 are valid.

18     (Pause.)

19         THE COURT:  All right.  So you can't give any

20 authority for creating your own interrogatory.  You didn't

21 include the response to Interrogatory No. 8 that you contend

22 is responsive to this part of Interrogatory No. 4.  Tell me

23 how you haven't waived this part.

24         MR. TEPFER:  Well, Your Honor, we do specifically

25 reference Interrogatory No. 8, and we provide in the appendix

1   Interrogatory No. 8.  The only -- the only thing that appears

2   to be missing is the APP cite, and I don't believe that the

3   FTC should be held to have waived a very, you know, important

4   right simply on the basis of having missed or having omitted

5   the APP cite.  The same arguments are made in both the

6   interrogatory response and the -- and our joint submission.

7   So it's all there.

8       You know, I certainly understand the Court, you know,

9   believing that we should not have created a separate

10   interrogatory.  We simply wanted to give notice to the fact

11  that we believe these are separate interrogatories and should

12  be counted as two interrogatories.

13          THE COURT:  Okay.  This isn't about my belief.  I'm

14  looking for legal bases here.

15          MR. TEPFER:  Yes, Your Honor.

16          THE COURT:  So, you can't give me a legal basis for

17  treating it this way.  My order for the joint submission

18  specifically says, list and brief whatever issues are -- I'm

19  ruling on.  You don't really separately point me to any

20  objections.  It's there.  282-page appendix.  So I'm supposed

21  to go looking for this, I suppose.

22          MR. TEPFER:  No.  I'm sorry.

23          THE COURT:  I mean, do --

24          MR. TEPFER:  I certainly -- I certainly understand.

25  That was an oversight on our part to not have the APP.  But we

1   very -- very much briefed this issue in the -- in the joint

2   submission.

3            THE COURT:  But do you see how it looks like you

4   briefed an objection that wasn't raised in the answer to

5   Interrogatory No. 2?  Because if it wasn't timely asserted,

6   it's waived, right?

7            MR. TEPFER:  I'm sorry.  Would you -- would you mind

8   repeating that, Your Honor?

9            THE COURT:  Isn't -- doesn't the case law

10   specifically -- well, the Rules actually say that any

11   objection not timely asserted is waived.  There's a Fifth

12   Circuit case, *In re Grant*, I believe, that says that as well.

13       So if I'm looking at this, I see no objections to No. 2,

14   and briefing on an objection that's not been asserted.  Do you

15   see how it looks like there's no objection to this part of No.

16   2?

17            MR. TEPFER:  I can understand that, Your Honor, but I

18   believe that -- I believe that it's clear from both the

19   briefing and our response that, you know, we asserted this,

20   this objection.

21            THE COURT:  Well, if I'm looking at your response,

22   and it's on 6 and 7, right, Page 6 and 7 of the appendix?  I

23   mean, I'm sorry, of the joint submission?

24            MR. TEPFER:  Yes, Your Honor.

25            THE COURT:  Okay.  Sentence No. 3 says, The FTC is

1  not obligated to provide an explanation.  It's already

2  explained its position in response to similarly-worded

3  Interrogatory No. 8.

4      Where here on 6 and 7 do you tell me that you've objected

5  to it on the basis of relevance, which is what your answer

6  says on Page 72 of the appendix, not Page 70, --

7          MR. TEPFER:  Uh, --

8          THE COURT:  Um, --

9          MR. TEPFER:  I believe that's -- the two paragraphs

10 on Page 7 are addressing that issue by stating that the FTC is

11 not obligated to provide advice and noting -- and the second

12 paragraph notes the impossibility of even responding.

13         THE COURT:  I understand.  It's a very -- it's a good

14 argument.  But rules are rules.  Tell me where -- and the

15 order is the order.  Tell me where you've specifically advised

16 the Court that you've objected to this on the basis of

17 relevance.  Because the only language I see, not obligated to,

18 which I'm having trouble converting into a legal basis or an

19 objection.

20         MR. TEPFER:  Well, Your Honor, I suppose that it is

21 true that we did not use the word relevance, but I believe

22 that the description of our objection makes clear the basis

23 of, you know, of our objection, that it's the relevance, that

24 it's outside of the claims and defenses.

25     But I, you know, I certainly appreciate the Court's

1   position that it is not -- that specific word is not used.

2   But I believe our objection is clear and was understood by the

3   Defendants.

4        THE COURT:  I don't believe it's my position.  I am

5   looking for the word relevance.  I'm having trouble saying "We

6   don't have to give them this answer" is the same as "The

7   information requested is not relevant."

8      Now, I'm not trying to give you a hard time.  I'm not

9   trying to make this difficult.  I'm trying to rule on the

10  validly-asserted objections, and I'm having a hard time

11  deciphering what they are.

12     And if it makes both sides feel any better, I'm going to

13  go back and make changes to my face-to-face order, because it

14  needs to be clarified.

15        MR. TEPFER:  Your Honor, on Page 70, we do -- of our

16  actual response -- I understand it's not that we created the

17  separate -- you know, and I understand we should have

18  addressed that in the same interrogatory.  But, you know, we

19  describe -- we describe the issues.  We, you know, cite to

20  Interrogatory 8 in our response.  And Interrogatory 8 begins

21  by stating that the interrogatory seeks irrelevant

22  information.

23     You know, I certainly appreciate that it creates a burden

24  for the Court to not -- you know, to cite the interrogatory

25  without including the APP, and, you know, I will -- I believe

 1   we need to be more careful about that going forward.  But in

 2   terms of did we make clear that the objection was relevancy,

 3   in the response itself, you know, we state that they seek

 4   irrelevant information.

 5          THE COURT:  Okay.  Page 70 of what?

 6          MR. TEPFER:  Of the joint appendix, which has our --

 7   the response at issue, Interrogatory No. 8, which is cited on,

 8   I believe, Page 6 of the joint submission.

 9       (Pause.)

10      THE COURT:  All right.  (Pause.)  Document 136 is my order

11   for the face-to-face.  And on Pages 2 and 3, under Joint

12   Submission, it says, The joint submission must include only an

13   item-by-item listing of each specific issue, discovery

14   request, deposition topic, and/or corresponding objections

15   that was alleged in the motion and that remains in dispute

16   after the face-to-face conference.

17      And I call those disputed requests.

18      Disputes that have been resolved during the parties' face-

19   to-face conference should not be included in the joint

20   submission.  Only those issues or discovery requests or

21   objections that are listed in the joint submission will be

22   considered.

23      Where in your joint submission do you list relevance as an

24   objection remaining for me to rule on?

25          MR. TEPFER:  Well, Your Honor, respectfully, I would

1   suggest that the, you know, joint appendix should be

2   considered, given that it's incorporated by reference to

3   Interrogatory No. 8.  I would -- and that it's, you know, I

4   believe on Page 7 very clearly described, although the word

5   relevance is not used.

6           THE COURT:  Okay.

7           MR. TEPFER:  For example, we state, you know, MGI's

8   liability, quote, does not turn on the FTC's opinion about,

9   you know, how hypothetically Match should allow subscribers to

10  cancel.  It's, you know, the description of relevance.

11          THE COURT:  I'm not sure that's the description of

12  relevance that I'm familiar with under the case law.

13          MR. TEPFER:  And Your Honor, I apologize if, you

14  know, we misunderstood the order.  I thought we had, you know,

15  by, you know, it states issues or objections.  I thought those

16  were different ways of, you know, that we could, I guess, you

17  know, outline the various issues.  But it was not my

18  interpretation of the order that, you know, the specific

19  objection, that, you know, for example, relevance had to be

20  stated that precisely.  I thought we gave both fair notice to

21  the Defendants of our objection with our description and in

22  the response.

23          THE COURT:  I got it.  You think my order is bad.

24  I'm going to go back and fix it.  I said that.

25      But in terms of identifying the objection that I'm ruling

1   on -- I understand your position.  And I've got a question for

2   the other side.  But I could not tell from your joint

3   submission that relevance was an issue that you were

4   specifically wanting me to address or an objection that you

5   were specifically wanting me to address.  It just said, we

6   don't have to.

7       All right.  I heard a lot, Mr. Hummel, last week I heard a

8   lot about how the extended discovery the FTC was seeking was

9   not warranted because these practices were not being used any

10  more, that you'd filed an affidavit that the specific

11  processes at issue were no longer in use.  So if they're no

12  longer in use, and how to fix it is not necessarily an issue

13  or claim or defense, how is it relevant?

14      MR. HUMMEL:  Respectfully, Your Honor, there are

15  three issues.  The first one is the online cancellation flow.

16  That is a live issue in the case.  That is Count Five.  That

17  cancellation flow is still in use.  Okay?  The FTC is seeking

18  injunctive relief on that flow.

19      The two practices, Counts Three and Four in the complaint,

20  that have been discontinued since mid-2019, according to the

21  FTC's own complaint, are the guarantee and the chargeback

22  policy.  Those have nothing to do with the cancellation flow.

23      Interrogatory No. 2, which we're dealing with, and this

24  alleged Subpart 8, is a live issue in the case.  It's,

25  candidly, one of three live issues in the case that remain.

1   And we're going to talk about all those today.

2       So, with respect to the guarantee -- with respect to the

3   cancellation flow, what Your Honor, I take it, did with

4   respect to the first part of Interrogatory No. 2 was overrule

5   the objections and say that the response was sufficient.  I

6   take it that's what Your Honor did.

7           THE COURT:  No.  I specifically said, I believe --

8   I'll have to look at the transcript, but I believe I

9   specifically said I wasn't ruling on the objections because

10  the Plaintiff's position was that they were standing on the

11  sufficiency of the answer, so I didn't need to look at the

12  objections, that I was determining whether the answer was

13  sufficient.

14          MR. HUMMEL:  As long as those --

15          THE COURT:  Is that not what I said?

16          MR. HUMMEL:   I believe that's what you said, Your

17  Honor.  But, but, we can't go to trial with an interrogatory

18  that has those objections in it.  If they're withdrawing them,

19  that's fine.  If that's what is being -- is being decided here

20  today, that's fine.  What we can't do is go to trial and have

21  them say, well, we objected on burdensomeness and we're not

22  going to be bound by this answer, these answers, at trial.

23  If it's very clear on the record that they're not standing on

24  those objections anymore, we accept Your Honor's order,

25  although I disagree with it.  But it's very clear that we want

1    those objections overruled or withdrawn.  That's one.

2         Part two.  Part two, which is clearly a central issue in

3    the case, is the injunctive relief the FTC would seek with

4    respect to the Count Five cancellation flow issue.  And they

5    have never told us in a sworn response what the injunctive

6    relief is they're seeking.  In other words, what are the

7    problems and how do you fix it?

8         It is simply not adequate for any Defendant or a company

9    trying to run its business to say the flow is hard to find.

10   We need the specific injunctive relief.

11        And Your Honor, if you look at Appendix 70, which they

12   referenced for you, which is their answer to what they self-

13   created as Interrogatory No. 8, without authority, they do say

14   that they have, if you look -- tell me, Your Honor, if you can

15   have that in front of you.

16             THE COURT:  I have it.

17             MR. HUMMEL:  All right.  If you look at the second

18   paragraph:  Furthermore, the changes to the online

19   cancellation flow that the FTC would find acceptable in a

20   settlement -- that's not what we asked.  They're seeking

21   injunctive relief.  Then they go on to say:  Last, the FTC has

22   already described, repeatedly and in detail, specific problems

23   with online cancellation flow.  And then they reference the

24   answer to Interrogatory No. 2.

25        Now, we all can sit in this courtroom, but nobody could

1    say, sitting in this courtroom, that they have answered what
2    are the problems with the flow specifically -- wait, I'm
3    trying to find the words -- repeatedly and in detail.  So this
4    reference back to their response to the first part of No. 2,
5    that's inadequate.
6        Your Honor, we're asking the FTC -- we're asking the Court
7    to order the FTC to tell us the injunctive relief they're
8    seeking with respect to the cancellation flow.  It's centrally
9    relevant.  It's not irrelevant.  It's not hypothetical.  It's
10   real world.  In fact, it's the exact opposite of hypothetical.
11   So it is clearly relevant, and they have to tell us.
12       And, by the way, they do say, waiving the relevance
13   objection, in my view, they do say, The FTC contends that an
14   adequately disclosed one-click cancellation process would be
15   simple.  If that's their position, we can try the case.  But
16   it's surrounded by verbiage that makes it -- that is improper
17   objections that should be overruled, including relevance, and
18   they should be ordered to answer.
19           THE COURT:  All right.  I understand what you're
20   saying you need and want in order to try your case.  I am
21   looking at the language of your interrogatory.  You are
22   demanding today a level of specificity that is not requested
23   in your interrogatory.  I'm looking at what you have asked.
24   You've asked them to identify the features that they contend
25   make it not simple, and how to fix it.  The issue, we're

 1    looking at flaws and fixes, both parts of Interrogatory No. 2.

 2    I've already ruled on the first part.  If you've asked them to

 3    identify what makes it not simple, I believe the answer does.

 4    Does it go into the detail that you've asked for today?  No.

 5    But your question doesn't ask for that level of detail.  It

 6    asked for an identification of the flaws.  So I'm done with

 7    that part of it.

 8        I do note and I asked at the beginning of this hearing

 9    whether Plaintiff acknowledged that it had the burden to meet

10    its objections.  It does not dispute that.  The case law in

11    this district supports it, as well as the Fifth Circuit's

12    opinion in *McLeod*.  So this is simply, in my mind, simply an

13    issue of has the question been answered, has the Plaintiff

14    supported the objections that I'm ruling on today?  And the

15    answer to that on the second part is no.

16            MR. TEPFER:  Your Honor, would you -- as for the

17    second part, do you mean the -- the fixes --

18            THE COURT:  The fixes.

19            MR. TEPFER:  -- issue?

20            THE COURT:  Yes.  The fixes issue.  I can't find

21    you've met your burden here.  I can't even tell what your

22    objection is, and you're citing back to a response that you

23    didn't give, even looking at your response.

24        Now, you went ahead and answered No. 2, despite the

25    objections.  You told me you're not arguing your objections.

1              MR. TEPFER:  Well, --

2              THE COURT:  So I don't see a reason not to overrule

3     the objections, since we're looking solely at the sufficiency

4     of the answer.

5              MR. TEPFER:  Your Honor, just to -- if I can clarify

6     just a couple of issues.  The -- you know, we -- our position

7     is that our answer was adequate, but that we, you know, but

8     not that our -- we necessarily withdrew our objections.  Just

9     that we believe our answer was -- that we adequately

10    responded, despite the objections.

11             THE COURT:  Okay.  I'm going to stop you right there,

12    because we've been going for some time and we're still on the

13    first one.

14             MR. TEPFER:  Yes, Your Honor.

15             THE COURT:  All right.  You have the burden to meet

16    your objections.  You haven't presented any argument on your

17    objections.  Your argument is limited to the sufficiency of

18    the answer.

19        Because you've not even argued your objections on the

20    flaws, I can't find that you've met your burden.  You've not

21    even presented any argument on them.  You've stood on the

22    sufficiency of your response.  Therefore, I don't see a reason

23    not to overrule the objections.

24             MR. TEPFER:  Your Honor, if I could respectfully

25    disagree.  I believe most of our response is about the

1    irrelevance of -- of the --

2         THE COURT:  Of the flaws?

3         MR. TEPFER:  Yes, Your Honor.  The -- you know, after

4    -- I believe all of Page 7 concerns the fix -- I apologize,

5    Your Honor.  The fix.  You know, Defendants --

6         THE COURT:  I'm talking about the flaws.

7         MR. TEPFER:  Oh.  Sorry.

8         THE COURT:  All right.  Let's -- all right.

9    Interrogatory No. 2 is about the flaws and the fix.  You've

10   broken it up that way in the joint submission.  With regard to

11   the objections to the flaws, --

12        MR. TEPFER:  Yes, Your Honor.

13        THE COURT:  -- you told me earlier you were standing

14   on the sufficiency of your answer.  There's no argument at all

15   presented on any objections to the part of the question about

16   flaws.  Is that correct?

17        MR. TEPFER:  Yes, Your Honor.  I misunderstood.  I'm

18   sorry.

19        THE COURT:  All right.  So is there any reason not to

20   overrule those objections as to the flaws?

21        MR. TEPFER:  No, Your Honor.  I apologize.  I was

22   misunderstanding.

23        THE COURT:  Yes.  All right.  So the objections as to

24   that portion of the interrogatory are overruled.  I'm finding

25   that the answer to the interrogatory, as asked, as part of the

flaws, is sufficient.  So I'm denying the motion to compel.

I'm overruling the objections to that portion, but I'm denying

the motion to compel.  They've answered it.

Now, with regard to the fix part, I don't see where you

have argued relevance in the joint submission, even if I look

at the part of the appendix that you've cited me to for the

first time today.  If the other side -- I understand.  How you

fix it is not necessarily relevant to a claim or defense.  But

the other side has pointed out the fact that it does go to the

scope of any injunctive relief.  And given the answer on Page

-- and I'm calling it Page 72; I use the blue numbers at the

top so that I can look at the page as opposed to having to

come down to the bottom of the page -- I agree that there is

some relevance to it.  So I am -- I am going to grant the

motion to compel as to the fixes part, for the fix part of

Interrogatory No. 2.  What you called Interrogatory No. 8,

which I still don't understand, well, there's not been any

legal basis provided for doing it this way, but I am -- I'm

ordering a response from the FTC.

All right.  Let's move on to No. 2.  As I understand it

from the joint submission, going to Page 19, the objections

I'm ruling on are relevance, vagueness, and ambiguity.  Is

that correct?

MR. HUMMEL:  Your Honor, what specific discovery

request are we talking about?

| | |
|---|---|
| 1 | THE COURT:  Requests for Admissions 40 through 43. |
| 2 | MR. HUMMEL:  Okay.  Thank you, Your Honor. |
| 3 | THE COURT:  I'm sorry.  It's the second part of Issue |
| 4 | No. 1. |
| 5 | MR. HUMMEL:  Yeah, it's Page 7. |
| 6 | THE COURT:  Page 7.  And the FTC's position starts on |
| 7 | Page 12.  Line No. 2:  Relevance, vagueness, and ambiguity. |
| 8 | Those are the objections I'm ruling on; is that correct? |
| 9 | MR. TEPFER:  Yes, Your Honor. |
| 10 | THE COURT:  Okay.  Any others? |
| 11 | MR. TEPFER:  No, Your Honor. |
| 12 | THE COURT:  Okay.  As I understand it, these requests |
| 13 | for admissions are dealing with the online cancellation flow, |
| 14 | which was -- |
| 15 | MR. TEPFER:  Your Honor, one correction, if I could |
| 16 | just note.  It's also -- the FTC does not have adequate |
| 17 | information to admit or deny.  So that was another basis.  I |
| 18 | just wanted to be clear. |
| 19 | THE COURT:  Okay.  But that's not a legal objection, |
| 20 | correct? |
| 21 | MR. TEPFER:  No, Your Honor. |
| 22 | THE COURT:  Okay.  Now, these requests are limited to |
| 23 | the online cancellation flow.  Everybody knows what that is, |
| 24 | right, that that deals with a specific issue in this case? |
| 25 | MR. TEPFER:  Yes, Your Honor, with one clarification, |

1    that there are -- there were multiple versions of the online

2    cancellation flow over time, and the RFAs did not specify a

3    particular version of the online cancellation flow.  So we

4    under -- we understand what they're referencing, but not, for

5    example, a time period or a specific version of the online

6    cancellation flow.

7              THE COURT:  Tell me where that is in your objections

8    listed on Pages 7 to 8.  Because I don't remember anything

9    about you can't tell which version they're talking about.

10         (Counsel confer.)

11             THE COURT:  And as I read the cases you've cited,

12   *Abbott*, *Morley*, and *Buchanan*, this talked about hypotheticals

13   unrelated to the facts in the case.  Here, they're talking

14   about the specific cancellation flow at issue in the case.  So

15   why aren't those cases distinguishable?

16             MR. TEPFER:  Well, Your Honor, the reason that we

17   believed that this was hypothetical is it appears -- well,

18   it's unclear to us whether they're referencing real users or,

19   you know, a hypothetical user.  So that's, that's the basis

20   that we believed that they're asking for, you know, what --

21   how long would it take a potential hypothetical user to

22   cancel.

23             THE COURT:  Okay.  But, unlike in those cases, there

24   is an actual connection to the facts of this case because

25   they're talking about the specific process at issue in this

1   case, correct?

2           MR. TEPFER:  Yes, Your Honor.

3           THE COURT:  Okay.  So, in my mind, that disposes of

4   the relevance objection.  How would it not?

5           MR. TEPFER:  Your Honor, I certainly understand that

6   position.  My, you know, my thought was that because it

7   doesn't even appear that they're referencing actual users,

8   merely that somebody who may or may not be a Match.com user is

9   able to do that, that's -- that was the basis of our position.

10          THE COURT:  Okay.

11          MR. TEPFER:  And, you know, the fastest time that an

12  individual could do it versus the average time, you know, that

13  seemed to be a different issue.

14          THE COURT:  And you all are jumping ahead to the

15  ultimate --

16          MR. TEPFER:  I apologize.

17          THE COURT:  -- issues in the case.  No, no, I'm

18  talking about -- I understand your arguments.  I understand

19  your arguments.  We're here in the context of discovery.  Got

20  a request for admission.  You've got a duty to admit, deny, or

21  explain why you can't admit or deny.  Right?

22          MR. TEPFER:  Yes, Your Honor.

23          THE COURT:  Okay.  That's what I'm looking at.  How

24  it will be used at summary judgment or at trial, not at issue.

25  I'm looking at your question.  Did you answer it as the rules

**App. 1292**

1   require?  That's all I'm doing here.

2           MR. TEPFER:  Yes, Your Honor.

3           THE COURT:  All right.  So, because it relates to --

4   can we agree that, because it relates to one of the processes

5   at issue in this case, it is relevant?

6           MR. TEPFER:  Yes, Your Honor.

7           THE COURT:  All right.  Now, I understand your

8   objections about vagueness and what kind of person, but don't

9   you have to be a Match.com user in order to cancel your policy

10  or your membership?

11          MR. TEPFER:  Yes, Your Honor, but the -- the evidence

12  that had been presented to us on this issue, and which, you

13  know, which is referenced by the Defendants, I believe, in

14  their section, is a video of one of their employees clicking

15  through the cancellation mechanism.  So that, you know, that

16  to us didn't constitute any evidence to come to that

17  conclusion.

18      And in fact, you know, we understand we have a due

19  diligence burden to, you know, to answer these

20  interrogatories, but we simply don't have -- the Defendants

21  have never pointed us to evidence concerning actual users that

22  would obligate us to admit any of this.  It seems that it's an

23  open question.

24      And Defendants have suggested, you know, that we have a

25  due diligence obligation to, you know, conduct an extensive

1    survey concerning an aspect of the cancellation mechanism that

2    we're not actually challenging, as, you know, our response to

3    Interrogatory 2 made clear.

4            THE COURT:  All right.  Again, you're making the

5    arguments for the jury here to me.  Did you answer the -- I

6    understand you're going to --

7            MR. TEPFER:  Your Honor, --

8            THE COURT:  Why you think you shouldn't have to

9    answer it.  But if I'm ruling on vagueness and ambiguity now,

10   it's the only two objections I've got left here, --

11           MR. TEPFER:  To address the vagueness issue, you

12   know, it's not clear, are they talking about, you know, are

13   these consumers who have read the -- read the prompts?  Are

14   they, you know, where does the cancellation flow begin?  You

15   know, that's an issue that has been, you know, of some

16   dispute.  So, you know, I do believe, as written, they are

17   vague.  But I apologize for jumping ahead to the admit or deny

18   issue.

19           THE COURT:  Okay.  Well, and that's part of the

20   problem here.  You've got a lot of objections here that you're

21   telling me you can't -- well, don't you have a duty if you are

22   able to admit part of it or to answer part of it and deny the

23   rest and explain why you can't admit or deny?  And we're going

24   to get to that with some of the later ones.  How does your

25   answer tell me specifically -- actually, I can't tell what the

1    answer is.

2           MR. TEPFER:  Well, Your Honor, I don't believe there

3    -- I certainly agree that, you know, parties have an

4    obligation to admit or -- to admit any part that can be

5    admitted, but the issue is that there isn't any aspect of this

6    that we can admit or deny because we simply don't know how

7    long it takes consumers to cancel.  We've not tested this.

8    Defendants haven't pointed us to evidence concerning how long

9    it takes consumers to cancel.  So it -- you know, we don't

10   know how long it takes consumers to even find the flow.  So

11   that, you know, that's just, to us, that's an open question.

12   If Defendants have evidence of this, you know, they can of

13   course present that or cite it to us to get us --

14           THE COURT:  It's your case.  You brought this case.

15           MR. TEPFER:  Yes, Your Honor.  We're not --

16           THE COURT:  The issue in this case is whether this

17   process is simple.

18           MR. TEPFER:  But not -- not how long it takes to

19   cancel.  That's not an issue that we're challenging.

20           THE COURT:  True.  But didn't you concede somewhere,

21   and I'll go and find it, that -- let's see.  Is how long it

22   takes maybe a way to look at whether this is simple or not?

23           MR. TEPFER:  Certainly there's, you know, as I

24   mentioned, there's thousands of factors that can be relevant.

25   So this is certainly one.

1        But it wouldn't be a -- I feel that it wouldn't be a

2   reasonable reading of the due diligence requirement for us to,

3   you know, have to conduct surveys based on each of those

4   various factors just because Defendants ask an RFA about it.

5   We certainly will check, you know, any records or evidence we

6   have on the issue, but for us to determine this would -- you

7   know, that's a very difficult process to determine.

8            THE COURT:  Okay.  I'm not asking you to conduct

9   surveys.  I'm asking whether it's possible to answer this

10  question.  I understand you will argue later on that how long

11  it takes -- they're going to argue that the fact that it takes

12  this amount of time is evidence of its simplicity.  You're

13  going to argue that that's not the only factor to be

14  considered.  Got it.

15           MR. TEPFER:  Yes, Your Honor.

16           THE COURT:  Got it.

17           MR. TEPFER:  And how -- but my question is, how would

18  we -- how would we determine this if not from testing actual

19  users?

20           THE COURT:  Well, I'm not going to tell you how to

21  answer this.

22           MR. TEPFER:  Yes, Your Honor.

23           THE COURT:  That's not my role here.

24           MR. TEPFER:  Yes, Your Honor.

25           THE COURT:  But you've told me today they provided

1  you evidence, some evidence of this.  The purpose of requests

2  for admissions is to narrow the evidence, to narrow the

3  issues.

4       MR. TEPFER:  Your Honor, they presented us what they

5  purport to be evidence of this but which we contend is not

6  evidence, and it's certainly not, even if it were evidence,

7  it's certainly not evidence sufficient for us to admit or deny

8  it.

9       THE COURT:  All right.  Then how do you explain --

10  tell me how your answer explains that.  You say, "based on

11  these ambiguities."

12       MR. TEPFER:  Your Honor, we state on Page 13 in the

13  last paragraph that the FTC has no data concerning this at

14  this time, and to the extent any such data currently exists it

15  would be in MGI's possession.  So that's -- I believe that's

16  what we intended to get at, that, you know, we don't have data

17  that would help us determine how long it takes a real

18  Match.com user to do this.

19       THE COURT:  All right.  I'm overruling your relevance

20  objection.  I've already -- I've already done that.  In fact,

21  I think you even essentially conceded that at the bottom of

22  Page 12, so I'm not sure why it was listed as one for me to

23  rule on, but there it is.

24     The way that you have phrased your -- argued your

25  vagueness objection, I understand it, but I don't necessarily

1   think that that means that you can't answer this interrogatory

2   some way, whether it's to admit or deny or say that you can't

3   for specific reasons.  The way you've answered it does not

4   make clear why you cannot admit or deny.

5       So I'm granting the motion to compel as to these

6   interrogatories.

7           MR. HUMMEL:  Requests for admissions, Your Honor?

8           THE COURT:  I'm sorry.  Requests for admissions.  RFA

9   40 through 43.  They are connected to the facts.  I understand

10  that there are some issues that you pointed out, but that's

11  not reflected in the response.  So I'm ordering a new

12  response.

13          MR. TEPFER:  Yes, Your Honor.  And just I want to be

14  sure that we comply with the Court's ruling.  In terms of

15  responding on the admit or deny issue, is it sufficient that

16  we, you know, note with more specificity the types of data

17  that we contend would be necessary for us to make that sort of

18  admission?

19          THE COURT:  I can't tell you how to answer it.

20          MR. TEPFER:  Yes, Your Honor.

21          THE COURT:  I can't tell you the sufficiency of an

22  answer I don't have in front of me without a motion to compel.

23  I'm just telling you, this is not a sufficient answer.

24          MR. TEPFER:  Yes, Your Honor.

25          THE COURT:  All right.  So it's granted.

1      Now we're moving on to Issue No. 2.  Requests for
2   Admission, the first part, Requests for Admissions 33 to 38,
3   talks about (a) cancellation method.  And now I'm looking at
4   Page 19.  What is the specific issue or specific objection?
5           MR. HUMMEL:  Your Honor, for the record, we're
6   talking about RFA Numbers 33 through 38, which are listed on
7   Pages 13 through 16?
8           THE COURT:  I believe I -- I just said that.
9           MR. HUMMEL:  Okay.
10           THE COURT:  I believe I just said that, --
11           MR. HUMMEL:  Okay.
12           THE COURT:  -- and that I am looking at the FTC's
13   response on Page 19.
14           MR. HUMMEL:  Thank you, Your Honor.
15      (Pause.)
16           THE COURT:  Which I've got -- I think I've got
17   vagueness here.  Line 3.
18           MR. TEPFER:  Yes, Your Honor.  We also contend that
19   they're irrelevant and I believe, you know, that is made
20   clear.  And, again, I apologize for the -- for not stating
21   this more plainly.  But midway through the first paragraph, we
22   state that these requests are explicitly not connected to the
23   facts of this case, and thus we contend they're irrelevant.
24      We also contend they improperly call for a legal
25   conclusion.  And I believe -- sorry.  I just want to make sure

 1   that we included this.  We do mention that it's a -- we have a

 2   quote concerning it being an improper hypothetical.

 3          THE COURT:  Okay.  Tell me where improper

 4   hypothetical is in the actual objection and response.

 5          MR. TEPFER:  Your Honor, looking at -- if I could

 6   cite to RFA 34 on Page 14.

 7          THE COURT:  I'm looking at it.  Uh-huh.

 8          MR. TEPFER:  It states, you know, vague and

 9   ambiguous, and the hypothetical as a whole is vague.

10          THE COURT:  Okay.

11          MR. TEPFER:  The request does not describe the

12   entirety of the hypothetical cancellation method, how the

13   offer is presented, et cetera.

14          THE COURT:  Okay.  And it talks about the specificity

15   of the question.  How am I to understand that that means the

16   same thing that you've argued on Page 19, that it's not

17   connected to the facts of this case?

18      I agree, if it's not dealing with the specific issues in

19   this case, it might be overbroad, but that's not an objection

20   that you made.

21          MR. TEPFER:  Your Honor, I believe, because it's not

22   connected to the facts of this case, that makes it an improper

23   hypothetical.

24          THE COURT:  Is there a cancellation mechanism at

25   issue in this case?

1            MR. TEPFER:  Yes, Your Honor, although the Defendants

2    make explicit that this question does not concern that

3    cancellation mechanism.

4            THE COURT:  Didn't you answer with extent to that

5    cancellation mechanism?  I believe the last sentence says, To

6    the extent this request is intended to refer to Match.com's

7    online cancellation mechanism, Plaintiff denies.

8            MR. TEPFER:  Yes, Your Honor.  My interpretation of

9    it was that that was not what was being referred to, but if I

10   was, you know, if we were misreading it, we wanted to make

11   sure we admitted to the -- or denied to the extent that we're

12   able to do so, as is our obligation.

13           THE COURT:  All right.  You know -- well, I'm not so

14   sure that these requests are the most effective way to limit

15   or narrow the issues.  I can see an argument being made for

16   these are gotcha requests, and we're spending a lot of time on

17   them.  But I have a denial here with regard to the specific

18   policy at issue in the lawsuit, so why is that not sufficient

19   an answer?

20           MR. HUMMEL:  Because it's not what the RFA asks.

21   This is -- look, let's just speak plainly, if I might, Your

22   Honor?

23           THE COURT:  Please.

24           MR. HUMMEL:  So, they say, in response to

25   Interrogatory No. 2, where we ask them specifically what's

1   wrong with our site, what's wrong with our cancellation flow,

2   and they say by presenting surveys, by having a cancellation

3   flow that has a misleading survey or a save offer, and that it

4   therefore -- and the only reason under FTC guidance, Your

5   Honor, that that would be a problem is if it caused undue

6   delay.

7        So we're asking, in a perfectly-permissible non-

8   hypothetical, tied-to-the-facts-of-this-case RFA, admit in 33

9   that a cancellation method can be simple if it includes a save

10  offer.  The answer to that has to be admit.  It's not a --

11  it's not a gotcha question.  It eliminates an issue for trial,

12  where they will say you have a save offer, therefore it's not

13  simple.  But thousands of online cancellation flows in this

14  country have save offers that the FTC hasn't challenged and

15  that are simple.

16       This is a straightforward request, it is directly tied to

17  what's at issue in this case, and they're required to admit it

18  or deny it in good faith.

19       Now, they do have a denial, but they have a denial only

20  with respect to our flow, which they contend is not simple,

21  but that's not what the RFA asks.

22            THE COURT:  We spent an awful lot of time last week

23  talking about why discovery served by the FTC was not relevant

24  because it wasn't limited to the specific policies at issue in

25  this case.

1          MR. HUMMEL:  Nope.  Different -- respectfully, Your

2     Honor, different issues.  The -- those two issues, and I'll

3     argue that again, and I know you don't want me to, those

4     issues, those two questions, whether there's a guarantee or

5     not that had adequate disclosures or whether there's a

6     chargeback policy that they contend was somehow unfair under

7     the FTC Act, they're eliminated.  We don't do it anymore.  We

8     haven't done it since mid-2019.

9          This is a live issue in the case that will be tried, which

10    is:  Is our cancellation flow simple?  And this asks, in the

11    real world, if a cancellation flow has a save offer, does

12    that, from the FTC's perspective, render it not simple?

13    That's the question.  And it is directly relevant, easily

14    responded to, and they haven't in their denial met the

15    question.

16         So we have to distinguish between a cancellation flow,

17    which is still a live issue, and the guarantee and the

18    chargeback policy.  Those issues, from our perspective, are

19    off the table.  The fact that we have to engage in merits

20    discovery on issues that are not going to be tried is,

21    candidly, beyond me.  But this one is live.  They are

22    contending and arguing that our cancellation flow violates

23    ROSCA, the Restore Online Shoppers' Act -- Confidence Act.

24    And they say it's not simple.

25         Your Honor ruled that they gave us an answer, albeit

1   vague, that responds, but these are real issues in the case

2   and the FTC needs to take a position in this case on whether a

3   save offer, a survey, and a Net Promoter Score question render

4   it not simple as a matter of law.  And RFAs are allowed to do

5   that under the Federal Rules.

6       So, with that, I'll submit, Your Honor.

7       (Pause.)

8           MR. TEPFER:  Your Honor, would I be able to respond

9   to those issues?

10          THE COURT:  You may respond.

11          MR. TEPFER:  First, I'd like to note, you know, as

12  the Court has, that these are really gotcha RFAs.  They're,

13  you know, vaguely described.  This is a totality of the

14  circumstances test where you have to actually usually look at

15  these various features to make any sort of conclusion.

16      Of course, and as Defendants note in their own section on

17  this issue, there is not case law addressing whether, you

18  know, these features are, as a matter of law, and which is

19  what they're asking us to conclude, to provide the legal

20  conclusion that various features are, as a matter of law, not

21  simple.  There's not case law on that.

22      You know, the statute doesn't state that because it wanted

23  -- Congress presumably wanted to provide leeway to courts, you

24  know, without a prescriptive standard.  And courts have not

25  interpreted that.  And so whether these are, as a matter of

1    law, simple or not simple is an open question.

2        But more importantly, you know, these gotcha RFAs are

3    exceedingly vague.  And so all we can really respond to is the

4    cancellation mechanism in this case, the one that's actually

5    at issue, as opposed to these vague hypotheticals.

6        THE COURT:  Let me ask you this.  And I see the

7    argument for some vagueness in the question.  But if I read

8    this as admit that a cancellation method can be simple even if

9    it includes a save offer.  And cancellation methods -- well,

10   does a save offer in and of itself, and I'm not asking for a

11   legal conclusion, I'm just saying, does the fact that a

12   cancellation method has a save offer in it automatically mean

13   that it's not simple?

14       MR. TEPFER:  And to that, you know, on the issue of

15   whether these features, any of them, are necessarily -- render

16   something not simple, I don't believe that that -- the courts

17   have addressed that legal conclusion.  So the FT -- what's at

18   issue is, you know, under the law, are those features

19   necessarily -- do they necessarily render something not

20   simple, and there is just not case law that states either way

21   on that.

22       THE COURT:  Well, I'm not talking about case law.

23   I'm talking about Mr. Hummel pointed out that there are

24   cancellation methods used, other cancellation methods used

25   that also include a save offer.

1          MR. TEPFER:  Yes, Your Honor.

2          THE COURT:  I'm not talking about a legal conclusion.

3    I think I already said that.

4          MR. TEPFER:  Yes, Your Honor.

5          THE COURT:  Again.  I'm just saying, does the fact

6    that a cancellation method includes a save offer automatically

7    make it not simple?  Are there ways to have save offers that

8    are simple?  I'm talking on a factual basis here.

9          MR. TEPFER:  Well, Your Honor, because this is a

10   totality of the circumstances test, I believe that's a

11   difficult answer for us to make.  I don't -- you know, the FTC

12   has provided guidance on, you know, when it will seek to

13   enforce, but I, you know, I don't believe that the Court --

14   that the FTC has, you know, issued anything saying that

15   particular features are necessarily out of bounds, and I don't

16   think that's what ROSCA, you know, I don't believe that's

17   really how the statute is written, that --

18         THE COURT:  Let me ask it this way.  I'm not trying

19   to trick you here.

20         MR. TEPFER:  Yes, Your Honor.

21         THE COURT:  I'm not trying to get you to admit

22   something.  I'm asking a question.  Can a cancellation process

23   have a save offer and still be simple?

24         MR. TEPFER:  Your Honor, I do believe it's

25   theoretically possible.  Of course, you would have to look at

```
 1   the save offer.  But --
 2             THE COURT:  Okay.  Okay.  So is that a -- is that --
 3   is there a save offer in the cancellation process at issue
 4   here?
 5             MR. TEPFER:  Yes, Your Honor.
 6             THE COURT:  Okay.  So this is -- there is a
 7   cancellation method with a save offer at issue in this
 8   lawsuit?
 9             MR. TEPFER:  Yes, Your Honor, although -- sorry.  I
10   would just note that, as Defendants made clear in their -- I
11   believe that's in this -- in their position, that their save
12   offer is specifically not at issue.  Or that, rather, their
13   cancellation flow is not what they're referring to with --
14   with these.
15             THE COURT:  Okay.  Didn't you give me an answer just
16   a few minutes ago, though?  I mean, if we're looking -- in
17   theory, anything's possible, right?
18             MR. TEPFER:  Yes, Your Honor.
19             THE COURT:  Okay.  And what you're telling me today
20   is that you have to look at the specifics of a particular
21   process.
22             MR. TEPFER:  That's -- that's my understanding of how
23   the Court should approach whether something is simple.
24             THE COURT:  Okay.  So how can -- how -- why could
25   this not be construed as a theoretical question, or these
```

 1   series of requests for admissions, that have some connection

 2   to the facts in this case?

 3          MR. TEPFER:  Well, Your Honor, we agree that it is a

 4   theoretical question.  That's why we objected as it being an

 5   improper hypothetical.  But I believe Defendants have made

 6   clear that this is not about, you know, the facts of this

 7   case.  And what, you know, essentially what they're asking for

 8   is policy guidance, trying to get a more, you know,

 9   prescriptive ROSCA standard than what Congress, you know,

10   intentionally wrote, I guess to require that we, you know,

11   state as a -- as a matter of law, save offers are not

12   necessarily an issue, or, you know, seven clicks is okay but

13   not eight.  And that's simply not how the statute is written.

14          THE COURT:  Okay.  Can you not answer this to make

15   clear what you've just said?

16          MR. TEPFER:  Your Honor, we -- we could certainly --

17   you know, I believe we would be able to add additional detail

18   about our need to, you know, review a particular save offer.

19   And, you know, I believe it's -- I don't have the response in

20   front of me, but I think we do --

21          THE COURT:  Page 14.  Joint submission.

22          MR. TEPFER:  We do talk about, you know, the need,

23   that we don't look at particular -- or, our understanding of

24   the law is that you don't look at particular features in

25   isolation.

1    You know, I believe that we do provide some detail for the

2    basis of our, you know, denial.  So I -- I believe, you know,

3    they're asking us to make admissions that go beyond the

4    statute and create a more prescriptive standard than what --

5    than what Congress wrote.

6            THE COURT:  So, to admit or deny or say you can't

7    admit or deny --

8            MR. TEPFER:  Oh, well, Your --

9            THE COURT:  -- forces you to create a policy?

10           MR. TEPFER:  No.  No, Your Honor.  I suppose I

11   misunderstood you.  We could, you know, we could note that,

12   you know, talking generally -- I misunderstood.  We could

13   certainly note that, as to Defendants' specific cancellation

14   mechanism, we deny, but we can't --

15           THE COURT:  It did.

16           MR. TEPFER:  Yeah.  And -- but -- but also note that

17   we cannot admit or deny the more general statement on the

18   basis that it's a totality of the circumstances test and that,

19   you know, that this is inherently a visual, you know,

20   analysis.  That's, you know, all information that we can add.

21   That's information that we provided to Defendants in, you

22   know, our 30(b)(6).

23       But, you know, on -- our position was that the response

24   was adequate, but -- but that's certainly, you know,

25   additional information.

1          THE COURT:  Your response is limited to a specific

2    policy that is not the issue in this request for admission,

3    correct?

4          MR. TEPFER:  I'm --

5          THE COURT:  I'm sorry.  Let me rephrase that.  That's

6    -- okay.  Your answer is limited to Match.com's online

7    cancellation mechanism, but the question is beyond that?

8          MR. TEPFER:  Yes, Your Honor.  On the basis that, you

9    know, we -- we were standing on our objections for the

10   vagueness and the -- the fact that they are improper

11   hypotheticals, and then attempted to admit or deny to the

12   extent possible, which was concerning the Match.com

13   cancellation mechanism.

14         THE COURT:  I'm going to sustain your vagueness

15   objection because it's not limited to a specific -- you've

16   sufficiently identified that there are issues in terms of why

17   you can't specifically answer it as phrased.  But in our

18   discussion, it seems like there are certainly portions that

19   you can admit or deny, and that's part of it.  You're making a

20   whole bunch of objections, some denial.  I honestly had

21   trouble with some of the answers in trying to figure out what

22   part was answered, what part was denied, and what part wasn't

23   and why.

24        So I am going to grant the motion as to this set of

25   requests for admission.  I'm sustaining your vagueness

1  objection.  But I'm still going to require you to answer

2  around that vagueness objection.

3      In other words, the Rules require you, if you make an

4  objection, you can answer the rest of it.  You can explain

5  your answer in terms of why you can or can't -- why you can or

6  cannot admit.  But this answer is truly confusing.

7              MR. TEPFER:  Yes, Your Honor.

8              THE COURT:  I understand what you're trying to say.

9  I'm overruling the relevance.  I understand it goes beyond the

10  specific methods that are at issue in this lawsuit.  But it is

11  about the methods that are at issue in this -- or, the type of

12  method.

13      We did have that discussion last week about whether

14  similar policies in other websites, so I see it as the same

15  kind of issue generally, but I think that there is -- these

16  can be answered in some manner.  There's a limitation here

17  that's not in the question.  I'm looking at whether you

18  answered the question.

19      So, I'm going to -- I'm going to grant the motion as to

20  these but sustain the vagueness.

21              MR. TEPFER:  Um, --

22              THE COURT:  And overrule the relevance.

23              MR. TEPFER:  And Your Honor, would you be able to

24  clarify the limitation that you referenced, just so I

25  understand?

1          THE COURT:  I agree that, as asked, the question is

2    vague.  I don't see this as a hypothetical.  So I'm not seeing

3    that there is a hypothetical presented here.  It's more of a

4    rhetorical question, as we discussed:  Is it theoretically

5    possible to have this type of save offer and still have -- and

6    a process to still be simple?  You told me theoretically

7    that's possible.  But you also told me that it is a fact-

8    specific determination.

9          MR. TEPFER:  Yes, Your Honor.

10          THE COURT:  You've basically answered the question

11    orally today that you didn't answer on paper.

12          MR. TEPFER:  Well, Your Honor, I believe that we

13    answered the question, you know, that Defendants posed.  I

14    felt like there was more clarification today than -- but --

15    but I certainly, yeah, I certainly understand.

16          THE COURT:  Okay.  All right.  RFPs 5 through 6.  All

17    right.  And the objections here are relevance.  That's at Page

18    23.  And the deliberative process privilege.  Is that correct?

19          MR. TEPFER:  Yes, Your Honor.

20          THE COURT:  All right.  This one does look very much

21    like what we talked about last week, evaluations of another

22    subscription service's cancellation mechanisms.  And so I am

23    sustaining the relevance objections.

24          MR. HUMMEL:  May I be heard, Your Honor?

25          THE COURT:  If you'll give me just a minute.

1   (Pause.)  All right.  Mr. Hummel?

2          MR. HUMMEL:  So, let me clarify a couple things, Your

3   Honor.  One is you've heard the FTC say this morning that

4   whether or not a cancellation flow is simple is a "totality of

5   the circumstances test."  Right?

6          THE COURT:  Uh-huh.

7          MR. HUMMEL:  That's nowhere articulated in the case

8   law, in the statute, or in FTC guidance.  So that's made up

9   this morning.

10     Number two, the only test regarding save offers, surveys,

11  et cetera, and this is going back a little bit to the other

12  one but I'll bring it together, the only test the FTC has ever

13  articulated is whether the save offer, survey, et cetera,

14  causes unreasonable delay in cancellation.  Okay?

15     So what we're looking for, Your Honor, is what does the

16  FTC look at?  What is the Court supposed to look at in

17  determining whether a cancellation flow is simple?  Is it

18  difficulty in finding it?  Is it how many clicks it takes?  Is

19  it do consumers understand it when they see it?  Is it is

20  there a save offer?  Is there a password wall that they have

21  to look at?  Et cetera.  Here, --

22          THE COURT:  Mr. Hummel, not to interrupt you, but

23  we're talking about two requests for production here.

24          MR. HUMMEL:  I understand.  I'm getting there.  If --

25  if the FT --

1          THE COURT:  Get there a little faster.

2          MR. HUMMEL:  I'm sorry.  I'm trying to be clear in my

3  arguments.

4      If the FTC has looked at cancellation flows and sued on

5  them -- and we're aware of two times they've done this -- what

6  do they look at?  What are the documents?

7      And, Your Honor, a subset of this request would be let's

8  assume you grant their relevance objection on other websites.

9  What is their analysis of why this particular cancellation

10  flow at issue in Count Five of this case, what empirical

11  evidence do they have and what have they looked at that

12  determines whether this flow is simple or not?

13      And that -- and if it's privileged, log it.  If it is work

14  product, log it.  If it is deliberative process privilege, log

15  it.  But we need to know what empirical evidence they have.

16  How long does it take people to complete?  How many clicks, in

17  fact, do they contend we have?  What are the documents that

18  prove their case as to this one?  Put aside the other ones.

19  I'm not going to argue that for you.  But -- I could, but I

20  have limited time.  But you need to order what they looked at

21  to make an allegation under Rule 11 in this case that our flow

22  is not simple.  And with all due respect, Your Honor, 'Rog Two

23  doesn't do it for us, so let's see what they in fact looked

24  at.

25          I'll submit.

1          THE COURT:  All right.  Thank you.  You used the

2     words "this case" several times during that argument.  Your

3     discovery request is not limited to the type of cancellation

4     method used in this case.  It says cancellation methods,

5     period.  It is the universe of cancellation methods.  That's

6     overbroad, which makes at least part of the request

7     irrelevant.

8          MR. HUMMEL:  I'd respectfully disagree, but if you're

9     going -- but you certainly have the power today to order them

10    to produce anything that relates to the Match.com cancellation

11    flow --

12         THE COURT:  All right.

13         MR. HUMMEL:  -- that's subsumed within these

14    requests.

15         THE COURT:  Sure.  And their answer says, The FTC has

16    conducted a reasonable search of documents possibly relevant

17    to cancellation methods on the Defendants' dating platforms

18    and has not identified any responsive documents.

19         MR. HUMMEL:  Subject --

20         THE COURT:  So their answer has limited it to the

21    cancellation methods in your -- in your platform, in the

22    Defendants' platforms.

23         MR. HUMMEL:  Fair.  Subject to privilege and subject

24    to other objections, which should be overruled.  Or if they

25    have privileged material, let's log it and make a -- and

1   decide whether it's in fact privileged or not.

2           THE COURT:  Okay.

3           MR. HUMMEL:  This is in a vacuum.

4           THE COURT:  It's not a vacuum.  Page 24, the last

5   sentence right before Roman Paragraph III:  Defendant is not

6   withholding any documents.

7           MR. HUMMEL:  So then why make the privilege

8   objection?  I don't understand.  They've made a privilege -- a

9   very specific privilege objection, and if they're saying

10  they're not standing on privilege, then we're going to some

11  there's nothing, that they have no empirical evidence.  And

12  that's fine.  That helps me at trial.

13          THE COURT:  It does not help me resolve the discovery

14  issues that I need to resolve.  Again, part of the face-to-

15  face is what am I ruling on.  Are we fighting over documents

16  that don't exist?

17          MR. TEPFER:  Well, Your Honor, just to clarify, we

18  state that we have conducted, in that last sentence, a search

19  of relevant documents concerning Defendants' dating platforms.

20  So to the extent we're talking about, you know, Defendants'

21  dating platforms, we're not withholding on the basis of

22  privilege concerning Defendants' dating platforms.

23          THE COURT:  I --

24          MR. TEPFER:  The privilege objection concerns the,

25  you know, the other platforms, which are also irrelevant, but

 1    also, we believe, you know, concern -- would, you know, be

 2    within the deliberative process privilege.

 3          THE COURT:  All right.  Have you provided -- I mean,

 4    going back to -- well, let me ask it this way.  I've got a lot

 5    of objections here.  What it looks like, according to your

 6    answer, is that you have looked for documents relevant to the

 7    cancellation methods on the Defendants' platforms and you

 8    don't have any.

 9          MR. TEPFER:  Yes, Your Honor.

10          THE COURT:  And your answer says you're not

11    withholding any documents at all.

12          MR. TEPFER:  To the extent, you know, --

13          THE COURT:  Your portion of the joint submission, in

14    other words.

15          MR. TEPFER:  To the extent the, you know, the term

16    analysis refers to attorney discussions, you know, our -- like

17    the case teams analysis, that would be responsive.  But that

18    is privileged.  And we did provide a privilege log to

19    Defendants concerning, you know, our internal analysis.  But

20    to the extent we're talking about studies that -- which is

21    what I -- my understanding of what this RFP is to get at,

22    those documents don't exist.

23          THE COURT:  Okay.  You just told me today something

24    that's not in your answer and that's inconsistent with what I

25    think you said on Page 24.  Are you withholding any documents

 1   relating to cancellation methods on the Defendants' dating

 2   platforms on the basis of privilege?  Because your answer or

 3   your portion of the joint submission says you are not

 4   withholding any documents.

 5          MR. TEPFER:  Your Honor, looking at --

 6          THE COURT:  Yes or no?  Are you withholding any

 7   documents relating to cancellation methods on the Defendants'

 8   dating platforms?

 9          MR. TEPFER:  And just to be clear, --

10          THE COURT:  Yes or no?

11          MR. TEPFER:  I don't believe so, Your Honor.  I --

12   the privilege log I reference, I don't -- I'm looking at this

13   closely, you know, at RFP 5 and 6, and I don't believe our

14   internal emails would be responsive.

15       I just wanted to clarify, you know, to the -- that we have

16   provided a privilege log, but I apologize for, you know,

17   muddying the waters.  I don't believe those are necessarily

18   responsive to these RFPs, as it's not analysis conducted or

19   done for the FTC regarding it.

20          THE COURT:  You're only required to answer the

21   question asked or to provide the categories of documents

22   requested.  So, again, to be clear for the record, crystal

23   clear, --

24          MR. TEPFER:  Yes, Your Honor.

25          THE COURT:  -- is the Plaintiff withholding any

1  documents on the basis of privilege that are possibly relevant

2  to the cancellation methods on the Defendants' dating

3  platforms?

4          MR. TEPFER:  No, Your Honor.

5          THE COURT:  Okay.  How is that not sufficient?  I

6  agree that that language should have been in the answer,

7  because the Rules do require the parties to state whether or

8  not they are withholding documents on the basis of privilege.

9  But with regard to the cancellation policy -- cancellation

10  methods at issue in this lawsuit, you're telling me you're not

11  withholding any documents relating -- on the basis of

12  privilege or any other objection?

13          MR. TEPFER:  Not -- not documents that are responsive

14  to these requests.

15          THE COURT:  Okay.  And that's the universe, is the

16  specific requests?

17          MR. TEPFER:  Yes, Your Honor.

18          THE COURT:  I'm going to deny the motion to compel,

19  but I'm going to require you to amend your answer to make

20  clear that you are not withholding.

21          MR. TEPFER:  Yes, Your Honor.

22          THE COURT:  All right.  Issue No. 3.  And I'm going

23  to kind of take these together.  Why is it that the FTC was

24  able to provide an answer and now it can't provide an answer?

25          MR. TEPFER:  Well, Your Honor, that -- that answer

1  that we provided was based off of the data that we had

2  received, I believe, in 2017.  And since that time, you know,

3  five years of -- have elapsed.  And we amended, you know,

4  after -- on the basis that that number is simply not accurate.

5  The requests -- Defendants request that we identify and

6  describe the harm that we contend occurred, and that's not the

7  harm that we are contending occurred anymore.

8      We -- our -- you know, and at this point, we're still, you

9  know, months later, awaiting the evidence that we need to be

10  able to make those precise calculations, the harm that we

11  contend occurred, and which, you know, may end up the --

12  negotiations are ongoing, but that may end up the subject of a

13  motion to compel.  But until we get that data, all we can

14  really do is describe as best we can the methodologies that we

15  will likely use.

16      Of course, those methodologies will -- you know, are also

17  contingent upon what type of data Defendants produce.  So

18  there's -- there's a limitation in terms of what we can answer

19  until we get that data.

20      But the reason we amended is to make it more accurate, not

21  to, you know, hide our calculations or anything like that.

22  That's simply just not what we contend the harm is anymore.

23  And so that -- that explains the revision.

24          THE COURT:  Is it the answer based on the best

25  information that you have?

1          MR. TEPFER:  Yes.  That's -- you know, all we can do

2    is describe how -- the things that we intend to consider once

3    we get it, so that's the best we -- I believe we can do.

4          THE COURT:  No, that's not what I'm asking.

5          MR. TEPFER:  I'm sorry.

6          THE COURT:  Rule 26(a), as part of your initial

7    disclosures, requires the Plaintiff to provide a calculation

8    of damages.  I understand that, as the Plaintiff obtains

9    discovery, that calculation may change.  But the Defendant is

10   still required -- is still entitled to a calculation.  You

11   made a calculation, then you took it back and have no

12   calculation.  This is part of what was required to be produced

13   initially.

14      So I understand that you want to have the best

15   calculation, but they're entitled to something, because it may

16   or may not change based on discovery that you have.

17      So I am granting the motion to compel as to the  discovery

18   requests in Section 3.  They're entitled to your calculation,

19   the best calculation that you can give them based on what you

20   have now.  You have a duty to supplement as you get more

21   discovery, but they're entitled to a calculation.  So I'm

22   granting the motion as to Section 3.

23      All right.  Section 4.  Or Issue 4.  I see these requests

24   for admissions in the same light as the ones that we talked

25   about earlier.  I understand your objection and limitation on

1   use of the words "are" and "were."  But you've still got this

2   language in here, "subject to and without waiving the

3   foregoing objections."

4       I don't think that you have answered -- I don't think that

5   you have answered.  There's not an admission, a denial, or a

6   statement of why you can't admit or deny.  So I'm granting the

7   motion as to Category No. 4.

8           MR. TEPFER:  Well, Your Honor, if I could just

9   clarify our position.  I think that we do state that, you

10  know, what Defendants are asking here is completely different

11  than what they describe in their joint submission.  They're

12  asking whether, you know, these mechanisms exist, is the way

13  they describe it.  But what the answers are actually

14  requesting is whether users are able to.

15      And we simply -- you know, at the time, these were valid

16  responses because we didn't have data concerning how many

17  users actually cancel via these various mechanisms, which, you

18  know, and that's a valid issue, given that, you know, for many

19  of these mechanisms, consumers have no idea that they even

20  exist.

21      So, without getting the data concerning are you -- are

22  consumers actually canceling via this mechanism, there's no

23  way for us to know whether they're able to.  You know, for

24  example, whether they can cancel via a fax number that's

25  buried in a terms of use document that doesn't even describe

1  that it's for cancellation.  You know, without knowing whether

2  consumers are doing that, there's -- you know, we would

3  contend it seems likely that they can't cancel via that

4  mechanism, but we didn't have, you know, data going either

5  way.  And so that's, you know, that's why we believe that was

6  a proper response, because this isn't, as Defendants contend,

7  about the existence of cancellation mechanisms.  It's about

8  whether users understand and are actually doing that.

9          THE COURT:  I understand.  There are bits and pieces

10  in here.  Your answer states that the Defendant has

11  represented that it offers these cancellation methods.

12          MR. TEPFER:  And that's, you know, simply our efforts

13  to admit what we can, that they state that these exist.  You

14  know, but given the ambiguity of the "are able to" language --

15  and that's, you know, not us being difficult; that's a central

16  issue in this case, is whether users actually have any idea of

17  this -- you know, because of that ambiguity in the language,

18  we are unable to admit.

19      If these were, you know, plainly worded RFAs asking, you

20  know, is there, you know, a fax number on the website, well,

21  that's, you know, that's a different question that may be more

22  easily responded to.  But --

23          THE COURT:  They are plainly worded.  They are

24  plainly worded.

25          MR. TEPFER:  Well, Your Honor, I believe the

1    Defendants telegraph exactly how they intend to misuse this in
2    their own joint submission, where they said -- they refer to
3    the existence, but really what they're asking is, are
4    consumers able to?  And the answer, I believe, is -- is not.
5        Plus, add to many of these reference "at all relevant
6    times."
7        And, of course, you know, the fact that Defendants state
8    that, you know, there's a fax number now doesn't mean for the
9    entire, you know, seven or eight-year period it has existed.
10   We, you know, we don't have information to know either way on
11   that.
12           THE COURT:  I'm granting the motion as to these
13   requests.
14       Yes, you have partially admitted.  You've got a lot of
15   objections in here.  Some of these, you're not arguing them
16   here, but some of them are clearly improper.  Information is
17   in Match's possession, custody, or control.  You've gone into
18   cutting of customer service hours.  You've gone into -- you've
19   gone into a lot here.
20       I get it.  They're trying to get you to admit that their
21   system works.  You adequately describe in here why you can't
22   admit or deny.  But if I look at the substance of your
23   answers, it's hard to tell that.  So I think they're entitled
24   to better answers that clarify what you admit, what you deny,
25   and what you can't admit or deny and why.

1           MR. TEPFER:  And so it's -- our response needs to be

2      more plainly worded as to what we are admitting or denying?

3      Is that the ruling?

4           THE COURT:  The ruling is that these are awfully

5      confusing answers.

6           MR. TEPFER:  Yes, Your Honor.  I apologize.

7           THE COURT:  Your point is well taken about the "are"

8      and "were," but you've got some admission in here and a whole

9      bunch of objections that make it very hard to determine what

10     specifically you're admitting and what you're denying and the

11     whys.

12          MR. TEPFER:  Yes, Your Honor.

13          THE COURT:  So I'm ordering new responses on these.

14      All right.  Section 5.  Or Issue No. 5.  I've got

15     inconsistent answers within the same -- statements within the

16     same answer.  For example, on Page 42, you can't independently

17     assess the truth or falsity, but you deny.  Is it a denial or

18     is it a can't-admit-or-deny?  Because it sounds like you've

19     got both in here.

20          MR. TEPFER:  Well, Your Honor, I apologize for the

21     ambiguity of that.  These are intended to be denials.  The --

22     you know, I will note that these were difficult for us to

23     respond to because they concern, you know, evidence that was

24     at that time being withheld by MGI and was the basis of last

25     week's motion to compel.  So that is --

1          THE COURT:  Telling me why they've been bad, why you

2     think they've been bad, is not helping me --

3          MR. TEPFER:  Yes, Your Honor.

4          THE COURT:  -- get your answer to the question I've

5     asked.

6          MR. TEPFER:  Yes, Your Honor.  But just to be clear,

7     these, you know, we -- we denied that the practice has been

8     ceased, as we understand the word ceased to mean a permanent

9     discontinuation, as opposed to a suspension.  And so, on that

10     -- based on that understanding, we believe -- we believe it's

11     appropriate to deny.

12          THE COURT:  I'm not telling you whether to deny or

13     admit or neither.  I'm saying I can't tell from reading your

14     answer to these interrogatories, I mean, to these requests for

15     admissions which one you did, because you used both phrases.

16     You say you can't independently assess the truth or falsity

17     and you deny.  So I can't tell which one of those three

18     categories this is.  You say it at the very end, but it's

19     subject to the objections above where you say you can't

20     independently assess.  You spend a lot of time talking about

21     how you can't independently verify information, --

22          MR. TEPFER:  Well, --

23          THE COURT:  -- which makes it sound like you're not

24     admitting or denying.  But then you're saying that you're

25     denying.

1          MR. TEPFER:  Your Honor, we -- we simply, you know,

2    we -- I believe we clarified that we're denying.  We are

3    simply, you know, as -- simply intending to note the issue

4    with assessing Defendants' representations because evidence

5    was being withheld.

6        But, you know, I believe we are very clear, you know, in

7    -- in our denial.  It, you know, probably could have been more

8    artfully phrased in pointing out the issue.  But I, you know,

9    I believe the response is unambiguous and that we were

10   denying.

11         THE COURT:  It's not unambiguous, --

12         MR. TEPFER:  Yes, Your Honor.

13         THE COURT:  -- is what I'm saying.  It's not a simple

14   denial.  There is a whole lot of explaining why you can't

15   verify, which makes it sound like you're saying that you can't

16   admit or deny.  You cap off with a denial, but all -- it's not

17   a simple denial.  That's what I'm saying.  It's not clear,

18   unambiguous, or simple at all.  From the reader's perspective.

19         MR. TEPFER:  Yes, Your Honor.

20         THE COURT:  So I'm granting as to Section -- or,

21   Issue No. 5.

22       All right.  7 and 8, it looks like I'm not ruling on any

23   objections, I'm looking at whether the responses were

24   sufficient.

25         MR. TEPFER:  On -- Your Honor, I believe on --

1          THE COURT:  I'm sorry.  Sections -- Disputes 6 and 7.

2     It's Interrogatory 1 and Interrogatory 7.  The FTC's bases for

3     believing that violations were occurring or about to occur and

4     that MGI owns, operates, or controls Match.com.

5          MR. TEPFER:  Your Honor -- (sotto voce) did we

6     already address this?

7          MR. AIJAZ:  No.

8          MR. TEPFER:  Your Honor, I believe we may have

9     skipped an issue.  On, Your Honor, RFA 7 and 8, I apologize if

10    I misunderstood, but I wasn't sure if we got a ruling on -- on

11    Page 53.

12         THE COURT:  I -- you did get a ruling.

13         MR. TEPFER:  Okay.  I apologize.

14         THE COURT:  To the extent that I didn't make it

15    clear, I said Section 5, or Section 5, Issue No. 5.  It has

16    two subsets.  But --

17         MR. TEPFER:  I understand now.

18         THE COURT:  Yeah.  And my order will make it clear.

19    I'm granting -- I am granting the motion as to Disputed Issues

20    3, 4, and 5, all of the requests that are encompassed within

21    those disputes.

22      All right.  So, Number -- Issues No. 6 and 7.  Am I ruling

23    on the sufficiency of the answer or am I determining specific

24    objections?

25         MR. TEPFER:  Your Honor, I believe this is just on

1   the basis of the sufficiency of our response.

2           THE COURT:  Okay.

3           MR. TEPFER:  The only -- you know, I'm not sure that

4   this is a major issue.  We simply note in our response that

5   the Defendants appear to confuse the legal standard, but that

6   is not -- our response is, I believe, sufficient regardless,

7   and we stand on that.

8           THE COURT:  And my understanding of their argument is

9   that they're saying the exact same thing about you, your

10  answer.

11      Your citation to Judge Horan's observation that the

12  pleading standard is not the same as discovery obligations,

13  and we do spend time in here talking about the pleading

14  standard and what was found in the motion to dismiss, which is

15  merely a finding regarding the sufficiency of the allegations.

16      But if I look at this, Mr. Hummel, the answers do go well

17  beyond that.  They're not resting on that.  There are

18  identification of specific documents.  There is an answer --

19  let's see.  Let me pull up the other one.  If I'm looking at

20  the answer to Interrogatory No. 1, you get past the objections

21  and the citation to the finding in the motion to dismiss, at

22  the top of Page 58 they contend there's no evidence that the

23  cancellation practices have changed.  They're contending that

24  past conduct can indicate that there's a reasonable likelihood

25  of further violations.  They're talking about the lack of

1   "sincere assurances against future violations."  It's

2   contending that Match knew its problems were longstanding.

3   It's citing documents.  It's citing why it believes this

4   illustrates "the egregiousness of Match's practices" at the

5   top of Page 59.

6       It looks like they've answered the question.  Tell me why

7   this answer isn't sufficient.

8           MR. HUMMEL:  The answer is sufficient, Your Honor,

9   for us to -- I think it meets the interrogatory response.  I

10  will submit it's more argument than facts and evidence, which

11  is what this is looking for.

12      We understand their position.  So here's what this

13  interrogatory is after, though.  They can't make these

14  objections and then provide this answer.  So the (a) the

15  objection should be overruled.  Again, I come back to this

16  part:  No part of this response should be interpreted or

17  construed as a limit on the materials or argument the FTC will

18  present at trial.

19      That doesn't fly.  Under the Federal Rules or any

20  appropriate objection, that should be stricken.

21      Now, what this is after, though, Your Honor, is, again,

22  we're talking about the guarantee and the chargeback, not the

23  cancellation flow.  And the answer with respect to the

24  cancellation flow, in part, that's not disputed we're still

25  doing that.  The guarantee and the chargeback, by their own

1   complaint, ceased in mid-2019.  All right?  By -- and that is

2   Docket No. 116, Count Three, Paragraph 39; Count Four,

3   Paragraph 62.  They have judicially admitted these have

4   ceased.  All right?

5       So then our question is, what evidence do you have that

6   they're about to violate -- that Match is about to violate the

7   law?  If they have a witness that has come forward and said,

8   ah, there's a secret plan, if they have a document that says,

9   oh, there's a plan, we're entitled to that.  But they haven't

10  given it.  And as long as Your Honor is saying this is a

11  sufficient answer, fine.  But they now can't come to trial and

12  say there's a witness, there's a document that we knew about,

13  there is some secret plan that we know about.  We've asked

14  them.  And they -- this is -- if they stand on this, it's

15  legal argument, we'll deal with it down the road.

16          THE COURT:  I think Rule 37 is pretty clear.  You

17  don't get a surprise at trial.

18          MR. HUMMEL:  Right.

19          THE COURT:  If you didn't turn it over in discovery,

20  you don't get to use it.  I --

21          MR. HUMMEL:  That's it.

22          THE COURT:  It sounds like the issue is more with the

23  correctness of their answer or the -- you disagree with the

24  answer.  But they've answered it.  Whether it's a good answer

25  or bad answer, that's not the issue here, is did they answer

```
 1    it?  And if this is their -- and it looks like a fairly
 2    extensive answer.
 3              MR. HUMMEL:  Oh, it's -- if that's their answer,
 4    we've got it.
 5              THE COURT:  Okay.
 6              MR. HUMMEL:  Rule 37 is very clear and there will be
 7    -- they should anticipate on the record a motion in limine on
 8    anything else.
 9              THE COURT:  Okay.  Of course, they do have the
10    obligation, ongoing obligation to supplement --
11              MR. HUMMEL:  Correct.
12              THE COURT:  -- based on discovery as it develops.
13    But --
14              MR. HUMMEL:  Exactly.
15              THE COURT:  -- it looks like you got an answer.  So,
16    --
17              MR. HUMMEL:  Right.  And for summary judgment
18    purposes, too.  Of course.  That's the issue.
19              THE COURT:  This is -- this is the answer.  They're
20    saying it's sufficient.  I'm looking at, did they answer the
21    question?  They answered the question.
22              MR. HUMMEL:  Thank you, Your Honor.
23              THE COURT:  So I'm denying the motion to compel.  I
24    am overruling the objections, since there's no -- since you're
25    standing on the sufficiency of the answer, you've answered
```

1    subject to those objections, but --

2            MR. TEPFER:  Well, --

3            THE COURT:  -- there's no argument here on any

4    objections, so I'm overruling them, like I did with the first

5    one.

6            MR. TEPFER:  The only thing I'd like to note is that

7    the Defendant argues today about the objections, but that's

8    not -- it was not an issue raised in their section.

9        And I just want to note, you know, I certainly understand

10   about, you know, we can't -- we're not able to surprise

11   Defendants.  But, you know, some of -- we cited the evidence

12   that we have to the absolute best of our ability.  Some of

13   this evidence is still in Defendants' possession and going to

14   be turned over, and we have a, you know, duty to supplement.

15   But that's, you know, that may be forthcoming once we receive

16   that production.

17           THE COURT:  Okay.  But remember the discussion we had

18   at the beginning about who's got the burden on objections.  If

19   you're not telling me I need to rule on these objections and

20   sustain your objections, and it looks like you went ahead and

21   answered despite any objections, --

22           MR. TEPFER:  Yes, Your Honor.

23           THE COURT:  -- so I'm over -- there's nothing here

24   for me to make any finding on any objection in the FTC's

25   favor.  So I'm overruling the objections.  You've answered.

1    We're looking at the sufficiency of the answer.

2              MR. TEPFER:  Yes, Your Honor.

3              THE COURT:  All right.  All right.  So, I've granted

4    in part and denied in part.  My order will be specific as to

5    the specific requests.

6         But with regard to Issue 1, interrogatory has two parts.

7    I've denied as to the first part, on the flaws.  I've granted

8    as to the second part, on the fixes.

9         On Requests for Admissions 40 through 43, I've granted.

10        Disputed Issue 2, Requests for Admissions 33 through 38,

11   I've granted.

12        Requests for Production 5 through 6, I've denied.

13        Disputed Issues 3, 4, and 5, I've granted.

14        And then Disputed Issues 6 and 7, I have denied.

15        Did I miss anything?

16             MR. TEPFER:  I don't believe so, Your Honor.

17             THE COURT:  Mr. Hummel?

18             MR. HUMMEL:  I'm sorry.

19             THE COURT:  Did I miss any issues?

20             MR. HUMMEL:  No, Your Honor.  Just on the last one, I

21   take it your ruling on the last section applied to both

22   interrogatory responses.

23             THE COURT:  I'm sorry.

24             MR. HUMMEL:  Overruling objections and -- and

25   standing on the answer.

**App. 1334**

1          THE COURT:  That's -- I am -- I overrule the

2     objections but I'm denying the motion to compel.

3          MR. HUMMEL:  Understood.

4          THE COURT:  All right.

5          MR. HUMMEL:  Thank you, Your Honor.

6          THE COURT:  So, for future discovery requests, I need

7     to know specifically what objections I'm ruling on and the

8     parties' objections.  The whole joint submission process is

9     not to give you homework or make you go away.  It is for you

10    to at least agree on what the issue is that I need to resolve,

11    what objections I'm ruling on, what your specific arguments

12    are, so that we can get through this more quickly.  That's

13    all.

14         MR. HUMMEL:  Understood, Your Honor.

15         THE COURT:  It's just an organization of the issues

16    so we can cover them faster and I can understand what they

17    are.  And sometimes during the process parties understand how

18    really there's not a dispute if there aren't documents that

19    are being withheld, so that's not an issue that we have to

20    cover.  That's all.

21         MR. TEPFER:  Thank you, Your Honor.

22         MR. HUMMEL:  Understood.

23         THE COURT:  All right.

24         MR. HUMMEL:  Thank you.

25         THE COURT:  Good luck to both sides.  We are

1  adjourned.

2            MR. HUMMEL:  Thank you, your honor.

3            MS. ZAMBRANO:  Thank you, Your Honor.

4            THE CLERK:  All rise.

5      (Proceedings concluded at 11:09 a.m.)

6                        --oOo--

7

8

9

10

11

12

13

14

15

16

17

18

19

20                    CERTIFICATE

21     I certify that the foregoing is a correct transcript from
   the electronic sound recording of the proceedings in the
22 above-entitled matter.

23 **/s/ Kathy Rehling**                          **11/16/2022**

24 _____    _____
   Kathy Rehling, CETD-444                       Date
25 Certified Electronic Court Transcriber

1

INDEX

2

PROCEEDINGS                                                                3

3

WITNESSES

4

-none-

5

EXHIBITS

6

-none-

7

RULINGS

8

Match Group, Inc.'s Motion to Compel Discovery Responses
and Production of Documents from Federal Trade Commission
9   (#133) - 12/28/30/39/52/54/61/63/64/66/69/70/74/76

10

END OF PROCEEDINGS                                                         78

11

INDEX                                                                     79

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 78



# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF AMENDMENT OF "MATCH.COM, L.L.C.",

CHANGING ITS NAME FROM "MATCH.COM, L.L.C." TO "MATCH GROUP,

LLC", FILED IN THIS OFFICE ON THE TWELFTH DAY OF SEPTEMBER,

A.D. 2017, AT 11:53 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

4377867  8100
SR# 20176118196

Authentication: 203209991
Date: 09-12-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

**App. 1339**

MATCHFTC672167

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:53 AM 09/12/2017
FILED 11:53 AM 09/12/2017
SR 20176118196 - File Number 4377867

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.    Name of Limited Liability Company:  Match.com, L.L.C.

2.    The Certificate of Formation of the limited liability company is hereby amended as follows:

The name of the limited liability company is Match Group, LLC.

**IN WITNESS WHEREOF,** the undersigned have executed this Certificate on the 12th _____ day of September _____, A.D. 2017 ___.

By:_____
                     Authorized Person(s)

Name: Jared Sine _____
                     Print or Type

DE084 - 05/18/2007 C T Systems Online

MATCHFTC672168

# EXHIBIT 79

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability<br>company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

### SUPPLEMENTAL DECLARATION OF DUSHYANT SARAPH

I, Dushyant Saraph, declare as follows:

1.     I serve as the General Manager of Match, for Match Group, LLC, formerly named Match.com, LLC ("MGL").

2.     I am over the age of 18 and competent to make this Declaration. The statements contained in this Declaration are based on my personal knowledge, as well as on the information made available to me in my official capacity as General Manager, including business records with respect to Match.com. If called and sworn as a witness, I would and could testify competently to the matters set forth herein.

### The Match.com Practices at Issue in the Amended Complaint

3.     I understand that the FTC challenges three Match.com practices in the First Amended Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief against Match Group, Inc. and MGL, Dkt. 116 (the "Amended Complaint"): a discontinued Match.com guarantee (the "Guarantee"), a discontinued Match.com chargeback policy (the "Chargeback Policy"), and the Match.com online cancelation flow.

### MGL Ownership, Operation, and Control of Match.com

4.     MGL owns, operates, and controls Match.com.

5.     MGL is the sole entity that created, implemented, disclosed the terms of, and ultimately permanently discontinued the Guarantee.

6.     MGL is the sole entity that designed, implemented, and ultimately permanently discontinued the Chargeback Policy.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

7.      MGL is the sole entity that designed, maintained, and currently maintains the online cancelation flow.

### *Match.com Terms of Use*

8.      **Exhibit 1** is a true and correct copy of the current Match.com Terms of Use dated February 28, 2022, which is Bates-stamped MATCHFTC774622.

9.      **Exhibit 2** is a true and correct copy of previous Match.com Terms of Use dated February 8, 2021, which is Bates-stamped MATCHFTC774652.

10.     **Exhibit 3** is a true and correct copy of previous Match.com Terms of Use dated November 12, 2019, which is Bates-stamped MATCHFTC774600.

11.     **Exhibit 4** is a true and correct copy of previous Match.com Terms of Use dated April 18, 2019, which is Bates-stamped MATCHFTC774640.

12.     **Exhibit 5** is a true and correct copy of previous Match.com Terms of Use dated December 18, 2017, which is Bates-stamped MATCHFTC774614

13.     **Exhibits 1–5** are business records. They were made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

### *Match.com Trademarks*

14.     I understand that records of Match.com trademarks are available via the United States Patent and Trademark Office's Trademark Electronic Search System ("TESS"), and such records can be downloaded via the following website: https://tmsearch.uspto.gov/. On or about October 5, 2022, records of Match.com's trademarks were downloaded from the TESS, as reflected in **Exhibits 6–9**.

15.     **Exhibit 6** is a true and correct copy of a record of a Match.com trademark, which is Bates-stamped MATCHFTC774674.

16.     **Exhibit 7** is a true and correct copy of a record of a Match.com trademark, which is Bates-stamped MATCHFTC774676.

17.     **Exhibit 8** is a true and correct copy of a record of a Match.com trademark, which is Bates-stamped MATCHFTC774678.

18.     **Exhibit 9** is a true and correct copy of a record of a Match.com trademark, which is Bates-stamped MATCHFTC774680.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

### *Match.com Domain*

19.     I understand that records of registration data for domain names are available via ICANN, and those records can be downloaded via the following website: https://lookup.icann.org/en. On or about October 12, 2022, registration data for the "match.com" domain was downloaded from ICANN, as reflected in **Exhibit 10**.

20.     **Exhibit 10** is a true and correct copy of registration data for the "match.com" domain, which is Bates-stamped MATCHFTC774697.

### *Match.com App on Apple and Google Play Stores*

21.     I understand that app records are available via the Apple and Google Play app store websites, which are available at https://apps.apple.com/us/app/ and https://play.google.com/store/apps, along with the phone apps themselves. On or about October 13, 2022, and October 24, 2022, records of the Match.com app on the Apple and Google Play stores were downloaded from the desktop websites and phone apps, as reflected in **Exhibits 11–14**.

22.     **Exhibit 11** is a true and correct copy of a record of the Match.com app on the Apple store, which is Bates-stamped MATCHFTC774727.

23.     **Exhibit 12** is a true and correct copy of a record the Match.com app on the Apple store, which is Bates-stamped MATCHFTC774728.

24.     **Exhibit 13** is a true and correct copy of a record of the Match.com app on the Google Play store, which is Bates-stamped MATCHFTC774729.

25.     **Exhibit 14** is a true and correct copy of a record of the Match.com app on the Google Play store, which is Bates-stamped MATCHFTC777082.

### *MGL Written Consent Documents*

26.     **Exhibit 15** is a true and correct copy of the Written Consent of the Sole Member of Match.com, L.L.C., dated January 1, 2016, which is Bates-stamped MATCHFTC777046.

27.     **Exhibit 16** is a true and correct copy of the Written Consent of the Sole Member of Match.com, L.L.C., dated November 1, 2016, which is Bates-stamped MATCHFTC777049.

28.     **Exhibit 17** is a true and correct copy of the Written Consent of Sole Managing Member of Match Group, LLC, dated February 4, 2022, which is Bates-stamped MATCHFTC777055.

29.     **Exhibits 15–17** are business records. They were made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

## The Guarantee

### *How the Guarantee Was Offered*

30.     When consumers viewed subscription plans offered on Match.com, they were presented with a graphic that offered subscription plans of varying lengths.

31.     Next to the six-month subscription option, an icon stated "Match* Guarantee."

32.     Hovering over the icon opened a text balloon that stated, "If you haven't found someone special within 6 months, we'll give you an extra 6 months FREE" and was followed by a hyperlink labeled, "Learn more."

      a.    **Exhibit 18** is a true and correct copy of the icon with the "Learn more" link, which is Bates-stamped MATCHFTC774523.

      b.    **Exhibit 18** is a business record. It was made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. It was kept in the course of a regularly conducted activity of Match.com, and making the record was a regular practice of that activity.

33.     The price of a six-month subscription did not change based on whether a customer purchased the subscription with or without the Guarantee.

### *The Guarantee Program Rules*

34.     Clicking on the "Learn more" hyperlink took consumers to a webpage where the complete terms of the Guarantee were presented (the "Program Rules").

35.     **Exhibit 19** is a true and correct copy of the Program Rules. It is comprised of documents Bates-stamped MATCHFTC774536, MATCHFTC774568, and MATCHFTC774563.

36.     **Exhibit 19** is a business record. It was made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. It was kept in the course of a regularly conducted activity of Match.com, and making the record was a regular practice of that activity.

### *The Guarantee Progress Page*

37.     As identified in the Program Rules, to assist consumers in tracking their progress toward the Guarantee, Match.com designed a webpage specifically dedicated to displaying consumers' status toward meeting the Guarantee requirements: the "Progress Page."

38.     Subscribers could track their Guarantee progress during their six-month Guarantee-eligible subscription by visiting the Progress Page.

39.     **Exhibit 20** is a true and correct copy of the Progress Page. It is comprised of documents Bates-stamped MATCHFTC774538 and MATCHFTC774527.

40.    **Exhibit 20** is a business record. It was made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. It was kept in the course of a regularly conducted activity of Match.com, and making the record was a regular practice of that activity.

### *The Guarantee Banner*

41.    In addition, all of Match.com's webpages displayed a "Guarantee" hyperlink along a bottom banner.

42.    If subscribers who were participating in the Guarantee program clicked that link, they were taken to their Progress Page.

43.    Consumers who were not participating in the Guarantee program were taken to the Program Rules.

### *How the Guarantee Could Be Redeemed*

44.    The Guarantee was redeemable directly on the Match.com platform through the Progress Page.

45.    During the last seven days of the Guarantee-eligible subscription, when subscribers visited the Progress Page, they were prompted to indicate whether or not they had met someone.

46.    If they had taken all of the Guarantee-required actions and indicated that they had not met someone during the Guarantee-eligible subscription period, Match.com would automatically provide the subscriber with complimentary access to Match.com for the following six-month period subscription, i.e., a Guarantee Extension.

47.    Subscribers could also contact Match.com Customer Care to redeem the Guarantee.

48.    Subscribers could contact Customer Care even after the seven-day period to get the Guarantee Extension.

49.    Match.com sometimes made exceptions to the requirements in the Program Rules.

50.    The seven-day period to redeem the Guarantee, like all other terms, was disclosed in the Program Rules.

### *Permanent Discontinuation of the Guarantee*

51.    Match.com permanently discontinued the Guarantee in April 2019.

52.    Before the Guarantee was removed in April 2019, testing on or about February 28, 2019, to Match 18, 2019, revealed that there was no revenue implication associated with the Guarantee. There were emails documenting that such testing took place and the conclusion that was reached from such testing, as reflected in **Exhibits 21–22**.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

    a.  **Exhibit 21** is a true and correct copy of an email, which is Bates-stamped MATCHFTC834015. It is an email thread with subject line, "RE: LTV Impact Match Guarantee Removal." The top thread is dated March 7, 2019, and is from Dinh Thi Bui (DinhThi.Bui@match.com) to Dan Badrian (Dan.Badrian@match.com), Ramanand Reddi (Ramanand.Reddi@match.com), Chad Peoples (Chad.Peoples@match.com), and me (Dushyant.Saraph@match.com), copying Eric Kone (eric.kone@match.com) and Jayant Dasari (Jayant.Dasari@match.com).

    b.  **Exhibit 22** is a true and correct copy of an email, which is Bates-stamped MATCHFTC834288. It is an email thread with subject line, "RE: 6M Guarantee Forecast." The top thread is dated March 18, 2019, and is from Dan Badrian (Dan.Badrian@match.com) to Eric Kone (eric.kone@match.com), copying Dinh Thi Bui (DinhThi.Bui@match.com), Jayant Dasari (Jayant.Dasari@match.com), Ramanand Reddi (Ramanand.Reddi@match.com), Bret Williams (bret.williams@match.com), and me (Dushyant.Saraph@match.com).

    c.  **Exhibits 21–22** are business records. They were made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

53.    There are documents confirming that MGL stopped offering the Guarantee, as reflected in **Exhibits 23–25**.

    a.  **Exhibit 23** is a true and correct copy of an email, which is Bates-stamped MATCHFTC774521. It is an email thread with subject line, "Match Update: 6 Month Guarantee No Longer Available," and dated April 15, 2019. It is from Anastasia Burman (anastasia.burman@match.com) to Terrance Thomas (Terrance.Thomas@match.com), DL_Match_Support (DL_Match_Support@telusinternational.com), MatchDomesticSynergiesServices (match.domestic@synergiesservices.com), matchops@ballenamedia.com, Community Operations Support (commops-support@match.com), Community Operations Training (commops-training@match.com), Community Operations Quality (commops-qa@match.com), Community Operations Management (commops-mgmt@match.com), Community Operations Escalations (commops-escalations@match.com), Community Operations Pilot (commops-pilot@match.com), copying Laurie Braddock (Laurie.Braddock@match.com) and Sarah Meade (Sarah.Meade@match.com).

    b.  **Exhibit 24** is a true and correct copy of a FAQ page, which is Bates-stamped MATCHFTC774522. The file name is, "Guarantee removed 4-11-19 FAQ.jpg," and the metadata is dated October 23, 2019.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

    c. **Exhibit 25** is a true and correct copy of a document, which is Bates-stamped MATCHFTC774593. It is a training document titled, "Credit, Refund and 6MG Guidelines," and dated September 10, 2019. The file name is, "Credit Refund and 6MG Guidelines 9.12.19 TIG AND.docx," and the author is Kristin Higgins.

    d. **Exhibits 23–25** are business records. They were made at or near the time by— or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

54.    Even if Match.com wanted to reinstate the Guarantee, which it does not, there would be substantial cost to do so. It would also not be easy to reinstate the Guarantee.

## The Chargeback Policy

### *Explanation of the Permanently Discontinued Chargeback Policy*

55.    The Chargeback Policy (which was discontinued in March 2019) was as follows.

56.    If a user initiated a chargeback of Match.com's subscription charges, the user's subscription was suspended.

57.    The rationale for the policy was that the user had indicated that he or she was disputing the charge for Match.com's services, and no longer wished to appear on the site.

58.    If the user prevailed on the chargeback (i.e., the user proved to the satisfaction of the financial institution that the charge was not authorized), the charge was reversed, and no further action was required by the user or taken by Match.com—meaning the user's subscription remained suspended, and the user remained not visible on the Match.com site.

59.    If the dispute was resolved in Match.com's favor (i.e., the financial institution concluded that the user had in fact authorized the charge, although the user claimed that he or she did not), a user's subscription would not be automatically reactivated unless the user requested reactivation.

60.    The rationale for the policy was that the user had—by disputing the charge—indicated to Match.com that the user no longer wanted to be on the Match.com service and/or had never even signed up for the Match.com account.

### *Disclosure and Consumer Agreement of the Chargeback Policy*

61.    The Chargeback Policy was disclosed in the Match.com Terms of Use. *See* **Exhibit 5** (Match.com's then-applicable Terms of Use).

62.    When purchasing a subscription, each customer explicitly agreed to be bound by the Terms of Use.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

63.     The Terms of Use could be referenced after purchase by clicking on the "Terms of Use" link at the bottom banner of Match.com webpages.

### How the Chargeback Policy Protected the Match.com Ecosystem

64.     The Chargeback Policy helped protect the Match.com ecosystem.

65.     Subscribers who initiated a billing dispute were clearly indicating that they no longer wished to appear on Match.com—and many claimed that they never even signed up for a Match.com account.

66.     In some cases (e.g., if the consumer is in a serious relationship), maintaining their profiles on Match.com could cause significant embarrassment or harm.

67.     In addition, Match.com aims to provide users with a vibrant and engaged online dating community, which means not displaying subscribers who indicated that they did not want to be on the Match.com website (unless the user indicated interest in rejoining the site, at which point Match.com would restore the user's account).

### How the Chargeback Policy Addressed Consumer Abuse of Match.com

68.     The Chargeback Policy addressed consumer abuse of Match.com.

69.     Match.com is regularly faced with situations when a subscriber pays for a subscription, uses it extensively, and then submits a chargeback to their financial institution (such as a credit card company) to attempt to get the Match.com subscription for free.

70.     Match.com has to incur costs to defend against chargebacks, and such costs ultimately must be passed onto subscribers.

71.     The Chargeback Policy prevented consumers from re-joining the platform if the user's financial institution concluded that the user had authorized the charge, although the user claimed, by initiating the chargeback, that he or she did not (unless the user indicated interest in rejoining the site, at which point Match.com would restore the user's account).

72.     This rationale was discussed via email, as reflected in **Exhibit 26**.

73.     **Exhibit 26** is a true and correct copy of an email, which is Bates-stamped MATCHFTC471514. It is an email thread with subject line, "RE: Chargeback dispute question." The top email is dated April 26, 2013, and is from Michele Watson (michele.watson@match.com) to Pradeep Shetty (Pradeep.Shetty@match.com), copying Phil Eigenmann (Phil.Eigenmann@match.com) and Curt Anderson (Curt.Anderson@match.com).

74.     **Exhibit 26** is a business record. It was made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. It was kept in the course of a regularly conducted activity of Match.com, and making the record was a regular practice of that activity.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

### *How the Mechanisms at Match.com Have Changed*

75.     When the Chargeback Policy was instituted, Match.com did not have the mechanisms it has today.

76.     For example, Match.com had to manually log in to a payment processing portal to see the outcome of a chargeback dispute (i.e., whether Match.com won or lost), whereas that process is now automated.

77.     It was burdensome to repeatedly check the portal for users who had initiated a chargeback.

78.     Match.com also did not have the mechanisms it has now to trigger emails notifying users that their accounts have been reactivated (and, in any event, the user's financial institution presumably notified the user of the outcome of the dispute).

### *Permanent Discontinuation of the Chargeback Policy*

79.     Match.com permanently discontinued the Chargeback Policy in March 2019.

80.     There are documents confirming that MGL stopped using the Chargeback Policy. For example, Match.com now sends emails notifying users that their accounts have been reinstated, as reflected in **Exhibit 27**.

81.     **Exhibit 27** is a true and correct copy of an email, which is Bates-stamped MATCHFTC774668. It is an email with subject line, "QA - Information about your Match account." The email is dated October 7, 2021 and is from Match (Match mailer@QA.connect.match.com) to cpqateam@gmail.com.

82.     **Exhibit 27** is a business record. It was made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. It was kept in the course of a regularly conducted activity of Match.com, and making the record was a regular practice of that activity.

83.     Even if Match.com wanted to reinstate the Chargeback Policy, which it does not, there would be substantial cost to do so. It would also not be easy to reinstate the Chargeback Policy.

### <u>Cancelation</u>

### *Match.com's Online Cancelation Flow*

84.     One way to get to the online cancelation flow is as follows:

a.   Select Settings from Gear Icon



b.   Select "Manage subscription"



c.   Enter Password and Complete reCaptcha



d.   **Exhibits 28–30** are true and correct copies of these pages, which are Bates-stamped       MATCHFTC774813,       MATCHFTC774738,       and MATCHFTC774742.

e. **Exhibits 28–30** are business records. They were made at or near the time by— or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

85.     Canceling a Match.com subscription via the online cancelation flow takes, at most, three or four steps, depending on whether a consumer is presented with a save offer (i.e., an offer to renew at a lower price rather than cancel).

a.   Step 1: Select "Cancel Subscription"



b.   Step 2: Answer or Skip Optional Survey



c. Step 3 (Offered Only to Some Users): Accept or Skip Save Offer



d. Step 4: Answer or Skip Optional Net Promoter Score



e. Cancelation Confirmation



DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

    f.    **Exhibits 31–35** are true and correct copies of these pages, which are Bates-stamped MATCHFTC774736, MATCHFTC774745, MATCHFTC774790, MATCHFTC774739, and MATCHFTC774734.

    g.    **Exhibits 31–35** are business records. They were made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

### *Importance for Match.com, as a Dating Site, to Know Why Subscribers Are Looking to Cancel*

86.    In the online cancelation flow, consumers are asked why they are looking to cancel and how likely they would be to recommend Match.com to a friend (known as a net promoter score).

87.    It is important for Match.com's business to know why subscribers are looking to cancel and if they had a positive or negative experience on the site.

88.    Match.com regularly uses the information received in these cancelation surveys to better understand consumer behavior and improve the site (e.g., if the user reports a bug on the site or a bad experience with another user). Examples are reflected in **Exhibits 36–37**.

    a.    **Exhibit 36** is a true and correct copy of an email, which is Bates-stamped MATCHFTC753946. It is an email thread with subject line, "RE: Slowing Down the Dating Experience." The top email is dated September 8, 2021, and is from Jim Talbott (jim.talbott@match.com), to Jayant Dasari (jayant.dasari@match.com), Chad Peoples (Chad.Peoples@match.com), and me (Dushyant.Saraph@match.com), copying Varun Jayasimha Banagere (varun.jayasimha@match.com), Maria Flavia Bosseljon (maria.costa@match.com), and Brett Beattie (Brett.Beattie@match.com).

    b.    **Exhibit 37** is a true and correct copy of a spreadsheet, which is Bates-stamped MATCHFTC777145. It was created on December 2, 2021. The author was Jim Talbott, and it has the file name, "2021-12-02.ResignationSurveySummaryLast180Days.xlsx."

89.    It is also important for Match.com to know if the consumer is looking to cancel because Match.com succeeded at helping the user find a permanent match.

### *Importance of Save Offers*

90.    Some consumers are also given one save offer, in which they are given an opportunity to renew at a discounted price, instead of canceling.

91.    The save offer benefits consumers by saving them money on a Match.com subscription.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

***Match.com FAQs Offered***

92.     Match.com offers FAQs to provide consumers with the answers they need. Match.com offers its consumers FAQs to illustrate how to cancel via the online cancelation flow.

93.     **Exhibit 38** is a true and correct copy of the most recent "Canceling" FAQ that Match.com offers, which is Bates-stamped MATCHFTC846849. It is also currently available at https://help.match.com/hc/en-us/articles/6077124196891-Canceling. The FAQ includes a direct link to the online cancelation flow, in addition to a step-by-step "How to Cancel Auto Renewal" video on how to cancel a subscription through the online cancelation flow. I understand that this has been available since approximately April 2023. **Exhibit 39** is a true and correct copy of the step-by-step video, which is Bates-stamped MATCHFTC846853.

94.     **Exhibit 40** is a true and correct copy of the previous "Cancelling" FAQ that Match.com offered, which is Bates-stamped MATCHFTC846848. This FAQ also included a direct link to the online cancelation flow. I understand that this was available from approximately June 2022 to April 2013.

  a.   The produced version of this FAQ is difficult to read. The following language appears at the end of the "Cancelling" FAQ:



95.     Prior to that, I understand that numerous other cancelation-related FAQs were offered at various times since at least 2014. **Exhibits 41–44** are true and correct copies of these other FAQs, which are Bates-stamped MATCHFTC672286, MATCHFTC672339, MATCHFTC672338, and MATCHFTC672336.

96.     **Exhibits 38–44** are business records. They were made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

97.     If Match.com were trying to make it difficult for subscribers to cancel, it would not offer these resources.

98.     Match.com relies heavily on repeat-customers, so Match.com has no incentive to provide them with a negative cancelation experience.

99.     Some consumers who do not cancel their Match.com subscription are still not charged for the subscription due to canceling their credit card.

### Videos of the Online Cancelation Flow

100.     **Exhibits 45–47** are true and correct copies of videos of the online cancelation flow, which are Bates-stamped MATCHFTC774670, MATCHFTC774651, and MATCHFTC774667.

101.     **Exhibits 45–47** are business records. They were made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

### Clickthrough Data

102.     **Exhibit 48** is a true and correct copy of a spreadsheet with clickthrough data, which is Bates-stamped MATCHFTC846468. The spreadsheet fairly and accurately summarizes the voluminous data that Match.com keeps in the ordinary course of its business.

   a.   This data shows that 95% of Match.com subscribers that enter the online cancelation flow successfully cancel or take a save offer (i.e., decide to renew rather than cancel) before being charged a renewal.

   b.   This number is calculated by dividing the sum of Columns E (reflecting the number of subscribers who canceled through the online cancelation flow before their next renewal) and G (reflecting the number of subscribers who accepted a save offer), by the sum of Column C (reflecting the number of subscribers entering the flow). The result is .9546, or 95.46%, meaning over 95% of subscribers that enter the flow successfully cancel through the flow or accept a save offer prior to their next renewal.

103.     I understand that the FTC filed a Motion for Summary Judgment on September 11, 2023. As part of the FTC's Motion for Summary Judgment, the FTC relies on documents that discuss clickthrough data, including Exhibits 134–35 and 137–38, located at App. 1444–56, 1458–59, 1469–80, 1482–84, (along with Exhibit 136 at App. 1462, which is attached to Exhibit 145, located at App. 1613) in the FTC's Appendix in Support of Motion for Summary Judgment. The clickthrough data reflected in those emails does not accurately depict the clickthrough data of the Match.com online cancelation flow by subscribers in the United States for three reasons:

   a.   First, the clickthrough data reflected in those documents includes non-subscribers.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

b.  Second, the clickthrough data reflected in those documents includes non-U.S. Match.com users.

c.  Third, the clickthrough data reflected in those emails contains "session-level" information, rather than "subscriber-level" information. This means that the data measures the share of "sessions" in which a subscriber clicked "Manage subscription" and canceled their subscription. Measuring by "sessions" is in contrast to measuring by "subscriber." If, for any reason, a subscriber did not cancel their subscription in such a session, their session would be counted against the overall cancelation rate, regardless of whether that subscriber successfully canceled in a later session.

### *Other Cancelation Methods that Match.com Offers*

104.   In addition to the online cancelation flow, Match.com subscribers can cancel their subscription through internet chat, email, standard mail, fax, and (until recently) phone.

### *Data Showing the Number of Cancelations Via the Online Cancelation Flow and Other Methods that Match.com Offers*

105.   **Exhibit 49** is a true and correct copy of a spreadsheet that shows the number of cancelations, as of October 2022, via the online cancelation flow, internet chat, email, and phone since 2013, in addition to cancelations by Match.com Customer Care, for which the method of cancelation was not identified. **Exhibit 49** is Bates-stamped MATCHFTC774724. The spreadsheet fairly and accurately summarizes the voluminous data that Match.com keeps in the ordinary course of its business. Match.com does not separately record cancelations by standard mail and fax. This data shows that there were at least the following number of cancelations since 2013, as of October 2022:

| METHOD | CANCELATIONS |
|---|---|
| Online cancelation flow | 15,914,587 |
| Internet chat | 123,421 |
| Email | 119,722 |
| Phone | 1,027,815 |
| Cancelations by Match.com Customer Care, method not identified | 550,512[1] |

106.   Although Match.com does not separately record cancelations by standard mail or fax, examples of consumers using those methods to cancel their subscriptions are attached as follows:

---

[1] This is calculated by adding 548,944 (Care Cancellation, No Ticket) and 1,568 (Source Was Not Specified in Care Ticket) in **Exhibit 49**.

    a. **Exhibit 50** is a true and correct copy of an example of a cancelation by mail, which is Bates-stamped MATCHFTC744806.

    b. **Exhibit 51** is a true and correct copy of an example of a cancelation by fax, which is Bates-stamped MATCHFTC744801.

    c. **Exhibits 50–51** are business records. They were made at or near the time by— or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

107.    The chat method, email method, and phone number have been identified and available on Match.com FAQ pages.

    a. **Exhibit 52** is a true and correct copy of the current Contact Us FAQ page, which is Bates-stamped MATCHFTC846847.

        i. I understand this has been available since approximately April 2023.

    b. **Exhibit 53** is a true and correct copy of a previous Contact Us FAQ page, which is Bates-stamped MATCHFTC672345.

        i. I understand this was available from approximately August 2022 to April 2023.

    c. **Exhibit 54** is a true and correct copy of a spreadsheet, which is Bates-stamped MATCHFTC427066. The file name is "All Answers Public1.xlsx," the author is Anastasia Burman, and it was created on January 3, 2017.

        i. The spreadsheet has the text of previous FAQs, including a previous Contacting Customer Care FAQ. I understand this was available as of approximately 2017.

    d. **Exhibits 52–54** are business records. They were made at or near the time by— or from information transmitted by—someone with knowledge at Match.com. They were kept in the course of a regularly conducted activity of Match.com, and making the records was a regular practice of that activity.

108.    The mailing address and fax number can be found in the Match.com Terms of Use. *See* **Exhibits 1–5**.

### Miscellaneous

### *Former Employee Title*

109.    I understand that Adrian Ong is a former MGL employee. I understand he was Senior Vice President, Operations for Match.com.

DocuSign Envelope ID: 7C86608F-7566-4DFC-A3DE-79D8DB9F31C3

*CID*

110.     I understand that, on March 17, 2017, the FTC served a Civil Investigative Demand ("CID") on MGI. **Exhibit 55** is a true and correct copy of the CID that MGI received.

111.     I understand that, on August 6, 2019, counsel for MGI sent a letter to the FTC that confirmed the discontinuation of the Guarantee and Chargeback Policy and that Match.com had "no plans or intentions ever to reinstitute any of these practices." **Exhibit 56** is a true and correct copy of that letter.

   a.   **Exhibit 56** is a business record. It was made at or near the time by—or from information transmitted by—someone with knowledge at Match.com. It was kept in the course of a regularly conducted activity of Match.com, and making the record was a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2023.          Signature: _Dushyant Saraph_ _____

# EXHIBIT 79-1

## Match.com Terms of Use Agreement

*Effective on 2022-02-28*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple, not Match. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Match Customer Service by clicking here, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account.

This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these Terms of Use ("Terms") emailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952- 5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using Match's Services, you agree to be bound by this Terms of Use Agreement (the "Terms" or "Agreement"), including our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, so it is important that you read this Agreement and these policies and procedures carefully before you create an account.*

PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION PROVISIONS IN SECTION 15 BELOW. THESE GOVERN THE MANNER IN WHICH CLAIMS WILL BE ADDRESSED BETWEEN YOU AND MATCH. THESE PROVISIONS INCLUDE A MANDATORY PRE-ARBITRATION INFORMAL DISPUTE RESOLUTION PROCESS, AN ARBITRATION AGREEMENT, SMALL CLAIMS COURT ELECTION, CLASS ACTION WAIVER, ADDITIONAL PROCEDURES FOR MASS ARBITRATION FILINGS, AND JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS TYPICALLY LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

*We may update these Terms from time to time, so check this page regularly for updates.*

Welcome to Match, operated by Match Group, LLC, in the case of users originating from within the United States and Canada, and operated by Match.com Global Services Limited, in the case of users originating from outside of the United States and Canada. As used in this Agreement, the terms "Match," "us," "we," the "Company", and "our" shall refer to Match Group, LLC and/or Match.com Global Services Limited, as appropriate. Together you and Match may be referred to as the "Parties" or separately as "Party."

By accessing or using our Services on Match.com (the "Website"), the Match mobile application (the "App"), or any other platforms or services Match may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, this Agreement. This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your access and use of our Services is also subject to the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Match ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not access or use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means; however, you are responsible for regularly checking this page for any changes. Your continued access or use of our Services constitutes your ongoing consent to any changes, and as a result, you will be legally bound by the updated Terms. If you do not accept a change to the Terms, you must stop accessing or using our Services immediately.

MATCHFTC774622

*Before you create an account on Match, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Match.*

You are not authorized to create an account or use the Services unless all of the following are true, and by using our Services, you represent and warrant that:

1. You are at least 18 years old;

2. You are legally qualified to enter a binding contract with Match;

3. You are single or separated from your spouse;

4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5. You are not on any list of individuals prohibited from conducting business with the United States;

6. You are not prohibited by law from using our Services;

7. You have not committed, been convicted of, or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence or a threat of violence, unless you have received clemency for a non-violent crime and we have determined that you are not likely to pose a threat to other users of our Services;

8. You are not required to register as a sex offender with any state, federal or local sex offender registry;

9. You do not have more than one account on our Services; and

10. You have not previously been removed from our Services or our affiliates' services by us or our affiliates, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, all authorization to access our Services or systems is automatically revoked, and you must immediately delete your account.

### You agree to:

- Comply with these Terms, and check this page from time to time to ensure you are aware of any changes;

- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti- spam laws, and regulatory requirements;

- Use the latest version of the Website and/or App;

- Treat other users in a courteous and respectful manner, both on and off our Services;

- Be respectful when communicating with any of our customer care representatives or other employees;

- Review the Safety Tips;

- Maintain a strong password and take reasonable measures to protect the security of your login information.

### You agree that you will not:

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

- Use the Services in a way that damages the Services or prevents their use by other users;

- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

- Use our Services for any harmful, illegal, or nefarious purpose;

- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

**App. 1362**

MATCHFTC774623

- Use our Services if you are a convicted sex offender;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by Match (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Match prior written consent;

- Express or imply that any statements you make are endorsed by Match;

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without Match prior written authorization;

- Use meta tags or code or other devices containing any reference to Match or the platform (or any trademark, trade name, service mark, logo or slogan of Match) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

- Use, access, or publish the Match application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network;

- Encourage, promote, or agree to engage in any activity that violates these Terms; or

- Create a new account after we suspend or terminate your account, unless you receive our express permission.

The license granted to you under these Terms and any authorization to access the Services is automatically revoked in the event that you do any of the above.

**Prohibited Content—Match prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Match or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

- Was not written by you or was automatically generated, unless expressly authorized by Match;

**App. 1363**

MATCHFTC774624

- Includes images or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness of a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of Match or its affiliates.

The uploading or sharing of content that violates these Terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Match provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3A. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3B. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and, unless expressly authorized by Match, you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing users to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3C. OUR CONTENT

**App. 1364**

MATCHFTC774625

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*Match does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful Match community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services (including, but not limited to, on services operated by our affiliates). We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or at the bottom of every email. You may also email Match Customer Service by clicking here.

As set forth in our Privacy Policy, we may share data between our affiliates for the safety and security of our users and may take necessary actions if we believe you have violated these Terms, including banning you from our Services and/or our affiliates' services (such as Tinder, OkCupid, Plenty of Fish, Meetic, BlackPeopleMeet, LoveScout24, OurTime, Pairs, ParPerfeito, and Twoo; for more details, click here), and/or preventing you from creating new accounts. You understand and agree that we may not share information with you regarding your account if doing so would potentially impair the safety or privacy of our other users.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how Match and its affiliates collect, use, and share your personal data, please read our Privacy Policy. By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy.

## 6. RIGHTS YOU ARE GRANTED BY MATCH

*Match grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Match grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Match and permitted by these Terms and applicable laws. This license and any authorization to access the Service are automatically revoked in the event that you fail to comply with these Terms.

## 7. RIGHTS YOU GRANT MATCH

*You own all of the content you provide to Match, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Match a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, reformat, incorporate into other works, advertise, distribute and otherwise make available to the general public Your Content, including any information you authorize us to access from Facebook or other third-party sources (if applicable), in whole or in part, and in any way and in any format or medium currently known or developed in the future. Match's license to Your Content shall be non-exclusive, except that Match's license shall be exclusive with respect to derivative works created through use of our Services. For example, Match would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Match can prevent the use of Your Content outside of our Services, you authorize Match to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is

**App. 1365**

MATCHFTC774626

taken action, prohibited the content, or suspended the offending account, even if the content was sent by other users or third parties. Match's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Match allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Match regarding our Services, you agree that Match may use and share such feedback for any purpose without compensating you.

You agree that Match may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from Match. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

Match may offer products and services for purchase through iTunes, Google Play or other external services authorized by Match (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Match may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

Match operates a global business, and our pricing varies by a number of factors. We frequently offer promotional rates - which can vary based on region, length of subscription, bundle size and more. We also regularly test new features and payment options.

# 8A. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google Play account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

*To cancel a subscription*: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Match. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. Match will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

MATCHFTC774627

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Match to charge the payment method you provide (your "Payment Method"). Match may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact <u>Customer Care</u>.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website or App and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8C. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity to purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Match. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Match ceases providing our Services, or your account is otherwise closed or terminated.

Match, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Match may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Match shall have no liability to you or any third party in the event that Match exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT MATCH IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8D. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.*

MATCHFTC774628

General~~...~~, ~~and there are no~~ credit age period, used periods, except in the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Match. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Match Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this Agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 8E. INSTALLMENT PLAN CONDITIONS

*If you agree to make a purchase pursuant to the installment plan option, your purchase will be subject to these additional terms and conditions, including around eligibility, payment, and cancellation.*

By selecting the option to pay in four payments and clicking subscribe, in addition to the terms set forth above, you agree to the following additional terms that will govern your installment plan purchase:

1. *Eligibility.* To be eligible, you must be a Match member in good standing residing in the United States of America. This offer may not be available to every customer and may not be available for all Services Match offers. Match will not use a consumer credit report to determine your eligibility for this Agreement.

2. *Payment.* You authorize Match to charge the Payment Method selected on a periodic basis (as determined when you register). You will be charged the full price of the qualifying product you selected spread equally over one initial payment due at the time of purchase and three subsequent payments (provided, however, that if the full price is not evenly divisible by four, your final payment amount may be smaller). The three subsequent payments will be charged in the increments you selected as part of your subscription plan. No interest or finance charges apply to this installment plan purchase. Any interest, finance charges or fees assessed by the issuer of your Payment Method may still apply. You are personally responsible for any applicable state, federal or other taxes that may be associated with your purchase of Services unless noted otherwise.

   You can choose to prepay your next schedule payment or the full remaining balance at any time by contacting Customer Care.

3. *Match's right to Terminate.* If Match is not able to charge any payment to your Payment Method, Match reserves the right to pursue any remedy that is available to it, including the right to suspend or terminate your Match subscription and/or Match account. You agree that Match and its affiliates have no liability related to the exercise of these remedies.

4. *Cancellation Policy.* Except as otherwise set forth herein, your subscription purchased through your installment plan will continue until terminated, cancelled, or not renewed by you or Match, as further described in this Agreement. If not terminated, cancelled, or not renewed, your Membership will continue to renew with installment payments, until you cancel or change your payment options, via your Account Settings. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires. If you cancel your subscription prior to completing all payments due, unless otherwise required by applicable law, the remaining balance of the subscription will remain due and payable pursuant to the installment payment schedule you agreed to.

## 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

**App. 1368**

You can cancel your account at any time by logging into the Website or app, going to "Settings" (the gear icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Match reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if Match believes that you have violated these Terms, misused our Services, or behaved in a way that Match regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Match for any reason, these Terms continue and remain enforceable between you and Match, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Match does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and review our Safety Tips.*

YOU UNDERSTAND THAT MATCH DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. MATCH MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. MATCH RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE MATCH TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY MATCH, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Match strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*Match's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

MATCH PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. MATCH DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE DISCOVERED OR CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE OR APPROPRIATE FOR YOUR PURPOSES. FURTHERMORE, MATCH MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

MATCH ASSUMES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES; NOR DOES MATCH ASSUME ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATE WITH THROUGH MATCH. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. MATCH IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, HACKING, FRAUD, ERROR, OMISSION, INTERRUPTION,

**App. 1369**

MATCHFTC774630

DEFECTS, DELAYS, VIRUSES, OR BUGS, INTERRUPTION, DELETION, CORRUPTION, LOSS OF INFORMATION OR DATA, NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER DISRUPTION OR MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

Match has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Match will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Match may also provide non-commercial links or references to third parties within its content. Match is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Match is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Match is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY

*Match's liability is limited to the maximum extent allowed by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL, PUNITIVE, FIXED, OR ENHANCED DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF ANY USERS OR THIRD PARTIES ON OR THROUGH ANY OF OUR AFFILIATES' SERVICES OR IN CONNECTION WITH THE SERVICES; OR (III) ANY UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF MATCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO MATCH FOR THE SERVICES DURING THE TWENTY-FOUR (24) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE THAT YOU FIRST FILE A LAWSUIT, ARBITRATION OR ANY OTHER LEGAL PROCEEDING AGAINST MATCH, WHETHER STATUTORY, IN LAW OR IN EQUITY, IN ANY TRIBUNAL. THE DAMAGES LIMITATION SET FORTH IN THE IMMEDIATELY PRECEDING SENTENCE APPLIES (I) REGARDLESS OF THE GROUND UPON WHICH LIABILITY IS BASED (WHETHER DEFAULT,

**App. 1370**

MATCHFTC774631

CONTRACT, STRICT LIABILITY, OR OTHERWISE, SUFFERED BY (I) YOU, (II) ANY THIRD PARTY, OR (III) ANY RIGHTS OWNED BY YOU OR OBLIGATIONS, AND (III) WITH RESPECT TO ALL EVENTS, THE SERVICE, AND THIS AGREEMENT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION SECTION

*In the unlikely event that we have a legal dispute, here is how the Parties agree to proceed, except where prohibited by applicable law.*

Any Subsection in this Dispute Resolution Section that is prohibited by law shall not apply to the users residing in that jurisdiction, including Subsections 15b, 15c, 15d, and 15e, which shall not apply to users residing within the European Union, European Economic Area, the United Kingdom, or Switzerland.

## 15A. INFORMAL DISPUTE RESOLUTION PROCESS

If you are dissatisfied with our Services for any reason, please contact Match Customer Service first so we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a dispute, claim or controversy against Match, these terms will apply. For purposes of this Dispute Resolution Process and Arbitration Procedures set forth in Section 15, "Match" shall include our affiliates, employees, licensors, and service providers.

Match values its relationship with you and appreciates the mutual benefit realized from informally resolving Disputes (as defined below). Before formally pursuing a Dispute in arbitration or small claims court, you agree to first send a detailed notice ("Notice") to Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA. If Match has a Dispute with you, Match agrees to first send a Notice to you at your most recent email address on file with us, or if no email address is on file, other contact information associated with your account. Your Notice must contain all of the following information: (1) your full name; (2) information that enables Match to identify your account, including a picture or screenshot of your profile, your address, mobile phone number, email address, and date of birth you used to register your account if any; and (3) a detailed description of your Dispute, including the nature and factual basis of your claim(s) and the relief you are seeking with a corresponding calculation of your alleged damages (if any). You must personally sign this Notice for it to be effective. Match's Notice must likewise set forth a detailed description of its Dispute, which shall include the nature and factual basis of its claim(s) and the relief it is seeking, with a corresponding calculation of our damages (if any). You and Match agree to then negotiate in good faith in an effort to resolve the Dispute. As part of these good faith negotiations, if Match requests a telephone conference with you to discuss your Dispute, you agree to personally participate, with your attorney if you're represented by counsel. Likewise, if you request a telephone conference to discuss Match's Dispute with you, Match agrees to have one representative participate. This informal process should lead to a resolution of the Dispute. However, if the Dispute is not resolved within 60 days after receipt of a fully completed Notice and the Parties have not otherwise mutually agreed to an extension of this informal dispute resolution time period, you or Match may initiate an arbitration (subject to a Party's right to elect small claims court as provided below).

Completion of this informal dispute resolution is a condition precedent to filing any demand for arbitration or small claims court action. Failure to do so is a breach of this Agreement. The statute of limitations and any filing fee deadlines will be tolled while you and Match engage in this informal dispute resolution process. Unless prohibited by applicable law, the arbitration provider, National Arbitration and Mediation ("NAM"), shall not accept or administer any demand for arbitration and shall administratively close any arbitration unless the Party bringing such demand for arbitration can certify in writing that the terms and conditions of this informal dispute resolution process were fully satisfied. A court of competent jurisdiction shall have authority to enforce this provision and to enjoin any arbitration proceeding or small claims court action.

## 15B. INDIVIDUAL RELIEF: CLASS ACTION AND JURY TRIAL WAIVER

TO THE FULLEST EXTENT ALLOWABLE BY LAW, YOU AND MATCH EACH WAIVE THE RIGHT TO A JURY TRIAL AND THE RIGHT TO LITIGATE DISPUTES IN COURT IN FAVOR OF INDIVIDUAL ARBITRATION (EXCEPT FOR SMALL CLAIMS COURT AS PROVIDED ABOVE). YOU AND MATCH EACH WAIVE THE RIGHT TO FILE OR PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER OR OTHERWISE TO SEEK RELIEF ON A CLASS BASIS, INCLUDING ANY CURRENTLY PENDING ACTIONS AGAINST MATCH. TO THE FULLEST EXTENT ALLOWABLE BY LAW, THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED OR LITIGATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, CONSOLIDATED, OR PRIVATE ATTORNEY GENERAL BASIS. THE ARBITRATOR CAN AWARD THE SAME RELIEF AVAILABLE IN COURT PROVIDED THAT THE ARBITRATOR MAY ONLY AWARD FINAL RELIEF (INCLUDING INJUNCTIVE OR DECLARATORY RELIEF) IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE FINAL RELIEF WARRANTED BY

**App. 1371**

MATCHFTC774632

THAT INCLUDES THE PROHIBITION OF ARBITRATION ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL BASIS. IF A COURT DETERMINES THAT ANY OF THESE PROHIBITIONS IN THIS PARAGRAPH ARE UNENFORCEABLE AS TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS OF THAT DECISION ARE EXHAUSTED OR THE DECISION IS OTHERWISE FINAL, THEN YOU AND MATCH AGREE THAT THAT PARTICULAR CLAIM OR REQUEST FOR RELIEF SHALL PROCEED IN COURT BUT SHALL BE STAYED PENDING INDIVIDUAL ARBITRATION OF THE REMAINING CLAIMS FOR RELIEF THAT YOU HAVE BROUGHT. IF THIS SPECIFIC PARAGRAPH IS FOUND TO BE UNENFORCEABLE, THEN THE ENTIRETY OF THIS ARBITRATION PROVISION (EXCEPT FOR THE JURY TRIAL WAIVER AND THE INFORMAL DISPUTE RESOLUTION PROCESS) SHALL BE NULL AND VOID. THIS PARAGRAPH IS AN ESSENTIAL PART OF THIS ARBITRATION AGREEMENT.

## 15C. DISPUTE RESOLUTION THROUGH ARBITRATION OR SMALL CLAIMS COURT

Any dispute, claim, or controversy between you and Match (that is not resolved informally by Match Customer Service or as provided under subsection 15a above) that arises from or relates in any way to this Agreement (including any alleged breach of this Agreement), the Services, or our relationship with you (collectively, "Dispute"), shall be exclusively resolved through BINDING INDIVIDUAL ARBITRATION except as specifically provided otherwise in this Dispute Resolution Section. "Dispute" as used in this Agreement shall have the broadest possible meaning and include claims that arose before the existence of this or any prior Agreement and claims that arise during the term of this Agreement or after the termination of this Agreement. Notwithstanding the foregoing, either you or Match may elect to have an individual claim heard in small claims court. If the request to proceed in small claims court is made after an arbitration has been initiated but before an arbitrator has been appointed, such arbitration shall be administratively closed. Any controversy over the small claims court's jurisdiction shall be determined by the small claims court. All other issues (except as otherwise provided herein) are exclusively for the Arbitrator to decide, including but not limited to scope and enforceability of this Dispute Resolution Section, as well as any request to proceed in small claims court that is made after an arbitrator has been appointed. If you or Match challenges the small claims court election in your Dispute, and a court of competent jurisdiction determines that the small claims court election is unenforceable, then such election shall be severed from this Agreement as to your Dispute. However, such court determination shall not be considered or deemed binding with respect to Match's other contracting parties.

Any court proceeding to enforce this Dispute Resolution Section 15, including any proceeding to confirm, modify, or vacate an arbitration award, must be commenced in accordance with Section 17. In the event Dispute Resolution Section 15 is for any reason held to be unenforceable, any litigation against Match (except for small claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to those courts' exercise of personal jurisdiction over you for such purposes and waive any claim that such courts constitute an inconvenient forum.

## 15D. INDIVIDUAL ARBITRATION AND MASS ARBITRATION PROTOCOLS

This subsection 15d applies to Disputes that are submitted to NAM after fully completing the informal Notice and Dispute resolution process described in subsection 15a above and when no small claims court election is made by either Party. Any arbitration between you and Match shall be administered by NAM in accordance with NAM's operative Comprehensive Dispute Resolution Rules and Procedures (the "NAM Rules") in effect at the time any demand for arbitration is filed with NAM, as modified by this Dispute Resolution Section 15. For a copy of the NAM Rules, please visit https://www.namadr.com/resources/rules-fees-forms or contact NAM at NAM's National Processing Center at 990 Stewart Avenue, 1st Floor, Garden City, NY 11530 and email address commercial@namadr.com. If NAM is unable or unwilling to perform its duties under this Agreement, the parties shall mutually agree on an alternative administrator that will replace NAM and assume NAM's role consistent with this Agreement. If the parties are unable to agree, they will petition a court of competent jurisdiction to appoint an administrator that will assume NAM's duties under this Agreement.

The Parties agree that the following procedures will apply to any Arbitrations initiated under this Dispute Resolution Section:

1. **Commencing an Arbitration** – To initiate an arbitration, you or Match shall send to NAM a demand for arbitration ("Demand for Arbitration") that describes the claim(s) and request for relief in detail, consistent with the requirements in this Agreement and NAM Rules. If you send a Demand for Arbitration, you shall also send it to Match at Match Group Legal, P.O. Box 25458, Dallas, Texas 75225, USA, within 10 days of delivery of the Demand for Arbitration to NAM. If Match sends a Demand for Arbitration, we will also send it to your mailing address on file with us within the same 10-day period. If your mailing address is unavailable, we will send it to your email address on file, or if no email address is on file, other contact information associated with your account. The arbitration provider shall not accept or administer any demand for arbitration and shall administratively close any such demand for arbitration that fails to certify in writing that the Party meets the requirements of Dispute Resolution Section 15 or if either Party elects small claims court as set forth above.

2. **Fees** – The payment of all fees shall be governed by the NAM Rules, except to the extent that the case is a part of a Mass Filing (as defined below) or the NAM fees and costs (including Arbitrator fees) paid by either Party are reallocated upon order of the Arbitrator following a determination that (a) either Party breached Section 15 of this Agreement, (b) such reallocation is called for under this Agreement, or (c) reallocation is otherwise permitted under applicable law. Upon a showing to Match of your financial hardship we will consider a good faith request made by you to pay your portion of the applicable consumer

MATCHFTC774633

procedures are generally more simple, less costly, and more streamlined than trials and other judicial proceedings to ensure a fair and efficient adjudication of disputes. If Match initiates an arbitration against you, we shall pay all fees.

3. **The Arbitrator** – The arbitration shall be conducted by a single, neutral (the "Claim Arbitrator"), as assisted by any Process Arbitrator appointed under NAM Rules. (The term "Arbitrator" applies to both the Claim Arbitrator and the Process Arbitrator). If a hearing is elected by either Party, the Arbitrator shall be in or close to the location in which you reside. The Arbitrator is bound by and shall adhere to this Agreement. In the event NAM Rules conflict with this Agreement, the terms of this Agreement shall control. If the Arbitrator determines that strict application of any term of Section 15 of this Agreement (except for the small claims election, which shall be determined by the small claims court) would result in a fundamentally unfair arbitration (the "Unfair Term"), then the Arbitrator shall have authority to modify the Unfair Term to the extent necessary to ensure a fundamentally fair arbitration that is consistent with the Terms of Use (the "Modified Term"). In determining the substance of a Modified Term, the Arbitrator shall select a term that comes closest to expressing the intention of the Unfair Term.

4. **Dispositive Motions** – The Parties agree that the Claim Arbitrator shall have the authority to consider dispositive motions without an oral evidentiary hearing. Dispositive motions may be requested under the following circumstances: (a) within 30 days after the Claim Arbitrator's appointment, a Party may request to file a dispositive motion based upon the pleadings; and (b) no later than 30 days prior to the evidentiary hearing, a Party may request to file a dispositive motion for summary judgment based upon the Parties' pleadings and the evidence submitted.

5. **Discovery** –Each Party may (a) serve up to five requests for relevant, non-privileged documents from the other Party; and (b) request that the other Party provide verified responses to no more than 5 relevant interrogatories (including subparts). Unless both Parties agree otherwise, no other forms of discovery (including depositions) may be utilized. Any such discovery requests must be served on the other Party within 21 days after the Claim Arbitrator's appointment. The responding Party shall provide the requesting Party with all responsive, non-privileged documents, responses signed by the Party themselves to the requested interrogatories, and/or any objections to the requests within 30 days after receipt of the requests, or, in the event of an objection to any discovery request, 30 days after the Claim Arbitrator resolves the dispute. In the event either Party requests that the Claim Arbitrator consider a dispositive motion on the pleadings, such written discovery response deadlines shall be extended until 30 days following the Claim Arbitrator's final decision on such dispositive motion. Any disputes about discovery or requests for extensions shall be submitted promptly to the Claim Arbitrator for resolution. In ruling on any discovery dispute or extension request, the Claim Arbitrator shall take into consideration the nature, amount, and scope of the underlying arbitration claim, the cost and other effort that would be involved in providing the requested discovery, the case schedule, and whether the requested discovery is necessary for the adequate preparation of a claim or defense.

6. **Confidentiality** – Upon either Party's request, the Arbitrator will issue an order requiring that confidential information of either Party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal.

7. **Arbitration Hearing** – You and Match are entitled to a fair evidentiary hearing (i.e. trial) before the Claim Arbitrator. Arbitration proceedings are usually simpler, less costly, and more streamlined than trials and other judicial proceedings. The Parties agree to waive all oral hearings and instead submit all disputes to the Claim Arbitrator for an award based on written submissions and other evidence as the Parties may agree, unless a Party requests an oral hearing within 10 days after the Respondent files a response. If an oral evidentiary hearing is requested, both Parties must be personally present at the hearing, regardless of whether either Party has retained counsel. Both Parties must personally attend the hearing. Either Party's failure to personally attend the hearing, without a continuance ordered by the Claim Arbitrator for good cause, will result in a default judgment taken against that Party.

8. **Arbitration Award** – Regardless of the format of the arbitration, the Claim Arbitrator shall provide a reasoned decision, in writing within 30 days after the hearing or, if no hearing is held, within 30 days after any rebuttal or supplemental statements are due. The decision must clearly specify the relief, if any, awarded and contain a brief statement of the reasons for the award. The arbitration award is binding only between you and Match and will not have any preclusive effect in another arbitration or proceeding that involves a different Party. The Claim Arbitrator may, however, choose to consider rulings from other arbitrations involving a different Party. The Arbitrator may award fees and costs as provided by the NAM Rules or to the extent such fees and costs could be awarded in court. This includes but is not limited to the ability of the Arbitrator to award fees and costs if the Arbitrator determines that a claim or defense is frivolous or was brought for an improper purpose, for the purpose of harassment, or in bad faith.

9. **Offer of Settlement** – The Respondent may, but is not obligated to, make a written settlement offer to the opposing Party any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the Claim Arbitrator until after the Claim Arbitrator issues an award on the claim. If the award is issued in the opposing Party's favor and is less than the Respondent's settlement offer or if the award is in the Respondent's favor, the opposing Party must pay the Respondent's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or caselaw prohibits the flipping of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs that claimant may be entitled to for the cause of action under which it is suing.

**App. 1373**

MATCHFTC774634

10. Mass Filings. In the event fifty (50) or more similarly situated demands for arbitration are filed by the same or coordinated counsel or entities ("Mass Filing"), consistent with the definition and criteria of Mass Filings set forth in the NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules", available at https://www.namadr.com/resources/rules-fees-forms/"), the additional protocols set forth below shall apply.

    i. If you or your counsel file a Demand for Arbitration that fits within the definition of Mass Filing referred to above, then you agree that your Demand for Arbitration shall be subject to the additional protocols set forth in this Mass Filing subsection. You also acknowledge that the adjudication of your Dispute might be delayed and that any applicable statute of limitations shall be tolled from the time at which the first cases are chosen to proceed until your case is chosen for a bellwether proceeding.

    ii. NAM's Mass Filing Rules shall apply if your Dispute is deemed by NAM, in its sole discretion pursuant to its Rules and this Dispute Resolution Section, to be part of a Mass Filing. Such election for NAM's Mass Filing Rules and related fee schedule must be made by either you or Match in writing and submitted to NAM and all Parties.

    iii. *Bellwether Proceedings.* Bellwether proceedings are encouraged by courts and arbitration administrators when there are multiple disputes involving similar claims against the same or related parties. Counsel for the Mass Filings claimants (including you) and counsel for Match shall each select 15 Demands for Arbitration (30 total), and no more than 30 arbitrations shall be filed, processed, adjudicated, or pending at the same time, with each of the 30 individual arbitrations presided over by a different Claim Arbitrator, in a first set of bellwether proceedings. During this time, no other Demands for arbitration that are part of the Mass Filings may be filed, processed, adjudicated, or pending. If the Parties are unable to resolve the remaining Demands for Arbitration after the first set of bellwether proceedings are arbitrated or otherwise resolved, then counsel for the Claimants and counsel for Match shall each select an additional 15 Demands for Arbitration (30) total to be filed, processed, and adjudicated as individual arbitrations, with each of the 30 arbitrations presided over by a different Claim Arbitrator, in a second set of bellwether proceedings. During this time, no other Demands for Arbitration that are part of the Mass Filings may be filed, processed, or adjudicated. This staged process of bellwether proceedings, with each set including 30 Demands for Arbitration adjudicated on an individual basis, shall continue until each Demand included in the Mass Filings (including your Demand for Arbitration) is adjudicated or otherwise resolved. Fees associated with a Demand for Arbitration included in the Mass Filings, including fees owed by Match and the claimants (including you), shall only be due after your Demand for Arbitration is chosen as part of a set of bellwether proceedings and therefore properly designated for filing, processing, and adjudication. Any applicable statute of limitations shall be tolled beginning when you initiate the informal dispute resolution process set forth in subsection 15a of the Agreement, and if the first Mass Filings' Demands for Arbitration are chosen for the initial set of bellwether proceedings have been filed, your claims will remain tolled until your Demand for Arbitration is decided, withdrawn, or is settled. A court of competent jurisdiction located in a venue allowed under Section 17 of the Agreement shall have the power to enforce this subsection.

    iv. You and Match agree that we each value the integrity and efficiency of the arbitration and small claims court process and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and Match acknowledge and agree to act in good faith to ensure the fair resolution of genuine and sincere Disputes. The Parties further agree that application of these Mass Filings procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

## 15E. FUTURE CHANGES AND RETROACTIVE APPLICATION

This Dispute Resolution Section 15 applies to all Disputes between the Parties, including for any claims that accrued against you or Match prior to the time of your consent to this Agreement and to any claims that accrue against you or Match after your consent to this Agreement. Notwithstanding any provision in this Agreement to the contrary, you may elect to opt out of the retroactive application of this Dispute Resolution Section 15 as to claims that have accrued against you or against Match prior to the time of your consent to this Agreement. You may opt out by sending us written notice, within 30 days of the time you consent to this Agreement, to the following email address: optout@match.com. Please do not direct any customer support inquiries optout@match.com, as they will not be addressed; such inquiries should be directed to customer support. You must include information sufficient to identify your account(s), such as the email address or phone number associated with your account(s), and should include a statement that you are opting out of the retroactive application of this Dispute Resolution Section 15. Please note: if you opt out of the retroactive application of this Dispute Resolution Section 15, you will still be subject to and bound by any Dispute Resolution Sections and Arbitration Procedures you previously agreed to, including any arbitration provisions, class action waivers, and retroactive application sections. Also, regardless of whether you opt out of the retroactive application of these changes, the Parties will resolve any claims that accrue against you or Match after your consent to this Agreement in accordance with this Dispute Resolution Section.

## 16. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply to any Dispute (except where prohibited by law).*

MATCHFTC774635

To the fullest extent allowable by law, the foregoing provisions of this Section 16 shall apply to any such dispute
arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Dispute Resolution Process set forth in
Section 15 shall be governed by the Federal Arbitration Act.

## 17. VENUE/FORUM SELECTION

*To the fullest extent allowable by law, any claims that are not arbitrated for any reason must be litigated in Dallas County, Texas*
*(except for claims filed in small claims court).*

Except where prohibited by law and except for claims that are heard in a small claims court as set forth in Section 15, any claims arising
out of or relating to this Agreement, to our Services, or to your relationship with Match that for whatever reason are not required to be
arbitrated or filed in small claims court, will be litigated exclusively in the federal or state courts located in Dallas County, Texas, U.S.A.
You and Match consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts
constitute an inconvenient forum.

## 18. INDEMNITY BY YOU

*You agree to indemnify Match if a claim is made against Match due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Match, our affiliates, and their and our
respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs,
liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services,
your Content, your conduct toward other users, or your breach of this Agreement.

## 19. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms,
which we may amend from time to time, (ii) our Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and (iii) any
Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, you are not entitled to
use our Services.

All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the
entities or persons referred to any require.

## 20. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, Community Guidelines, and Safety Tips, and any Additional Terms Upon Purchase,
contain the entire agreement between you and Match regarding the use of our Services. The Terms supersede all previous agreements,
representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise
unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any
right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Match account is non-
transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights
and licenses granted hereunder may not be transferred or assigned by you but may be assigned by us without restriction. No agency,
partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not
make any representations on behalf of or bind Match in any manner.

## 21. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio,*
*Rhode Island, and Wisconsin*

For subscribers residing in New York:

MATCHFTC774636

- The Service is not guaranteed any particular results. Rather, the subscriber agrees each individual subscriber can view as many profiles as he/she would like;

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our Privacy Policy;

- You may review the New York Dating Service Consumer Bill of Rights here; For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio :

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Colorado, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the Company notice in the same manner as you request a refund as described above in Section 8.

MATCHFTC774637

# Exhibit 79-2

## Match.com Terms of Use Agreement

*Effective on 2021-02-08*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not Match. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Match Customer Service at by clicking here, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using Match's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to Match, operated by Match Group, LLC, in the case of users originating from within the United States and Canada, and operated by Match.com Global Services Limited, in the case of users originating from outside of the United States and Canada. As used in this Agreement, the terms "Match," "us," "we," the "Company", and "our" shall refer to Match Group, LLC and/or Match.com Global Services Limited, as appropriate.

By accessing or using our Services on match.com (the "Website"), the Match mobile application (the "App"), or any other platforms or services Match may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or "Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Match ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

4814-4121-3910.2

MATCHFTC774652

*Before you create an account on Match, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Match.*

**By using our Services, you represent and warrant that:**

1. You are at least 18 years old;

2. You are legally qualified to enter a binding contract with Match;

3. You are single or separated from your spouse;

4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5. You are not on any list of individuals prohibited from conducting business with the United States;

6. You are not prohibited by law from using our services;

7. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;

8. You are not required to register as a sex offender with any state, federal or local sex offender registry;

9. You do not have more than one account on our Services; and

10. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;

- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

- Use the latest version of the Website and/or App;

- Treat other users in a courteous and respectful manner, both on and off our Services;

- Be respectful when communicating with any of our customer care representatives or other employees;

- Review the Safety Tips;

- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

- Use the Services in a way that damages the Services or prevents their use by other users;

- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

- Use our Services for any harmful, illegal, or nefarious purpose;

- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

MATCHFTC774653

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

- Use another user's account;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by Match (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Match's prior written consent;

- Express or imply that any statements you make are endorsed by Match;

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without Match's prior written authorization;

- Use meta tags or code or other devices containing any reference to Match or the platform (or any trademark, trade name, service mark, logo or slogan of Match) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

- Use, access, or publish the Match application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network; or

- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—Match prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

MATCHFTC774654

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Match or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

- Was not written by you or was automatically generated, unless expressly authorized by Match;

- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of Match or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Match provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

4814-4121-3910.2

MATCHFTC774655

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

*Match owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*Match does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful Match community, and we do not tolerate any inappropriate content or misconduct, whether on or off the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or at the bottom of every email. You may also email Match Customer Service by clicking here.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how Match and its affiliates collect, use, and share your personal data, please read our Privacy Policy . By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy .

MATCHFTC774656

## 6. RIGHTS YOU ARE GRANTED BY MATCH

*Match grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Match grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Match and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT MATCH

*You own all of the content you provide to Match, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Match a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. Match's license to Your Content shall be non-exclusive, except that Match's license shall be exclusive with respect to derivative works created through use of our Services. For example, Match would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Match can prevent the use of Your Content outside of our Services, you authorize Match to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Match is not obligated to take any action with regard to use of Your Content by other users or third parties. Match's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Match allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Match regarding our Services, you agree that Match may use and share such feedback for any purpose without compensating you.

You agree that Match may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from Match. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

Match may offer products and services for purchase through iTunes, Google Play or other external services authorized by Match (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Match may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

4814-4121-3910.2

MATCHFTC774657

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Match. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. Match will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Match to charge the payment method you provide (your "Payment Method"). Match may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

4814-4121-3910.2

MATCHFTC774658

To cancel a subscription, log in to the Website and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Match. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Match ceases providing our Services, or your account is otherwise closed or terminated.

Match, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Match may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Match shall have no liability to you or any third party in the event that Match exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT MATCH IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.*

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

4814-4121-3910.2

MATCHFTC774659

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Match. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Match Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 8e. INSTALLMENT PLAN CONDITIONS

*If you agree to make a purchase pursuant to the installment plan option, your purchase will be subject to these additional terms and conditions, including around eligibility, payment, and cancellation.*

By selecting the option to pay in four payments and clicking subscribe, in addition to the terms set forth above, you agree to the following additional terms that will govern your installment plan purchase:

1. *Eligibility.* To be eligible, you must be a Match member in good standing residing in the United States of America. This offer may not be available to every customer and may not be available for all Services Match offers. Match will not use a consumer credit report to determine your eligibility for this Agreement.

2. *Payment.* You authorize Match to charge the Payment Method selected on a periodic basis (as determined when you register). You will be charged the full price of the qualifying product you selected spread equally over one initial payment due at the time of purchase and three subsequent payments (provided, however, that if the full price is not evenly divisible by four, your final payment amount may be smaller).The three subsequent payments will be charged in the increments you selected as part of your subscription plan. No interest or finance charges apply to this installment plan purchase. Any interest, finance charges or fees assessed by the issuer of your Payment Method may still apply. You are personally responsible for any applicable state, federal or other taxes that may be associated with your purchase of Services unless noted otherwise.

   You can choose to prepay your next schedule payment or the full remaining balance at any time by contacting Customer Care.

3. *Match's right to Terminate.* If Match is not able to charge any payment to your Payment Method, Match reserves the right to pursue any remedy that is available to it, including the right to suspend or terminate your Match subscription and/or Match account. You agree that Match and its affiliates have no liability related to the exercise of these remedies.

4. *Cancellation Policy.* Except as otherwise set forth herein, your subscription purchased through your installment plan will continue until terminated, cancelled, or not renewed by you or Match, as further described in this Agreement. If not terminated, cancelled, or not renewed, your Membership will continue to renew with installment payments, until you cancel or change your payment options, via your Account Settings. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires. If you cancel your subscription prior to completing all payments due, unless otherwise required by applicable law, the remaining balance of the subscription will remain due and payable pursuant to the installment payment schedule you agreed to.

MATCHFTC774660

## 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the Website, going to "Settings" (the gear/pencil icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Match reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that Match regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Match for any reason, these Terms continue and remain enforceable between you and Match, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Match does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.*

YOU UNDERSTAND THAT MATCH DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS. MATCH MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. MATCH RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE MATCH TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY MATCH, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Match strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*Match's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

MATCH PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED,

4814-4121-3910.2

MATCHFTC774661

STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. MATCH DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, MATCH MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

MATCH TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES MATCH TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH MATCH. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. MATCH IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

Match has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Match will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

**App. 1388**

MATCHFTC774662

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Match may also provide non-commercial links or references to third parties within its content. Match is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Match is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Match is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY.

*Match's liability is limited to the maximum extent by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF MATCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL MATCH'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO MATCH FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

*In the unlikely event that we have a legal dispute, here is what you need to know.*

If you are dissatisfied with our Services for any reason, please contact Match Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against Match, these terms will apply.

### 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

*If you pursue a legal claim against Match, you agree to arbitration (with limited exceptions).*

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

MATCHFTC774663

2.  By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3.  Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

## 15b. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply if there is a dispute (except where prohibited by law).*

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

*Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, or where prohibited by law).*

Except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with Match that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Match consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

*You agree to indemnify Match if a claim is made against Match due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Match, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, and (iii) any

4814-4121-3910.2

MATCHFTC774664

Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, and any Additional Terms Upon Purchase, contain the entire agreement between you and Match regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Match account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Match in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

For subscribers residing in New York:

* The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
* Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
* How your information is used and how you may access your information is set forth in our Privacy Policy;
* You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

* You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio :

* Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA. and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

MATCHFTC774665

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

**App. 1392**

MATCHFTC774666

# EXHIBIT 79-3

## Match.com Terms of Use Agreement

*Effective on 2019-11-12*

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not Match. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Match Customer Service at by clicking here, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using Match's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to Match, operated by Match Group, LLC, in the case of users originating from within the United States and Canada, and Match.com Global Services Limited, in the case of users originating from outside of the United States and Canada. As used in this Agreement, the terms "Match," "us," "we," the "Company", and "our" shall refer to Match Group, LLC and/or Match.com Global Services Limited, as appropriate.

By accessing or using our Services on match.com (the "Website"), the Match mobile application (the "App"), or any other platforms or services Match may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or "Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Match ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

MATCHFTC774600

*Before you create an account on Match, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Match.*

**By using our Services, you represent and warrant that:**

1.  You are at least 18 years old;

2.  You are legally qualified to enter a binding contract with Match;

3.  You are single or separated from your spouse;

4.  You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5.  You are not on any list of individuals prohibited from conducting business with the United States;

6.  You are not prohibited by law from using our services;

7.  You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime involving violence;

8.  You are not required to register as a sex offender with any state, federal or local sex offender registry;

9.  You do not have more than one account on our Services; and

10. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

*   Comply with these Terms, and check this page from time to time to ensure you are aware of any change;

*   Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;

*   Use the latest version of the Website and/or App;

*   Treat other users in a courteous and respectful manner, both on and off our Services;

*   Be respectful when communicating with any of our customer care representatives or other employees

*   Review the Safety Tips;

*   Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

*   Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;

*   Use the Services in a way that damages the Services or prevents their use by other users;

*   Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;

*   Use our Services for any harmful, illegal, or nefarious purpose;

*   Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;

MATCHFTC774601

- Post or share Prohibited Content (see below);

- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;

- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;

- Use another user's account;

- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or

- Violate the terms of the license granted to you by Match (see Section 6 below).

- Disclose private or proprietary information that you do not have the right to disclose;

- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Match's prior written consent;

- Express or imply that any statements you make are endorsed by Match;

- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;

- Upload viruses or other malicious code or otherwise compromise the security of our Services;

- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;

- "Frame" or "mirror" any part of our Services without Match's prior written authorization;

- Use meta tags or code or other devices containing any reference to Match or the platform (or any trademark, trade name, service mark, logo or slogan of Match) to direct any person to any other website for any purpose;

- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;

- Use, access, or publish the Match application programming interface without our written consent;

- Probe, scan or test the vulnerability of our Services or any system or network; or

- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—Match prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;

- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;

- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;

- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;

- Is defamatory, libelous, or untrue;

**App. 1396**

MATCHFTC774602

- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);

- Involves the transmission of "junk" mail or "spam";

- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Match or otherwise;

- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);

- Was not written by you or was automatically generated, unless expressly authorized by Match;

- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;

- Is inconsistent with the intended use of the Services; or

- May harm the reputation of Match or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Match provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk. We encourage you to use caution in disclosing any personal information online.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

*Match owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*Match does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful Match community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or at the bottom of every email. You may also email Match Customer Service by clicking here.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how Match and its affiliates collect, use, and share your personal data, please read our Privacy Policy . By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy .

MATCHFTC774604

## 6. RIGHTS YOU ARE GRANTED BY MATCH

*Match grants you the right to use and enjoy our Services, subject to these Terms.*

For as long as you comply with these Terms, Match grants you a personal, worldwide, royalty-free, non-assignable, non-exclusive, revocable, and non-sublicensable license to access and use our Services for purposes as intended by Match and permitted by these Terms and applicable laws.

## 7. RIGHTS YOU GRANT MATCH

*You own all of the content you provide to Match, but you also grant us the right to use Your Content as provided in this Agreement.*

By creating an account, you grant to Match a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, adapt, edit, publish, translate, modify, and distribute Your Content, including any information you authorize us to access from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. Match's license to Your Content shall be non-exclusive, except that Match's license shall be exclusive with respect to derivative works created through use of our Services. For example, Match would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Match can prevent the use of Your Content outside of our Services, you authorize Match to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Match is not obligated to take any action with regard to use of Your Content by other users or third parties. Match's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Match allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Match regarding our Services, you agree that Match may use and share such feedback for any purpose without compensating you.

You agree that Match may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

## 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from Match. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

Match may offer products and services for purchase through iTunes, Google Play or other external services authorized by Match (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Match may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

**App. 1399**

MATCHFTC774605

## 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Match. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care. Match will retain all funds charged to your External Service Account until you cancel your subscription through your External Service Account. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Match to charge the payment method you provide (your "Payment Method"). Match may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

MATCHFTC774606

To cancel a subscription, log in to the Website and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Match. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Match ceases providing our Services, or your account is otherwise closed or terminated.

Match, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Match may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Match shall have no liability to you or any third party in the event that Match exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT MATCH IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.*

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction provide for refunds.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

App. 1401

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.**In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Match. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Match Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

## 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the Website, going to "Settings" (the gear/pencil icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Match reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that Match regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Match for any reason, these Terms continue and remain enforceable between you and Match, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

## 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Match does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.*

**YOU UNDERSTAND THAT MATCH DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** MATCH MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. MATCH RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE MATCH TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

App. 1402

MATCHFTC774608

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS. SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY MATCH, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Match strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

## 11. DISCLAIMER

*Match's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

MATCH PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. MATCH DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, MATCH MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU, OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

MATCH TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES MATCH TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH MATCH. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. MATCH IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

Match has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Match will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Match may also provide non-commercial links or references to third parties within its content. Match is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Match is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Match is not responsible or liable for such third parties' terms or actions.

## 14. LIMITATION OF LIABILITY.

*Match's liability is limited to the maximum extent by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF MATCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL MATCH'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO MATCH FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

*In the unlikely event that we have a legal dispute, here is what you need to know.*

MATCHFTC774610

If you are dissatisfied with our Services for any reason, please contact Match Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against Match, these terms will apply.

### 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

*If you pursue a legal claim against Match, you agree to arbitration (with limited exceptions).*

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

## 15b. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply if there is a dispute (except where prohibited by law).*

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

## 15c. VENUE

*Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, or where prohibited by law).*

Except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with Match that for whatever reason are not submitted to arbitration will be

**App. 1405**

MATCHFTC774611

litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Match consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

*You agree to indemnify Match if a claim is made against Match due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Match, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, and any Additional Terms Upon Purchase, contain the entire agreement between you and Match regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Match account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Match in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;

MATCHFTC774612

- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;

- How your information is used and how you may access your information is set forth in our Privacy Policy;

- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio :

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA. and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

MATCHFTC774613

# EXHIBIT 79-4

## Match.com Terms of Use Agreement

California subscribers: You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed. If you subscribed using an External Service (e.g., Apple ID, Google Play), you must cancel through your External Service, as set forth in more detail in Section 8a. If you subscribed through your Apple ID, refunds are handled by Apple/Google, not Match. You can request a refund from Apple through your Apple ID account on your phone or at https://getsupport.apple.com. All other users may request a refund by contacting Match Customer Service at by clicking here, or by mailing or delivering a signed and dated notice that states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include your name and the email address, phone number, or other unique identifier you used to sign up for your account. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. The Company's business is conducted, in part, at 8750 N. Central Expressway, Suite 1400, Dallas, TX 75205. You may have these terms of use e-mailed to you by sending a letter to Terms Inquiries, P.O. Box 25472, Dallas, Texas 75225, USA. In accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at Consumer Information Division, 1625 North Market Blvd., Suite N112 Sacramento, CA 95834, or by telephone at (800) 952-5210.

*We have included brief summaries at the beginning of each section to make it easier for you to read and understand this agreement. The summaries do not replace the text of each section, and you should still read each section in its entirety.*

## 1. INTRODUCTION

*By accessing or using Match's services, you agree to be bound by these terms, including our Privacy and Cookie Policies, so it is important that you read this agreement carefully before you create an account. We may update the terms from time to time, so you should check this page regularly for updates.*

Welcome to Match, operated by Match Group, LLC, in the case of users originating from within the United States and Canada, and Match.com Global Services Limited, in the case of users originating from outside of the United States and Canada. As used in this Agreement, the terms "Match," "us," "we", the "Company", and "our" shall refer to Match Group, LLC and/or Match.com Global Services Limited, as appropriate.

By accessing or using our Services on match.com (the "Website"), the Match mobile application (the "App"), or any other platforms or services Match may offer (collectively, the "Service" or our "Services"), you agree to, and are bound by, these Terms of Use (the "Terms" or "Agreement"). This Agreement applies to anyone who accesses or uses our Services, regardless of registration or subscription status.

Your use of our Services is also subject to the Privacy Policy, Cookie Policy, and any terms disclosed and agreed to by you when you purchase additional features, products, or services from Match ("Additional Terms Upon Purchase"), which are incorporated into this Agreement by reference. If you do not wish to be bound by this Agreement, do not use our Services.

We reserve the right to modify, amend, or change the Terms at any time. Notice of any material change will be posted on this page with an updated effective date. In certain circumstances, we may notify you of a change to the Terms via email or other means, as appropriate under the circumstances; however, you are responsible for regularly checking this page for notice of any changes. We agree that future changes will not be retroactive without your consent. Your continued use of our Services constitutes your acceptance of any change, and you will be legally bound by the updated Terms. If you do not accept a change to the terms, you should stop using our Services immediately.

## 2. ACCOUNT ELIGIBILITY; YOUR RESPONSIBILITIES

*Before you create an account on Match, make sure you are eligible to use our Services. This Section also details what you can and can't do when using the Services, as well as the rights you grant Match.*

By using our Services, you represent and warrant that:

1. You are at least 18 years old;

2. You are legally qualified to enter a binding contract with Match;

3. You are single or separated from your spouse;

4. You are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country;

5. You are not on any list of individuals prohibited from conducting business with the United States;

6. You are not prohibited by law from using our services;

**App. 1409**

MATCHFTC774640

7. You have not have been convicted of or pled no contest to a felony or indictable offense (or crime of similar severity), a sex crime, or any crime inv

8. You are not required to register as a sex offender with any state, federal or local sex offender registry;

9. You do not have more than one account on our Services; and

10. You have not previously been removed from our Services by us, unless you have our express written permission to create a new account.

If at any time you cease to meet these requirements, you must immediately delete your account.

**You agree to:**

- Comply with these Terms, and check this page from time to time to ensure you are aware of any change;
- Comply with all applicable laws, including without limitation, privacy laws, intellectual property laws, anti-spam laws, and regulatory requirements;
- Use the latest version of the Website and/or App;
- Treat other users in a courteous and respectful manner, both on and off our Services;
- Be respectful when communicating with any of our customer care representatives or other employees;
- Review the Safety Tips;
- Maintain a strong password and take reasonable measures to protect the security of your login information.

**You agree that you will not:**

- Misrepresent your identity, age, current or previous positions, qualifications, or affiliations with a person or entity;
- Use the Services in a way that damages the Services or prevents their use by other users;
- Use our Services in a way to interfere with, disrupt or negatively affect the platform, the servers, or our Services' networks;
- Use our Services for any harmful, illegal, or nefarious purpose;
- Harass, bully, stalk, intimidate, assault, defame, harm or otherwise mistreat any person;
- Post or share Prohibited Content (see below);
- Solicit passwords for any purpose, or personal identifying information for commercial or unlawful purposes from other users or disseminate another person's personal information without his or her permission;
- Solicit money or other items of value from another user, whether as a gift, loan, or form of compensation;
- Use another user's account;
- Use our Services in relation to fraud, a pyramid scheme, or other similar practice; or
- Violate the terms of the license granted to you by Match (see Section 6 below).
- Disclose private or proprietary information that you do not have the right to disclose;
- Copy, modify, transmit, distribute, or create any derivative works from, any Member Content or Our Content, or any copyrighted material, images, trademarks, trade names, service marks, or other intellectual property, content or proprietary information accessible through our Services without Match's prior written consent;
- Express or imply that any statements you make are endorsed by Match;
- Use any robot, crawler, site search/retrieval application, proxy or other manual or automatic device, method or process to access, retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of our Services or its contents;
- Upload viruses or other malicious code or otherwise compromise the security of our Services;
- Forge headers or otherwise manipulate identifiers to disguise the origin of any information transmitted to or through our Services;
- "Frame" or "mirror" any part of our Services without Match's prior written authorization;
- Use meta tags or code or other devices containing any reference to Match or the platform (or any trademark, trade name, service mark, logo or slogan of Match) to direct any person to any other website for any purpose;
- Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of our Services, or cause others to do so;

MATCHFTC774641

- Use or develop any third-party applications that interact with our Services or Member Content or information without our written consent;
- Use, access, or publish the Match application programming interface without our written consent;
- Probe, scan or test the vulnerability of our Services or any system or network; or
- Encourage, promote, or agree to engage in any activity that violates these Terms.

**Prohibited Content—Match prohibits uploading or sharing content that:**

- Is likely to be deemed offensive or to harass, upset, embarrass, alarm or annoy any other person;
- Is obscene, pornographic, violent or otherwise may offend human dignity, or contains nudity;
- Is abusive, insulting or threatening, discriminatory or that promotes or encourages racism, sexism, hatred or bigotry;
- Encourages or facilitates any illegal activity including, without limitation, terrorism, inciting racial hatred or the submission of which in itself constitutes committing a criminal offense;
- Is defamatory, libelous, or untrue;
- Relates to commercial activities (including, without limitation, sales, competitions, promotions, and advertising, solicitation for services, "sugar daddy" or "sugar baby" relationships, links to other websites or premium line telephone numbers);
- Involves the transmission of "junk" mail or "spam";
- Contains any spyware, adware, viruses, corrupt files, worm programs or other malicious code designed to interrupt, damage or limit the functionality of or disrupt any software, hardware, telecommunications, networks, servers or other equipment, Trojan horse or any other material designed to damage, interfere with, wrongly intercept or expropriate any data or personal information whether from Match or otherwise;
- Infringes upon any third party's rights (including, without limitation, intellectual property rights and privacy rights);
- Was not written by you or was automatically generated, unless expressly authorized by Match;
- Includes the image or likeness of another person without that person's consent (or in the case of a minor, the minor's parent or guardian), or is an image or likeness or a minor unaccompanied by the minor's parent or guardian;
- Is inconsistent with the intended use of the Services; or
- May harm the reputation of Match or its affiliates.

The uploading or sharing of content that violates these terms ("Prohibited Content") may result in the immediate suspension or termination of your account.

## 3. CONTENT

*It is important that you understand your rights and responsibilities with regard to the content on our Services, including any content you provide or post. You are expressly prohibited from posting inappropriate content.*

While using our Services, you will have access to: (i) content that you upload or provide while using our Services ("Your Content"); (ii) content that other users upload or provide while using our Services ("Member Content"); and (iii) content that Match provides on and through our Services ("Our Content"). In this agreement, "content" includes, without limitation, all text, images, video, audio, or other material on our Services, including information on users' profiles and in direct messages between users.

## 3a. YOUR CONTENT

*You are responsible for Your Content. Don't share anything that you wouldn't want others to see, that would violate this Agreement, or that may expose you or us to legal liability.*

You are solely responsible and liable for Your Content, and, therefore, you agree to indemnify, defend, release, and hold us harmless from any claims made in connection with Your Content.

You represent and warrant to us that the information you provide to us or any other user is accurate, including any information submitted through Facebook or other third-party sources (if applicable), and that you will update your account information as necessary to ensure its accuracy.

The content included on your individual profile should be relevant to the intended use of our Services. You may not display any personal contact or banking information, whether in relation to you or any other person (for example, names, home addresses or postcodes, telephone numbers, email

MATCHFTC774642

addresses, URLs, credit/debit card or other banking details). If you choose to reveal any personal information about yourself to other users, you do so at your own risk.

Your individual profile will be visible to other people around the world, so be sure that you are comfortable sharing Your Content before you post. You acknowledge and agree that Your Content may be viewed by other users, and, notwithstanding these Terms, other users may share Your Content with third parties. By uploading Your Content, you represent and warrant to us that you have all necessary rights and licenses to do so and automatically grant us a license to use Your Content as provided under Section 7 below.

You understand and agree that we may monitor or review Your Content, and we have the right to remove, delete, edit, limit, or block or prevent access to any of Your Content at any time in our sole discretion. Furthermore, you understand agree that we have no obligation to display or review Your Content.

## 3b. MEMBER CONTENT

*While you will have access to Member Content, it is not yours and you may not copy or use Member Content for any purpose except as contemplated by these Terms.*

Other users will also share content on our Services. Member Content belongs to the user who posted the content and is stored on our servers and displayed at the direction of that user.

You do not have any rights in relation to Member Content, and you may only use Member Content to the extent that your use is consistent with our Services' purpose of allowing use to communicate with and meet one another. You may not copy the Member Content or use Member Content for commercial purposes, to spam, to harass, or to make unlawful threats. We reserve the right to terminate your account if you misuse Member Content.

## 3c. OUR CONTENT

*Match owns all other content on our Services.*

Any other text, content, graphics, user interfaces, trademarks, logos, sounds, artwork, images, and other intellectual property appearing on our Services is owned, controlled or licensed by us and protected by copyright, trademark and other intellectual property law rights. All rights, title, and interest in and to Our Content remains with us at all times.

We grant you a limited license to access and use Our Content as provided under Section 6 below, and we reserve all other rights.

## 4. INAPPROPRIATE CONTENT AND MISCONDUCT; REPORTING

*Match does not tolerate inappropriate content or behavior on our Services.*

We are committed to maintaining a positive and respectful Match community, and we do not tolerate any inappropriate content or misconduct, whether on or off of the Services. We encourage you to report any inappropriate Member Content or misconduct by other users. You can report a user directly through the "Report a Concern" link on a user's profile or at the bottom of every email. You may also email Match Customer Service by clicking here.

Member Content is subject to the terms and conditions of Sections 512(c) and/or 512(d) of the Digital Millennium Copyright Act 1998. To submit a complaint regarding Member Content that may constitute intellectual property infringement, see Section 12 (Digital Millennium Copyright Act) below.

## 5. PRIVACY

*Privacy is important to us. We have a separate policy about it that you should read.*

For information about how Match and its affiliates collect, use, and share your personal data, please read our Privacy Policy . By using our Services, you agree that we may use your personal data in accordance with our Privacy Policy .

## 6. RIGHTS YOU ARE GRANTED BY MATCH

*Match grants you the right to use and enjoy our Services, subject to these Terms.*

## 7. RIGHTS YOU GRANT MATCH

*You own all of the content you provide to Match, but you also grant us the right to use Your Content as provided in this Agreement.*

MATCHFTC774643

By creating an account, you grant to Match a worldwide, perpetual, transferable, sub-licensable, royalty-free right and license to host, store, use, copy, display, reproduce, save, adapt, publish, translate, modify, create derivative works from, extract in whole or in part and distribute your contributions as well as any name, username, or likeness provided in connection with Your Content, in all media formats and channels now known or hereafter developed, including for promotion and resale, without further notice to or consent from you, and without the requirement of payment to you or any other person or entity. Your license includes Your Content taken from Facebook or other third-party source (if applicable), in whole or in part, and in any format or medium currently known or developed in the future. Match's license to Your Content shall be non-exclusive, except that Match's license shall be exclusive with respect to derivative works created through use of our Services. For example, Match would have an exclusive license to screenshots of our Services that include Your Content.

In addition, so that Match can prevent the use of Your Content outside of our Services, you authorize Match to act on your behalf with respect to infringing uses of Your Content taken from our Services by other users or third parties. This expressly includes the authority, but not the obligation, to send notices pursuant to 17 U.S.C. § 512(c)(3) (i.e., DMCA Takedown Notices) on your behalf if Your Content is taken and used by third parties outside of our Services. Match is not obligated to take any action with regard to use of Your Content by other users or third parties. Match's license to Your Content is subject to your rights under applicable law (for example, laws regarding personal data protection to the extent the content contains personal information as defined by those laws).

In consideration for Match allowing you to use our Services, you agree that we, our affiliates, and our third-party partners may place advertising on our Services. By submitting suggestions or feedback to Match regarding our Services, you agree that Match may use and share such feedback for any purpose without compensating you.

You agree that Match may access, preserve, and disclose your account information, including Your Content, if required to do so by law or upon a good faith belief that such access, preservation, or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce these Terms; (iii) respond to claims that any content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of the Company or any other person.

# 8. PURCHASES AND AUTOMATICALLY RENEWING SUBSCRIPTIONS

*You will have the opportunity to purchase products and services from Match. If you purchase a subscription, it will automatically renew—and you will be charged—until you cancel.*

Match may offer products and services for purchase through iTunes, Google Play or other external services authorized by Match (each, an "External Service," and any purchases made thereon, an "External Service Purchase"). Match may also offer products and services for purchase via credit card or other payment processors on the Website or inside the App ("Internal Purchases"). If you purchase a subscription, it will automatically renew until you cancel, in accordance with the terms disclosed to you at the time of purchase, as further described below. If you cancel your subscription, you will continue to have access to your subscription benefits until the end of your subscription period, at which point it will expire.

Because our Services may be utilized without a subscription, canceling your subscription does not remove your profile from our Services. If you wish to fully terminate your membership, you must terminate your membership as set forth in Section 9.

# 8a. EXTERNAL SERVICE PURCHASES AND SUBSCRIPTIONS

*External Service Purchases, including subscriptions, may be processed through the External Service, in which case those purchases must be managed through your External Service Account. Subscriptions automatically renew until you cancel.*

When making a purchase on the Service, you may have the option to pay through an External Service, such as with your Apple ID or Google account ("your External Service Account"), and your External Service Account will be charged for the purchase in accordance with the terms disclosed to you at the time of purchase and the general terms applicable to your External Service Account. Some External Services may charge you sales tax, depending on where you live, which may change from time to time.

If your External Service Purchase includes an automatically renewing subscription, your External Service Account will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, the subscription will automatically continue for the price and time period you agreed to when subscribing.

To cancel a subscription: If you do not want your subscription to renew automatically, or if you want to change or terminate your subscription, you must log in to your External Service Account and follow instructions to manage or cancel your subscription, even if you have otherwise deleted your account with us or if you have deleted the App from your device. For example, if you subscribed using your Apple ID, cancellation is handled by Apple, not Match. To cancel a purchase made with your Apple ID, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://getsupport.apple.com. Similarly, if you subscribed on Google Play, cancellation is handled by Google. To cancel a purchase made through Google Play, launch the Google Play app on your mobile device and go to Menu > My Apps > Subscriptions, then find your Match subscription and follow the instructions to cancel. You can also request assistance at https://play.google.com. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

If you initiate a chargeback or otherwise reverse a payment made with your External Service Account, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other

**App. 1413**

MATCHFTC774644

## 8b. INTERNAL PURCHASES AND SUBSCRIPTIONS

*Internal Purchases, including subscriptions, are processed using the Payment Method you provide on the Website or App. Subscriptions automatically renew until you cancel.*

If you make an Internal Purchase, you agree to pay the prices displayed to you for the Services you've selected as well as any sales or similar taxes that may be imposed on your payments (and as may change from time to time), and you authorize Match to charge the payment method you provide (your "Payment Method"). Match may correct any billing errors or mistakes even if we have already requested or received payment. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, Match may terminate your account immediately in its sole discretion, on the basis that you have determined that you do not want a Match subscription. In the event that your chargeback or other payment reversal is overturned, please contact Customer Care.

If your Internal Purchase includes an automatically renewing subscription, your Payment Method will continue to be periodically charged for the subscription until you cancel. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for the price and time period you agreed to when subscribing, until you cancel.

To cancel a subscription, log in to the Website and go to the Settings tool. If you cancel a subscription, you may continue to use the cancelled service until the end of your then-current subscription term. The subscription will not be renewed when your then-current term expires.

You may edit your Payment Method information by using the Settings tool. If a payment is not successfully processed, due to expiration, insufficient funds, or otherwise, you remain responsible for any uncollected amounts and authorize us to continue billing the Payment Method, as it may be updated. This may result in a change to your payment billing dates.

In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for your credit or debit card as provided by your credit or debit card issuer. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen Payment Method. Certain users may be entitled to request a refund. See Section 8d below for more information.

## 8c. VIRTUAL ITEMS

*Virtual items are non-refundable and subject to certain conditions.*

From time to time, you may have the opportunity purchase a limited, personal, non-transferable, non-sublicensable, revocable license to use or access special limited-use features such as "Boost" ("Virtual Item(s)") from Match. You may only purchase Virtual Items from us or our authorized partners through our Services. Virtual Items represent a limited license right governed by this Agreement, and, except as otherwise prohibited by applicable law, no title or ownership in or to Virtual Items is being transferred or assigned to you. This Agreement should not be construed as a sale of any rights in Virtual Items.

Any Virtual Item balance shown in your account does not constitute a real-world balance or reflect any stored value, but instead constitutes a measurement of the extent of your license. Virtual Items do not incur fees for non-use; however, the license granted to you in Virtual Items will terminate in accordance with the terms of this Agreement, on the earlier of when Match ceases providing our Services, or your account is otherwise closed or terminated.

Match, in its sole discretion, reserves the right to charge fees for the right to access or use Virtual Items and/or may distribute Virtual Items with or without charge. Match may manage, regulate, control, modify, or eliminate Virtual Items at any time, including taking actions that may impact the perceived value or purchase price, if applicable, of any Virtual Items. Match shall have no liability to you or any third party in the event that Match exercises any such rights. The transfer of Virtual Items is prohibited, and you shall not sell, redeem, or otherwise transfer Virtual Items to any person or entity. Virtual Items may only be redeemed through our Services.

ALL PURCHASES AND REDEMPTIONS OF VIRTUAL ITEMS MADE THROUGH OUR SERVICES ARE FINAL AND NON-REFUNDABLE. YOU ACKNOWLEDGE THAT MATCH IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY OR OTHER COMPENSATION FOR UNUSED VIRTUAL ITEMS WHEN AN ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

## 8d. REFUNDS

*Generally, all purchases are nonrefundable. Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin.*

**App. 1414**

MATCHFTC774645

Generally, all purchases are final and nonrefundable, and there are no refunds or credits for partially used periods, except if the laws applicable in your jurisdiction pro

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described below.

Purchases of Virtual Items are FINAL AND NON-REFUNDABLE.

If any of the above apply to you and you subscribed using your Apple ID, your refund requests are handled by Apple, not Match. To request a refund, please contact your External Service directly; for example using your Apple device, go to Settings > iTunes & App Stores > [click on your Apple ID] > View Apple ID > Purchase History. Find the transaction and select "Report a Problem." You can also request a refund at https://getsupport.apple.com. For any other purchase, please contact Match Customer Service with your order number (see your confirmation email) by mailing or delivering a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. Please also include the email address or telephone number associated with your account along with your order number. This notice shall be sent to: Match, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (California and Ohio users may also email us by clicking here or send a facsimile to 214-853-4309).

# 9. ACCOUNT TERMINATION

*If you no longer wish to use our Services, or if we terminate your account for any reason, here's what you need to know.*

You can delete your account at any time by logging into the Website, going to "Settings" (the gear/pencil icon in the top right corner), and following the instructions to cancel your membership. **However, you will need to cancel / manage any External Service Purchases through your External Service Account (e.g., iTunes, Google Play) to avoid additional billing.**

Match reserves the right to investigate and, if appropriate, suspend or terminate your account without a refund if you have violated these Terms, misused our Services, or behaved in a way that Match regards as inappropriate or unlawful, on or off our Services. We reserve the right to make use of any personal, technological, legal, or other means available to enforce the Terms, at any time without liability and without the obligation to give you prior notice, including, but not limited to, preventing you from accessing the Services.

If your account is terminated by you or by Match for any reason, these Terms continue and remain enforceable between you and Match, and you will not be entitled to any refund for purchases made. Your information will be maintained and deleted in accordance with our Privacy Policy.

# 10. NO CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS

*Match does not conduct criminal background or identity verification checks on its users. Use your best judgment when interacting with others and check out our Safety Tips.*

**YOU UNDERSTAND THAT MATCH DOES NOT CONDUCT CRIMINAL BACKGROUND OR IDENTITY VERIFICATION CHECKS ON ITS USERS OR OTHERWISE INQUIRE INTO THE BACKGROUND OF ITS USERS.** MATCH MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT, IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF USERS. MATCH RESERVES THE RIGHT TO CONDUCT—AND YOU AUTHORIZE MATCH TO CONDUCT—ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES) AT ANY TIME USING AVAILABLE PUBLIC RECORDS, AND YOU AGREE THAT ANY INFORMATION YOU PROVIDE MAY BE USED FOR THAT PURPOSE. IF THE COMPANY DECIDES TO CONDUCT ANY SCREENING THROUGH A CONSUMER REPORTING AGENCY, YOU HEREBY AUTHORIZE THE COMPANY TO OBTAIN AND USE A CONSUMER REPORT ABOUT YOU TO DETERMINE YOUR ELIGIBILITY UNDER THESE TERMS.

**YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER USERS.** SEX OFFENDER SCREENINGS AND OTHER TOOLS DO NOT GUARANTEE YOUR SAFETY AND ARE NOT A SUBSTITUTE FOR FOLLOWING THE SAFETY TIPS AND OTHER SENSIBLE SAFETY PRECAUTIONS. ALWAYS USE YOUR BEST JUDGMENT AND TAKE APPROPRIATE SAFETY PRECAUTIONS WHEN COMMUNICATING WITH OR MEETING NEW PEOPLE. COMMUNICATIONS RECEIVED THROUGH THE SERVICE, INCLUDING AUTOMATIC NOTIFICATIONS SENT BY MATCH, MAY RESULT FROM USERS ENGAGING WITH THE SERVICE FOR IMPROPER PURPOSES, INCLUDING FRAUD, ABUSE, HARASSMENT, OR OTHER SUCH IMPROPER BEHAVIOR.

Though Match strives to encourage a respectful user experience, it is not responsible for the conduct of any user on or off the Service. You agree to use caution in all interactions with other users, particularly if you decide to communicate off the Service or meet in person.

MATCHFTC774646

## 11. DISCLAIMER

*Match's Services are provided "as is" and we do not make, and cannot make, any representations about the content or features of our Services.*

MATCH PROVIDES OUR SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO OUR SERVICES (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. MATCH DOES NOT REPRESENT OR WARRANT THAT (A) OUR SERVICES WILL BE UNINTERRUPTED, SECURE, OR ERROR FREE, (B) ANY DEFECTS OR ERRORS IN OUR SERVICES WILL BE CORRECTED, OR (C) THAT ANY CONTENT OR INFORMATION YOU OBTAIN ON OR THROUGH OUR SERVICES WILL BE ACCURATE. FURTHERMORE, MATCH MAKES NO GUARANTEES AS TO THE NUMBER OF ACTIVE USERS AT ANY TIME; USERS' ABILITY OR DESIRE TO COMMUNICATE WITH OR MEET YOU; OR THE ULTIMATE COMPATIBILITY WITH OR CONDUCT BY USERS YOU MEET THROUGH THE SERVICES.

MATCH TAKES NO RESPONSIBILITY FOR ANY CONTENT THAT YOU OR ANOTHER USER OR THIRD PARTY POSTS, SENDS, OR RECEIVES THROUGH OUR SERVICES NOR DOES MATCH TAKE ANY RESPONSIBILITY FOR THE IDENTITY, INTENTIONS, LEGITIMACY, OR VERACITY OF ANY USERS WITH WHOM YOU MAY COMMUNICATION THROUGH MATCH. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS ACCESSED AT YOUR OWN DISCRETION AND RISK. MATCH IS NOT RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER HARDWARE, COMPUTER SOFTWARE, OR OTHER EQUIPMENT OR TECHNOLOGY INCLUDING, BUT WITHOUT LIMITATION, DAMAGE FROM ANY SECURITY BREACH OR FROM ANY VIRUS, BUGS, TAMPERING, FRAUD, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE OR NETWORK FAILURE, OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION.

## 12. DIGITAL MILLENNIUM COPYRIGHT ACT

*We take copyright infringement very seriously. We ask you to help us to ensure we address it promptly and effectively.*

Match has adopted the following policy towards copyright infringement in accordance with the Digital Millennium Copyright Act (the "DMCA"). If you believe any Member Content or Our Content infringes upon your intellectual property rights, please submit a notification alleging such infringement ("DMCA Takedown Notice") including the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works;

3. Identification of the material claimed to be infringing or to be the subject of infringing activity and that is to be removed or access disabled and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

5. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that, under penalty of perjury, the information in the notification is accurate and you are authorized to act on behalf of the owner of the exclusive right that is allegedly infringed.

Any DMCA Takedown Notices should be sent to copyright@match.com, by phone to 214-576-3272 or via mail to the following address: Copyright Compliance Department c/o Match Group Legal, 8750 N. Central Expressway, Dallas, Texas 75231.

Match will terminate the accounts of repeat infringers.

## 13. ADS AND THIRD-PARTY CONTENT

*Like many subscription-based services, there are ads on our websites.*

Our Services may contain advertisements and promotions offered by third parties and links to other websites or resources. Match may also provide non-commercial links or references to third parties within its content. Match is not responsible for the availability (or lack of availability) of any external websites or resources or their content. Furthermore, Match is not responsible for, and does not endorse, any products or services that may be offered by third-party websites or resources. If you choose to interact with the third parties made available through our Services, such party's terms will govern their relationship with you. Match is not responsible or liable for such third parties' terms or actions.

**App. 1416**

MATCHFTC774647

# 14. LIMITATION OF LIABILITY.

*Match's liability is limited to the maximum extent by applicable law.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL MATCH, ITS AFFILIATES, EMPLOYEES, LICENSORS, OR SERVICE PROVIDERS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM: (I) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES, (II) THE CONDUCT OR CONTENT OF OTHER USERS OR THIRD PARTIES ON, THROUGH, OR FOLLOWING USE OF THE SERVICES; OR (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR CONTENT, EVEN IF MATCH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL MATCH'S AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS RELATING TO THE SERVICES EXCEED THE AMOUNT PAID, IF ANY, BY YOU TO MATCH FOR THE SERVICES WHILE YOU HAVE AN ACCOUNT.

THE LIMITATION OF LIABILITY PROVISIONS SET FORTH IN THIS SECTION 14 SHALL APPLY EVEN IF YOUR REMEDIES UNDER THIS AGREEMENT FAIL WITH RESPECT TO THEIR ESSENTIAL PURPOSE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES, SO SOME OR ALL OF THE EXCLUSIONS AND LIMITATIONS IN THIS SECTION MAY NOT APPLY TO YOU.

## 15. DISPUTE RESOLUTION

*In the unlikely event that we have a legal dispute, here is what you need to know.*

If you are dissatisfied with our Services for any reason, please contact Match Customer Service first so that we can try to resolve your concerns without the need of outside assistance. If you choose to pursue a claim against Match, these terms will apply.

### 15a. ARBITRATION, CLASS-ACTION WAIVER, AND JURY WAIVER

*If you pursue a legal claim against Match, you agree to arbitration (with limited exceptions).*

1. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof) or our Services shall be BINDING ARBITRATION administered by JAMS under the JAMS Streamlined Arbitration Rules & Procedures, except as modified by our Arbitration Procedures. The one exception to the exclusivity of arbitration is that either party has the right to bring an individual claim against the other in a small-claims court of competent jurisdiction, or, if filed in arbitration, the responding party may request that the dispute proceed in small claims court if the party's claim is within the jurisdiction of the small claims court. If the responding party requests to proceed in small claims court before the appointment of the arbitrator, the arbitration shall be administratively closed, and if requested after the appointment of the arbitrator, the arbitrator shall determine if the dispute should be decided in arbitration or if the arbitration should be administratively closed and decided in small claims court. Whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

2. By using our Services in any manner, you agree to the above arbitration agreement. In doing so, YOU GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING. Your rights will be determined by a NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

3. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

## 15b. GOVERNING LAW

*Texas law and the Federal Arbitration Act will apply if there is a dispute (except where prohibited by law).*

Except where our arbitration agreement is prohibited by law, the laws of Texas, U.S.A., excluding Texas's conflict of laws rules, will apply to any disputes arising out of or relating to this Agreement or our Services. Notwithstanding the foregoing, the Arbitration Agreement in Section 15a above shall be governed by the Federal Arbitration Act. For the avoidance of doubt, the choice of Texas governing law shall not supersede any mandatory consumer protection legislation in such jurisdictions.

**App. 1417**

## 15c. VENUE

*Any claims that are not submitted to arbitration for any reason must be litigated in Dallas County, Texas (except for claims brought in small claims court, or where prohibited by law).*

Except for claims that may be properly brought in a small claims court of competent jurisdiction in the county or other jurisdiction in which you reside or in Dallas County, Texas, all claims arising out of or relating to this Agreement, to our Services, or to your relationship with Match that for whatever reason are not submitted to arbitration will be litigated exclusively in the federal or state courts of Dallas County, Texas, U.S.A. You and Match consent to the exercise of personal jurisdiction of courts in the State of Texas and waive any claim that such courts constitute an inconvenient forum.

## 16. INDEMNITY BY YOU

*You agree to indemnify Match if a claim is made against Match due to your actions.*

You agree, to the extent permitted under applicable law, to indemnify, defend, and hold harmless Match, our affiliates, and their and our respective officers, directors, agents, and employees from and against any and all complaints, demands, claims, damages, losses, costs, liabilities, and expenses, including attorney's fees, due to, arising out of, or relating in any way to your access to or use of our Services, Your Content, Your conduct toward other users, or your breach of this Agreement.

## 17. ACCEPTANCE OF TERMS

*By using our Services, you accept the Terms of this Agreement.*

By using our Services, whether through a mobile device, mobile application, or computer, you agree to be bound by (i) these Terms, which we may amend from time to time, (ii) our Privacy Policy and Cookie Policy, and (iii) any Additional Terms Upon Purchase. If you do not accept and agree to be bound by all of the terms of this Agreement, please do not use our Services.

The section headings and summaries contained herein are inserted for convenience only and shall not be considered in interpreting any term or provision hereof. All pronouns and any variations thereof shall be deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the entities or persons referred to any require. Any word both capitalized and uncapitalized will be deemed to have the same meaning.

## 18. ENTIRE AGREEMENT

*This Agreement supersedes any previous agreements or representations.*

These Terms, with the Privacy Policy, Cookie Policy, and any Additional Terms Upon Purchase, contain the entire agreement between you and Match regarding the use of our Services. The Terms supersede all previous agreements, representations, and arrangements between us, written or oral. If any provision of these Terms is held invalid, illegal, or otherwise unenforceable, the remainder of the Terms shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. You agree that your Match account is non-transferable and all of your rights to your account and its content terminate upon your death, unless otherwise provided by law. Any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. No agency, partnership, joint venture, fiduciary or other special relationship or employment is created as a result of these Terms, and you may not make any representations on behalf of or bind Match in any manner.

## 19. SPECIAL STATE TERMS

*Special terms apply in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, Wisconsin*

For subscribers residing in New York:

- The Services do not guarantee any number of "referrals"—rather, the functionality of the Services is such that the subscriber can view as many profiles as he/she would like;
- Upon notice in writing and delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, subscribers may place their subscription on hold for up to one year;
- How your information is used and how you may access your information is set forth in our Privacy Policy;
- You may review the New York Dating Service Consumer Bill of Rights here;

For subscribers residing in North Carolina:

MATCHFTC774649

- You may review the North Carolina Buyer's Rights here.

For subscribers residing in Illinois, New York, North Carolina, and Ohio :

- Our Services are widely available in the United States—if you believe that you have moved outside a location where we provide the Services, please contact us in writing delivered to Match Group Legal, P.O. Box 25472, Dallas, Texas 75225, USA, and we will work with you to provide alternative services or a refund.

For subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio, Rhode Island, and Wisconsin:

**Your Right to Cancel—You may cancel your subscription, without penalty or obligation, at any time prior to midnight of the third business day following the date you subscribed.** In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use our Services) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice in the same manner as you request a refund as described above in Section 8.

**App. 1419**

MATCHFTC774650

# EXHIBIT 79-5

## Match.com Terms of Use Agreement

Special notice to California users: You, the buyer, may cancel this agreement, without penalty or obligation, at any time prior to midnight of the third business day following the original date of this contract, excluding Sundays and holidays. To cancel this agreement, mail or deliver a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect, or you may email us by clicking here. This notice shall be sent to: Match.com, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA. For additional state specific information, please see Paragraph 24 below.

Welcome to Match.com, the service for single adults to meet each other online, operated by Match Group, LLC, in the case of users originating from within the United States and Canada, and Match.com Global Services Limited, in the case of users originating from outside of the United States and Canada (each the "**Company**" or "**Match.com**").

By accessing the Match.com or Chemistry.com website, including through a mobile application, (the "**Website**") you agree to be bound by these Terms of Use (this "**Agreement**"), whether or not you register as a member of Match.com. If you wish to become a member and make use of the Match.com service (the "**Service**"), please read these Terms of Use. The term "Website" is deemed to refer to using of the Service by means of a computer, a mobile device or a mobile application.

You should also read the Match.com Privacy Policy, which is incorporated by reference into this Agreement and available on the Website. If you do not accept and agree to be bound by all of the terms of this Agreement, including the Match.com Privacy Policy, do not use the Website or the Service. Please contact us with any questions regarding this Agreement.

1. Acceptance of Terms of Use Agreement.

   a. This Agreement is an electronic contract that establishes the legally binding terms you must accept to use the Website and to become a "Member." For purposes of this Agreement, the term "**Member**" means a person who provides information to the Company on the Website or to participate in the Service in any manner, whether such person uses the Service as a free member or a subscriber. You acknowledge and agree that Members of Match.com or Chemistry.com may be part an online community that includes other websites owned by the Company or its affiliates. Therefore, profiles on the Website may be viewable on other such websites and paying subscribers of one website may be able to communicate with other paying subscribers on all websites. This Agreement includes the Company's (i) Privacy Policy, (ii) our Dating Safety Tips published on the Website and (iii) terms disclosed and agreed to by you if you become a subscriber or if you purchase or accept additional features, products or services we offer on the Website, such as state-specific terms and terms governing features, billing, free trials, discounts and promotions.

   b. By accessing the Website or using the Service, you accept this Agreement and agree to the terms, conditions and notices contained or referenced herein and consent to have this Agreement and all notices provided to you in electronic form. Please print a copy of this Agreement for your records. To receive a non-electronic copy of this Agreement, please Contact Us or send a letter and self-addressed stamped envelope with sufficient postage to: Match.com, P.O. Box 25458, Dallas, Texas 75225. This Agreement may be modified by the Company from time to time, such modifications to be effective upon posting by the Company on the Website.

   c. By using the Service, you consent to receive this Agreement in electronic form by using the Service. To withdraw this consent, you must cease using the Service and terminate your account.

2. Eligibility.

   You must be at least 18 years of age to access and use the Service. You must also be single or separated from your spouse to use the Service. Any use of the Service is void where prohibited. By accessing and using the Website, you represent and warrant that you have the right, authority and capacity to enter into this Agreement and to abide by all of the terms and conditions of this Agreement. If you become a Member, you represent and warrant that you have never been convicted of or pled no contest to a felony, a sex crime, or any crime involving violence, and that you are not required to register as a sex offender with any government entity. Using the Service may be prohibited or restricted in certain countries. If you use the Service from outside of the United States, you are responsible for complying with the laws and regulations of the territory from which you access or use the Website or Service.

3. Membership and Subscription.

   You may register as a Member at no cost. As a Member, you may use some, but not all, of the features and services available within the Service. To access or use additional features and services, including the ability to communicate with other Members that are subscribers, you must become a paying subscriber to the Service. The subscription policies that are disclosed to you when you subscribe to the Service are a part of this Agreement. Absent special offers, you acknowledge and agree that if you are (i) not a subscriber, you will not be able to use all the features and services available within the Service, including communicating with other Members, and (ii) a subscriber, non-subscribing Members will not be able to use the Service to communicate with you. A Member profile (both subscribers and non-subscribers) may remain posted on the Website even if that Member is not actively using the Service. You acknowledge that although a Member's profile may be viewed, you may not (even as a subscriber) be able to use the Service to communicate with that Member if he or she is not then actively using the Service.

4. Term and Termination.                                                                                **App. 1421**

MATCHFTC774614

a. This Agreement will remain in full force and effect while you use the Service and/or are a Member.

b. You may change or cancel your membership at any time, for any reason, by following the instructions on the "change/ cancel membership" or similar page on your "Account Settings" page. You may change or cancel your subscription at any time online by following the instructions on the "Subscription" page on your "Account Settings" page. You may also cancel your membership by sending the Company written notice of cancellation to Match.com, P.O. Box 25472, Dallas, Texas 75225 or by email notice of cancellation to Customer Care. If you cancel your membership via the Website, we may ask you to provide a reason for your cancellation. If you cancel your subscription, the Company requires a reasonable amount of time to process the action. If you cancel a subscription, you will enjoy subscription benefits until the end of your then-current subscription commitment, following which your subscription benefits will expire. However, in no event will you be eligible for a refund of any portion of the subscription fees paid for the then-current subscription commitment. If you paid for your subscription using a multi-payment option, you must make all payments even if you cancel your subscription prior to the end of your then existing subscription commitment period.

c. Canceling a subscription does not automatically cancel your membership. If you are a subscriber and you cancel your subscription but not your membership, unless you elect to hide your profile, you will continue to be a Member in the Service and others may view your profile. If you hide your profile, other Members will not be able to view your profile until you "unhide" your profile. If you cancel your membership, your profile will be removed, and other Members will not be able to view your profile. You will be able to use your current registration information to "unhide" your profile and reactivate your membership for one year. A Member can hide his or her profile or cancel his or her membership and remove their profile at any time by following the instructions contained on the "Account Settings" page on the Website.

d. The Company may terminate or suspend your subscription and/or membership in the Service at any time without notice if the Company believes that you have breached this Agreement, including, but not limited to, by using the Website and Service for non-personal use, engaging in prohibited or inappropriate communications or activities, and any breach of your representations and warranties. Upon such termination or suspension, you will not be entitled to any refund of unused subscription fees and, if applicable, all unpaid subscription amounts and other fees you owe will immediately be due. The Company is not required to disclose, and may be prohibited by law from disclosing, the reason for the termination or suspension of your account.

e. After your membership or subscription is terminated for any reason, all terms of this Agreement survive such termination, and continue in full force and effect, except for any terms that by their nature expire or are fully satisfied.

## 5. Non-commercial Use by Members.

The Website and Service is for personal use only. Members may not use the Service in connection with any commercial endeavors, such as (i) advertising or soliciting any user to buy or sell any products or services not offered by the Company, (ii) soliciting others to attend parties or other social functions, or networking, for commercial purposes, (iii) attempting to solicit or raise money for any purpose, or (iv) attempting to solicit users to visit a third-party site. Users of the Website may not use any information obtained from the Service to contact, advertise to, solicit, or sell to any other user without his or her prior explicit consent. Organizations, companies, and/or businesses may not use the Service or the Website for any purpose. The Company may investigate and take any available legal action in response to illegal and/or unauthorized uses of the Website, including collecting usernames and/or email addresses of members by electronic or other means for the purpose of sending unsolicited email and unauthorized framing of or linking to the Website.

## 6. Account Security.

You are responsible for maintaining the confidentiality of the username and password you designate during the registration process, and you are solely responsible for all activities that occur under your username and password. You agree to immediately notify the Company of any disclosure or unauthorized use of your username or password or any other breach of security, and ensure that you log out from your account at the end of each session.

## 7. Your Interactions with Other Members.

a. YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT THE COMPANY CURRENTLY DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS OR SCREENINGS ON ITS MEMBERS. THE COMPANY ALSO DOES NOT INQUIRE INTO THE BACKGROUNDS OF ALL OF ITS MEMBERS OR ATTEMPT TO VERIFY THE STATEMENTS OF ITS MEMBERS. THE COMPANY MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OF MEMBERS OR THEIR COMPATIBILITY WITH ANY CURRENT OR FUTURE MEMBERS. THE COMPANY RESERVES THE RIGHT TO CONDUCT ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES), AT ANY TIME AND USING AVAILABLE PUBLIC RECORDS.

b. The Company is not responsible for the conduct of any Member. As noted in and without limiting Sections 16 and 18 below, in no event shall the Company, its affiliates or its partners be liable (directly or indirectly) for any losses or damages whatsoever, whether direct, indirect, general, special, compensatory, consequential, and/or incidental, arising out of or relating to the conduct of you or anyone else in connection with the use of the Website or Service including, without limitation, death, bodily injury, emotional distress, and/or any other damages resulting from communications or meetings with other Members or persons you meet through the Service. You agree to take all necessary precautions in all interactions with other Members, particularly if you decide to communicate off the Website or meet in person, or if you decide to send money to another Member. In addition, you agree to review and follow the Company's Dating Safety Tips, located on the Website, prior to using the Service. You understand that the Company makes no guarantees, either express or implied, regarding your ultimate compatibility with individuals you meet through the Service. You should not provide your financial information (for example, your credit card or bank account information), or wire or otherwise send money, to other Members.

## 8. Proprietary Rights.

**App. 1422**

MATCHFTC774615

The Company owns and retains all proprietary rights in the Website and the Service, and in all content, trademarks, trade names, service marks and other intellectual property rights therein. The content of the Website is protected by copyright laws and contains other proprietary information of the Company and its licensors. You agree to not copy, modify, transmit, create any derivative works from, make use of, or reproduce in any way any copyrighted material, trademarks, trade names, service marks, or other intellectual property or proprietary information accessible on the Website or through the Service, without first obtaining the prior written consent of the Company or, if such property is not owned by the Company, the owner of such intellectual property or proprietary rights. You agree to not remove, obscure or otherwise alter any proprietary notices appearing on any content, including copyright, trademark and other intellectual property notices.

9. **Content Posted by You on the Website.**

    a. You are solely responsible for the content and information that you post, upload, publish, link to, transmit, record, display or otherwise make available (hereinafter, "**post**") on the Service or transmit to other Members, including emails, videos (including streaming videos), photographs, voice notes, recordings or profile text, whether publicly posted or privately transmitted (collectively, "**Content**"). You may not post on the Website or as part of the Service, or transmit to the Company or any other Member (either on or off the Website), any offensive, inaccurate, abusive, obscene, profane, sexually oriented, threatening, intimidating, harassing, rude, vulgar, derogatory, sexist, defamatory, insulting, racially offensive, or illegal material, or any material that infringes or violates another person's rights (including intellectual property rights, and rights of privacy and publicity). You represent and warrant that all information that you submit upon registration is accurate and truthful and that you will promptly update any information provided by you that subsequently becomes inaccurate, misleading or false.

    b. You understand and agree that the Company may, but is not obligated to, monitor or review any Content you post on the Website or as part of a Service. The Company may delete any Content, in whole or in part, that in the sole judgment of the Company violates this Agreement or may harm the reputation of the Website or the Company. The Company may restrict the number of emails which a Member may send to other Members in any 24-hour period to a number which we deem appropriate in our sole discretion.

    c. By posting Content on the Website or as part of the Service, you automatically grant to the Company, its affiliates, licensees and successors, an irrevocable, perpetual, non-exclusive, fully paid-up, worldwide right and license to (i) use, copy, store, perform, display, reproduce, record, play, adapt, modify and distribute the Content, (ii) prepare derivative works of the Content or incorporate the Content into other works, and (iii) grant and authorize sublicenses of the foregoing in any media now known or hereafter created. You represent and warrant that any posting and use of your Content by the Company will not infringe or violate the rights of any third party.

    d. In addition to the types of Content described in Section 9(a) above, the following is a partial list of the kind of Content that is prohibited on the Website or as part of the Service. You may not post, upload, display or otherwise make available Content (either on or off the Website) that:

        a. constitutes or promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;

        b. constitutes or advocates for harassment or intimidation of another person;

        c. requests money from, or is intended to otherwise defraud, other users of the Website or Service;

        d. involves the transmission of "junk mail," "chain letters," or unsolicited mass mailing or "spamming" (or "spimming", "phishing", "trolling" or similar activities);

        e. promotes information that is false or misleading, or promotes illegal activities or conduct that is defamatory, libelous or otherwise objectionable;

        f. promotes an illegal or unauthorized copy of another person's copyrighted work, such as providing pirated computer programs or links to them, providing information to circumvent manufacture-installed copy-protect devices, or providing pirated images, audio or video, or links to pirated images, audio or video files;

        g. contains video, audio photographs, or images of another person without his or her permission (or in the case of a minor, the minor's legal guardian);

        h. contains restricted or password only access pages, or hidden pages or images (those not linked to or from another accessible page);

        i. provides material that exploits people in a sexual, violent or other illegal manner, or solicits personal information from anyone under the age of 18;

        j. provides instructional information about illegal activities such as making or buying illegal weapons or drugs, violating someone's privacy, or providing, disseminating or creating computer viruses;

        k. contains viruses, time bombs, trojan horses, cancelbots, worms or other harmful, or disruptive codes, components or devices;

        l. impersonates, or otherwise misrepresents affiliation, connection or association with, any person or entity;

        m. provides information or data you do not have a right to make available under law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information);

        n. disrupts the normal flow of dialogue, causes a screen to "scroll" faster than other users are able to type, or otherwise negatively affects other users' ability to engage in real time exchanges;

**App. 1423**

MATCHFTC774616

o. solicits passwords or personal identifying information for commercial or unlawful purposes from other users or

p. publicizes or promotes commercial activities and/or sales without our prior written consent such as contests, sweepstakes, barter, advertising, and pyramid schemes.

The Company reserves the right, in its sole discretion, to investigate and take appropriate legal action against anyone who violates this provision, including removing the offending communication from the Website or Service and terminating or suspending the membership of such violators.

e. Your use of the Website and Service, including all Content you post through the Service, must comply with all applicable laws and regulations. You agree that the Company may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary, such as to: (i) comply with legal process; (ii) enforce this Agreement; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service or allow you to use the Website in the future; or (v) protect the rights, property or personal safety of the Company or any other person.

f. You may not post any telephone numbers, street addresses, last names, URLs or email addresses in areas of your Member profile that may be viewed by other Members. You agree that any Content you place on the Website to be viewed by other Members may be viewed by any person visiting the Website or participating in the Service.

10. **Prohibited Activities.**
The Company reserves the right to investigate and/or TERMINATE your membership if you have misused the Service or behaved in a way the Company regards as inappropriate or unlawful, including actions or communications that occur off the Website. The following, in addition to the actions prohibited in Section 9(d) above, is a partial list of the type of actions that you may not engage in with respect to the Service. You will not:

- impersonate any person or entity, or misrepresent facts about any person or entity.

- solicit money, goods, or other property from any Members.

- post any Content or act in any manner that is prohibited by Section 9.

- "stalk", abuse, use profanity, send sexually oriented communication, threaten, intimidate, act in a rude, vulgar, sexist, or derogatory manner, defame, insult, make racially offensive statements, publish illegal material, or otherwise harass any person.

- express or imply that any statements you make are endorsed by the Company without our specific prior written consent.

- ask or use Members to conceal the identity, source, or destination of any illegally gained money or products.

- use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine", or in any way reproduce or circumvent the navigational structure or presentation of the Website, Service or its contents.

- collect usernames and/or email addresses of members by electronic or other means for the purpose of sending unsolicited email or unauthorized framing of or linking to the Website.

- interfere with or disrupt the Service or the Website or the servers or networks connected to the Service or the Website.

- email or otherwise transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment.

- forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted to or through the Website or Service (either directly or indirectly through use of third party software).

- "frame" or "mirror" any part of the Service or the Website, without the Company's prior written authorization.

- use meta tags or code or other devices containing any reference to the Company, the Website or the Service (or any trademark, trade name, service mark, logo or slogan of the Company) to direct any person to any other website for any purpose.

- modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service or the Website or any software used on or for the Service or the Website, or cause others to do so.

- post, use, transmit or distribute, directly or indirectly, (e.g. screen scrape) in any manner or media any content or information obtained from the Website or the Service other than solely in connection with your use of the Service in accordance with this Agreement.

11. **Customer Service.**
The Company provides assistance and guidance through its customer care representatives. When communicating with our customer care representatives (whether over the telephone, or via email or letter), you agree to not be abusive, obscene, profane, offensive, sexist, threatening, harassing, racially offensive, or to not otherwise behave inappropriately. Telephone calls between you and our customer care representatives may be recorded for quality assurance purposes, and by calling or communicating with our representatives you agree that your call may be recorded. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening or offensive, we reserve the right to immediately terminate your membership and you will not be entitled to any refund of unused subscription fees.

MATCHFTC774617

## 12. Subscriptions; Charges on Your Billing Account.

a. The Company bills you through an online account (your "**Billing Account**") for use of the Service. You agree to pay the Company all charges at the prices you agreed to for any use of the Service by you or other persons (including your agents) using your Billing Account, and you authorize the Company to charge your chosen payment provider (your "**Payment Method**") for the Service. You agree to make payment using that selected Payment Method. The Company may correct any billing errors or mistakes that it makes even if it has already requested or received payment. This Section 12 includes any agreements you made with the Company on the Website when becoming a Member or subscribing to the Service. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method. If you initiate a chargeback or otherwise reverse a payment made with your Payment Method, the Company may in its discretion terminate your account immediately. If the Company successfully disputes the reversal, and the reversed funds are returned, you are not entitled to a refund or to have your account or subscription reinstated.

b. Your subscription will continue indefinitely until cancelled by you. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. You agree that your account will be subject to this automatic renewal feature. If you do not wish your account to renew automatically, or if you want to change or terminate your subscription, please log in and go to "Account Settings" on the Website and follow the directions contained therein. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term; your subscription will not be renewed after your then-current term expires. However, you won't be eligible for a prorated refund of any portion of the subscription fee paid for the then-current subscription period. By subscribing, you authorize the Company to charge your Payment Method now and again at the beginning of any subsequent subscription period. You also authorize the Company to charge you for any sales or similar taxes that may be imposed on your subscription payments. Upon the renewal of your subscription, if the Company does not receive payment from your Payment Method provider, you agree to pay all amounts due on your Billing Account upon demand and/or you agree that the Company may either terminate or suspend your subscription and continue to attempt to charge your Payment Method provider until payment is received (upon receipt of payment, your account will be activated and for purposes of automatic renewal, your new subscription commitment period will begin as of the day payment was received).

c. You must provide current, complete and accurate information for your Billing Account. You must promptly update all information to keep your Billing Account current, complete and accurate (such as a change in billing address, card number or expiration date), and you must promptly notify the Company if your Payment Method is canceled (including if you lose your card or it is stolen), or if you become aware of a potential breach of security (such as an unauthorized disclosure or use of your name or password). Changes to such information can be made at "Account Settings" on the Website. If you fail to provide the Company any of the foregoing information, you agree that you are responsible for fees accrued under your Billing Account. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for you credit or debit card as provided by your credit or debit card issuer. You also authorize us to update your Payment Method to include any credit or debit card or other payment method provided by you to purchase any feature or service throughout your use of the Website or Service when automatically renewing your account, as set forth in Section 12(b).

## 13. Modifications to Service.

The Company reserves the right at any time to modify or discontinue, temporarily or permanently, the Website or the Service (or any part thereof) with or without notice. You agree that the Company shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Service. To protect the integrity of the Website or the Service, the Company reserves the right at any time in its sole discretion to block users from certain IP addresses from accessing the Website or Service.

## 14. Copyright Policy; Notice and Procedure for Making Claims of Copyright Infringement.

You may not post, distribute, or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. Without limiting the foregoing, if you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- a description of the copyrighted work that you claim has been infringed;
- a description of where the material that you claim is infringing is located on the Website (and such description must be reasonably sufficient to enable the Company to find the alleged infringing material, such as a url);
- your address, telephone number and email address;
- a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Notice of claims of copyright infringement should be provided to the Company's Copyright Agent at copyright@match.com or the following address:

MATCHFTC774618

Match.com
Company, A Delaware Limited Partnership
8750 North Central Expressway, Suite 1400
Dallas, Texas 75231
(214) 576-3272

The Company will terminate the accounts of repeat infringers.

15. **Communications and Test Profiles.**
When you become a Member, you agree and consent to receive email messages from us. These emails may be transactional or relationship communications relating to the Service, such as administrative notices and service announcements or changes, or emails containing commercial offers, promotions or special offers from us or third party partners. Please see the Company's Privacy Policy for more information regarding these communications. From time to time, employees of the Company (or its parent or affiliated companies) may create test dating profiles for the purpose of testing the functionality of our Service and website processes to improve service quality for our Members. Telephone calls between you and our customer care representatives may be recorded for quality assurance purposes.

16. **Disclaimers.**
  a. You acknowledge and agree that neither the Company nor its affiliates and third party partners are responsible for and shall not have any liability, directly or indirectly, for any loss or damage, including personal injury or death, as a result of or alleged to be the result of (i) any incorrect or inaccurate Content posted on the Website or provided in connection with the Service, whether caused by Members or any of the equipment or programming associated with or utilized in the Website or Service; (ii) the timeliness, deletion or removal, incorrect delivery or failure to store any Content, communications or personalization settings; (iii) the conduct, whether online or offline, of any Member; (iv) any error, omission or defect in, interruption, deletion, alteration, delay in operation or transmission, theft or destruction of, or unauthorized access to, any user or Member communications; or (v) any problems, failure or technical malfunction of any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of email or players on account of technical problems or traffic congestion on the Internet or at any website or combination thereof, including injury or damage to Members or to any other person's computer related to or resulting from participating or downloading materials in connection with the Internet and/or in connection with the Service. **TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, THE COMPANY PROVIDES THE WEBSITE AND THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS AND GRANTS NO WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICE OR THE WEBSITE (INCLUDING ALL CONTENT CONTAINED THEREIN), INCLUDING (WITHOUT LIMITATION) ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. THE COMPANY DOES NOT REPRESENT OR WARRANT THAT THE WEBSITE OR SERVICE WILL BE UNINTERRUPTED OR ERROR FREE, SECURE OR THAT ANY DEFECTS OR ERRORS ON THE WEBSITE OR IN THE SERVICE WILL BE CORRECTED.**

  b. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE OR WEBSITE IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR AND HEREBY WAIVE ANY AND ALL CLAIMS AND CAUSES OF ACTION WITH RESPECT TO ANY DAMAGE TO YOUR COMPUTER SYSTEM, INTERNET ACCESS, DOWNLOAD OR DISPLAY DEVICE, OR LOSS OR CORRUPTION OF DATA THAT RESULTS OR MAY RESULT FROM THE DOWNLOAD OF ANY SUCH MATERIAL. IF YOU DO NOT ACCEPT THIS LIMITATION OF LIABILITY, YOU ARE NOT AUTHORIZED TO DOWNLOAD OR OBTAIN ANY MATERIAL THROUGH THE SERVICE OR WEBSITE.

  c. From time to time, the Company may make third party opinions, advice, statements, offers, or other third party information or content available on the Website and/or through the Service. All third party content is the responsibility of the respective authors thereof and should not necessarily be relied upon. Such third party authors are solely responsible for such content. THE COMPANY DOES NOT: (I) GUARANTEE THE ACCURACY, COMPLETENESS, OR USEFULNESS OF ANY THIRD PARTY CONTENT ON THE WEBSITE OR PROVIDED THROUGH THE SERVICE, OR (II) ADOPT, ENDORSE OR ACCEPT RESPONSIBILITY FOR THE ACCURACY OR RELIABILITY OF ANY OPINION, ADVICE, OR STATEMENT MADE BY ANY PARTY THAT APPEARS ON THE WEBSITE OR SERVICE. UNDER NO CIRCUMSTANCES WILL THE COMPANY OR ITS AFFILIATES BE RESPONSIBLE OR LIABLE FOR ANY LOSS OR DAMAGE RESULTING FROM YOUR RELIANCE ON INFORMATION OR OTHER CONTENT POSTED ON THE WEBSITE OR SERVICE, OR TRANSMITTED TO OR BY ANY MEMBERS.

  d. In addition to the preceding paragraph and other provisions of this Agreement, any advice that may be posted on the Website or through the Service is for informational and entertainment purposes only and is not intended to replace or substitute for any professional financial, medical, legal, or other advice. The Company makes no representations or warranties and expressly disclaims any and all liability concerning any treatment, action by, or effect on any person following the information offered or provided within or through the Website or Service. If you have specific concerns or a situation arises in which you require professional or medical advice, you should consult with an appropriately trained and qualified specialist.

17. **Links.**
The Website may contain, and the Service or third parties may provide, advertisements and promotions offered by third parties and links to other web sites or resources. You acknowledge and agree that the Company is not responsible for the availability of such external websites or resources, and does not endorse and is not responsible or liable for any content, information, statements, advertising, goods or services, or other materials on or available from such websites or resources. Your correspondence or business dealings with, or participation in promotions of, third parties found on or through the Website or Service, including payment and delivery of related goods or services, and any

MATCHFTC774619

other terms, conditions, warranties or representations associated with such dealings, are solely between you and such third party. You further agree that the Company is not responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of, or reliance upon, any such content, information, statements, advertising, goods or services or other materials available on or through any such website or resource.

### 18. Limitation on Liability.

TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, IN NO EVENT WILL THE COMPANY, ITS AFFILIATES, BUSINESS PARTNERS, LICENSORS OR SERVICE PROVIDERS BE LIABLE TO YOU OR ANY THIRD PERSON FOR ANY INDIRECT, RELIANCE, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OR CORRUPTION OF DATA OR PROGRAMS, SERVICE INTERRUPTIONS AND PROCUREMENT OF SUBSTITUTE SERVICES, EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, THE COMPANY'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER, AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO THE COMPANY FOR THE SERVICE DURING THE TERM OF MEMBERSHIP. YOU AGREE THAT REGARDLESS OF ANY STATUTE OR LAW TO THE CONTRARY, ANY CLAIM OR CAUSE OF ACTION ARISING OUT OF OR RELATED TO USE OF THE WEBSITE OR SERVICE OR THE TERMS OF THIS AGREEMENT MUST BE FILED WITHIN ONE YEAR AFTER SUCH CLAIM OR CAUSE OF ACTION AROSE OR BE FOREVER BARRED.

### 19. Arbitration and Governing Law.

a. The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), the Service, or the Website shall be **BINDING ARBITRATION** administered by the American Arbitration Association under the Consumer Arbitration Rules. The one exception to the exclusivity of arbitration is that you have the right to bring an individual claim against the Company in a small-claims court of competent jurisdiction. But whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against the Company any class action, class arbitration, or other representative action or proceeding.

b. By using the Website or the Service in any manner, you agree to the above arbitration agreement. In doing so, **YOU GIVE UP YOUR RIGHT TO GO TO COURT** to assert or defend any claims between you and the Company (except for matters that may be taken to small-claims court). **YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING.** Your rights will be determined by a **NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY**, and the arbitrator shall determine all issues regarding the arbitrability of the dispute. You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

c. Any proceeding to enforce this arbitration agreement, including any proceeding to confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against the Company (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

d. This Agreement, and any dispute between you and the Company, shall be governed by the laws of the state of Texas without regard to principles of conflicts of law, provided that this arbitration agreement shall be governed by the Federal Arbitration Act.

### 20. Indemnity by You.

You agree to indemnify and hold the Company, its subsidiaries, and affiliates, and its and their officers, agents, partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorney's fees, made by any third party due to or arising out of your breach of or failure to comply with this Agreement (including any breach of your representations and warranties contained herein), any postings or Content you post on the Website or as a result of the Service, and the violation of any law or regulation by you. The Company reserves the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with the Company in connection therewith.

### 21. Notice.

The Company may provide you with notices, including those regarding changes to this Agreement, using any reasonable means now known or hereafter developed, including by email, regular mail, SMS, MMS, text message or postings on the Website. Such notices may not be received if you violate this Agreement by accessing the Service in an unauthorized manner. You agree that you are deemed to have received any and all notices that would have been delivered had you accessed the Service in an authorized manner.

### 22. Entire Agreement; Other.

This Agreement, with the Privacy Policy and any specific guidelines or rules that are separately posted for particular services or offers on the Website, contains the entire agreement between you and the Company regarding the use of the Website and/or the Service. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. The failure of the Company to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. You agree that your online account is non-transferable and all of your rights to your profile or contents within your account terminate upon your death. No agency, partnership, joint venture or employment is created as a result of this Agreement and you may not make any representations or bind the Company in any manner.

### 23. Amendment.

This Agreement is subject to change by the Company at any time. If you are a non-subscribing Member at the time of any change, the revised terms will be effective upon posting on the Website and your use of the Service after such posting will constitute acceptance by you of the revised Agreement. If you are a subscribing Member at the time of any change, the then-existing Agreement will continue to **App. 1427**

MATCHFTC774620

your membership until such time that you renew your subscription as contemplated by Section 12. If you continue your subscription, your renewal will constitute acceptance by you of the Agreement. Similarly, your continued use of the Service after your termination will constitute acceptance by you of the Agreement.

24. **Special State Terms.**

The following provisions are added to this Agreement for subscribers residing in Arizona, California, Connecticut, Illinois, Iowa, Minnesota, New York, North Carolina, Ohio and Wisconsin:

**You, the buyer, may cancel this agreement, without penalty or obligation, at any time prior to midnight of the third business day following the original date of this contract, excluding Sundays and holidays. To cancel this agreement, mail or deliver a signed and dated notice which states that you, the buyer, are canceling this agreement, or words of similar effect. This notice shall be sent to: Match.com, Attn: Cancellations, P.O. Box 25472, Dallas, Texas 75225, USA (in addition, California and Ohio users may email us by clicking here or send a facsimile to 214-853-4309). Please include your match.com username and email address in any correspondence or your refund may be delayed. If you cancel, Match.com will return, within ten days of the date on which you give notice of cancellation, any payments you have made. If you send or deliver the notice to cancel your subscription agreement within such three day period, we will refund the full amount of your subscription.**

**In the event that you die before the end of your subscription period, your estate shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your death. In the event that you become disabled (such that you are unable to use the services of Match.com) before the end of your subscription period, you shall be entitled to a refund of that portion of any payment you had made for your subscription which is allocable to the period after your disability by providing the company notice at the same address as listed above.**

Please Contact Us with any questions regarding this agreement. Match.com is a trademark of Match Group, LLC

MATCHFTC774621

# EXHIBIT 79-6

App. 1429

United States Patent and Trademark Office
Case 3:23-cv-XXXXX  Document XXX  Filed 11/06/23  Page 272 of 528  PageID 14368
Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 5 03:32:24 EDT 2022*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:         OR  Jump  to record:          **Record 73 out of 114**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | M |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer application software for use with mobile devices, namely, software for the purpose of accessing online dating services. FIRST USE: 20121207. FIRST USE IN COMMERCE: 20121207 |
| | IC 045. US 100 101. G & S: Dating services; Internet based social networking, introduction, and dating services. FIRST USE: 20140416. FIRST USE IN COMMERCE: 20140416 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.01 - Hearts excluding hearts as carriers or depicted on playing cards |
| **Serial Number** | 86286887 |
| **Filing Date** | May 20, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 21, 2014 |
| **Registration Number** | 4666846 |
| **Registration Date** | January 6, 2015 |
| **Owner** | (REGISTRANT) Match.com, L.L.C. LIMITED LIABILITY COMPANY DELAWARE P.O. Box 25458 Dallas TEXAS 75225 |
| | (LAST LISTED OWNER) **MATCH GROUP, LLC** LIMITED LIABILITY COMPANY DELAWARE P.O. BOX 25458 DALLAS TEXAS 75225 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jonathan D. Reichman, Esq. |

**App. 1430**

MATCHFTC774674

**Description of Mark** Color is not claimed as a feature of the mark. The mark consists of a lowercase letter 'm' with a heart above it and to the right.

**Type of Mark** TRADEMARK. SERVICE MARK

**Register** PRINCIPAL

**Affidavit Text** SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |

| PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

MATCHFTC774675

EXHIBIT 79-7


## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 5 03:32:24 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: _____   OR Jump to record: _____   **Record 69 out of 114**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | MATCH |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer application software for use with mobile devices, namely, software for the purpose of accessing online dating services. FIRST USE: 20140423. FIRST USE IN COMMERCE: 20140423 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.12 - Hearts as depicted on playing cards |
| **Serial Number** | 86286888 |
| **Filing Date** | May 20, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 21, 2014 |
| **Registration Number** | 4666847 |
| **Registration Date** | January 6, 2015 |
| **Owner** | (REGISTRANT) Match.com, L.L.C. LIMITED LIABILITY COMPANY DELAWARE P.O. Box 25458 Dallas TEXAS 75225 |
| | (LAST LISTED OWNER) **MATCH GROUP, LLC** LIMITED LIABILITY COMPANY DELAWARE P.O. BOX 25458 DALLAS TEXAS 75225 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Benjamin Setnick |
| **Prior Registrations** | 2088545;2640223;3518254;AND OTHERS |
| **Description** | Color is not claimed as a feature of the mark. The mark consists of the word "match" in lowercase letters with a heart above |

App. 1433

**of Mark**   and to the right.

**Type of Mark**  TRADEMARK

**Register**   PRINCIPAL

**Affidavit Text** SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**  LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

MATCHFTC774677

# EXHIBIT 79-8



**Trademarks > Trademark Electronic Search System (TESS)**

---

*TESS was last updated on Wed Oct 5 03:32:24 EDT 2022*

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: _____ OR Jump to record: _____ | **Record 88 out of 114**

---

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# MATCH.COM

| | |
|---|---|
| **Word Mark** | MATCH.COM |
| **Goods and Services** | IC 045. US 100 101. G & S: Dating services; Internet based social networking, introduction, and dating services. FIRST USE: 19950310. FIRST USE IN COMMERCE: 19950310 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85215707 |
| **Filing Date** | January 12, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 27, 2014 |
| **Registration Number** | 4582447 |
| **Registration Date** | August 12, 2014 |
| **Owner** | (REGISTRANT) Match.com, LLC LIMITED LIABILITY COMPANY DELAWARE P.O. Box 25458 Dallas TEXAS 75225 |
| | (LAST LISTED OWNER) **MATCH GROUP, LLC** LIMITED LIABILITY COMPANY DELAWARE P.O. BOX 25458 DALLAS TEXAS 75225 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jonathan D. Reichman, Esq. |
| **Prior Registrations** | 3323423;3518165;3518254;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

MATCHFTC774679

# EXHIBIT 79-9



United States Patent and Trademark Office
Case 3:19-cv-06969-WHA   Document 206   Filed 11/06/23   Page 281 of 528   PageID 14377

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 5 03:32:24 EDT 2022*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC

PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: _____ OR Jump to record: _____ **Record 114 out of 114**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | MATCH.COM |
| **Goods and Services** | IC 042. US 100 101. G & S: computer services, namely, providing information regarding, and in the nature of, on-line dating and introduction services. FIRST USE: 19950310. FIRST USE IN COMMERCE: 19950310 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74670969 |
| **Filing Date** | May 8, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 27, 1997 |
| **Registration Number** | 2088545 |
| **Registration Date** | August 19, 1997 |
| **Owner** | (REGISTRANT) Electric Classifieds, Inc. CORPORATION CALIFORNIA 340 Brannan Street Suite 102 San Francisco CALIFORNIA 941071233 |
| | (LAST LISTED OWNER) **MATCH GROUP, LLC** LIMITED LIABILITY COMPANY DELAWARE P.O. BOX 25458 DALLAS TEXAS 75225 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William M. Merone |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20170809. |
| **Renewal** | 2ND RENEWAL 20170809 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC

PREV DOC | NEXT DOC | LAST DOC

**App. 1439**

MATCHFTC774680

MATCHFTC774681

EXHIBIT 79-10

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)     Frequently Asked Questions (FAQ) (/en/faq)

match.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** MATCH.COM

**Registry Domain ID:** 3405486_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
DNS1.P01.NSONE.NET
DNS2.P01.NSONE.NET
DNS3.P01.NSONE.NET
DNS4.P01.NSONE.NET

## Dates

**Registry Expiration:** 2023-06-01 04:00:00 UTC

**Updated:** 2022-04-30 09:17:01 UTC

**Created:** 1998-06-02 04:00:00 UTC

## Contact Information

MATCHFTC774697

## Administrative:

**Mailing Address:** TX, US

*Redacted for privacy:*
some of the data in this object has been removed.

## Registrant:

**Organization:** Match Group, LLC

**Mailing Address:** TX, US

*Redacted for privacy:*
some of the data in this object has been removed.

## Technical:

**Mailing Address:** TX, US

*Redacted for privacy:*
some of the data in this object has been removed.

# Registrar Information

**Name:** MarkMonitor Inc.

**IANA ID:** 292

**Abuse contact email:** abusecomplaints@markmonitor.com

**Abuse contact phone:** +1.2086851750

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

MATCHFTC774698

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/match.com (https://rdap.verisign.com/com/v1/domain/match.com)

**Last updated from Registry RDAP DB:** 2022-10-12 14:51:22 UTC

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/MATCH.COM (https://rdap.markmonitor.com/rdap/domain/MATCH.COM)

**Last updated from Registrar RDAP DB:** 2022-10-12 10:51:20 UTC

# Notices and Remarks

## Remarks:

### REDACTED FOR PRIVACY
Some of the data in this object has been removed.

## Notices:

### Terms of Use
By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries,
data, or email to MarkMonitor (or its systems) or the domain name contacts (or
its systems).
MarkMonitor reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.
MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.
Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

### Status Codes
For more information on domain status codes, please visit https://icann.org/epp.

https://icann.org/epp (https://icann.org/epp)

### RDDS Inaccuracy Complaint Form
URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf.

**App. 1444**

MATCHFTC774699



Youtube
(https://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin
(https://www.linkedin.com/company/icann)

Flickr
(https://www.flickr.com/photos/icann)

Facebook
(https://www.facebook.com/icannorg)

Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki
(https://community.icann.org/)

ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy
(https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy
(https://www.icann.org/privacy/cookies)

MATCHFTC774700

# EXHIBIT 79-11

App. 1446



**App Store** Preview

This app is available only on the App Store for iPhone and Apple Watch.



## Match: Dating & Relationships  17+
Chat, Date, Meet & Find Love
Match Group, LLC

#60 in Social Networking
★★★★★ 2.8 • 113,4K Ratings

Free • Offers In-App Purchases

### Screenshots  iPhone   Apple Watch









Welcome to Match. Here, being real beats playing it cool. Knowing who you are and what you want is always a priority. And not settling for anything less isn't a bad thing. Some call it picky, but we say more power to you. Backed by 25 years of experience and real-life dating experts, our app lets you date like an adult – from matching to meeting in person.

**App. 1447**

MATCHFTC774727

# EXHIBIT 79-12



🔲 🔲 **iPhone and Apple Watch Apps** ⌄



Welcome to Match. Here, being real beats playing it cool. Knowing who you are and what you want is always a more

Match Group, LLC
Developer                                    ＞

Today    Games    Apps    Arcade ①    Search

MATCHFTC774728

# EXHIBIT 79-13

 Google Play

Games     Apps     Movies & TV     Books     Kids





# Match Dating: Chat, Date, Meet

**Match.com LLC**

In-app purchases

| 3.3★ | 10M+ | M |
|------|------|---|
| 133K reviews | Downloads | Mature 17+ ⓘ |

**Install**

⊞ Add to wishlist









## About this app     →

Welcome to Match. Here, being real beats playing it cool. Knowing who you are and what you want is always a priority. And not settling for anything less isn't a bad thing. Some call it picky, but we say more power to you. Backed by 25 years of experience and real-life dating experts, our app lets you date like an adult – from matching to meeting in person.

Match, chat, date and meet with singles nearby and find love.

...

**Updated on**

Sep 29, 2022

MATCHFTC774729

# EXHIBIT 79-14



Google Play

Games     **Apps**     Movies & TV     Books     Kids





# Match Group, LLC

Match is here to help singles find the kind of relationship they're looking for.



### Match Dating: Chat, Date, Meet
Match Group, LLC
In-app purchases

| 3.3★ | 10M+ | M |
|---|---|---|
| 134K reviews | Downloads | Mature 17+ ⓘ |

**Install**

MATCHFTC777082

# EXHIBIT 79-15

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-16

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-17

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-18

App. 1466

MATCHFTC774523



# EXHIBIT 79-19

App. 1468

MATCHFTC774536

# match

## We believe you will find someone special at Match.

It works so well, we guarantee it. That's why we've created the I Met Someone GUARANTEE. If you don't find someone special within 6 months, we'll give you an additional 6 months free. How the Match.com Guarantee works:

**1** Sign up now for a 6-month subscription.

If you don't find someone special during your initial 6-month subscription, we will give you an additional 6 months at no additional cost to you to continue your search.

You'll love your time with us. We guarantee it.

**2** During your 6-month subscription, you must:



- Create a truthful Match.com profile with a primary photo and keep it visible to the public.



- Respond to, or initiate email communication with at least 5 unique Match.com members each month through the Match.com service.

- Comply with all of the Match.com Guarantee Program rules below.

I Met Someone GUARANTEE (formerly "Make Love Happen Guarantee™") Program Rules

App. 1469

MATCHFTC774568

We know you'll meet tons of great people during your 6-month subscription with us. But, if you don't find someone special during that time, we'll give you an ADDITIONAL 6 months to continue your search. Check out the rules below, then get out there and start connecting today!

- Under the I Met Someone GUARANTEE Program, (the "Guarantee Program" or the "Program") if you don't find someone special during a qualifying six-month paid subscription to the Match.com service, we'll give you an additional six-month subscription (the "Guarantee Extension") to the Match.com service at no additional expense. See Match.com Terms of Use for details regarding the Match.com service and use of the Match.com website.

- The Guarantee Program is available for a limited time only, and open to anyone not currently participating in the Program. Additionally, to be eligible for the Program and the Guarantee Extension, you must:

- (1) Comply at all times with the Match.com Terms of Use. By using the Match.com website and participating in the Program, you agree to be bound by the Match.com Terms of Use.

- (2) Pay in full the applicable rate for a six-month subscription to the Match.com service (the "Guarantee Program Subscription"). The Guarantee Program Subscription consists of five consecutive 30-day periods followed by a final period of 33 days, all of which are referred to as a "Month" in these Program rules. If you are enjoying the benefits of a free trial of the Match.com service, your Guarantee Program Subscription will not begin until your free trial period ends.

- (3) Use your Guarantee Program Subscription to create a profile with a primary photo. Your profile and primary photo must be approved by Match.com within the first seven days of your Guarantee Program Subscription in order for you to be eligible for the Guarantee Program. Details on approval of profile and primary photo available at FAQ and How It Works.

- (4) Keep your profile with primary photo visible at all times during your Guarantee Program Subscription.

- (5) Communicate during your Guarantee Program Subscription with other Match.com subscribers with whom you have not previously communicated during your Guarantee Program Subscription ("Unique Match.com Subscribers").

- (6) Send a "Qualifying Email" to a minimum of five other Unique Match.com Subscribers each Month during your Guarantee Program Subscription. A "Qualifying Email" may be either one you send to a Unique Match.com Subscriber who has not yet emailed you or an email response you send to a Unique Match.com Subscriber who has emailed you. A "Qualifying Email" must be an email sent through the Match.com service and does not include any other method of communicating (such as Match.com winks, MatchPhone™, Match.com Instant Messaging or emails sent outside of the Match.com system).

- Progress toward eligibility for the Guarantee Extension may be determined at any time during a Guarantee Program Subscription by visiting the progress page associated with such Guarantee Program Subscription (the "Guarantee Program Progress Page"). If, during the last seven days of a Guarantee Program Subscription, you are eligible for a Guarantee Extension (and have not met that "special someone"), you may accept the Guarantee Extension by affirming on the Guarantee Program Progress Page that you have not met someone special during your Guarantee Program Subscription. Please see the Match.com Guarantee FAQ for further information. You may also contact Customer Care with any questions related to the Match.com service or the Program. Match.com alone will make all decisions under these Program rules regarding Program policies, including but not limited to Program and Guarantee Extension eligibility.

- Customers eligible to receive a Guarantee Extension will not receive a refund, money or any other thing of value as a substitute for the Guarantee Extension. The Guarantee Extension may only be used by the purchaser of the Guarantee Program Subscription, and the Guarantee Extension may not be sold or transferred in any way.

- Guarantee Program Subscriptions which do not result in a Guarantee Extension (due to ineligibility of the subscriber or failure of the subscriber to accept the Guarantee Extension) will automatically be continued for successive six-month subscription periods at the subscription rate in effect at the time of continuation. See Match.com Terms of Use for details regarding Match.com subscriptions and charges on your billing account.

- The Match.com Terms of Use and the Match.com Guarantee Program Rules are subject to change by Match.com at any time, effective upon posting on the Match.com website, and your use of the Match.com service and your initial or continued participation in the Match.com Guarantee Program after such posting will constitute acceptance by you of such changes. Match.com reserves all rights to modify, suspend or cancel the Program at any time and without notice.

- Program rules last updated January 24th, 2008.

App. 1470

MATCHFTC774563

EXHIBIT 79-20

App. 1472

MATCHFTC774538



match

Turbulentbeauty »   POWER UP

email **12**   matches **11**   likes **1**

ENTICE HIM.   **Let a pro make your personality shine.**   **LEARN MORE**

Discover   Matches   Interests   Messages   Events

◄ back to my match

I met someone **GUARANTEE**   **Progress page**

If you are actively completing certain requirements during your 6-month membership, but have yet to meet someone, we will extend your membership another 6 months for FREE. For further information, read the **program rules**.



Month 1 - Day 0 of 30

Below, anything denoted in **red** are the necessary requirements to complete in order to continue the match GUARANTEE program.

App. 1473

MATCHFTC774527





# EXHIBIT 79-21

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-22

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-23

| | |
|---|---|
| **From:** | Anastasia Burman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3CB1E3395BFF4456AA63211D0D3EE775-ANASTASIA B] |
| **Sent:** | 4/15/2019 10:19:50 AM |
| **To:** | Terrance Thomas [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a941e3c9d3ab4f3686ffb74731be56d4-Terrance Th]; 'DL_Match_Support' |
| | [DL_Match_Support@telusinternational.com]; MatchDomesticSynergiesServices [/o=ExchangeLabs/ou=Exchange |
| | Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a594a78cf3484723a581b581a8296680- |
| | MatchDomest]; matchops@ballenamedia.com; Community Operations Support [/o=ExchangeLabs/ou=Exchange |
| | Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=171d3f31a28343b5bd5b450fb18418a7-Match Custo]; |
| | Community Operations Training [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a26f1e6f4584f8bb93998b818294f7f-Customer Su]; Community Operations |
| | Quality [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7d0412db501a42dc8d231e0d50cfebfa-Community O]; Community |
| | Operations Management [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=222193c76d4c4bef9ce65e241d0bc0ba-Customer Su]; Community |
| | Operations Escalations [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=548d5275915949acbc1e4ca0bdbd7535-Community O]; Community |
| | Operations Pilot [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4cda4b0c13b04a1e959fc5b327540fd1-Community O] |
| **CC:** | Laurie Braddock [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=2cf0ae69281a49ae8430e9005a76230e-Laurie Brad]; Sarah Meade |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=71807a64e9f344be91d5394c537b2026-Sarah Meade] |
| **Subject:** | Match Update: 6 Month Guarantee No Longer Available |

All,

The following has been added to Daily Updates in RNT.

**6 Month Guarantee No Longer Available (April 15, 2019)**

Effective immediately, the 6MG is no longer available for purchase on any platform and should not be offered when subscribing a member.

Agents should continue assisting members who have previously purchased the 6MG with guarantee tracking and redemption.

Let us know if you have any questions.

Thanks,

**Anastasia Burman**
Manager, Training & Development
Match & Match Affinity

8750 N. Central Expwy, Ste 1400 | Dallas, Texas 75231
469.859.8453



**App. 1482**

# EXHIBIT 79-24

# match community

Guarantee

Search

E.g. "reset password" or "cookies"



Account
Settings

Billing &
Subscription

Member
Communication

Paid Features
& Power-Ups

Profile &
Photos

Searching &
Matching

Technical
Issues

Contact
Us

## What happened to the Match Guarantee?

The Match Guarantee program was discontinued on 4/11/2019. Any new subscription purchases after that date will not include the Match Guarantee.

If you bought a new 6-month subscription through the Match site before 4/11/2019, then you can take advantage of the Match Guarantee one last time. Simply go to your Progress Page to track how you're doing and redeem the Guarantee at the end of your subscription term.

Even without the Match Guarantee, we still know you'll meet plenty of great people during your time on Match, and we want to give you all the tools you need to find someone special! That's why we updated our subscription bundles to include more features for an even better experience.

When you're purchasing a new subscription, make sure you review all the options to find the package that fits your needs. You can always contact us by phone or chat if you need help understanding the options or making a purchase.

App. 1484

MATCHFTC774522

# EXHIBIT 79-25

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-26

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-27

**From:** Match [mailer@QA.connect.match.com]
**Sent:** 10/7/2021 3:31:48 AM
**To:** cpqateam@gmail.com
**Subject:** QA - Information about your Match account

Dear Bill,

You recently initiated a chargeback related to your subscription. While your account was deactivated for a period of time it has now been reactivated and you have been credited with whatever time was remaining on your subscription at the time of your chargeback request. Your profile is currently hidden. In order to unhide your profile, take the steps below depending on whether you are accessing your account on desktop, the Match app, or Mobile Web. Your subscription will end on 01/01/2022 and will not autorenew.

For Desktop

Access the profile edit screen by clicking your primary photo icon on the main site menu (at the top of the screen). Next, look at the top right-hand side of the profile edit screen to see your current visibility in bold text. Then click the circle next to "Anyone can see you" to make your profile visible.

For App

Access the profile edit screen by tapping on the profile icon on the bottom right of your screen. Next, look at the top right-hand side of the screen and tap the gear icon. (Note for iPhone users: Tap Profile Visibility at the top of the menu that appears on the next screen). Then click the circle next to "Visible" so that anyone can see you on the Match site.

For Mobile Web

Access the profile edit screen by tapping on the profile icon on the bottom right of your screen. Next, look at the top of the screen to see your current visibility in bold text. Then click the blue text that says "Control who sees your profile." On the screen that appears, you can click the circle next to "Anyone can see you" to make your profile visible.

**App. 1500**

CONFIDENTIAL – FTC v. MATCH, Case No. 3:19-cv-02281-K

MATCHFTC774668

**To keep your account secure, please do not forward this email. Forwarding could give others access to your account.**

Match P.O. Box 25472
Dallas, TX 75225

**Get the Match app**

Please do not reply to this email. Replies will not be received.

If you have a question, or need assistance, please contact Customer Care.

**App. 1501**

# EXHIBIT 79-28

App. 1503

MATCHFTC774813

match.

Recommended



Izzie-vawppaht

27 · Dallas, TX

Currently separated
5'5" (165 cm)
Athletic/Fit
Yes, and they sometimes live at home

I enjoy quirky scrabble events and ponds. I'm looking for a cool lizard.

X Skip          1          ♡ Like

⌂ Discover   ☆ Highlights   ○ Search   ♡ Likes   ⊡ Matches   ⊘ Events

Top Picks

Power Up

⚙ settings
help
sign out

Add 3 clear-face photos for more attention
Manage photos →

Pick 3 more Topics that show off the real you
Manage Topics →

Private Mode
Only be seen by members you like or message.
Choose who sees you →



About Match       Terms of Use        Community Guidelines    Blog          Cookie Settings
Help/FAQs         Your Privacy        Safety Tips             Advertise     Intellectual Property
Careers           Cookie Policy       Media Room              Success Stories

© Copyright 2022 Match Group, LLC

m.

# EXHIBIT 79-29

App. 1505

MATCHFTC774738

match.

Discover   Highlights   Search   Likes   Matches   Events   Power up   ⚙

## Account settings

Manage account

Visibility

Blocked profiles

Removed profiles

Email notifications

Mobile push notifications

Site notifications

Verify your account

## Manage account

Edit name

Edit email

Edit password

Edit age

Manage subscription

---

About Match          Terms of Use          Community Guidelines          Blog          Cookie Settings
Help/FAQs            Your Privacy           Safety Tips                    Advertise      Intellectual Property
Careers              Cookie Policy          Media Room                    Success Stories

m.          © Copyright 2022 Match Group, LLC








# EXHIBIT 79-30

App. 1507

MATCHFTC774742





**To continue, please supply your password.**

The information you are about to view is private and requires your password to view it.

Please enter your password

I'm not a robot

reCAPTCHA
Privacy - Terms

CONTINUE

Forgot your password?

match
events

Test 15 pct
December 21, 2022 | Anf Test 516 Venue

Discover  Search  Likes  Matches  Events

POWER UP

VIEW ALL EVENTS

About Match
Accessibility help
Terms of Use
Your Privacy
Ad Choices
Careers
Cookie Policy

Online Dating Safety Tips
Dating Articles and Advice
Success Stories

Help/FAQs
Contact Us
Site Map
Match International
Media Room

Mobile
Gift Subscriptions

Advertise on Match

© Copyright 2022 Match Group, LLC. =AdsTQdYs

# EXHIBIT 79-31

App. 1509

MATCHFTC774736

match.
events

**Test RK - Free Event**
December 31, 2021 at Test 515 Venue

Discover   Search   Likes   Matches   Events

POWER UP   VIEW ALL EVENTS



**Choose one of the options below to continue:**

Subscription Status

Check or change your subscription info here. Update your credit card and billing info. Or, just see how much time you have left on your subscription.

Cancel Subscription

Cancel your subscription with Match.com. You will not be able to send or receive emails after your subscription expires, but you can still look as much as you'd like.

Back to Home

About Match
Accessibility Help
Terms of Use
Your Privacy
Ad Choices
Careers
Cookie Policy

Online Dating Safety Tips
Dating Articles and Advice
Success Stories

Help/FAQs
Contact Us
Site Map
Match International
Media Room

Singles
Gift Subscriptions

Advertise on Match

© Copyright 2022 Match Group, LLC

# EXHIBIT 79-32

App. 1511

MATCHFTC774745

match events

Discover   Search   Likes   Matches   Events   POWER UP   VIEW ALL EVENTS

Test 15 pct
December 31, 2022 | Jof Test 516 Venue

# Before you go, help us make Match.com better.

If you cancel, your last day of subscription will be 19/5/2022 and you will not be billed for any additional time.

What is the primary reason that you are looking to cancel your subscription with Match.com?

- ○ I had too much going on and did not have time to date
- ○ I didn't click with the matches I met in person
- ○ Not many people of interest initiated contact with me
- ○ I didn't receive enough replies to emails I sent out
- ○ I can't afford a subscription right now
- ○ Very few profiles piqued my interest
- ○ I met someone
- ◉ Other

Back to home        Continue Cancellation

About match            Online Dating Safety Tips       Help/FAQs            Mobile
Accessibility Help     Dating Advice and Advice        Contact Us           Gift Subscriptions
Terms of Use           Success Stories                 Site Map
Your Privacy                                           Match International
Ad Choices                                             Media Room
Careers
Cookie Policy

Advertise on Match

© Copyright 2022 Match Group, LLC

# EXHIBIT 79-33

App. 1513

MATCHFTC774790

match. | match events

ANY where

Discover    Search    Likes    Matches    Events

VIEW ALL EVENTS    POWER UP    ⚙

Test RK - Free Event
December 31, 2022 | Just Test 516 Venue

James, sometimes finding love takes time. We truly believe
you can find someone special on Match.com. After all, more
relationships begin at Match.com than at any other site.

Give us another shot and we'll give you

## 50% off your next renewal

You have nothing to lose. You won't be charged the
discounted price ($51.14, including tax) until your next
renewal date. At the end of your discounted 6 months, your
subscription will automatically renew for the same package
length at the **non-discounted price ($102.27, including
tax)** until you cancel, at any time, via your Account Settings
page. By pressing the button below, you authorize us to
charge your card upon each renewal. Learn More

Any add-ons that are a part of your subscription will renew at
full price.

( GET 50% OFF 6 MONTHS )    ( CONTINUE CANCELLATION )

Not sure? Think about it and decide any time before the
renewal date. Search Now »

- Angela & Layton

These members gave it another chance. Now, they're
a Match.com success couple!

About Match          Online Dating Safety Tips    Help/FAQs           Invite              Advertise on Match
Accessibility Help   Dating Advice and Advice   Contact Us          Gift Subscriptions
Terms of Use         Success Stories            Site Map
Your Privacy                                    Match International
Ad Choices                                      Media Room
Careers
Cookie Policy

© Copyright 2022 Match Group, LLC. a/k/a DgkE+»

# EXHIBIT 79-34

App. 1515

MATCHFTC774739

match∙
events

⌂ Discover   ♡ Likes   ○ Search   ☐ Matches   ◎ Events   POWER UP ●   ⚙

VIEW ALL EVENTS

Test 15 pct
December 31, 2022 | HF Test 515 Venue

## Tell us more.

One last step. How likely would it be for you to recommend Match.com to a friend?

◄ Not Likely                Very Likely ►
○  ○  ○  ○  ○  ○  ○  ○  ○  ○  ○
0  1  2  3  4  5  6  7  8  9  10

If you cancel now, you will lose these benefits once your subscription ends:

• You won't know who's viewed your profile
• No more sending and responding to emails
• You risk losing your current monthly rate

Back to home        Continue Cancellation

About Match              Online Dating Safety Tips      Help/FAQs            Mobile
Accessibility Help       Dating Articles and Advice     Contact Us           Gift Subscriptions
Terms of Use             Success Stories                Site Map
Your Privacy                                            Match International
Ad Choices                                              Media Room
Careers
Cookie Policy

© Copyright 2022 Match Group, LLC. •0A0 2b1F•

Advertise on Match


# EXHIBIT 79-35

App. 1517

MATCHFTC774734

**match** events

JUST ADDED

Test RK - Free Event
December 31, 2022 | Inf Test 519 Venue

VIEW ALL EVENTS

Discover   Search   Likes   Matches   Events

## Your subscription has been cancelled.

Your confirmation number is James202203124104096.

You do not have to do anything further to complete your subscription cancellation.

The last day of your subscription will be 10/5/2022. Use your last 6 days to contact any new members on Match.com. You never know when you're going to find the one!

You will receive an email confirming your cancellation and containing pertinent information soon.

Reactivate my subscription   Hide profile / deactivate my account

About Match
Accessibility Help
Terms of Use
Your Privacy
Ad Choices
Careers
Cookie Policy

Online Dating Safety Tips
Dating Articles and Advice
Success Stories

Help/FAQs
Contact Us
Site Map
Match International
Media Room

Mobile
Gift Subscriptions

Advertise on Match

© Copyright 2022 Match Group, LLC —Incl. 344Prv

# EXHIBIT 79-36

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-37

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

EXHIBIT 79-38

App. 1531

# Canceling

## Canceling a Subscription

If you don't have a paid subscription (or if you have already turned off your auto-renewal), you can cancel your membership by visiting the Manage Subscription section on your Account Settings page.

When you cancel your membership, we immediately Hide your profile and photos from other members. Should you wish to rejoin the Match community, all you have to do is sign in and reactivate your account.

Your information will be retained in accordance with our Privacy Policy.

If you want to cancel your subscription (turn off auto-renewal), please click here. Or watch the video below for step-by-step instructions on how to cancel your subscription from your desktop.

How to Cancel Auto Renewal

01:06

## Canceling Additional Features

If you purchased additional features for your subscription (like Private Mode or matchPhone, for example), you can cancel those additional features without cancelling your basic subscription.

To cancel an additional feature, simply follow these steps.

## iOS app - Canceling or Turning Off Auto-Renewal:

**App. 1532**

MATCHFTC846849

If you purchased a Match subscription through the iOS App, any cancellations will have to be done through Apple directly.

Follow these steps to turn off your auto-renewal on your iPhone:

1. Launch the App store on your iPhone
2. Tap on the Profile icon on the top right of the app store
3. Tap on Subscriptions
4. Tap on "Cancel Subscription" in red at the bottom of the screen
5. Tap on "Confirm" on the pop-up to save your changes.

If you would like further information or assistance, please contact Apple directly by clicking Here.

## On the Match app

1. Log in to your Match account, and tap on the "Profile" icon at the bottom of the screen.
2. Tap on the gear icon at the top of the page.
3. Tap on "Manage Account."
4. Tap on "Manage Subscription"
5. Enter your Password
6. Tap on "Subscription Status."
7. Locate the additional feature you want to cancel, and tap on the "Deactivate" link to the right of that feature.
8. If you're prompted to confirm that you want to cancel, tap on Yes.

## On the Desktop site:

1. Log in to your Match account, and click on the gear icon in the navigation bar at the top of the screen.
2. Click on "Manage Subscription."
3. Enter your Password
4. Click on "Subscription Status."
5. Locate the additional feature you want to cancel, and click on the "Deactivate" link to the right of that feature.
6. If you're prompted to confirm that you want to cancel, click on Yes.

## On the Mobile Site:

1. Log in to your Match account, and tap on the "Profile" icon at the bottom of the screen.
2. Tap on the gear icon at the top of the page
3. Tap on "Manage Account"

**App. 1533**

MATCHFTC846850

4. Tap on "Manage Subscription."

5. Tap on "Subscription Status."

6. Locate the additional feature you want to cancel, and tap on the "Deactivate" link to the right of that feature.

7. If you're prompted to confirm that you want to cancel, tap on Yes.

You will still be able to use the additional feature until the End Date shown on the Subscription Status page. That particular feature simply won't renew with the rest of your subscription package on your next renewal date.

After you cancel an additional feature, you'll notice the Deactivate link changes to say Reactivate instead. If you want to add that feature back to your subscription, simply click on the Reactivate link.

Please keep in mind that this will not cancel your basic subscription package. These steps will only cancel the subscription add-ons.

## Canceling a Free Trial

If you currently have a free trial and you want to make sure you're not charged at the end of the trial period, you'll need to resign your subscription. To do this, simply visit the Manage Subscription section on your Account Settings page.

For your security, you'll need to re-enter your password as part of this process. Then follow the directions to resign your trial subscription. This process includes several steps, so make sure you fully complete the process before exiting the site.

You can always contact our Customer Care team if you need help. We can check your current subscription status and assist you with resigning your trial subscription.

Please keep in mind that resigning a free trial will immediately end your subscription benefits. If you want to turn your free trial back on after you've resigned it, you can usually do so from the same Manage Subscription page linked above, as long as your trial period hasn't ended yet. If you do this, you'll also be turning the auto-renewal back on, which means you will be charged at the end of the trial period.

**Need Help?** Log into your account to chat or text with us between 8 am and 6 pm Central Time. Monday through Friday.

**App. 1534**

MATCHFTC846851

Was this article helpful?

Yes      No



MATCHFTC846852

# EXHIBIT 79-39

## MATCHFTC846853 (VIDEO EMBEDDED IN FAQ IN EX. 38, MATCHFTC846849)

## PROVIDED IN NATIVE FORMAT

# EXHIBIT 79-40

App. 1538

MATCHFTC846848

# Cancelling

## Cancelling a Subscription

If you don't have a paid subscription but you have already turned off your auto-renewal, you can cancel your membership by visiting the Manage Subscription section on your Account Settings page.

When you cancel your membership, we immediately hide your profile and photos from other members. Should you want to rejoin the Match community, all you need to do is sign in and reactivate your account.

Your information will be retained in accordance with our Privacy Policy.

If you want to cancel your subscription (turn off auto-renewal), please click here.

### Cancelling Additional Features

If you purchased additional features for your subscription (like Private Modes or matchPhone, for example), you can cancel those additional features without cancelling your basic subscription.

To cancel an additional feature, simply follow these steps.

### In-App: Cancelling on Trial/iOS (Apple devices)

If you purchased a Match subscription through the iOS App, any cancellations will have to be done through Apple directly.

Follow these steps to turn off your auto-renewal on your iPhone

1. Launch the App Store on your iPhone.
2. Tap on the profile icon at the top right of the App Store.
3. Tap on Subscriptions.
4. Tap on "Cancel Subscription" or exit at the bottom of the screen
5. Tap on "Confirm" on the pop-up to save your changes.

If you would like further information or assistance, please contact Apple directly by clicking Here.

### On the Match app

1. Log in to your Match account, and click on the gear icon in the navigation bar at the top of the screen.
2. Tap on the gear icon at the top of the page
3. Tap on "Manage Subscription"
4. Tap on "Manage Subscription"
5. Enter your Password
6. Tap on "Subscription Status"
7. Locate the additional feature you want to cancel, and tap on the "Deactivate" link to the right of that feature.
8. If you're prompted to confirm that you want to cancel, tap on Yes.

### On the LN Mobile Site

1. Log in to your Match account, and tap on the 'Profile' icon at the bottom of the screen.
2. Tap on the gear icon at the top of the page
3. Tap on "Manage Subscription"
4. Click on "Subscription Status"
5. Locate the additional feature you want to cancel, and click on the "Deactivate" link to the right of the feature.
6. If you're prompted to confirm that you want to cancel, tap on Yes.

### On the Mobile Site

1. Log in to your Match account, and tap on the 'Profile' icon at the bottom of the screen.
2. Tap on the gear icon at the top of the page
3. Tap on "Manage Subscription"
4. Tap on "Manage Subscription"
5. Tap on "Subscription Status"
6. Locate the additional feature you want to cancel, and tap on the "Deactivate" link to the right of that feature.
7. If you're prompted to confirm that you want to cancel, tap on Yes.

You will still be able to use the additional feature until the End Date shown on the Subscription Status page. That particular feature simply won't renew with the rest of your subscription package on your next renewal date.

After you cancel an additional feature, you'll notice the Deactivate link changes to say Reactivate instead. If you want to add that feature back to your subscription, simply click on the Reactivate link.

Please keep in mind that this will not cancel your basic subscription package. These steps will only cancel that subscription add-ons.

### Cancelling a Free Trial

If you currently have a free trial and you want to make sure you're not charged at the end of the trial period, you'll need to cancel your trial subscription. To do this, simply visit the Manage Subscription section on your Account Settings page.

For your security, you'll need to re-enter your password as part of this process. Then follow the directions to merge your trial subscription. This process includes several steps, so make sure you fully complete the process before exiting the site.

You can always contact our Customer Care team if you need help. We can check your current subscription status and assist you with keeping your trial subscription.

Please keep in mind that merging a free trial will immediately end your subscription benefits. If you want to turn your free trial back on after you've merged it, you can usually do so from the same Manage Subscription page linked above, as long as your trial period hasn't expired yet. If you do this, you'll still be keeping the benefits of your trial, which means you'll be charged at the end of the trial period.

Need Help? Log into your account to chat or text with us based or email from Central Time Monday through Friday.

Was this article helpful?




# EXHIBIT 79-41

App. 1539

## 11/11/2014

### Canceling, Resigning, Deleting, On-Hold, etc.

**How do I cancel, resign, delete, or put my account on hold?**

We're sorry to hear that you are interested in resigning your subscription or canceling your account. We hope that it's because you met someone!

Suspending a Subscription/On Hold
Currently, suspending your subscription or putting it on hold for a few months isn't a feature we provide. If you need to take a break, though, we offer the option for you to hide your profile until you are ready to use the site again (your subscription will still renew or end on the same date).

Canceling
If you are wanting to cancel, please take into consideration that once your subscription term expires, you won't have access to all the great features that you've become accustomed to, like sending and receiving messages, seeing who's viewed your profile and more!

The way this works is different depending on whether you're currently a paid subscriber or whether you use a free membership account.

**From the Mobile Site**

- Click here if you're a current paid subscriber and want to resign/cancel your subscription
- Click here if you have a free membership account you would like to cancel or delete it

## 05/07/2015

### How to Deactivate (Delete) your subscription

Have you met someone? Need to take a break? You can deactivate your account and return to the site within 180 days of deletion.

To deactivate your account, you must first cancel your subscription. Click the gear icon from the header and then select **Settings** from the drop-down menu. On the Account Settings screen, click the **Change/Cancel Membership** link. This process includes several steps, before exiting the site, make sure you see a confirmation page that includes today's date and your username. On the confirmation screen, click the **Hide Profile/Deactivate My Account** link to delete your account.

Once you complete the deactivation steps, your profile will be inaccessible to anyone except you (if you choose to reactivate it). After completing the process you will receive two emails. The first is your cancellation confirmation and the second is your deactivation confirmation, which indicates both requests are complete.

## 05/27/2015

### How to turn off automatic billing or cancel your subscription?

Auto-Renewal on your mind? You can stop automatic billing while continuing to use the features you've already paid for until your current subscription expires.

To stop automatic billing, click the **gear icon** located in the header and then select **Settings** from the drop-down menu. On the Account Settings screen, click **Change/Cancel Membership**. This process includes several steps, so before exiting the site, make sure you see a confirmation page that includes today's date and your username. After completing the process, you will receive an email confirmation that contains the same details and indicates the request is complete.

## 06/02/2015

# iOS app: How Do I Turn Off My Auto Renewal or Cancel?

Follow these steps to turn off your auto renewal on your iPhone:

1. Launch the **Settings** app on your iPhone

2. Tap on **iTunes & App Store**

3. Tap on your **Apple ID** at the top of the screen

4. Tap **View Apple ID** from the pop-up menu

5. When prompted, enter your password, and then tap **OK**

6. Under Subscriptions, tap **Manage**

7. Tap the name of the subscription that you want to modify

8. Turn the auto-renewal option to **Off**

9. Tap **Turn off** on the pop-up to save your changes

If you would like further information or assistance, please contact Apple directly at: http://www.apple.com/support/itunes.

MATCHFTC672286

# 11/03/2015

## Canceling Additional Features

**How do I cancel additional features?**

You have the ability to cancel an additional feature at any time. To do this, you must access the full site and then follow the steps below:

1. Click the three-line navigation link
2. Select **Setting & Help** and then tap **Go to full site**
3. On the full site, tap the **gear icon** in the top navigation bar
4. Tap on **Subscription Status** (for security purposes you may be asked to re-enter your password)
5. Tap the **Deactivate** link to the right of the service you wish to cancel
6. If asked if you are sure you wish to cancel, click on **Yes**

After canceling, you'll notice the **Deactivate** link will change to read **Reactivate**. If you wish to add the cancelled service back to your subscription simply click the **Reactivate** link.

You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the **Subscription Status** page.

# 09/27/2016

## Billed by Apple and Match.com

*This answer only applies to members who purchased a subscription through our iPhone app with an iTunes login.

If you subscribed via our iPhone app and you notice charges from both Apple and full site, this is likely due to a temporary lapse in the mobile app subscription. To cancel the in-app purchase, please contact Apple at: http://www.apple.com/support/itunes

## Canceling Additional Features

**How do I cancel additional features?**

You have the ability to cancel an additional feature at any time. To do so you must sign into a desktop computer or access the full site from our mobile application.

Accessing the full site from the mobile application

1. Type www.match.com into your browser
2. Tap the **three-line** icon in the upper left corner of your device
3. Scroll down to **Help & Setting**
4. Tap the **Go to full site** link

Once on the full site, you must complete the following steps:

1. Tap on the **gear icon** in the top navigation bar.
2. Tap **Settings** from the drop-down menu
3. Tap on **Subscription Status** (for security purposes you may be asked to re-enter your password).
4. Tap the **Deactivate** link to the right of the service you wish to cancel
5. If asked if you are sure you wish to cancel, tap on **Yes**.

After canceling, you'll notice the **Deactivate** link will change to read **Reactivate**. If you wish to add the cancelled service back to your subscription simply click the **Reactivate** link.

You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the **Subscription Status** page.

# 01/10/2017

## Checking My Renewal or End Date

**How do I check my subscription status?**

To check the date your subscription is scheduled to renew or lapse, you'll need to access the full website (rather than the Android app, Once logged in on the full site, click on the **gear icon** in the top navigation bar, and click on **Subscription Status** (if you don't have an active subscription, this link will not appear). Your subscription End Date and Renewal Status information will be displayed on this page.

- Click here for information about adding additional features or upgrading your subscription term
- Click here for information on how to cancel or resign your account
- Click here for information about auto-renewal
- Click here for information about redeeming our Match.com Guarantee

If you have paid for a subscription, but the **Subscription Status** link does not appear, make sure that you are signed into the right account. You might also want to verify with your financial institution that your payment was processed.

MATCHFTC672287

## Canceling Additional Features

**How do I cancel additional features?**

Although you have the ability to cancel an additional feature at any time, you'll need to do so from the full Match website, rather than from the Android app or mobi.

Once you've logged in on the full site, simply follow these steps:

1. Click on the gear icon in the top navigation bar.
2. Click on Subscription Status (for security purposes you may be asked to re-enter your password).
3. Click the "Deactivate" link to the right of the service you wish to cancel. If asked if you are sure you wish to cancel, click on Yes.

After canceling, you'll notice the Deactivate link will change to read Reactivate. If you wish to add the cancelled service back to your subscription simply click the Reactivate link.

You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the Subscription Status page.


# 02/01/2017

## Canceling a Free Membership

**How do I cancel a free membership account?**

Canceling
If you don't have a paid subscription, you can cancel your membership on the full website by visiting the Change/Cancel Membership page in your Account Settings (the gear icon). If you cancel your membership, we immediately hide your profile and photos from other members. Should you wish to rejoin the Match community, all you have to do is sign in and reactivate your account.

Deleting
If, for example, you've found a great match and want to make sure your profile information is taken down from our site completely, you can accomplish this by following the directions above to cancel your account. Your information is stored in our database for historical and legal purposes only.

* Click here for how to cancel if you're a paid subscriber




# 04/01/2017

## Canceling Additional Features

**How do I cancel additional features?**

You have the ability to cancel an additional feature at any time. To do this, please sign into your account and follow these steps:

1. Click on the *gear icon* in the top navigation bar.
2. Click on **Settings.**
3. Click on **Subscription** (for security purposes you may be asked to re-enter your password).
4. Click the "Deactivate" link to the right of the service you wish to cancel.
5. If asked if you are sure you wish to cancel, click on **Yes**.

After canceling, you'll notice the **Deactivate** link will change to read **Reactivate**. If you wish to add the cancelled service back to your subscription simply click the **Reactivate** link.

You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the **Subscription** page.


# 04/03/2017

## Checking My Renewal or End Date

**How do I check my subscription status?**

To check the date your subscription is scheduled to renew or lapse, click on the *gear icon* in the top navigation bar, click *Settings* and then click on *Subscription Status* (if you don't have an active subscription, this link will not appear). Your subscription End Date and Renewal Status information will be displayed on this page.

* Click here for information about adding additional features or upgrading your subscription term
* Click here for information on how to cancel or resign your account
* Click here for information about auto-renewal
* Click here for information about redeeming our Match.com Guarantee

If you have paid for a subscription, but the **Subscription Status** link does not appear, make sure that you are signed into the right account. You might also want to verify with your financial institution that your payment was processed.

App. 1542

## In-App Purchase Subscription Changes

*This answer only applies to members who purchased a subscription through our iPhone app with an iTunes login.

Purchasing a subscription through the iPhone app allows you to easily gain subscriber benefits right from your mobile phone. The transaction is made by Apple using your iTunes account. For this reason, we are unable to make changes to the billing for any reason, including:

- Purchase was made on wrong account
- Wrong subscription term purchased
- Canceling Recurring payments
- Changing method of payment

For assistance with these or any other billing change, please contact Apple at: http://www.apple.com/support/itunes

# 09/18/2017

## Canceling, Resigning, Deleting, On-Hold, etc.

### How do I cancel, resign, delete, or put my account on hold?

We're sorry to hear that you are interested in resigning your subscription or canceling your account. We hope that it's because you met someone!

Suspending a Subscription/On Hold
Currently, suspending your subscription or putting it on hold for a few months isn't a feature we provide. If you need to take a break, though, we offer the option for you to hide your profile until you are ready to use the site again (your subscription will still renew or end on the same date).

Canceling
If you are wanting to cancel, please take into consideration that once your subscription term expires, you won't have access to all the great features that you've become accustomed to, like sending and receiving messages, seeing who's viewed your profile and more!

The way this works is different depending on whether you're currently a paid subscriber or whether you use a free membership account.

If you are subscribed to Match via Apple's iTunes store, you will need to cancel through the App Store, or you may contact Apple using the following link: http://www.apple.com/support/itunes

# 06/28/2018

## Canceling a Membership

### How do I cancel, resign, or delete my account?

If you don't have a paid subscription or have turned off your auto-renewal, you can cancel your membership by visiting the Change/Cancel Membership page in your Account Settings (the gear icon). If you cancel your membership, we immediately hide your profile and photos from other members. Should you wish to rejoin the Match community, all you have to do is sign in and reactivate your account.

Your information will be retained in accordance with our Privacy Policy.

If you're attempting to cancel your subscription - please click here.

## How to Cancel a Free Trial

If you currently have a free trial and you want to make sure you're not charged at the end of the trial period, you'll need to resign your subscription. To do this, please visit the Change/Cancel Membership page under your Account Settings (the gear icon).

For your security, you'll need to re-enter your password as part of this process. Then follow the directions to resign your trial subscription. This process includes several steps, so make sure you fully complete the process before exiting the site.

Keep in mind that resigning a free trial will immediately end your subscription benefits. If you want to turn your free trial back on after you've resigned it, you can do so at the same Change/Cancel Membership page linked above, as long as your trial period hasn't ended yet. Please note that you'll also be turning the auto-renewal back on, so you will be charged at the end of the trial period.

You can check the status of your subscription, including renewal date, subscription amount, and subscription plan at any time by clicking here.

MATCHFTC672289

# EXHIBIT 79-42

# matchcommunity

cancel

Search

E.g. "reset password" or "cookies"

 **Account Settings**

 **Billing & Subscription**

 **Member Communication**

 **Paid Features & Power-Ups**

 **Profile & Photos**

 **Searching & Matching**

**Technical Issues**

 **Contact Us**

## Canceling a Membership

### Canceling

If you don't have a paid subscription or have turned off your auto-renewal, you can cancel your membership by visiting the Change/Cancel Membership page in your Account Settings (the gear icon). If you cancel your membership, we immediately hide your profile and photos from other members. Should you wish to rejoin the Match community, all you have to do is sign in and reactivate your account.

### Deleting

If, for example, you've found a great match and want to make sure your profile information is taken down from our site completely, you can accomplish this by following the directions above to cancel your account. Your information is stored in our database for historical and legal purposes only.

**Was this answer helpful?**

Yes     No

 Return to FAQ Home

App. 1545

MATCHFTC672339

# EXHIBIT 79-43

# match community

cancel

Search

E.g. "reset password" or "cookies"

| | | | | | |
|---|---|---|---|---|---|
| ⚙️ Account Settings | 💲 Billing & Subscription | 🗨️ Member Communication | ⊕ Paid Features & Power-Ups | 👤 Profile & Photos | 🔍 Searching & Matching |

| | |
|---|---|
| 🛠️ Technical Issues | ❯ Contact Us |

## Canceling a Membership

### Canceling

If you don't have a paid subscription or have turned off your auto-renewal, you can cancel your membership by visiting the Change/Cancel Membership page in your Account Settings (the gear icon). If you cancel your membership, we immediately hide your profile and photos from other members. Should you wish to rejoin the Match community, all you have to do is sign in and reactivate your account.

Please know your information will be stored in our database for historical and legal purposes only.

If you're attempting to cancel your subscription - please click here.

App. 1547

MATCHFTC672338

MATCHFTC672338

# EXHIBIT 79-44



**match**

Discover   Search   Likes   Inbox   Events   Subscribe   ⚙

The Beginning.   LOOK   See Who's Viewed Your Profile   GO »

## match community

| cancel | Search |

       

Account Settings   Billing & Subscription   Member Communication   Paid Features & Power-Ups   Profile & Photos   Searching & Matching   Technical Issues   Contact Us

### Turning off Auto-Renew al

#### Turning off auto-renew al

If you currently have a paid subscription and you want to make sure you're not charged at the end of your term, you'll need to turn off your auto-renewal. To do this, simply visit the Manage Subscription section on your Account Settings page.

Click the "Cancel Subscription" link. For your security, you'll need to re-enter your password as part of this process. (Trouble signing in? Click here.)

Next, choose a cancellation reason and click 'Continue Cancellation' to proceed. This process includes several steps; before exiting the site, make sure you see a confirmation page that includes today's date and your username.

When you see the confirmation page, you'll know that you successfully turned off auto-renewal. You will also receive an automated email to confirm that auto-renewal has been turned off for your subscription.

If you don't see a confirmation page or if you don't receive the automated email about your cancellation, maybe you didn't complete the cancellation process successfully. You can always contact our Customer Care team if you need help. We can check your current subscription status and assist you with turning off auto-renewal.

#### After you turn off auto-renew al

After you turn off your auto-renewal, you can still sign in to your Match account and use your subscriber benefits. You'll be able to receive and respond to Messages from other members through the rest of your subscription period.

Once your subscription term ends, you won't be able to receive and respond to Messages anymore, but you'll still be able to sign in to your account. Your profile and photos will remain visible, unless you choose to manually Hide them. You'll be able to enjoy the free member benefits, like searching for matches and sending Likes to other members.

We'll also continue to send you email notifications as long as you want to receive them and as long as your profile remains active. If you don't want to receive emails, you can turn them off from the Email Preferences section on your Account Settings page.

#### Removing your account

If you simply want to Hide your profile so it's not visible to other members, click here for instructions.

If you want to remove your account from the site, click here.

#### Suspending a Subscription

Currently, suspending your subscription or putting it on hold for a few months isn't a feature we provide. If you need to take a break, you can Hide your profile until you're ready to use the site again. (When your profile is Hidden, your subscription will still renew or end on the same date. Hiding your profile does not affect your subscription.)

#### iOS App

For more information on cancelling a subscription through iTunes, click here.

#### Was this answer helpful?

   
Yes   No

Return to FAQ Home

---

Online Dating Safety Tips D          ating Tips and Advice P          rivacy Policy T          erms of Use

---

**About Match.com**
Terms of Use**
Your Privacy
Ad Choices
Careers
Cookie Policy

**Online Dating Safety Tips**
Dating Articles and Advice
Success Stories
Dating Tips

**Help/FAQs**
Contact Us
Site Map
Match International
Media Room

📱 Mobile
🎁 Gift Subscriptions

**Advertise on Match.com**
Become an Affiliate
Promotions & Sponsorships
Business Development



**App. 1549**

© Copyright 2020 Match Group, LLC with 3-610-Fe-

App. 1550

MATCHFTC672337

# EXHIBIT 79-45

## MATCHFTC774670
## (VIDEO OF ONLINE
## CANCELATION FLOW)

## PROVIDED IN
## NATIVE FORMAT

# EXHIBIT 79-46

## MATCHFTC774651
## (VIDEO OF ONLINE
## CANCELATION FLOW)

## PROVIDED IN
## NATIVE FORMAT

# EXHIBIT 79-47

## MATCHFTC774667
## (VIDEO OF ONLINE
## CANCELATION FLOW)

## PROVIDED IN
## NATIVE FORMAT

# EXHIBIT 79-48

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-49

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# Exhibit 79-50

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-51

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)

# EXHIBIT 79-52

# Does Customer Support have a phone number?

Match does not have a customer support phone number, but you can log into your account to chat with our team between 8 am- and 6 pm Monday - Friday. Or if you would like to send us an email, please click here

Please be aware that there are fake customer support numbers posted on various websites, none of which are affiliated with Match.

Match.com is the only place we will share updates and we will never ask for your login credentials.

Was this article helpful?

Yes    No



MATCHFTC846847

# EXHIBIT 79-53

App. 1610

MATCHFTC672345

match.

Contact Us

## Contact Us

If you'd like to contact the Match Customer Care team, we offer several contact options:

Chat

Log into your account to chat or text with us between 8 am and 5 pm Central Time, Monday through Friday.

Email

If you'd like to send us an email, please click here

Return to Help Desk Home

Was this article helpful?

Yes    No

# EXHIBIT 79-54

Document Produced In Native Format

**App. 1612**

FOIA Confidential

MATCHFTC427066

App. 1613

| Answer ID | Summary | Answer |
|---|---|---|
| 1116 | Searching for / Viewing your own profile | To see your profile the way others do:<br><br>1. From your home page, tap the three line icon in the upper left corner of the screen<br>2. Tap My Profile<br>3. Tap View My Profile |
| 1254 | Resetting Your Profile Counter | You can reset your Profile Counter to zero at any time, as many times as you want. It's a great way to gauge how much more attention your profile receives every time you replace your photos. Update your text, or make other changes.<br><br>You can reset you Profile Counter by clicking on Reset to 0 beneath the counter on your Home page.<br><br>`<script language="JavaScript" type="text/javascript" xml:space="preserve">`<br>`//<![CDATA[`<br>`<!--`<br>`function display2div(div){`<br>`  var group_name = "group_" + div;`<br>`  var img_name = "img_" + div;`<br><br>`  if (document.getElementById[group_name].style.display == "none"){`<br>`    document.getElementById[group_name].style.display = "inline";`<br>`    document.getElementById[img_name].src = "http://match.custhelp.com/rnt/rnw/img/enduser/minus.gif";`<br>`  }else{`<br>`    document.getElementById[group_name].style.display = "none";`<br>`    document.getElementById[img_name].src = "http://match.custhelp.com/rnt/rnw/img/enduser/plus.gif";`<br>`  }`<br>`}`<br>`-->`<br>`//]]>`<br>`</script>`<br><br>Click &lt;a href="rn_answer_anl.php?target="_new" contents="here" answer_id="1255" /&gt; for more information about the Profile Counter |
| 1253 | New Profile Design - Adding & Editing Photos - Captions | If a member views another member's profile more than once, their profile will only be listed one time. The counter will count each view.<br><br>Since we implemented our &lt;a href="rn_answer_anl.php?target="_new" answer_id="1250" contents="new profile design" /&gt;, your photos are now set up in a gallery view with a scroll bar at the top. You can have one (1) primary photo with twenty-five (25) additional photos. To upload additional photos, follow the steps below.<br><br>Click on Browse above the photo viewer<br>Locate the photo file on your computer<br>Click on Open<br>Click on Upload Photo to submit the photo for approval<br><br>Once the photo has been approved, it will appear on your public Profile. To remove a photo from your profile, click on Remove Photo in the upper right corner of the photo being viewed.<br><br>Primary/Secondary Status<br>Under each photo you will see a status. There are three statuses: Designated as Primary Photo, Additional Photo Only, and Designate as Primary. Photos that are marked as Designate as Primary will have a check box next to them and can be changed to be the profile's primary photo.<br><br>Captions<br>You can now add &lt;a href="rn_answer_anl.php?target="_new" contents="captions" /&gt; on your photos. To do so:<br><br>Click on Profile in the top navigation bar<br>Click on Photos<br>Click on the photo you'd like to add a caption to or click the "pencil" icon<br>Enter a fun description of your photo in the text box underneath, and click on Submit for Approval<br><br>Captions can be no longer than 140 characters in length and must be submitted for approval. Once they are approved, they will appear on your public profile with the photo.<br><br>Removing Captions<br>Most likely, you'll have some photos with captions, and some without. Once the caption feature is added to a photo, the caption can be modified, but the caption feature can't be completely removed.  If you'd like the photo to be a non-caption photo again, you'll need to delete the photo and add it back without a caption. Click &lt;a href="rn_answer_anl.php?target="_new" answer_id="1123" contents="here" target="_new" /&gt; &lt;a href="rn_answer_anl.php?target="_new" answer_id="1041" contents="here" target="_new" /&gt; &lt;a href="rn_answer_anl.php?target="_new" answer_id="160"/&gt;to view the import process.<br><br>Members have the ability to import photos from Facebook. Click &lt;a href="rn_answer_anl.php?target="_new" answer_id= for instructions. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1638 | Profile Comments | One great way to start a conversation with a new match is to comment on something they say in their profile. When you're reading their profile, click on the highlighter icon in the top-right of the text area. You'll then be able to highlight portions of their profile, and a pop-up will prompt you to enter your comment.<br><br>Don't worry, your comments are only visible to that member. |
| 1642 | Daily Matches with a Purple/Pink Highlight | In your Daily Matches, you may find that some of your matches appear with a light violet highlight. The reason is that these matches are "Singled Out" matches, rather than normal Daily Matches. Since our algorithms show these as particularly good matches, we make them stand out a little. |
| 384 | Receiving Instant Messages when Offline | No. If you're offline, you will not be available to be contacted via IM on Match. However, anyone who wishes to contact you will most likely send you an email. |
| 1235 | Who's Favorited Me - Explained | Our "Who's Favorited Me" feature allows you to see who has shown interest in you and opens the door for that first connection. This tool is a benefit of a current, paid subscription.<br><br>To access the "Who's Favorited Me" page, simply click on Favorites on the left side of the full site home page. You can also see updates to this list in your "What's New" area on the same page.<br><br>If a member favorited you over 180 days ago, you will be automatically removed from his or her Favorites list and the member will no longer appear in your "Who's Favorited Me" list.<br><br>Click  &lt;a onmouseup="_gaq.push(['_trackEvent', 'faq', 'click', 'answer_id'+'1238' contents='here' target='_new' /&gt; for more information on sorting options for this tool<br>Click  &lt;a onmouseup="_gaq.push(['_trackEvent', 'faq', 'click', 'answer_id'+'1169' contents='here' target='_new' /&gt; for information on what happens with Favorites and Favoriting when your profile is hidden <br>Click  &lt;a onmouseup="_gaq.push(['_trackEvent', 'faq', 'click', 'answer_id'+'1218' contents='here' target='_new' /&gt; for more information on Favorites |
| 668 | Who's Viewed or Favorited My Profile - Sorting Options | The   following sort options are available  for reviewing both "Who's Viewed Me" and "Who's Favorited Me":<br><br>Most recent view - sorts based on who viewed your profile most recently<br>Activity date - sorts by the date when each match was last online (most recent at the top)<br>Age - sorts youngest to oldest<br>Photos count  - sorts based on profiles with the most photos<br>Username -   sorts by username, in alphabetical order (numbers come before letters)<br><br>You can also remove results on your list by clicking on the X in the top-right corner of their profile. If you remove a member from either of these  lists, the member will no longer show up in your search results.<br>Click  &lt;a onmouseup="_gaq.push(['_trackEvent', 'faq', 'click', 'answer_id'+'104' contents='here' target='_new' /&gt; for more information on our "Who's Viewed Me" tool<br>Click  &lt;a onmouseup="_gaq.push(['_trackEvent', 'faq', 'click', 'answer_id'+'669' contents='here' target='_new' /&gt; for more information on our "Who's Favorited Me" tool |
| 1120 | Who's Viewed Me - Explained | Our "Who's Viewed Me" feature is a handy tool that lets you know  who has viewed your profile. Since they've taken a step to show some interest, it opens the door to make that first connection.<br><br>This feature is available to all paid subscribers, so others will be able to see when you've viewed them, too, although there's no indication of how many times or exactly when.<br><br>On the Android app, to see you has viewed your profile, simply tap the three line icon in the upper-left corner of the screen and tap Views.<br>To  access your "Who's Viewed Me" page on the full Match.com website,   simply click on Viewed Me on the left side of the  Home page.  You can also see updates to this list in your "What's New" box on the same page.<br><br>After 180 days, profiles  are dropped from  this  list. |
| 1320 | No Interest | When a member has responded with a formal "Not Interested" to a email of yours, they'll appear in your Connections as "No Interest." If you like, you can click on the "X"   in the top-right corner of their  box to  remove them from your Connections. |
| 1114 | Price and Subscription Package Options | The Cost<br>To compare the relative costs of purchasing these packages from  the Android app,   simply click on Messages from your home screen. You won't have to enter any financial information until you're ready.<br>If you're not a member yet, don't worry. Since prices can vary and are subject to change, we just need a little information so we can show you the rates currently available to you.   Click on Join for Free, and the single-screen sign-up process can easily be completed in less than a minute (you don't have to complete a   profile before clicking on Subscribe Now  to get the rates).<br><br>Package Options<br>When you're ready to start enjoying the benefits of full subscription, we're pleased to offer you subscription packages that span twelve months, six months, three months, or one month. Each option includes all of our standard subscription benefits. Although our rates page highlights the monthly average for each of the options (to help you compare the relative costs of the packages),   your subscription package  is charged in full when you subscribe. If you would like to be charged on a monthly basis, simply choose the one-month package.<br><br>For more information about subscription benefits, click here. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1220 | My Profile Isn't Appearing/Updating | If your profile is not reflecting the information you entered, there are a variety of possible explanations: Your profile is  appearing normally for everyone else, and will appear normally for you once you refresh your system cookies Your profile is hidden You haven't completed your profile You tried to complete your profile, but took more than 45 minutes on a screen and experienced a session time-out You tried to complete your profile, but it was not approved More information on each of the above situations: Cookies Sometimes when you're checking on profile updates you have made, your computer will simply display the old information stored in system cookies. If you'll refresh your cookies, the problem will go away! Hidden Profile On the full website, click you  primary photo thumbnail  in the top navigation bar, and then Settings to check whether your profile is currently set to "Visible." If it is not, your profile will not appear in search results. Incomplete Profile You'll know your profile isn't complete or hasn't been approved if you click you  primary photo thumbnail  in the top navigation bar of the full site and it takes you straight to the blue screen where you input your profile information. Session Time-Out If the "About Me &amp; Who I'm Looking For" section is blank (there is a 200-character minimum), but you tried to submit it previously, you may have experienced a  session time-out  (after 45 minutes the session on this page times out and if you try to save after 45 minutes,  you will lose your information). Profile Not Approved If you got the blue profile screen but your text is appearing normally in the "About Me &amp; Who I'm Looking For" section, chances are that your profile has not been approved. Click  here to see our profile guidelines. Contact Us If you're pretty sure your profile is acceptable by these standards, or if you're still not sure why your profile isn't displaying right, please contact us. |
| 1168 | The Way Your Photos Appear | Your main photo is the most visible aspect of your profile, and it appears everywhere your profile displays, including in email messages, search results, and full-profile views. Because  the actual display size of your primary photo in search results isn't very big, we display a smaller section of  your photo  in these screens  that is meant to highlight your face. We don't do any stretching, squeezing, or color edits, though. Your full photo just gets uploaded appears in your full profile view. If you would like a photo cropped, you will need to do that before you upload it. For instructions on how to crop a photo we suggest doing a search on the internet for  "how to crop a photo". There are literally hundreds of applications and  methods for cropping. To rearrange your photos from the full website, click on you  primary photo thumbnail  in the top navigation bar, click on Photos, and click and drag the photos you see. The first  four photos in the top row will appear on your main profile page. If you don't like how a photo of yours appears on our site, we've made it really easy to delete or replace photos. |
| 670 | matchPhone - Adding It | *This feature is not available to members outside of the continental United States. If you  not meet all the &amp; I'm answer _ref answer_id="-90" contents="requirement1' target="_parent" /&gt;, you can  add matchPhone  either by initiating a matchPhone call (Talk &amp; Text) from a member's profile or by using the  Tab Phonebook link on you  Home page. This will walk you through the process of subscribing to and paying for matchPhone. Signing up for this service includes verifying your phone number and whether your phone is text-enabled, &amp; I'm  Text  (it's only done once, unless you change your number on the Via matchPhone Account Settings). The verification process includes a quick automated call to your phone, so have it on hand when you are setting up your matchPhone phone settings. Click &amp; I'm answer _ref answer_id="-527" contents="here" target="_parent" /&gt; for information about matchPhone |
| 1563 | Hidden Profiles - Explained | There may be times, like when you start a new relationship, that you'll want to remove your profile from being visible to other members. Since that's why you're here in the first place, we make this as easy as flipping a switch. Of course, anytime your profile is hidden, it will not be displayed in search results. Since this reduces your chances of finding a match, we recommend only hiding your profile when you are taking a break or have met someone you are interested in. From the App To hide your profile, simply tap the three blue lines icon in the upper left corner of the screen then on Settings. From the Settings screen you can adjust the visibility of your profile. From the Mobile Site To hide your profile, simply tap the three blue lines icon in the upper left corner of the screen then on Help and Settings. From the Settings screen you can adjust the visibility of your profile. |

| Answer ID | Summary | Answer |
|---|---|---|
| 209 | match/Phone and Privacy | *This feature is not available to members outside of English-speaking North America  <br>The whole idea behind match/Phone is to allow you to connect with your match by phone without sharing your phone number. In order to accomplish this, we hide the personal phone numbers of both parties before connecting the call. Since this information is never shared, your phone number remains private. As an additional precaution, we use our match/Phone voicemail system rather than forwarding calls to your personal voicemail in case you have identifying information in your voicemail message.<br><br>Click  &lt;m answer_ref answer_id="527" contents="here" target="_parent" /&gt; for information about match/Phone |
| 1592 | Singled Out - Explained | About Singled Out Matches<br>Every now and then, we find someone who really stands out as someone we think you'll have a connection with. We single out this match for your consideration. Rating your Singled Out matches works the same as rating any of your other Daily Matches.<br><br>How We Find Them<br>To find these matches, we take into consideration everything you've told us about yourself and who you're looking for, and we learn from actions you take on the site. We put all this information together, and every once in a while someone comes along who seems to fit you better than the rest. These are the people we single out for you. We may not get it exactly right every time, but the more active you are on the site, the closer we'll get to finding a great match for you.<br><br>Frequency<br>Because these are matches we have especially high confidence in, we may not single someone out for you every day. But make the most of each one! As with your Mutual Matches or Daily Matches, they won't know you've received them as a match, you'll need to take the initiative to reach out and let them know.<br><br>If over time you find you aren't receiving many, or any, of these kinds of matches, it could be that your search criteria is too limiting. Making tiny tweaks (like adding just a few miles to the area you're willing to look for matches) can give great results. We also learn from everything you do on the site, so doing something as simple as sending a wink or rating your Daily Matches can help teach us how to find a great match for you. |
| 2149 | Provide Feedback on our Mobile Site | No Value |
| 2150 | Provide Feedback on our Mobile Site | No Value |
| 1489 | Improving Matching Results | Every member goes through the dilemma of how easy to be with matching preferences.  The broader your criteria  the more matches you'll get, but the narrower your criteria  the greater chance you'll find the ones you receive!<br><br>We recommend adjusting your criteria over time to find the right balance.  You can do this by signing into your account on the full website and following these steps:<br><br>Tap the three line icon in the upper left corner of the screen<br>Tap Settings &amp; Help from the menu options<br>Tap Go to full site<br>Click on your primary photo thumbnail in the top navigation menu<br>Click the Edit pencil icon to the right of the section you wish to change<br>Make any necessary updates and click Apply<br><br>  |
| 1492 | Changing a Primary Photo | If you'd like to replace your current primary photo, you will need to access the full site from your handset. From the Home screen, tap the three line icon located in the upper left corner of the screen. Tap Settings &amp; Help from the menu options and then tap Go to full site. On the full site, tap your profile thumbnail on the main menu and then tap Photos from the drop down list. All photos marked as Make this My Primary Photo may be selected as your primary photo replacement. The photo automatically is placed as your primary photo. |
| 1494 | Editing or Removing Photos | If you'd like to replace your current primary photo, you will need to access the full site from your handset. From the Home screen, tap the three line icon located in the upper left side of your handset. Tap Settings &amp; Help from the menu options and then tap Go to full site. On the full site, tap your profile thumbnail on the main menu and then tap Photos from the drop down list. Tap the photo you would like to delete and then tap the X located in upper right corner of the photo. To complete the request, you must tap Yes, delete on the confirmation screen. |
| 1532 | Retrieving Forgotten Sign In Information | If you don't remember your password, simply click the Forgot Password link on the Member Sign In page and enter the email address used on your account. We will then email you a password reset link that will allow you to start over. Remember the link is only active for 24 hours. |
| 1543 | Checking My Renewal or End Date | Unfortunately, there is not a way to check your subscription status from the M match mobile site. To view your subscription status, you will need to access the full website. This can either be done through your PC or by clicking the Go to Full Site link through your Account Settings on the mobile site.<br>To check the date your subscription is scheduled to remove or lapse on the full website, click on the gear icon to the top navigation bar, and click on Subscription Status (if you don't have an active subscription, this link will not appear). Your subscription End Date and Renewal Status information displays on this page.<br>If you have paid for a subscription, but the Subscription Status link does not appear, make sure that you are signed into the right account. You might also want to verify with your financial institution that your payment was processed. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1565 | Search Results - View | Each entry in your search results will include the member's username, age, location, activity status, and the number of photos they have added. Tap a member that interests you to view the profile. Please note that doing so will cause you to appear on the member's Who's Viewed Me list.<br><br>From the Mobile Site<br><br>To refine your search, tap Filter in the top-right corner of the screen. You'll see options for editing your search criteria. Tap Save to display results with your new selections. |
| 1578 | Canceling, Resigning, Deleting, On-Hold, etc. | We're sorry to hear that you are interested in resigning your subscription or canceling your account. We hope that it's because you met someone!<br>Suspending a Subscription/On HoldCurrently, suspending your subscription or putting it on hold for a few months isn't a feature we provide. If you need to take a break, though, we offer the option for you to hide your profile until you are ready to use the site again (your subscription will still renew or end on the same date).<br><br>CancelingIf you are wanting to cancel, please take into consideration that once your subscription term expires, you won't have access to all the great features that you've become accustomed to, like sending and receiving messages, seeing who's viewed your profile and more!<br><br>The way this works is different depending on whether you're currently a paid subscriber or whether you use a free membership account.<br>From the Mobile Site<br><br>Click here if you're a current paid subscriber and want to resign/cancel your subscription<br>Click here if you have a free membership account you would like to cancel or delete it |
| 1580 | Removing Profiles From Search Results | As you explore our dating community, you're bound to find some members you can cross off your list. That's no problem. If you're a current subscriber, you're welcome to remove these members from view.<br><br>How to Do It<br>Anywhere you see that member profile, you can remove him/her from view by scrolling to the bottom of the profile and then tapping the Remove from Search button. They will no longer show in your search results or in your other lists. And, of course, they won't know that you took this action.<br><br>Un-doing ItIf you'd like to see the list of those you've removed, you can return to the removed profile and then tap Restore to Search if you decide you want to give a member another chance.<br><br>You are able to remove up to 10,000 profiles. In the event, you are trying to remove additional profiles, you will receive an error. To correct the issue, you must access the full site from your handset or from a desktop computer so you may restore profiles on your current removed list. |
| 1593 | My Profile Isn't Appearing/Updating | If your profile is not reflecting the information you entered, there are a variety of possible explanations:<br><br>Your profile is appearing normally for everyone else, and will appear normally for you once you refresh your system cookies<br>Your profile is hidden<br>You haven't completed your profile.<br>You tried to complete your profile, but took more than 45 minutes on a screen and experienced a session time-out<br>You tried to complete your profile, but it was not approved<br><br>More information on the above situations:<br><br>Hidden Profile<br><br>From the mobile site, tap the three line navigation link and then select Settings &amp; Help from the drop down menu. One the Setting screen, you can verify if your profile is currently visible.<br>Contact Us<br>If you're pretty sure your profile is acceptable based on our guidelines, or if you're still not sure why your profile isn't displaying correctly, please contact us. |
| 1598 | Connections - Explained | Connections on your Navigation list is a benefit of your paid subscription that provides a single view of Match members you've interacted with. Members you interact with on this site will be added as a Connection, whether they email or wink at you. If you get in contact with them, or even if you simply add them to your Favorites list. This will help you easily keep track of how recently you've been in contact and the last action taken with the potential match. Please note that members contacted solely through IM will not appear as Connections.<br>From the Mobile Site<br>To view your Connections, tap the three line navigation link and then select Connections from the drop down menu. All of your Connections will be displayed. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1599 | Filtered Mail - Explained | **What is Filtered Mail?**<br>Filtered Mail is a feature that allows you to clear your inbox of messages from members with certain "deal-breaker" characteristics.<br><br>For example, if you would not consider corresponding with a member from outside of your state, you can set up a filter that will send any messages from these members into a separate folder. Filtered Mail on Match/ourOur mobile site respects the email filters you created on the Match full site. However, they do not support updating or changing filters at this time. Feel free to access the full site from your phone's browser so you can make the necessary updates.<br>Click &lt;rn answer_id="1965" contents="here" target="_self" /&gt; to review the steps for accessing the full site.<br>Setting Up Filters<br>Once you access the full site, you must tap Messages from the main menu. You can then set up as many as seven filters by tapping the Settings link next to the Filtered Mail folder in your Inbox. We will then prompt you to enter the profile criteria you would like to set with filters. Remember, the filters you select will exclude all member profiles that include that criteria, no matter how well you match in other areas. So you'll want to use these filters carefully. <br>To remove filters, simply return to your Filtered Mail settings on the full site and then select the filters you wish to remove. |
| 1615 | Captions - Explained | At this time, adding or editing photo captions is not available through the mobile site. Please access the full site from your mobile phone or a desktop computer to add or edit captions on any of your photos.<br>Click &lt;rn answer_id="1965" contents="here" target="_self" /&gt; to review the steps for accessing the mobile site. |
| 1617 | Hiding My Profile or Making it Visible | As a member of Match, you have the ability to hide your profile from view at any time, for any reason.<br>Adjusting Visibility<br>To adjust your visibility on your iPhone, tap the Three line navigation link and then select Settings &amp; Help from the drop down list. Toggle the Visibility indicator as needed. |
| 1619 | Hidden Profile - Who's Viewed Me Implications | If you view another member's profile while your profile is hidden, our system still registers that you were them. So once you are unhidden, your profile will appear in their Who's Viewed Me (Views) section. But not until then.<br>You may notice that your profile counter continues to increase in number while your profile is hidden. This happens when members who may know your username try (unsuccessfully) to look at your profile.<br>Click &lt;rn answer_id="472" /&gt; for more information on hidden profiles. |
| 1621 | Favorites - Hidden Profiles | For free members, a profile will remain in your Favorites list for 180 days or until you decide to remove it.<br>Paid subscriber Favorites lists will not be purged automatically, but profiles can be manually deleted at any time from the app or from the full site on your phone's browser or a desktop computer. However, if a member on your list decides to hide their profile on the site, the full profile will no longer be available to view. |
| 1624 | Who's Favorited Me - Explained | Our Who's Favorited Me (Faves) feature allows you to see who has shown interest in you and opens the door for that first connection. This tool is a benefit of a current, paid subscription.<br>To access who has favorited you, complete the following steps:<br>Tap the Three line navigation link.<br>Select Connections from the drop down list and then tap Faves.<br>Toggle between Faved Me (Members who have you listed as their Favorite) and My Faves (Members you have favorited)<br>If a free member favorited you over 180 days ago and your account is also in free member mode, you will be automatically removed from the member's Favorites list. Favoriting when your profile is hidden <br>Click &lt;rn answer_id="1482" contents="here" /&gt; for information on what happens with Favorites and Favoriting when your profile is hidden. <br>Click &lt;rn answer_id="1517" contents="here" /&gt; for more information on Favorites. |
| 196 | Business Development Opportunities | Send us an email at business development2@match.com. |

| Answer ID | Summary | Answer |
|---|---|---|
| 543 | Removing Profiles From Search Results | As you explore our dating community, you're bound to find some members you can cross off your list. That's no problem. If you're a current subscriber, you're welcome to remove these members from view.<br><br>How to Do It<br>Anywhere you see that member, you can remove him/her from view by clicking on the "X" in the corner of their profile (when it appears in lists) or by clicking on the Block from search link and link their profile. They will no longer show in your search results or in your other lists. And, of course, they won't know that you took the action.<br><br>Un-doing It If you'd like to see the list of those you've removed, you can access your Removed Profiles by clicking the link on the left side of your "Home" page. If you decide you want to give a member another chance, you're welcome to select the member you want to see again and click on the Show button.  <br><br>You'll also need to visit this page to clean up this list if you've been with us for a little while and you happen to reach our current limit of 10,000 profiles you can remove. Removed profiles that have been on your list for longer than one year will automatically be deleted from your list. However, you can add them to your list again at any time.<br><br>Click &lt;m answer_xref and style="TEXT-INDENT: 0in" target="_self" contents="here" answer_id="565" /&gt;&lt;if you are asking about how to block certain members from viewing your profile. |
| 666 | Favorites - Hidden Profiles | A profile will remain in your Favorites list for 180 days or until you decide to delete it. However, if at any time the member decides to hide their profile on the site, the full profile will no longer be available to view.<br><br>If you would like to remove a profile in "hidden" status from your Favorites list, simply visit your Favorites page and click the X in the top-right corner of the member you would like to remove.<br><br>Click &lt;m answer_xref target="_new" contents="here" answer_id="537" /&gt; for more information on Favorites |
| 662 | Hiding My Profile or Making it Visible | As a member of Match, you have the ability to hide your profile from view at any time, for any reason.<br><br>Adjusting Visibility<br>To adjust your visibility, hover over your primary photo thumbnail in the top navigation bar, and select Settings in the menu. On this page, you can set your profile status to "Visible" or "Hidden."<br><br>Click &lt;m answer_xref answer_id="472" contents="here" target="_new" /&gt; for more information on hidden profiles. |
| 527 | matchPhone - Explained | *This feature is not available to members outside of English-speaking North America<br><br>About matchPhone<br>matchPhone is a premium feature that offers an easy, completely anonymous alternative to conventional phone calling, enabling you to talk or text on your phones with any of your matchPhone connections. To enable this to happen, matchPhone generates a new, unique phone number for both you and your potential match. Once established, either member may initiate calls using those numbers. Any call to your matchPhone number is then forwarded right to your phone. matchPhone number is the only number that will appear on the other member's caller ID.<br><br>Click &lt;m answer_xref target="_self" contents="here" answer_id="567" /&gt;&lt;if you need in order to use this service<br>Click &lt;m answer_xref target="_self" contents="here" answer_id="670" /&gt; for instructions on how to sign-up for matchPhone<br>Click &lt;m answer_xref target="_self" contents="here" answer_id="671" /&gt; for information about how it works once you're a matchPhone user<br>Click &lt;m answer_xref target="_self" contents="here" answer_id="209" /&gt; for more on how matchPhone keeps your information safe<br>Click &lt;m answer_xref target="_self" contents="here" answer_id="250" /&gt; for instructions on how to change the phone number matchPhone sends calls to |
| 2276 | How to Switch To Threaded Messaging | You can change the way you view your messages on the Mobile site by tapping your conversation list.<br>Then tap Conversation View and you will be able to view your communication as threaded messages. |
| 2203 | Forgot Password | If you are unable to remember your password, tap the Forgot Password link on the member sign-in screen. Type your registered email address and we will send you a password reset link that allows you up to 24 hours to reset your password.<br>If you miss the grace period, you must submit the request again. |
| 2201 | How to Sign In | To sign into the Match application, you must enter your registered email address and password. If you have forgotten your password, tap the Forgot Password link and then enter your email address.<br>We will send you a password reset link to your registered email address. The reset password link expires after 24 hours. |

App. 1620

| Answer ID | Summary | Answer |
|---|---|---|
| 2205 | How to Add a Photo | Whether you're a new member or simply want a fresh look, uploading photos can be done quickly and easily. To add a photo, tap the three line icon at the upper left hand corner of your screen to open the navigation display and then tap the My Profile icon. On the My Profile screen, tap the Add Photos button. A pop-up appears allowing you to add new photos by tapping either the camera so you may take a new picture, or by tapping the gallery so you may add existing photos. Once you have selected a photo to upload, there will be an optional section to add a caption. You can add the caption immediately or return to the photo at a later time. Be sure to tap the Send for Approval button so the photos are sent to Match for review. |
| 2206 | How to Delete a Photo | If you'd like to edit a photo you have posted on your profile, first tap the three line icon located at the upper left hand corner of your screen to open the navigation display and then tap the My Profile icon. On the next screen, tap the Manage Photos button and then locate and tap the photo you would like to delete. You must then tap the three bullet icon located in the bottom right-hand corner of your screen and then tap the Delete This Photo button. A pop-up appears confirming you would like to delete the photo. If you are sure you would like to delete that particular photo, continue by tapping the Delete button. |
| 2207 | How to Add a Caption | In order to add a caption, first tap the three line icon located at the upper left hand corner of your screen to open the navigation display and then tap the My Profile icon. On the next screen, tap the Manage Photos button and then locate and tap the photo you would like to caption. You must then tap the three bullet icon located at the bottom right-hand corner of your screen. Tap the Add Caption button, which opens and allows you to add text. To complete the request, make sure you tap the Submit button. |
| 2208 | How to Delete a Caption | In order to delete a photo's caption, tap the photo you would like to remove the caption from and then tap the three bullet icon to remove the caption of your screen. Tap the Delete Caption button, which opens and allows you to click the Delete button to complete the request. |
| 2175 | How to hide your profile from a member who was visible after purchasing Private Mode | If you are currently appearing visible to another match after purchasing Private Mode and you wish to block them from communicating with you,  Blocking prevents the match from being able to further communicate with you on the site.  However, it does not prevent them from responding to emails previously received from you.  Blocks are initiated immediately and we never notify the other member of this change. |
| 2174 | What type of communication unblocks Private Mode? | To appear visible for a potential match, you must communicate or show interest in one of the following ways.       Add this profile as a Favorite       Accepting an Event Invite       Chatting  via Instant Messenger       Game Night or matchPhone initiation       Like or Like &amp; Comment on their photo or DateSpark Idea       Sending or Listening to a Voicemail       Rating a member via Daily Matches       Responding to a Match Me (Put me in) request       Send the member an email       Send a Wink Once the communication is sent you will be visible so the member may respond |
| 2178 | What happens if I look at someone's profile while in Private Mode but choose to appear only on the Who's Viewed Me list, not auto-renew when the current subscription expires? | If you visit a profile while in Private Mode but choose to discontinue the service at a later time, you will appear within the Who's Viewed Me list once your profile is visible.  If you are concerned with appearing on the Who's Viewed Me list, we recommend you purchase Undercover.   Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="1884" /&gt; to read more about Undercover. |
| 2179 | Can I purchase renewable add-ons when my subscription is billed through the Apple iTunes store? | Unfortunately, you are unable to purchase Private Mode if your subscription was bought in the Apple iTunes store.  If you would like to enjoy this feature you must wait until the current subscription expires and then purchase via the Match website.  While subscribing on the Match website, you will have the ability to purchase Private Mode for the duration of your subscription. |
| 2181 | Subscription Add-Ons | To complement your Match subscription, we offer several add-on features that may enhance your site experience:       Email Read Notification       First Impressions       Highlighted Profile       matchPhone       Private Mode       Reply for Free You can add these features during your initial subscription purchase or any time after the subscription processes for a prorated fee.  The features will auto-renew along with the subscription for the length of the selected package. Unfortunately, these features are not available for member's who subscribe to Match via the Apple iTunes store. Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="171" /&gt; to read more about Email Read Notification Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="354" /&gt; to read more about Highlighted Profile Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="351" /&gt; to read more about First Impressions Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="NJ" /&gt; to read more about matchPhone Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="2167" /&gt; to read more about Private Mode Click &lt;a answer_ref style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="2190" /&gt; to read more about Reply for Free   |

App. 1621

| Answer ID | Summary | Answer |
|---|---|---|
| 2192 | How do I use the Starbuck's locator within my invitation? | We've made the planning process easier by allowing you to locate a Starbucks directly from your invitation.  To find locations near you, click the Find a Starbucks Near You button in the invitation and then enter the desired zip code.<br>Keep in mind, the locator only searches one zip code at a time.  If you are trying to find the best location for both parties, a separate search will need to be performed for each member's zip code. |
| 23 | Online Dating Safety Tips | When meeting new people online or otherwise, of course you should always take steps to protect yourself. To help, we provide Online Dating Safety Tips we strongly encourage that you review and live by. Included in these tips are the following:<br>Information to help you avoid fraud, including online scams<br>Practical tips on guarding your privacy and anonymity until you feel comfortable<br>Precautions to take when meeting offline for the first time<br>Special considerations when arranging long-distance meetings.<br>In addition, we'd like to point out another great resource. Because of the threat online scams pose, the U.S. Federal Trade Commission has released its own suggestions on how users of online dating sites can protect themselves. We strongly recommend reviewing this information here.<br>If you believe you have encountered someone using our site for inappropriate purposes, click &lt;m:answer_xref answer_id="120" contents="here" target="_new" /&gt;. |
| 1171 | Online Dating Safety Tips | When meeting new people online or otherwise, of course you should always take steps to protect yourself. To help, we have provided Online Dating Safety Tips we strongly encourage that you review and live by. Included in these tips are the following:<br>Information to help you avoid fraud, including online scams<br>Practical tips on guarding your privacy and anonymity until you feel comfortable<br>Precautions to take when meeting offline for the first time<br>Special considerations when arranging long-distance meetings.<br>In addition, we'd like to point out another great resource. Because of the threat online scams pose, the U.S. Federal Trade Commission has released its own suggestions on how users of online dating sites can protect themselves. We strongly recommend reviewing this information here.<br>If you believe you have encountered someone using our site for inappropriate purposes, click &lt;m:answer_xref answer_id="120" contents="here" target="_new" /&gt;.  |
| 2240 | How to change my location (city, state and/or zip code) | Moved or Traveling to a different location? You can change/update your city, state or zip code at any time.<br>Click the gear icon and then select Settings from the drop-down menu. On the Account Settings screen, click the Location link, and enter your new location. Click Continue to complete the request and start receiving new matches in your new location. |
| 2239 | How to Deactivate (Delete) your subscription | Have you met someone? Need to take a break? You can deactivate your account and return to the site within 180 days of deletion.<br>To deactivate your account, you must first cancel your subscription. Click the gear icon from the header and then select Settings from the drop-down menu. On the Account Settings screen, click the Change/Cancel Membership link. This process includes several steps, before exiting the site, make sure you see a confirmation page that includes today's date and your username. On the confirmation screen, click the Hide Profile/Deactivate My Account link. The Account link to delete your account.<br>Once you complete the deactivation steps, your profile will be inaccessible to anyone except you (if you choose to reactivate it). After completing the process you will receive two emails. The first is your cancellation confirmation and the second is your deactivation confirmation, which indicates both requests are complete. |
| 2241 | How to access your account status | Not sure when your subscription ends? Want to determine if you are currently subscribed? You can determine your status in a number of ways.<br>1. If you are seeing the Subscribe button or the subscription rate card, you are currently a free member!<br>2. If the button does not appear, you currently have a paid subscription. To check the time remaining, click the gear icon in the header and select Settings from the drop-down menu. On the Account Settings screen, click the Subscription Status link. Details about your subscription package and premium services will be displayed<br>You can also make changes on this screen by clicking the applicable links. For example, you can update your credit card information, add new features or upgrade your current package for your next subscription term. |
| 2248 | Help! I need assistance updating my Account Settings. | Frequently Asked Questions<br> <br>&lt;m:answer_xref style="FONT-SIZE: 10pt; TEXT-INDENT: 0in" answer_id="2241" contents="How can I access my account status?" target="_blank" /&gt;<br>&lt;m:answer_xref style="FONT-SIZE: 10pt; FONT-FAMILY: Verdana; TEXT-INDENT: 0in" answer_id="2240" contents="How can I change my location (city, state and/or zip code)?" target="_blank" /&gt;<br>&lt;m:answer_xref style="FONT-SIZE: 10pt; FONT-FAMILY: Verdana; TEXT-INDENT: 0in" answer_id="2239" contents="How do I deactivate (delete) my subscription?" target="_blank" /&gt;<br>&lt;m:answer_xref style="FONT-FAMILY: Verdana; TEXT-INDENT: 0in" answer_id="2238" contents="How do I turn off automatic billing or cancel my subscription?" target="_blank" /&gt;<br>&lt;m:answer_xref style="TEXT-INDENT: 0in" answer_id="2242" contents="How do I update my email notifications?" target="_blank" /&gt; |

| Answer ID | Summary | Answer |
|---|---|---|
| 2245 | How to reset my password | Want to change your password?  It's simple to do from your Account Settings screen.<br><br>Click the gear icon located in the header and then select Settings from the drop-down menu. On the Account Settings screen, click the Sign Up Information link.  Enter your date of birth and current password then click enter.  On the next page, click the Change Sign Up Info button and type your new password into the field that currently contains asterisks (***).<br><br>Your request is not complete until you click the Continue button which sends a password reset confirmation email to your registered email account. |
| 2247 | I had to use an old email address to get logged in, can I change it? | New email address? Or just prefer to use a different email address? No worries, we've got you covered.<br><br>Click the gear icon located in the header and then select Settings from the drop-down menu. On the Account Settings screen, click the Sign Up Information link. Enter your date of birth and current password then click enter. On the next page, click the Change Sign Up Info button and then type your new email address into the field that contains your old email address. This may require you to type into a field that contains asterisks (***).<br><br>Your request is not complete until you click the Continue button which sends a confirmation email to your newly entered email account |
| 2249 | Help!  I need assistance with signing into my account. | Frequently Asked Questions<br>&#x#160;<br>&lt;lt:m:answer_xref style="TEXT-INDENT: 0in" contents="Forgot your password?" answer_id="2244" target="_blank" /&gt;<br>&lt;lt:m:answer_xref style="FONT-SIZE: 10pt; FONT-WEIGHT: normal; TEXT-INDENT: 0in" contents="How to reset my password?" answer_id="2245" target="_blank" /&gt;<br>&lt;lt:m:answer_xref style="FONT-SIZE: 10pt; FONT-WEIGHT: normal; TEXT-INDENT: 0in" contents="My reset link doesn't work, what now?" answer_id="2246" target="_blank" /&gt;<br>&lt;lt:m:answer_xref style="FONT-SIZE: 10pt; FONT-WEIGHT: normal; TEXT-INDENT: 0in" contents="I had to use an old email address to get logged in, can I change it?" answer_id="2247" target="_blank" /&gt; |
| 2250 | How to hide/unhide my profile? | Not sure how to hide or unhide your profile? No problem. We can help!<br><br>Click your photo thumbnail in the header and then select Settings from the drop-down menu. On the Profile Visibility screen, click the Visible (to unhide) or Hidden (to hide) radio buttons. Your profile visibility adjusts immediately, so make sure you are ready for the change! |
| 2251 | Can others see me when I'm hidden? | Recently updated your profile visibility to hidden? Not sure if others can see your profile? We've got this answered!<br><br>When you hide your profile, it's no longer visible on the site, will no longer appear in search results and will not be accessible to previous connections on the site. However, if you previously communicated with another member via email, they will be able to reply to you from their external email client. |
| 2252 | What is Private Mode? | Are you a private person? Do you like the idea of being seen by only those members who interest you? If so, Private Mode is for you.<br><br>This feature allows you to search and view profiles in complete privacy. If you find a match, reach out to him/her by Winking, Favoriting, etc., which makes your profile visible to them.<br><br>Private mode may not be added to any current paid subscription, however, it may not be purchased as a standalone. |
| 2238 | How to turn off automatic billing or cancel your subscription? | Auto-Renewal on your mind? You can stop automatic billing while continuing to use the features you've already paid for until your current subscription expires.<br><br>To stop automatic billing, click the gear icon located in the header and then select Settings from the drop-down menu. On the Account Settings screen, click Change/Cancel Membership. This process includes several steps, so before exiting the site, make sure you see a confirmation page that includes today's date and your username. After completing the process, you will receive an email confirmation that contains the same details and indicates the request is complete. |
| 1635 | About Me - Explained | The most important factors to remember in the About Me section of your profile:<br><br>There is a 200 character minimum.<br>If your profile is appearing in the About Me section, but is not displaying for other members to see chances are that your profile has not been approved. We may reject profiles that contain any of the following:<br><br>Abusive language of any kind, including profanity, vulgarity, racism, illegal activity, etc.<br>Any direct contact information, including email addresses, URLs, instant messenger IDs, phone numbers, full names, addresses, etc.<br>Unauthorized use of copyrighted or trademarked material<br>Business or political advertisements or solicitations<br>Languages other than English or Spanish<br>Material that exploits or solicits personal information from individuals under the age of 18<br>Overt solicitation for sex or descriptions of sexual activity, anatomy, etc.<br>Solicitation of multiple or additional partners<br><br>Match.com does not accept content from:<br><br>Incarcerated individuals<br>Individuals under the age of 18<br><br>You can check to see if your profile is rejected by tapping the navigation symbol in the upper left hand corner and then tapping My Profile. The status of your profile will appear underneath your username to the right of your Primary Photo |
| 2253 | Help! I need assistance hiding or unhiding my profile. | Frequently Asked Questions<br>&#x#160;<br>&lt;lt:m:answer_xref style="TEXT-INDENT: 0in" answer_id="2250" contents="How to hide/unhide my profile?" target="_blank" /&gt;<br>&lt;lt:m:answer_xref style="FONT-SIZE: 10pt; FONT-WEIGHT: normal; TEXT-INDENT: 0in" answer_id="2251" contents="Can others see me when I'm hidden?" target="_blank" /&gt;<br>&lt;lt:m:answer_xref style="FONT-SIZE: 10pt; FONT-WEIGHT: normal; TEXT-INDENT: 0in" answer_id="2252" contents="What Is Private Mode?" target="_blank" /&gt; |

| Answer ID | Summary | Answer |
|---|---|---|
| 1574 | Daily Matches – Rating my matches | Our Daily Matches system is unique in that it takes your feedback and improves over time. This is why we have made it a requirement that you must rate your Daily Matches each day in order to receive new Daily Matches the next day (matches will update 23 hours after the rating occurs). Your profile also needs to be visible before you can rate your matches.

Rating Yes
If you say that Yes, you're interested, we'll send a message to the member you're interested in to let them know they caught your attention. If you'd like, you can access all the members who've sparked your interest in the Yes section of your Daily Matches. Just remember, though, that matches are removed from all Daily Matches lists after they've been there 180 days.

Rating No
If you're not interested, it's not a problem. We'll simply remove that member from your Daily Matches, and they won't show up again in the matches we serve you (and they'll never know you weren't interested). Do be careful, though. If you inadvertently select the No rating on a member's profile, the rating cannot be changed after it is submitted.

Singled Out/On any day where you receive a Singled Out match, you'll need to rate it before you can continue rating the rest of your Daily Matches. New matches will not appear until after you have rated your Singled Out match. |
| 2261 | iOS app: How Do I Turn Off My Auto Renewal or Cancel? | Follow these steps to turn off your auto renewal on your iPhone:
1. Launch the Settings app on your iPhone
2. Tap on iTunes &amp; App Store
3. Tap your Apple ID at the top of the screen
4. Tap View Apple ID from the pop-up menu
5. When prompted, enter your password, and then tap OK
6. Under Subscriptions, tap Manage
7. Tap the name of the subscription that you want to modify
8. Turn the auto-renewal option to Off
9. Tap Turn off on the pop-up to save your changes
If you would like further information or assistance, please contact Apple directly at: http://www.apple.com/support/itunes. |
| 1281 | "No Thanks" versus Block from Search | "Block from Search," which appears on every profile page, removes the person from appearing in your searches, but does not communicate to the sender that you are not interested. "No Thanks" is a link that appears on all emails you receive on the Match site. If you click on it, it sends a brief "not interested" response to the sender, and necessarily removes them from searches. Please note that this link is not included on notification emails for winks, likes, etc. If you'd like the sender of an email to no longer appear on your Connections page, click on the x next to their profile to remove them. |
| 1133 | Updating Credit/Debit Card Information | If the account number you used to subscribe with us is no longer valid, you'll want to update your information to make sure your subscription will renew properly. Since this information doesn't appear on the Match Android app (or H4U you'll need to update your billing information on the full website. To do this, just log in on your computer, go to "Billing Information" in your account options, select the "Subscription Status" link, and then select the "Update" link next to the Active Credit Card number. |
| 1864 | We're Glad We Could Help! | We're happy that the FAQs we suggested answered your question. As you requested, your question has NOT been submitted to our Customer Care team. If you clicked the "Yes, I'm Good" button in error, you can still seek further assistance using one of the links below:

Click Here to go back to our Help section

Click Here to go back to the Match Home Page |

App. 1624

| Answer ID | Summary | Answer |
|---|---|---|
| 1118 | Technical Issues – clearing cache/cookies | Clearing your browser's cache and cookies can resolve most browser related issues on our site. Included below are instructions for the most common browsers used on our site:<br><br>To clear your cookies on your Android device (default browser):<br><br>Open your browser<br>Tap on the menu button on your device and choose Settings (you may first need to choose Menu)<br>Scroll down if necessary and tap on Clear all cookie data<br>Tap on OK<br><br>Internet Explorer 11:<br><br>Navigate away from Match<br>Click on the gear icon in the top right corner<br>Click on Internet Options<br>Make sure you're on the "General" tab<br>Under "Browsing History," click on Delete.<br>Check the checkboxes for "Temporary Internet Files" and "Cookies," and make sure "Preserve Favorite Website Data" is unchecked<br>Click on Delete.<br><br>Firefox:<br><br>Navigate away from Match<br>Click on the Firefox button at the top of the screen<br>Hover over "History" and click on Clear Recent History<br>Click on the dropdown for "Time range to clear" and select Everything<br>Click on the down arrow next to "Details" and make sure "Cookies" and "Cache" are selected<br>Click on Clear Now, and close the Clear Recent History window<br><br>Safari:<br><br>Navigate away from Match<br>Under the "Safari" menu, select Reset Safari<br>Check Remove all cookies and Empty the cache<br>Click Reset |
| 1264 | Terms and Privacy | Please review the policies described in our Terms of Use, our Privacy Policy and our Dating and Safety Tips. |
| 1483 | Text Alerts – How They Work | *This feature is not available to members outside of English North America<br><br>If you want to be notified whenever someone sends you a new email or Wink, just opt to receive SMS alerts on your mobile phone. It's easy to enable/disable text alerts or update the phone number listed at #160. Just follow the steps below:<br><br>Manage Text Alerts<br><br>Tap the three line icon in the upper left corner of the handset<br>Tap Settings &amp; Help  at #160 from the menu options<br>Tap Manage text alerts<br>Tap the Yes (enabled) or No (disabled) #160 toggle to change/update the alerts received<br>Tap the pencil icon when updating your mobile number<br>Tap Save to complete the updates<br><br>Match does not charge for text alerts. Your carrier's standard message and date rates still apply. |
| 1229 | Signing In | To sign into Match, go to http://www.match.com and enter your registered email address, along with  your password. If you have forgotten your password, click  here and enter your email address. An email with your sign-in information will be sent to that email address.<br><br>In some situations, you also have the option of linking your Match sign-in to your Facebook  account. Click  here for more information. |
| 1328 | Searching for Members with Photos | To search from the Match Android app for members who only have photos:<br><br>Tap on the Search button on your device (on the device, not on the screen)<br>Tap on the filter icon on the right of the screen<br>Ensure the "Photos Only" button is green<br><br>From the full website, simply check the box next to "With Photos" on the search form. Your results will only include members who fit your search criteria and have photos on their profile. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1526 | Searching for Members with Photos | To search for member's with photo, complete the following steps:<br><br>Tap the three line navigation link<br>Select Search from the drop down menu<br>Tap Go Search and then the Filter button<br>Ensure the Photos Only toggle is set to Yes.  If not, swipe left to right to update the setting<br>If necessary, tap Save to ensure the update is complete |
| 1147 | Removing Profiles from Search Results | As you explore our dating community, you're bound to find some members you can cross off your list. That's no problem. If you're a current subscriber, you're welcome to remove these members you no longer see them.<br><br>On the Android App<br>When searching on the Android app, you can remove a member from your search results by tapping their profile picture and the three dot icon in the top right corner. Then, tap Remove from Search to remove the member.<br><br>On the Full Match Website<br>From the full Match.com website, you can remove a member from search by clicking on the "x" icon in the corner of their profile (when it appears in lists) or by clicking on the Block from Search link in their profile. They will no longer show in your search results or in your other lists. And, of course, they won't know that you took this action.<br><br>Un-doing It<br>If you'd like to see a member in search results again, visit their profile. On the Android app, click on Restore to Search. If you're on the full website, it'll be Unblock from Search.<br><br>If you've been with us for a little while and happen to reach our current profile removal limit of 10,000, you may wish to visit the "Removed Profiles" page, which can be found on the full website (not available on the Android app.) From the Home page on the bottom left side, click Removed Profiles. From there you can select the usernames you'd like to appear in search results again, and click on Show. You can also use the "Select All" feature to make all removed profiles visible again. |
| 1129 | Quick Search - Explained | On Match, search can be as simple or customized as you want to make it, and if you're looking for speed and convenience, there's no better tool than Quick Search.<br><br>From the home screen on the Match Android app, you can perform a search simply by tapping on the Search button on your device.<br><br>On the full Match website, our (Quick) Search option appears on the bottom right of the your Home page, and the left side of the Search page. Both allow you to quickly enter some general criteria, and have your results within seconds. Keep in mind that for the criteria not visible in the Quick Search box, your search will default to the settings used in your most recent search. You can change these settings by clicking the Custom Search tab to access the Search page. |
| 1237 | Profiles on Match - Explained | Your profile is your best tool for making a good first impression on potential matches. We strongly encourage that you complete a thoughtful profile and make it visible so you can start hearing from people! As you're building your profile or looking at others', you're bound to run into some questions. Refer to the list below for some of the most frequent issues we address on the subject.<br><br>Basic features and functions:<br><br>Click   here for information on creating a profile<br>Click   here for approval guidelines<br>Click   here for instructions on how to edit an existing profile<br>Click   here for answers to your questions relating to hidden profiles<br>Click   here for how to see who has viewed your profile, or whether others see when you view theirs<br>Click   here for information about ProfilePro<br>Click   here for information about your Profile Counter<br>Click   here for information about highlighted profiles<br>Click   here if your question relates to photos<br><br>More information and troubleshooting:<br><br>Click   here if a profile you're trying to view is "Unavailable"<br>Click   here if you'd like to delete your profile<br>Click   here if your profile appears to be losing text you've entered<br>Click   here for information about profile completion requirements<br>Click   here for the ins and outs of searching for your own profile<br>Click   here for information about the "New" label on some profiles<br>Click   here if it looks like your profile is not appearing<br>Click   here for an explanation of "Online Now" and "Active Within"<br>Click   here if you'd like to control who sees your profile and photos<br><br> <br><br>MatchPhone allows members to text, talk and leave voice messages while maintaining their anonymity. Click &lt;rn-answer_xref style="TEXT-INDENT: 0in" answer_id="1244" contents="here" target="_new" /&gt; for information about MatchPhone. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1146 | Profile Creation | **About Your Profile**<br>The Match profile process is fun and simple. It contains questions about who you are, where you're from, the things that interest you, your lifestyle, and your background and values. It also asks you about your ideal match. All of this information helps form a great image of who you are and why you're looking for. Not only does this help potential matches understand you better, it also helps us provide you with better matches through our unique matching tools.<br><br>**Creating Your Profile** When you open the Match App and are not logged in, you'll be prompted to create a new account. Simply walk through the questionnaire, and your profile will be set up as soon as your information is reviewed and approved.<br>On the Full Match Website<br>If you're on the full Match website, just sign in and click on your primary photo thumbnail at the top of any page and start answering the questions. The profile survey is also where you can add a photo to your profile, which can get you up to 15 times more attention. Finally, whenever you're finished providing the information, just hit the Send for approval button.<br><br>It only takes a few minutes, but if you don't have time, you can save portions of the profile and come back to them. Just keep in mind that nothing gets posted until your entire profile is complete, including the "In My Own Words" section. And be careful when working on written sections - if you're writing for more than 45 minutes, you risk a session time-out in which your data could be lost. If you're going to be writing for a while, it might be best to do your typing in another application, then copy and paste it onto the profile form.<br><br>**Making It Good**<br>Remember, no one likes a boring profile. Have some fun with it. Be creative!<br><br>If you want some good ideas for what to include in your personal description, view our Sample Topics to help you decide what to write about. And if you're really serious about making your profile the best it can be, our Match Profile Pro consulting service can help you make it a winner for profile guidelines, and the timeline in which you can expect your profile to be reviewed.<br><br>**Approval Process**<br>Click here &lt;In answer_id &lt; contents="here" answer_id="1082" /&gt; for profile guidelines, and the timeline in which you can expect your profile to be reviewed.<br><br>**Editing Your Profile**<br>You can edit your profile whenever you want. Click here &lt;In answer_and style="TEXT-INDENT: 0in" contents="here" answer_id="1215" /&gt; for instructions on updating your profile data. Click here &lt;In answer_and style="TEXT-INDENT: 0in" contents="here" answer_id="11KF" /&gt; for information on updating vital information like your username, password, email address, birthdate, or location.<br><br>   |
| <mark>1255</mark> | <mark>Profile Counter</mark> | <mark>Every time any Match member views your profile, whether they have a visible profile or not, we add that to your profile view counter. You can find the profile counter on the Home page of your account. The counter is displayed underneath your photo and will read "Viewed __ Times."<br><br>Click here for an explanation of why this number may differ from what you see in your "Who's Viewed Me" feature<br>Click here to learn why your Profile Counter may register views even when your profile is hidden</mark> |
| 359 | Profile Counter | Every time any Match member views your profile, whether they have a visible profile or not, we add that to your profile view counter. You can find the profile counter on the Items page of your account. The counter is displayed underneath your photo and will read "Viewed __ Times".<br><br>Click here &lt;In answer_and target="_new" contents="here" answer_id="151" /&gt; for information on resetting your Profile Counter<br>Click here &lt;In answer_and target="_new" contents="here" answer_id="145" /&gt; for an explanation of why this number may differ from what you see in your "Who's Viewed Me" feature<br>Click here &lt;In answer_and target="_new" contents="here" answer_id="664" /&gt; to learn why your Profile Counter may register views even when your profile is hidden |
| 80 | Privacy and Location Searching | Match is committed to protecting your privacy, whether you access Match from a desktop computer or from a mobile phone. If you use one of our mobile apps that includes our location search feature, we will not make your exact location available to other members. Please review the terms of Match's Privacy Policy for further information. |
| 123a | Photos on Match | Photos are really a big deal, and we strongly encourage you to post a number of them. As you're adding photos or just using the site, we recognize that you may run into some questions. Refer to the list below for some of the most frequent issues we address on the subject.<br><br>Click here for information on the benefits of posting a photo<br>Click here for instructions on adding photos<br>Click here for instructions on editing and removing photos.<br>Click here for our photo-posting guidelines<br>Click here for some of our photo tips<br>Click here if your photo was approved as secondary only<br>Click here for information on the way your photo appears on our site<br>Click here for information on changing which photo appears as your primary photo<br>Click here for information on controlling who sees your profile and photos<br>Click here if your photo isn't appearing in search results<br>Click here for instructions on searching for members with photos<br><br>Members can have up to 26 photos on their profile.<br>Photos captions follow the same approval process as profiles. |

App. 1627

| Answer ID | Summary | Answer |
|---|---|---|
| 1627 | Photo Likes and Comments | **From the Mobile Site**<br>On the Match mobile site, when you see a photo that interests you, you can let the member know by giving a Photo Like. When you're viewing a photo, tap the thumbs up icon in the bottom right corner of the image.<br>If you'd like to comment on a photo, tap on the word bubble icon in the bottom right corner. You'll be able to type and send the comment from the pop-up screen that appears if you have a current Match.com subscription<br>**From the App**<br>On the Match app, when you see a photo that interests you, you can let the member know by giving a Photo Like. When you're viewing a photo, tap the thumbs up icon in the bottom right corner of the image.<br>Unfortunately, you are not able to comment on a photo from the app. However, you are able to comment on a photo from our mobile site. Please access the mobile site from your handset or the full website from a desktop computer.<br>*Note: If you tapped "Like" by accident, there is no way to "unlike" or take it back. The good news is that you may have made someone's day by liking his/her photo! |
| 1252 | New Profile Design - Editing Your Profile | Editing your profile just got easier ! To edit your profile, tap the three line icon in the upper left corner of the handset, tap My Profile, and tap Edit My Profile. The experience is very similar to editing your profile on the Match site.<br>Let's take a look at what you can do on the My Profile page.<br>**Edit My Profile**<br>This section allows you to edit information about you, your potential match, and your profile text.<br>**Edit Communities**<br>This section allows you to select a community that you are passionate about. Who knows - your match might be passionate about it too!<br>**View My Profile**<br>This section allows you to see what your profile looks like to others who pay you a visit.<br>**Account Settings**<br>This section allows you to change your visibility, find help topics, go to the full site, and sign out of our mobile site. |
| 406 | Profile - "New" Meaning | This feature helps you spot members who have recently joined Match. The "New" label stays on the profile for five days. |
| 1152 | Member Spotlight : Explained | Opening the door for a member spotlight could potentially result in a lot of great exposure for your profile. Spotlighted members may appear for specific purposes on Match or partnering sites. For example, you may have noticed advertisements with member photos on other websites we partner with such as Facebook or Classmates.com.<br>Profiles opted into the member spotlight can also be crawled by search engines like Google or Ask.com, and may appear in search results. Of course, what comes up in search results is only what you have made public in your profile, so it doesn't include any identifying information other than your photo.<br>Don't get this program confused with our premium Highlighted Profile feature we offer that results in added attention in normal areas of the site. Our Member Spotlight is a free service, but only a few of the members who have requested consideration actually appear in our ads and other spotlighted areas (we only have so many opportunities).<br>Of course, you'll want to consider your comfort level with the high-degree of visibility the Member Spotlight could potentially afford. It could result in a photo of yours being viewable by a large audience outside of our member community. Please know, however, that no matter where your profile may appear, personal information such as your name and contact information remains confidential.<br>To be considered for the Member Spotlight, you'll need to adjust your settings on the full Match website, not the Android app. Once logged in on the full website, just click on Profile in the top navigation bar, click on Settings, and select "On" in the Member Spotlight section. Be certain your profile is visible and your main photo is a clear, attractive shot of you alone.<br>To opt out, just select "Off" on the same page. |
| 1305 | Android App - Setting it up | *This feature is not available to members outside of English North America<br>With the Match.com Android application, you can access most of your favorite Match.com features on your Android device. You can search for matches in your area, wink at them, and communicate with them (requires a paid subscription). You can also add and view your Favorites and see who's viewed your profile (also requires a paid subscription). Plus, you can be notified immediately when other members communicate with you.<br>What do I need in order to start using the Match.com Android application?You will need an Android device running OS version 1.5 or above (to locate your OS version, go to 'Settings' &gt; 'About phone' &gt; 'Firmware version'), a data plan that gets you on the Internet, and enough memory to download the app. If all of that is in place, you can download the Match.com Android application and start using it right away.<br>How do I download the application?If your phone is supported, go to http://m.match.com on your Android device, and you'll be prompted to download the application.<br>You can also visit the Android Market and search for "Match.com" to find and download the application.<br>My Phone/Model isn't supported!We also have applications for other smartphone platforms, as well as browser-based access to Match.com supported on all mobile phones with Internet access. Visit http://match.com/mobile to learn more. You can also access Match.com by going to http://m.match.com on your device's browser and tapping on the Continue to matchMobile link at the bottom of the page. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1306 | Android App - Using It | *This feature is not available to members outside of English North America. |
| | | With the Match.com Android application, you can access most of your favorite Match features on your Android device. You can search for matches in your area, wink at them, and communicate with them (requires a paid subscription). You can also add and see your Favorites, as well as who's viewed your profile (also requires a paid subscription). Plus, you can also be notified immediately when other members communicate with you. |
| | | I installed the application on my Android. What do I do next?If you already have an account with Match or are a current subscriber, simply open the app and sign in. If you're new to Match.com, you'll be prompted to create a new account. |
| | | How much does it cost to use the Match.com Android application?The Match.com Android application is free to download and use. Most features, including the ability to wink at and search for other members, do not require a paid subscription. However, in order to communicate with other Match members as well as see who's viewed your profile, you will need to have a paid subscription. |
| | | How do I upload a photo?For instructions on how to upload a photo, click &lt;m answer_xref style="TEXT-INDENT: 0in" answer_id="532" contents="here" target="_new" /&gt;. There's a section that specifically addresses adding photos using the Android App. |
| | | How does the location-search feature work?The location-search feature uses the GPS on your Android to determine your location. Your exact position will never be revealed to other Match.com members. The feature uses your location to deliver matches to you that are in your general area and can be turned off in your Search Basic Settings. |
| | | I have some feedback. Who should I contact?Please email your app-related feedback or feature requests (please, no support questions) to android.app@match.com. |
| | | The Match.com app is no longer available for the iPad and iPhone. |
| 1488 | matchMobile versus Text Alerts | *This feature is not available to members outside of English North America. |
| | | matchMobile is the version of Match that displays in mobile browsers. Text Alerts are text messages sent by Match to notify you when you have winks or emails. We do not charge for either service, but your carrier's standard text messaging rates and data plan fees still apply. Contact your carrier for details on these rates. |
| 2258 | Are you affiliated with uDate? | uDate.com is a dating tool we use to help you find the perfect dating site for your needs. |
| | | Once you register with uDate, and answer a few questions, you'll be redirected to the Match Group site that has the most potential of finding your perfect match. |
| | | On the selected site, you can enhance your profile and immediately begin searching for your ideal match. |
| | | It's free to sign up through uDate, however, you must be an upgraded member to enjoy premium features like email, and live chat. |
| | | If you get logged out, or aren't able to finish editing your profile, just log back into the site we chose for you with your registered email address - the information you entered is saved there. |
| 2202 | Auto Sign-In Feature | Match's auto sign-in feature allows us to recognize you each time you visit our application which your need to enter your password with each visit. |
| | | If you close the application while you're signed in, you will be automatically signed in the next time you open the application.   |
| | | To disable auto sign-in, simply log out of the application before exiting your session. |

| Answer ID | Summary | Answer |
|---|---|---|
| 568 | Match BlackBerry Application - Getting Started | *This feature is not available to members outside of English speaking North America<br><br> <br>Download the application? and your phone model is &lt;m answer_xref title="supported" target="_self" contents="supported" answer_id="567" /&gt;t, there are two ways to download the Match BlackBerry app.<br>First, you can go to http://www.match.com on your BlackBerry browser, where you'll be prompted to download the application. Or, you can visit BB App World installed on your device, search for Match.com, and select Download.<br><br>Register or sign in? If you're already registered with Match   or have registered in the past, you can use your registered email address and password to sign in to the Match  BlackBerry application. If you're new to Match, you'll be prompted   to register and create a new account. To increase your chances of success on Match, remember to upload your photos and complete your profile, using either the BlackBerry application or the full website.<br><br>Uploading photos? If your BlackBerry has a camera, you can easily upload photos that you take on your phone. Select My Profile and click on Upload Photos. This will prompt your BlackBerry to open your camera feature. Just snap a photo of yourself and upload it to your profile. This feature will also allow you to use any existing photos on your BlackBerry. Our Customer Care department will process your photo(s) and send you a confirmation email.<br><br>Approving the   location-search feature<br>The location-search feature uses the GPS (or other positioning technology) on your BlackBerry to determine your location. Your exact position will never be revealed to other Match members. The   feature simply uses your location to deliver matches to you that are in your area. Depending on the permission levels on your BlackBerry, after you sign in the app might ask for permission to use your current location. If you don't agree, we'll just base your location on   the zip-code entered during registration. You can also adjust this feature in your device "Settings" page.<br><br>Adjust security settings (if necessary) Due to security settings imposed by either your company (if you're using a company-issued BlackBerry) or by your carrier, you may be required to respond to multiple security permission prompts each time you start the application. Often these settings cannot be modified by you, the user. In such cases, please contact your IT department or your carrier's customer support department to change the security settings to work around this issue. We are unable to change these settings for you.<br><br>Contact Us<br>Please email your questions, feedback or feature requests to blackberry.app@match.com (no support inquiries please). |
| 1643 | Likes Page | Instructions for accessing your likes are slightly different depending on how you are accessing Match from your iPhone.<br>From the Mobile Site<br>To access all your likes from the mobile website, tap More located in the lower corner of your screen. Tap Likes to see a list of members whose photos you've liked with quick links to view the member's profile.<br>From the App.<br>To access all of your likes from the app, tap the navigation menu in the upper left corner of the screen. Tap Connections and then tap Likes to see the list of members whose photos you've liked with quick links to view member's profile. |
| 1121 | Improving Matching Results | Every member goes through the dilemma of how picky to be with matching preferences. The broader your criteria, the more matches you'll get, but the narrower your criteria, the greater chance you'll like the ones you receive!<br><br>We recommend adjusting your criteria over time to find the right balance. You can do this by signing into your account and following these steps:<br><br>On the Android app:<br><br>Tap the Me icon on the bottom right of the navigation bar<br>Tap View next to Profile Completed<br>Tap the pencil icon<br>One by one, choose the sections you'd like to edit, and make your changes<br>In each section, tap  Save (or tap the X at the top of the floating page) when you're done<br><br>From the Full Match website:<br><br>Click on your primary photo thumbnail in the top navigation bar next to the gear icon<br>Click on Edit in the section to the right of your photos<br>Make any necessary updates, and click Apply to save the changes.<br><br>An easy way to broaden your criteria is to make small changes to your age, height, or location preferences, or to adjust whether certain elements are 'Nice to Have' or 'Must Have.' These small changes can often have big results.<br><br>My matches aren't following my stated preferences<br>Click here for more information if your matches aren't following your preferences. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1317 | How to Subscribe + Payment Options | We'd be delighted to have you as part of our subscriber community!<br><br>To subscribe, you'll need to sign up for a free account (if you haven't already done so), then sign in and click on the Subscribe button on the home page.  The screen will direct you to choose from our subscription packages, and then will walk you through the billing process.<br><br>We currently accept payment by credit card or PayPal. You can also pay by mail using a check or money order.<br><br>Credit Card<br>Match happily accepts:<br><br>American Express<br>Discover<br>JCB<br>MasterCard<br>Visa<br>Diners Club<br><br>Prepaid Credit Card<br>We do accept prepaid cards on our site. The card issuer, however, may require that you register the card on their website first. Information and instructions on how to register your prepaid card should be listed on the back of the card itself.<br><br>Most gift cards and pre-paid cards require you to activate them first.<br><br>If the gift card has enough money on it when it is time to renew, the subscription will renew successfully. If there is not enough money on the card at the time of renewal, the renewal will not be processed. To avoid a lapse in your service, you may wish to subscribe with a card from which your account can be automatically renewed.<br><br>Mail a Check or Money Order<br>To request a subscription with a physical check or money order, please make your check or money order payable to Match (drawn on US funds only) and include your username, email address, and whether you'd like a three- or six-month subscription package.<br><br>IMPORTANT: We do not currently accept payments by mail (physical checks or money orders) for one-month subscriptions, premium services, or promotional rates/discounted offers.  <br><br>When paying by mail, send your payment to the following address (mail delivery and processing time may take up to 14 days):<br><br>Attn: Billing<br>  |
| 1476 | How to Subscribe + Payment Options | We'd be delighted to have you as part of our subscriber community!<br><br>To subscribe, you'll need to sign up for a free account (if you haven't already done so), then sign in and click on the Subscribe button at the top of the screen. The screen will direct you to choose from our subscription packages, and then will walk you through the billing process.<br><br>We currently accept payment by credit card or PayPal (*PayPal is not available to members outside of English North America.) You can also pay by mail using a check or money order.<br><br>Credit Card<br>Match happily accepts:<br><br>American Express<br>Discover<br>JCB<br>MasterCard<br>Visa<br>Diners Club<br><br>Prepaid Credit Card<br>We do accept prepaid cards on our site. The card issuer, however, may require that you register the card on their website first. Information and instructions on how to register your prepaid card should be listed on the back of the card itself.<br><br>Most gift cards and pre-paid cards require you to activate them first.<br><br>If the gift card has enough money on it when it is time to renew, the subscription will renew successfully. If there is not enough money on the card at the time of renewal, the renewal will not be processed. To avoid a lapse in your service, you may wish to subscribe with a card from which your account can be automatically renewed.<br><br>Mail a Check or Money Order<br>To request a subscription with a physical check or money order, please make your check or money order payable to Match (drawn on US funds only) and include your username, email address, and whether you'd like a three- or six-month subscription package.<br><br>IMPORTANT: We do not currently accept payments by mail (physical checks or money orders) for one-month subscriptions, premium services, or promotional rates/discounted offers.  <br><br>When paying by mail, send your payment to the following address (mail delivery and processing time may take up to 14 days):<br><br>Attn: Billing<br>- - - - - |

| Answer ID | Summary | Answer |
|---|---|---|
| 2224 | How do you add a Verification Badge? | Want to let other members know that you are who you say you are, while still remaining anonymous? It's easy with a Verification Badge!<br><br>Add a Verification Badge:<br>1. Log into the Match site<br>2. Hover over the Primary Photo thumbnail in the upper right corner of the screen<br>3. Select View/Edit from the drop-down menu.<br>4. On the Profile Edit screen, scroll to Verifications and then click Edit.<br>5. Click the Verify button.<br>6. Enter the corresponding information, and then click Verify Now.<br>Each badge is unique and requires separate steps for verification.<br><br>Hide a Verification badge:<br>1. Hover over the Primary Photo thumbnail in the upper right corner of the screen<br>2. Select View/Edit from the drop-down menu.<br>3. Scroll to Verifications on the Profile Edit screen, click Edit and then click Hide<br>If you decide you want to unhide your badge simply click the Show button<br>Click &lt;lt;m:answer_ref style="TEXT-INDENT: 0in" answer_id="2223" contents="here" target="_blank" /&gt; to read more about Verification Badges. |
| 1183 | Hiding My Profile or Making it Visible | As a member of Match, you have the ability to hide your visibility from view at any time, for any reason.<br><br>Adjusting Visibility:To adjust your visibility on your Match Android app, navigate to the app's home screen, tap on the menu button on your device, choose Settings, and check or uncheck the box next to Profile is Visible.<br><br>On the full Match website:<br>To adjust your visibility from the full Match website, hover over your primary photo thumbnail in the top navigation bar, and select Settings in the menu. On this page, you can set your profile status to "Visible" or "Hidden."<br><br>Click here for more information on hidden profiles. |
| 1212 | Hidden Profiles - Explained | There may be times, like when you start a new relationship, that you'll want to remove your profile from being visible to other members. Since that's why you're here in the first place, we make this as easy as flipping a switch. Of course, anytime your profile is hidden, it will not be displayed in search results. Since this reduces your chances of finding a match, we recommend only hiding your profile when you are taking a break or have met someone you are interested in.<br><br>As a member of Match, you have the ability to hide your profile from view at any time, for any reason. Click on the links below for more information about the ins and outs of hidden profiles.<br><br>Click here for instructions on how to adjust your visibility<br>Click here for information on communicating with a hidden profile<br>Click here for information on how our "Who's Viewed Me" feature deals with hidden profiles<br>Click here for information on selective visibility<br>Click here for information about cancelling your account (hiding your profile does not suspend your subscription or cancel your account) |
| 1447 | Game Night | What is Game Night?<br>Game Night is a fun feature available on certain nights in certain areas. You choose who you want to play with, and we provide a fun selection of games with a chat sidebar to help break the ice and spark conversation.<br><br>How do I know when it's happening?<br>If a Game Night is coming to your area, you'll get an email a few days ahead of time, and we'll include reminders on your Match home page. Games can be played 8-10 pm local time on scheduled nights. If you log in during that time, we'll give you the option to enter Game Night or continue on to the site like normal.<br><br>How does it work?<br>Once you log in and indicate that you want to go to Game Night instead of the normal Match.com experience, you'll be taken to the Games Lobby. Since you can only play games with others who are participating in Game Night, we'll give you a list of people who you could potentially invite to play in your Recommendations list. If you get more invitations than you can handle at once, you can see a list of them in your Invitations list. And in your More Matches list, you'll see subtitles of those you've already played with, those you've labeled as "Maybe Later," those who have accepted your invitations and those you've already had, and those who have pending invitations to.<br><br>After Game Night<br>After Game Night, we'll email you a summary of your Game Night activity so you can get in touch with those you enjoyed interacting with. And, if you're a paid subscriber, members you played games with will appear in your Connections on your Match.com home page |

| Answer ID | Summary | Answer |
|---|---|---|
| 1586 | Changing Username, Password, Email Address, etc. | To update your account settings, you must complete the following steps: Tap the three-line navigation link and select Settings or Help from the drop down menu.  On the Settings screen, tap Go to full site.  Once on the full site, tap the gear located in the top right corner of the screen and select Account Settings. You can update the following information any time by tapping the Sign Up Information page under your Account Settings (you will be prompted to re-enter your current password for verification).<br><br>Username<br>Password<br>Email<br>Gender<br>Birthdate (we use your birthdate to figure out the age your profile displays)<br>Location (City, State, Zip Code)<br>Gender Seeking<br><br>If you would like to update your profile and matching information, tap your profile thumbnail located in the top right corner of the screen.<br><br>Trouble Updating an Email Address<br>When updating your account information, remember that an email address can only be associated with one Match account. If your new email address is not being accepted, it may be linked to an account you set up in the past. Click on this link and enter the email address in question, and we'll send you information about this account.<br><br>Trouble With Password<br>If you are having trouble signing in, please click here.<br><br>Changing Your Username<br>When you update your username, all of the members you have contacted or maintain connections with will be provided with your updated username. When past emails or connections are reviewed, the new username will appear in place of the previous one.<br><br>For clarification purposes, you may need to remind certain members of your old username if you have not been in contact in a while. However, if your profile and photos are still the same, most members will quickly figure out the changed username. |
| 351 | First Impressions | First Impressions is a premium service that ensures your profile is included in the first round of emailed matches sent to the newest members of Match in your area. For more information about First Impressions, sign in to your account, and:<br><br>Click on the three-line navigation bar in the top navigation bar.<br>Click on Subscription Status.<br>Click on Subscribe to additional Match Services<br><br>To add the First Impressions premium service, you must first be an active Match subscriber. You can also choose to include this feature when you subscribe to a new package. |
| 1137 | First Impressions | First Impressions is a premium service that ensures your profile is included in the first round of emailed matches sent to the newest members of Match in your area. This feature can be added as part of a subscription package, or it can be added later. Since premium features aren't available to add on the Match Android app, you'll need to log into our full website to add First Impressions to an existing subscription.<br><br>From the full Match website:<br><br>Click on the three-line navigation bar in the top navigation bar.<br>Click on Subscription Status.<br>Click on Subscribe to additional Match Services |

| Answer ID | Summary | Answer |
|---|---|---|
| 1149 | Changing Username, Password, Email Address, etc. | You can update the following information any time on the full  website (not available on the Android app):<br><br>Username<br>Password<br>Email<br>Gender<br>Birthdate (we use your birthdate to figure out the age your profile displays)<br>Location (City, State, Zip Code)<br>Gender Seeking<br><br>If you would like to update your profile and matching information, please click here.<br><br>To locate and edit information on the list above, simply log in on the full  website and follow these steps:<br><br>Click on this gear icon on the navigation bar at the top of the screen<br>Click on Sign Up Information (for your protection you may be required to re-enter your password)<br>Click on the Change Sign-up Info button<br>Make your updates and click on Continue<br><br>Trouble Updating an Email Address<br>When updating your account information, remember that an email address can only be associated with one Match account. If your new email address is not being accepted, it may be linked to an account you set up in the past. Click on this link and enter the email address in question, and we'll send you information about this account.<br><br>Trouble With Your Password<br>If you are having trouble signing in, please click here.<br><br>Changing Your Username<br>When you update your username, all of the members you have contacted or maintain connects with will be provided with your updated username. When past emails or connections are reviewed, the new username will appear in place.<br><br>For clarification purposes, you may need to remind certain members of your old username if you have not been in contact in a while. However, if your profile and photos are still the same, most members will quickly figure out the changed username. |
| 1193 | Favorites - Hidden Profiles | A profile will remain in your Favorites list for 180 days or until you decide to delete it. However, if at any time the member decides to hide their profile on the site, the full profile will no longer be available to view.<br><br>On the Match Android app:<br>To remove a favorite from your list on the Match Android app:<br><br>From the Home screen, tap Menu and choose My Favorites<br>Tap on the down arrow next the the member you want to remove from your list and choose Delete<br><br>On the full Match website:<br>If you're on the full website, to remove a member from your favorites list, hover over Connections at the top of your screen and choose My Favorites Select the profile you'd like to delete by checking the box in the top-left corner and click on the Delete button.<br><br>Click here for more information on Favorites |
| 1139 | Checking My Renewal or End Date | To check the date your subscription is scheduled to renew or lapse, you'll need to access the full website rather than the Android app or mobile site. Once logged in on the full site, click on the gear icon in the top navigation bar and click on Subscription Status (if you don't have an active subscription term). Your subscription End Date and Renewal Status information will be displayed on this page.<br><br>Click here for information about adding additional features or upgrading your subscription term<br>Click here for information on how to cancel or resign your account<br>Click here for information about auto-renewal<br>Click here for information about redeeming our Match.com Guarantee<br><br>If you have paid for a subscription, but the Subscription Status link does not appear, make sure that you are signed into the right account. You might also want to verify with your financial institution that your payment was processed |

App. 1634

| Answer ID | Summary | Answer |
|---|---|---|
| 1204 | Favorites - Adding/Removing a Favorite | **On the Android app**<br>To add a Favorite from the Match Android app, simply tap on Add to Favorites on the member's profile.<br><br>To remove a favorite from your list:<br><br>From the Home screen, tap on Menu and choose My Favorites<br>Tap on the down arrow next the the member you want to remove from your list and choose Delete<br><br>**On the full website**<br>To add a Favorite to your list on the full Match website, simply visit the member's profile and click on the "Favorite him/her"  link on the left  side of the  page.  Remember, there is a maximum of 200 Favorites that can be saved, so you'll need to remove a match to open up a  place on your list.  In your search results, you can also add members to your Favorites by clicking the  button  that appears next to a member's photo. When you favorite another member, they will be notified, and your profile  will appear  on their "Who's Favorited Me" list.<br><br>If you'd like to remove a favorite from your list, click on My Favorites on  the left side of  your home screen  page   select the member you'd like to delete, and click on the Delete button. Favorites will be automatically removed from your list after 180 days.<br><br>Click  here  for information on what happens when a Favorite hides their profile<br>Click  here  for more information on Favorites |
| 344 | Considerations When Sharing a Computer With Others | If multiple people use your computer, be aware that enabling the Match or Facebook auto sign in features could allow them access to your  account.  To turn off auto sign in, click  the gear icon  and  then click  the Auto Sign In link.  Select Off and click Go to disable this feature.  Also, you should consider disabling your Facebook auto sign in feature if you've linked it to your account. |
| 301 | Custom Search - Explained | Although we offer great matching features, such as  Mutual Match and our Daily Matches, we understand that sometimes there's no replacement for a straightforward, customizable search.<br><br>**Performing a Search**<br>To perform a custom search, go to the Search page. The page will automatically populate results using the search parameters identified in your profile settings. There are a number of available search categories, so we help you keep  your search  organized by showing the current settings on the left side of the screen. To edit your search criteria, click the orange "edit" link next to the appropriate section. Make your selections and click Apply to modify your results.<br><br>At the bottom of the screen, you can further refine your search by entering keywords  or adding  Interests, Background/Values and Lifestyle selections. Just click each search heading to display all available options.  <br><br>**How to Save a Search**<br>Saving a search is easy. Simply click on the "Save Search" link below your search criteria, enter a name for your search and click Save Search.  To perform a saved search later, locate the "Saved searches"  box near the top of the Search page and use the dropdown menu to select the search you'd like to perform. This dropdown also appears in the "Saved Searches box on the Home page.<br><br>**Adding Saved Searches to Emailed Matches**<br>You can have up to three saved searches sent to you regularly through Match.com by Mail.  Simply check the E-mail me my matches box when  saving your  search. You can have up to three saved searches sent to you through Match.com by Mail. |
| 1126 | Custom Search - Explained | Although we offer great matching features like Mutual Match and our Daily Matches, we understand that sometimes there's no replacement for a straightforward, customizable search.<br><br>On the Android App from your home screen on the  Android app, you can perform a search simply by tapping on your device's  Search button (on the device, not on the screen).<br><br>Results will display based on your default preferences. You can change those preferences by tapping on  the Filter  in the top-right of the screen.<br><br>Although the app will save your preferences as the default for  future searches, you'll need to access the full Match.com website to create multiple  Saved Searches.<br><br>**On the full website**<br>To perform a custom search, go to the Search page. The page will automatically populate results using the search parameters identified in your profile settings. There are a number of available search categories, so we help you keep your search organized by showing the current settings on the left side of the screen. To edit your search criteria, click the orange "edit" link next to the appropriate section. Make your selections and click Apply to modify your results.<br><br>At the bottom of the screen, you can further refine your search by entering keywords or adding Interests, Background/Values and Lifestyle selections. Just click each search heading to display all available options. |
| 1141 | Email - Sending | Once you have subscribed, you 'll be free to  email any of our members. To send an email to a potential match, visit their profile and tap on Email him/her<br>Some members  have the option of sending Match email directly from their online email account.  Click  here  for more information about how to do that.<br><br>Click  here  for more information about emailing on Match |

| Answer ID | Summary | Answer |
|---|---|---|
| 1301 | Daily Matches - Rating my matches | Our Daily Matches system is unique in that it takes your feedback and improves over time. This is why we have made it a requirement that you must rate your Daily Matches each day in order to receive new Daily Matches the next day. Your profile also needs to be visible before you can rate your matches.<br><br>Rating "Yes":<br>If you tap that "Yes," you're interested, we'll send a message to the member you're interested in to let them know they caught your attention. If you'd like, you can access all the members who've sparked your interest in the "You're Interested" section of your Daily Matches. Just remember, though, that matches are removed after from all Daily Matches lists after they've been there 180 days.<br><br>Rating "Maybe":<br>If you're not sure about a Daily Match just yet, select "Maybe" and we'll save them for you to check out again later. Find them in the "Your Maybes" section of your Daily Matches.<br><br>We are currently testing a new Daily Matches design that does not include a "Maybe" button. Feel free to send us your feedback regarding this change; we always appreciate hearing from you!<br><br>Rating "No":<br>And if you're just not interested, it's not a problem. We'll simply remove that member from your Daily Matches, and they won't show up again in the matches we serve you (and they'll never know you weren't interested). Do be careful, though. If you inadvertently select the "No" rating on a member's profile, the rating cannot be changed after it is submitted.<br><br>Singled Out: On any day where you receive a  "Singled Out"  match, you'll need to rate it before   you can continue rating the rest of your Daily Matches. New matches will not appear on the site until after you have rated the "Singled Out" match as well as ALL your other Daily Matches. Matches will update 23 hours after the rating occurs.<br><br> <br><br>If the member states their Daily Matches do not respect their preferences click Alt tm answer_url type="TEXT-INDENT" 0in" target="_new" contents="here" answer_id="932 / &gt;   for additional information. |
| 1306 | Not Receiving Notifications On-Site | The success of Match is built around communication between members. For that reason, we try not to clutter your on-site inbox with our messages to you. Instead, when we need to update you about new email, winks, and "They're Interested," notifications, we send those messages to you at your off-site email address.<br><br>If you're not receiving these notifications, double-check the following:<br><br>Make sure to have in your account settings that we have the right email address on file for you.<br>Check your email preferences to see if you're signed up to receive notifications.<br>Check with your email provider to see whether your notifications are being blocked or diverted to a Spam folder. |
| 2177 | Do I show in search results can I be found After turning Private Mode on by other members' show in daily matches after purchasing Private Mode? | Username Search Helps you to search for members by using their Match usernames. To search for a specific username from the Match.com Android app:<br><br>From the Home screen, tap on the search button on your device (on your device, not on the screen)<br>Tap on the filter icon in the top-right corner<br>Tap on "Other Search Options"<br>Enter the username you're interested in and tap on Search<br><br> To do the same thing on the full website:<br><br>Go to the Search page by clicking the Search link.<br>Enter the username of the member that you're looking for<br>Click on Go. |
| 1138 | Searching for a Specific Member | If Username Search isn't finding the member you're searching for, it's possible that they've changed their username. You can perform a  search based on the information you know. Otherwise, they're probably hidden their profile or cancelled their account. Either way, our  privacy policies prevent us from revealing anything about their situation or contacting them on your behalf. |
| 2246 | My reset link doesn't work, what now? | Password reset button not working? Has it been longer than 24 hours since you submitted a request to reset your password?<br>If so, you will need to start the password reset process again. If not, did the email appear in your Junk or Spam folder? Try to move it to your Inbox or copy and paste the link into your browser, then start the process again.<br>Still not working? Feel free to chat with our Customer Support team Monday thru Friday 8 AM to 5 PM Central Time. If your issue occurs after normal business hours, just send us an email and we will gladly assist you with this issue. |

**Answer ID**  **Summary**  **Answer**

2242  How to update your email notifications

Are you receiving more or less email notifications than expected? Would you like to verify your email settings? You can easily adjust your settings and start seeing results in 7-10 days.
To access your Account Settings click the gear icon in the header and select Settings from the drop-down menu. On the Account Settings screen, click Email Preferences. Your email settings are divided into three sections:
- Match.com by MAIL: Automatically sends you matches based on your email preferences. You can set your preferences to receive emailed matches every day, three times a week or just once a week. In addition, you can view and edit your Saved Searches from this page.
- Notifications from Interested Members: You may be notified each time someone expresses interest by Winking, Favoriting, etc. If you do not want to receive these notices, you can deselect the appropriate check boxes. Don't worry, you can still access this information at any time when you are signed into your account.
- Tips, Events &amp; Offers: Allows you to stay in the know regarding all Match updates,  Match  Events, etc. You can deselect any check box for offers that are not of interest to you. Think twice before unchecking the offer boxes, you might receive a sweet deal just when you least expect it!
If you change your email preferences, don't forget to click the Update button to submit your requests.

2180  One-time Purchases Offered

After purchasing your subscription,  we offer several one-time use add-on features that may enhance your site experience:

Profile Pro provides professional writing services for members who seek help finding the right words for their profiles. Each purchase is assigned a professional writer who works to create an amazing profile each time. 
Match Me allows you to be featured in the Daily Match results of another member.
Match events are activities held in local areas where you are invited to meet other Match members face-to-face. Events are very popular, so we recommend you purchase a ticket quickly if you see an event that interests you.
Top Spot helps you stand out from the crowd so your profile gets more views! Your Top Spot purchase moves your profile to the top &amp; search results when members run a search for someone like you.
Undercover allows you to view and favorite profiles for 24 hours without your matches being notified. This feature is not available in all areas.

Each feature has an upfront purchase fee that is non-refundable.  If you purchased your subscription via the Apple iTunes store, you must access the full or mobile and provide a credit or debit card for billing.
 
Click &lt;a onmouseover=TEXT-INDENT: 0in" answer_id="402" contents="here" target="_blank" /&gt; to read more about Profile Pro
Click &lt;a onmouseover=TEXT-INDENT: 0in" answer_id="2338" contents="here" target="_blank" /&gt; to read more about Match Me
Click &lt;a onmouseover=TEXT-INDENT: 0in" answer_id="1422" contents="here" target="_blank" /&gt; to read more about Match events
Click  &lt;a onmouseover=TEXT-INDENT: 0in" answer_id="1834" contents="here" target="_blank" /&gt; to read more about Top Spot
Click &lt;a onmouseover=TEXT-INDENT: 0in" answer_id="1884" contents="here" target="_blank" /&gt; to read more about Undercover

1622  Favorites - Adding / Removing a Favorite

To add a Favorite from the Match mobile site, simply tap Fave on the member's profile.

Currently, there's not a way to remove a Favorite from the mobile site. If you'd like to remove a Favorite from your list, you will need to access the full site from the mobile site on a desktop computer. Once on the full site, visit your Favorites page and click the X in the top right corner of the member profile you'd like to delete.
If your account is in free member mode, your Favorites will be removed automatically after 180 days.

Click &lt;a onmouseover_and answer_id="1421" contents="here" /&gt; for information on what happens when a Favorite hides their profile
Click &lt;a onmouseover_and answer_id="1571" contents="here" /&gt; for more information on Favorites

1221  Email - Sending & Receiving Offsite

Email is the heart and soul of how people connect on Match, so in an attempt to make it as convenient as possible, we've provided ways for you to send and receive messages directly from your personal email account without even having to sign in to our site!

Receiving Messages
When a new message is sent to you on Match, we'll let you know via the email address you registered with us. If you'd like to see the full message, please login to the Match site.

If you'd like to get text alerts about messages sent to you, please click here to learn how to set this up.

Click  here for more information about emailing on Match

| Answer ID | Summary | Answer |
|---|---|---|
| 1115 | Email Read Notification Feature | **Answer**<br>Email Read Notification is a great feature you can add for a small fee. It alerts you when a Match email you sent gets opened, no matter whether it was sent while signed into the site, or if you used our offsite emailing process. <br><br>How do I add this service to my subscription?<br>Premium features like Email Read Notification can only be added to your existing subscription from the full Match website. It cannot be added from the Android app.<br><br>If you don't have a subscription yet, simply subscribe, and there will be an option add this feature to your package.  To add Email Read Notification to an existing subscription, sign in to the full Match website and follow these steps:<br><br>Click on the gear icon in the top navigation bar<br>Click on Subscription Status<br>Click on Subscribe To Additional Match Services<br>Follow the prompts to add Email Read Notification to your current subscription<br><br><br>How do I know if my messages have been read?<br>If you already have Email Read Notification, to see on the Android App whether your messages have been read, tap on your emails from your home page and tap on your Sent folder. Each email you've sent will either display the date it was read, or will show as "Not Yet Read."<br><br>Will other Match members know when I have opened a message from them?<br>If you receive an email from another Match subscriber who has purchased Email Read Notification, they will be notified of the date you opened the email. The Email Read Notification status is available on-site in the subscriber's Sent folder for 180 days.<br><br>I received a response to an email that I sent, but Email Read Notification is showing the message as "Not Yet Read."<br>In a few cases, for off-site email (i.e.- Hotmail, MSN, AOL, Gmail, Yahoo! email), the recipient of the email must have images and HTML enabled on their email client in order for Email Read Notification to function properly. If the recipient of the email has text-only set for their email client, then the subscriber sending the email will not receive a "read" receipt from Email Read Notification.<br><br>Click here for more information about emailing on Match |
| 1257 | Winks - Explained | What is a wink?<br>A wink is a casual flirtation on Match. It is a simple way for another member to "break the ice" and let you know that they liked your profile. Once you've posted your free profile,  you can wink at members from your Match.com Android app. by tapping on the Wink for FREE button on their profiles (this same button appears on the full site as well). All members, regardless of subscription status, can send a wink, as long as their profile is visible. <br><br>How does it work?<br>Each time someone winks at you, we send you a message to let you know. If there's some mutual interest, you might want to wink back. Next stop? Send an email!<br><br>You can wink at up to 50 different members each day (or every 24 hours), although you only wink at each user once during a 30-day timeframe. We don't limit the number of people who can wink at you. Once you send a wink you can't "unwink" or retract it.<br><br>Managing your winks<br>To find the list of your winks from the last 180 days, visit your Home page and click on Winks from your inbox. Only the last 200 winks will appear.<br><br>On the full website, to delete a wink, simply click on the "X" in top-right corner of the wink box &amp; wink.<br><br>If you don't want to receive winks, you can turn off the notifications you receive in your email, although there's currently no feature to stop receiving winks altogether.  To turn off notifications, adjust your preferences on the Email Preferences page. To get there, just click on the Account link in the top menu bar, and click on Email Preferences on the screen that appears.  |
| 1471 | Same-Sex Dating | Absolutely. When you register,  we ask if you are a man or woman, and then if whether you're looking for a man or woman. Just fill in the appropriate fields, and you're on your way.  |

| Answer ID | Summary | Answer |
|---|---|---|
| 1312 | "Singles in America" Study | **Q: What is the Singles in America study?**<br>A: The Singles in America study is the most comprehensive study of the single population. It looks at singles' behaviors, attitudes, feelings and activities across gender, age, ethnicity and sexual orientation.<br><br>**Q: How do you know this is the most comprehensive study?**<br>A: Match worked with a team of researchers to identify all academic literature and studies conducted on singles. There is no question that our study is the single most comprehensive and all-inclusive study of its kind that has been conducted in recent history.<br><br>**Q: Why did Match undertake this study?**<br>A: Match serves the single American and we do everything we can to ensure that we understand exactly who our customers are and how they are evolving. But with 74 million singles in North America, we wanted to take a more thorough, academic approach to learning who this massive population is and what the macro-trends are in dating, relationships, marriage, etc. This study was designed to capture the broadest set of insights possible about singles in America today.<br><br>**Q: How was the study carried out?**<br>A: Match works with an independent research firm to conduct the study, in which 5,000 single Americans take an online questionnaire each year. The study included singles ages 21 and up, who were asked more than 100 questions.<br><br>**Q: What will Match do with the results?**<br>A: With the guidance of our Scientific Advisory Board led by Dr. Helen Fisher, we have examined the results and released them publicly with the hope that it will spur further academic study of these "forgotten" Americans, create a benchmark from which we can continue to track the changing beliefs and behaviors of singles over time and provide Americans with a new understanding of the single people in their lives. Match will conduct further study based on the results and will look at ways that these learnings can inform our product development.<br><br>**Q: What role did the Scientific Advisory Board play in the study?**<br>A: The scientific advisory board lent their expertise in many crucial areas - anthropology, biology, evolutionary studies, etc., to help develop the study and analyze the results. The results have also been published in numerous academic articles to help spread the research about single Americans.<br><br>**Q: What did you learn from the study? What were the major findings?**<br>A: There are a number of major revelations in the study each year ranging from what it looks like to be single today, fundamental misunderstandings about men and women, and much more. You can find more details and insights about the results at www.singlesinamerica.com.<br><br>**Q: Did the study include gay and lesbian singles?**<br>A: Yes, the study is inclusive of gay, lesbian and bisexual singles.<br><br>**Q: Is this an annual study?**<br>A: Yes, this is an annual study.<br><br>**Q: Will you do further research based on the findings?**<br>A: Yes, the findings from this study were void and there are endless possibilities for further study. We plan to use the results as a basis for determining what areas of single life deserve a closer look. |
| 1521 | Free Membership vs. Subscription | **Free Membership: What You Get**<br>Join for free and you can enjoy access to the largest online dating community there is! As a free member, you'll be able to create a profile, post photos, conduct searches, send and receive winks, and benefit from our unique matching systems that sift through all the choices and deliver potential matches direct to you! Plus, you can also cruise the site and access your account from our mobile site or from our apps.<br><br>**Membership: How to Do It**<br>To join for free please follow these steps:<br><br>Click on this link to visit the sign-in page.<br>Click on the Join For Free link below the sign-in box.<br>Fill out the online registration form and click on the Continue button.<br>You are ready to fill out your profile and get started on your search for a match!<br><br>**Subscription: What You Get**<br>Subscribing to Match gives you access to a growing set of tools—on our main site, mobile site, or any of our apps—that will help you find the relationship you want and deserve. As a subscriber you can:<br><br>Receive and reply to messages from other Match subscribers <br>Send messages to Match members you are interested in<br>See who has viewed or favorited (fave-d) your profile<br>Connect faster with IM<br>Keep track of all open Connections in one place – including those you've sent Winks to<br>Remove members you're not interested in from your search results in order to make room for other possibilities<br><br>**Subscription: How to Do It**<br>To subscribe, you'll need to sign up for a free account (if you haven't already done so), sign in and click on the Subscribe button at the top of the screen. The screen will direct you to choose from our &lt;a rel=answer_and title="subscription packages" target="_blank" /&gt; &amp;#160;and then will walk you through the billing process.<br><br>**Free Trial**<br>A free trial is a great benefit that allows you for a few days to enjoy the full range of subscription benefits. Click All 'm answer_and title="here" answer_id="3" contents="here" target="_blank" /&gt; for more information on free trial promotions. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1125 | Free Membership vs. Subscription | **Answer**<br><br>Free Membership: What You Get<br>Join for free and you can enjoy access to the largest online dating community; there is! As a free member, you'll be able to create a profile, post photos, conduct searches, send and receive winks, and benefit from our unique matching systems that sift through all the choices and deliver potential matches direct to you! Plus, you can also cruise the site and access your account from our mobile site or from our apps.<br><br>Membership: How to Do It Opening the Match app without being logged in, you'd be prompted to register for a new account. Simply fill in the requested information, and your new account will be created.<br>You can also sign up from the full Match website:<br><br>Go to the Match.com sign-in page.<br>Click on the Join For Free link below the sign-in box.<br>Fill out the online registration form and click on the Continue button.<br>You are ready to fill out your profile and get started on your search for a match!<br><br>Subscription: What You Get<br>Subscribing to Match gives you access to a growing set of tools–on our main site, mobile site, or any of our apps–that will help you find the relationship you want and deserve. As a subscriber, you can:<br><br>Receive and reply to messages from other Match subscribers. <br>Send messages to Match members you are interested in<br>See who has viewed or favorited (See! )  your profile<br>Keep track of all open Connections in one place — including those you've sent Winks to<br>Remove members you're not interested in from your search results in order to make room for other possibilities<br><br>Subscription: How to Do It<br>To pay for a new subscription on the Match Android app:<br><br>Click on Subscribe Now from your home screen under the "Email" heading<br>Choose your package and follow the directions on the screen to complete your subscription<br><br>To subscribe using the full Match website, sign in and click on the Subscribe button at the top of the screen. The screen will direct you to choose from our subscription packages and then will walk you through the billing process.<br><br>Free Trial<br>A free trial is a great benefit that allows you to enjoy the full range of subscription benefits for a few days. Click here for more information on free trial promotions. |
| 2210 | Top Spot Explained | Top Spot helps you to get more views by making sure your profile is included in the top 6 results of members looking for someone like you! You'd be featured them for 30 minutes. If the number of Top Spot results totals more than the 6 available spots, the site will randomly pick the profiles to be promoted in the search results.<br><br>When you're ready to be featured, you can purchase Top Spot for $2.99. Your session will start as soon as your purchase is confirmed - so make sure you're ready for some attention right away!<br><br>During your session, you'll see a Top Spot Dashboard just below your site main Menu. This will count down your session and show you photos of members who have you featured in their search results.<br><br>After your Top Spot session, you'll receive an activity summary via email. The summary displays the number of times your profile appeared in searches and shows some of the matches who saw you.<br><br>If you'd like to be featured again, there is no limit on how many Top Spot sessions you can purchase. However, each 30-minute session must end before you can buy another. You can purchase again by clicking the "Go Again" link in the summary email or by tapping the three-line navigation icon in the upper right corner of the application. Scroll down to Top Spot and then tap the Go Again button.<br>Please Note: You will not see yourself in search results if you run a search with criteria matching your profile settings. This is because we never show you your own profile as a match. But don't worry, your Top Spot purchase ensures that other members running the search are seeing you at the top of their results! |

| Answer ID | Summary | Answer |
| --- | --- | --- |
| 1113 | What is a free trial? | **Receiving a Free Trial**<br>A free trial is a great way to test out our subscription benefits while you're thinking about purchasing a subscription. It allows you to use subscriber-only benefits for free, for a few days.<br><br>Free trial offers come periodically via email promotions sent to you to make sure you're being notified of Match promotions. If you're on an Android device, you can opt in or out of email promotions whenever you visit our full website and use the instructions below.<br> <br>Click on the gear icon in the navigation bar at the top of the screen.<br>Click on the Email Preferences link.<br>Ensure that you're signed up to receive Special Offers from Match<br><br>**Redeeming a Free Trial**<br>When you receive a free trial offer in your off-site email inbox, the message will include instructions for how to redeem it. In the process of setting up your free trial, you'll be asked for payment information, and you'll need to choose a paid subscription package that will automatically begin at the end of your free trial. But don't worry, this is just a convenient way to start your full subscription if you want to. If you decide you don't want to be charged, simply cancel your subscription before the free trial period ends.<br><br>**I'm not eligible**<br>If you've recently enjoyed a free trial, or you're tired of waiting for a promotion, just go ahead and subscribe! We're pretty sure you're going to like Match.   <br><br>To subscribe: click on the Subscribe on your home screen. The subscription screens will guide you from there.<br>  |
| 1407 | What is a free trial? | **Receiving a Free Trial**<br>A free trial is a great way to test out our subscription benefits while you're thinking about purchasing a subscription. It allows you to use subscriber-only benefits for free, for a few days.<br><br>Free trial offers come periodically via email promotions sent to you personal email address (i.e., Gmail, Yahoo, Hotmail, etc.). So if you're interested, make sure you're being notified of Match promotions by accessing the full site and then checking your email preferences:<br><br>Tap the three lines icon in the upper left corner of the screen<br>Tap Settings &amp; Help from the menu options<br>Tap Go to full site<br>Tap on the gear icon in the navigation bar at the top of the screen<br>Tap on the Email Preferences link.<br>Ensure that you're signed up to receive Special Offers from Match<br><br>**Redeeming a Free Trial**<br>When you receive a free trial offer in your off-site email inbox, the message will include instructions for how to redeem it. In the process of setting up your free trial, you'll be asked for payment information, and you'll need to choose a paid subscription package that will automatically begin at the end of your free trial. But don't worry, this is just a convenient way to start your full subscription if you want to. If you decide you don't want to be charged, simply tap &lt;a m:answer_id ="answer_id" answer_id="524" contents="cancel" target="_blank"/&gt; your subscription before the free trial period ends.<br><br>**I'm not eligible**<br>If you've recently enjoyed a free trial, just go ahead and subscribe! We're pretty sure you're going to like Match.  <br><br>To subscribe: access the full site and the tap on the Subscribe button at the top of the screen. The subscription screens will guide you from there.<br>  |

| Answer ID | Summary | Answer |
|---|---|---|
| 1208 | Changing Your Age | We calculate your age from the birthdate you entered in your account settings. If there is a problem with the way your age is displaying, you can update your information on the full 160 website (not available on the Android app) by accessing the Sign Up Information page under your Account Settings. You will be prompted to re-enter your current password for verification.<br><br>To locate and fix your birthdate and age, simply follow these steps from the full website:<br><br>Sign in with your username and password<br>Click on the icon on the navigation bar at the top of the screen<br>Click on Sign Up Information (for your protection you may be required to re-enter your password)<br>Click on the Change Sign-up Info button<br>Make your updates and click on Continue<br><br>Click here to learn how to update other important account information.<br><br>Agents can also view and update this information in CSA. When the member's account is pulled up, click the Edit Info link.  Agents can update all fields except the Password field. |
| 1628 | Changing Your Age | We calculate your age from the birthdate you entered in your account settings. If there is a problem with the way your age is displaying, you'll need to access the mobile site or full site from a computer.<br><br>To update your birthdate using the Match mobile site, tap the three-line navigation link and then tap Go to full site. Once on the home screen, tap the gear icon in the top right corner and then select Settings from the menu options. Locate Sign Up Information and then follow the steps for updating your information. |
| 1632 | How to Sign Out | To sign out of your Match account, please tap the three-line navigation link and then select Settings &amp; Help from the drop down list. On the Settings screen, tap Sign Out. located at the bottom of the screen.  |
| 2204 | How to Sign Out | To sign out of the application, tap the three-line navigation icon in the top right hand corner of the screen, and then tap Sign Out located in the drop down menu. |
| 2211 | Top Spot Multi-Packs - Remaining Sessions | If you've tried Top Spot and found it to be successful, we encourage you to purchase 5 or 10 sessions at a time. The more sessions you purchase the deeper the discount.<br><br>You can track your Top Spot sessions by tapping the three-line navigation icon in the upper right corner of the application. Scroll down to Top Spot and you will see the Go Again button with the number of remaining sessions in parentheses. All multipack purchases expire 90 days after purchasing and are non-refundable. |
| 1535 | Automatic Sign-in | Match auto sign-in feature allows us to recognize you each time you visit our site – eliminating the need to enter your password with each visit.<br><br>There are two ways to enable/disable the Auto Sign-In feature when you visit the Match site:<br><br>You can turn the Feature on or off at any time by visiting the Auto Sign In page under your Account Settings. Set your preference and click on Go.<br>If you select the "Remember Me" check box on the Sign in page, it will also turn on auto sign-in off by clicking on Turn off auto sign in below the Sign-in area.<br><br>Please note: If 160 multiple people use your computer, the auto sign-in feature will allow others to access your Match account.  |
| 1132 | Automatic Sign-in | Match's auto sign-in feature allows us to recognize you each time you visit our site – eliminating the need to enter your password with each visit.<br><br>If you close the Match Android app while you're signed in, the app will automatically sign you back in the next time you open the app.  To disable auto sign-in, simply log out of your account before closing the app.<br>Full Match Website<br>There are two ways to enable/disable the Auto Sign-In feature when you visit the full Match website:<br><br>You can turn the feature on or off at any time by visiting the Auto Sign-In page under your Account Settings. Set your preference and click on Go.<br>If you select the "Remember Me" check box on the Sign in page, it will also turn on auto sign-in off by clicking on Turn off auto sign-in below the Sign-in area.<br><br>Please note: If 160 multiple people use your computer or device, the auto sign-in feature will allow others to access your Match account.  |

| Answer ID | Summary | Answer |
|---|---|---|
| 1198 | Sign In Information No Longer Works | If we're not recognizing the email address and password you're entering, there are a couple of possibilities as to what might be going on:<br><br>You might be entering the wrong email address or password. At least it doesn't hurt to check. Go to the Forgot Password page and enter the email address you've associated with your Match account, and we'll immediately send you a password reset email. If your email address isn't recognized, check any other addresses you have that your account hasn't been associated with one of those.<br><br>We may need to get involved to help you resolve the situation. Contact us, and we'll see what we can figure out. To help us locate your account, make sure to include in your message your full name, email address, username, and Zip code, along with a description of what happens when you try to sign in, including any error messages. |
| 1546 | Sign In Information No Longer Works | If we're not recognizing the information you're entering, there are a couple of possibilities as to what might be going on.<br><br>You might be entering the wrong email address or password. At least it doesn't hurt to check. Tap the Forgot Password link located on the Sign In screen and then enter the email address you've associated with your Match account, and we'll immediately send you a password reset link so you may start again. If your email address isn't recognized, check any other addresses you have to make sure your account hasn't been associated with one of those.<br><br>      Please note the password reset link is activate for 24 hours only.<br><br>We may need to get involved to help you resolve the situation. Contact us, and we'll see what we can figure out. To help us locate your account, make sure to include in your message your full name, email address, username, and Zip code, along with a description of what happens when you try to sign in, including any error messages. |
| 1143 | Canceling Additional Features | Although you have the ability to cancel an additional feature at any time, you'll need to do so from the full site website, rather than from the Android app or mobi.<br><br>Once you're logged in on the full site, simply follow these steps:<br><br>Click on the gear icon in the top navigation bar<br>Click on Subscription Status (for security purposes you may be asked to re-enter your password)<br>Click the "Deactivate" link to the right of the service you wish to cancel.<br>If asked if you are sure you wish to cancel, click on Yes.<br><br>After canceling, you'll notice the Deactivate link will change to read Reactivate.  If you wish to add the cancelled service back to your subscription simply click the Reactivate link.<br><br>You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the Subscription Status page. |
| 1551 | Canceling Additional Features | You have the ability to cancel an additional feature at any time. To do this, you'll need to access the full site and then follow this steps below:<br><br>Click the three-line navigation link<br>Select Setting &amp; Help and then tap Go to full site<br>On the full site, tap the gear icon in the top navigation bar<br>Tap on Subscription Status (for security purposes you may be asked to re-enter your password)<br>Tap the Deactivate link to the right of the service you wish to cancel<br>If asked if you are sure you wish to cancel, click on Yes<br><br>After canceling, you'll notice the Deactivate link will change to read Reactivate. If you wish to add the cancelled service back to your subscription simply click the Reactivate link.<br><br>You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the Subscription Status page. <br><br>  |
| 1124 | Blocking and Unblocking | Blocking and unblocking from contactYou can block another member from communicating with you by clicking on the Block from Contact link on their profile.  To unblock, visit their profile and click on Unblock from Contact.<br><br>Currently, you can only block up to 125 members from contacting you. If you need to add more after that, you'll want to visit your blocking page on the full Match website (not available on the Android app) and clear out some of the older names.<br><br>Reporting a concern<br>If a member you wish to block from contacting you has acted inappropriately, we also recommend that you let us know about it Reporting a Concern.<br><br>Can a someone I've blocked still see my profile?<br>When you block a member from contacting you, they will not be notified that anything has happened. They will still be able to view your profile and try to send you messages, but you will be able to continue your search for someone special without receiving any messages they send. We don't currently have a feature that allows you to selectively block other members from seeing your profile.<br><br>Removing a profile from search resultsIn addition to blocking other members from sending you messages, you might also want to remove their profile from appearing in your search results. For more information on how to do this, click here.  |

App. 1643

| Answer ID | Summary | Answer |
|---|---|---|
| 1511 | Blocking and Unblocking | **Blocking and unblocking from contact**<br>You can block another member from communicating with you by tapping on the Block from Contact link at the bottom of their profile.<br>You can block someone you've previously blocked, simply tap on Unblock from Contact on the member's profile.<br><br>Currently, you can only block up to 125 members from contacting you. If you need to add more after that, you'll want to unblock some of the other members you had previously blocked.<br><br>Can someone I've blocked still see my profile?<br>When you block a member from contacting you, they will not be notified that anything has happened. They will still be able to view your profile and try to send you messages, but you will be able to continue your search for someone special without receiving any messages they send. We don't currently have a feature that allows you to selectively block other members from seeing your profile.<br><br>Removing a profile from search resultsIn addition to blocking other members from sending you messages, you might also want to remove their profile from appearing in your search results. To remove someone from your search results tap Remove From Search at the bottom of the member's profile. |
| 421 | Contacting Customer Care | If you'd like to contact the Match Customer Care team, we offer these contact options:<br> <br>Chat. Fast, easy, the best way to get immediate help! You can chat with us online 8am to 5pm central time Monday through Friday. Get help by clicking Chat Now<br> <br> <br>Email.  Submit your question via our Contact Us web form, and one of our Customer Care Representatives will respond to your inquiry via email within 48 hours.<br> <br>Phone support is a premium service available to our paid, logged in, subscribing members located in the United States. Non-English speaking Canada members and all members located outside of North America can contact us here.<br> <br>&lt;? if strlokew(getUrlParm("vic_domain")) == "www.match.com" ?&gt;<br>Phone.     CarePhoneNo - We're available Monday through Friday from 8am - 5pm central time.<br> <br>To expedite your call please have your member ID ready.<br> <br> <br>&lt;? endif ?&gt; |
| 1508 | Email History | From the home screen, tap the three line icon on the menu line. Icon tap Messages from the menu options. Tap to access your folders to get a history of what has been sent and received.<br> <br>Emails Older Than 180 Days<br>Since email correspondence is only kept in Match records for 180 days, this method won't work for correspondence older than that. |
| 1178 | Email History | If you'd like to see who you've emailed in the last 180 days, there are a couple of ways go about it. <br><br>The first is to click on Messages in the top navigation bar. Then, you'll be able to access your "Inbox" and "Sent" folders to get a history of what has been sent and received.<br><br>Your second indication that you've recently emailed a member is on their profile, where, if there's been correspondence, the "Our History" link will contain a list of all of your correspondence in the last 180 days. <br><br>Emails Older Than 180 Days<br>Since email correspondence is only kept in Match records for 180 days, these methods won't work for correspondence older than that. For information on how to save copies of emails older than 180 days, click &lt;a rn:answer_url:answer_id="1243" contents="here" target="_new" /&gt;.<br><br>Click &lt;a rn:answer_url:answer_id="1219" contents="here" target="_new" /&gt; for more information about emailing on Match |

1219 Relinked to 564

126 Archive Relinked 126 to 1122

| Answer ID | Summary | Answer |
|---|---|---|
| 134 | Editing or Removing Photos | **Editing a Photo**<br>If you'd like to edit a photo you have posted on your profile, simply make changes to the original on your computer, delete the one on your profile, and upload the new one.<br><br>**Deleting a Photo**<br>To delete a photo, click on you  primary photo thumbnail  in the navigation bar, and click on Photos.  Click the  X button in the top-right corner  to delete it.<br><br>Replacing a Photo:To replace a photo, delete it and add a new one. For instructions on adding a new photo, click &lt;m answer_id="532" /&gt;&gt;.<br><br>We have other options that can help you with your photos!<br><br>**Clear your Cache**<br>If a photo appears in your profile even after you've deleted it, chances are you may need to clear your cache/cookies.  For instructions on how to clear your cache/cookies, click &lt;FONT-SIZE: 10pt: FONT FAMILY: Verdana" target="_new" contents="here" answer_id="49" /&gt;&gt;.<br><br>**Change your Primary Photo**<br>Having a photo you think makes a stronger impression? Click &lt;m answer_id style="FONT-SIZE: 10pt: FONT FAMILY: Verdana" contents="here" answer_id="126" /&gt;&amp;#160;to learn how to change your primary  photo.<br><br>**Match's Primary Photo Philosophy**<br>For information about how we decide which photos can be used as your Primary Photo, click &lt;m answer_id style="FONT-SIZE: 10pt: FONT FAMILY: Verdana" target="_new" contents="here" answer_id="124" /&gt;&gt;. |
| 2281 | Pay by Visa Checkout | Visa Checkout is a safe, simple and easy way to make purchases on line.  It eliminates the need to carry your personal credit cards on your person at all times.<br><br>To use Visa checkout, please follow these steps:<br><br>1. After accessing your Match account, click the Subscribe button located on the Home screen header.<br>2. Select a package and then click the Continue button.<br>3. From the payment information screen, select Visa Checkout from the payment options.<br>4. Scroll down and agree to terms and conditions by clicking the Visa Checkout button.<br>5. Follow prompts to sign into your existing Visa Checkout account or set-up a new one.<br>6. Select the preferred Visa on file and then click the Pay button.<br><br>A confirmation will appear on the screen advising the payment was successful.  This indicates the subscription is now active on the site. |
| 2282 | Synapse Removal | The Synapse feature has been removed and is no longer available on the site.  We invite you to utilize some of our other Search options.<br><br>Here are some of the Top Searches on the site:<br><br>Click &lt;m answer_id style="COLOR: #1437Sa: TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="550" /&gt;&amp;#160;to Search for someone who matches your criteria and you match theirs.<br>Click &lt;m answer_id style="COLOR: #1437Sa: TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="557" /&gt;&amp;#160;to Search for someone who is looking for someone just like you.<br>Click &lt;m answer_id style="COLOR: #1437Sa: FONT-WEIGHT: bold: COLOR: #1437Sa: TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="302" /&gt;&amp;#160;to Search for someone who is currently Online Now or Available to Chat.<br><br>Play around and try a variety of searches. You never know where you'll find your perfect match! |
| 2294 | Match Events – Explained | Match Events are activities held in local areas when you are invited to meet other members face-to-face.<br>Match Events are a low-pressure, fun way to mingle with other members in your area. We're facilitating various events and  icebreaker activities at events around the country, so keep an eye out for details in your event description. Overall, we aim to provide a fun environment where it's easy to cross the room and start a conversation.<br>If you attend an activity-based event, your experience will tend to be more guided and facilitated.<br><br>You will be informed of events in your area by a personal invitation via email, along with a notification on our website. Our events fill up quickly, so if you receive an invitation, please RSVP quickly to ensure a reserved spot! |
| 2295 | Match Events – Invitation | If you are invited to attend an event, you will be notified via email, website notification or mobile web. We can't promise that every member will be able to attend an event. The number of events can vary per month in a given market and so not have events in all areas.<br>Invites are selected based on geographic location, along with other age and gender preferences for the specific event.<br>You can see if an event is in your area by clicking the Events tab at the top of any Match page on your computer. You can also view events scheduled in other cities by clicking Change City at the top of your events page. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2296 | Match Events - Cost | How much do Match Events cost? |
| | | The cost associated with each event varies by event type. Please see the event details page for information on pricing. |
| | | What is included in the cost for happy hour events? |
| | | In most cases, drinks or food will not be provided at happy hours; however, check your event details for any specials provided for that particular event. You'll enjoy an exclusive space and the great company of other members like you. For activity-based events, if food and drinks are included, it will be shown on the event invitation. |
| 2299 | Match Events - Cancel | What happens if I need to cancel my RSVP? All paid event tickets are non-refundable. |
| | | What happens if an event is canceled? |
| | | In the case where we need to cancel an event, all members who RSVP'd would be notified via email and through the website. If a cost is associated with the event, refunds will be issued right away, but it may take 5-7 days for the funds to be returned to your financial institution. It's always smart to check the event page the day of your event to make sure there are no changes made to the event. If it has been canceled it will say This event has been cancelled and refunded. |
| 2300 | Host a Match Event | If you are a vendor and&#35;160;would like to host an event, visit http://www.match.com/hostevent/ and fill out the form. If you are a member, you can also access the form from the events main page. The events team will review your information and reach out to you if interested. |
| 2301 | Attending a Match Event | What should I wear? |
| | | First, you'll want to keep in mind the nature of the event, what you'll be doing, the weather, etc. In general, you can think of most events as smart casual. Some members come straight from work, while others may be in jeans, slacks or a casual dress. We encourage you to wear something you feel comfortable in given the type of event. |
| | | Where should I park for the event? |
| | | If you have questions about parking at the event, you should visit the event page for more information. If you still have questions or concerns, please check the venue's website or contact them directly. |
| | | How can I see who else is going? While you cannot see attendees before the event, we publish a list of all the attendees on the site once the event has ended. To see the event attendees, go to the Events link located in the Match site header and look for your Past Events at the bottom of the page. On the page, you will be asked to indicate whether or not you attended the event and to fill out a brief survey. Once complete, you will see the attendee information for each event you attended. |
| | | If I meet someone at an event that I'd like to keep communicating with, how should I go about providing my contact information? We encourage you to treat Match events like any other social situation. If you prefer to keep your personal information private for the time being, just share your username on Match instead! Will security be provided at the local events? Match does not provide additional security aside from what is already provided by the venue. We remind our members to keep the Match Dating and Safety Tips in mind for any type of social encounter. Please be sure to report any safety concerns to the event host and venue staff. |
| | | How much of my information does Match share with event partners? |
| | | Match respects your privacy. Your first name, last name initial, gender, and whether or not you are a member or guest are the only pieces of information we provide Match event partners. This information is used for check-in purposes only. |
| 2303 | Activity Status Icon - iPhone | The Activity Icon identifies a member's activity level on the site. You will be able to view this icon from a member's profile or from the Search page. |
| | | The following activity status may appear on a profile when viewing from the iPhone App. |
| | | Online Now: green dot Active within 24 hours: orange clock Active within 24 hours - 3 weeks: empty clock Active beyond 3 weeks: no icon |
| | | &lt;rn.answer_xref style="TEXT-INDENT: 0in" contents="Online Now &amp;amp; Active Within Explained" answer_id="24" /&gt; |

| Answer ID | Summary | Answer |
|---|---|---|
| 2304 | Match IQ - Explained | Match IQ provides more insight into members that peak your interest and provides you with some Pro Tips and Tricks for online dating<br><br>When you are ready, you can purchase Match IQ for $1.99. Your session will start as soon as your purchase is confirmed and will last 24 hours. To start getting insight, open the profile of a member you are interested in and select the Match IQ bubble.<br><br>You can view the time remaining in your session on the Match IQ bubble. |
| 2306 | Report a Vulnerability or Security Issue | At Match we take security and privacy very seriously and investigate all reported vulnerabilities.<br>If you are a security researcher and you believe you have found a security issue, click here and e-mail the details of your findings.<br>Please provide any supporting material (proof-of-concept code, tool output, etc.) that would be useful in helping us understand the nature and severity of the vulnerability. We will then respond to you, acknowledging receipt of the report, and outline the next steps in the process. |
| 2372 | Match Events - MatchUps Host | MatchUps are member-created and member-hosted events, focused on bringing like-minded singles together over shared interests!<br><br>MatchUps Host Requirements<br><br>As a MatchUp host, you must meet the following requirements:<br><br>You are a Match Subscriber<br>Your profile is active and visible<br>You are Facebook verified on your profile<br>You will not and cannot profit from the gathering in any way (no club promoters, no venue owners, etc.)<br>You will have the best interests of the entire group in mind from beginning to end<br>As the host, you agree to communicate with other members without bias from beginning to end<br>You will allow your profile to be highlighted on the MatchUp promo page for your event and have a profile photo visible<br><br>I'm interested in hosting a MatchUp. Where do I send my idea?<br><br>If you would like to host a MatchUp event, you can access this form on the MatchUps tab in the Events section of the Match site. The Match Events team reviews each submission before choosing concepts to promote on the website. We will reach out to you with any questions.<br><br>How are hosts selected?<br><br>All MatchUps hosts are selected by the Match Events team. If you meet all of the requirements and have a good MatchUps idea, the team will reach out in a timely manner. For most MatchUps we usually require a few weeks of promotion on the site to gather enough RSVPs for a good event, so keep that in mind when submitting your idea and potential event date(s).<br><br>Is a host responsible for copy/descriptions/photos for the MatchUp?<br><br>You will include basic event details on your MatchUp submission form. If the MatchUp is approved, the host should provide a photo and/or additional information about the MatchUp, if requested.<br><br>What are MatchUp Host Responsibilities?<br><br>All hosts must follow through with their MatchUp event concept while following all of the necessary host requirements outlined in the host submission form.<br><br>Can the host select who is invited to their MatchUp?<br><br>The host can select a suggested age range and the type of MatchUp, but the host cannot accept or reject attendees. Invitees are targeted based on geographic location, age range and gender preferences for the MatchUp. |
| 324 | How do I stop or start receiving emails from Match? | Have a Match Profile?<br>To get to the Email Preferences screen:<br>    1. Sign into your Match account<br>    2. Click the gear icon<br>    3. Select Email Preferences<br><br>From this screen, you can update the frequency of your Match.com by Mail matches, the content of those emails, and what notifications and/or special offers you'd like to receive. Just click on Update when you're finished.<br>Please note, if you choose to Stop All Emails you will no longer receive any email communication from Match: this includes our password reset requests.  If you need your password reset please contact our customer care team.<br>Don't have a Match Profile?<br>Simply click the "Unsubscribe" link at the bottom of the original email you received and follow the steps. You will be removed from our email lists.<br>(You will be unsubscribed immediately. Please allow a few  days  for all promotional emails to stop) |

| Answer ID | Summary | Answer |
|---|---|---|
| 2298 | Match Events - RSVP | **Do I have to RSVP before attending a Match event?**<br><br>Yes. Due to our need to adhere to capacity constraints at each venue, you must RSVP to attend an event. In addition, if you are planning on bringing friends, you must have a&#35160; friend ticket for them. If you are eligible to attend an event, follow the prompts through your invitation to RSVP<br><br>**What happens if the event is saying it is full?**<br>If the event is showing full, we are unable to assist you with an RSVP as we are limited to the capacity available at the venue.<br>However, you should keep checking back. Many times, additional spots may be opened once we achieve an even balance of men and women. We post new events all the time and popular events are often ones we repeat in the future. |
| 2297 | Match Events - Friends | Most of the time, you'll be able to invite a limited number of&#35160; friends (the number varies depending on the venue), although invites may become limited as the reservations fill up.&#35160; Friends don't have to be Match members, and you'll be prompted to pay for and reserve tickets for yourself and any&#35160; friends you choose to invite when you RSVP<br><br>Pricing for paid events is determined by the venue and may be different for men vs. women. You just need to indicate how many&#35160; friends of each gender will be attending. If an event is not sold out and you have not purchased the maximum number of&#35160; friend tickets, you may purchase additional&#35160; friend tickets after you've purchased your own. |
| 2371 | Match Events - Matchups | Matchups are member-created and member-hosted events, focused on bringing like-minded singles together over shared interests! All MatchUps take place in a public location.<br><br>Invitation<br><br>If you are invited to attend a MatchUp, you will be notified via email or website notification. The number of MatchUp events can vary per month and are currently available in San Francisco. You can see if something is available in your area by clicking the "Matchups" tab in the Events section of the Match site.<br><br>Involves are selected based on geographic location, age range and gender preferences for the specific MatchUp.<br><br>Cost<br><br>The cost associated with each MatchUp varies. Please see the MatchUp event details page for information on pricing and purchasing a ticket.<br><br>Friends<br><br>Most of the time, you'll be able to invite a limited number of&#35160; friends (the number varies depending on the venue), although spots may become limited as the reservations fill up.&#35160; Friends don't have to be Match members. You'll be prompted to reserve tickets for yourself and any&#35160; friends when you RSVP.<br><br>If a MatchUp is not sold out and you have not reserved the maximum number of&#35160; friend tickets, you may reserve additional guest tickets after you've reserved your own.<br><br>RSVP<br><br>Due to the need to adhere to capacity constraints at each MatchUp event, you must RSVP to attend. In addition, if you are planning on bringing friends, you must have a ticket for them as well.<br><br>Once you RSVP for a MatchUp, there is no way to cancel your reservation. If you have purchased a ticket or RSVP on a third-party site, you will need to contact that site for information on cancelling and refunds. There is no guarantee of a refund to the host or attendees, as we are unable to control any purchases made outside of Match.<br><br>Steps after signing up<br><br>You should receive an email confirmation shortly after signing up, and if anything changes, you will receive an email update from Match. Check the MatchUps event page for any specific information you should consider before the event (what to bring, wear, etc.) and have a great time!<br><br>MatchUp Event Full<br><br>If the MatchUp is showing full, we are unable to assist you with an RSVP as we are limited to the capacity available at the venue or for the particular activity. Keep checking back. Many times, additional spots may be opened once we achieve an even balance of men and women. |
| 2302 | Match Event - After the Event | **What happens...**<br>If I meet someone at an event that I'd like to keep communicating with, how should I go about providing my contact information?<br><br>We encourage you to treat Match events like any other social situation. If you prefer to keep your personal information private for the time being, just share your username on Match instead!<br>Also, you can view the profiles of members who attended after the event is over on the Past Events page. To view this page, click the Events link in the Match header and look for your past events at the bottom of the page.<br><br>**Why don't I see a specific member's profile on the Past Events page?**<br><br>If you notice a profile of an attendee is missing from the Past Events page, it could either be because that member has chosen to hide their profile or they were a friend&#35160; of another Match member. If they are a member, once they choose to make it visible again, it will appear on this page. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2395 | Pay with Amazon | Pay with Amazon<br>Would you like to pay for your Match subscription without providing us with your credit card information? Try Pay with Amazon.<br>What is Pay with Amazon?<br>Pay with Amazon is a simple and easy way to make purchases online without giving merchants your credit card number.<br>Instructions:<br>To use this feature to purchase your Match subscription do the following:<br>1. Access your Match account<br>2. Click the Subscribe button on the home page<br>3. Select your desired subscription package, and click Continue<br>4. Select the Pay with Amazon tab<br>5. Click the Pay with Amazon button to continue the purchase<br>6. Login to Amazon.com through the Match secure server screen pop<br>7. Click Okay to share your name and email address<br>8. Select your desired method of payment from the listed credit cards on your Amazon account<br>9. Click Subscribe Now<br><br>Subsequent Purchase Benefits<br>Once you've used Pay with Amazon to subscribe with Match, you can use our 1-click payment option to purchase services to enhance your subscription, like Top Spot or Email Notifications. |
| 47 | Terms and Privacy | Please review the policies described in our Terms of Use, our Privacy Policy and our Dating and Safety Tips. |
| 96 | Phone Number Privacy | Privacy is our primary concern at Match, and because we respect your privacy, we would never reveal your number to anyone, nor use it for unsolicited marketing purposes. Your number will be used only to provide you with the service you've requested. |
| 120 | Reporting Inappropriate Behavior | At Match, we're serious about maintaining the integrity of our member community so you can have the best possible experience on our site.<br><br>As a supplement to our own efforts, we've streamlined the process for members like you to report any suspicious activity they see. Simply click on the Report a Concern link, which can be found on every member profile and at the bottom of every email.<br><br>When you report a concern, it is completely anonymous. We never share your information with anyone else, and not  members will ever know who reported the concern.<br><br>Once you click on the link, you have the option to select one of the available reasons. Depending on the reason selected, we may require you to submit text with your report describing what you have seen or experienced.<br><br>Using the Report a Concern link bypasses our normal customer care team and sends your report directly to the people who handle these types of issues. Because of privacy policies, we aren't able to talk about the actions that may result, but this really is the fastest way to make sure that action is taken.<br><br>Here are some examples of when you are encouraged to report another member:<br><br>If a member requests money<br>If a member tries to sell you merchandise or services<br>If a member tries to offer you a job or another "unique opportunity," especially in another country<br>If a member's profile text or email claims they are not actually in the location their profile states (e.g., they are really in Russia or Nigeria)<br>If a member's profile just does not add up (e.g., the photo doesn't match the information)<br>If a member sends you harassing or offensive emails<br>If you know a member is actually married (and not separated) or is a minor<br>If you see an inappropriate profile or photos on the site, or if you receive inappropriate photos via email or text message<br>If a member behaves inappropriately during or after meeting in person<br>If a member violates any other Match 160 policy |
| 137 | Uploading Additional Photos but no Main Photo | If the first photo you upload meets the guidelines for a primary photo, it will be designated as your main 160 photo. It's important to upload a primary photo first for others to see in search results. If none of the photos you upload 160 meet the guidelines, they will be designated as secondary photos. Feel free to add up to 25 secondary photos to your profile, but we highly recommend you upload your primary photo first. |

| Answer ID | Summary | Answer |
|---|---|---|
| 140 | Tips for Photos | Lots of these photo tips and more can be found under our &lt;li rn:answer_ref style="TEXT-INDENT: 0in" answer_id="532" contents="Picking a Great Photo" /&gt;li page:

Your Primary Photo

DO use a good headshot or a shot of your head and shoulders
DO smile
DO use a recent photo
DO make it a photo of just you
DON'T wear sunglasses or a hat

Your Secondary Photos

DO show yourself in your element
DO feel free to post a photo of your favorite things (eg: your garden, travel shots, pets, etc.)
DO let us see your favorite people
DON'T submit photos of your kids without you
DON'T use copyrighted material or images of celebrities  |
| 248 | Reporting an Inappropriate IM | If someone sends you an inappropriate IM after you've initiated a conversation, report the user by clicking the "Report a concern" link on the Match IM window. |
| 400 | Chemistry - Affiliation | "This feature is not available to members outside of English North America
While we are affiliated with Chemistry, each offers a slightly different type of service.  Since they are different websites you may register the same email address and username (if it has not already been used by someone) on each.

Please know that a membership with either Match or Chemistry does not necessarily mean you have a membership with both.  We currently do not offer discount rates or joint subscriptions across the sites.

To find out detail on how Match works please click on the following link:
http://www.match.com/howitworks/index.aspx

For detail on how Chemistry works please click on the following link:
http://www.chemistry.com/tour/tour.aspx |
| 410 | Session Timing Out | Here at Match, we're serious about security, so we include a "session time-out" feature that automatically signs you out if you've been on the same screen for more than 45 minutes. This ensures that if you sign in and then get up and walk away from your computer another person won't be able to sit down and access your account.

This requires a level of caution, though, when you're filling in your profile text or typing an email on the site because a session time-out could result in your hard work being lost. When working on profile text, you might want to compose in a word processing application where you can save your progress, then copy and paste the result into the Match text box you're working on. |
| 413 | Match.com by Mail - Photos Not Appearing | Match.com by Mail email messages are delivered in HTML format with all images included. Please check your email preferences to make sure your email provider isn not blocking HTML content in your emails. Also, please check these settings to make sure that they are not blocking images from appearing. |
| 419 | Blank IM's & Emails | If you are using a pop-up blocker, toolbar, or anti-virus software, this could be interfering with your Match email or instant messenger display.  Please check the privacy settings on your anti-virus program and/or inquire with the technical assistance of that particular software company, or with your Internet Service Provider.  

Is your IM window blank? With the IM window open, hold down the CTRL key and hit the F5 button on your keyboard at the same time to fully refresh the page. If this does not resolve the issue, you should log out, log back in, and open a new IM window to try this step again.

Please know the site runs most optimally with the newer versions of most of the major browsers. Click &lt;li rn:answer_ref answer_id="326" contents="here" target="_new" /&gt;for specific recommendations.  If you are using a browser version older than these you may wish to update your browser to the latest version.

To help alleviate the difficulties you are experiencing, you may need to delete your temporary Internet files and cookies. &lt;li rn:answer_ref answer_id="here" target="_new" /&gt;for instructions.

If you are still experiencing difficulties after deleting temporary Internet files and cookies from your computer system, you may wish to contact your anti-virus software company (i.e. McAfee, Norton, etc.).  They should be able to help you specify Match as a trusted website on your anti-virus software. |
| 426 | Media Room | Click here to contact Match Public Relations. |

| Answer ID | Summary | Answer |
|---|---|---|
| | | For optimal site performance, we recommend that cookies are enabled in your browser. To enable cookies in Internet Explorer, Safari or on your iPhone or iPad, follow the steps below. |
| 430 | Accepting Cookies in Internet Explorer, Safari and on an iPhone or iPad | Internet Explorer 11 Users:<br>1. Select the cog wheel in the upper right hand corner of your browser<br>2. Select "Internet Options"<br>3. Select the "Privacy" tab<br>4. Select "Advanced"<br>5. Check "Override Automatic Cookie Handling"<br>6. Click "OK"<br>7. Click "OK" once more<br><br>Safari Users:<br>1. Select "Safari" at the top of your screen<br>2. Go to "Preferences"<br>3. Select "Privacy"<br>4. Under "Block Cookies" select "Never"<br><br>iPhone or iPad:<br>1. Open your Settings app<br>2. Select "Safari"<br>3. Select "Block Cookies"<br>4. Select "Never" |
| 472 | Hidden Profiles - Explained | There may be times, like when you start a new relationship, that you'll want to remove your profile from being visible to other members. Of course, anytime your profile is hidden, it will not be displayed in search results. Since this reduces your chances of finding a match, we recommend only hiding your profile when you are taking a break or have met someone you are interested in.<br><br>As a member of Match, you have the ability to hide your profile from view at any time, for any reason. Click on the links below for more information about the ins and outs of hidden profiles.<br><br> <br><br>Click &lt;l:rn:answer_anf answer_id="662" contents="here" target="_parent" /&gt; for instructions on how to adjust your visibility<br>Click &lt;l:rn:answer_anf answer_id="663" contents="here" target="_parent" /&gt; for information on communicating with a hidden profile<br>Click &lt;l:rn:answer_anf answer_id="664" contents="here" target="_parent" /&gt; for information on how our "Who's Viewed Me" feature deals with hidden profiles<br>Click &lt;l:rn:answer_anf answer_id="665" contents="here" target="_parent" /&gt; for information on selective visibility<br>Click &lt;l:rn:answer_anf answer_id="539" contents="here" target="_parent" /&gt; for information about cancelling your profile (hiding your profile does not suspend your subscription or cancel your account)  |
| 486 | Search Results - View | Each  of  your  search  results will include the member's username, age, location, number of photos, and activity status. Your results will also  include  the Save  button to  add  a  profile to your Favorites list. Quick views  allows you to see a condensed version of a potential match's profile. Subscribers will also have the option to send an email directly from this window. Please note that using this feature does cause you to appear on the member's Who's Viewed Me list. To view the full profile of a member that piques your interest, click the username link.<br><br>On the left side of your search results, you'll see options for editing  refining or saving your search. Click &lt;l:rn:answer_anf style="TEXT-INDENT: 0in" target="_new" contents="here" answer_id="301" /&gt; for more information on how to use these tools. |
| 524 | Do my matches receive me as well? | Members don't know when they have been sent to you as a match and won't automatically receive you as a match at the same time. This is because all of the matching we do on our site is member-specific, meaning that our evaluation process to find your matches happens separately from our process to find matches for other members.<br><br>Of course, with some features like Mutual Match that take both your criteria into account, there's a good chance that a match of yours will eventually receive you as a match, too. |
| 525 | Match International Sites | Match has sites in countries all over the world. To visit one of our international sites, simply  click on the appropriate country and click on Help at the bottom of the site's homepage.<br><br>To get help relating to any of these sites, simply  click on the appropriate country and click on Help at the bottom of the site's homepage.<br><br>If you happen to be a U.S. Match member but are traveling out of the country, make sure to type in http://us.match.com to ensure that you aren't directed to the local Match site for the country you are visiting. |

Web Only

| Answer ID | Summary | Answer |
|---|---|---|
| 590 | Android App - Using It | *This feature is not available to members outside of English-speaking North America<br> <br>With the Match Android application, you can access most of your favorite Match features on your Android device. You can search for matches in your area, wink at them, and communicate with them (requires a paid subscription). You can also add and see your Favorites, as well as who's viewed your profile (also requires a paid subscription). Plus, you can also be notified immediately when other members communicate with you.<br><br>I installed the application on my Android. What do I do next?If you already have an account with Match or are a current subscriber, simply open the app and sign in. If you're new to Match, you'll be prompted to create a new account.<br><br>How much does it cost to use the Match Android application?The Match Android application is free to download and use. Most features, including the ability to wink at and search for other members, do not require a paid subscription. However, in order to communicate with other Match members, as well as see who's viewed your profile, you will need to have a paid subscription.<br><br>How does the location feature work?The location search feature uses the GPS on your Android to determine your location. Your exact position will never be revealed to other Match members. The feature uses your location to deliver matches to you that are in your general area and can be turned off in your Search Basic Settings.<br><br>I have some feedback. Who should I contact?Please email your app-related feedback or feature requests (please, no support questions) to android.app@match.com. |
| 591 | Canceling/Resigning a Paid Subscription | Resigning<br>If you currently have a paid subscription and want to make sure you're not charged at the end of your term, you'll need to resign your subscription. To do this, please visit the Change/Cancel Membership page under your Account Settings (the gear icon).<br><br>For your security, you'll need to re-enter your password as part of this process.<br><br>Trouble signing in? All I'm answer="and target="_self" contents="Click here" answer_id="420" /&gt;<br>Next, click the Cancel Subscription link. You'll be asked to choose a cancellation reason and click Continue Cancellation to proceed. After you resign your subscription, you can still sign in, and you'll be able to receive and respond to email messages through the rest of your subscription period. Once your subscription term ends, you'll lose those benefits, but your profile and photos will remain visible (unless you choose to hide them in your visibility settings. As a free member you will continue to enjoy free membership benefits, such as Match search and the ability to send and receive winks.<br><br>We'll also continue to send you Mutual Matches as long as you want to receive them - and as long as your profile remains active. If you no longer wish to receive Match icon by Mail, just turn it off under the Match icon by Mail page in your Account Settings.<br><br>Deleting<br>If, for example, you've found a great match and want to make sure your information is taken down from our site completely, you can accomplish this by following the directions above to resign and hide your profile. Your information is stored in our database for historical and legal purposes only.<br><br>Suspending a Subscription<br>Currently, suspending your subscription or putting it on hold for a few months isn't a feature we provide. If you need to take a break we offer the option for you to hide your profile until you are ready to use the site again (your subscription will still be valid) remove or end on the same date). |
| 588 | iPhone App - Features | Features<br>With the Match iPhone application,  you can access many of the same great Match features that are available on the full website. You can:<br><br>Search for matches in your area<br>Send and view winks and email<br>View your Matches  Connections, Favorites, Likes and everyone who's viewed your profile<br>Snap photos using your iPhone camera and upload them to your profile<br>Edit your profile<br>Modify your account settings<br>Purchase a subscription<br><br>The newest version of our app includes two new features, Stream and Mixer. Stream allows you to view fun photos of locals and easily send a Photo Like or message to the member. The matches you see under Mixer are members we think might be of interest to you. There are not formal matches - they're loosely based on your matching criteria, but not 100%. You can swipe to the right to send a Photo Like, or you can choose to do nothing by clicking the X at the bottom of the screen. We will provide 50 matches for you to view every day.<br><br>Please email your questions, feedback or feature requests to iphone.app@match.com.<br><br>  |

App. 1652

| Answer ID | Summary | Answer |
|---|---|---|
| 592 | Canceling a Free Membership | **Canceling**<br>If you don't have a paid subscription, you can cancel your membership on the full website by visiting the Change/Cancel Membership page in your Account Settings (the gear icon).<br>If you cancel your membership, we immediately hide your profile and photos from other members. Should you wish to rejoin the Match community, all you have to do is sign in and reactivate your account.<br><br>**Deleting**<br>If, for example, you've found a great match and want to make sure your profile information is taken down from our site completely, you can accomplish this by following the directions above to cancel your account. Your information is stored in our database for historical and legal purposes only.<br><br>Click &lt;alt rn.answer_and target="_new" contents="here" answer_id="591" /&gt; for how to cancel if you're a paid subscriber |
| 595 | The Privacy of Your Personal Information | We take appropriate security measures (including physical, electronic and procedural measures) to help safeguard your personal information from unauthorized access and disclosure. We want you to feel confident using our website to transact business. However, no system can be completely secure. Therefore, although we take steps to secure your information, we do not promise, and you should not expect, that your personal information, searches, or other communications will always remain secure. Users should also take care with how they handle and disclose their personal information and should avoid sending personal information through insecure email. Please refer to the Federal Trade Commission's website at http://www.ftc.gov/bcp/menus/consumer/data.shtm for information about how to protect yourself against identity theft.<br><br>To read the entire Privacy Policy of Match, please click here.<br><br>Our Privacy Policy applies to all of our Web site visitors in the United States and Canada. It covers the personal information visitors provide to us on this Web site. It also applies to information we may collect from you through our customer service representatives (telephone and online), or other means (such as your response to mailing offers or mailed sweepstakes entries). If you are visiting our website from outside the United States, please be aware that your information may be transferred to, stored, and processed in the United States where our servers are located and our central database is operated. By using our services, you understand that your information may be transferred to our facilities and those third parties with whom we share it as described in this privacy policy. |
| 59x | Connections - Explained | The Connections tab on your home page is a benefit of your paid subscription that provides a single view of Match members you've interacted with. Members you've interacted with on the site will be added as a Connection, whether they email, like or wink at you. If you get in contact with them, or even if you simply add them to your Favorites list. This will help you easily keep track of how recently you've been in contact and the last action taken with the potential match  rn. .<br><br>To help you manage this feature, we've provided a variety of options to allow you to filter and sort your connections. Options will appear in the "Sort" or "Show" dropdowns, depending on what actions you have taken recently.<br><br>We'll also let you know when it's your turn to make a move.  rn the top of your Connections tab, we'll display members who have taken action on your profile under a "They're Waiting" heading. You can email these members directly from this section.<br><br>You must be a subscriber to see your Connections page. Once you've subscribed, your Connections will immediately be visible on your home page. Not a subscriber yet? Subscribe today! |
| 61S | Filtered Mail - Explained | **What is Filtered Mail?**<br>Filtered Mail is a feature that allows you to clear your inbox of messages from members with certain "deal-breaker" characteristics.<br><br>For example, if you would not consider corresponding with a member from outside of your area, you can set up a filter that will send any messages from those members into a separate folder.<br><br>**Setting up filters**<br>You can set up as many as seven filters by clicking on Settings next to the "Filtered Mail" folder in your inbox, you can then enter the profile criteria you would like to filter from your inbox. Remember, any filter you check will exclude all member profiles that include that criteria, no matter how well you match in other areas. So you'll want to only use those filters carefully. To remove filters, simply return to your Filtered Mail settings and then uncheck the filters you wish to remove.<br><br>Ins and Outs:Filtered emails are automatically moved to your Filtered Mail folder, but otherwise, they aren't treated any different from normal emails. You can still read and reply to them if you wish, and they are still deleted after 180 days.<br><br>Since these messages will never appear in your Inbox, you may wish to check your Filtered Mail folder periodically to make sure you're really excluding only the members you wish to exclude.<br><br>Also, keep in mind that since this is a feature intended to screen members who you aren't interested in corresponding with, sending a message or reply to a member will automatically exclude them from being filtered in the future.<br><br>Although this feature does not currently allow you to filter out messages from specific members, you can stop another member from contacting you by &lt;alt rn.answer_and title="blocking" answer_id="221" contents="blocking" target="_top" anchor="blocking" /&gt; them. |

| Answer ID | Summary | Answer |
|---|---|---|
| 617 | Not Receiving Notification Emails On-Site | The success of Match is built around communication between members. For that reason, we try not to clutter your on-site inbox with our messages to you. Instead, when we need to update you about new email, winks, "They're Interested," and even "No Thanks" notifications, we send those notifications to you at your off-site email address.<br><br>If you're not receiving these notifications, double-check the following:<br><br>Make sure in your account settings that we have the right email address on file for you.<br>Check your email preferences to see if you're signed up to receive notifications.<br>Check with your email provider to see whether your notifications are being blocked or diverted to a Spam folder. GMail users should check the Social and Promotions tab of your inbox, too. |
| 621 | Email - Sending & Receiving Offsite | Email is the heart and soul of how people connect on Match, so in an attempt to make it as convenient as possible, we've provided ways for you to receive messages directly from your personal email account without even having to sign in to our site!<br><br>Receiving Messages<br>When a new message is sent to you on Match, we'll let you know via the email address you registered with us. If you'd like to see the full message, please login to the Match site.<br><br>Sending Offsite Emails<br>Currently there is no way for you to send offsite emails using your Match email. <br><br>If you'd like to get text alerts about messages sent to you, please click here to learn how to set this up. |
| 634 | How to Cancel a Free Trial | `<script language="JavaScript" type="text/javascript" xml:space="preserve">`<br>`//<![CDATA[`<br>`<!--`<br>`function display(DivJdiv){`<br>`var group_name = "group_" + div;`<br>`var img_name = "img_" + div;`<br><br>`If (document.getElementById(group_name).style.display == "none"){`<br>`document.getElementById(group_name).style.display = "block";`<br>`document.getElementById(group_name).parentNode.style.width = "95%";`<br>`document.getElementById(img_name).src = "http://match.custhelp.com/rnt/rnw/img/reduce/minus.gif";`<br>`}else{`<br>`document.getElementById(group_name).style.display = "none";`<br>`document.getElementById(group_name).parentNode.style.width = "200px";`<br>`document.getElementById(img_name).src = "http://match.custhelp.com/rnt/rnw/img/reduce/plus.gif";`<br>`}`<br>`}`<br>`//-->`<br>`//]]>`<br>`</script> `<br><br>If you currently have a free trial and want to make sure you're not charged at the end of your time, you'll need to resign your subscription. To do this, please visit the Change/Cancel Membership page under your Account Settings (the gear icon).<br><br>For your security, you'll need to re-enter your password as part of this process. Then follow the directions to resign your trial.<br><br>Keep in mind that resigning a free trial will immediately end your subscription benefits. If after resigning you want to turn your free trial (and potential for auto-renewal) back on, you can do so at the same "Change/Cancel Membership" page linked to above, as long as your trial period hasn't ended.<br><br>*This feature is not available to members outside of North America - English Only |
| 636 | Chemistry - Receiving Emails | When you set up your profile on Match, you may have been given the option to automatically use your Match details to create a free Chemistry account. If you checked the box for this option, an email was sent to you from Chemistry with instructions on how to complete your registration with them.<br><br>Of course, if you want to receive full paid subscription benefits on Chemistry, you'll have to purchase a subscription there. We are not currently offering joint subscriptions for both sites.<br><br>If you have questions or need to make changes to your Chemistry account, click here.<br><br>For more information about our relationship with Chemistry, click in answer_id="400" contents="here" target="_self" /&gt;. |

App. 1654

| Answer ID | Summary | Answer |
|---|---|---|
| 644 | Fake Winks and Emails | Match does not send members misleading communications, including notifications, emails, or winks. However, sometimes you'll receive  a message 160 from a Match member, only to 160 receive a "Profile Not Found" error when you try to look at their profile. Or you'll be notified that you've received a wink, only to find that it's disappeared once you sign in. In both of those 160 cases,  160 the member who contacted you has, for whatever reason,  160 hidden their profile or may no longer have a valid account with us.<br><br>Click &lt;a href="answer_url? answer_id="407" contents="here" target="_-_bg" /&gt; for more information about why a profile might be unavailable.<br>Click &lt;a href="answer_url? answer_id="564" contents="here" target="_-_new" /&gt;. for more information about emailing on Match |
| 645 | Controlling Who Sees Your Profile and Photos | Although you're free to adjust your profile visibility whenever you'd like, we don't currently have a feature that 160 allows you to selectively hide or make your profile visible to specific members.<br><br>For more information about how to hide or show your profile, click &lt;a href=answer_url? answer_id="662" /&gt;. |
| 647 | Not Receiving Daily Matches | You'll get a new set of 160 Daily Matches 160 around 23 hours after you've rated your last set of Daily Matches. Make sure to rate all of your matches! Not only will it trigger the new search for qualified matches, it helps us generate even better matches for you next time.<br><br>The number of matches you receive may be different each day. 160 If you see fewer than you were expecting, don't be discouraged 160 New members sign up daily, so rate your matches and check back tomorrow to see if we've found more for you. Or, try 160 updating your profile information and profile preferences to increase your likelihood of getting more matches. For example, even small changes – like increasing age ranges by as little as one year, or regional preferences by as little as five miles – can really broaden your options.  160.<br>Daily Matches not changing? You must rate your Daily Matches each day in order to receive new Daily Matches the next day.<br><br>For more information about our Daily Matches, click &lt;a href=answer_url? answer_id="_self" contents="here" answer_id="529" /&gt;. |
| 650 | Double Billing | When you subscribe or your subscription renews, you may see one or more "extra" transactions pending on your account as a result of authorization attempts made to your card. Whether those authorization attempts appear depends on your financial institution's policies, and they should automatically drop off your statement once the real transaction has completed. Your financial institution can also confirm that no other actual charges have been made to your account once your subscription transaction is complete.<br><br>If you see more than one posted transaction within a short period of time, please 160 contact us using the options displayed on the right side of your screen so we can assist you. |
| 2424 | Webinars – Explained | Match Webinars are your go-to source for expert dating tips, guidance and encouragement. Delivered to you via online presentation, you can attend from anywhere you can connect to the web. Join us as we bring you top dating experts and coaches to support your dating success with Match and beyond. |
| 2426 | Webinars – Recording | A webinar recording link will be sent to the email address attached to your Match account approximately 24 – 48 hours after the live webinar event. The recording will be available for 30 days after it is emailed. |
| 2425 | Webinars – Registration | Within 2 business days of registering on Match, we'll send additional instructions to the email attached to your Match account (check your spam folder).<br><br>In this email you will receive a URL link that directs you to register on the third-party webinar platform. You will not have to pay again, but you must complete this step in order to access the webinar.<br><br>Please note, all Webinars are hosted online, not in-person. After completing your registration, you will be able to join the live event at the start date and time noted on the event page. The start time is based on the time zone selected on your account. |
| 2048 | Canceling, Resigning, Deleting, On-Hold, etc. | We're sorry to hear that you are interested in resigning your subscription or canceling your account. We hope that it's because you met someone!<br>Suspending a Subscription 160 Currently, suspending your subscription or putting it on hold for a few months isn't a feature we provide. If you need to take a break, though, we offer the option for you to hide your profile until you are ready to use the site again (your subscription will still renew or end on the same date).<br><br>Canceling 160 If you are wanting to cancel, please take into consideration that once your subscription term expires, you won't have access to all the great features that you've become accustomed to, like sending and receiving messages, seeing who's viewed your profile and more!<br><br>The way this works is different depending on whether you're currently a paid subscriber or whether you use a free membership account.<br><br>If you are subscribed to Match via Apple's iTunes store, you will need to cancel through the App Store, or you may contact Apple using the following link: http://www.apple.com/support/itunes |

| Answer ID | Summary | Answer |
|---|---|---|
| 2049 | Removing Profiles From Search Results | As you explore our dating community, you're bound to find some members you can cross off your list. That's no problem. If you're a current subscriber, you're welcome to remove those members from view.<br><br>How to Do It<br>Anywhere you see that member's profile, you can remove him/her from view by scrolling to the bottom of the profile and then tap the Remove from Search button. They will no longer show in your search results or on your other lists. And, of course, they won't know that you took this action.<br><br>Un-doing It If you'd like to see the list of those you've removed, you can return to the removed profile and then tap the Restore to Search button if you decide you want to give a member another chance.<br><br>You are also able to remove up to 10,000 profiles. In the event, you are trying to remove additional profiles, you will receive an error. To correct the issue, you must access the full site from your handset or from a desktop computer so you may restore profiles on your current removed list. |
| 2070 | Streaming Explained | Streaming uses your mobile provider's location services to find matches near you. In order to ensure you are receiving matches in your current location, make sure your location services are turned on.<br>If you prefer not to use the location services, we will continue to provide matches for you using your current profile default location. |
| 2071 | Discover Explained | Discover is the landing page for the Match application. Two menu options, Streaming and Mixing, allow you to interact with other members once you've logged into the app.<br>For more information on Streaming, &lt;t m answer_id='' style='TEXT-INDENT: 0in' answer_id='7070' contents='click here' /&gt;.<br>For more information on Mixing, &lt;t m answer_id='' style='TEXT-INDENT: 0in' answer_id='7093' contents='click here' /&gt;. |
| 2096 | How to Sign Out | To sign out of your Match account, simply tap the three-line navigation icon in the top left corner and then tap help &amp; Settings. Once you reach this screen, tap Sign Out in the top right corner. |
| 2098 | Changing Your Age | We calculate your age from the birthdate you entered in your account settings. If there is a problem with the way your age is displaying, you'll need to access the mobile site or full site from a desktop computer.<br>To update your birthdate using the Match mobile site: Tap type www.match.com into your browser. Tap the three line navigation icon and then select Help &amp; Settings from the menu options. From the Settings screen, tap Go to full site.<br>On the full site, tap the gear icon in the top right corner and then select Settings from the menu options. Locate Sign Up Information and then follow the steps for updating your information. |
| 2099 | Who's Favorited (Fave'd) Me - Explained | Our Favorited (Fave'd) Me feature allows you to see who has shown interest in you and opens the door for that first connection. This tool is a benefit of a current, paid subscription.<br><br>Instructions for accessing your Fav'd Me list are:<br><br>Tap the three line navigation menu<br>Select Connections from the menu options<br>Tap Faves<br>You can toggle between your Fave'd Me and My Faves list on this screen. |
| 2100 | Favorites - Adding / Removing a Favorite | If a free member (favorited) you over 180 days ago and your account is also in free member mode, you will be automatically removed from the member's Favorites list. The member will no longer appear in your "Who's Favorited Me" list the next time you subscribe.<br><br>Click &lt;t m answer_id='' answer_id='1482' contents='here' /&gt;for information on what happens with Favorites and Favoriting when your profile is hidden<br>Click &lt;t m answer_id='' answer_id='1577' contents='here' /&gt;for more information on Favorites<br><br>To add a Favorite from the Match iPhone app, simply tap Add to Favorites or Favorite on the member's profile.<br><br>Currently, there's not a way to remove a Favorite from the iPhone app. If you'd like to remove a favorite from your list, you will need to access the full site from the mobile site or from a desktop computer.<br>Once on the full site, visit your favorites page and click the X in the top right corner of the member profile you'd like to delete.<br>If your account is in free member mode, your Favorites will be removed automatically after 180 days.<br><br>Click &lt;t m answer_id='' answer_id='1621' contents='here' /&gt;for information on what happens when a Favorite hides their profile<br>Click &lt;t m answer_id='' answer_id='1577' contents='here' /&gt;for more information on Favorites |
| 2101 | Favorites - Hidden Profiles | For free members, a profile will remain in your Favorites list for 180 days or until you decide to remove it.<br>Paid subscriber Favorites lists will not be purged automatically, but profiles can be manually deleted at any time from the app or from the full site on your phone's browser or a desktop computer. However, if a member on your list decides to hide their profile on the site, the full profile will no longer be available to view. |
| 2105 | Hiding My Profile or Making it Visible | As a member of Match, you have the ability to hide your profile from view at any time, for any reason.<br><br>Adjusting Visibility<br>To adjust your visibility on your iPhone, tap the three line icon in the top left corner of the home screen. Tap Help &amp; Settings. From the menu options and then #160;slide the Visibility indicator left or right to choose your profile visibility. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2107 | Captions - Explained | At this time, adding or editing photo captions is not available through the iPhone app or through the mobile site. Please access the full site from your mobile phone or a desktop computer to add or edit captions on any of your photos<br><br>Click &lt;a t=in answer_and style=~TEXT-INDENT: 0in~ target=~_self~ contents=~here~ answer_id=~1965~ /&gt;gt to review the steps for accessing the full site. |
| 2115 | Filtered Mail - Explained | What is Filtered Mail?<br>Filtered Mail is a feature that allows you to clear your inbox of messages from members with certain deal-breaker characteristics.<br><br>For example, if you would not consider corresponding with a member from outside of your state, you can set up a filter that will send any messages from those members into a separate folder.<br>Filtered Mail on MobileOur iPhone app respects the email filters you created on the Match full site. However, they do not support updating or changing filters at this time. Feel free to access the full site from your phone's browser so you can make the necessary updates.<br>Click &lt;a t=in answer_and style=~TEXT-INDENT: 0in~ answer_id=~1965~ contents=~here~ target=~_self~ /&gt;gt  to review the steps for accessing the full site.<br>Setting Up Filters<br>Once you access the full site, you must tag Messages from the main menu. From there, you can set up as many as seven filters by clicking on Settings next to the Filtered Mail folder in your inbox. We will then prompt you to enter the profile criteria you would like to set up filters for. Remember: any filter you check will exclude all member profiles that include that criterion, no matter how you match in other areas. So you'll want to use these filters carefully. To remove filters, simply return to your Filtered Mail settings and then uncheck the filters you wish to remove.<br><br>  |
| 2116 | Connections - Explained | Connections on your Navigation list is a benefit of your paid subscription that provides a single view of Match members you've interacted with. Members you interact with will be added as a Connection, whether they email or wink at you. If you get in contact with them, or even if you simply add them to your Favorites list. This will help you easily keep track of how recently you've been in contact and the last action taken with the potential match.<br>To view your Connections, tag Connections from the navigation list. The Connections list will have an option to view all connections and the ability to view your connections for each communication channel:<br>Faves, Likes, Interested, and Winks. To view your Connections for each channel, tap on the desired category and the results will be displayed.<br>**Not all full site Connections are visible via the app.<br>  |
| 2118 | My Profile Isn't Appearing/Updating | If your profile is not reflecting the information you entered, there are a variety of possible explanations:<br><br>Your profile is appearing normally for everyone else, and will appear normally for you once you refresh your system cookies<br>Your profile is hidden<br>You haven't completed your profile.<br>You tried to complete your profile, but took more than 45 minutes on a screen and experienced a session time-out<br>You tried to complete your profile, but it was not approved<br><br>More information on the above situations:<br><br>Hidden Profile<br>To verify if your profile is hidden, tap the three line icon. Select Settings &amp; Help from the navigation list. Once there, you can verify if your profile is currently visible.<br>Contact Us<br>If you're pretty sure your profile is acceptable based on our guidelines, or if you're still not sure why your profile isn't displaying correctly, please contact us. |
| 2119 | Singled Out - Explained | About Singled Out Matches<br>Every now and then, we find someone who really stands out as someone we think you'll have a connection with. We single out this match for your consideration. Rating your Singled Out matches works the same as rating any of your other Daily Matches. Since it's the first of your matches, you'll need to rate it before you can continue rating the rest of your Daily Matches.<br><br>How We Find Them<br>To find these matches, we take into consideration everything you've told us about yourself and who you're looking for, and we learn from actions you take on the site. We put all this information together, and every once in a while someone comes along who seems to fit you better than the rest. These are the people we single out for you. We may not get it exactly right every time, but the more action you are on the site, the closer we'll get to finding a great match for you.<br><br>Frequency<br>Because these are matches we have especially high confidence in, we may not single someone out for you every day. But make the most of each one! As with your  Daily Matches, they won't know you've received them as a match. You'll need to take the initiative to reach out and let them know.<br><br>If over time you find you aren't receiving many, or any, of these kinds of matches, it could be that your search criteria is too limiting. Making tiny tweaks (like adding just a few miles to the area you're willing to look for matches) can give great results. We also learn from everything you do on the site, so doing something as simple as sending a wink or rating your Daily Matches can help teach us how to find a great match for you. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2121 | Changing Username, Password, Email Address, etc. | Unfortunately, you are unable to update these account settings from the&#160 Match application. To update your setting, please access the mobile site (www.match.com) from your&#160 device or the full website from a computer to verify and/or update the information.<br><br>Mobile Website&#160<br><br>Type www.match.com into your browser<br>Tap the three-line icon in the upper left corner of your screen&#160<br>Tap Help &amp; Settings, then select Go to Full Site<br><br>Full Site (Desktop)<br><br>Tap the gear icon located in the upper right&#160 corner of your screen&#160<br>Tap Settings from the drop-down menu<br>Select Sign Up Information from the menu options<br><br>&#160 |
| 1870 | Available to Chat Communication Bar | The Communication bar is designed to help you start conversations right now! You'll be provided with up to 20 online members available to IM or email. Just click the Chat icon in the top navigation bar to get started from any page.<br>This section will expand automatically when you navigate to the Home page. You can hide this feature by clicking the Available to Chat heading.<br>Matches within 50 miles of your zip code will be displayed first, and you may see a section with matches up to 250 miles from you at the bottom of&#160 your list. If you see someone interesting, hover over their photo to see a&#160 condensed version&#160 of their profile. &#160 Subscribers can use the&#160 "Chat Now" or "Email Now" buttons to start a conversation.&#160 To see the full version of the profile, click on the member's username. |
| 1932 | In-App Purchase Pricing | *This answer only applies to members who purchased a subscription through our iPhone app&#160 with an&#160 iTunes login<br>If you subscribed to Match directly from your iPhone app, you may have noticed a lower subscription price was presented to you on the full website or via a promotional offer. Subscriptions purchased via the iPhone app automatically include our Email Read Notification Feature, which causes the price to be slightly higher than the basic subscriptions offered on our website.<br><br>Additionally, purchases made through the app are not eligible for Match promotional offers because the billing is managed by Apple. If you wish to use a promotion in the future or purchase a basic subscription package, you may do so directly from our website after your current subscription expires. |
| 1933 | Match Guarantee for In-App Purchases | *This answer only applies to members who purchased a subscription through our iPhone app with an iTunes login<br>The Match Guarantee, which offers &#160 an answer_and' style="TEXT-INDENT: 0in" contents='6 months free" answer_id='1570" /&gt;&#160 If you don't find a match, is available on all 6-month subscriptions sold on our website or by a Care representative. Because Apple handles the billing for accounts sold through our iPhone app, we are unable to credit free time if the requirements are met. This means that 6-month subscriptions purchased via the iPhone app do not include the Guarantee.<br><br>If you'd like to benefit from the Guarantee, you may allow your current subscription to expire and subscribe to a 6-month package directly on our website.<br><br>If you have questions regarding your current billing, please contact Apple at: http://www.apple.com/support/itunes |
| 1934 | Billed by Apple and Match.com | *This answer only applies to members who purchased a subscription through our iPhone app with an iTunes login<br>If you subscribed via our iPhone app and you notice charges from both Apple and full site, this is likely due to a temporary lapse in the mobile app subscription. To cancel the in-app purchase, please contact Apple at: http://www.apple.com/support/itunes |
| 1935 | Add-Ons for In-App Purchases | To complement your Match subscription, we offer several add-on features.<br><br>Stir events are activities held in local areas where you are invited to meet other Match.com members face-to-face. Events are very popular, so we recommend you purchase a ticket quickly if you see an event that interests you.<br><br>Top Spot helps you stand out from the crowd so your profile gets more views! Your Top Spot purchase moves your profile to the top 6 search results when members run a search for someone like you.<br><br>Undercover allows you to view and favorite profiles for 24 hours without your matches being notified. This feature is not available in all areas.<br><br>These features are not available for in-app purchase via iTunes. To add them to your account, navigate to our mobile full site and provide a credit or debit card for billing. The purchase is a one-time charge, so you don't have to worry about continuous billing.<br><br>Unfortunately, the Highlighted Profile, First Impressions and match Phone premium subscription features are not available for in-app purchase. If you'd like to purchase a subscription that includes them, you may allow your current subscription to expire and subscribe again directly on our website. |

App. 1658

| Answer ID | Summary | Answer |
|---|---|---|
| 1936 | In-App/Purchase Explained | Match has joined forces with Apple so interested members can subscribe directly from their iPhones. This purchase is done via the Match app with your iTunes account, and your subscription and billing information will be managed by Apple. In-app purchase is only available on the latest version of our iPhone app.<br><br>If you're seeing an error stating, "You're currently subscribed to this," &lt;m-answer_xref style="TEXT-INDENT: 0in" target="_parent" contents="click here" answer_id="1930" /&gt;:<br><br>For questions related to your in-app purchase billing, &lt;m-answer_xref style="TEXT-INDENT: 0in" contents="click here" answer_id="1931" /&gt;:<br><br>For more information on in-app pricing, &lt;m-answer_xref style="TEXT-INDENT: 0in" contents="click here" answer_id="1932" /&gt;:<br><br>For information about the Match Guarantee, &lt;m-answer_xref style="TEXT-INDENT: 0in" contents="click here" answer_id="1933" /&gt;:<br><br>For information on available add-ons, &lt;m-answer_xref style="TEXT-INDENT: 0in" contents="click here" answer_id="1935" /&gt;:<br><br>If you've been billed by both Apple and Match, &lt;m-answer_xref style="TEXT-INDENT: 0in" contents="click here" answer_id="1934" /&gt;: |
| 1938 | Summary Explained |  <br>The Summary screen allows you to review matches selected by Match for you as well as access popular features such as Email, Winks and Who's Viewed Me.  |
| 1939 | Mixing Explained | "This feature is only available on the latest version of our iPhone app, which requires iOS 7 to download<br>The matches you see under Mixing are members we think might be of interest to you. There are not formal matches – they're loosely based on your matching criteria, but not 100%.<br>You can swipe to the right of the photo that appears to send a Photo Like, or you can choose to do nothing by clicking the X at the bottom of the screen.<br>We will provide 50 matches for you to view every day. |
| 1941 | Navigation Settings | "This feature is only available on the latest version of our iPhone app, which requires iOS 7 to download<br>In the top left corner of the iPhone application, you will see the navigation settings icon. When tapped, the navigation menu appears with the following options:<br><br>Daily Matches<br><br>Interested<br><br>Top Spot<br><br>Events<br><br>Settings<br><br>Each menu option will have numbered indicators to advise you of the new connections since your last login. Feel free to adjust your profile or account settings from this screen by tapping the corresponding options. |
| 1942 | Email Conversations | "This feature is only available on the latest version of our iPhone app, which requires iOS 7 to download<br>Your traditional email inbox is titled Messages in this application. When tapped, a list of profiles for matches you are emailing with appear.<br>To read the conversation, tap the profile picture to display the &lt;m-answer_xref style="TEXT-INDENT: 0in" contents="email thread" answer_id="1943" /&gt;:<br>To return back to the list of profiles within Conversations, tap the Arrow at the top of the page. |
| 1943 | Email Threading | "This feature is only available on the latest version of our iPhone app, which requires iOS 7 to download<br>Email threading allows you to see the original email message and any responses in the order they were sent and received.<br>The date and time of the email appears, as well as a read receipt for messages you sent to the match.<br>As an added bonus, we will also include the email conversation in the message screen when you are replying to an email.<br>There is no way to remove the email threading feature because it is an original component of our app. But we hope it helps you quickly reference your previous conversations with your match so you'll always have something to say." |
| 1944 | Email – Filters (Archived) | "This feature is only available on the latest version of our iPhone app, which requires iOS 7 to download<br>Our new application respects the email filters you created on the Match site. However, this application does not support updating or changing filters at this time.<br>Feel free to access the Full Site from the application so you can make the necessary updates. |
| 1948 | Inappropriate Behavior | If you would like to report inappropriate member behavior, please scroll to the bottom of the member profile in question and then tap the Report button. Fill out the report and then tap Submit to complete the request.<br>Please know Match will investigate the matter and then take appropriate actions based on our findings. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1965 | Accessing the Match.com Full Site | To access the full site from our mobile site (www.match.com), complete the following steps:<br>1. Tap the #FO (three lines) icon in the upper left side of the handset<br>2. Select Settings & Help from the menu options<br>3. From the Settings page, tap Go to full site |
| 1977 | What is a free trial? | Receiving a Free Trial A free trial is a great way to test out our subscription benefits while you're thinking about purchasing a subscription. It allows you to use subscriber-only benefits for free, for a few days.<br><br>Free trial offers come periodically via email promotions sent #FO to your #FO personal email address (i.e., Gmail, Yahoo, Hotmail, etc.). So if you're interested, make sure you're being notified of Match promotions by following these steps on the full website:<br><br>Click on the gear icon in the navigation bar at the top of the screen.<br>Click on the Email Preferences link.<br>Ensure that you're signed up to receive Special Offers from Match<br><br>Redeeming a Free Trial<br>When you receive a free trial offer in your off-site email inbox, the message will include instructions for how to redeem it. In the process of setting up your free trial, you'll be asked for payment information, and you'll need to choose a paid subscription package that will automatically begin at the end of your free trial. But don't worry, this is just a convenient way to start your full subscription if you want to. If you decide you don't want to be charged, simply &lt;a href="answer_and answer_id="634" contents="cancel" target="_parent" /&gt;&lt;/a&gt; your subscription before the free trial period ends.<br><br>I'm not eligible<br>If you've recently enjoyed a free trial, or you're tired of waiting for a promotion, just go ahead and subscribe! We're pretty sure you're going to like Match.<br><br>To subscribe, click on the Subscribe at the top of the screen. The subscription screens will guide you from there. |
| 1979 | Same-Sex Dating | Absolutely. When you register, we ask if you are a man or woman, and then&#FO whether you're looking for a man or woman. Just fill in the appropriate fields, and you're on your way. |
| 1988 | How to Subscribe + Payment Options | &#FO:<br>We'd be delighted to have you as part of our subscriber community!<br><br>To subscribe, you'll need to sign up for a free account (if you haven't already done so) &#FO Attempt communication with another member by tapping Messages located within the three line icon main menu.&#FO The screen will direct you to choose from our subscription packages, and then will walk you through the billing process.<br><br>We currently accept payment by credit card or PayPal. (*PayPal is not available to members outside of English North America.) You can also pay by mail using a check or money order.<br><br>Credit Card<br>Match happily accepts:<br><br>American Express<br>Discover<br>JCB<br>MasterCard<br>Visa<br>Diners Club<br><br>Prepaid Credit Card<br>We do accept prepaid cards on our site. The card issuer, however, may require that you register the card on their website first. Information and instructions on how to register your prepaid credit card should be listed on the back of the card itself.<br><br>Most gift cards and pre-paid cards require you to activate them first.<br><br>If the gift card has enough money on it when it is time to renew, the subscription will renew successfully. If there is not enough money on the card at the time of renewal, the renewal will not be processed. To avoid a lapse in your service, you may wish to subscribe with a card from which your account can be automatically renewed.<br><br>Mail a Check or Money Order<br>To request a subscription with a physical check or money order, please make your check or money order payable to Match(drawn on US funds only) and include your username, email address, and whether you'd like a three- or six-month subscription package.<br><br>IMPORTANT: We do not currently accept payments by mail (physical checks or money orders) for one-month subscriptions, premium services, or promotional rates/discounted offers.<br><br>When paying by mail, send your payment to the following address (mail delivery and processing time may take up to 14 days):<br><br>Attn: Billing<br>...... |

| Answer ID | Summary | Answer |
|---|---|---|
| 1991 | Text Alerts - How They Work | *This feature is no longer available<br>If you want to be notified whenever someone sends you a new email or Wink, just opt to receive SMS alerts on your mobile phone. It's easy to enable/disable text alerts or update the phone number listed.<br><br>While signed into your account tap the three line icon and then tap Settings &amp; Help from the menu options.  Tap Text Alerts and then  use your finger toggle from left to right.  Blue indicates the feature is turned on.<br>To update your mobile phone number, you must access the full site from the mobile site (www.Match.com) or a desktop computer. |
| 1994 | matchMobile versus Text Alerts | *This feature is not available to members outside of English North America<br>matchMobile is the version of Match that displays in mobile browsers. Text Alerts are text messages sent by Match to notify you when you have winks or emails. We do not charge for either service, but your carrier's standard text-messaging rates and data plan fees still apply. Contact your carrier for details on those rates. |
| 1995 | Improving Matching Results | Every member goes through the dilemma of how picky to be with matching preferences. The broader your criteria, the more matches you'll get, but the narrower your criteria, the greater chance you'll like the ones you receive!<br><br>We recommend adjusting your criteria over time to find the right balance. You can do this by adjusting the matching criteria set on your profile:<br><br>Tap the three line icon in the upper right corner of your handset<br>Tap Edit Profile and then make updates to the About him/Her section<br><br>  |
| 1997 | Changing a Primary Photo | If you'd like to replace your current primary photo, simply tap Me from the bottom navigation ba.  In the screen that appears, tap Manage Photos and then locate the photo you would like to make your primary by swiping left to right.<br>Tap the gear in the lower right corner of your screen and a pop-up menu appears with your photo options. Tap Make Primary Photo and then tap Ok on the Success screen to complete the request. |
| 1999 | Editing or Removing Photos | If you'd like to edit a photo you have posted on your profile, simply tap Me from the bottom navigation bar. In the screen that appears, tap Manage Photos and then locate the photo you would like to delete by swiping left to right.<br>Tap the gear in the lower right corner of your screen and a pop-up menu appears with your photo options. Tap Delete this Photo and then tap Ok on the Success screen to complete the request.<br> <br> <br>  |
| 2008 | Email History | If you'd like to see who you've emailed in the last 180 days, simply tap Messages from the bottom navigation bar. There, you'll be able to access your Conversations folders to get a history of what has been sent and received.<br>Emails Older Than 180 Days<br>Since email correspondence is only kept in Match records for 180 days, these methods won't work for correspondence older than that. |
| 2009 | Blocking and Unblocking | Blocking and unblocking from contact<br>You can block another member from communicating with you by tapping on the Block  button at the bottom of their profile.<br>If you need to unblock someone you've previously blocked, simply tap on Unblock on the member's profile.<br><br>Currently, you can only block up to 2,000 members from contacting you. If you need to add more after that, you'll want to unblock some of the older members you had previously blocked.<br><br>Can someone I've blocked still see my profile?<br>When you block a member from contacting you, they will not be notified that anything has happened. They will still be able to view your profile and try to send you messages, but you will be able to continue your search for someone special without receiving any messages they send. We don't currently have a feature that allows you to selectively block other members from seeing your profile.<br><br>Removing a profile from search results In addition to blocking other members from sending you messages, you might also want to remove their profile from appearing in your search results. To remove someone from your search results, tap Remove at the bottom of the member's profile. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2017 | Free Membership vs. Subscription | **Free Membership: What You Get**<br>Join for free and you can enjoy access to the largest online dating site there is! As a free member, you'll be able to create a profile, post photos, conduct searches, send and receive winks, and benefit from our unique matching systems that sift through all the choices and deliver potential matches direct to your Inbox! Plus, you can also cruise the site and access your account from our mobile site or from our apps.<br><br>**Membership: How to Do It**<br>To join for free please follow these steps:<br><br>Tap on this link to visit the sign-in page.<br>Tap on the Join For Free link below the sign-in box.<br>Fill out the online registration form and tap on the Continue button.<br>You are ready to fill out your profile and get started on your search for a match!<br><br>**Subscription: What You Get**<br>Subscribing to Match gives you access to a growing set of tools-on our main site, mobile site, or any of our apps-that will help you find the relationship you want and deserve. As a subscriber, you can:<br><br>Receive and reply to messages from other Match subscribers<br>Send messages to Match members you are interested in<br>See who has viewed or favorited your profile<br>Connect faster with IM<br>Keep track of all open Connections in one place – including those you've sent Winks to<br>Remove members you're not interested in from your search results in order to make room for other possibilities<br><br>**Subscription: How to Do It**<br>To subscribe, you'll need to sign up for a free account (if you haven't already done so), then sign in and tap then attempt to communicate which redirects you to the subscription screen. The screen will direct you to choose from our &lt;rn answer_id="T" contents="subscription packages" target="_blank" /&gt;gt and then will walk you through the billing process.<br><br>**Free Trial**<br>A free trial is a great benefit that allows you to enjoy the full range of subscription benefits for a few days.  Click &lt;rn answer_id title="here" answer_id="T" contents="here" target="_blank" /&gt;gt for more information on free trial promoters. |
| 2020 | Searching for Members with Photos | To search for only members who have photos:<br><br>Tap Discover on the bottom navigation bar<br>Tap on the filter icon in the top-right corner of the screen<br>Ensure the Photos Only toggle is blue which indicates its activated<br>Tap Search in the top left corner to view the updated results |
| 2022 | Automatic Sign-in | Match's auto sign-in feature allows us to recognize you each time you visit our app – eliminating the need to request your username and password with each visit. You can turn the feature on or off at any time by making sure you sign out after each session. <br>To do so, tap the Three-line icon located in the upper left corner of your screen. Tap Settings from the navigation menu and then tap Sign Out located in the upper-right corner of the screen.<br><br> <br><br>  |
| 2025 | Sign In Information No Longer Works | If we're not recognizing the sign in information you're entering, there are a couple of possibilities as to what might be going on.<br><br>You might be entering the wrong email address or password. At least it doesn't hurt to check. Tap the Forgot Password link located on the Sign in screen and then enter the email address you've associated with your Match account, and we'll immediately send a password reset email. If your email address isn't recognized, check any other addresses you have to make sure your account hasn't been associated with one of those.<br><br> <br><br>We may need to get involved to help you resolve the situation. Contact us, and we'll see what we can figure out. To help us locate your account, make sure to include in your message your full name, email address, username, and Zip code, along with a description of what happens when you try to sign in, including any error messages. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2029 | Canceling Additional Features | You have the ability to cancel an additional feature at any time. To do so you must sign into a desktop computer or access the full site from our mobile application.<br>Accessing the full site from the mobile application<br><br>Type www.match.com into your browser<br>Tap the three-line icon in the upper left corner of your device<br>Scroll down to Settings <br>Tap the Go to full site link<br><br>Once on the full site, you must complete the following steps: <!--StopIndex--><br><br>Tap on the gear icon in the top navigation bar<br>Tap Settings from the drop-down menu<br>Tap on Subscription Status (for security purposes you may be asked to re-enter your password)<br>Tap the Deactivate link to the right of the service you wish to cancel.<br>If asked if you are sure you wish to cancel, tap on Yes.<br><br>After canceling, you'll notice the Deactivate link will change to read Reactivate. If you wish to add the cancelled service back to your subscription simply click the Reactivate link.<br><br>You will still be able to utilize the additional feature(s) you cancelled until the end date shown on the Subscription Status page. |
| 2036 | Hidden Profiles – Explained | There may be times, like when you start a new relationship, that you'll want to remove your profile from being visible to other members. Since that's why you're here in the first place, we make this as easy as flipping a switch. Of course, anytime your profile is hidden, it will not be displayed in search results. Since this reduces your chances of finding a match, we recommend only hiding your profile when you are taking a break or have met someone you are interested in.<br>To hide your profile, simply tap on the Settings option on the Navigation list. From the Settings screen you can adjust the visibility of your profile. |
| 2038 | Search Results – View | Each entry in your search results will include the member's username, age, location, and activity status. Tap a member that interests you to view the profile. Please note that doing so will cause you to appear on the member's Who's Viewed Me list.<br>To refine your search, tap the Filter icon in the top-right corner of the screen. You'll see options for editing your search criteria. Once you have selected your desired filters, tap Search in top left corner to view the updated results. |
| 2044 | Daily Matches – Rating my matches | Our Daily Matches system is unique in that it takes your feedback and improves over time. This is why we have made it a requirement that you must rate your Daily Matches each day in order to receive new Daily Matches the next day (matches will update 23 hours after the rating occurs). Your profile also needs to be visible before you can rate your matches.<br><br>Rating Yes<br>If you say that Yes (check mark), you're interested, we'll send a message to the member you're interested in to let them know they caught your attention. If you'd like, you can access all the members who've sparked your interest in the Yes section of your Daily Matches. Just remember, though, that matches are removed from all Daily Matches lists after they've been there 180 days.<br><br>Rating No<br>If you're not interested, it's not a problem. We'll simply remove that member from your Daily Matches, and they won't show up again in the matches we serve you (and they'll never know you weren't interested). Do be careful, though. If you inadvertently select the No (x mark) rating on a member's profile, the rating cannot be changed after it is submitted<br><br>Singled Out On any day where you receive a Singled Out match, you'll need to rate it before you can continue rating the rest of your Daily Matches. New matches will not appear until after you have rated your Singled Out match. |
| 2168 | Private Mode – Current Subscription with Guarantee | Private Mode does not work with the 6-Month Guarantee. This feature hides your profile from visibility on the site, which breaks one of the requirements for receiving the additional 6 months free with the Match Guarantee. |
| 2169 | Private Mode – Account Settings | You can easily manage your Account Settings for Private Mode at any time. To update your settings, complete the steps below:<br><br>1. Click your primary photo thumbnail in the upper right corner of any screen<br>2. Click Settings from the drop down menu<br>3. Locate the Setting you would like for your profile: Visible, Private Mode or Hidden<br>4. Click the applicable radio button and your profile will assume that state immediately<br><br>Remember, if you are currently subscribed to the Match Guarantee, changing your profile to Private Mode or Hidden disqualifies you from receiving the additional 6 months for free. |

| Answer ID | Summary | Answer |
|---|---|---|
| 2170 | How to make your profile visible to others with Private Mode | **Existing Match – Make Visible**<br>If you have communicated (Favorited, Winked, etc.) with another member prior to  purchasing Private Mode, you will already be visible to them when the feature is activated.  You can continue to communicate with that person business as usual<br><br>**New Match – Make Visible**<br>In order to appear visible to a potential match while in Private Mode, you must communicate with the member.  Once any form of communication is sent, the member will immediately be able to view your profile and communicate with you.  You can verify that you are visible by viewing the potential match's profile after your communication has been sent, and it should state He/She Can See You under their primary photo.<br> <br>Click &lt;rn answer_and style="TEXT-INDENT: 0in" target="_blank" contents="here" answer_id="2176" /&gt;  to read the ways to communicate and unlock Private Mode.<br>  |
| 3 | What is a free trial? | **Receiving a Free Trial**<br>A free trial is a great way to test out our subscription benefits while you're thinking about purchasing a subscription. It allows you to use subscriber-only benefits for free for a few days.<br><br>Free trial offers come periodically via email promotions sent to your personal email address (i.e., Gmail, Yahoo, Hotmail, etc.).  So if you're interested make sure you're being notified of Match promotions by following these steps:<br><br>Click on the gear icon in the navigation bar at the top of the screen.<br>Click on the Email Preferences link.<br>Ensure that you're signed up to receive Special Offers from Match.<br><br>**Redeeming a Free Trial**<br>When you receive a free trial offer in your off-site email, the message will include instructions for redeeming it. You'll be asked to choose a paid subscription package and to provide payment information so you can automatically keep your subscriber benefits after your trial is over. If you decide you don't want to be charged, simply &lt;rn answer_and target="_blank" contents="cancel" answer_id="634" /&gt; your subscription before the free trial period ends.<br><br>**I'm not eligible**<br>If you've recently enjoyed a free trial, or you're tired of waiting for a promotion, just go ahead and subscribe! We're pretty sure you're going to like Match. <br><br>To subscribe, click on the Subscribe at the top of the screen. The subscription screens will guide you from there.<br>  |
| 7 | Price and Subscription Package Options | **The Cost**<br>To compare the relative costs of purchasing these packages, simply sign in and click on the Subscribe button at the top of the screen, and the prices will come right up.  If you are a former subscriber, we may show your previous subscription package and payment method as the default selections.  Click Edit or Change Payment Method to choose a different subscription term or method of payment.<br><br>If you're not a member yet, don't worry. Since prices can vary and are subject to change, we just need a little information so we can show you the rates currently available to you. Click on Join for Free, and the single-screen sign-up process can easily be completed in less than a minute (you don't have to complete your full profile before clicking on Subscribe at the top to get the rates).<br><br>**Package Options**<br>When you're ready to start enjoying the benefits of full subscription, we're pleased to offer you subscription packages that span twelve, six months, three months, or one month. Each option includes all of our standard subscription benefits. Although our rates page highlights the monthly or weekly average for each of the options (to help you compare the relative costs of the packages),  your subscription package is charged in full when you subscribe. If you would like to be charged on a monthly basis, simply choose the one-month package.<br><br>For more information about subscription benefits, click &lt;rn answer_and style="TEXT-INDENT: 0in" contents="here" answer_id="271" /&gt;. |

| Answer ID | Summary | Answer |
|---|---|---|
| 11 | Email Road Notification Feature | Email Road Notification is a great feature you can add to a basic subscription for a small fee. It alerts you when a Match email you send gets opened, whether it was sent while signed into the site or if you used our offsite emailing process" target="_top" /&gt;&gt;. If you purchased a bundled subscription plan, this feature was included in your subscription price. |
| | | How do I add this service to my subscription? |
| | | If you don't have a subscription yet, simply subscribe, and there will be an option to select a package with this feature. To add Email Road Notification to an existing subscription, sign in and follow these steps: |
| | | Click on the gear icon in the top navigation bar |
| | | Click on Account Settings |
| | | Click on Subscription Status |
| | | Click on Choose and addition subscription package |
| | | Follow the prompts to add the feature to your current subscription |
| | | How do I know if my messages have been read? |
| | | Once you've added it to your subscription, you can easily see if your email messages have been read. Click on Messages in the top navigation bar, then click on the "Sent" link. The right-hand column of your sent email list will show whether or not and email has been read. Once you have purchased Email Road Notification, all read emails will display the date they were opened. |
| | | Will other Match members know when I have opened a message from them? |
| | | If you receive an email from another Match subscriber who has purchased Email Road Notification, they will be notified of the date you opened the email. The Email Road Notification status is available on-site in the subscriber's Sent folder for 180 days. |
| | | I received a response to an email that I sent, but Email Road Notification is showing the message as "Not Yet Read." |
| | | In a few cases, for off-site email (i.e. Hotmail, MSN, AOL, Gmail, Yahoo! email), the recipient of the email must have images and HTML enabled on their email client in order for Email Road Notification to function properly. If the recipient of the email has text-only set for their email client, then the subscriber sending the email will not receive a "read" receipt from Email Road Notification. |
| | | Click &lt;a href="/app/answers/detail/a_id/564" contents="here" target="_new" /&gt;&gt; for more information about emailing on Match |
| 14 | Dating Advice | We want to make sure you have the tools to make your time on Match safe and enjoyable. To help you, we've provided some helpful links at the bottom of every screen: |
| | | Our Online Dating Safety Tips are a great place to start. They give you important guidelines to help you protect yourself. They also provide some practical guidance on issues like meeting people offline for the first time. |
| | | Click on Dating Articles and Advice to go to Happen Magazine, where you'll find great articles, quizzes, columns, and more about issues of interest to the Match community. |
| | | How Online Dating Works gets you started on Match with information about your profile, searching features, matching features, and how to communicate with other members. |
| | | We recommend that you regularly take inspiration from our Success Stories. These are real people happily sharing their stories about how Match helped them find love. There's no better way to stay motivated in your search. |
| 21 | Same Sex Dating | Absolutely. When you register, we ask your gender and whether you're looking for a man or woman. Just fill in the appropriate fields, and you're on your way. |
| 29 | Searching for / Viewing your own profile | If you would like to see the way your profile appears to other members, it's easy to do. Simply click on your primary photo thumbnail in the top navigation bar and click on "Your public profile view" on the left side of the screen. The way your profile appears in the resulting screen mirrors the way it will appear to other members. However, if your profile is hidden, it won't appear at all.  |
| | | If you'd like to go a step further and see how your profile appears in search results, you'll need to sign out first. Your profile will not appear if you are logged in to your account. Then, click on Search in the top navigation bar and edit your criteria so the settings are matched to someone seeking a match like you. Also, you'll want to select fairly narrow criteria so that you don't have too many profiles to sort through. |
| | | After the results appear, use the drop-down menu to sort your results by usernames. This will sort the profiles into alphabetical order and make it easier to locate your profile. |
| 34 | Match Company Background | Check out the About Match and Media Room links at the bottom of any page. |

| Answer ID | Summary | Answer |
|---|---|---|
| 41 | How to Subscribe + Payment Options |  <br>We'd be delighted to have you as part of our subscriber community!<br><br>To subscribe, you'll need to sign up  for a free account (if you haven't already done so), then sign in and click on the Subscribe button at the top of the screen. The screen will direct you to choose from our subscription packages and then walks you through the billing process.<br><br>We currently accept payment by credit card or PayPal ("PayPal is not available to members outside of English-speaking North America). You can also pay by mail using a check or money order. Additional methods of payment include Visa Checkout and Masterpass.<br><br>Credit Card<br>Match happily accepts:<br><br>American Express<br>Discover<br>Diners Club <br>JCB <br>MasterCard <br>Visa<br><br>Prepaid Credit Card<br>We do accept prepaid cards on our site.  The card issuer, however, may require that you register the card on their website first.  Information and instructions on how to register your prepaid card should be listed on the back of the card itself.<br><br>Most gift cards and pre-paid cards require you to activate them first.<br><br>If the gift card has enough money on it when it is time to renew, the subscription will renew successfully. If there is not enough money on the card at the time of renewal, the renewal will not be processed.<br>To avoid a lapse in your service, you may wish to subscribe with a debit or credit card so your account can be automatically renewed<br><br>Mail a Check or Money Order<br>To request a subscription with a physical check or money order, please make your check or money order payable to Match (drawn on U.S. funds only) and include your username, email address, and whether you'd like a three or six-month subscription package.<br><br>IMPORTANT: We do not currently accept payments by mail (physical checks or money orders) for one-month subscriptions, premium services, or promotional rates/discounted offers. <br><br>When paying by mail, send your payment to the following address (mail delivery and processing time may take up to 14 business days): |
| 42 | Upgrading or adding to a subscription | Adding a Subscription<br>If, for example, you have a one-month subscription and want to add a six-month term with our Match Guarantee, you don't have resign your account and wait for your benefits to expire. Simply add a new subscription to your account. To do this online, please sign in to your account on the full website and follow these steps:<br><br>Click on the gear icon in the navigation bar at the top of the screen<br>Click on Settings<br>Click on Subscription Status<br>Click on Choose an additional subscription package<br>Select a subscription package<br>Click on Continue<br>Enter any payment information that may be requested<br>Click on Subscribe<br><br>Your account will be charged immediately, and your new subscription period will begin once your current subscription period ends.<br><br>Upgrading a Subscription<br>If, on the other hand, you would like to upgrade your current subscription by adding premium features, you can do this online by following these steps:<br><br>Click on the gear icon on the navigation bar at the top of the screen<br>Click on Settings<br>Click on Subscription Status<br>Click on Subscribe to additional Match services<br>Select the features you want to add<br>Click on Continue<br>Enter any payment information that may be requested<br>Click on Subscribe |

App. 1666

| Answer ID | Summary | Answer |
|---|---|---|
| 46 | Submitting Suggestions | Yes, your feedback is valuable to Match To submit your suggestion, please contact us by clicking here and selecting the Suggestions category.   |
| 49 | Technical issues - clearing cache/cookies | Clearing your browser's cache and cookies can resolve most browser related issues on our site. Included below are instructions for the most common browsers used on our site:   Internet Explorer 11:   Navigate away from Match Click on the gear icon in the top right corner Click on Internet Options Make sure you're on the "General" tab Under "Browsing History," Click on Delete... Check the checkboxes for "Temporary Internet Files" and "Cookies," and make sure "Preserve Favorite Website Data" is unchecked Click on Delete   Firefox:   Navigate away from Match Click on the Firefox button at the top of the screen Hover over "History" and click on Clear Recent History Click on the dropdown for "Time range to clear" and select Everything Click on the down arrow next to "Details" and make sure "Cookies" and "Cache" are selected Click on Clear Now, and close the Clear Recent History window   Safari:   Navigate away from Match Under the "Safari" menu, select Reset Safari Check Remove all cookies and Empty the cache  Click Reset   Chrome: |
| 104 | Who's Viewed Me - Explained | Our "Who's Viewed Me" feature is a handy tool that lets you know who has viewed your profile. Since they've taken a step to check out your profile, it opens the door to make that first connection. This feature is available to all paid subscribers, so others will be able to see when you've viewed them too. However, there's no indication of how many times or the exact time your profile was viewed. To access your "Who's Viewed Me" page, simply click on Viewed Me on the left side of the Home page. You can also see updates to this list in the "Who's Now!" section on the Home page. After 180 days, profiles are dropped from the Viewed Me list. For more on this feature, click on one of the following links: Click &lt;answer_ref target="_new" contents="here" answer_id="665" /&gt; for instructions on how to remove or sort the profiles you see Click &lt;answer_ref target="_new" contents="here" answer_id="319" /&gt; for information about your profile counter Click &lt;answer_ref target="_new" contents="here" answer_id="145" /&gt; for information on why your profile counter may be higher than the number of profiles in "Who's Viewed Me" Click &lt;answer_ref target="_new" contents="here" answer_id="664" /&gt; for information on how this feature works when your profile is hidden Click &lt;answer_ref target="_new" contents="here" answer_id="324" /&gt; for instructions on how to turn off email notification of when your profile is viewed |

| Answer ID | Summary | Answer |
|---|---|---|
| 116 | Improving Matching Results | Every member goes through the dilemma of how picky to be with matching preferences. The broader your criteria, the more matches you'll get, but the narrower your criteria. the greater chance you'll like the ones you receive! |
| | | We recommend adjusting your criteria over time to find the right balance. You can do this by signing into your account and following these steps: |
| | | Click on your primary photo thumbnail in the top navigation bar<br>Click the Edit pencil icon to the right of the section you wish to change<br>Make any necessary updates and click Apply |
| | | An easy way to broaden your criteria is to make small changes to your age, height, or location preferences, or to adjust whether certain elements about your match are "Nice to Have" or "Must Have." These small changes can often have big results. |
| | | My matches aren't following my stated preferences<br>Click &lt;rn:answer_xref target="_top" contents="here" answer_id="653" /&gt; for more information if your matches aren't following your preferences. |
| 143 | Email Address Cannot Be Used | Email addresses can only be associated with one Match account. If you get a registration error saying that the email address you've entered cannot be used, it's because it's already attached to an existing account. Enter your email address here so we can remind you about your account information.   |
| | | Once you have successfully accessed your account, you can update any of your information. Click &lt;rn:answer_xref answer_id="555" contents="here" target="_parent" /&gt; for instructions. |
| 272 | Emails Not Coming To Offsite Email Address | You should receive notification each time you receive an email. If that's not happening, consider the following: |
| | | Service delays are common with email providers. If you've recently seen the email appear in your Match account, it's possible that your offsite copy simply hasn't landed yet. |
| | | Your service provider may have certain filters or spam-blocking software installed. Click here for instructions on how to make sure your Match com emails don't get blocked. |
| | | It's possible that your Match account is linked to a different email address from the one you're checking. Notifications will be sent to the email registered on your Match account. |
| | | Your notifications from interested members may be turned off. Click &lt;rn:answer_xref style="TEXT-INDENT: 0in" answer_id="2242" contents="here" /&gt;  for instructions on how to see if Notifications from Interested Members is turned on.  |
| | | Click &lt;rn:answer_xref answer_id="564" contents="here" target="_parent" /&gt;  for more information about emailing on Match |

| Answer ID | Summary | Answer |
|---|---|---|
| 273 | Free Membership vs. Subscription | **Free Membership: What You Get**<br>Join for free and you can enjoy access to the largest online dating site there is! As a free member, you'll be able to create a profile, post photos, conduct searches, send and receive winks, and benefit from our unique matching systems that sift through all the choices and deliver potential matches direct to you! Plus, you can also cruise the site and access your account from our mobile site or from our apps.<br><br>**Membership: How to Do It**<br>To join for free please follow these steps:<br><br>Click on this link to visit the sign-in page.<br>Click on the Join for Free link below the sign-in box.<br>Fill out the online registration form and click on the Continue button.<br>You are ready to fill out your profile and get started on your search for a match!<br><br>**Subscription: What You Get**<br>Subscribing to Match gives you access to a growing set of tools - on our main site, mobile site, or any of our smartphone apps - that will help you find the relationship you want and deserve. As a subscriber, you can:<br><br>Receive and reply to messages from other Match subscribers; <br>Send messages to Match members you are interested in<br>See who has viewed or favorited your profile<br>Connect faster with IM<br>Keep track of all open Connections in one place – including those you've sent Winks and Likes to<br>Remove members you're not interested in from your search results in order to make room for other possibilities<br>Attend Match Events to meet other Match members face-to-face <br><br>**Subscription: How to Do It**<br>To subscribe, you'll need to sign up for a free account (if you haven't already done so) and click on this &lt;i:m:subscribe button at the top of the screen. This screen will direct you to choose from our &lt;i:m:answer_xref title="Subscription packages" answer_id="7" contents="here" target="_self" /&gt;&lt;/i&gt; target="_self" /&gt;&lt;i&gt; target="_self" /&gt; and will walk you through the billing process. |
| 281 | Reactivating a Paid Subscription | **Free Trial**<br>A free trial is a great benefit that allows you a few days to enjoy the full range of subscription benefits. Click this &lt;i:m:answer_xref title="here" answer_id="3" contents="here" target="_self" /&gt;&lt;/i&gt; for more information on free trial promotions.<br><br>If you've resigned your subscription and your subscription form has not expired, you'll see a "Reactivate" button in the top navigation bar. Click on this button to reactivate your subscription. If your renewal date has passed, this button won't appear and you can access your subscription benefits again by reactivating. |
| 283 | Sign-up Errors | Try to sign up here. Remember when signing up that an email address can only be used with one Match account. Click this link &lt;i:m:answer_xref /&gt;&lt;/i&gt; for more information. |
| 302 | Searching for Online Members | After choosing your search criteria, check the box next to Online Now on the search form. Your results will include only members who fit your search criteria and who are currently online or have been active within the last hour. |
| 303 | Searching for Members with Photos | After choosing your search criteria, check the box next to With Photos on the search form. Your results will include only members who fit your search criteria and have photos on their profile.<br>You can also indicate that you only want to see matches with photos in your profile settings. If you have done this, your default search will have the With Photos box selected automatically. To update this setting, click your primary photo thumbnail and click the pencil icon next to your seeking information at the top of the About section. Check the "Only show matches with photos" box and click the "Apply" button. |
| 330 | Automatic Sign-in | Match's auto sign-in feature allows us to recognize you each time you visit our site, eliminating the need to enter your email address and password with each visit.<br><br>There are two ways to enable/disable the Auto Sign-In feature when you visit the Match site:<br><br>You can turn this feature on or off at any time by visiting the Auto Sign In page under your Account Settings. Set your preference and click on Go.<br>If the "Keep Me Signed In" check box on the sign-in page is checked, it will also turn on auto sign-in. After you sign out, you can turn auto sign-in off by unchecking this box.<br><br>Please note: If multiple people use your computer, the auto sign-in feature will allow others to access your Match account.  |
| 348 | Updating Credit/Debit Card Information | If the account number you used to subscribe with us is no longer valid, or if you'd like to use a different method of payment for future billings, you'll want to update your information to make sure your subscription will renew properly. To do this, just go to Account Settings, select the "Subscription Status" link, and then select the "Change Payment Method" link under the payment details on file. |

| Answer ID | Summary | Answer |
|---|---|---|
| 362 | Checking My Renewal or End Date | To check the date your subscription is scheduled to renew or lapse, click on the gear icon in the top navigation bar, click on Settings and then click on Subscription Status (if you don't have an active subscription, this link will not appear). Your subscription End Date and Renewal Status information will be displayed on this page.<br><br>Click &lt;rt;m answer_id title="here" anchor="here" target="_new" contents="here" answer_id="42"/&gt; for information about adding additional features or upgrading your subscription term<br>Click &lt;rt;m answer_id title="here" anchor="here" target="_new" contents="here" answer_id="359"/&gt; for information on how to cancel or resign your account<br>Click &lt;rt;m answer_id title="here" anchor="here" target="_new" contents="here" answer_id="260"/&gt; for information about auto-renewal<br>Click &lt;rt;m answer_id title="here" anchor="here" target="_new" contents="here" answer_id="515"/&gt; for information about redeeming our Match.com Guarantee<br><br>If you have paid for a subscription, but the Subscription Status link does not appear, make sure that you are signed into the right account. You might also want to verify with your financial institution that your payment was processed. |
| 551 | Reverse Matching - Explained | Reverse Match is a fun feature we offer that returns matches who are looking for someone just like you. So no matter how they fit into your preferences, you'll know that you fit their preferences very well.<br><br>To see you Reverse Matches, just go to the Search page and click on Reverse Match.<br><br>Reverse Match is based on your profile. So, the more specifically you describe yourself in your profile data, the more accurate your Reverse Matches will be. |
| 768 | Profiles on Match - Explained | Your profile is your best tool for making a good first impression on potential matches. We strongly encourage you to complete a thoughtful profile and make it visible so you can start hearing from matches! As you're building your profile or looking at others, you're bound to run into some questions. Refer to the list below for some of the most frequent issues we address on the subject.<br><br>Basic features and functions:<br><br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="541"/&gt; for information on creating a profile<br>Click &lt;rt;m answer_id style="TEXT-INDENT: 0in" target="_self" contents="here" answer_id="1082"/&gt; for approved guidelines<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="946"/&gt; for instructions on how to edit an existing profile<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="472"/&gt; for answers to your questions relating to hidden profiles<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="154"/&gt; for how to see who has viewed your profile, or whether others see when you view theirs<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="602"/&gt; for information about PhotoPro<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="359"/&gt; for information about your Profile Counter<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="354"/&gt; for information about highlighted profiles<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="730"/&gt; if your question relates to photos<br><br>More information and troubleshooting:<br><br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="407"/&gt; if a profile you're trying to view is "unavailable"<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="539"/&gt; if you'd like to delete your profile<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="410"/&gt; if your profile appears to be losing text you've entered<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="156"/&gt; for how to edit the ins and outs of searching for your own profile<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="406"/&gt; for information about the "New" label on some profiles<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="579"/&gt; if it looks like your profile is not appearing<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="24"/&gt; for an explanation of "Online Now" and "Active Within"<br>Click &lt;rt;m answer_id target="_self" contents="here" answer_id="645"/&gt; if you'd like to control who sees your profile and photos |
| 1667 | Who Do You Like | The Who Do You Like section features members we think might interest you based on what you're looking for.<br><br>If you see someone you like in this section, click their photo, and we'll let them know you liked it.  If you don't like the matches, click Skip to go to the next pair of photos.  Once you've liked several photos in the set, you will see more information from the profiles you like and have the option to email your potential matches.  If you are unsure about liking a particular photo, click the Username link to read the member's profile before you take action.<br><br>Once action is taken or you refresh the current session, reviewed photos are not saved anywhere on the site. |
| 1866 | Removing Community Badges from Your Profile | To remove Community badges that are currently displayed on your profile:<br><br>1. Log into the Match site and hover over your primary photo thumbnail at the top right of your screen. Select View/Edit in the drop-down menu.<br>2. Scroll to the bottom of the screen and click the pencil icon to edit Communities.<br>3. To remove a Community, simply click the Remove button below any badge. |
| 2108 | Match Me | This feature allows members to pay an additional fee so they are placed in the Daily Match results of another member who shares the same or similar profile interests.<br>In addition, the feature only allows you to be matched with a specific member every 30 days. |

App. 1670

| Answer ID | Summary | Answer |
|---|---|---|
| 2131 | Reply for Free - Purchase | At the top of your screen, click the Powerup button. You will be directed to the Add-on screen where you must select the Add button below Guarantee Anyone Can Reply to Your Emails. Or if you are currently emailing an email, simply click the Guarantee They will Read It button located at the bottom of the message field. This takes you to the payment screen for processing and a confirmation is provided on the screen. Don't worry if you are in the middle of your subscription, we will prorate the feature based on the time remaining on your account. |
| 2155 | American Heart Association | Starting in September 2014, Match began a partnership with the American Heart Association (AHA). Match has learned through our relationship and marketing survey findings that being in a relationship is beneficial to your overall health. Therefore, we wanted to partner with an association that supports a healthy heart.   You can show your support of the AHA by adding their badge to your current profile. To add the badge, access your Profile and then locate the Communities section. Click the Edit link and then locate the AHA badge. To ensure you have added the badge, make sure you click the Apply button. |
| 33 | Search Sorting Options | For your convenience, we've provided a number of ways to sort the results when you search for matches. <br> - Match picks - sorts your results based on your search criteria and what we know about you <br> - Activity Date - sorts by the date when each match was last online, communicated with another member, or checked their matches (most recent at the top) <br> - Newest First - shows the members that have joined Match from most recent to least recent <br> - Age - sorts youngest to oldest <br> - Photo counts - sorts based on profiles with the most photos <br> - Username - sorts by username, in alphabetical order (numbers come before letters) <br> - Distance - sorts closest to farthest from the zip code or city you indicated <br> - Mutual Match - sorts based on compatibility using our Art rm answer_id="500" contents="Mutual Match" target="_self" /&gt; criteria <br> - Reverse Match - sorts based on compatibility using our Art rm answer_id="551" contents="Reverse Match" target="_self" /&gt; criteria <br> <br> You can adjust your sorting options in the top-right corner of the search results. |
| 13 | matchMobile - Explained | Match Mobile is Match's conveniently formatted mobile device. The features available Match will depend on the type of device you are using <br> <br> Accessing matchMobile <br> Accessing the site via matchMobile is free. If you have a mobile device equipped with an Internet browser, you can access the mobile site by navigating to www.match.com. We'll detect the type of device you're using and reformat the screen and functionality for your device. You can also go straight to m.match.com. <br> <br> Features <br> Although features will vary depending on the device you are using, matchMobile allows you to access most of your site benefits. For example, you can sign up for a new account if necessary, search and browse profiles, view and rate your matches, and send and view Winks and messages (sending and viewing messages requires a paid subscription) <br> <br> Please note that, depending on your device, you may not be able to access all site features or account settings via matchMobile. |
| 45 | Affiliate Programs | Learn about or join our program on the Become an Affiliate link at the bottom of any page. |
| 2223 | What are the Verification Badges? | Verifications are badges that build trust with other members in the Match community. Badges let other members know that your contact information is accurate once you verify your email, phone number or social media accounts. We assure that verifying your badges will not cause Match to post to your social media accounts nor will we share your personal contact information. It simply lets other member know we've verified that you are who you say you are, and that can go a long way in the world of online dating. Click Art rm answer_id style="TEXT-INDENT: 0in" contents="here" answer_id="2224" /&gt; for a step-by-step guide on how to add your badges.     |
| 399 | Email - Sending | Once you have subscribed, you are free to email any of our members. There are several options for composing new emails: <br> <br> You can respond to emails you've already received by clicking on Reply Now while viewing any of your messages. <br> To compose a new email from your inbox, click on Compose Email in the left-side navigation and type in the username of one of your Connections. <br> You can click on Email her/him from any profile page. <br> You can choose a connection from the left-side navigation of your Match inbox to send an email to. <br> If a connection is not visible in your left-side navigation, you can click on See all, then click on the photo of any connection available on your Connections page. <br> <br> Some members may have the option of sending Match email directly from your off-site email account. Click Art rm answer_id="new" contents="here" answer_id="521" /&gt; for more information about how to do that. <br> <br> Click Art rm answer_id target="_new" contents="here" answer_id="564" /&gt; for more information about emailing on Match <br> Click Art rm answer_id style="TEXT-INDENT: 0in" contents="here" answer_id="2130" /&gt; for information about our Reply for Free feature |

App. 1671

| Answer ID | Summary | Answer |
|---|---|---|
| 402 | What is Profile Pro? | Want to make a great impression? Our team of expert writers will overhaul your profile in only a few days. Go ahead: get yourself noticed and increase your chance at romance!<br><br>Ready to get started?<br>1. Log into your Match account<br>2. Click the  Entice Him/Her banner in the bottom left hand corner of the screen<br>3. Enter your payment information, and then click Buy Now<br>4. You'll receive an introductory email and  survey from one of our writers. They'll get started on your profile as soon as you reply<br>Please note: certain features may only be available for purchase using the full site. <br>Also, once your survey responses are submitted, you will NOT receive a confirmation from us unless we have additional questions for you. Additional replies will reset the time and date submitted on your ticket, which could delay your writer getting in touch with you in a timely manner. Thank you for your patience.<br>Haven't received your questionnaire?<br>Here's a few things you can try:<br>- Check your bulk, junk, and spam folder (tabs for Gmail users)<br>- Add our site to your trusted list of Websites. (Contact your email provider for help)<br>- Have more than one email address? Make sure you check all of them just in case it was routed to a different address.<br><br>Need more help?<br>       - Questions or concerns about the profile you received? Reply directly to the email you received from your writer.<br>       - Need help uploading your new profile? Click &lt;m answer_url style="TEXT-INDENT: 0in" contents="here" answer_id="946" /&gt; to review the profile upload steps.<br><br>$ProfilePro<br>  |
| 405 | Canceling Additional Features | You have the ability to cancel an additional feature at any time. To do this, please sign into your account and follow these steps:<br><br>Click on the gear icon in the top navigation bar<br>Click on Settings<br>Click on Subscription (for security purposes you may be asked to re-enter your password).<br>Click the "Deactivate" link to the right of the service you wish to cancel.<br>If asked if you are sure you wish to cancel, click on Yes.<br><br>After canceling, you'll notice the Deactivate link will change to read Reactivate.  If you wish to add the canceled service back to your subscription simply click the Reactivate link.<br><br>You will still be able to utilize the additional feature(s) you canceled until the end date shown on the Subscription page. <br><br>  |
| 414 | Increasing My Responses | If you're not getting the  responses you are hoping for, consider the following:<br><br>If you don't have a photo, add one. This is the fastest and easiest thing you can do to increase your responses. Statistics prove that profiles with photos are up to 15 times more likely to receive attention than profiles without.<br><br>If you're not receiving any responses at all, be sure you're checking for responses at the email address you gave us when you signed up. It could be that your responses are simply landing at a different email address. If you are looking at the right address, also check whether you might have a Spam filter that's catching your Match messages. Check with your email provider about how to add Match as a trusted sender.<br><br>We recommend making a lot of initial contact attempts. It may also help to expand your search criteria in order to find more prospective matches. Be sure and take advantage of the custom search features of the site and experiment with different search parameters.<br><br>Match has a profile consulting service called ProfilePro. Our experts are standing by to provide you with expert writing assistance, tips to improve your profile, and professional photo help.  Letting us guide you through creating a profile can really help get you noticed and boost your chances for romance. |

| Answer ID | Summary | Answer |
|---|---|---|
| 420 | Unable to Sign In | If you are receiving an error message when attempting to sign in and use your password to make changes to your account settings, please review the following troubleshooting tips to help get you on your way: <br><br> **Email Address/Password Issue** <br> Hopefully, this is a simple matter of entering the right email address and password. If your password auto-populates for you, try typing the password in manually. If that doesn't work, &lt;a href&gt; click here to enter/edit your registered email address and&lt;/a&gt; send you a password reset email &lt;a href&gt;. <br><br> **Blocked & Refunded** <br> We take security very seriously at Match. Unfortunately, that means that sometimes honest members are mistakenly blocked and/or refunded. If you're a paid subscriber, check your financial account to see if we've returned your subscription charge. If a mistake has been made on our part, please contact us immediately so we can make it right. <br><br> Some other possibilities: <br><br> If you reset your password using the Forgot Password form but the email is still unable to sign-in, make sure you're accessing the U.S. sign-in page by navigating to http://us.match.com. <br> If your email address is not recognized in the Forgot Password form, make sure you are entering the email address associated with your Match account. If you have multiple Match accounts, make sure you enter the right one. <br> If you're sure you have the right email address, and it's not being accepted, there may be a larger issue to address. Contact us, and we'll get it taken care of as quickly as possible. <br> If you are copying and pasting your password into the password field, be sure you did not copy a blank space before or after the password. <br><br> **Still Not Working - Contact Us** <br> It was worth a shot. If we haven't been able to resolve your situation with the information above, please contact us. To help us find your account, make sure to include in your message your full name, email address, username, and ZIP code, along with a description of what happens when you try to sign in, including any error messages. &lt;a href&gt; |
| 643 | Sending an Email Address or Link | In order to guard against those who may try to use our site in dishonest ways, Match automatically replaces an offsite email address in the very first email sent to any given member by a new contact with an "@talkmatch.com" email address (i.e., JaneDoe@talkmatch.com). <br><br> Similarly, any url or link included in an initial email to another member is removed. <br><br> Once that initial contact has been made, and the member has responded, we don't modify any future correspondence. <br><br> Click &lt;a href="" answer_id="564".&gt;here&lt;/a&gt; for more information about emailing on Match. |
| 646 | No Response to Emails | There are several reasons why you may not be getting responses to emails that you have sent to a particular member: <br><br> Not all members check their email on a frequent basis <br> Some members choose not to respond to all contacts, although Match encourages everyone to reply to all messages received. <br> Not all members are subscribers. Only paying subscribers, or recipients of the Reply for Free feature, can reply to emails they receive. <br><br> Non-paying members do receive notification of new emails received, so they have the option at that time to purchase a subscription to read the emails. We also offer free trials on a regular basis where non-paying members can read and send emails during their trial period. <br><br> If you would like to see if an email that you have sent has been read by the receiving party, you can add the "Email Read Notification" premium service to your subscription. Click &lt;a href="" answer_id="11" contents="here" target="_top".&gt;here&lt;/a&gt; to learn more about Email Read Notification. <br><br> Click &lt;a href="" answer_id="414" contents="here" target="_top".&gt;here&lt;/a&gt; for some suggestions on how to increase your responses. <br> Click &lt;a href="" answer_id="564" contents="here" target="_next".&gt;here&lt;/a&gt; for more information about emailing on Match. |
| 648 | Messaging Free Members | Messaging Match is the heart and soul of how people connect on Match, and it is how Match starts with a paid subscription. This creates a more secure environment and helps ensure that those you're communicating with are as serious in their search as you are. <br><br> Our non-paying members do receive notification of new &lt;a href&gt; messages received &lt;/a&gt; messages received, so they see interest being shown &lt;a href&gt; towards them. They &lt;/a&gt; can subscribe so they'll receive the &lt;a href&gt; messages &lt;/a&gt; or a brief period of time. <br><br> Although our paying vs. non-paying members are not differentiated on the site, we do offer a premium service called "Message Read Notification," which allows paid members to see who has opened and read the messages they've sent. Members who are not active subscribers will only appear to paid subscribers, but they will always &lt;a href&gt; show the status of 'unread' to the sender. <br><br> The Reply for Free &lt;a href&gt; feature allows free members to reply to paid subscriber emails. The paid subscriber assumes the cost as this requires an additional Add-On purchase. <br><br> To learn more about &lt;a href="" answer_id="11" contents="here" target="_top".&gt;&lt;/a&gt; Message Read Notification, click &lt;a href&gt;here&lt;/a&gt;. <br><br> To learn more about &lt;a href&gt; Reply for Free &lt;/a&gt;, click &lt;a href="" answer_id="2130" contents="here" style="TEXT-INDENT: 0in" answer_id="2130" contents="here".&gt;&lt;/a&gt;. |

| Answer ID | Summary | Answer |
|---|---|---|
| 1215 | Editing or Updating a Profile | **From the Android app**<br>To update your profile from the Match Android app,<br><br>From the home screen, tap on the 3-line icon <br>Tap on Edit Profile<br>One by one, choose the sections you'd like to edit, and make your changes<br>In each section, tap on Save when you're done<br><br>**From the full website**<br>If you'd like to edit your profile from the full Match website, simply click on your primary photo thumbnail in the top navigation bar. Scroll down to navigate through the profile sections. To edit fields, either click on Edit next to the name of the field, or, if it's a text field, simply click in the text entry box. For some sections, you'll need to choose "Must Have" or "Nice to Have" in the My Date portion. Click on Save or Submit for Approval (depending on the section) when you're done.<br><br>If you're editing a field that has to be sent for approval, it may take an hour or two before it's approved and posted to the site. Click here&lt;!--TEXT-INDENT: 0in" answer_id="7&#37; contents="here" /&gt; for information on updating vital information like your username, password, email address, birthdate, or location.<br><br>**Visibility**<br>When you're editing your profile, we assume it's because you want people to see your updates. For this reason, your profile will automatically become visible after it is edited. If you do not want it to become visible, click here&lt;!--TEXT-INDENT: 0in" answer_id="662" contents="here" /&gt; for instructions on how to hide your profile from view. |
| 1931 | In-App Purchase Subscription Changes | *This answer only applies to members who purchased a subscription through our iPhone app with an iTunes login<br><br>Purchasing a subscription through the iPhone app allows you to easily gain subscriber benefits right from your mobile phone. The transaction is made by Apple using your iTunes account. For this reason, we are unable to make changes to the billing for any reason, including:<br><br>Purchase was made on wrong account<br>Wrong subscription term purchased<br>Cancelling Recurring payments<br>Changing method of payment<br><br> <br>For assistance with these or any other billing change, please contact Apple at: http://www.apple.com/support/itunes |
| 998 | Photo Likes and Comments | On Match, when you see a photo that interests you, you can let the member know by giving a Photo Like. When you're viewing a photo, click the thumbs up icon in the top right corner of the image.<br><br>As a benefit of your paid subscription, you can also comment on photos. If you'd like to leave a photo comment, click on the image or choose the Photos tab on the member's profile. You can type your comment in the box directly below the photo and click Send to let the member know your thoughts. Photo Comments are a great way to break the ice and start a conversation. They are not visible to other Match.com members viewing the profile.<br><br>*Note: If you clicked "Like" by accident, there is no way to "unlike" or take it back. The good news is that you may have made someone's day by liking his/her photo!<br><br>**Accessing Your Likes**<br>To access all of your Photo Likes, hover over "Connections" at the top of the page and click on Likes. You can see all of the members whose photos you've "liked," and subscribers can view Photo Likes they've received. To switch between the two views, click the Likes Received and Likes Sent radio buttons in the top-left corner of the page. You can even sort your likes by Most Recent, Activity Date, Photo Count, or Username.<br><br>**Photo Likes in Who Do You Like Section**<br>The Who Do You Like section of the home page features member profile photos that you can "Like" or "Skip." Those Photo Likes will appear on your Likes page.  |

| Answer ID | Summary | Answer |
|---|---|---|
| 980 | In My Own Words - Explained | The most important factors to remember in the "In my own words" section of your profile are:<br><br>There is a 200 character minimum.<br>You have 45 minutes to&#4160;work on&#4160;your profile. You may&#4160;experience a &lt;tt:n:experience_xref style="TEXT-INDENT: 0in" answer_id="410" contents="session time-out" /&gt;&lt;/tt:n&gt; after 45 minutes. If this section on the&#4160;profile page times out and you try to submit&#4160;your profile, you will lose your information.<br><br>Solution: Work on your profile in a separate document, then copy and paste it into the text box to submit it for review.<br><br>If your profile has not been approved, you will&#4160;see a&#4160;notification at the top of the profile edit screen, as well as receive an offsite email from us. We may reject profiles that contain any of the following:<br><br>Abusive language of any kind, including profanity, vulgarity, racism, illegal activity, etc.<br>Any direct contact information, including email addresses, URLs, instant messenger IDs, phone numbers, addresses, etc.<br>Unauthorized use of copyrighted or trademarked material<br>Business or political advertisements or solicitations<br>Languages other than English or Spanish<br>Material that exploits or solicits personal information from individuals under the age of 18<br>Overt solicitation for sex or descriptions of sexual activity, anatomy, etc.<br>Solicitation of multiple or additional partners<br><br>Match does not accept content from:<br><br>Incarcerated individuals<br>Individuals under the age of 18 |
| 2229 | Can't Save Email Drafts | Having Trouble Editing this section?If you're trying to edit this section, and buttons aren't responding or changes aren't&#4160;"sticking" &#4160;you've found that some of these issues can be resolved by refreshing the page (F5 on your keyboard).<br><br>Want to create the perfect email before you send it to your match?<br><br>A great way to save a copy of your message is by writing the message using your computer or devices word processor, and then copying and pasting it onto the site.<br><br>&lt;tt:n answer_id style="TEXT-INDENT: 0in" answer_id="299" contents="Click" /&gt;&lt;/tt:n&gt; here for instructions on sending emails.<br>&lt;tt:n answer_id style="TEXT-INDENT: 0in" answer_id="23" contents="Click" /&gt;&lt;/tt:n&gt; here for a list of online dating tips. |
| 2167 | Private Mode Explained | &#4160;<br><br>Private Mode&#4160;is a Match feature that allows you to display your profile to individuals you have previously communicated with or potential matches selected by you. When reviewing profiles you will see the message, He/She Can't See You or He/She Can't See You. You can then decide if you would like to continue or to change visibility settings for the potential match.<br><br>Private Mode may be purchased during the initial subscription process or later at a prorated price. Private Mode may not be combined with the 6-Month Guarantee and will void Guarantee redemption if added and activated during a current Guarantee subscription.<br><br>Private Mode works on our mobile site and mobile apps, but you must access the full website to turn up your visibility settings.<br><br>Click &lt;tt:n answer_xref style="TEXT-INDENT: 0in" answer_id="2169" contents="here" /&gt;&lt;/tt:n&gt; for more information on turning Private Mode off and on&#4160;<br>Click &lt;tt:n answer_xref style="TEXT-INDENT: 0in" answer_id="2170" contents="here" /&gt;&lt;/tt:n&gt; for more information on making yourself visible to others while in Private Mode<br><br>&#4160;<br>&#4160; |

| Answer ID | Summary | Answer |
|---|---|---|
| 827 | Changing Your Age | We calculate your age from the birthdate you entered in your account settings. If there is a problem with the way your age is displaying, you can update your information by accessing the Sign Up Information page under your Account Settings. You will be prompted to re-enter your current password for verification.<br><br>Remember, being truthful, accurate, and current is the best way to ensure a good start in a new relationship.<br><br>To locate and fix your birthdate and age, simply follow these steps:<br><br>Sign in with your username and password<br>Click on the gear icon on the navigation bar at the top of the screen<br>Click on Settings<br>Click on Sign Up Information (for your protection you may be required to re-enter the birth date entered on your account and your password)<br>Click on the Change Sign-up Info button<br>Make your updates and click on Continue<br><br>Click &lt;!--m:answer_3rd answer_id="555" content=--'here' target="_self" /&gt; to learn how to update other important account information. |
| 1145 | Adding photos | Whether you're a new member or simply want a fresh look, uploading photos can be done quickly and easily. There are a number of ways to go about adding a photo to your profile. All are easy. Click here for guidelines, including rules for the size and type.<br><br>To add a new photo from your Match Android app:<br><br>From the App's home screen, tap on the menu button at the bottom of the screen and choose My Profile<br>Choose Upload a Photo<br>Choose Upload More Photos<br>Either select a photo from your gallery or take a new one<br><br>If the photo isn't on your device, there are other ways to upload it:<br><br>Option 1: Upload your photo to your profile from your desktop computer. To upload photos:<br><br>Sign in to Match using your username and password<br>Click on your primary photo thumbnail in the top navigation bar<br>Click on Photos<br>Click on Choose Photo, and navigate to and select the photo you'd like to add; your upload will begin automatically<br><br>If your photos are approved they will be posted. It shouldn't take more than an hour or two for your photo to appear on your profile. Be sure to crop your photos the way you'd like them before uploading.<br><br>Option 2: Import from Facebook using your computer. To import photos already posted on your Facebook account:<br><br>Sign in to Match using your username and password<br>Click on your primary photo thumbnail in the top navigation bar<br>Click on Photos<br>Click on Import from Facebook; you may be asked to enter your Facebook username and password (if it's your first time using this feature)<br>Select the photos you wish to upload from your Facebook albums; to remove a selected photo, click the X in the top-right corner<br>Click Import Photos<br><br>If your photos are approved they will be posted. It shouldn't take more than an hour or two for your photo to appear on your profile. Be sure to crop your photos the way you'd like them before uploading.<br><br>Option 3: Email your photo to us. We'll do the work for you and post your photos free. Here's how: |

| Answer ID | Summary | Answer |
|---|---|---|
| 653 | Matches Not Following Preferences | When we email your matches to you, we do our best to provide qualified Mutual Matches based on the criteria you give us; however, it happens sometimes that on a given day, there aren't any new matches that fit the bill exactly. In those cases, we may send "Members We Selected for You" that still may be of interest to you. even though they are outside of one or more of your preferences, such as age or location.<br><br>I only want matches that strictly adhere to my preferences<br>We send Match.com by Mail to you as often as you specify in your mailing preferences. And by default, when there aren't new Mutual Matches based on your preferences, we'll send you member profiles under the heading "Members We've Selected for You" that come as close as possible. But maybe you're OK with fewer, more specific matches and don't want the broader selections on the days when there aren't any more specific matches to send you. That's fine, too. Simply scale back the amount of emailed matches we send you each week. To do this:<br><br>Hover over the Mail gear icon in the top navigation bar<br>Click on Email Preferences <br>Adjust your preference for Match.com by Mail frequency<br>Click on Update at the bottom<br><br>Click &lt;rn:answer_xref answer_id="550" contents="here" target="_top" /&gt; for more information on Mutual Matches<br>Click &lt;rn:answer_xref answer_id="547" contents="here" target="_top" /&gt; for more information about Match.com by Mail |
| 651 | Signing In | To sign into Match, go to http://www.match.com and enter your registered email address, along with your password. If you have forgotten your password, click  here and enter your email address. An email with instructions on how to reset your password will be sent to that email address. |
| 1024 | Importing Photos From Facebook | *This feature is not available to members outside of English speaking North America<br><br>Importing Photos From Facebook<br><br>We're happy to provide the option to import photos directly from Facebook into Match.<br>To import your photos:<br><br>Click on your primary photo thumbnail in the top navigation bar<br>Click on Photos<br>Click on the Import From Facebook button<br>Follow the instructions to log into your Facebook account<br>Grant the necessary permissions if you haven't done so before<br>Select the folder you want to choose photos from and click on the photos you want to import<br>Click on Import Photos<br><br>Photos imported from Facebook will be reviewed and must adhere to the same guidelines as those uploaded any other way. Click &lt;rn:answer_xref style="TEXT1 INDENT" 0n" answer_id="138" contents="here" target="_new" /&gt; for those guidelines.<br><br>Keep in mind, your Match profile can have up to 26 photos. For photos with captions, the caption will be submitted for approval as well and will display with your photo if it is approved. Captions greater than 140 characters will not be imported.<br><br>Also, be aware that Facebook albums that are set to be visible only to you cannot be imported.<br><br>Will my Facebook friends see that I'm on Match?<br>We understand that your privacy is important to you, so neither of the actions mentioned above will result in showing your Match profile to your Facebook friends or posting anything to your timeline without your knowledge. |
| 665 | Hidden Profile - Selective Visibility | Match now offers a paid feature called Private Mode that allows you to selectively hide or make your profile visible to specific members. If Private Mode is available in your location, you will see the option when you access your Profile Settings screen. <br><br>Click &lt;rn:answer_xref target="_new" contents="here" answer_id="472" /&gt; for more information on hidden profiles. |
| 2202 | Mariah Carey's Profile | Mariah Carey debuted her profile on Match, along with the new video for her latest single Infinity. Members can access Mariah's Match profile, which her girlfriends helped set up, to learn more about what she's looking for in a potential match. The profile will provide links to her latest video and other promotional items throughout Mariah's time on the site. Please note, videos may only be viewed when accessing the full site. |

App. 1677

| Answer ID | Summary | Answer |
|---|---|---|
| 659 | Phishing Scam Emails | We've become aware that some members are receiving emails asking for "confirmation" of their usernames and passwords. These are nothing more than phishing scams attempting to collect members' sign-in information. Remember, Match will never send emails asking for personal or account information, and certainly not for financial information. |
| | | Suspicious emails can be forwarded to customercare@support.match.com. Be sure to include the word "phishing" in the subject line.  While we won't respond to each submission, we do thank you for letting us know when you see fraudulent emails like these. If you need a response, contact us here. |
| | | If you responded to a phishing email with your sign-in information, sign into your account immediately and change your password. Click &lt;a answer_ref answer_id="555" target="_new" contents="here" /&gt;  for instructions. |
| | | If your sign-in information no longer works, contact us immediately. |
| | | Examples |
| | | The following are just a few examples of the phishing emails we've seen: |
| 1570 | Guarantee - How it works | "This subscription package is only available when subscribing via the mobile or full site. We know you'll meet tons of great people during your 6-month subscription with us. But, if you don't find someone special during that time, we'll give you an ADDITIONAL 6-months free to continue your search. |
| | | The guarantee is included only on 6-month subscription packages and gives you access to all subscriber benefits. During your 6-month subscription, you must: |
| | | Create a truthful Match profile with a primary photo and keep it visible to the public 100% of the time during your 6-month subscription term. Respond to or initiate email communication with at least 5 unique Match members each month through the Match service. Comply with all of the Match Guarantee Program rules. |
| | | NOTE: A A unique member is one which you have not previously emailed. A "Qualifying Email" must be an email sent through the Match service and does not include any other method of communicating (such as Match winks, match&#174;Phone™  instant messages, or emails sent outside of the Match system.) |
| | | If you have not met someone special after six months and have followed all the program rules, you will qualify for the Guarantee extension at no additional expense to you. |
| | | If you did not meet all the program requirements to qualify for the Guarantee extension, your 6-month subscription will automatically renew like any other subscription, unless it is resigned before the renewal date. |
| | | You can track your progress during your 6-month subscription by viewing your Progress Page. For more information about the Progress Page, click &lt;a answer_ref title="here" target="_blank" contents="here" answer_id="515" /&gt;. |
| | | If you qualify for your free six months, you will be billed for the renewal of any premium features that have been added to your subscription. |
| 515 | Guarantee - Redeeming your free time | During the last seven days of your initial 6-Month Guarantee subscription, you can go to the 6-Month Guarantee Progress page to answer a question related to your eligibility status and potentially redeem your free six months.  If you qualify, your free time will be added.  If you did not qualify, check your status section for red exclamation points, which will indicate the reason.  If you're not eligible, your six-month subscription will automatically renew like any other subscription, unless it is resigned before the renewal date. |
| | | If you qualify for your free six months, you will be billed for the renewal of any premium features that have been added to your subscription. |
| 2041 | Guarantee - How it works | "This subscription package is only available when subscribing via the mobile or full site. We know you'll meet tons of great people during your 6-month subscription with us. But, if you don't find someone special during that time, we'll give you an ADDITIONAL 6-months free to continue your search. |
| | | The guarantee is included only on 6-month subscription packages and gives you access to all subscriber benefits. During your 6-month subscription, you must: |
| | | Create a truthful Match profile with a primary photo and keep it visible to the public 100% of the time during your 6-month subscription term. Respond to or initiate email communication with at least 5 unique Match members each month through the Match service. Comply with all of the Match Guarantee Program rules. |
| | | NOTE: A unique member is one which you have not previously emailed. A Qualifying Email must be an email sent through the Match service and does not include any other method of communicating (such as Match winks, match&#174;Phone™  instant messages, or emails sent outside of the Match system.) |
| | | If you have not met someone special after six months and have followed all the program rules, you will qualify for the Guarantee extension at no additional expense to you. |
| | | If you did not meet all the program requirements to qualify for the Guarantee extension, your 6-month subscription will automatically renew like any other subscription, unless it is resigned before the renewal date. |
| | | You can track your progress during your 6-month subscription by viewing your Progress Page. For more information about the Progress Page, click &lt;a answer_ref title="here" target="_blank" contents="here" answer_id="515" /&gt;. |

| Answer ID | Summary | Answer |
|---|---|---|
| 513 | Guarantee - Tracking your progress | The Match.com 6-Month Guarantee Progress Page will tell you whether you are meeting the requirements to redeem the Guarantee free time. You can&#160 get to this page from your home screen by clicking on the 6 Month Guarantee&#160 on the left side of the screen (this link won't appear if you aren't currently on a 6-month subscription).<br><br>Red warning signs will indicate if you need to take action  for example. If you haven't initiated or responded to enough emails, kept your profile visible, or posted a primary photo. If you are meeting all the requirements, &#160 green check marks are displayed in both the current and previous month's sections.<br><br>If you have already received your free six months, the Progress Page will no longer be available to you. |
| 141 | Guarantee - Why there are requirements | Our Match Guarantee program is about helping you find someone special.&#160 Our requirements for the program are simply meant to walk you through&#160 the steps that our experience and statistics have found to be the most effective. If you follow these basic requirements, we guarantee that you'll find someone special, or we'll be happy to extend your time for another six months!<br><br>For official rules and details, you can access our program rules page:<br><br>&#160 |
| 2244 | Forgot your password? | Can't get signed in? Having password confusion? No worries, we can help you get signed into your account within a few minutes.<br><br>Click the Forgot Password link and then enter your registered email address. After clicking the Send Email button, you will receive a password reset link. You will have 24 hours to update your password or you will need to complete the steps again.<br><br>Remember , your new password must be a combination of numbers, letters and special characters such as ... ) : / ? !@ (. Passwords must contain at least 2 characters, and no more than 16. |
| 24 | "Online Now" and "Active Within" Explanation | The "Online Now" status field indicates how recently a member has used various Match services.&#160 This status field is updated under these circumstances:<br><br>The member has signed into Match<br>The member has accessed their Match.com by Mail messages in their registered email address<br>The member has sent or replied to Match.com messages from their registered email address<br><br>Generally speaking, if "Online Now" is indicated, the member has performed one of the actions above within the last hour. "Active Within" displays the time since the member has used one of the services in hours, days or weeks.<br><br>Since all of our members benefit from knowing how recently other members have been active on Match, we do not currently have a feature that enables you to turn this status field off. &#160 |
| 51 | Favorites - When Your Profile is Hidden | When your profile is hidden, you will no longer appear on other members' "Who's Favorited Me" lists until you unhide your profile.<br><br>If you add a member to your Favorites list while your profile is hidden, our system still registers that you have favorited them. While your profile is still hidden, you will not appear in their "Who's Favorited Me".&#160 list, but you will automatically show up there once you unhide your profile.<br><br>Click &#160 &lt;rn:answer_xref target="_new" contents="here" answer_id="537" /&gt; for more information on Favorites |
| 60 | matchPhone - Requirements | Adding matchPhone<br>In order to sign up for matchPhone and begin sending talk requests, you need to have an&#160 active account with a current paid subscription. And naturally, our members want to know a little bit about someone before they talk to them on the phone, so&#160 we currently require that you&#160 have a completed profile before you send a matchPhone request.<br><br>Receiving a matchPhone Request<br>In order to receive a request from a matchPhone user, all you need is a paid subscription. It isn't required that you yourself&#160 be in order to respond to a matchPhone request. But you will need the add-on to your subscription if you want to initiate any matchPhone conversations yourself.<br><br>Phone Requirements<br>Almost any phone line, mobile or otherwise, will work for matchPhone, as long as it has a Caller ID function. The exception is that some office lines cannot be used because the caller ID associated with them is the main office line, and matchPhone must be able to recognize your personal number in order to properly connect you.<br><br>SMS Requirements<br>To send and receive SMS messages through matchPhone, your registered phone number should be a mobile phone. We do not charge extra for SMS messaging, but your carrier's standard text messaging rates apply. Contact your carrier for details on those rates.<br><br>Location Requirement<br>Currently, matchPhone is not available to Match.com members in Alaska, Hawaii, or Canada.<br><br>Click &#160 &lt;rn:answer_xref answer_id="527" contents="here" target="_self" /&gt; for more information about matchPhone<br>Click &#160 &lt;rn:answer_xref answer_id="670" contents="here" target="_self" /&gt; for instructions on how to sign up for matchPhone |

| Answer ID | Summary | Answer |
|---|---|---|
| 132 | Benefits of Having a Photo | In a nutshell, guys are 14 times more likely to look at a profile with a photo, and women are 8.5 times more likely to check out your profile if you have a photo. Additionally, members with photos get up to 15 times more attention than those without. You do the math! &lt;lt;nn answer_xref style="TEXT-INDENT: 0in" contents="Add your photo today!" answer_id="532" /&gt; |
| 136 | Photo Not Showing Up in Search Results | Your photo may not appear in the search results if it is still pending approval, or it couldn't be approved. Visit your photos page to see if your photo is still pending. If your uploaded photo is no longer there, it couldn't be approved for use on the site. If it couldn't be approved you should then we received an email with a more detailed explanation on why the photo wasn't approved.<br><br>Please make sure the photos you submit follow these guidelines.<br><br>Your photo cannot contain any information that could potentially identify who you are (license plate, email or web address, phone number, etc.)<br>Nude, obscene, sexual or otherwise offensive photos will not be posted.<br>Copyrighted material will not be posted.<br>Minors alone in photos (without an adult included) will not be approved.<br>Image files must be received in an approved format and should be less than 5 MB.<br>The ideal pixel dimensions should be at least 300 x 400. (To determine pixel dimensions and image format, right click on your photo and view the properties of the image.)<br>We accept the following image formats: jpg, bmp, gif, tiff, wmf, png, ico, emf, exif. However, we convert all images to jpg to be viewed by all browsers. <br><br>  Still have questions? See more photo dos and don'ts. |
| 138 | Guidelines for Posting a Photo | Good photos can really make your profile stand out. So we strongly encourage you to post a number of them. However, we have to reserve the right to crop or reject photos as needed to keep a clean, attractive, and appropriate atmosphere on the site. Once your photos are approved they will appear on the site.<br><br>Here are some things they'll have to reject for:<br><br>Nudity, sheer/see-through clothing, sexuality<br>Drawings, caricatures or other illustrations<br>Copyrighted images<br>Identifying information (ie: license plates, email or web addresses, visible street address numbers, etc.)<br>Illegal acts or violence<br>Minors alone in photos (without an adult included)<br><br>Also keep in mind the following:<br><br>You must appear in the primary photo<br>Potentially offensive photos will not be posted<br>Image files must be received in an approved format (jpg, bmp, gif) and should be larger than 100k and less than 5MB<br>The ideal pixel dimensions are at least 300 x 400. (To determine pixel dimensions and image format, right click on your photo and view the properties of the image.)<br><br>Guidelines For Captions:<br><br>No obscene, profane, or offensive words or statements. <br>No references to illegal activity<br>No captions that are merely gibberish<br><br>Still have questions? See more photo dos and don'ts.<br>  |
| 139 | The Way Your Photos Appear | Your main photo is the most visible aspect of your profile, and it appears everywhere your profile displays, including in email messages, search results, and full profile views.<br><br>Cropping<br>Because the actual display size of your primary photo in search results isn't very big, we display a smaller section of your photo in these screens that is meant to highlight your face. We don't do any stretching, squeezing, or color edits, though. Your full photo just-as-uploaded appears in your full profile view.<br><br>If you would like a photo cropped, you will need to do that before you upload it. For instructions on how to crop a photo, we suggest doing a search on the internet for "how to crop a photo." There are literally hundreds of applications and methods for cropping.<br><br>Display &amp; Rearranging<br>Up to 20 additional photos are shown on the "Photos" tab of your profile. They are also visible in a carousel view when members hover over your main photo. To rearrange the order of your photos, click on Photos, and click Re-Order Photos. You can then click and drag the photos you see in the pop-up window. Click Apply Changes to save the new order.<br><br>Updating<br>If you don't like how a photo of yours appears on our site, we've made it really easy to edit it. &lt;lt;nn answer_xref title="delete or replace photos" answer_id="134" contents="delete or replace photos" target="_blank" /&gt; |

| Answer ID | Summary | Answer |
|---|---|---|
| 147 | Favorites - Appearing with a different username | A member can make a change to their username at any time. When this happens, the member will continue to appear on your Favorites and other lists, but their profile will reflect the new username.<br><br>If you see a change in username that is accompanied by any kind of suspicious behavior (like a change in gender or a new profile photo with a different person in it), please let us know about it by clicking on the Report a Concern link on the member's profile.<br><br>Click &lt;rn:answer_ref answer_id="533" contents="here" target="_new" /&gt; for more information on Favorites |
| 15s | Profile Completion Requirements | You can still do searches without a profile or completed profile; however, you need a completed and approved profile to appear in search results and for other members to find you.  |
| 184 | Daily Matches - The "They're Interested" List | Congratulations! These members saw you in their Daily Matches and expressed interest in you! Take a glance through this list of members. If you see someone who catches your attention, send an email. Since they're already interested, chances are good you'll get a great response.<br><br>I can't find it<br>In order for the "They're Interested" link to appear on the Daily Matches tab, another member will have to click on the check mark (to check mark this person through the Daily Matches. If you don't see this list, please don't let this discourage you from continuing to show interest in other members. We would also encourage you to continue to send a lot of first contact emails. Sometimes people can be a little shy about making the first contact. We will automatically send you an email notification when a member #160;says "Yes" to your profile.<br><br>Email Notification<br>When you get an email saying that someone is interested in you from Daily Matches, it means that the member clicked the check mark #160 to indicate #160 that they are interested in you. They will appear in your "They're Interested" list on your Daily Matches tab.<br><br>Why can't I see who it was?<br>"They're Interested" is one of the benefits of a paid subscription. Subscribe to find out who's interested! |
| 207 | Email History | If you'd like to see who you've emailed #160 in the last 180 days, there are a few of ways to go about it. <br><br>The first is to click on Messages in the top navigation bar. There, you'll be able to access your "Inbox" and "Sent" folders to get a history of what has been sent and received.<br><br>Your second indication that you've recently emailed a member is on their profile, where, if there's been correspondence,  the "Our History" tab will contain a list of all of your correspondence in the last 180 days. <br><br>Also, members who you've exchanged emails with will display on the All rn:answer_ref style="TEXT-INDENT: 0in" target="_top" contents="Connections" answer_id="596" /&gt; tab of your homepage. You can choose email connections in the "Show" dropdown menu to display only those members who have emailed you or whom you've sent emails to.<br><br>Emails Older Than 180 Days<br>Since email correspondence is only kept in Match records for 180 days, these methods won't work for correspondence older than that. For information on how to save copies of emails older than 180 days, click &lt;rn:answer_ref target="_top" contents="here" answer_id="254" /&gt;.<br><br>Click &lt;rn:answer_ref answer_id="_new" contents="here" target="_new" /&gt; for more information about emailing on Match |
| 211 | When you are not interested | Every email you receive from another member includes a small Say "No, thanks" link. At the bottom you can use to gently break it to them that you're not interested. We'll send them a message stating that they may not be the best fit for you. That way, the sender knows why you're not interested and can move on to other potential matches that are more suitable.<br><br>If you're looking for the Say "No, thanks" link, you can find it in emails sent from the member. It doesn't appear in emails you're sending out. The "No, Thanks" link is not available on All rn:answer_ref style="TEXT-INDENT: 0in" answer_id="_new" contents="Reply for Free " /&gt; emails.<br><br>Click &lt;rn:answer_ref answer_id="564" contents="here" target="_new" /&gt; for more information about emailing on Match |

| Answer ID | Summary | Answer |
|---|---|---|
| 234 | Meeting Offline Advice | A first meeting with any new love interest can be exciting, and most first meetings are perfectly safe. But it's always smart to take basic precautions. Always trust your instincts, and be sure to keep the following guidelines in mind:<br><br>DO meet in public:<br>ALWAYS arrange to rendezvous in a populated, public place. NEVER meet in a private home (or in a hotel room) or in a remote location.<br><br>DO tell a friend<br>Tell at least one friend or family member you are meeting, where you are going and when you expect to return. Let your date know the meeting is not a secret.<br><br>Tip: Contact your friend before and after the date or ask your friend to contact you at a predetermined time.<br><br>DO stay sober<br>Refrain from drinking excessively, as it could impair your ability to make good decisions and may put you at risk.<br><br>Tip: Stick to non-alcoholic drinks when meeting someone for the first time.<br><br>DON'T leave home without your mobile phone<br>If you have a mobile phone, take it with you on dates. Most cell phones can be used to call 911.<br><br>Tip: Make sure 911 services are available in your area. If not, know your emergency number.<br><br>DON'T ask the other person to pick you up<br>Get yourself to and from the date, even if you have to have a friend drive you or take a taxi.<br><br>DON'T leave personal belongings (purses, wallets) or drinks unattended<br>Don't risk having your personal information stolen. The same goes for your drink — don't risk having it tampered with.<br><br>Tip: If you must leave your drink unattended to go to the restroom, order another when you return.<br><br>DON'T succumb to the temptation to take first dates to your home (or to go to his/her home) |
| 240 | Must Be Visible to Wink | You must have a visible profile before you send a wink to someone in order for the recipient of the wink to know who is flirting with them. They can't return the interest if they can't see who is winking at them!<br>  |
| 245 | "No Thanks" versus Block from Search | Block from Search: Which appears on every profile page, removes the person from appearing in your searches, but does not communicate to the sender that you are not interested. Say "No, Thanks" is a link that appears on all emails you receive on the Match site. If you click on it, it sends a brief "not interested" response to the sender, but does not necessarily remove them from searches. Please note that this link is not included on notification emails for winks, likes, etc. If you'd like the sender of an email to no longer appear on your Connections page, click on the x next to their profile to remove them.<br>  |
| 250 | matchPhone - Changing Your Phone Number | *This feature is not available to members outside of English-speaking North America<br>You can change your matchPhone phone number at any time, and it won't disrupt your current connections. For example, if you're expecting a call from someone you're particularly interested in, you may choose to direct matchPhone to your home number in the morning, to your work number during the day, and to a friend's landline in the evening. Just be certain to change the number listed prior to each phone call.<br><br>To change the phone number associated with matchPhone:<br><br>Click on the gear icon in the top navigation bar<br>Click on the matchPhone link<br>Enter or edit the phone number where you would like to receive calls and follow the verification steps<br><br>Click &lt;m answer_ref target="_self" contents="here" answer_id="527"/&gt; for more information about matchPhone |

| Answer ID | Summary | Answer |
|---|---|---|
| 254 | Organizing, Saving, and Recovering Emails | Your Folders/Your Match emails fall into three different categories: those you've received, sent, or deleted (trash). To access any of these folders directly, just click on them. When you open a new, unread email, you'll be able to reply to it or delete it. Your replies appear in the "Sent" folder. If you delete an email and want to restore it, open the "Trash" folder, click on the email and click on Restore Email. However, emails between you both will be available in Our History on the member's profile for up to 180 days if not deleted sooner.<br><br>All emails, regardless of which folder they are in, expire after 180 days and will no longer appear.<br><br>You also have the option to save a screenshot of the emails by clicking "ctrl" and "prtscrn" on your computer and pasting the image into a word processor or program like MSPaint. Some smartphones may also have an option that allows you to save screenshots, so please check with your phone service provider for instructions on using this feature if available.<br><br>Recovering Email<br>Unfortunately, emails that have already been deleted from our site because they are more than 180 days old are unrecoverable.<br><br>**There is no way to "unsend," recall, or retract an email once it is sent.<br><br>Click here for tips on how to review your history with a specific member<br>Click here for more information about emailing on Match.  |
| 260 | Subscription Was Automatically Renewed | So you're happily emailing along with someone you're discovering to be a really great match, when, without warning, your subscription expires! No one wants that. Uninterrupted access to the millions of potential matches on Match is very important to our subscribers. Therefore, all subscriptions paid by credit card, debit card, or PayPal ("PayPal is not available outside of English -speaking North America) are automatically renewed at the end of the subscription period. And, as a bonus, if this year's rate is higher than what you're currently paying, auto-renewal keeps you at the rate you signed up with (sorry, special promotional rates don't carry over past the first subscription period).<br><br>For information on turning off auto-renewal, click here &lt;answer_id=59?" contents="here" target="_blank" /&gt;.<br><br>Hopefully, auto-renewal doesn't come as a surprise. It's in section 6 of our Terms of Use" document (under the Automatic Renewal heading) that each subscriber agrees to. But wait we also try to make sure it's clear during the subscription process. for if you don't take the time with the legal documents. |
| 310 | Quick Search - Explained | On Match, searching can be as simple or customized as you want to make it. It'll you're looking for speed and convenience, there's no better tool for than Quick Search. Quick Search appears on the right side of your home page and allows you to quickly enter some general criteria and have your results within seconds.<br><br>Keep in mind that for the criteria not visible in the Quick Search box, your search will default to the settings used in your most recent search. You can change those settings by clicking the Custom Search tab to access the Search page. |
| 318 | Searching for a Specific Member | Username Search allows you to search for members by using their Match username.  To complete a search by username:<br><br>Go to the Search page by clicking the Search link<br>Enter the username of the member that you're looking for under the Username Search heading<br>Click on Search |
| 323 | Searching on Match | If Username Search isn't finding the member you're searching for, it's possible that they've changed their username. You can perform a Match answer_id=59?" style="TEXT-INDENT: 0in" target="_new" contents="Custom search" /&gt;  based on the information you know. Otherwise, they've probably hidden their profile or cancelled their account. Either way, our privacy policies prevent us from revealing anything about their situation or contacting them on your behalf.<br><br>Custom search enables you to find members who meet your criteria. When you open the Search page, your search will default to the preferences you've specified in your profile. If you want to be more specific, you can answer_id=301" contents="customize" target="_parent" /&gt; your search by editing the age and location and by adding attributes for appearance, interests, background/values, lifestyle, keywords and interests.<br><br>Also, check out our Search page, where you can perform:<br><br>&lt;answer_id title="Mutual Match" answer_id="550" contents="Mutual Match" target="_parent" /&gt; search<br>&lt;answer_id title="Reverse Match" answer_id="551" contents="Reverse Match" target="_parent" /&gt; search<br>Search for members who are currently answer_id title="Online" answer_id="302" contents="Online" target="_parent" /&gt;, or available to chat<br>&lt;answer_id title="Saved Searches" answer_id="552" contents="Saved Searches" target="_parent" /&gt;<br>Search for specific&lt;answer_id title="usernames" answer_id="318" contents="usernames" target="_parent" /&gt;<br><br>Play around and try a variety of searches. You never know when you'll find your perfect match! |

| Answer ID | Summary | Answer |
|---|---|---|
| 326 | Recommended Browsers | We recommend access Match from any of the following browsers. Click on the links for instructions on how to upgrade your browser.<br><br>Windows-based computers:<br><br>Internet Explorer 10 <br>Firefox <br>Chrome <br><br>Mac OS X computers:<br><br>Safari 6   |
| 336 | Username Cannot Match Email Address | Your username is a word or phrase that you select. Your username should not in any way make it possible to contact you outside the Match community, which is why it cannot be your email address.<br>This ensures that your anonymity is protected until you decide to reveal it. You will log into Match with your registered email address and password |
| 354 | Highlighted Profile - Green | A great way for existing members to draw extra attention is by using our Highlighted Profile add-on feature. This feature puts a green highlight around a member's profile and primary photo to make them more prominent in search results.<br><br>For more information about highlighting your profile, sign in to your account on the full website and:<br><br>Click on the gear icon in the top navigation bar for <br>Click on Subscription Status.<br>Click on Subscribe to additional Match Services<br><br>To add a highlighted profile, you must first be an active Match subscriber. You can also choose to include this feature when you subscribe to a new package. |
| 378 | Stopping IMs from a Subscriber | You have a couple of choices.<br><br>You can turn your IM presence off for everyone. To do so, hover over the gear icon in the top navigation bar , click on Settings and then choose Instant Messenger,  and set "IM is:" to "Off." You will then want to click on Go to save your changes. With your IM presence off, you can still initiate IMs, but other members won't be able to initiate them with you.<br><br>For the member in question, you can click the Block Contact link that appears both on the IM window and on their profile. This will block all kinds of contact from that particular member, but you'll still be able to send and receive IMs with others. Please note that you will have to log out and sign in to Match again for your communication block to take effect.  If you change your mind later, you can always unblock them. Click All in answer _ent style=-"TEXT-INDENT: 0in" answer_id-"221" contents="here" target="_new" /&gt; for more information. |
| 395 | Sign In Information No Longer Works | If we're not recognizing the email address and password you're entering, there are a couple of possibilities as to what might be going on:<br><br>You might be entering the wrong email address or password. At least it doesn't hurt to check. Go to the Forgot Password page and enter the email address you've associated with your Match account, and we'll immediately send you information on how to reset your password. If your email address isn't recognized, check any other addresses you have to make sure your account hasn't been associated with one of those.<br><br>We may need to get involved to help you resolve the situation . &lt;li in answer_ref style="TEXT-INDENT: 0in" target="_new" contents="Contact us" answer_id-"421" /&gt;. and we'll see what we can figure out. To help us locate your account, make sure to include in your message your full name, email address, username, and Zip code, along with a description of what happens when you try to sign in, including any error messages. |
| 398 | IM Now - Chat | If you have Instant Messaging enabled on your account, you're not just "Online Now" when you're signed in, you're available to chat! That's why when potential matches conduct a search and see your profile come up, we replace the normal "Online Now" text with a link for "IM Now!"<br><br>If you do not want your status to be shown as "IM Now" you can easily disable your IM feature by following these steps while signed into your account:<br><br>1. Click the gear icon in the top navigation bar<br>2. Click on Instant Messenger<br>3. Select the "Off" option under "Turn On/Off Instant Messaging"<br>4. Click on Go<br><br>"IM Now" is in black.<br>This text appears in black, with no link to send an IM, usually when the person is in the process of closing their screen and becoming unavailable just as our search system checks their status. You can verify that this is the case by opening the member's profile and seeing that they are not currently available.<br>  |

sent a mail to check latest brower versions

| Answer ID | Summary | Answer |
|---|---|---|
| 407 | Profile Unavailable | A member's profile is unavailable.<br>If you click on another member's profile and receive a message that the profile is unavailable, it is usually because they have chosen to take a break to pursue a relationship, or for other reasons have chosen to hide their profile.<br><br>Occasionally members are removed suddenly due to security violations that result in their removal from the site. Unfortunately, the member may have an opportunity to send a few winks or messages out first, but we've gotten better at catching these situations very quickly.<br><br>Did they block me?No. If someone decides you just aren't their type, they have the option to remove your profile from appearing in their searches or even block you from contacting them, but these actions don't stop their profile from appearing.<br><br>My profile isn't available<br>If it appears that your own profile is not appearing, please click on this &lt;it rm answer_aref title="link" target="_blank" contents="link" answer_id="539" /&gt;. |
| 409 | Billing all at once | All Match subscription packages are billed as one charge for the entire amount of the package. You may notice that the monthly rate is shown for comparison. To see the full amount that will be billed, please see the "Review Your Subscription" section on the payment screen.<br>We do offer a one month subscription package if you want to only pay month-to-month. However, for the best deal, our 3- and 6-month packages are at a much lower monthly rate than paying month-to-month.<br><br>To see our current subscription rates and packages simply click the "Subscribe" button in the top navigation bar on any Match web page. |
| 480 | Username Requirements | A username is a required component of your profile. It's a word or phrase that you select that will be visible to other users as a form of identification on the site.<br><br>Your username must meet the following guidelines for approval:<br><br>Must be in English or Spanish<br>Cannot contain more than nine numbers<br>Can only contain letters, numbers or the "underscore" character<br>Do not include detailed personal information (i.e.: street address, contact information, date of birth, etc.) to help protect your online anonymity<br>Do not include any language which could be considered defamatory or offensive in any way (i.e.: sexually explicit, promotes racism, references to inflicting bodily harm to yourself or others, etc.)<br><br>Click &lt;it rm answer_aref style= "TEXT-INDENT: 0in" target="_new" contents="here" answer_id="555" /&gt; for instructions on how to update your username. |
| 494 | Reactivating an Account | If you attempt to sign in after your account has been canceled, you will look taken to a screen that asks if you would like to reactivate your account. Reactivating will simply give you access to your free membership benefits and will not cause your account to be charged. In the inactivation screen, you are able to choose whether you would like your profile to become visible on the site again or remain hidden from view. |
| 501 | Daily Matches and Your Stated Preferences | The whole concept behind Daily Matches is that it's behavior-based rather than sticking strictly to your stated preferences. That's what makes them so exciting! While our Mutual Match feature relies heavily on the preferences you indicate in your profile, our Daily Matches algorithm loans with each new set of matches you rate.<br><br>Sometimes this does result in selections that don't strictly match your stated preferences, but the best way to improve those results is to consistently rate each new round you receive. This should help our system learn over time what kind of matches your prefer.<br><br>Remember, you must rate your Daily Matches each day in order to receive new and different Daily Matches the next day.<br><br>The Daily Matches do take some of your preferences into account:<br><br>They follow your preferences of: smoking, drinking, faith, ethnicity, and if your match has kids<br>They use a slightly broadened range for your age, height, and distance preferences<br><br>You'll get new Daily Matches around 23 hours after rating your last set of Daily Matches. Click &lt;it rm answer_aref target="_top" contents="here" answer_id="529" /&gt; for more information on our Daily Matches process. |

App. 1685

| Answer ID | Summary | Answer |
|---|---|---|
| 537 | Favorites - Explained | Your Favorites are the names and profiles of up to 200 of the members you like most. We intend your "My Favorites" list  to be  an easy reference from which you can quickly locate and contact the members you don't want to lose track of.  Remember, if you already have 200 saved but want to add a new Favorite, you'll need to remove a match to open up a place on your list. Favorites will be automatically removed from your list 180 days after you add them, so be sure to communicate with potential matches on your list before then if you are still interested in them.<br>The ability to add Favorites is a free  benefit  for all members.<br><br>To find your list of Favorites,  hover over the Connections menu at the top of the screen and click My Favorites  in the drop-down menu.<br><br>For more information about Favorites, click on one of the links below:<br><br>Click &lt;a href=answer_aref answer_id="567" contents="here" target="_new" /&gt;  for information on adding and deleting Favorites<br>Click &lt;a href=answer_aref answer_id="566" contents="here" target="_new" /&gt;  for information on what happens when one of your  Favorites hides their profile <br>Click &lt;a href=answer_aref answer_id="531" contents="here" target="_new" /&gt;  for information on what happens with Favorites and Favoriting when your profile is hidden <br>Click &lt;a href=answer_aref answer_id="147" contents="here" target="_new" /&gt;  for an explanation of why a Favorite's username or other information might suddenly change<br>Click &lt;a href=answer_aref answer_id="569" contents="here" target="_new" /&gt;  for information about our "Who's Favorited Me" tool |
| 544 | Winks - Explained | What is a wink?<br>A wink is a casual flirtation on Match.  It is a simple way for another member to "break the ice" and let you know that they liked your profile.  Once you've posted your free profile, you can wink at members you like by clicking on either the Wink for Free button on their profiles or the winking-face icon on their thumbnail profiles in various areas of the site. All members, regardless of subscription status, can send a wink, as long as their profile is visible. <br><br>How does it work?<br>Each time someone winks at you, we send you a  message   to let you know.  If there's some mutual interest, you might want to wink back. Next step? Send an email<br><br>You can wink at up to 50 different members each day (or every 24 hours), but you can only  wink at each user once during a 30-day timeframe. We don't limit the number of people who can wink at you. Once you send a wink you can't "unwink" or retract it.<br><br>Managing your winks<br>To find the list of your winks from the last 180 days, visit your  Home page and  Home page will appear. Only the last 200 winks will appear.<br><br>If you don't want to receive winks, you can turn off  the notifications you receive in your email, although there's currently no feature to stop receiving winks altogether. To turn off notifications, adjust your preferences on the Email Preferences page. To get there, just click on the  gear icon in the top menu bar, and click Email Preferences on the screen that appears.<br>  |
| 547 | Match.com by Mail - Explained | What is it?<br>With Match.com by Mail, we do all the work for you.  Instead of making you sign in to find matches, we'll send them directly to your email inbox!<br><br>How It Works<br>Once your profile is complete (and unless you opt out), we'll begin sending your Mutual Matches right to the email address you registered with. You let us know how often Match.com by Mail is available weekly, every 3 days, or daily. You can update your  settings  in the Match.com by Mail section of your Email Preferences page.<br><br>Adding Custom Searches<br>At any time, you can easily add custom searches to the  matches we send you. To do this, just go through the usual steps to perform a custom search. Once your search preferences are set, click on the Save Search link. In the options box that pops up, give the search a name, check the box for "E-mail me my matches," and click on Save Search.<br><br>My Results Don't Match My Preferences!<br>Sorry about that. The idea is that we want to send you a fresh set of matches in every email. These are usually your Mutual Matches. But depending on how broad/narrow your preferences are and how often we send your matches to you, we may not always have new Mutual Matches for you each time. When this happens, our systems automatically broaden some of the criteria,  and ask Match location or age, and send you matches as close as possible to your preferences under the heading 'Members We Selected for You' (since they're not technically "matches").<br><br>I'm Not Receiving My Matches!<br>You might want to visit your Email Preferences page  under Account Settings and make sure you've selected how often you want to receive your matches. If that doesn't fix the problem, it also might help to check your email provider to ensure they don't block messages sent to you by Match or its members.<br><br>Opting Out<br>If you don't want to receive Match.com by Mail, you can update your preferences in the Match.com by Mail section of your Email Preferences page. |

| Answer ID | Summary | Answer |
|---|---|---|
| 550 | Mutual Matches - Explained | **What are Mutual Matches?**<br>Mutual Match is one of the best ways we have of pairing you up with other members we think you might be interested in. This feature sifts through our impressive database of members (we are the largest dating site out there) to identify those who not only match your criteria, but who 160 criteria also look an awful lot like you! 160.<br><br>**Where can I find them?**<br>To find your Mutual Matches, just go to the Search page and click on 160 Mutual Match. If you have asked for matches to be sent to your personal email address, Mutual Matches can also be found in those messages. Depending on how broad/narrow your preferences are and how often we send your matches to you, we may not always have new Mutual Matches each time we email you.<br><br>**Percent Match**<br>Your matches, whether in your Mutual Matches, in Match.com, by Mail, or in Custom Search results, display a percent value that represents how well you match with the member in question based on our Mutual Match algorithm. It's the same percentage value the member sees if they view your profile. Search results that aren't a high value match don't include this value.<br><br>**I'm getting too many/too few matches**<br>Mutual Match is based on your profile, so 160 try to strike the right balance in how you define your criteria. If your criteria is 160 too narrow, you may not get as many results as you'd like. If 160 it's too broad, you'd get some matches that don't quite pique your interest. We suggest that you edit your profile as needed to find your happy medium. After you make changes, your 160 Mutual Matches page will update the next time you sign in. 160 |
| 552 | Saved Search - Explained | **About Saved Searches**<br>If you like the results you got in a search, we recommend saving the search to perform again later. With thousands of new members joining each day, we think you'll find the ability to perform the same search again and again to be a handy feature.<br><br>**How to Save a Search**<br>Saving a search is easy. Simply click on the "Save Search" link from the Custom Search 160 page after you've entered your desired criteria. You can even have those matches sent to you through Match.com by Mail by checking the box for "E-mail me my matches" when you name your search. You can have up to three saved searches sent to you through Match.com by Mail.<br><br>**Performing a Search**<br>If you have previously created a Saved Search, you can perform a search using that criteria at any time. From the Search page, simply 160 locate the Saved searches box above your results and use the dropdown menu to select the search you'd like to perform. This dropdown also appears in the Saved Searches box on the home page.<br><br>**Managing Saved Searches**<br>You may have up to 25 saved searches at any given time. If you need to make changes, you can edit or delete your saved searches. Just choose "edit" in the Saved search 160 menu on the Search page. You can edit which of your saved searches are sent to your inbox by accessing the Match.com by Mail section of your Email Preferences page. |
| 555 | Changing Username, Password, Email Address, etc. | You can update the following information any time by accessing the 'Sign Up' Information page under your Account Settings (the gear icon). You will be prompted to re-enter your birth date and current password for verification.<br><br>Username<br>Password<br>Email<br>Gender<br>Birthdate (we use your birthdate to figure out the age your profile displays)<br>Location (City, State, Zip Code)<br>Gender Seeking<br><br>**Updating your location in this area will only change the location displayed on your profile.** If you would like to update your profile and the location of 160 the matches we send you, please click 160 here.<br><br>To 160 locate and edit information on the list above, simply follow these steps:<br><br>Sign in with your 160 email address 160 and password<br>Click on the gear icon link on the navigation bar at the top of the screen<br>Click on 'Sign Up' Information (for your protection you may be required to re-enter your password)<br>Click on the Change 'Sign-up Info' button<br>Make your updates and click on Continue<br><br>**Trouble Updating an Email Address**<br>When updating your account information, remember that an email address can only be associated with one Match account. If your new email address is not being accepted, it may be linked to an account you set up in the past. Click on 160 this link and enter the email address in question, and we'll send you information about this account.<br><br>**Trouble 160 With a 160 Password**<br>If you are having trouble signing in, please click here.<br><br>**Changing a 160 Your Username**<br>When you update your username, all of the members you have contacted or maintain connections with will be provided with your updated username. When past emails or connections are reviewed, the new username will appear. |

| Answer ID | Summary | Answer |
|---|---|---|
| 564 | Emailing on Match | Email is the heart and soul of how people connect on Match. We work on the back-end to match you with others every way we can think of, but nothing happens until someone sends an email. |

Since email is so central to the service we provide on Match, there are many facets to it. Click on any of the links below to learn more about how it works, or to get your questions answered.

General Explanations:

Click  &lt;in answer_aref answer_id="277" contents="here" target="_new" /&gt; to learn how you can read emails you receive
Click  &lt;in answer_aref answer_id="399" contents="here" target="_new" /&gt; for instructions on how to send email on Match
Click  &lt;in answer_aref answer_id="11" contents="here" target="_new" /&gt; for information about Email Read Notification
Click  &lt;in answer_aref answer_id="254" contents="here" target="_new" /&gt; for information on saving, organizing, and recovering your emails
Click  &lt;in answer_aref answer_id="23" contents="here" target="_new" /&gt; for helpful emailing tips
Click  &lt;in answer_aref answer_id="211" contents="here" target="_new" /&gt; for information about our polite "No, Thanks" function

More information and troubleshooting:

Click  &lt;in answer_aref answer_id="501" contents="here" target="_new" /&gt; for instructions on sending and receiving messages right from your personal email address
Click  &lt;in answer_aref answer_id="646" contents="here" target="_new" /&gt; if you are not receiving email responses
Click  &lt;in answer_aref answer_id="272" contents="here" target="_new" /&gt; if you are not receiving small copies and notifications at your personal email account
Click  &lt;in answer_aref answer_id="643" contents="here" target="_new" /&gt; for why your email address may be stripped out of emails you send
Click  &lt;in answer_aref answer_id="511" contents="here" target="_new" /&gt; for instructions on how to send an attachment
Click  &lt;in answer_aref answer_id="644" contents="here" target="_new" /&gt; if you feel you have received fake winks or emails

| 571 | Success Stories | Success happens every day on Match, so we've set up a site where successful members can post their stories. In addition to providing a venue where these people can share the happiness they've found, this is a great place for current members to go for advice and encouragement. |

If you have had a Match success story you would like to share, click here to sign in with your email address and password. then start sharing your success story. Signing in tells us who you are, which means there is less information we'll need to ask you for.

Your success story will be posted on the Match success site. If you choose to allow your story to be used for promotional purposes, we may feature parts of your story on the Match dating site, on our affiliate sites, in promotional email messages, or other promotions.

We currently only allow one photo to be featured.

To update or remove your story, please contact us for assistance.

| 637 | What's New Newsfeed - Explained | On the home page of your Match account, you'll find a tab labeled What's New. This tab is meant to give you a quick newsfeed view of the most recent activities on your account. The items that appear on your What's New tab include: |

New Emails, Winks, Likes and matchPhone call requests
Notifications that your profile has been viewed, when you have favorited other members, and when members make you a Favorite
Messages that your Favorites have updated their profiles and that your profile and photo updates have been approved

If you have more that 15 items in your newsfeed, you can click Load More to load previous items.

If I view someone's profile more than once, do I appear multiple times on their newsfeed?
No, a view from you will only appear once on their newsfeed. What does happen is that if you view the member's profile again, the notification that you've viewed their profile will jump to the top of the newsfeed.

| 987 | Cannot Edit Profile | If you are having trouble editing your profile, there are a variety of possible explanations: |

Your profile is appearing normally for everyone else, and will appear normally for you once you refresh your system cookies
Your profile is hidden
You haven't completed your profile
You tried to complete your profile, but took more than 45 minutes on a screen and experienced a session time-out
You tried to complete your profile, but it was not approved

Click &lt;in answer_aref style="TEXT-INDENT: 0in" answer_id="579" contents="here" target="_new" /&gt; for a more explanation of each of the scenarios above.

| Answer ID | Summary | Answer | |
|---|---|---|---|
| 1030 | Filming a First Date | If you've seen Match ad spots on TV lately, you know that our members will sometimes let us record their first dates, which allows us to share the fun and excitement of those dates as part of our commercials.<br><br>To set up these dates, we periodically contact some of our members to find a few who would be interested in having us do some filming. If you receive a message from our marketing department, simply reply to it with the requested information if you are interested.<br><br>In addition to asking for a recent photo of you, the email will request your full name and phone number since members don't provide this information as part of the registration process. We will not ask for your username, and no Match representative will ever ask you for your password. We will certainly not ask you for any financial information. Click &lt;rn:answer_xref style="TEXT-INDENT: 0in" target="_parent" contents="here" answer_id="659" /&gt; for information on spotting phishing scams.<br><br>If you'd like to participate in this program, be sure you've opted in for our Member Spotlight program. Click &lt;rn:answer_xref style="TEXT-INDENT: 0in" target="_parent" contents="here" answer_id="556" /&gt; for more information and instructions.<br><br>Unfortunately, with a membership community as large as ours, we only have a small number of opportunities. | I don't think this is still needed |
| 1097 | Reactivating or Returning to Match | We're glad to have you back on the site!<br><br>Although you may have canceled your account, it is likely still available to you, and the email address attached to it won't be available for use on a new account.<br><br>The easiest course of action would be to simply sign in and update your information.<br><br>Reactivating<br>Depending on your account was closed, you may be taken to a screen that asks if you would like to reactivate your account. Reactivating will simply give you access to your free membership benefits and will not cause your account to be charged. In the reactivation screen, you are able to choose whether you would like your profile to become visible on the site again or remain hidden from view.<br><br>Updating your profile<br>Once you're logged in, click &lt;rn:answer_xref style="TEXT-INDENT: 0in" target="_self" contents="here" answer_id="946" /&gt; for instructions on how to update your profile. Please keep in mind that editing the text portion of your profile will automatically make it visible on our site.<br><br>Unhiding your profile<br>Once your profile is up-to-date, you're ready to go public again. Click &lt;rn:answer_xref style="TEXT-INDENT: 0in" target="_self" contents="here" answer_id="642" /&gt; for instructions on how to unhide your profile.<br><br>Can't Remember Login<br>If you have forgotten your password, click here and we will send the most password link to your personal email.<br><br>Can't Sign In<br>If you receive your password by email but are still unable to sign in, click &lt;rn:answer_xref style="TEXT-INDENT: 0in" target="_self" contents="here" answer_id="420" /&gt; for some possible solutions. | |
| 1122 | Changing a Primary Photo | If you'd like to replace your current primary photo, simply click on your primary photo thumbnail in the top navigation bar on the full website, and click on Photos. In the screen that comes up, photos that can be designated as your primary photo will have a Make this my Primary Photo button below them. Click the button to designate the photo as primary. If a photo does have an Additional photo only indicator, it has been approved for use as a secondary photo only. | |
| 1131 | Emails and Notifications - Turning Off | At any time you can change the frequency in which you receive emails from Match for the following types of mailings:<br><br>Match.com by Mail<br>Special Offers and Promotions from Match<br>Additional Services and Offers from our Partners<br>Who liked your photos?<br>Who winked at you today?<br>Who made you a favorite?<br><br>These settings aren't located on the Match Android app, but you can adjust your email preferences when you access the full site.<br>From your computer:<br><br>Sign into your Match account<br>Click the Account link<br>Select Email Preferences | |
| 1250 | New Profile Design - Overview | We've updated our site to provide a enhanced profile experience for our members. These features are designed to improve the layout and usability of profiles on the site. They improve the way your profile looks and make it easier to both edit your profile, and add or edit your photos.<br><br>Click &lt;rn:answer_xref target="_new" contents="here" answer_id="1252" /&gt; for more information about the new process for editing your profile<br>Click &lt;rn:answer_xref target="_new" contents="here" answer_id="1253" /&gt; for more information about the new process for adding/editing your photos<br><br> <br><br>Members can have up to 26 photos on their profile and have the ability to add captions to their photos. | this can be removed |

App. 1689

found typo, already corrected II on-site

| Answer ID | Summary | Answer |
|---|---|---|
| 1777 | LivingSocial Deal | **Answer** <br> &#35;Y140: <br> If you've purchased the LivingSocial deal for a 1-month subscription, instructions for redeeming the deal will appear on your voucher. To access your voucher, log in to&#35;Y140 LivingSocial&#35;Y140 and click the My Vouchers link in the top right corner. Your Match&#35;Y140 voucher will include a link to a special site just for you. Once there, you will be instructed to login or create your Match account. <br> Please know that to&#35;Y140 redeem this offer, you will need to follow these steps from a personal computer rather than the Match app. <br><br> We ask that you provide a debit or credit card when you redeem your LivingSocial deal. Don't worry: we will not charge your card at that time, but depending on your financial institution, you may see a $1.00 pending charge from Match. This is just an authorization charge, and it will disappear within 3 days. To avoid an interruption in service, your subscription will be automatically renewed at the end of your first month. |
| 1834 | What is Top Spot? | Top Spot helps you stand out from the crowd so your profile gets more views! Your Top Spot purchase moves your profile to the top 6 search results when members run a search results for someone like you. <br><br> You&#35;Y140 will see a Top Spot&#35;Y140 option when you hover over your primary photo thumbnail at the top of your screen. Select this link, and you will be guided through the steps to complete your purchase. Each Top Spot purchase begins as soon as your&#35;Y140 payment is confirmed. <br> During your session, you'll see a Top Spot Dashboard just below your Main Menu on the site. This will count down&#35;Y140 the time remaining in your&#35;Y140 session and show you photos of members who have seen you featured in their search results.&#35;Y140 You'll also receive an activity summary via email once your session has expired. The summary displays the number of times your profile appeared in searches and shows some of the matches who saw you. <br> You&#35;Y140 will not be able to make additional Top Spot purchases while you are in an active session. However, there is no limit on the number of Top Spot purchases you can make. Just wait until your current session has expired before placing another order. <br><br> Please Note: You will not see yourself in search results if you run a search with criteria matching your profile settings. This is because we never show you your own profile as a match. But don't worry: *your* Top Spot purchase ensures that other members running the search are seeing you at the top of their results! |
| 1865 | Adding Communities to Your Profile | To add Community badges to your profile, you must complete the following steps: <br> 1. Log into the Match site and hover over your primary photo thumbnail in the upper right corner of your screen. <br> 2. Select View/Edit from the drag-down menu. <br> 3. Scroll to the bottom of the screen and locate Communities <br> 4. Click the pencil icon and Community you would like to add <br> 5. A drop-down menu featuring the badge displays, click the checkbox to add the Community <br> 6. Once you've added badges for all the Communities you want to display, click Apply to save your selections |
| 1884 | Undercover - Explained | Undercover allows you to view and Favorite profiles for 24 hours without your matches being notified <br><br> When you're ready to go Undercover, click the Go Undercover button on the Home and Search screens, or select Undercover from your profile main menu. The&#35;Y140 next screen will walk you through the steps to complete your purchase. The prices and times can vary slightly, so please check to see what promotions are available today. <br><br> Once you've successfully purchased Undercover, you'll receive a confirmation message, along with a confirmation email, to your registered email address. A black bar will display at the top of every page during your session to show the time remaining. <br> When you Favorite a match during your Undercover session, the Favorite icon will turn and turn remain black. If you want to let your match know you've made them a Favorite, you'll need to Favorite them again once your session has expired. This will turn the icon from black to green, and it could load your match to make the next move. <br><br> Please note: you will not show up on the Who's Viewed Me list of anyone you view while Undercover. But if you decide you do want a potential match to know you've viewed their profile, you'll need to look at it again once your session has expired. <br><br> *This answer only applies to members purchasing a subscription through our iPhone app.&#35;Y140 with a&#35;Y140 iTunes login <br> If you're seeing an error stating, "You're currently subscribed to this," when trying to subscribe through the iPhone app, you may have already purchased a subscription via your iTunes login and your mobile device. If you have a second Match account, you can log into the app using that information and verify your billing in iTunes to complete your purchase. <br> http://www.apple.com/support/itunes <br><br> If you do not have another Match account, we suggest you contact Apple: http://www.apple.com/support/itunes |
| 1930 | Currently Subscribed In-App Purchase Error | *This answer only applies to members purchasing a subscription through our iPhone app.&#35;Y140 with a&#35;Y140 iTunes login <br> If you're seeing an error stating, "You're currently subscribed to this," when trying to subscribe through the iPhone app, you may have already purchased a subscription via your iTunes login and your mobile device. If you have a second Match account, you can log into the app using that information and verify your billing in iTunes to complete your purchase. <br> http://www.apple.com/support/itunes <br><br> If you do not have another Match account, we suggest you contact Apple: http://www.apple.com/support/itunes |
| 2260 | Marriage Equality | Communities are a great way to show other members your interests and to quickly see if you and a potential match have any interests in common. <br> For the last 20 years, Match has been committed to helping people – all people – find love. The addition of the marriage equality badge to Match further demonstrates Match's support of marriage equality. <br> If a Match member would also like to show their support for the cause, they can add the marriage equality badge to their own profile in the profile edit portion of the site, as well as search for other singles that have added the badge. <br><br> Click a&#35;Y140 A/f in answer_anf style="TEXT INDENT  0in" answer_id="1844" contents="here" /&gt; for instructions on adding community badges <br> Click a&#35;Y140 A/f in answer_anf style="TEXT INDENT  0in" answer_id="1866" contents="here" /&gt; for instructions on removing community badges |

| Answer ID | Summary | Answer |
|---|---|---|
| 403 | Gift Subscriptions | *This feature is not available to members outside of English-speaking  North America.<br>If you'd like to purchase a gift subscription, please contact one of our Customer  Support  Specialists at 1-888-838-POP5.  We are available  8 a.m. to 5 p.m. Central time, Monday through Friday.  and we are happy to assist.  Gift subscriptions last for  three months and do not auto-renew.<br><br>The receiver of a gift subscription can redeem it at the following link,  http://www.match.com/gsub/redeem.aspx.<br><br>If the receiver  already has a  registered email address  and password on Match, the gift subscription may be applied to their current account. <br><br>If the receiver already has a paid subscription, the current subscription needs to be assigned to prevent it from auto-renewing (benefits will still continue through the end of the paid subscription).  The gift subscription can then be stacked on top of the current one, essentially adding three months to the time the  receiver  has already  enjoying.<br><br>To continue with subscriber benefits after the gift subscription expires, the receiver will need to  re-subscribe.<br> <br> <br>  |
| 529 | Daily Matches - Explained | Our Daily  Matches feature  uses a unique set of algorithms to provide a quick and easy way for you to review qualified matches based on your preferences and on your ratings of the matches we send you. All you have to do is check them every day and let us know if they sparked your interest. We'll send an introduction email to the matches you're interested in, letting them know they caught your attention. If none of your matches pique your interest, that's okay, too. We'll learn from your choices and continue to serve you better daily matches. You can access your  Daily Matches through the link on the top navigation bar.<br><br>In order to receive new Daily Matches you must rate the Daily Matches you receive each day.<br><br>Daily Matches are only available for viewing if your profile is visible.<br><br>See the following list if you have more questions about the Daily Matches:<br><br>Click  in answer_xref answer_id="528" contents="here" target="_parent" /&gt; for Rating my Daily Matches<br>Click  in answer_xref answer_id="647" contents="here" target="_parent" /&gt; for I'm not receiving my Daily Matches<br>Click  in answer_xref answer_id="501" contents="here" target="_parent" /&gt; for If you're concerned about the quality of your matches<br>Click  in answer_xref answer_id="524" contents="here" target="_parent" /&gt; for When I receive a match, do they receive me, too? |
| 964 | How to Sign Out | To sign out of your Match account, simply move your cursor over  in the upper corner  just click on Sign Out in the top navigation bar, and click on Sign Out in the dropdown menu that appears.<br>If you are using a shared or public  computer (example: at the library, at a school, or public computer anywhere) we always suggest clearing the cookies on the computer you have used before walking away.   in answer_xref title="Click here to learn how to clear the cookies" answer_id="49" contents="Click here to learn how to clear the cookies" target="_new" /&gt;. |
| 1268 | Photo approved as secondary only | For a number of good reasons, we ask that your Primary photo include a good, unobscured  shot of your face that's big enough for potential matches  to see you clearly.<br><br>If your photo is perfectly fine in every other way, we simply  approve it as a secondary, or additional  photo.  These photos can be seen in your profile view, but can't be set as the main photo that appears in search results.<br> <br>* Always check the members photos within the CSA to validate it could be a primary or secondary or primary capable photo. There are times when the photo has been set to secondary in error. |
| 1864 | Communities - Explained | Communities are a great way to show other members your interests and to quickly see if you and a potential match have any interests in common.<br><br>Community badges will appear at the bottom of the profile for members who have selected them. Hover over the badge to display its description. If you and your potential match are in the same Community,  the  in Common indicator will display. Subscribers will see a text box to send a note about your shared interests. You'll see an option to add the badge to your profile under any additional badges, which makes it easy to join the Community if it applies to you.<br><br>Because this is a new feature, we currently only offer Communities for the  American Heart Association, Major League Baseball, Starbucks, Marriage Equality  and Mensa.   But don't worry; we will be adding many more Communities soon.<br><br>For instructions on adding a community badge to your profile, &lt;in answer_xref style="TEXT-INDENT: 0in" answer_id="1865" contents="click here" /&gt;.<br>To remove your community badges, &lt;in answer_xref style="TEXT-INDENT: 0in" answer_id="1866" contents="click here" /&gt;.<br> <br>  |

# EXHIBIT 79-55

United States of America
Federal Trade Commission

**RECEIVED MAR 1 7 2017**

*CIVIL INVESTIGATIVE DEMAND*

---

**1. TO**

Match Group, Inc.
8750 North Central Expressway
Suite 1400
Dallas, TX 75231

---

This demand is issued pursuant to Section 20 of the Federal Trade Commission Act, 15 U.S.C. § 57b-1, in the course of an investigation to determine whether there is, has been, or may be a violation of any laws administered by the Federal Trade Commission by conduct, activities or proposed action as described in Item 3.

**2. ACTION REQUIRED**

[x] You are required to appear and testify.

| LOCATION OF HEARING | YOUR APPEARANCE WILL BE BEFORE |
|---|---|
| Federal Trade Commission Southwest Region 1999 Bryan Street, Suite 2150 Dallas, Texas, 75201 | Zachary A. Keller or other duly designated person. |
| | DATE AND TIME OF HEARING OR DEPOSITION |

[x] You are required to produce all documents described in the attached schedule that are in your possession, custody, or control, and to make them available at your address indicated above for inspection and copying or reproduction at the date and time specified below.

[x] You are required to answer the interrogatories or provide the written report described on the attached schedule. Answer each interrogatory or report separately and fully in writing. Submit your answers or report to the Records Custodian named in Item 4 on or before the date specified below.

[ ] You are required to produce the tangible things described on the attached schedule. Produce such things to the Records Custodian named in Item 4 on or before the date specified below.

DATE AND TIME THE DOCUMENTS, ANSWERS TO INTERROGATORIES, REPORTS, AND/OR TANGIBLE THINGS MUST BE AVAILABLE

**APR 1 3 2017**

**3. SUBJECT OF INVESTIGATION**

See attached resolution.

---

| 4. RECORDS CUSTODIAN/DEPUTY RECORDS CUSTODIAN | 5. COMMISSION COUNSEL |
|---|---|
| James E. Elliott/Brent McPeek Federal Trade Commission Southwest Region 1999 Bryan Street, Suite 2150 Dallas, Texas 75201 | Zachary A. Keller Federal Trade Commission Southwest Region 1999 Bryan Street, Suite 2150 Dallas, Texas 75201  Phone (214) 979-9382 |

| DATE ISSUED | COMMISSIONER'S SIGNATURE |
|---|---|
| March 14, 2017 | *[signature]* |

**INSTRUCTIONS AND NOTICES**

The delivery of this demand to you by any method prescribed by the Commission's Rules of Practice is legal service and may subject you to a penalty imposed by law for failure to comply. The production of documents or the submission of answers and report in response to this demand must be made under a sworn certificate, in the form printed on the second page of this demand, by the person to whom this demand is directed or, if not a natural person, by a person or persons having knowledge of the facts and circumstances of such production or responsible for answering each interrogatory or report question. This demand does not require approval by OMB under the Paperwork Reduction Act of 1980.

**PETITION TO LIMIT OR QUASH**

The Commission's Rules of Practice require that any petition to limit or quash this demand be filed within 20 days after service, or, if the return date is less than 20 days after service, prior to the return date. The original and twelve copies of the petition must be filed with the Secretary of the Federal Trade Commission, and one copy should be sent to the Commission Counsel named in Item 5.

**YOUR RIGHTS TO REGULATORY ENFORCEMENT FAIRNESS**

The FTC has a longstanding commitment to a fair regulatory enforcement environment. If you are a small business (under Small Business Administration standards), you have a right to contact the Small Business Administration's National Ombudsman at 1-888-REGFAIR (1-888-734-3247) or www.sba.gov/ombudsman regarding the fairness of the compliance and enforcement activities of the agency. You should understand, however, that the National Ombudsman cannot change, stop, or delay a federal agency enforcement action.

The FTC strictly forbids retaliatory acts by its employees, and you will not be penalized for expressing a concern about these activities.

**TRAVEL EXPENSES**

Use the enclosed travel voucher to claim compensation to which you are entitled as a witness for the Commission. The completed travel voucher and this demand should be presented to Commission Counsel for payment. If you are permanently or temporarily living somewhere other than the address on this demand and it would require excessive travel for you to appear, you must get prior approval from Commission Counsel.

A copy of the Commission's Rules of Practice is available online at http://bit.ly/FTCRulesofPractice. Paper copies are available upon request.

FTC Form **144** (rev 12/15)

**App. 1692**

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature _____

Title _____

Sworn to before me this day

_____   _____

_____
Notary Public

_____

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible.  In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:        Edith Ramirez, Chairwoman
                         Maureen K. Ohlhausen
                         Terrell McSweeny

RESOLUTION DIRECTING USE OF COMPULSORY PROCESS IN NON-PUBLIC
INVESTIGATION OF UNNAMED PERSONS, PARTNERSHIPS OR CORPORATIONS
ENGAGED IN THE DECEPTIVE OR UNFAIR USE OF E-MAIL, METATAGS,
COMPUTER CODE OR PROGRAMS, OR DECEPTIVE OR UNFAIR PRACTICES
INVOLVING INTERNET-RELATED GOODS OR SERVICES

File No. 9923259

Nature and Scope of Investigation:

To determine whether unnamed persons, partnerships or corporations have been or are
engaged in the deceptive or unfair use of e-mail, metatags, computer code or programs, or
deceptive or unfair practices involving Internet-related goods or services, in violation of Sections
5 or 12 of the Federal Trade Commission Act, 15 U.S.C. §§ 45, 52, as amended. The
investigation is also to determine whether Commission action to obtain equitable monetary relief
for injury to consumers or others would be in the public interest.

The Federal Trade Commission hereby resolves and directs that any and all compulsory
processes available to it be used in connection with this investigation for a period not to exceed
five years from the date of issuance of this resolution. The expiration of this five-year period
shall not limit or terminate the investigation or the legal effect of any compulsory process issued
during the five-year period. The Federal Trade Commission specifically authorizes the filing or
continuation of actions to enforce any such compulsory process after the expiration of the five-
year period.

Authority to Conduct Investigation:

Sections 6, 9, 10, and 20 of the Federal Trade Commission Act, 15 U.S.C. §§ 46, 49, 50,
and 57b-1, as amended; FTC Procedures and Rules of Practice, 16 C.F.R. Part 1.1 et seq, and
supplements thereto.

By direction of the Commission.

Donald S. Clark
Secretary

Issued:  August 1, 2016

CIVIL INVESTIGATIVE DEMAND
SCHEDULE FOR PRODUCTION OF DOCUMENTS AND ANSWERS
TO WRITTEN INTERROGATORIES

## I.     DEFINITIONS

As used in this Civil Investigative Demand, the following definitions shall apply:

A.     "**Advertisement**" or "**Advertising**" or "**Ad**" means any written or verbal statement, illustration, or depiction that promotes the sale of a good or service or is designed to increase consumer interest in a brand, good, or service. Advertising media include, but are not limited to, packaging and labeling; promotional materials; print; television; radio; and internet, social media, and other digital content.

B.     "**And**," as well as "**Or**," shall be construed both conjunctively and disjunctively, as necessary, in order to bring within the scope of any specification in this Schedule All information that otherwise might be construed to be outside the scope of the specification.

C.     "**Any**" shall be construed to include "All," and "All" shall be construed to include the word "**Any**."

D.     "**Chargeback**" shall mean a transaction that is returned as a financial liability to an acquirer by a card issuer, usually because of a disputed transaction. The acquirer may then return or "charge back" the transaction to the merchant.

E.     "**CID**" shall mean the Civil Investigative Demand, including the attached Resolution and this Schedule, and including the Definitions, Instructions, and Specifications.

F.     "**Company**" shall mean **Match Group, Inc.**, its wholly or partially owned subsidiaries, unincorporated divisions, joint ventures, operations under assumed names, and affiliates, and All directors, officers, employees, agents, consultants, and other persons working for or on behalf of the foregoing, **but only to the extent that these persons and entities operate Match.com**. The term shall include any descriptor used by **Match Group, Inc.** in its business practices.

G.     "**Customer(s)**" shall mean any Person using Match.com who maintains an account, whether he or she pays for services or not.

H.     "**Document**" shall mean the complete original and any non-identical copy (whether different from the original because of notations on the copy or otherwise), regardless of origin or location, of any written, typed, printed, transcribed, filmed, punched, or graphic matter of every type and description, however and by whomever prepared, produced, disseminated or made, including but not limited to any advertisement, book, pamphlet, periodical, contract, correspondence, file, invoice, memorandum, note, telegram, report, record, handwritten note, working paper, routing slip, chart, graph, paper, index, map, tabulation, manual, guide, outline, script, abstract, history, calendar, diary, agenda, minute, code book, or label. "**Document**" shall

App. 1695

also include **All documents, materials, and information, including Electronically Stored Information**, within the meaning of the Federal Rules of Civil Procedure.

I.      "**Each**" shall be construed to include "**Every**," and "**Every**" shall be construed to include "**Each**."

J.      "**Electronically Stored Information**" or "**ESI**" shall mean the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise), regardless of origin or location, of any writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any electronic medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form. This includes, but is not limited to, electronic mail, instant messaging, videoconferencing, and other electronic correspondence (whether active, archived, or in a deleted items folder), word processing files, spreadsheets, databases, and video and sound recordings, whether stored on: cards; magnetic or electronic tapes; disks; computer hard drives, network shares or servers, or other drives; cloud-based platforms; cell phones, PDAs, computer tablets, or other mobile devices; or other storage media.

K.      "**FTC**" or "**Commission**" shall mean the Federal Trade Commission.

L.      "**Identify**" or "**the Identity of**" shall be construed to require identification of (a) natural persons by name, title, present business affiliation, present business address, email address, and telephone number, or if a present business affiliation or present business address is not known, the last known business and home addresses; and (b) businesses or other organizations by name, address, identities of natural persons who are officers, directors or managers of the business or organization, and contact persons, where applicable.

M.      "**Match.com**" shall mean the dating platform available at www.match.com.

N.      "**Person(s)**" means any natural person, corporate entity, partnership, association, joint venture, governmental entity, trust, or any other organization or entity engaged in commerce.

O.      "**Referring to**" or "**Relating to**" shall mean discussing, describing, reflecting, containing, analyzing, studying, reporting, commenting on, evidencing, constituting, setting forth, considering, recommending, concerning, or pertaining to, in whole or in part.

P.      "**Guarantee**" shall mean any Company offer to provide free subscription services for Customers who fulfill certain criteria during their initial subscription period.

Q.      "**Test Profile(s)**" shall mean any user profile, account, or other representation maintained on the Match.com platform that was created by or at the instruction of the Company. "Test Profile" shall include but not be limited to any "test dating profiles" as described in Section 15 ("Communications and Test Profiles") of Match.com's Terms of Use Agreement.

R.      "**You**" and "**Your**" shall mean the person or entity to whom this CID is issued and includes the "Company."

App. 1696

## II.    INSTRUCTIONS

A.    **Sharing of Information:**  The Commission often makes its files available to other civil and criminal federal, state, local, or foreign law enforcement agencies. The Commission may make information supplied by you available to such agencies where appropriate pursuant to the Federal Trade Commission Act and 16 C.F.R. § 4.11 (c) and (j). Information you provide may be used in any federal, state, or foreign civil or criminal proceeding by the Commission or other agencies.

B.    **Meet and Confer:**  You must contact **Zachary A. Keller** at **(214) 979-9382** as soon as possible to schedule a meeting (telephonic or in person) to be held within fourteen (14) days after receipt of this CID, or before the deadline for filing a petition to quash, whichever is first, in order to discuss compliance and to address and attempt to resolve all issues, including issues relating to protected status and the form and manner in which claims of protected status will be asserted, and the submission of ESI and other electronic productions as described in these Instructions. Pursuant to 16 C.F.R. § 2.7(k), you must make available personnel with the knowledge necessary for resolution of the issues relevant to compliance with this CID, including but not limited to personnel with knowledge about your information or records management systems, relevant materials such as organizational charts, and samples of material required to be produced. If any issues relate to ESI, you must make available a person familiar with your ESI systems and methods of retrieval.

C.    **Applicable Time Period:**  Unless otherwise directed in the specifications, the applicable time period for the request shall be from **January 1, 2013, until the date of full and complete compliance with this CID**.

D.    **Claims of Privilege:**  If any material called for by this CID is withheld based on a claim of privilege, work product protection, or statutory exemption, or any similar claim (*see* 16 C.F.R. § 2.7(a)(4)), the claim must be asserted no later than the return date of this CID. In addition, pursuant to 16 C.F.R. § 2.11(a)(1), submit, together with the claim, a detailed log of the items withheld. The information in the log shall be of sufficient detail to enable the Commission staff to assess the validity of the claim for each document, including attachments, without disclosing the protected information. Submit the log in a searchable electronic format, and, for each document, including attachments, provide:

1.    Document control number(s);

2.    The full title (if the withheld material is a document) and the full file name (if the withheld material is in electronic form);

3.    A description of the material withheld (for example, a letter, memorandum, or email), including any attachments;

4.    The date the material was created;

App. 1697

5.  The date the material was sent to each recipient (if different from the date the material was created);

6.  The email addresses, if any, or other electronic contact information to the extent used in the document, from which and to which each document was sent;

7.  The names, titles, business addresses, email addresses or other electronic contact information, and relevant affiliations of all authors;

8.  The names, titles, business addresses, email addresses or other electronic contact information, and relevant affiliations of all recipients of the material;

9.  The names, titles, business addresses, email addresses or other electronic contact information, and relevant affiliations of all persons copied on the material;

10. The factual basis supporting the claim that the material is protected; and

11. Any other pertinent information necessary to support the assertion of protected status by operation of law.

16 C.F.R. § 2.11(a)(1)(i)-(xi).

In the log, identify by an asterisk each attorney who is an author, recipient, or person copied on the material. The titles, business addresses, email addresses, and relevant affiliations of all authors, recipients, and persons copied on the material may be provided in a legend appended to the log. However, provide in the log the information required by Instruction D.6. 16 C.F.R. § 2.11(a)(2). The lead attorney or attorney responsible for supervising the review of the material and who made the determination to assert the claim of protected status must attest to the log. 16 C.F.R. § 2.11(a)(1).

If only some portion of any responsive material is privileged, all non-privileged portions of the material must be submitted. Otherwise, produce all responsive information and material without redaction. 16 C.F.R. § 2.11(c). The failure to provide information sufficient to support a claim of protected status may result in denial of the claim. 16 C.F.R. § 2.11(a)(1).

E.   **Document Retention:** You shall retain all documentary materials used in the preparation of responses to the specifications of this CID. The Commission may require the submission of additional documents at a later time during this investigation. **Accordingly, you should suspend any routine procedures for document destruction and take other measures to prevent the destruction of documents** that are in any way relevant to this investigation during its pendency, irrespective of whether you believe such documents are protected from discovery by privilege or otherwise. *See* 15 U.S.C. § 50; *see also* 18 U.S.C. §§ 1505, 1519.

F.   **Petitions to Limit or Quash:** Any petition to limit or quash this CID must be filed with the Secretary of the Commission no later than twenty (20) days after service of the CID, or, if the return date is less than twenty (20) days after service, prior to the return date. Such petition shall

set forth all assertions of protected status or other factual and legal objections to the CID, including all appropriate arguments, affidavits, and other supporting documentation.  16 C.F.R. § 2.10(a)(1).  Such petition shall not exceed 5,000 words as set forth in 16 C.F.R. § 2.10(a)(1) and must include the signed separate statement of counsel required by 16 C.F.R. § 2.10(a)(2).  **The Commission will not consider petitions to quash or limit absent a pre-filing meet and confer session with Commission staff and, absent extraordinary circumstances, will consider only issues raised during the meet and confer process.  16 C.F.R. § 2.7(k);** *see also* **§ 2.11(b).**

G.     **Modification of Specifications:**  If you believe that the scope of the required search or response for any specification can be narrowed consistent with the Commission's need for documents or information, you are encouraged to discuss such possible modifications, including any modifications of definitions and instructions, with **Zachary A. Keller** at **(214) 979-9382.**  All such modifications must be agreed to in writing by the Bureau Director, or a Deputy Bureau Director, Associate Director, Regional Director, or Assistant Regional Director.  16 C.F.R. § 2.7(l).

H.     **Certification:**  A responsible corporate officer shall certify that the response to this CID is complete.  This certification shall be made in the form set out on the back of the CID form, or by a declaration under penalty of perjury as provided by 28 U.S.C. § 1746.

I.     **Scope of Search:**  This CID covers documents and information in your possession or under your actual or constructive custody or control including, but not limited to, documents and information in the possession, custody, or control of your attorneys, accountants, directors, officers, employees, the controlling shareholder, and other agents and consultants, whether or not such documents and information were received from or disseminated to any person or entity.

J.     **Document Production:**  You shall produce the documentary material by making all responsive documents available for inspection and copying at your principal place of business.  Alternatively, you may elect to send all responsive documents to **James E. Elliott, Federal Trade Commission, 1999 Bryan Street Suite 2150, Dallas, Texas 75201**. Because postal delivery to the Commission is subject to delay due to heightened security precautions, please use a courier service such as Federal Express or UPS. Notice of your intended method of production shall be given by email or telephone to **Zachary A. Keller** at **(214) 979-9382** or **zkeller@ftc.gov** at least five days prior to the return date.

K.     **Document Identification:**  Documents that may be responsive to more than one specification of this CID need not be submitted more than once; however, your response should indicate, for each document submitted, each specification to which the document is responsive.  If any documents responsive to this CID have been previously supplied to the Commission, you may comply with this CID by identifying the document(s) previously provided and the date of submission.  Documents should be produced in the order in which they appear in your files or as electronically stored and without being manipulated or otherwise rearranged; if documents are removed from their original folders, binders, covers, containers, or electronic source in order to be produced, then the documents shall be identified in a manner so as to clearly specify the folder, binder, cover, container, or electronic media or file paths from which such documents

App. 1699

came. In addition, number all documents in your submission with a unique identifier, and indicate the total number of documents in your submission.

L.    **Production of Copies:**  Unless otherwise stated, legible photocopies (or electronically rendered images or digital copies of native electronic files) may be submitted in lieu of original documents, provided that the originals are retained in their state at the time of receipt of this CID. Further, copies of originals may be submitted in lieu of originals only if they are true, correct, and complete copies of the original documents; provided, however, that submission of a copy shall constitute a waiver of any claim as to the authenticity of the copy should it be necessary to introduce such copy into evidence in any Commission proceeding or court of law; and provided further that you shall retain the original documents and produce them to Commission staff upon request.  Copies of marketing materials and advertisements shall be produced in color, and copies of other materials shall be produced in color if necessary to interpret them or render them intelligible.

M.    **Electronic Submission of Documents:**  See the attached "Federal Trade Commission, Bureau of Consumer Protection Concordance/Relativity Production Requirements," which details all requirements for submission of information, generally requiring that files be produced in native form and specifying the metadata to be produced.  As noted in the attachment, some items require discussion with the FTC counsel **prior to** production, which can be part of the general "Meet and Confer" described above.  If you would like to arrange a separate discussion involving persons specifically familiar with your electronically stored information (ESI) systems and methods of retrieval, make those arrangements with FTC counsel when scheduling the general meet and confer discussion.

N.    **Sensitive Personally Identifiable Information:**  If any material called for by these requests contains sensitive personally identifiable information or sensitive health information of any individual, please contact us before sending those materials to discuss whether it would be appropriate to redact the sensitive information.  If that information will not be redacted, contact us to discuss encrypting any electronic copies of such material with encryption software such as SecureZip and provide the encryption key in a separate communication.

For purposes of these requests, sensitive personally identifiable information includes: an individual's Social Security number alone; or an individual's name or address or phone number in combination with one or more of the following: date of birth; Social Security number; driver's license number or other state identification number or a foreign country equivalent; passport number; financial account number; credit card number; or debit card number.  Sensitive health information includes medical records and other individually identifiable health information relating to the past, present, or future physical or mental health or conditions of an individual, the provision of health care to an individual, or the past, present, or future payment for the provision of health care to an individual.

O.    **Information Identification:**  Each specification and subspecification of this CID shall be answered separately and fully in writing under oath.  All information submitted shall be clearly and precisely identified as to the specification(s) or subspecification(s) to which it is responsive.

**App. 1700**

P.     **Certification of Records of Regularly Conducted Activity:**  Attached is a Certification of Records of Regularly Conducted Activity, which may reduce the need to subpoena the Company to testify at future proceedings in order to establish the admissibility of documents produced in response to this CID.  You are asked to execute this Certification and provide it with your response.

## III.    INTERROGATORIES

Unless otherwise instructed, provide the following information for the Applicable Time Period, as set forth in Instruction II.C.  If You are not able to fully respond to any Interrogatory, explain why You are not able to fully respond.

### Corporate Information

1.     Identify Each subsidiary of Match Group, Inc. that contributes to Match.com's business operations and state or describe the following Relating to Each Identified subsidiary:

   a. State of incorporation;
   b. Role in Match.com's business operations; and
   c. Identity of All Persons who:
       i.    Are officers or directors;
       ii.   Own more than 10% of the subsidiary's shareholding equity;
       iii.  Own more than 10% of the subsidiary's voting rights; and
       iv.   Exercise control over the entity and are not Identified in Interrogatories 1c(i)-(iii).

2.     For Each website owned or managed by the Company that contributes to Match.com's business operations, state the following:

   a. URL of the website;
   b. Date that the website first became operational and, if applicable, the date that it ceased operating;
   c. Description of the type of activity, function, or offering available through the website;
   d. Description of the target audience, including, but not limited to, age and gender categories; and
   e. Whether any information accessed, collected, or maintained by the Company from Customers is shared with other Persons and, if so, identify the purpose for the sharing of such information.

3.     State the following information on a quarterly basis:

   a. Revenue generated by Match.com;
   b. Number of Match.com accounts whose owner is not paying for services;
   c. Number of Match.com accounts whose owner is paying for services; and
   d. Number of Test Profiles on Match.com.

App. 1701

4.　　Identify All current and former employees or other Persons working for or affiliated with the Company that managed, supervised, enforced, or helped create the policies for its Advertising and business practices, including the following:

    a.　The creation of subscription packages and other means of pricing and selling Match.com's services;
    b.　Promotional offerings;
    c.　Marketing or Advertising plans, marketing reports, business studies, and creative strategies;
    d.　Account cancellation procedures;
    e.　Customer support services;
    f.　Terminating or suspending accounts as a result of a Customer Chargeback;
    g.　Creation of Test Profiles; and
    h.　Use of Test Profiles.

## Customer Service and Subscription Services

5.　　State the Company's quarterly revenues that are generated by recurring subscriptions, both in terms of U.S. Dollars and as a percentage of the Company's total revenues.

6.　　Describe Each offer the Company has made that provides any form of discount, free trial period, or Guarantee, including:

    a.　The terms and conditions of the offer;
    b.　Whether the offer included a negative option plan; and
    c.　The dates during which the offer was available to Customers.

7.　　On a quarterly basis, state or describe:

    a.　The number of free trial offers accepted by Customers;
    b.　Of the accepted free trial offers stated in Interrogatory 7a, how many trial offers resulted in an automatically renewed subscription; and
    c.　Of the renewed subscriptions stated in Interrogatory 7b, how many subscriptions were subsequently renewed for at least one additional period.

8.　　On a quarterly basis, state or describe:

    a.　The number of Customers who purchased a six-month package that is subject to a Guarantee offer;
    b.　The number of Customers who have attempted to redeem a free subscription period under a Guarantee;
    c.　The number of Customers who have been granted a free subscription period under a Guarantee;
    d.　Of the Customers stated in Interrogatory 8a, how many six-month packages were renewed for a paying six-month term after the initial six-month term expired; and
    e.　Of the subscriptions stated in Interrogatory 8d, how many subscriptions were renewed for an additional period after the first two six-month terms.

**App. 1702**

9.    State whether the Company has taken action to terminate or suspend the account of any Customer who has instituted a Chargeback. If so, state:

    a.  On a quarterly basis, the number of Customer Chargebacks;
    b.  On a quarterly basis, the number of Customers who sought Chargebacks and whose accounts were:
        i.   Suspended; and
        ii.  Terminated.
    c.  On a quarterly basis, the average length of time that a Customer account was suspended due to a Chargeback after the Chargeback was resolved.

### Test Profiles

10.   For any Test Profile that has appeared on Match.com, state the following:

    a.  Username and any unique internal identifier;
    b.  Profile's gender;
    c.  Date the profile was created;
    d.  Website(s) on which the profile can be accessed;
    e.  The Identity of the Person whose photo was used for the Test Profile;
    f.  Number of Customers contacted and the type of contact made on a quarterly basis, including but not limited to winks, favorites, direct messages, or the Company providing a list of potential partners to a Customer that includes such Test Profile;
    g.  Of the Customers stated in the response to Interrogatory 10f, the number of Customers that were not paying Customers to Match.com at the time of contact; and
    h.  Of the Customers stated in the response to Interrogatory 10g, the number of Customers that became paying Customers after the time of the Test Profile's initial contact.

11.   State the following:

    a.  The percentage of All non-paying Customers who were both contacted by a Test Profile and converted a non-paying account into a paying account after a Test Profile's initial contact; and
    b.  The percentage of All non-paying Customers who were both never contacted by a Test Profile and converted a non-paying account into a paying account.

12.   To the extent that the Company contacts Customers by using Test Profiles, state the number of Customers that are contacted on a quarterly basis by Test Profiles in terms of the following demographic groupings:

    a.  Age:
        i.    18-31
        ii.   32-45
        iii.  46-65
        iv.   66+

App. 1703

    b.  Gender:
        i.   Male
        ii.  Female
    c.  Subscription Status:
        i.   Paying Customer
        ii.  Non-Paying Customer

13.     Describe the results of All internal research, report, data evaluation, third-party consultation, in-house presentation, or any other form of investigation Relating to:

    a.  Test Profiles;
    b.  How the Company uses Test Profiles;
    c.  Demographic information Relating to whom Test Profiles should contact; and
    d.  How to monetize the use of Test Profiles (for example, by attracting non-paying Customers to become paying Customers).

**Policies, Practices, and Consumer Interaction**

14.     Describe the Company's policies and practices Relating to the following:

    a.  Free trial offers, including:
        i.    Terms and conditions;
        ii.   Cancellation provisions; and
        iii.  Timing requirements Relating to when Customers must cancel their free trial offer to avoid being billed for a recurring subscription.
    b.  Guarantees, including:
        i.    Terms and conditions;
        ii.   The Company's monitoring of Customers' compliance with the terms and conditions;
        iii.  The Company's reasons for creating Each of the Guarantee's compliance requirements; and
        iv.   All timing requirements Relating to redeeming a Guarantee.
    c.  Recurring subscriptions not related to free trial offers or Guarantees, including:
        i.    Terms and conditions; and
        ii.   Whether the Customer's account is charged prior to the expiration of its current subscription period and when such charge is made.
    d.  Customer support services, including:
        i.    The mediums the Company uses to communicate with its customers (e.g., phone, email);
        ii.   The hours of operation for such services;
        iii.  The average hold time for Customers attempting to contact the Company by telephone;
        iv.   Any feature of the support services that advises Customers that their attempt to contact the Company is unsuccessful and that they should therefore try again at a later date;

      v.     The average response time for Customers attempting to contact the Company by email; and

      vi.    How the Company monitors its customer support services.

e.  Account cancellation, including:

      i.     Any material limitations on when a Customer may cancel an account;

      ii.    The mediums through which Customers may cancel accounts; and

      iii.   How the Company confirms account cancellation to its Customers..

f.  Customer Chargebacks, including:

      i.     Policies that define how long a Customer's account should be terminated or suspended;

      ii.    Whether and how a suspension due to a Chargeback affects the status of the recurring subscription attached to the Customer's account; and

      iii.   Whether the duration of the suspension due to a Chargeback counts against the Customer's current subscription period.

g.  Creating and using Test Profiles, including:

      i.     Why the Company makes use of Test Profiles;

      ii.    Where Test Profile content originated;

      iii.   Whether and to what extent Customer-generated content is utilized in Test Profiles;

      iv.   Whether and how the Company secures the consent of Customers whose account content is utilized in Test Profiles; and

      v.    Whether Customers may opt-out of Match.com's use of Customer information for Test Profiles.

15.    Describe the Company's notifications and other disclosures to Customers Relating to the following:

a.  Free trial offers;

b.  Guarantees, including;

      i.     Notifications prior to the Company charging a Customer's account for a successive subscription when that Customer has attempted to comply with the Guarantees;

      ii.    Notifications Relating to Customers' compliance status; and

      iii.   Notifications Relating to upcoming compliance criteria.

c.  Renewal of service packages not related to free trial offers or Guarantees;

d.  Account cancellation;

e.  The consequences of bringing a Chargeback against the Company; and

f.  Use of Test Profiles, including:

      i.     Disclosures made within the Test Profile itself;

      ii.    Disclosures contained in communications made by the Test Profile; and

      iii.   Any other form of disclosure or signal whereby Customers can distinguish Test Profiles from Customer profiles.

16.   For Each Advertisement Relating to free trial offers or Guarantees, state or describe:

    a.   Whether such Ad relates to free trial offers, Guarantees, or both;
    b.   Terms and conditions that are depicted in the Ad;
    c.   Beginning and ending dates of dissemination; and
    d.   For Each Ad, state the following:
        i.    Date and time the Ad was disseminated;
        ii.   Locations the Ad was disseminated; and
        iii.  Approximate number of persons who received or viewed the Ad.

17.   Describe All Customer complaints, including stating the date of the complaint, the Identity of the Customer, and how the complaint was resolved, Relating to the following:

    a.   Free trial offers;
    b.   Guarantees;
    c.   Recurring subscription packages not related to free trial offers or Guarantees;
    d.   Customers who claim to have canceled their accounts yet have been charged for additional service periods;
    e.   Availability of customer support services;
    f.   Customers who have had their services terminated after unsuccessfully disputing a charge; and
    g.   Alleged use of Test Profiles.

## IV.   DOCUMENT REQUESTS

    Unless otherwise instructed, produce the following Documents for the Applicable Time Period, as set forth in Instruction II.C.  Where Documents responsive to any specification below are stored in magnetic or electronic form, produce such Documents in media as set forth in Instruction II.M.

### Corporate Information

1.   Documents sufficient to Identify the Persons responsible for creating, implementing, or enforcing the Company's policies and practices Relating to Advertising, marketing, implementing, and pricing for:

    a.   Free trial offers;
    b.   Guarantees;
    c.   Recurring subscription packages not related to free trial offers or Guarantees;
    d.   Account cancellation;
    e.   Customer services practices;
    f.   Chargebacks; and
    g.   Test Profiles.

2.   A copy of Each organizational chart and personnel directory for the Company, including email addresses.

<u>Customer Service and Subscription Services</u>

3.     A copy of the following:

   a.  Relating to free trial offers:
      i.      All Advertisements;
      ii.     All marketing or Advertising plans;
      iii.    All registration pages; and
      iv.     All consumer research reports.

   b.  Relating to Guarantees:
      i.      All Advertisements;
      ii.     All marketing or Advertising plans;
      iii.    All registration pages; and
      iv.     All consumer research reports.
   c.  Relating to All service packages that do not include free trial offers or Guarantees:
      i.      All Advertisements;
      ii.     All marketing or Advertising plans;
      iii.    All registration pages; and
      iv.     All consumer research reports.

4.     All Documents related to any internal research, report, data evaluation, third-party consultation, in-house presentation, or any other form of investigation Relating to how negative option features should be disclosed in any offer or Advertisement made by the Company.

5.     Documents sufficient to show the billing records and payment history of the following:

   a.  Customers enumerated in Interrogatory 9b(i);
   b.  Customers enumerated in Interrogatory 9b(ii);
   c.  Customers enumerated in Interrogatory 10(h);
   d.  Customers Identified in Interrogatory 17a;
   e.  Customers Identified in Interrogatory 17b;
   f.  Customers Identified in Interrogatory 17c;
   g.  Customers Identified in Interrogatory 17d;
   h.  Customers Identified in Interrogatory 17e; and
   i.  Customers Identified in Interrogatory 17f.

<u>Test Profiles</u>

6.     All Documents related to any internal research, report, data evaluation, third-party consultation, in-house presentation, or any other form of investigation Relating to Test Profiles, including the following:

   a.  How the Company uses Test Profiles;
   b.  Demographic information Relating to whom Test Profiles should contact; and

    c.  How to monetize the use of Test Profiles (for example, by attracting non-paying Customers to become paying Customers).

7.    A copy of the following Documents Relating to Test Profiles:

    a.  All Advertisements disclosing their use;
    b.  All marketing or Advertising plans; and
    c.  All offer pages and registration pages disclosing their use.

**Policies, Practices, and Consumer Interaction**

8.    Documents sufficient to show the Company's policies and practices, including but not limited to any internal correspondence Relating to the creation or modification of such policies and practices, regarding the following:

    a.  Free trial offers;
    b.  Guarantees;
    c.  Recurring subscription plans not related to free trial offers or Guarantees;
    d.  Customer support services, including:
        i.   The operations of any call center involved, whether managed by the Company or via third-party contractor;
        ii.  Handbooks, call scripts, and related materials; and
        iii.  Formal or informal memoranda Relating to hours of operation, availability to customers, and customer interaction.
    e.  Account cancellation, including how, when, and where Customers may cancel subscriptions and how such cancellation is confirmed;
    f.  Customers instituting Chargebacks; and
    g.  Creating and using Test Profiles.

9.    Documents sufficient to show the Company's notifications and other disclosures, including but not limited to internal correspondence Relating to the creation or modification of such notifications and other disclosures, regarding the following:

    a.  Free trial offers;
    b.  Guarantees, including:
        i.   Notifications prior to the Company charging a Customer's account for a successive six-month subscription when that Customer has attempted to comply with the Guarantees;
        ii.  Notifications Relating to Customers' compliance status; and
        iii.  Notifications Relating to upcoming compliance criteria.
    c.  Recurring subscription plans not related to free trial offers or Guarantees;
    d.  Account cancellation;
    e.  Customer Chargebacks, including:
        i.   The status of Customer accounts;
        ii.  The impact any suspension of their account has on their recurring subscription; and

       iii.    Whether the duration of the suspension counts against the Customer's current
           subscription period.
  f.    The Company's use of Test Profiles.

10.    All Documents Relating to Customer complaints, including but not limited to internal
correspondence Relating to resolving such complaints, regarding the following:

  a.  Free trial offers;
  b.  Guarantees;
  c.  Recurring subscriptions but not related to free trial offers or Guarantees;
  d.  Customers who claim to have canceled their accounts yet have been charged for
     additional service periods;
  e.  Availability of customer support services;
  f.  Customer Chargebacks;
  g.  Any alleged or real failure to provide a Customer access to his or her account; and
  h.  Any alleged or real use of Test Profiles by the Company.

11.    All Documents Relating to any communications between the Company (or any affiliated
person or entity) and any local, state, or federal government or industry regulatory body,
including but not limited to the National Advertising Divisions of the Council of Better Business
Bureaus or the Electronic Retailing Self-Regulation Program, concerning Advertising Relating
to Match.com.

## V.    REQUEST FOR ORAL TESTIMONY OF CORPORATE DESIGNEE

      The Company is required to designate and make available one or more officers, directors,
or managing agents, or others who consent to testify on its behalf. Unless a single individual is
designated, the Company must designate in advance and in writing the matters on which Each
designee will testify. The person(s) designated must testify about information known or
reasonably available to the Company and their testimony shall be binding upon it. 16 C.F.R.
§ 2.7(h).

The person(s) designated must be prepared to provide testimony Relating to the following topics:

1.    His or her background, education, and work experience, including his or her work at the
Company and Relating to any matters addressed in Sections III or IV of this CID.

2.    The Company's answers to the interrogatories in Section III of this CID, and documents
the Company produced in response to the requests in Section IV of this CID.

3.    The Company's organizational and management structure, including Each division and
the Person(s) responsible for managing Each division.

4.    The Identity of the Persons responsible for creating, implementing, or enforcing the
Company's policies and procedures Relating to Advertising, marketing, customer service, and
pricing, and the nature of such person's responsibilities.

5.      Each option available to a Customer who has demanded a refund, has been subject to an alleged or real unauthorized charge, has been subject to a termination or suspension of her account, or has instituted a Chargeback against the Company.

6.      All terms and conditions Relating to Customers' use of Match.com.

7.      The training materials and any other Communications provided to the Company's customer service representatives or other employees Relating to any matters addressed in Sections III or IV of this CID.

8.      The Company's policies and procedures, including their creation, implementation, and enforcement, Relating to any matters addressed in Interrogatory 14 of this CID, above, including, but not limited to:

   a.  The Identity of any Person who created, implemented, or enforced the Company's policies and procedures;
   b.  How the policies and procedures were drafted and approved by the Company;
   c.  How the policies and procedures were implemented across the organization;
   d.  How and by whom the policies and procedures are enforced;
   e.  Billing and cancellation practices;
   f.  The method by which the Company conducts audits of compliance with its policies and procedures;
   g.  The method by which the Company trains its employees about the policies and procedures; and
   h.  Any incentives or compensation provided to employees based upon the Company's denying refunds or reversing Chargeback demands by Customers.

9.      The number and nature of complaints that the Company received from a Customer, directly or indirectly, Relating to any matters addressed in Document Request 10 of this CID, and the Company's responses.

10.     Any investigations, legal actions, dispute resolution proceedings, and administrative actions Relating to any matters addressed in Document Request 11 of this CID.

11.     The Company's compliance with the Document Retention requirements set forth in Instruction II.E. and the date that such compliance went into effect.

   **NOTE:  This CID is issued in conformance with Section 2703 of Title 18 of the United States Code (the Electronic Communications Privacy Act) and seeks only to obtain information permitted by that section.  To the extent that you believe you are a provider of Electronic Communications Service or Remote Computing Service to a customer or subscriber about whom this CID seeks information: (1) do not divulge a record or information pertaining to such customer or subscriber or the content of such customer's or subscriber's communications; and (2) provide an explanation and All supporting Documents as to why you believe you are a provider**

of electronic communication services or remote computing services and why
producing such information or Documents is prohibited by ECPA. To the extent
you provide services other than electronic communications services or remote
computing services to Person(s) Identified herein, you should answer the
interrogatories and produce the demanded Documents regarding such services in
full. If you have any questions, please contact FTC staff attorney Zachary A. Keller
at (214) 979-9382 before providing responsive documents or information.

### Federal Trade Commission, Bureau of Consumer Protection
### Concordance/Relativity Production Requirements

Submit all documents according to the instructions below. Some instructions require discussion with FTC counsel prior to production, which can be part of a general "Meet and Confer" between the parties or a separate discussion involving persons specifically familiar with your electronically stored information (ESI) systems and methods of retrieval.

<u>Production Format</u>

1. Submit Concordance load-ready electronic productions with:

    a. an Opticon image load file (OPT) containing a line for every image file in the production, and

    b. a Concordance delimited data load file (DAT) containing a line for every document in the production, with bates references, metadata fields, and native file links where applicable.

2. ESI – Documents stored in electronic format in the ordinary course of business shall be submitted in the following electronic format:

    a. Microsoft Excel, Access, and PowerPoint – Submit in native format with extracted text and metadata. Data compilations in Excel spreadsheets or in delimited text formats must contain all underlying data unredacted with all underlying formulas and algorithims intact.

    b. Discuss production of other spreadsheet, database, presentation, and multimedia formats, instant messages, CRM, and proprietary applications with FTC counsel prior to submission.

    c. Submit all ESI other than that described above in native electronic format with extracted text or Optical Character Recognition (OCR) and all related metadata, and with corresponding image renderings as converted to Group IV, 300 DPI, single-page Tagged Image File Format (TIFF) or as color JPEG images (where color is necessary to interpret the contents or render them intelligible).

    d. Each electronic file should be assigned a unique document identification (DocID) or bates number.

3. Hard copy – Documents stored in hard copy in the ordinary course of business must be scanned and submitted as 300 DPI individual single page TIFFs (or color JPGs when necessary to interpret documents or render them intelligible), with corresponding document-level OCR text and with logical document determination clearly rendered in an accompanying load file. Each page shall be endorsed with a DocID or bates number.

4. Extracted Text/OCR – Submit text as document-level text files, named for the beginning

A-1

DocID or bates number, and organized into a folder separate from images. BCP cannot accept Unicode text files and will request replacement files if received.

5. Document Identification – Each document must have a unique DocId or bates number, consisting of a prefix and a consistent number of numerals to prevent issues with image display, using leading zeros where necessary. Do not use a space to separate the prefix from numbers.

6. Family Relationships – Regardless of the form of production, preserve the parent/child relationship by:
   a. producing attachments as separate documents and numbering them consecutively to the parent email, and
   b. including a reference to all attachments.

7. Deduplication and Email Threading – You must have FTC counsel approval to utilize any de-duplication or email threading software or services.

8. Password Protected Files – Remove passwords prior to production. If password removal is not possible, provide a cross reference file including original filename, production filename, and the respective password.

**Production Metadata**

9. For each document electronically submitted to the FTC, include the following metadata fields in a standard ASCII delimited data load file. The following charts describe the required metadata for hard copy scanned documents, email, email attachments, and native files. Alongside each piece of information, include a corresponding field name for the delimited data load file.

   a. Hard Copy Scanned Documents

| Document Info / Metadata | Description | Concordance Field Name |
|---|---|---|
| Beginning Bates number | The beginning bates number for the document | BEGBATES |
| Ending Bates number | The ending bates number for the document | ENDBATES |
| Page Count | The total number of pages in the document | PGCOUNT |
| Custodian | Mailbox where the email resided | CUSTODIAN |

   b. Email

| Document Info / Metadata | Description | Concordance Field Name |
|---|---|---|
| Beginning Bates number | The beginning bates number for the document | BEGBATES |

A-2

| | | |
|---|---|---|
| Ending Bates number | The ending bates number for the document | ENDBATES |
| Page Count | The total number of pages in the document | PGCOUNT |
| Custodian | Mailbox where the email resided | CUSTODIAN |
| To | Recipient(s) of the email | RECIPIENT |
| From | The person who authored the email | FROM |
| CC | Person(s) copied on the email | CC |
| BCC | Person(s) blind copied on the email | BCC |
| Date Sent | Date the email was sent | DATESENT |
| Time Sent | Time the email was sent | TIMESENT |
| Subject | Subject line of email | SUBJECT |
| Date Received | Date the email was received | DATERCVD |
| Time Received | Time the email was received | TIMERCVD |
| Child records (attachments) | The beginning bates number(s) of attachments delimited by comma | ATTACHMENTID |
| Location or "Path" | Location of email in personal folders/Deleted Items/Sent Items | FILEPATH |
| Message ID | MS Outlook Message ID or similar number in other message systems | MESSAGEID |

c. Email Attachments

| Document Info / Metadata | Description | Concordance Field Name |
|---|---|---|
| Beginning Bates number | The beginning bates number for the document | BEGBATES |
| Ending Bates number | The ending bates number for the document | ENDBATES |
| Page Count | The total number of pages in the document | PGCOUNT |
| Custodian | The name of the original custodian of the file | CUSTODIAN |
| Parent Record | Beginning bates number of parent email | PARENTID |
| Creation Date | The date attachment was saved at the location on the electronic media for the first time | CREATEDATE |
| Creation Time | The time the attachment was saved at the location on the electronic media for the first time | CREATETIME |
| Modified Date | The date/time the attachment was last changed, and then saved | MODDATE |
| Modified Time | The time the attachment was last changed, and then saved | MODTIME |
| Last Accessed Date | The time the attachment was last opened, scanned, or even "touched" by a user or software activity | LASTACCDATE |

A-3

| Last Accessed Time | The time the attachment was last opened, scanned, or even "touched" by a user or software activity | LASTACCTIME |
|---|---|---|
| Size | The amount of space the file takes up on the electronic media.  Usually recorded in kilobytes, however may be reported in single bytes | FILESIZE |
| File Name | The name of the attachment including the extension denoting the application in which the file was created | FILENAME |
| Native link | Relative path of submitted native files such as Excel spreadsheets | NATIVELINK |
| Hash | The SHA (Secure Hash Algorithm) or MD5 (Message Digest) hash for the original native file if available | HASH |

   d.  Native Files

| Document Info / Metadata | Description | Concordance Field Name |
|---|---|---|
| Beginning Bates number | The beginning bates number for the document | BEGBATES |
| Ending Bates number | The ending bates number for the document | ENDBATES |
| Page Count | The total number of pages in the document | PGCOUNT |
| Custodian | The name of the original custodian of the file | CUSTODIAN |
| Creation Date | The date attachment was saved at the location on the electronic media for the first time | CREATEDATE |
| Creation Time | The time the attachment was saved at the location on the electronic media for the first time | CREATETIME |
| Modified Date | The date/time the attachment was last changed, and then saved | MODDATE |
| Modified Time | The time the attachment was last changed, and then saved | MODTIME |
| Last Accessed Date | The time the attachment was last opened, scanned, or even "touched" by a user or software activity | LASTACCDATE |
| Last Accessed Time | The time the attachment was last opened, scanned, or even "touched" by a user or software activity | LASTACCTIME |
| Size | The amount of space the file takes up on the electronic media.  Usually recorded in kilobytes | FILESIZE |
| File Name | The name of the file including the extension denoting the application in which the file was created | FILENAME |
| Native link | Relative path of submitted native files | NATIVELINK |
| Hash | The SHA (Secure Hash Algorithm) or MD5 Hash  for the original native file if available | HASH |

A-4

10. Use these delimiters in delimited data load files:

| Description | Symbol | ASCII Character |
|---|---|---|
| Field Separator | < | 20 |
| Quote Character | þ | 254 |
| Multi Entry delimiter | ® | 174 |
| <Return> Value in data | ~ | 126 |

11. Submit date and time data in separate fields so Concordance can load it.

**Production Media and Submission**

12. Prior to production, scan all media and data contained therein for viruses and confirm the media and data is virus free.

13. For productions smaller than 50 GB, the FTC can accept electronic file transfer via FTC-hosted secure file transfer protocol. Contact the FTC to request this option. The FTC cannot accept files via Dropbox, Google Drive, or other third-party file transfer sites.

14. Use the least amount of media necessary for productions. Acceptable media formats are optical discs (CD, DVD), flash drives, and hard drives. Format all media for use with Windows 7.

15. Data encryption tools may be employed to protect privileged or other personal or private information. Discuss encryption formats with the FTC prior to production. Provide encryption passwords in advance of delivery, under separate cover.

16. Postal delivery to the FTC is subject to delay due to heightened security precautions. Mark the exterior of all packages containing electronic media sent through the U.S. Postal Service or other delivery services as follows:

<div style="text-align:center">

MAGNETIC MEDIA – DO NOT X-RAY
MAY BE OPENED FOR POSTAL INSPECTION.

</div>

17. Provide a production transmittal letter with all productions that includes:

    a. Production volume name (e.g., Volume 1),
    b. Date of production,
    c. The numeric DocID number range of all documents included in the production,
    d. List of custodians and the DocID number range for each,
    e. Total number of records and all underlying images, emails, and associated attachments, native files, and databases in the production;
    f. List of load file fields in the order in which they are organized in the data file.

**App. 1716**

<u>CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>
**Pursuant to 28 U.S.C. § 1746**

1.    I, _____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by **Match Group, Inc.** and attached hereto.

3.    The documents produced and attached hereto by **Match Group, Inc.** are originals or true copies of records of regularly conducted activity that:

       a)    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

       b)    Were kept in the course of the regularly conducted activity of **Match Group, Inc.**; and

       c)    Were made by the regularly conducted activity as a regular practice of **Match Group, Inc.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2017.

_____
Signature



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT 79-56

App. 1719

# BakerHostetler

**Baker&Hostetler** LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Linda A. Goldstein
direct dial: 212.589.4206
lgoldstein@bakerlaw.com

August 6, 2019

**VIA E-MAIL (ZKELLER@FTC.GOV)**

Zachary A. Keller, Esq.
Federal Trade Commission
Southwest Region
1999 Bryan Street, Suite 2150
Dallas, TX 75201

*Re:     FTC / Match*

Dear Zach:

Match and the FTC have repeatedly discussed the FTC's concerns about certain of Match's practices. In addition, you have provided Match with a draft Complaint that details the FTC's legal theories as to why the FTC believes Match's practices are unlawful. While we have denied any wrongdoing related to the FTC's proposed claims and will continue to do so until the investigation either closes or the claims are dismissed, as you know, our business has changed over the time period of this investigation. This letter is to leave absolutely no doubt regarding Match's current and future practices.

In short, Match does not engage in any of the following practices in the FTC's draft Complaint, nor does it have any plans or intentions to do so in the future:

- Send notifications ("PTRs") associated with communications from any subscriber account then under fraud review to any non-subscriber as alleged in Count I;

- Allow communications from any subscriber account then under fraud review to reach any non-subscriber (or, for that matter, recent subscribers, which Match has never done) as alleged in Count II;

- Offer a "guarantee" program that allows consumers who meet certain terms and conditions to extend their subscriptions without cost as alleged in Count III,

**App. 1720**

Zachary A. Keller, Esq.
August 6, 2019
Page 2

without clearly and conspicuously disclosing the full terms and conditions of the
guarantee program;

- Bar consumers who have unsuccessfully disputed charges through their financial
institutions, including preventing them from using paid Match.com subscription
services as alleged in Count IV.

Moreover, Match has no plans or intentions ever to reinstitute any of these practices.

If the FTC chooses to pursue legal action against Match, it cannot plead any facts in good faith
inconsistent with the foregoing, including but not limited to alleging that Match is violating, or is
about to violate, the FTC Act with respect to any of the discontinued practices described above.

Sincerely,

Linda A. Goldstein

# EXHIBIT 80

DocuSign Envelope ID: F8E77460-878C-4E8D-BA9B-D70B2301CCF7

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

FEDERAL TRADE COMMISSION,
Plaintiff,

vs.

MATCH GROUP, INC., a corporation, and
MATCH GROUP, LLC, formerly known as
MATCH.COM, LLC, a limited liability
company,

Defendants.

Case No. 3:19-cv-02281-K

## DECLARATION OF JAMES LANGENFELD

I, James Langenfeld, declare as follows:

1.      I have been designated as an expert witness in this action on behalf of Defendants Match Group, Inc. and Match Group, LLC.

2.      I am over the age of 18 and competent to make this Declaration. The statements contained in this Declaration are based on my personal knowledge.

3.      I prepared the Rebuttal Expert Report to Dr. King's Rebuttal Report that was served on Plaintiff Federal Trade Commission on June 14, 2023. A true and correct copy is attached hereto and incorporated herein as **Exhibit 1**. The contents of **Exhibit 1** are true and correct to the best of my knowledge. If called and sworn as a witness, I would and could testify competently to the matters set forth in **Exhibit 1**.

4.      I prepared the Rebuttal Expert Report of James Langenfeld, Ph.D, that was served on Plaintiff Federal Trade Commission on August 22, 2023. A true and correct copy is attached hereto and incorporated herein as **Exhibit 2**. The contents of **Exhibit 2** are true and correct to the best of my knowledge. If called and sworn as a witness, I would and could testify competently to the matters set forth in **Exhibit 2**.

[signature page to follow]

**App. 1723**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2023.          Signature: _____

# EXHIBIT 80-1

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

MATCH GROUP, INC.,

     Defendant.

Case No. 3:19-cv-02281

# Rebuttal Expert Report to Dr. King's Rebuttal Report

## James Langenfeld, Ph.D.

## June 14, 2023

## Table of Contents

I.      QUALIFICATIONS ....................................................................................................1

II.     NATURE OF DISPUTE ...........................................................................................2

III.    ASSIGNMENT ..........................................................................................................2

IV.     SUMMARY OF OPINIONS .....................................................................................3

V.      BACKGROUND ........................................................................................................4
        A. Match Group and Match.com ...........................................................................4
        B. Match.com's Cancelation Process ...................................................................5

VI.     OVERVIEW OF KING AND WARD REPORTS ...................................................13

VII.    DR. KING'S ANALYSIS OF COMMENTS REPRESENTS A VERY SMALL AND POTENTIALLY
        BIASED SET OF MATCH.COM USERS .................................................................16
        A. The Comments Considered by Dr. King Are Not Representative of a Typical User's
           Experience ......................................................................................................17
        B. The Number of Comments Considered by Dr. King Represent a Very Small and
           Biased Fraction of Match.com Users Entering the Cancelation Process, Users
           Completing the Cancelation Process, and Users Whose Subscriptions Were Renewed
           ........................................................................................................................17
        C. The Comments Considered by Dr. King Represent a Very Small Fraction of Users'
           Interactions with Match.com's Customer Service Team ...............................19
        D. Bias in Dr. King's Small Sample ....................................................................19

VIII.   DR. KING'S CATEGORIZATION OF COMMENTS IS UNRELIABLE AND LIKELY BIASED ...21
        A. The Categorization Summary Tables in Dr. King's Report Lack Replicability and
           Verifiability ....................................................................................................21
        B. A Significant Share of Commenting Users Were Very Satisfied, Somewhat Satisfied,
           or Neither Satisfied Nor Dissatisfied ............................................................23

IX.     MANY OF THE COMMENTERS ANALYZED BY DR. KING DID NOT ACTUALLY
        EXPERIENCE THE CANCELATION PROCESS OR THEY SUCCESSFULLY CANCELED ........24

X.      DR. KING'S CONCERNS REGARDING OLDER USERS ARE SPECULATIVE AND
        INACCURATE .........................................................................................................26

CONFIDENTIAL

## I.   QUALIFICATIONS

1. My name is James Langenfeld and I am a Managing Director at Berkeley Research Group (BRG), an economic consulting firm specializing in applied microeconomics, analysis of damages in contract disputes, mass torts, antitrust, intellectual property, labor, and financial analysis. I am also the Co-Editor of the journal *Research in Law and Economics*.

2. For almost ten years, I held a variety of positions at the Federal Trade Commission ("FTC") involving antitrust, consumer protection, regulatory impact, and equitable relief matters. These positions included Director for Antitrust in the FTC's Bureau of Economics, Deputy Director of Economic Policy Analysis, Associate Director for Special Projects, and Economic Advisor to a Commissioner and to the Director of the Bureau of Consumer Protection. In all these positions, I was involved in investigations, analyses, and policy recommendations. I received the SES Meritorious Service Award, the FTC Distinguished Service Award, and was an Honoree at the Department of Justice's Celebration of the Twentieth Anniversary of the 1982 Merger Guidelines.

3. As a consulting economist, I have testified as an economics expert in federal and state courts in many cases, and I have testified and written reports on a variety of economic topics, including consumer protection, contract disputes, and the quantification of damages. These matters have involved a variety of industries and clients, including digital platforms.

4. As an Adjunct Professor, I have taught courses in Law and Economics, which include the economics of quantifying damages in contract disputes using analytic and statistical methodologies. I have also published many scholarly writings on various economic issues, including estimation of damages and econometric analyses.

5. I received a Ph.D. in economics from Washington University in St. Louis and an A.B. from Georgetown University in Washington D.C. My areas of specialization include economic analysis of the operation of platforms and estimation of damages.

**App. 1728**

CONFIDENTIAL

6. I am a member of several professional societies and am Co-Chair of the Economics Committee of the Antitrust Section of the American Bar Association. A copy of my curriculum vitae, which summarizes my experience, is attached as Exhibit 1.

7. BRG bills $800 per hour for my time.

## II.   NATURE OF DISPUTE

8. This matter involves a complaint by the U.S. Federal Trade Commission ("FTC") against Match Group, Inc. and Match Group, LLC ("Defendants").[1] The FTC alleges that Defendants engaged in deceptive or unfair practices on Match.com since at least 2013,[2] including alleged illegal practices related to a "confusing and cumbersome cancelation process that causes consumers to believe they have canceled their subscriptions when they have not."[3] The FTC seeks an injunction, monetary relief, monetary civil penalties, and potentially other relief.[4]

## III.   ASSIGNMENT

9. Counsel for Defendants has asked me to respond to a rebuttal expert report provided by Dr. Jennifer King on behalf of the FTC on May 15, 2023. In this report, Dr. King criticizes work by Defendants' usability expert, Mr. Brandon Ward, and questions some of his arguments about usability research practices.[5] In particular, Dr. King criticizes Mr. Ward for not examining customer comments about Match.com's cancelation flow.[6] I understand that Dr. King introduces her own analysis of customer comments for the first time.[7] Counsel for Defendants has asked me to review and critique this new analysis.

10. In the course of conducting my analysis, I and members of my staff reviewed relevant data, various legal filings, and publicly available information. The documents and data I have reviewed and relied upon are the type of materials reasonably relied upon by experts

---

[1] *See* First Amended Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief, Case No. 3:19-cv-02281, July 18, 2022 (hereafter, "*Complaint*").
[2] *Complaint*, ¶ 3.
[3] *Complaint*, ¶ 3.
[4] *Complaint*, ¶ 89.
[5] Rebuttal Report of Dr. Jennifer King, May 15, 2023, Sections 1 and 2.
[6] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 3 and Sections 2 and 5.
[7] Rebuttal Report of Dr. Jennifer King, May 15, 2023, Section 5.

CONFIDENTIAL

in my field in forming their opinions and inferences regarding the economic structure of firms and costs. These materials are listed in Exhibit 2 and/or denoted within this report. Should additional information, data, or reports be produced subsequent to my report, I reserve the right to consider such information in finalizing my opinions and may modify or expand my analyses if appropriate.

## IV.   SUMMARY OF OPINIONS

11. Dr. King's opinions regarding consumer comments are not representative of Match.com users' views of Match.com's cancelation process. Her review does not reflect the experience of the 2.9 million users who completed the cancelation process from 2016 to early 2018 (the period of the comments she reviews), nor the vast majority of the 96,390 users who did not complete the cancelation process. She only considers the portion of the users who had comments.

12. Research indicates commenters do not represent the views of most users, and are more likely to have extreme negative views. This literature warns about the likely bias in these complaints, making them not representative of the population of users and highlighting the unreliability of Dr. King's conclusions.

13. Dr. King only analyzes a subset of the experiences of the most unsatisfied consumers, and does not consider the experiences of the vast majority of users who did not leave a comment. In particular, the biased comments sampled by Dr. King account for only 0.021% of the subscribers who entered Match.com's cancelation process (i.e., viewed the First Survey page); 0.022% of the subscribers who successfully completed Match.com's online cancelation process; and 0.662% of subscribers who renewed after entering the cancelation process without completing it (all of whom Dr. King in effect assumes intended to cancel). Dr. King's analysis effectively ignores the over 99% of subscribers who used the cancelation process but did not have a comment in the file that she reviewed. In addition, the comments reviewed by Dr. King represent only a small portion of users' interactions with Match.com's customer service team. This small selection of biased user comments cannot be extrapolated to the overall experience of Match.com users.

**App. 1730**

CONFIDENTIAL

14. Dr. King's categorization of comments is inconsistent, erroneous, and misleading. Dr. King has used what appears to be arbitrary and subjective criteria for her classifications. At least some of Dr. King's classifications of comments appear incorrect, and many are vague about their exact concerns. Even within this unreliable data, a substantial portion of commenting users were either Very Satisfied, Somewhat Satisfied, or Neither Satisfied Nor Dissatisfied with Match.com's service, as reported in the very spreadsheets that Dr. King cites reflecting the comments.

15. Dr. King relies on subscriber comments to investigate whether the Match.com "online cancellation flow is simple." However, Dr. King never attempted to evaluate the actual experience of users who commented. Match.com data that tracks the actual experience of the commenters contradicts Dr. King's conclusions. First, a significant share of the commenting users, 43.2%, did not enter the online cancelation process at all. If they did not attempt to use the cancelation process, presumably it was not the cause of their complaint and cannot be a basis for concluding the cancelation process was not simple. Second, of the remaining 56.8% of users who entered the online cancelation process, nearly 90% of them, were able to successfully cancel their Match.com subscriptions. This is inconsistent with concluding that subscribers were unable to cancel due to Match.com's process. In total, the vast majority of commenting users, 93.7%, either did not experience the cancelation process or successfully completed it.

16. Dr. King has no reliable basis for apparently claiming that older individuals were particularly harmed by Match.com's cancelation process.

## V.   BACKGROUND

### A.    Match Group and Match.com

17. Match.com is an online dating site.[8] Match Group, LLC owns and operates the site.[9] Match Group, Inc. is the holding company.[10]

---

[8] http://www.match.com.
[9] Match Group, LLC, "Our Company," https://mtch.com/ourcompany.
[10] Match Group, Inc., 2022 Form 10-K, p. 1.

CONFIDENTIAL

## B.    Match.com's Cancelation Process[11]

18. The FTC's allegations focus on the steps in Match.com's cancelation process, how those steps appeared to a subscriber, and how subscribers' interactions with the cancelation process were tracked in Match.com's data. The following eight figures display steps leading up to and including Match.com's current cancelation process, and I understand that Match.com has tracked the number of subscribers that reached each of these steps.[12]

---

[11] I understand that Defendants have provided an expert report by Brandon Ward, an expert in "website design and user experience," that describes Match.com's cancelation process in detail. Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶ 8. I have taken into consideration both his work and my own independent analysis of relevant economic information and data.

[12] The screenshots are the same as those in Mr. Ward's report. I understand there is some disagreement about where the cancelation process begins. To be conservative, in depicting the cancelation process in Figures 1-8, I assume the FTC's view that the cancelation process begins with the clicking of "Manage Subscription" (or its predecessor link) on the Account Setting screen, which then directs the user to a password page, but this assumption should not be taken as my agreement with treating that page as the appropriate place at which the process begins. While the steps depicted are of Match.com's current cancelation process, I understand that this process has undergone changes since September 2014. Regarding prior versions of the cancelation process, Mr. Ward's report stated "Those pages are no longer on Match.com's live website, but I reviewed videos and/or screenshots of past versions of those pages. Reviewing those versions does not change my opinion that all versions of Match.com's online cancelation flow since at least September 2014 have been simple." Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶ 103.

CONFIDENTIAL

**Figure 1**

**Home Page**



CONFIDENTIAL

**Figure 2**

**Account Settings**



**App. 1734**

CONFIDENTIAL

**Figure 3**

**Reauthorization/Password Wall**



**App. 1735**

**Figure 4**

**Manage Subscription**



CONFIDENTIAL

**Figure 5**

**Question One/First Survey Page**



CONFIDENTIAL

**Figure 6**

**Save Offer[13]**



---

[13] I understand that the save offer page is presented to only some users.

CONFIDENTIAL

**Figure 7**

**Question Two**

CONFIDENTIAL

**Figure 8**

**Confirmation**



## VI. OVERVIEW OF KING AND WARD REPORTS

19. The FTC produced an initial expert report from Dr. Jennifer King, who concluded that Match.com's cancelation process was "not easy or simple to use," and "not easy for users to locate."[14] She elaborated, "The result of these problems was to make it difficult, if not impossible, for many Match.com users to cancel their subscriptions using the online cancellation process, with many believing that they had canceled their subscriptions when in fact, they had not, thus accruing additional charges."[15]

20. Defendants provided an expert report from Brandon Ward, an expert in "website design and user experience."[16] Mr. Ward concluded "the Match.com online cancelation process meets generally accepted standards of usability in the field and contains features common

---

[14] Expert Report of Dr. Jennifer King, January 13, 2023, p. 4.
[15] Expert Report of Dr. Jennifer King, January 13, 2023, p. 65.
[16] Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶ 8.

CONFIDENTIAL

to other subscription websites."[17] In addition, Mr. Ward studied how a sample of potential Match.com users were able to successfully navigate the sign-up and cancelation processes and evaluated Match.com's subscriber data to determine how frequently subscribers successfully canceled subscriptions.[18] He concludes that study participants canceled easily, in particular canceling more easily than signing up, and participants believed cancelation was simple.[19] Finally, he reviewed subscriber data, and he found that the cancelation process was simple, consistent with what he found from his usability study.[20]

21. Dr. King provided a rebuttal report on May 15, 2023.[21] In her Rebuttal Report, Dr. King criticizes Mr. Ward's heuristic analysis, and offers opinions about some of his conclusions about usability research practices.[22] She criticizes his study involving a sample of participants selected to use Match.com's cancelation flow.[23] Finally, and as she states, "importantly," she criticizes Mr. Ward for failing to examine customer comments about Match.com's cancelation flow.[24] Section 5 of her rebuttal report introduces her own analysis of customer comments.[25]

22. I focus my rebuttal to Dr. King on Section 5 of Dr. King's Rebuttal Report. Dr. King states that:[26]

> Comments, complaints, or questions from a company's customers provides an organic source of information about their experience with a product or service. They reveal a customer-centric perspective of a product or service's primary challenges and problems. In this way, they are an excellent complement to a heuristic analysis as they provide "raw" feedback directly from customers that may both highlight issues identified by the heuristic analysis as well as raise other customer concerns. [footnote omitted]

---

[17] Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶ 20.
[18] Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶¶ 16-17.
[19] Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶ 21.
[20] Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023, ¶ 22.
[21] Mr. Ward also provided a rebuttal report on May 15, 2023. Mr. Ward states that Dr. King "conducted no empirical research to support her conclusions" and no "objective analysis," and merely relied on screenshots and company communications. Rebuttal of Dr. King's Report Regarding Match.com's Online Subscription Cancelation Flow, May 15, 2023, ¶¶ 4-5.
[22] Rebuttal Report of Dr. Jennifer King, May 15, 2023, Sections 1 and 2.
[23] Rebuttal Report of Dr. Jennifer King, May 15, 2023, Sections 3 and 4.
[24] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 3 and Sections 2 and 5.
[25] Rebuttal Report of Dr. Jennifer King, May 15, 2023, Section 5.
[26] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 22.

23. Dr. King limited her review of comments submitted to Match.com to those from 2016 to early 2018 under a category Match.com's customer service team described as "difficult cancel process."[27] Dr. King states this category accounted for approximately 6% of comments in the "Billing/Cancel" category in 2016,[28] which is a small portion of all comments and 2% of all the comments included in the spreadsheets that Dr. King analyzed.[29] From this subset of comments, Dr. King randomly selected 28% of the comments (638 total comments), which she states constitutes a representative sample of comments.[30]

24. After having selected a subset of comments, Dr. King categorized each comment as showing "Confusion with the Cancellation Process," concerns with "Cancellation Policy," or "Other," for comments that did not fit into the first two categories.[31] She further subclassified the comments as "Unable to Cancel," "Believed Had Canceled," "Auto Renewal Issues," "Multiple Steps," "Delete Personal Data," "Password Issues," or "Other."[32] Dr. King finds that about 75% of the limited set of comments that she reviewed showed "user confusion about cancelation."[33] Dr. King then provides what she calls "examples of relevant comments."[34]

25. Next, Dr. King provides a subsection called "Older Customers," stating: [35]

> One notable element of the Match.com comments dataset is that it contained customer email addresses, and as I reviewed them I observed what looked to be an unusual number of email addresses that suggested an older aged customer base. ... this group is of particular concern because, being less experienced with online services than younger users, they are a group particularly vulnerable to dark patterns and complex and confusing user interface design.

---

[27] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 23. That time period limitation raises other questions about whether her "analysis" can be truly representative of Match.com users.
[28] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 23. In 2016, the "difficult cancel process" category contained 1,314 submissions, and the entire Billing/Cancel category contained 23,371 complaints, so "difficult cancel process" was 6% of this total. In 2017 and 2018, "difficult cancel process" accounted for 3.3% and 2.2% of "Billing/Cancel", respectively. Overall, for 2016-2018, "difficult cancel process" accounted for 4.2% of "Billing/Cancel".
[29] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 23; MATCHFTC772558, MATCHFTC776595, MATCHFTC776596 (2,341 comments in the "difficult cancel process" category divided by 109,377 total comments equals 2.14%, see workpapers to this report).
[30] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 25.
[31] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 26.
[32] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 26-27.
[33] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 28-29.
[34] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 30-35.
[35] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 35-38.

CONFIDENTIAL

26. Dr. King also describes her review of "roughly fifty" complaints from the FTC's Sentinel database, which she "identified by keyword search based on concerns directly raised in the Match.com complaints discussed above: 'confusing,' 'misleading,' 'auto renewal,' 'password,' 'steps' (in reference to the steps required to complete cancellation)."[36]

27. Overall, Dr. King concludes:[37]

> In summary, the Match.com customer comments and complaints to the FTC provide a rich and in-depth look into the first-hand experience of actual Match.com customers' experience with the cancellation process. Unlike Ward's sunny assessment of the cancellation flow, these comments illustrate the confusion and frustration customers experienced with the cancellation flow. Further, they demonstrate with great deal and precision the usability flaws inherent in the flow …

## VII.   DR. KING'S ANALYSIS OF COMMENTS REPRESENTS A VERY SMALL AND POTENTIALLY BIASED SET OF MATCH.COM USERS

28. Dr. King concludes "[t]he customer comments are pertinent in that they provide insight from actual users of Match.com about the central issue of whether Match.com's online cancellation flow is simple."[38] However, Dr. King's analysis of user comments does not answer the question of whether Match.com's online cancelation flow is "simple." Instead, as I describe in the following subsections, Dr. King samples comments from a very small fraction of Match.com subscribers who, by virtue of leaving a comment at all, are more likely to have felt extremely negative about their experience. Dr. King also in effect assumes as true each of the assertions made in the comments, but there is objective evidence that a large percentage of these comments are inconsistent with the documented experiences of the commenters. If Dr. King truly wanted to generate "insight from actual users of Match.com about the central issue of whether Match.com's online cancellation flow is simple," she would have attempted to evaluate (by survey or otherwise) the experiences of a representative sample of the millions of subscribers who entered and completed the cancelation process, as well as the tiny minority of users who did not complete it. Dr. King makes no attempt to do that, or even to get an unbiased sample of

---

[36] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 38-39.
[37] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 41.
[38] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 3.

the full 96,390 subscribers who entered the cancelation process (using clicking "cancel subscription"/reaching the First Survey Page as the start of the cancelation process) from 2016 to early 2018 but then renewed.[39]

### A. The Comments Considered by Dr. King Are Not Representative of a Typical User's Experience

29. Dr. King states that her analysis of user comments "demonstrate[s] with great deal and precision [sic] the usability flaws inherent in the flow."[40] Analyzing a miniscule number of a specific type of user comments does not yield a "precise" representation of Match.com users' experience. During the January 1, 2016 to March 1, 2018 period covered by comments reviewed by Dr. King, over 3 **million** subscribers entered the cancelation process, about 2.9 million subscribers completed the online cancelation process, yet only about 96,000 subscribers started the cancelation process, did not complete it, and had their subscriptions renewed.[41] Additionally, over 125,000 subscribers resigned via Match.com's customer service team.[42] An appropriate review of users' experience would place the appropriate weight on this 97.4% of subscribers who successfully canceled via the online process or the customer service team.[43]

### B. The Number of Comments Considered by Dr. King Represent a Very Small and Biased Fraction of Match.com Users Entering the Cancelation Process, Users Completing the Cancelation Process, and Users Whose Subscriptions Were Renewed

30. As mentioned above, Dr. King states "the Match.com customer comments and complaints to the FTC provide a rich and in-depth look into the first-hand experience of actual Match.com customers' experience with the cancellation process."[44] This statement is misleading in that it appears to imply that one can draw broad and unbiased conclusions about users' experiences from the small fraction of users whose comments Dr. King reviewed and in effect assumed were reliable. Specifically, the comments reviewed by

---

[39] As noted above, I understand there is disagreement about where the cancelation flow "begins."
[40] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 41-42.
[41] MATCHFTC846468.
[42] MATCHFTC846468.
[43] MATCHFTC846468. Specifically, 93.2% canceled via the online process, and 4.2% canceled via the customer service team.
[44] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 41.

CONFIDENTIAL

Dr. King account for only a very small percentage of the total users who entered the cancelation process, completed the cancelation process, or who entered the cancelation process and had their subscriptions renewed. As discussed below in Section VII.D, research shows that this small sample is in all likelihood biased because only consumers with extremely negative views take the time to comment, and do not represent the experiences of (in this case) the majority of users or users who enter the cancelation flow.

31. Dr. King reviewed 638 user comments covering January 1, 2016 to March 1, 2018. During that same time period, over 3 **million** subscribers entered the cancelation process, about 2.9 **million** subscribers completed the online cancelation process, and about 96,000 subscribers started the cancelation process, did not complete it, and had their subscriptions renewed.[45] Thus, the comments reviewed by Dr. King accounted for only 0.021% of subscribers who entered the cancelation process, about 0.022% of subscribers whom she in effect assumed they completed the online cancelation process, and about 0.662% of subscribers who started the cancelation process, did not complete it, and had their subscriptions renewed. In other words, the comments reviewed by Dr. King accounted for about 1 in 4,800 subscribers who entered the cancelation process, about 1 in 4,500 subscribers who completed the online cancelation process, and about 1 in 150 subscribers who started the cancelation process, did not complete it, and had their subscriptions renewed.[46] Dr. King's analysis effectively ignores the over 99.9% of subscribers who used the cancelation process but did not have a comment in the file that she reviewed.

32. The number of FTC Sentinel comments that Dr. King reviewed is even smaller. Dr. King says she reviewed "roughly fifty" complaints from the FTC's Sentinel database.[47] Dr. King lists 30 such comments in her Appendix A and 13 in her rebuttal report,[48] so it is

---

[45] MATCHFTC846468. This statement is not intended to imply that the 96,000 subscribers that entered the cancelation process intended to complete it or were unable to do so because the process was not simple. There are many reasons that a subscriber could start the cancelation process but not finish it, such as they changed their mind, never intended to cancel but were just exploring, were attempting to generate a save offer, were interrupted during the process, etc.

[46] Even if the 638 comments reviewed by Dr. King were not a biased representation of the approximately 96,390 subscribers that entered the cancelation process but renewed, they would not account for a statistically representative sample of subscribers, such as what Dr. King attempts to create in selecting random comments from the total number of comments she received. If Dr. King sought to review a sufficient number of comments to represent the 96,390 subscribers, she would have had to review nearly double the number of comments, to 1,178. *See* workpapers to this report.

[47] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 38.

[48] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 38-41 and Appendix A.

unclear how many she actually reviewed. However many she reviewed, they account for under 0.01% of subscribers who entered or completed the cancelation process.

### C.    The Comments Considered by Dr. King Represent a Very Small Fraction of Users' Interactions with Match.com's Customer Service Team

33.    While the comments reviewed by Dr. King account for a tiny fraction of Match.com users, they also represent only a small portion of users' interactions with Match.com's customer service team. As Dr. King states, the "difficult cancel process" classification of comments that she reviewed only accounted for 6% of the 23,371 comments in the Billing/Cancel category in 2016.[49] After analyzing the comment totals from the three Excel files reviewed by Dr. King, it is clear that the category related to difficulty in canceling accounts represents a fraction of the overall comments submitted to Match.com. Specifically, the comments falling under the general category of Billing/Cancel examined by Dr. King account for about half of the recorded interactions between Match.com and its users in these excel sheets.[50] More importantly, the subset of comments categorized as "difficult cancel process" amounts to only 2% of the total comments produced.[51] Clearly, the "difficult cancel process" category does not dominate users' interactions with Match.com customer service, so Dr. King's focus on this small slice of comments greatly exaggerates the degree to which users may have struggled with the process.

### D.    Bias in Dr. King's Small Sample

34.    As discussed above, the small sample of comments Dr. King chose to review does not include the vast majority of Match.com users, and is likely unrepresentative. Moreover, there are reasons to believe these comments, to the extent they are accurately classified, are also likely to be biased and imply more dissatisfaction than users typically experience.

---

[49] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 23. In 2016, the "difficult cancel process" category contained 1,314 submissions, and the entire Billing/Cancel category contained 23,371 complaints; "difficult cancel process" was therefore 6% of this total. In 2017 and 2018, "difficult cancel process" accounted for 3.3% and 2.2% of "Billing/Cancel", respectively. Overall, for 2016-2018, "difficult cancel process" accounted for 4.2% of "Billing/Cancel".

[50] MATCHFTC772558, MATCHFTC776595, MATCHFTC776596.

[51] MATCHFTC772558, MATCHFTC776595, MATCHFTC776596. Dr. King's analysis suggests a degree of data cleaning to address duplicate entries. However, I have refrained from conducting similar cleaning procedures as the disparities in numbers are not significant enough to impact the proportions. Additionally, the specific details of Dr. King's data cleaning process have not been explicitly outlined in her report or accompanying documentation.

35. "Underreporting bias" refers to the self-selection bias in online product reviews. Consumers with extreme experiences, whether positive or negative, are more likely to write reviews than the vast majority of users.[52] Underreporting bias arises because "not all customers write online product reviews due to the time and effort needed."[53] Statistics show that only a small fraction of people who purchase a product on platforms like Amazon (e.g. 1 out of 1000 book purchasers)[54] or view a video on YouTube.com (1.6 percent)[55] actually write a review or comment. This bias can distort the perception of "true" product quality when relying on the average of received comments, since the opinions of the vast majority of purchasers or users go unreported.

36. In addition, there is typically a negativity bias, which is a tendency of people to pay more attention to and give more weight to negative experiences compared to neutral or positive experiences.[56] Research supports the existence of this bias,[57] indicating that negative events or experiences have a stronger impact on behavior than positive events of equal intensity. According to the Nielsen Normal Group, leaders in research-based user experience, this bias is prevalent in the field of user experience.[58] Within the context of consumer comments, negativity bias manifests as consumers expressing and emphasizing negative experiences, opinions, or feedback more prominently than positive ones in their online reviews or comments. This bias can lead to a disproportionate

---

[52] Hu, N., Pavlou, P. A., and Zhang, J., "On self-selection biases in online product reviews," *MIS Quarterly*, *41*(2), 2017, 449-475 at pp. 450 and 453.

[53] Hu, N., Pavlou, P. A., and Zhang, J., "On self-selection biases in online product reviews," *MIS Quarterly*, *41*(2), 2017, 449-475 at p. 453.

[54] Levitt, Steven D., "Why Do People Post Reviews on Amazon?" Freakonomics, July 22, 2005, https://freakonomics.com/2005/07/why-do-people-post-reviews-on-amazon/.

[55] Hu, N., Pavlou, P. A., and Zhang, J., "On self-selection biases in online product reviews," *MIS Quarterly*, *41*(2), 2017, 449-475 at p. 453.

[56] Hood, Christopher, "Credit claiming, blame avoidance, and negativity bias," in *The Blame Game: Spin, bureaucracy and self-preservation in government,* Princeton University 1-23, 2013, at p. 9. ("Negativity bias denotes a commonly observed cognitive tendency for more attention to be paid to negative than to positive information".) See also Kahneman, Daniel and Amos Tversky, "Prospect theory: An analysis of decision under risk." *Econometrica* 47.2, 1979, 263-291. In this seminal paper, Kahneman and Tversky found that negative events or losses have a more profound impact on individuals' emotional and cognitive responses than positive events or gains of equal magnitude.

[57] Ito, Tiffany A., Jeff T. Larsen, N. Kyle Smith, and John T. Cacioppo, "Negative information weighs more heavily on the brain: the negativity bias in evaluative categorizations," *Journal of Personality and Social Psychology* 75(4), 1998, 887–900; Schupp, Harald T., Arne Öhman, Markus Junghöfer, Almut I. Weike, Jessica Stockburger, and Alfons O. Hamm, "The facilitated processing of threatening faces: an ERP analysis," *Emotion* 4(2), 2004, 189–200; Rozin, Paul, and Royzman, Edward B., "Negativity Bias, Negativity Dominance, and Contagion," *Personality and Social Psychology Review 5(4)*, 2001, 296-320.

[58] Loranger, Hoa, "The Negativity Bias in User Experience," Nielsen Norman Group, October 23, 2016, https://www.nngroup.com/articles/negativity-bias-ux/.

CONFIDENTIAL

representation of negative sentiments and potentially influence the perception of a product, service, or brand.[59] This bias may be exacerbated by other factors, such as the desire to obtain a refund or obtain other value in compensation.

37. Therefore, when interpreting negative user comments for platforms like Match.com, it is important to recognize both underreporting and negativity biases, since they can exacerbate a perception of the difficulty in the cancelation process and are not representative of overall user experiences, which further undermines the reliability of Dr. King's review of the comments.

## VIII.  DR. KING'S CATEGORIZATION OF COMMENTS IS UNRELIABLE AND LIKELY BIASED

### A.      The Categorization Summary Tables in Dr. King's Report Lack Replicability and Verifiability

38. Dr. King categorizes her sample of 638 comments under different thematic categories.[60] Upon examining Dr. King's categorization methodology, it becomes evident that there is no established system in place, making it challenging to replicate her approach. She makes sweeping generalizations without providing specific details about her process, such as the criteria used for categorization, or the iterative steps involved. She states that she "developed an iterative coding scheme by which to categorize the types of comments, which I revised and added to as I reviewed the entire set of 638 entries."[61] However, she does not provide any documentation of a "coding scheme" or include the codes used in her analysis in her report's backup. In effect, her approach appears to be based on her subjective reading of the comments, and not on a systematic approach to classification.

39. Due to a lack of systematic objective criterion behind Dr. King's categorization, many comments appear to be misclassified. Moreover, many of the customer comments appear to be vague and could be interpreted in various ways. Without consistent systematic criteria, Dr. King's classifications reflect her subjective interpretation of the comments.

---

[59] Loranger, Hoa, "The Negativity Bias in User Experience," Nielsen Norman Group, October 23, 2016, https://www.nngroup.com/articles/negativity-bias-ux/.
[60] Rebuttal Report of Dr. Jennifer King, May 15, 2023, Table 2 and Table 3.
[61] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 25.

40. This absence of documentation significantly hampers my ability to verify and replicate Dr. King's findings. It also raises concerns about whether her methodology, if applied to the wider population, would yield consistent results with those summarized in her Tables 2 and 3. In fact, while reviewing a few comments and their categorization, I identified a number of instances of apparently subjective and incorrect categorizations based on her stated criteria. For instance, certain comments were labeled as "cancellation confusion" despite the lack of clarity regarding whether customers experienced any actual confusion. These include:

    a.  "I would like my membership cancelled."[62]

    b.  "member is having a hard time logging in to change AR settings"[63]

41. Similarly, comments that Dr. King classified as "Policy Concern" are not always about policies:

    a.  "Cancel my account"[64]

    b.  "I had intended to cancel my subscription on January 19th, but submitted the wrong information."[65]

42. Also, members facing difficulties with profile deletion were erroneously categorized under "cancellation confusion" or "unable to cancel."

    a.  "i forgot about this and i can seem to remove or delete my ad! why is it so duffcult to remove yourself? match was at all helpful!"[66]

    b.  "the agent's emails were very friendly. however, though i don't think it was her fault, match.com could not or would not permanently delete my account, so that i could re-create it without having to use a different email address. with all of the trouble i encountered with re-activating that old account, simply deleting it permanently was, in my opinion, a small request which match.com should have been able to honor. but, i really do appreciate the agent's friendliness in our correspondence. other than this

---

[62] King Appendix A, Sheet '2016 categorized', Reference # 160704-001914.
[63] King Appendix A, Sheet '2018 categorized', Reference # 180111-000577.
[64] King Appendix A, Sheet '2016 categorized', Reference # 160816-003161.
[65] King Appendix A, Sheet '2018 categorized', Reference # 180215-002767.
[66] King Appendix A, Sheet '2016 categorized', Reference # 161126-001877.

trouble, match.com is a good site with useful options. in closing, i would also like to ask that match.com make their site fully accessible to screen reader users (i.e. users who are blind). it's mostly accessible right now (thanks), but if you guys can make it fully accessible, blind people will appreciate it! thanks match.com!"[67]

c.  "I want my site taken down. Keep my payment, but take my site down now."[68]

43. In her analysis of a few dozen FTC complaints,[69] Dr. King includes comments that (1) do not even relate to Match.com or (2) that are not about cancelation at all (e.g., the concern is about account deletion rather than canceling a subscription). These include:

a.  "According to their website, Tinder specifically states, You may terminate your account at any time, for any reason, by following the instructions in Settings in the Service;. However, when I follow these instructions, and I select cancel, it says its canceled but still continues to withdraw money…"[70]

b.  "I used the service thru June 2018. I tried to find a phone number or email address to POF.com on the POF.com website to cancel my account. I could NOT find one. …"[71]

c.  "I asked them to DELETE my account, they said they HID my account."[72]

### B.   A Significant Share of Commenting Users Were Very Satisfied, Somewhat Satisfied, or Neither Satisfied Nor Dissatisfied

44. Despite the unrepresentative and potentially biased nature of the data analyzed by Dr. King, a considerable proportion of the commenting users expressed positive or neutral opinions regarding Match.com. Specifically, among the respondents, approximately 22 percent reported being satisfied (either "very satisfied" or "somewhat satisfied"), and

---

[67] King Appendix A, Sheet '2016 categorized', Reference # 160625-001511.
[68] King Appendix A, Sheet '2016 categorized', Reference # 160623-001707.
[69] Dr. King claims in her Rebuttal Report that she "reviewed roughly fifty complaints from 2016 onward" from the FTC's Sentinel database (Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 38). However, it is unclear exactly which complaints she reviewed, as her Appendix A contains only about 30 entries in the "FTC Complaints" tab, and the body of her report cites other complaints.
[70] King Appendix A, Sheet 'FTC Complaints', Reference # 8750091589162.
[71] King Appendix A, Sheet 'FTC Complaints', Reference # 8750091547699. "POF.com" refers to the brand "Plenty of Fish" which I understand is neither owned nor operated by Match Group, LLC.
[72] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 40, quoting Reference # 8750091428628.

about 9 percent provided a neutral response, indicating neither satisfaction nor dissatisfaction with Match.com.[73]

## IX.   MANY OF THE COMMENTERS ANALYZED BY DR. KING DID NOT ACTUALLY EXPERIENCE THE CANCELATION PROCESS OR THEY SUCCESSFULLY CANCELED

45. Despite Dr. King's reliance on subscriber comments to investigate whether the Match.com "online cancellation flow is simple," Dr. King never attempted to evaluate the actual experience of users who commented. Performing such an analysis shows that the actual experience of many of these subscribers on Match.com is inconsistent with the subscribers' comments and therefore undercuts Dr. King's conclusions that are based on the accuracy of the comments.

46. Match.com provided me with data showing the Match.com activities of subscribers included in Dr. King's comments analysis during the subscriptions in which the comments were left. First, a significant share of the commenting users, **43.2%, did not enter the cancelation process at all**, which undercuts conclusions related to these users about whether the process was simple. These users would not have even seen the password wall that, according to the FTC, begins the cancelation process. Second, of the remaining 56.8% of users that entered the online cancelation process, nearly 90% of them (50.5% of the total commenting users) were able to successfully cancel their Match.com subscriptions. This is inconsistent with concluding that subscribers were unable to cancel due to Match.com's process. In total, the vast majority of commenting users, 93.7%, either did not experience the cancelation process or successfully completed it. These percentages are similar whether looking at all of the comments in Dr. King's analysis or just those chosen in her random sample.

---

[73] *See* workpapers to this report.

## Table 1

## Match.com Activities of Commenting Subscribers

| All Users in Dr. King's Analysis | [A] | [B] | [A] + [B] |
|---|---|---|---|
| Total Comments | Percent of Comments for which User did not Enter the Resign Flow | Percent of Comments for which User Successfully Resigned | Total |
| 2067 | 43.2% | 50.5% | 93.7% |

| Users Randomly Selected by Dr. King for Further Analysis | | | |
|---|---|---|---|
| Total Comments | Percent of Comments for which User did not Enter the Resign Flow | Percent of Comments for which User Successfully Resigned | Total |
| 592 | 42.6% | 51.5% | 93.7% |

*Sources: Match Data Files (King_Appendix_A.xlsx and MATCHFTC846946)*
Notes:
 [1] The "Reference" field in Dr. King's Appendix A is used to identify users in the Match data.
 [2] Users who did not enter the resign flow did not view the Password Wall, which begins the cancelation process according to the FTC.
 [3] Dr. King's Appendix A includes more comments than shown here because; (1) Match.com was not able to find the activity record for all comments and (2) not all comments were associated with a Match.com user ID.

47. Dr. King cites 12 quotes from FTC complaints in the Sentinel database to support her opinion that "Match.com consistently assessed customers unauthorized charges for services they did not desire, charged them after they had canceled or believed they had canceled, and failed to provide adequate customer support to remedy these issues."[74] However, Dr. King merely takes the complaints at face value and presumably assumes that they are an accurate representation of users' experiences with the cancelation flow. Actual usage data, however, is inconsistent with at least some of these complaints, making the complaints an unreliable basis on which to form an opinion. For example, user 207168767 claimed to have attempted cancelation "several months ago,"[75] but their usage history reveals that they entered the cancelation process for the first time only days prior to posting the complaint on the BBB on 9/27/2016—and after their subscription already had renewed.[76] The usage data does not show any attempt to cancel prior to the renewal data, contrary to what the user claimed in the complaint to the BBB. Once the user entered the flow, they were able to cancel within just minutes. Thus, the complaint is inconsistent with actual usage data and undercuts the reliability of her opinion.

---

[74] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 38.
[75] F01-MG-0028502.xlsx, Originator Reference Number: 8750091388697.
[76] F01-MG-0028502.xlsx, Originator Reference Number: 8750091388697; MATCHFTC846947.

48. Similarly, Dr. King claims that "[c]ustomers reported a variety of issues relating to the password requirement in cancellation."[77] But usage data suggests that—contrary to Dr. King's statement—at least some of these complaints could not have been about the password requirement in the cancelation flow, but instead were about general password resetting issues. For example, user 166089332 wrote to the BBB that "Match.com the website has alot of password reset errors" and that the user had been "locked out of the site for months." Dr. King uses this complaint to support her opinion that "password reset errors occur at cancellation."[78] Usage data, however, shows that the user at issue had never visited the cancelation flow prior to the BBB complaint, so the user could not have been complaining about "password reset errors" in the cancelation flow.[79]

## X.   DR. KING'S CONCERNS REGARDING OLDER USERS ARE SPECULATIVE AND INACCURATE

49. Dr. King appears to be particularly concerned that older users would be unable to complete Match.com's cancelation process. In her review of the user comments, she states that there are "an unusual number of email addresses that suggested an older aged customer base, most notably emails originating from AOL.com and Hotmail.com [footnote omitted] email services."[80] Dr. King does not specify what she considers an "unusual" number of email addresses. She does state that 34.6% of customers in the complaints she reviewed had "legacy email service," by which she appears to mean non-Gmail services that were popular in the early years of the internet with individuals from Generation X (born 1980, today age 42) or older.[81] Dr. King does not specify whether this 34.6% figure is the number she finds unusual, or why she finds it unusual. Dr. King does not provide any basis for why 34.6% of comments coming from "legacy email services" is unusually high. Without concrete support for claims that older users are

---

[77] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 41.
[78] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 41.
[79] F01-MG-0028502.xlsx, Originator Reference Number: 8750091369006; MATCHFTC846947.
[80] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 35.
[81] Rebuttal Report of Dr. Jennifer King, May 15, 2023, pp. 35-36. In reviewing her materials, she specifically appears to mean Yahoo.com, Hotmail.com, AOL.com, and MSN.com as legacy email services.

CONFIDENTIAL

overrepresented in the data, her apparent view that this segment has been particularly affected by Match.com's cancelation process is speculative.

50. I reviewed data from the U.S. Census Bureau regarding the age and marital status of individuals in the U.S.[82] The data show that there are approximately 253 million individuals in the U.S. aged 18 or older. Of these individuals, about 126 million were not married with a spouse present (i.e., they were single).[83] Of these single individuals, about 43% were age 45 or higher (i.e. Generation X or older).[84] Thus, older individuals make up a greater proportion of single individuals than legacy email service users do of all email service users in the data Dr. King reviewed. Dr. King states "over 37% of current users [of match.com] are aged 50+,"[85] which does not suggest older individuals account for an "unusual" number of the comments reviewed, since this group accounts for almost 43% of that population according to the Census Bureau.

51. Relatedly, an apparent implication of Dr. King's claims regarding older users is that Match.com targets an older demographic. While data show that Match.com is more popular with older users than mobile-based dating applications like Tinder, the data also show that Match.com users represent a diverse cross-section of ages. For example, a survey in 2018 by Morning Consult asked U.S. individuals about their favorite dating app.[86] Among users who stated a preference other than "None", Match.com was the only service that garnered more than 10% of responses for each age group. It was the most popular service amongst ages 30-44, 45-54, and 55-64, and the third most popular service among ages 18-29 and 65+. In contrast, other services much more clearly target older individuals. For example, only 8% of 18-29 year olds chose eHarmony, while this service was chosen by 25% and 33% of individuals aged 55-64 and 65+, respectively. A "religious based dating app" like Christian Mingle was selected by 4% of respondents

---

[82] U.S. Census Bureau, "Table A1. Marital Status of People 15 Years and Over, by Age, Sex, and Personal Earnings: 2021," America's Families and Living Arrangements: 2021, https://www.census.gov/data/tables/2021/demo/families/cps-2021.html.

[83] These include married with spouse absent, widowed, divorced, separated, and never married.

[84] See workpapers to this report.

[85] Rebuttal Report of Dr. Jennifer King, May 15, 2023, p. 13.

[86] Morning Consult National Tracking Poll #180111, page 49, http://www.statista.com/statistics/809450/us-users-favorite-dating-websites-apps-age-group/.

CONFIDENTIAL

aged 18-29 and 5% of those 30-44, but was chosen by 17%, 14%, and 33% of those aged 45-54, 55-64, and 65+, respectively.[87]

52. As a result, Dr. King has no basis for apparently claiming that older individuals were disproportionately harmed by Match.com's cancelation process.

James Langenfeld, Ph. D.

June 14, 2023

---

[87] *See* workpapers to this report.

# Exhibit 1

**BRG**

**JAMES LANGENFELD**
BERKELEY RESEARCH GROUP, LLC
1800 M Street NW Second Floor   Washington, DC 20036

Direct: 312.909.0668
JLangenfeld   thinkbrg.com

**EDUCATION**

Ph.D., WASHINGTON UNIVERSITY, Economics, 1983

A.B., GEORGETOWN UNIVERSITY, English    Economics, 1971

**PRESENT POSITIONS**

Berkeley Research Group, June 2021 – present
Managing Director

**PROFESSIONAL  EXPERIENCE**

Ankura, August 2018 – June 2021
Senior Managing Director

Johns Hopkins University, May 2017 – 2019
Adjunct Professor

Navigant Economics, July 2010 – August 2018
Managing Director and Head of Antitrust    Applied Economics

Loyola University Chicago, School of Law, 2002    2018
Adjunct Professor

LECG, LLC, September 1995 – June 2010
Director

LEXECON INC., January 1994 - August 1995
Vice President

BUREAU OF ECONOMICS, FEDERAL TRADE COMMISSION, 1988-1993
Director for Antitrust

BUREAU OF ECONOMICS, FEDERAL TRADE COMMISSION, 1987-1988
Deputy Director of Economic Policy Analysis, Associate Director for Special Projects

ECONOMICS STAFF, GENERAL MOTORS CORPORATION, 1985-1987
Senior Economist

COMMISSIONER,  FEDERAL  TRADE  COMMISSION,  1984-1985
Economic Advisor

BUREAUS OF COMPETITION AND CONSUMER PROTECTION,
FEDERAL TRADE COMMISSION, 1982-1984
Assistant to the Director

BUREAU OF ECONOMICS, FEDERAL TRADE COMMISSION, 1979-1982
Economist

UNIVERSITY OF MISSOURI, St. Louis, MO, 1978-1979
Instructor

CONFERENCE ON EDUCATION, 1977
Consultant

CENTER FOR THE STUDY OF AMERICAN BUSINESS, ECONOMICS DEPT.,
WASHINGTON UNIVERSITY, 1973-1977
Researcher

UNIVERSITY COLLEGE, WASHINGTON UNIVERSITY, 1974-1976
Instructor

SECTION OF MARKET DEVELOPMENT, AMTRAK, 1972-1973
Statistical Analyst

BUREAU OF ECONOMICS, INTERSTATE COMMERCE COMMISSION, 1971-1972
Economist

## REFEREE

*Antitrust Bulletin*

*Antitrust Law Journal*

*Economic Inquiry*

*Global Competition Review*

*International Journal of the Economics of Business*

*Journal of Industrial Economics*

*Review of Industrial Organization*

*Stanford Journal of Complex Litigation*

## PROFESSIONAL ACTIVITIES

Co-Chair, ABA Section of Antitrust Law's Economics Committee

Advisory Board, American Antitrust Institute

Advisory Board, The Capitol Forum

American Economic Association

Editorial Board, *International Journal of the Economics of Business*

Editor-in-Chief, *Research in Law and Economics*

Liaison, American Bar Association Section of Litigation, Class Actions and Derivative Suits Committee

Member, American Bar Association Antitrust, Healthcare, Intellectual Property and Litigation Sections

U.S. Advisory Board, Institute for Consumer Antitrust Studies

## AWARDS

Washington University in St. Louis Distinguished Alumni Award, 2018

Adolph G. Abramson Scroll for an outstanding article in *Business Economics,* 2005

Listed in Global Competition Review's *The Handbook of Competition Economists,* 2005-2018 and the Economist section of *An International Who's Who of Competition Lawyers*, 1997-2018

Honoree, Celebration of the Twentieth Anniversary of the 1982 Merger Guidelines, Department of Justice, June 10, 2002

FTC Distinguished Service Award, 1993

SES Meritorious Service Award, 1992

## DISSERTATION

Federal Automobile Regulations, 1983

**PAPERS AND PUBLICATIONS**

1) "The Economics of Class Certification: Olean Wholesale Grocery v. Bumble Bee Foods," with Chris Ring Langenfeld, prepared for the American Bar Association Antitrust Section's 2023 Spring Meeting, February 2, 2023.

2) "United States - Economist's Perspective: Class actions – litigation, policy and latest developments," with Robin Cantor, Jeffrey Klenk, and Chris Ring, Global Competition Review, December 2, 2022.

3) "The Economics of Class Certification: Olean Wholesale Grocery v. Bumble Bee Foods (with Christopher Ring), American Bar Association Antitrust Law Section, Economics Committee Newsletter, November 3, 2022.  Available at https://www.americanbar.org/groups/antitrust_law/resources/newsletters/economics-class-   certification-olean-v-bumble-bee/.

4) "The American Innovation and Choice Online Act (S.2992): Insights from Economics Regarding Self-Preferencing and Non-Discrimination" (with Christopher Ring and Lucia Castiblanco), American Bar Association Antirust Law Section, Economics Committee Newsletter, March 23, 2022. Available at https://www.americanbar.org/groups/antitrust_law/publications/newsletters/american-innovation-choice-online-act/.

5) "With Big Tech Bracing for Antitrust Legislation, Here's What You Need to Know about the Economics of Digital Platforms" (with Chris Ring), *ThinkSet*, March 2, 2022, https://thinksetmag.com/insights/ts-big-tech-antitrust-legislation-digital.

6) "A Step Forward or Backward: The Court's Application of Geographic Market Definition Principles in *FTC et al. v. Thomas Jefferson University and Albert Einstein Healthcare*", (with David Eisenstadt), *CPI Antitrust Chronicle*, May 11, 2021. Available at https://www.competitionpolicyinternational.com/a-step-forward-or-backward-the- courts-application-of-geographic-market-definition-principles-in-ftc-et-al-v-thomas- jefferson-university-and-albert-einstein-healthcare/.

7) "Regulating digital platforms: interoperability and data portability" (with Chris Ring and Samuel Clark), The New US Antitrust Administration, *Concurrences,* January 2021, 44-
51. Available at https://www.concurrences.com/fr/revue/issues/no-1-2021/dossier/the-new-us-antitrust-administration.

8) "Analysis of Literature on Technology and Alternative Workforce Arrangements", prepared for the Coalition for Workforce Innovation, filed with comments to the U.S. Department of Labor, Wage and Hour Division, regarding independent contractor status under the Fair Labor Standards Act: Notice of Proposed Rulemaking and Request for Comments, October 26, 2020.

9) "Price Gouging in the Time of COVID-19 (with Chris Ring and Luke Gelber), *ABA Economics Committee Newsletter,* Summer 2020, 1-7.

10) "How COVID-19 Applies To Weakened Competitor M   A Defense (with Chris Ring), *Law360* June 2, 2020. Available at https://www.law360.com/articles/1278639/how-covid-19-applies-to-weakened-competitor-m-a-defense

11) "Prevention or Cure? Damages in Private Antitrust Claims in the US and the EU", Global Competition Litigation Review, Volume 13, January 1, 2020.

12) "Does Crime Pay? Cartel Fines and Damages", *ABA Economics Committee Newsletter*, Vol 19, No. 2, Spring 2018, 41-46.

13) "Reply to Connor and Lande on Cartel Overcharges", *International Journal of the Economics of Business*, Vol. 24, Iss. 3, September 19, 2017, 339-343.

14) "The Empirical Basis for Antitrust: Cartels, Mergers, and Remedies", *International Journal of the Economics of Business*, Vol. 24, Iss. 2, January 27, 2017, 233-250.

15) "The Need to Revise the U.S. Non-Horizontal Merger Guidelines", *Concurrences*, No.

4, 2016, 51-58. Available at http://ssrn.com/abstract  2877780.

16) *Antitrust Law and Economics of Product Distribution*, 2nd ed. (ALEPD 2nd), co-editor (with    uentin Wittrock and Theodore Banks),  American Bar Association, 2016.

17) "Economics Tools Used in Merger Control," 7th ed. (with S Murthy Kambhampaty), *The Merger Control Review*, Law Business Research, July 2016, 10-29.

18) "Hicks-Marshall Conditions and Defining Antitrust Markets for Intermediate Goods," (with Jonathan T. Tomlin, David A. Weiskopf and Georgi Giozov), *Research in Law and Economics*, Vol. 27, November 23, 2015, 67-90.

19) "Bayer or Walgreen's? The Relationship of Premium and Value Brands in the United States," (with Wenqing Li and Sophie Yang), in *Brands, Competition Law and IP*, Deven Desai, Ioannis Lianos and Spencer Waller (eds.), 2015, 25-47.

20) "Economics Tools Used in Merger Control," 6th ed. (with S Murthy Kambhampaty), *The Merger Control Review*, Law Business Research, July 2015, 3-19.

21) "The Role of the Economic Expert in Damages Analyses," (with Robert Kneuper), *Expert Witnesses*, American Bar Association Section of Litigation, October 6, 2014.

22) "Antitrust Economics: Analysis of Alleged Illegal Tying," (with Raleigh Richards), *The Colorado Lawyer*, Vol. 43, No. 10, October 2014, 27-32.

23) "Asymmetric Price Increase in Critical Loss Analysis: Surreply to Daljord, S  rgard, and Thomassen," (with Wenqing Li), *Journal of Competition Law & Economics*, Vol. 10, No. 3, August 2014, 769-772.

24) "The Role of Economics in Truncated Rule of Reason Analysis," (with David Eisenstadt), *Antitrust*, Vol. 28, No. 3, July 2014.

25) "Experts and Expert Depositions in Class Actions," (with Daniel Barsky), *Class Actions & Derivative Suits*, American Bar Association Section of Litigation, June 3, 2014.

26) "The Law and Economics of Class Actions: Yesterday, Today, and Tomorrow," (with Raleigh Richards), *Research in Law and Economics*, Vol. 26, May 2014, 1-9. Also appears in *Economic Perspectives on Today's Business Challenges,* May 2014, 33-39.

27) "*FTC v. Actavis*: Courts Bring Economics Back to Reverse Payment Cases," (with Sophie Yang), *Economic Perspectives on Today's Business Challenges,* May 2014, 40-43.

28) "Chapter 12: Using Econometrics to Estimate Damages," (with Wenqing Li, Greg Leonard, and John Morris), in *Econometrics: Legal, Practical and Technical Issues*, Charles Biggio and Lawrence Wu (eds.), ABA Section of Antitrust Law, 2nd ed., March 2014.

29) "Asymmetric Price Increase in Critical Loss Analysis: A Reply to Daljord, S  rgard, and Thomassen," (with Wenqing Li), *Journal of Competition Law & Economics*, Vol. 10, No. 2, February 2014, 495-503.

30) "Evaluating the Size of 'Reverse Payments' in Light of the Supreme Court's Decision in *FTC v. Actavis*," *Competition Policy International Antitrust Chronicle*, Vol. 2, September 2013.

31) "State Aid and Supply-Side Geographic Market Definition" (with Christopher Alexander), *European State Aid Law Quarterly*, Vol. 2, 2013, 362-370.

32) "Commissioner Joshua Wright on Dynamic Competition and Innovation," *Antitrust Source* 12, No. 4, April 2013, 78-82.

33) "Overview of Antitrust Economics in the United States," (with Stephan Levy), *The Handbook of Competition Economics*, 2013, 121-123.

34) "Economic Analysis of Allegations in Cigarette Litigations and the Impact of FTC Regulation," (with Brad Noffsker), *Research in Law and Economics*, Vol. 25, 2013, 129- 233.

35) "Chapter 8:  Economic Experts," (with Gregory G. Wrobel and Michael J. Waters), in *Private Enforcement of Antitrust Law in the United States*, ed. Albert A. Foer, et al. (Northampton, MA:  Edward Elgar, 2012), 395-443.

36) Review of *Market Power Handbook: Law and Economic Foundations*, 2nd edition,

ABA Section of Antitrust Law, *Word Competition Law and Economics Review*, Vol. 35, No. 4, December 2012, 711-713.

37) "Chapter 2:  Manufacturing Input Markets," (with William Nye, Louis Silvia, and Jonathan Tomlin) in ABA Section of Antitrust Law, *Market Definition in Antitrust: Theory and Case Studies*, 2012, 49-89.

38) "Overview of Antitrust Economics in the United States," (with Stephan Levy), *The Handbook of Competition Economics*, 2012, 115-116.

39) "The Potential Role of Civil Antitrust Damage Analysis in Determining Financial Penalties in Criminal Antitrust Cases," (with Robert Kneuper), *George Mason Law Review*, Vol. 18, No. 4, Summer 2011, 953-986.

40) "Troubleshooting ACO Antitrust Enforcement," *Law360*, (with Tracey Klein), August 22, 2011.  Available at http://www.law360.com/articles/263798/troubleshooting-aco-antitrust-enforcement

41) "*Daubert* and Other Gatekeeping Challenges of Antitrust Experts: Appendix," (with Christopher Alexander), *Antitrust Source* 10, No. 6, August 2011, 21-28.

42) "*Daubert* and Other Gatekeeping Challenges of Antitrust Experts," (with Christopher Alexander) *Antitrust* 25, No. 3, Summer 2011, 21-28.

43) "Comment regarding the Proposed Policy Statement regarding Accountable Care Organizations (ACOs) participating in the Medicare Shared Savings Program (MSSP)", (with Tracey Klein), May 31, 2011.

44) "Upward Pricing Pressure Analysis Under the 2010 Horizontal Merger Guidelines," *Antitrust* 25, Fall 2010, No. 1, 21-27.

45) "2010 Horizontal Merger Guidelines: Changes in Policy, Transparency, Predictability," *CPI Antitrust Chronicle* 2, October 28, 2010.  Available at https://www.competitionpolicyinternational.com/2010-horizontal-merger-guidelines-changes-in-policy-transparency-predictability/

46) "Chapter 6: Econometrics and Regression Analysis," (with Wenqing Li, Greg Leonard and John Morris), *Proving Antitrust Damages: Legal and Economic Issues,* ABA Section of Antitrust Law, 2nd ed., 2010.

47) "Daubert and Other Gatekeeping Challenges of Antitrust Economists," (with Chris Alexander), AAI Working Paper #08-06, March 10, 2010.  Available at http://ssrn.com/abstract  1337081

48) "Revising the Merger Guidelines," *GCP,* Release 1, December 2009.

49) "Is GM the New Amtrak?" *The Daily Beast*, June 5, 2009.  Available at http://www.thedailybeast.com/blogs-and-stories/2009-06-05/is-gm-the-new-amtrak/

50) "Non-Horizontal Merger Guidelines in the United States and the European Commission: Time for The United States to Catch Up?," *George Mason Law Review*, Vol. 16, No. 4, Summer 2009, 851-884.

51) "Needed Revisions of the Non-Horizontal Merger Guidelines," *The Threshold*, Vol. 9, No. 2, Spring 2009, 30-39.

52) "Supplemental LECG Report Regarding Proposed Highmark/IBC Consolidation," (with Rob Kneuper), January 30, 2009.  Available at http://www.ins.state.pa.us/ins/lib/ins/highmark-ibc/1768.pdf

53) "LECG Report to the Pennsylvania Insurance Department Regarding Proposed Highmark/IBC Consolidation" (with Robert Kneuper), September 10, 2008.  Available at http://www.ins.state.pa.us/ins/lib/ins/highmark-ibc/1355.pdf

54) "The Potential Impact of *Twombly* on Antitrust Class Actions," (with Wendy Bloom) *GCP*, Release 2, June 2008.

55) "Natural Experiments," (with Mary Coleman), *Issues in Competition Law and Policy,* ABA Section of Antitrust Law, Vol. 1, 2008, 743-772.

56) "Price Discrimination and the Cruise Line Industry: Implications for Market Definition, Competition, and Consumer Welfare," (with Wenqing Li), *International Journal of the Economics of Business*, Vol. 15, Issue 1, February 2008, 1-25.

57) "    A: James Langenfeld on Using Econometrics to Estimate Damages," *LECG Library*, January 2008.

58) "The Future of US Federal Antitrust Enforcement: Learning From Past and Current Influences," (with Daniel R. Shulman), *The Sedona Conference Journal*, Vol. 8, Fall 2007, 1-15.

59) "Refining the *Matsushita* Standard and The Role Economics Can Play", (with James Morsch), *Loyola University Chicago Law Journal*, Vol. 38, No. 3, Spring 2007, 507-512.

60) "The Economics of High Tech Antitrust," (with Anne Layne-Farrar and Jorge Padilla), *Global Competition Review*, Vol. 10, Issue 4, April 2007, 35-38.

61) "Book review of Michael Whinston's *Lectures on Antitrust Economics*," *World Competition Law and Economics Review*, Vol. 30, March 2007, 174-175.

62) "The FTC's Study of Pharmacy Benefits Managers," (with Robert Maness), *Antitrust Health Care Chronicle*, Vol. 19, No. 4, January 2006, 23-29.

63) "The Benefits of Free Trade to U.S. Consumers," (with James Nieberding), *Business Economics,* Vol. 40, July 2005, 41-51.

64) "Economic Analyses of Patent Settlement Agreements:  The Implementation of Specific Economic Tests, the Evaluation of Dynamic Efficiency, and the Scope of Patent Rights," (with Wenqing Li), *University of San Francisco Law Review,* Vol. 39, Issue 1, Fall 2004, 57-80.

65) "Federal Trade Commission Horizontal Restraint Cases: An Update," (with Louis Silvia),
*The Antitrust Bulletin,* Vol. XLIX, No.3, Fall 2004, 521-591.

66) "How the 'Other Half' Lives:  FTC Non-Merger Antitrust Enforcement," *The Antitrust Bulletin*, Vol. XLIX, No. 3, Fall 2004, 457-469.

67) "Competition, Consumer Awareness, and Distribution in the Contact Lens Industry," (with Robert Maness), June 24, 2004.

68) "Elzinga-Hogarty Tests and Alternative Approaches for Market Share Calculations in Hospital Markets," (with H.E. Frech III and R. Forrest McCluer), *Antitrust Law Journal*, Vol. 71, No. 3, 2004, 921-947.

69) "The Cost of PBM "Self-Dealing" Under a Medicare Prescription Drug Benefit," (with Robert Maness), September 2003.

70) "Economic Literature on Price Discrimination and its Application to the Uniform Pricing of Gasoline," (with Wenqing Li and George Schink), *International Journal of the Economics of Business,* Vol. 10, No. 2, July 2003, 179-193.

71) "Intellectual Property and Agreements to Settle Patent Disputes:  The Case of Partial Settlement Agreement with Payments from Branded to Generic Drug Manufacturers," (with Wenqing Li), *Antitrust Law Journal,* Vol. 70, Issue 3, Spring 2003, 777-818.

72) "The Impact of Increases in Health Costs on Employment-Based Health Spending, the Number of Uninsured, Employment, and Wages for the United States and Each State 20003 – 2007," (with Richard Shin), prepared for the American Association of Health Plans, January 13, 2003.

73) "Oregon's Measure 23 Could Increase State Health Care Expenditures by 30% in 2005," (with Richard Shin), prepared for the American Association of Health Plans, October 9, 2002.

74) "Estimates of Private Employment-Based Insurance Spending In the United States and by State (and the District of Columbia) 2003-2007," (with Richard Shin), prepared for the American Association of Health Plans, September 24, 2002.

75) "Intellectual Property and Antitrust: Steps Toward Striking a Balance," *Case Western Reserve Law Review,* Vol. 52, No. 1, Fall 2001, 91-110.

76) "The Perfect Caper? Private Damages and The Microsoft Case," *The George Washington Law Review,* Vol. 69, No. 5/6, October/December 2001, 902-914.

77) "Oil Pipelines' Effects on Refined Products Prices," (with Mary Coleman and George Schink), presented Federal Trade Commission conference, *Factors that Affect Prices of Refined Petroleum Products,* August 2, 2001.

78) "The Use and Misuse of Critical Loss Analysis," (with Wenqing Li), *LECG Perspectives,* Vol. 2, No. 3, July 2001.

79) "Critical Loss Analysis in Evaluating Mergers," (with Wenqing Li), *Antitrust Bulletin,* Summer 2001, 299-337.

80) "Has Microsoft Committed the Perfect Caper?" (with Robert H. Lande), *FTC Watch,* No. 564, April 16, 2001, 11-13.

81) "Skepticism Overdone:  Managed Care and Costs," (with H.E. Frech III), *Health Affairs,* November/December 2000, Vol. 19, No. 6, 305.

82) "Challenges to Managed Care Practices in Healthcare And Their Potential Effects," (with Michaelyn Corbett), *LECG Perspectives,* Vol. 1, No. 4, October 2000, 1-4.

83) "The Economics of Geographic Market Definition in the Sutter Health/Summit Merger," (with Wenqing Li), *Antitrust Health Care Chronicle,* Vol. 14, No. 3, Fall 2000, 11-12.

84) "Competition in U.S. Healthcare and Its Future," (with Michaelyn Corbett), *Global Competition Review*, Vol. 3, No. 4, August-September 2000, 29-30.

85) "Lost Profits from Patent Infringement:  The Simulation Approach," (with Gregory J. Werden and Luke M. Froeb), *International Journal of the Economics of Business*, Vol. 7, No. 2, 2000, 213-227.

86) "The Impact of Antitrust Exemptions for Health Care Professionals on Health Care Costs," (with H.E. Frech III), Monograph, Prepared for the American Association of Health Plans, June 2000.

87) " uantitative Techniques in Competition Analysis," (with Tom Hoehn, Melori Meschi and Len Waverman), *Global Competition Review*, Vol. 2, No. 5, October-November 1999, 27-28.

88) " uantitative Techniques in Competition Analysis," (with Tom Hoehn, Melori Meschi and Len Waverman), prepared for the U.K. Office of Fair Trading, October 1999.

89) "Recent Trends in Merger Enforcement in the United States: The Increasing Impact of Economic Analysis," (with Robert H. Lande), *Comparative Law*, Vol. 15, 1998, 73-96.

90) "The Use of Customer Complaints in Antitrust Analysis," *Government Antitrust Litigation Advisory*, July 1998, 1-5.

91) "Antitrust Analysis and Remedies in High-Tech Industries," (with Mary Coleman), *Global Competition Review*, Vol. 1, No. 3, June/July 1998, 42-43.

92) ABA Antitrust Section, 1997 *Annual Review of Antitrust Law Developments* (1998) (Contributor).

93) "Programming Concerns in German Pay-TV," (with Steve Wildman and William Wagener), *The Global Competition Review*, Vol. 1, No. 2, April/May 1998, 47.

94) "The Triumph and Failure of the U.S. Merger Guidelines in Litigation*," The Global Competition Review*, Issue 1, December 1997/January 1998, 36-37.

95) "Cash Machines: Fee Disclosure and Competition v. Regulation," (with Alan Frankel), *The Global Competition Review*, August/September 1997, 31-32.

96) "Sea-Change or Submarkets? Federal Trade Commission v. Staples, Inc. and Office Depot, Inc.," (with Alan Frankel), *The Global Competition Review*, June/July 1997, 29-30.

97) "Antitrust and Intellectual Property: Landing on Patent Avenue in the Game of Monopoly," (with James Gould), *IDEA - The Journal of Law and Technology*, Vol. 37, No. 3, 1997, 449-89.

98) "From Surrogates to Stories:  The Evolution of Federal Merger Policy," (with Robert Lande), *Antitrust*, Vol. 37, No. 3, Spring 1997, 5-9.

99) "The Merger Guidelines As Applied," in Malcolm Coate and Andrew Kleit (eds.), *The Economics of the Antitrust Process*, 1996, 41-64.

100) *Proving Antitrust Damages*, Section of Antitrust Law, American Bar Association, William Page (ed.), (co-author), 1996, 41-64.

101) "Antitrust and Agreements Among Health Care Providers:  'The Messenger Model,' Efficiencies, and Non-Exclusive Contracts," (with Richard Higgins), Southern Economic Association Meetings, New Orleans, LA, November 19, 1995.

102) "Competition Policy and Privatization During the Transition of Central and Eastern Europe to a Market Economy: An Organizational Perspective," (with Dennis Yao), in H. Thomas, D. O'Neal and J. Kelly (eds.), *Strategic Renaissance and Business Transformation*, 1995, 33-55.

103) "Competition Policy and Privatization in a Transition Economy:  An Organizational Perspective," (with Dennis Yao), in H.J. Blommestein and B. Steunenberg (eds.) *Government and Markets*, 1994, 195-218.

104) "Economic Theories of the Potential Anticompetitive Impact of Physician Owned Joint Ventures," (with Michael Black), *Antitrust Bulletin*, Summer 1994, 385-414.

105) "Entry Under the Merger Guidelines, 1982-1992," (with Malcolm Coate), *Antitrust Bulletin*, Fall 1993, 557-592.

106) "The Federal Trade Commission's Horizontal Restraint Cases: An Economic Perspective," (with Louis Silvia), *Antitrust Law Journal*, Spring 1993, 653-697.

107) "Frontiers in Monopolization," (with Michael Black), in John Clark and Mary Lou Steptoe (eds.), *The Antitrust Division and the FTC Speak on Current Developments in Federal Antitrust Enforcement*, 1992 (New York:  Practicing Law Institute), Chapter 26, 647-662.

108) "Efficiencies in U.S. Merger Analysis," (with Timothy Deyak), *International Merger Law*, No. 25, September 1992.

109) "Chapter 19:  Analysis of Nonprice Horizontal Restraints," (with Louis Silvia and Terry Winslow), in Von Kalinowski (ed.), *Antitrust Counseling and Litigation Techniques,* (New York:  Matthew Bender, 1992), 19-1 – 19-57.

110) "Liberal Trade and Antitrust in Developing Nations," (with Roger Boner), *Regulation*, Spring 1992, 5-6.

111) "Hospital Mergers:  Do U.S. Antitrust Agencies Follow the Government Guidelines?" (with Paul Pautler), *International Merger Law*, February 1992.

112) "Analyzing Agreements Among Competitors:  What Does the Future Hold?" (with John Morris), *Antitrust Bulletin*, Fall 1991, 651-679.

113) "Is Competition Policy the Last Thing Central and Eastern Europe Need?" (with Marsha

Blitzer), *American University Journal of International Law and Policy*, Vol. 6, No. 3, Spring 1991, 347-398.

114) "In Defense of Antitrust" (with John Morris), *Regulation*, Spring 1991, 2-4.

115) "Antitrust Enforcement: The Gray Area of Agreements Among Competitors," *ATRS Report*, Spring 1991, 3-20.

116) "Economic Analysis in Health Care Antitrust," (with M. Vita, P. Pautler, and L. Miller), *The Journal of Contemporary Health Law and Policy*, Vol. 7, Spring 1991, 73-116.

117) "The FTC in the 1980's," (with David Scheffman), *Industrial Organization Review*, Summer 1990, 79-98.

118) "Comment on Baker, 'Identifying Cartel Policing Under Short-Term Uncertainty'," *Journal of Law and Economics*, Vol. 32, No. 2, October 1989, S77-S82.

119) "Innovation and U.S. Competition Policy," (with David Scheffman), *Antitrust Bulletin*, Spring 1989, 1-63. Also published in *Aussenwirtschaft,* 43, Jahrang 1988, 45-95.

120) "The Use of Customer Complaints in Antitrust Analysis," (with Steve Stockum*), ATRS Report*, Spring 1989, 3-13.

121) "Regulatory Reform: the Right Way and the Wrong Way," (with Thomas Walton), in Roger Meiners and Bruce Yandle (eds.), *Regulation and the Reagan Era: Politics, Bureaucracy and the Public Interest*, 1989, 41-71.

122) "Attorney Advertising and Competition at the Bar," (with Terry Calvani and Gordon Shuford), *Vanderbilt Law Review*, Vol. 41, May 1988, 761-788.

123) "How Can Guidelines Reduce the Uncertainties of Antitrust Enforcement?," *Antitrust Bulletin*, Fall 1987, 643-659.

124) "Settlement vs. Litigation in Antitrust Enforcement," (with Robert Rogowsky), in Mackay, Miller, and Yandle (eds.), *The Federal Trade Commission: The Political Economy of Regulation*, 1987, 205-219.

125) "Evolution or Revolution--What is the Future of Antitrust?" (with David Scheffman), *Antitrust Bulletin*, Summer 1986, 287-300.

126) "The Impact of Antitrust Guidelines on Business," *Contemporary Policy Issues*, July 1986, 22-29.

127) "The Effect of Warranties: A Comment," in Ippolito and Scheffman (eds.), *Empirical Approaches to Consumer Protection Economics* (Washington, D.C.: F.T.C., 1986), 105-107.

128) "CAFE Estimation Errors and Their Causes," (with Richard Schneider), presented at the Western Economic Association Meetings, San Francisco, July 1986.

129) "Financial Deregulation and Geographic Market Delineation: An Application of the Justice Guidelines to Banking," (with Joseph McKenzie), *Antitrust Bulletin*, Fall 1985, 695-712.

130) "An Overview of the Current Debate on Resale Price Maintenance," (with Terry Calvani), *Contemporary Policy Issues*, Spring 1985, 1-8.

131) "The Failing Industry Merger Defense: A Market Alternative to MITI," presented at the Southern Economic Association Meetings in Atlanta, Georgia, November 1984.

132) "Antitrust Enforcement and the Oil Industry: Mergers in an Industry of Giants," presented at the National Association of Attorneys General Oil Merger Seminar, Denver, Colorado, April 24-25, 1984.

133) "An Economic Analysis of the Law of Evidence Applied to the Subjective and Objective tests in an Entrapment Defense," (with Richard Higgins), presented at the International Atlantic Economic Conference in San Juan, Puerto Rico, March 1984.

134) "The Costs and Benefits of Automobile Emissions Controls and Safety Regulations," Working Paper of the Center for the Study of American Business, Washington University in St. Louis, October 1983, Revised January 1984.

135) "Federal Automobile Regulations," presented at the Industrial Organization Society Meetings in San Francisco, California, December 1983.

136) "Comment of the Staff of the F.T.C. on Certain Motor Vehicle and Certain Chassis and

Bodies Therefore, before the U.S. International Trade Commission, TA-201-44," (co-authored), October 1980.

137) "Demand Effects of Automobile Regulations," presented at the Econometric Society Meetings in Atlanta, Georgia, December 1979.

138) "The New Wave of Regulation:  An Appraisal," The Alternative: *An American Spectator*, March 1976.

139) "Motor Carriers of Passengers," ICC Annual Report to Congress, 1972.

140) "Empirical Findings on Self Esteem:  A Selected Survey," Appendix to P.S.L. Office of Education contract, 1971.

141) Assisted Murray L. Weidenbaum on Government Mandated Price Increases (AEI: 1975), "Private Advisors and Government Policymaking," *Policy Analysis*, Winter 1975, and "The Advantages of Credit on the Personal Income Tax," *George Washington Law Review*, March 1974.


While at the FTC, contributed to the U.S. Department of Justice and Federal Trade Commission 1992 Horizontal Merger Guidelines and the 1993 Statements of Enforcement Policy Relating to Health Care and Antitrust.

**RECENT EXPERT TESTIMONIAL AND RELATED EXPERIENCE**

Dr. Langenfeld has made many presentations and submitted reports to the Federal Trade Commission, the Department of Justice, various state agencies such as the Pennsylvania Insurance Department, the Department of Defense, the European Commission, and the Canadian Bureau of Competition Policy since leaving the FTC. These presentations involved a number of industries, including petroleum, healthcare, pharmaceuticals, medical devices, insurance, chemicals, construction equipment, computers, communications, defense, aerospace, food processing, baking, automobiles and trucks, and a large variety of consumer and industrial products. They covered economic analyses of mergers, monopolistic practices, collusion, consumer protection, and government regulation. He also often presents at conferences and seminars, covering a wide variety of economic, policy, damages, and strategic planning topics.

In addition to these presentations, Dr. Langenfeld has extensive experience testifying in federal and state courts, as well as before the European Commission. This formal testimonial and related experience covers antitrust, damages, class certification, intellectual property relating to patents and trade secrets, taxation regulation, and economic policy. Dr. Langenfeld's testimonial experience includes the following matters:

1) Deposition of James Langenfeld, Ph.D in <u>Intermodal Motor Carriers Conference, American Trucking Associations, Inc., v. Ocean Carrier Equipment Management Association, Inc., et al.,</u> Docket No. 20-14, United States Federal Maritime Commission, April 1, 2022.

2) Testimony of James Langenfeld, Ph.D in <u>Bellin Memorial Hospital, INC., v. Kinsey Kinsey, Inc., Brad Kinsey, and Brian M. Thome,</u> Case No. 18-cv-348, State of Wisconsin Circuit Court Brown County, November 16, 2021.

3) Deposition of James Langenfeld, Ph.D in <u>Honey Bum, LLC, v. Fashion Nova, INC, Richard D. Saghian,</u> Case No.: 20-CV-11233, in the United States District Court of the Central District of California Western Division – Los Angeles, November 3, 2021.

4) Deposition of James Langenfeld, Ph.D. in <u>Emergency Services of Oklahoma, PC, Oklahoma Emergency Services, PC, Emergency Physicians of Mid-America P.C., and South Central Emergency Services, PC, v. Aenta Health Inc., Aenta Health Insurance Company, and Aetna Life Insurance Company,</u> Case No. 5:17-cv-00600-PRW, in the United States District Court for the Wester District of Oklahoma, October 14, 2021.

5) Arbitration Testimony of James Langenfeld, Ph. D. in <u>US Worldmeds, LLC., v. Piramal Pharma Solutions, INC.,</u> Case No. 01-20-0000-5191, American Arbitration Association, May 11-12, 2021.

6) Deposition of James Langenfeld, Ph.D. in <u>US Worldmeds, LLC v. Piramal Pharma Solitons, INC.,</u> Case No. 01-20-0000-5191, American Arbitration Association, March 12, 2021.

7) Deposition of James Langenfeld, Ph.D. in <u>Bellin Memorial Hospital, INC., v. Kinsey Kinsey, Inc., Brad Kinsey, and Brian M. Thome.,</u> Case No. 18-cv-348, State of Wisconsin Circuit Court Brown County, September 21, 2020.

8) Trial Testimony of James Langenfeld, Ph.D. in <u>Ashraf O. Hamideh, an individual, Pouya Abdolrasoul, an individual, all in their representative capacity on behalf of themselves and other current and former employees, Plaintiffs vs. Wells Fargo Bank, N.A.,</u> Case No. 37-2017-00045253-CU-OE-CTL, in the Superior Court of the State of California County of San Diego, February 20, 2020.

9) Deposition of James Langenfeld, Ph.D. in <u>re Bearings Cases</u>, Case No. 12-MD-02311, in the United States District Court, Eastern District of Michigan, Southern Division, November 15, 2019.

10) Deposition of James Langenfeld Ph.D in <u>Barbara Ruotolo, Edward Williams, and Chris Kalhoon, v. Lyft, Inc.</u>, Case Nos. AAA 01-18-0003-9788, 01-18-0003-9792, 01-18-0003-9782, American Arbitration Association, August 22, 2019.

**Exhibit 2**
**Materials Considered**

| Legal Documents |
| --- |
| Expert Report of Brandon Ward Regarding Match.com's Online Subscription Cancelation Flow, January 13, 2023 |
| Expert Report of Dr. Jennifer King, January 13, 2023 |
| First Amended Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Refief, Case No. 3:19-cv-02281, July 18, 2022. |
| Plaintiff's Second Amended Initial Disclosure, May 19, 2023 |
| Plaintiff's Third Amended Responses to Defendants' First Set of Interrogatories, May 19, 2023 |
| Plaintiff's Third Amended Responses to Defendants' First Set of Interrogatories, November 29, 2022 |
| Rebuttal of Dr. King's Report Regarding Match.com's Online Subscription Cancelation Flow, May 15, 2023 |
| Rebuttal Report of Dr. Jennifer King, May 15, 2023 |

| Public Materials |
| --- |
| American Economic Association, "What is economics?" https://www.aeaweb.org/resources/students/what-is-economics. Dwivedi, D.N., "Microeconomics: Theory     Applications," 2006 |
| Department of Health and Human Services, RAT-STATS 2010 User Guide, Version 1, https://oig.hhs.gov/documents/rat-stats/835/UserGuide2010_04js.pdf |
| Federal Register, Vol. 88, No. 78, April 24, 2023, pp. 24716-24739, https://www.federalregister.gov/documents/2023/04/24/2023-07035/negative-option-rule |
| Friedman, D. D., "Law's order: What economics has to do with law and why it matters," Princeton University Press, 2000 |
| Hong, Yongmiao, "Probability and Statistics for Economists," World Scientific Publishing Company, 2017 |
| Hood, Christopher, "Credit claiming, blame avoidance, and negativity bias," in The Blame Game: Spin, bureaucracy and self-preservation in government, Princeton University 1-23, 2013 http://www.match.com |
| Hu, N., Pavlou, P. A., and Zhang, J., "On self-selection biases in online product reviews," MIS quarterly, 41(2), 2017, 449-475 |
| Ito, Tiffany A., Jeff T. Larsen, N. Kyle Smith, and John T. Cacioppo, "Negative information weighs more heavily on the brain: the negativity bias in evaluative categorizations," Journal of Personality and Social Psychology 75(4), 1998, 887–900. |
| Kahneman, Daniel and Amos Tversky, "Prospect theory: An analysis of decision under risk." Econometrica 47.2, 1979, 363-391 |
| Kaye, David H. and David A Freedman, "Reference Guide on Statistics," Reference Manual on Scientific Evidence: Third Edition, National Academy of Sciences, 2011 |
| Levitt, Steven D., "Why Do People Post Reviews on Amazon?," Freakonomics, July 22, 2005, https://freakonomics.com/2005/07/why-do-people-post-reviews-on-amazon/ |
| Loranger, Hoa, "The Negativity Bias in User Experience," Nielsen Norman Group, October 23, 2016, https://www.nngroup.com/articles/negativity-bias-ux/. |
| Match Group, Inc., 2022 Form 10-K |
| Match Group, LLC, "Our Company," https://mtch.com/ourcompany |
| Morning Consult National National Tracking Poll #180111, page 49, http://www.statista.com/statistics/809450/us-users-favorite-dating-websites-apps-age-group/ |

**App. 1768**

Pappalardo, J.K., "Economics of Consumer Protection: Contributions and Challenges in Estimating Consumer Injury and Evaluating Consumer Protection Policy," Journal of Consumer Policy (2022) 45:201–238

Rozin, Paul, and Royzman, Edward B., "Negativity Bias, Negativity Dominance, and Contagion," Personality and Social Psychology Review 5(4), 2001, 296-320.

Runge, J., Wentzel, D., Huh, J.Y., and Change, A., "Dark patterns in online services: a motivating study and agenda for future research," Marketing Letters, 2023, 34:155-160

Sauro, Jeff, 2011, "What Is A Good Task-Completion Rate? – MeasuringU." March 21, 2011, https://measuringu.com/task-completion/

Sauro, Jeff, and James Lewis, " uantifying the User Experience: Practical Statistics for User Research," 2nd Edition, 2016

Schupp, Harald T., Arne Öhman, Markus Junghöfer, Almut I. Weike, Jessica Stockburger, and Alfons O. Hamm, "The facilitated processing of threatening faces: an ERP analysis," Emotion 4(2), 2004, 189–200

U.S. Census Bureau, "Table A1. Marital Status of People 15 Years and Over, by Age, Sex, and Personal Earnings: 2021," America's Families and Living Arrangements: 2021, https://www.census.gov/data/tables/2021/demo/families/cps-2021.html

| **Interviews** |
|---|
| Jim Talbott, Web Analyst, Match.com, February 13, 2023, February 28, 2023, March 10, 2023, April 10, 2023, May 31, 2023, and June 13, 2023. |

| **Bates Numbered Materials** |
|---|
| F01-MG-0028502 |
| MATCHFTC551250 |
| MATCHFTC561431 |
| MATCHFTC772558 |
| MATCHFTC772558 |
| MATCHFTC773498 |
| MATCHFTC774721 |
| MATCHFTC774726 |
| MATCHFTC776031 |
| MATCHFTC776595 |
| MATCHFTC776595 |
| MATCHFTC776596 |
| MATCHFTC776596 |
| MATCHFTC777080 |
| MATCHFTC777081 |
| MATCHFTC846468 |
| MATCHFTC846469 |
| MATCHFTC846509 |
| MATCHFTC846510 |
| MATCHFTC846511 |
| MATCHFTC846512 |
| MATCHFTC846513 |
| MATCHFTC846515 |
| MATCHFTC846516 |
| MATCHFTC846517 |
| MATCHFTC846518 |
| MATCHFTC846519 |
| MATCHFTC846536 |

**App. 1769**

| |
|---|
| MATCHFTC846946 |
| MATCHFTC846947 |

**App. 1770**

# EXHIBIT 80-2

(Filed Under Seal Pursuant to Protective
Order Regarding Confidential Materials)