IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER GRANTING OBJECTIONS TO PLAINTIFF'S EVIDENCE AND MOTION TO STRIKE

Pending before the Court is Defendants Match Group, Inc. and Match Group, LLC's objections to Plaintiff's Evidence Attached as Exhibits to the FTC's Opposition to Defendants' Motion for Summary Judgment (the "Motion"). Having considered the Motion, the Court finds that the Motion shall be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Exhibits 288, 289, 290-299, and 301-310 of the FTC's Appendix filed in support of its Opposition to Defendants' Motion for Summary Judgment are hereby stricken. IT IS FURTHER ORDERED that, to the extent not already stricken by the Court, Exhibits 4, 6, 8-22, 33, 62, 75, 78, 79, 87, 88, 102, 118, 120, 124, 126, 130, 131, 136-138, 145, 149, 157, 161, 175, 161, 175, 178, 253, 254, 256, 260, 264, and 267 of the FTC's Appendix filed in support of its Motion for Summary Judgment are hereby stricken.

Date:_____, 2023

_____
HON. ED KINKEADE
UNITED STATES DISTRICT
JUDGE