THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## JOINT NOTICE OF PARTIAL WITHDRAWAL OF MOTIONS FOR LEAVE TO FILE UNDER SEAL

Pursuant to the Court's September 18, 2023 and September 21, 2023 Orders, Dkt. 216 and 217, Plaintiff Federal Trade Commission ("FTC") and Defendants Match Group, Inc. and Match Group, LLC (the "Defendants," and, collectively with the FTC, the "Parties" ) submit this Notice advising the Court the Parties no longer seek leave to file the following documents under seal:

1. Dkt. 199-1
2. Dkt. 200-2
3. Dkt. 200-3
4. Dkt. 200-4
5. Dkt. 201-2
6. Dkt. 201-4
7. Dkt. 205-2
8. Dkt. 205-7

9. Dkt. 210-2

10. Dkt. 220-2

11. Dkt. 220-3

12. Dkt. 230-2

13. Dkt. 231-1

14. Dkt. 232-2

15. Dkt. 232-3

16. Dkt. 235-2

17. Dkt. 240-1

18. Dkt. 240-2

19. Dkt. 240-4

20. Dkt. 246-1

21. Dkt. 251

22. Dkt. 251-2

Accordingly, the Parties agree the documents listed above may be publicly filed.

Dated:  December 1, 2023

Respectfully submitted,

*/s/  Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201

*/s/  Reid Tepfer*
Reid Tepfer
Texas Bar No. 24079444
rtepfer@ftc.gov
M. Hasan Aijaz
Virginia Bar No. 80073
maijaz@ftc.gov
Erica Rollins Hilliard
Mississippi Bar No. 104244
ehilliard@ftc.gov
Sarah Zuckerman (admitted *pro hac vice*)
New York Bar No. 5603832
szuckerman@ftc.gov

<div style="column">

Telephone: 214.981.3300
Fax: 214.981.3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Fax: 310.595.9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*

</div>

<div style="column">

Matthew James Wilshire (admitted *pro hac vice*)
D.C. Bar No. 483702
mwilshire@ftc.gov
Jason C. Moon
Texas Bar No. 24001188
jmoon@ftc.gov
John R. O'Gorman (admitted *pro hac vice*)
Texas Bar No. 24121292
jogorman@ftc.gov
FEDERAL TRADE COMMISSION
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9386 (Aijaz)
T: (214) 979-9395 (Tepfer)
T: (214) 979-9379 (Hilliard)
T: (214) 979-9376 (Zuckerman)
T: (214) 979-9382 (O'Gorman)
T: (214) 979-9362 (Wilshire)
T: (214) 979-9378 (Moon)
F: (214) 953-3079

*Attorneys for the FTC*

</div>