IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER GRANTING DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S OBJECTIONS TO PLAINTIFF FEDERAL TRADE COMMISSION'S EVIDENCE AND MOTION TO STRIKE**

Pending before the Court is Defendants Match Group, Inc. and Match Group, LLC's Objections to the FTC's Evidence and Motion to Strike (the "Motion") regarding evidence attached as exhibits, Dkt. 246-2 (the "Appendix"), to the FTC's Reply in Support of Its Motion for Summary Judgment, Dkt. 246-1. Having considered the Motion, the Court finds that the Motion shall be, and hereby is, GRANTED in its entirety. IT IS THEREFORE ORDERED that Exhibits 311, 313–16, and 318 of the Appendix are hereby stricken.

Date: _____, 2023

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE