# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## DECLARATION OF DUSHYANT SARAPH IN SUPPORT OF MOTION TO SEAL

I, Dushyant Saraph, declare as follows:

1. I serve as the General Manager of Match, for Match Group, LLC, formerly named Match.com, LLC ("MGL").

2. I am over the age of 18 and competent to make this Declaration. The statements contained in this Declaration are based on my personal knowledge, as well as on the information made available to me in my official capacity as General Manager of Match.com. If called and sworn as a witness, I would and could testify competently to the matters set forth herein.

3. This Declaration is being made in support of Defendants MGL and Match Group Inc. ("MGI," and collectively, the "Defendants") Unopposed Motion to Seal (the "Motion").

4. Defendants seek to maintain the confidentiality of limited documents and portions of documents filed under seal by the parties that reflect (1) personally identifiable information of Match.com customers; (2) customer care information detailing how a customer could receive a refund; (3) detailed Match.com business metrics; (4) Match.com financial information; (5) Match.com file path addresses; and (6) corporate organizational information.

DocuSign Envelope ID: 72471C1C-3CA5-4FC4-B71D-4CB9EAE7F3DD

**(1) Personally Identifiable Information**

5.      Defendants seek to redact Match.com customer's personally identifiable information, including customers' names, email address, home addresses, phone numbers, user ID numbers, credit card information, and profile photos.

6.      Match.com takes user privacy seriously. As stated in Match.com's Privacy Policy, privacy is a top priority of Match.com.

7.      Defendants' proposed redactions are narrowly tailored to protect Match.com's customers' privacy.

8.      Proposed redactions of customers' personally identifiable information are located in the following filings and are described in item-by-item detail in the sealed Exhibit attached to Defendants' Motion to Seal ("Exhibit"):

- Dkt. 199-2, ECF p. 30, 52, 58, 101, 103, 105, 113, 115, 118, 121, 123, 125, 129, 141, 142, 143, 147, 149, 151, 153, 155, 157, 163, 165, 167, 169, 171, 175, 179, 181, 228, 236, 253, 254, 278, 279

- Dkt. 199-3, ECF p. 10, 34, 36, 39, 41, 47, 55, 57, 60, 62, 64, 66, 70, 82, 83, 84, 88, 90, 92, 94, 96, 98, 104, 105, 106, 108, 111, 114, 116, 120, 122, 126, 190, 254, 255, 256, 257, 261, 263, 263, 264, 265, 267, 269, 270

- Dkt. 199-4, ECF p. 80, 86, 335, 351, 404, 406, 407

- Dkt. 199-5, ECF p. 3, 7, 31, 52, 54, 55, 101, 117, 119, 120, 213, 216, 219, 220, 221, 222, 224, 227, 228, 229, 231, 234, 235

- Dkt. 199-6, ECF p. 2, 3, 4, 6, 7, 8, 9, 10, 11, 46, 48, 50, 59, 61, 63, 134, 225, 226, 230, 232, 306, 322, 323, 328, 329, 357, 397, 398, 400, 405, 406, 407, 411

- Dkt. 199-7, ECF p. 28, 40, 42, 44, 53, 55, 57, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 75, 76, 252, 447, 449, 457, 469, 470, 471

- Dkt. 199-8, ECF p. 9, 11, 18, 102, 127, 130, 132, 142, 144

- Dkt. 205-6, ECF p. 41, 42, 43, 44, 45, 46, 47

- Dkt. 207-5, p. ECF 3, 6

DocuSign Envelope ID: 72471C1C-3CA5-4FC4-B71D-4CB9EAE7F3DD

- Dkt. 207-10, ECF p. 40, 45
- Dkt. 231-2, ECF p. 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 63, 64, 65, 66, 67, 68, 69, 70, 74, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215
- Dkt. 240-8, ECF p. 3, 6
- Dkt. 240-13, ECF p. 2
- Dkt. 240-14, ECF p. 2
- Dkt. 251-6, ECF p. 3, 6
- Dkt. 251-11, ECF p. 2
- Dkt. 251-12, ECF p. 2

**(2) Customer Care Information Detailing How a Customer Could Receive a Refund**

9. Defendants also seek to redact information in customer care manuals regarding Match.com's refund procedures.

10. Match.com's internal customer care manuals regarding refund procedures are not available to the public.

11. Match.com has devoted substantial time and resources to creating Match.com's refund policies and procedures.

12. Public disclosure of such materials would put Match.com at a competitive disadvantage. Not only could competitors replicate Match.com's refund policy, but customers could use it as a roadmap to game the system and receive a refund that they otherwise would not be entitled to.

