IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>  Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR DISCOVERY SANCTIONS** |

Having considered Plaintiff Federal Trade Commission's Motion for Discovery Sanctions against Defendants Match Group, LLC and Match Group, Inc., it is hereby **ORDERED** that the Motion is **GRANTED.**

Defendants are hereby prohibited from relying on any materials contained in their October 25, 2023 discovery production to support their own contentions in this litigation. Defendants are also hereby prohibited from introducing testimony or new evidence to rebut or explain any materials contained in their October 25, 2023 production.

**IT IS SO ORDERED.**

Dated: _____    _____

Honorable Ed Kinkeade
United States District Judge

1