13. Defendants' proposed redactions are narrowly tailored to protect such refund information.

14. The following documents contain proposed redactions regarding customer care information regarding when a customer may receive a refund and are described in item-by-item detail in the sealed Exhibit:

- Dkt. 199-3, ECF p. 158
- Dkt. 199-4, ECF p. 11, 12, 18, 32, 33, 51, 53, 54, 83, 84, 94, 106, 371, 384, 397
- Dkt. 199-5, ECF p. 43, 45, 73, 74, 75, 82, 83, 97, 110
- Dkt. 199-6, ECF p. 292, 293, 294, 295, 296
- Dkt. 199-7, ECF p. 6, 78
- Dkt. 199-9, ECF p. 757
- Dkt. 207-4, ECF p. 2, 3, 4, 5
- Dkt. 240-7, ECF p. 2, 3, 4, 5
- Dkt. 251-5, ECF p. 2, 3, 4, 5

**(3) Detailed Match.com Business Metrics**

15. Defendants seek to seal or redact confidential business information, such as business metrics, customer demographic information, internal data and analysis, and platorm-specific results of A/B testing.

16. Match.com's confidential business information is valuable to Match.com and not publicly available.

17. Match.com spent considerable time and money creating such data and maintaining its confidentiality.

18. A competitor with such unredacted data could use it to its own advantage, and public disclosure of Match.com's confidential business information would put Match.com at a competitive disadvantage.

19. Defendants' proposed redactions are narrowly tailored to protect Match.com's confidential business information.

20. Confidential business information is requested to be redacted in the following filings, and such redactions are described in item-by-item detail in the sealed Exhibit:

- Dkt. 199-2, ECF p. 24
- Dkt. 199-4, ECF p. 100, 101, 103, 106, 262, 264, 265, 267, 268, 269, 270, 271, 275, 276, 331, 332, 337, 338, 339, 345, 346, 347, 348, 355, 356, 357, 358
- Dkt. 199-5, ECF p. 255, 256, 258, 259, 260, 262, 263
- Dkt. 199-6, ECF p. 43, 79, 80, 138
- Dkt. 199-7, ECF p. 32, 219, 367, 368, 371
- Dkt. 199-8, ECF p. 92, 244, 255
- Dkt. 199-9, ECF p. 9, 37, 38, 39, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 754, 755, 849, 850, 851, 852, 857, 859, 862, 863, 864, 866, 872, 873, 888, 889, 892, 893, 894, 897, 902, 903, 904, 905, 909, 910, 917, 918, 920, 921
- Dkt. 201-3, ECF p. 33, 34, 40, 42, 43, 44, 45, 46, 47, 48, 49
- Dkt. 205-6, ECF p. 72
- Dkt. 207-6, ECF p. 2, 3
- Dkt. 207-7, ECF p. 3, 4, 7, 10
- Dkt. 207-10, ECF p. 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36
- Dkt. 207-11, ECF p. 31, 32, 38, 40, 42- 47
- Dkt. 221-1, ECF p. 4, 5, 6, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 34
- Dkt. 230-3, ECF p. 10
- Dkt. 231-2, ECF p. 30, 31, 32, 88, 93, 94, 95, 96
- Dkt. 235-3, ECF p. 21

DocuSign Envelope ID: 72471C1C-3CA5-4FC4-B71D-4CB9EAE7F3DD

- Dkt. 240-9, ECF p. 2, 3
- Dkt. 240-10, ECF p. 3, 4, 5, 6
- Dkt. 240-15, ECF p. 6, 31, 32, 38, 40, 41, 42, 43, 44, 45, 46, 47
- Dkt. 246-2, ECF p. 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 62, 99, 100, 101, 102, 104, 105, 106
- Dkt. 251-7, ECF p. 2, 3
- Dkt. 251-8, ECF p. 3, 4, 5, 6
- Dkt. 251-9, ECF p. 3, 4, 5
- Dkt. 251-13, ECF p. 31, 32, 38, 40, 41, 42, 43, 44, 45, 46, 47

21. The following Exhibits are comprised entirely of Match.com's confidential business metrics regarding analyses Match.com did of its users:

- Dkt 221
- Dkt. 240-11
- Dkt. 240-12
- Dkt. 251-10

**(4) Match.com Financial Information**

22. Defendants also seek to redact Match.com's financial and revenue information.

23. Match.com's financial information, including revenues, spending, and budget figures, is not available to the public.

24. Considerable time and money has been spent maintaining the confidentiality of this information.

25. Match.com would be harmed by the disclosure of such financial and revenue data as it would reveal non-public financial information to competitors.

DocuSign Envelope ID: 72471C1C-3CA5-4FC4-B71D-4CB9EAE7F3DD

26. Defendants' proposed redactions and requests for sealing are narrowly tailored to protect its confidential financial information.

27. The following documents contain proposed redactions regarding Match.com's financial information and are described in item-by-item detail in the sealed Exhibit:

- Dkt. 199-3, ECF p. 158, 166
- Dkt. 199-4, ECF p. 107, 343, 349, 353, 354
- Dkt. 199-6, ECF p. 224, 225, 280, 281, 283, 286, 287, 288, 289, 290, 299, 338
- Dkt. 199-7, ECF p. 202, 110
- Dkt. 199-8, ECF p. 83, 84, 85, 86, 87, 88, 89, 90, 242, 243
- Dkt. 201-3, ECF p. 13, 14, 54, 55, 114, 115
- Dkt. 207-8, ECF p. 2, 3
- Dkt. 207-9, ECF p. 3, 4
- Dkt. 207-11, ECF p. 11, 12, 52, 53
- Dkt. 240-3, ECF p. 2, 3
- Dkt. 240-5, ECF p. 2, 3
- Dkt. 240-6, ECF p. 3, 4
- Dkt. 240-15, ECF p. 11, 12, 52, 53
- Dkt. 246-2, ECF p. 71, 72, 73, 74
- Dkt. 251-1, ECF p. 2, 3
- Dkt. 251-3, ECF p. 2, 3
- Dkt. 251-4, ECF p. 3, 4
- Dkt. 251-13, ECF p. 12, 13, 52, 53

**(5) Match.com File Path Addresses**

28. Defendants seek to redact file path addresses.

29. File path addresses are links to internal company files and data.

30. File path addresses are internal to Match.com and not publicly available.

31. A competitor potentially could use such file paths to access Match.com's confidential and highly proprietary information.

32. Defendants' proposed redactions are narrowly tailored to protect file path addresses.

33. The following filings contain proposed redactions regarding file path addresses and are described in item-by-item detail in the sealed Exhibit:

- Dkt. 199-2, ECF p. 261
- Dkt. 246-2, ECF p. 7, 8, 55

**(6) Corporate Organizational Information**

34. Defendants seek to redact corporate organizational information.

35. The details of Defendants' corporate structure is not publicly available.

36. Defendants treat such corporate structure as confidential and have taken measures to ensure it is not disclosed to the public.

37. Defendants' organizational information contains information related to entities not a party to this action.

38. Defendants' proposed redactions are narrowly tailored to protect such organizational information.

39. Defendants request corporate structure information be redacted in the following filing and are described in item-by-item detail in the sealed Exhibit:

- Dkt. 199-7, ECF p. 207, 208, 209, 211, 212, 213, 231

DocuSign Envelope ID: 72471C1C-3CA5-4FC4-B71D-4CB9EAE7F3DD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2023.        Signature: *Dushyant Saraph*
                                                  7F104C69C6054B9...