THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR DISCOVERY SANCTIONS**

Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Unopposed Motion for Extension of Time to File Response (the "Motion for Extension") to Plaintiff Federal Trade Commission's Motion for Discovery Sanctions (the "Motion").

1. On December 27, 2023, the FTC filed the Motion, Dkt. 263.

2. Under Local Rule 7.1(e), Defendants' deadline to file a response to the Motion would be Wednesday, January 17, 2024, without an extension.

3. The time period Defendants have to file a response to the Motion, without an extension, spans the New Year holidays and upcoming Martin Luther King Jr. Day on Monday, January 15, 2024. In addition, Chelsea Priest, one of the defense attorneys responsible for this opposition brief,[1] was selected to sit on a jury until Friday, January 12, 2024. As a result, Defendants need additional time to prepare a response and address the Motion.

---

[1] Defendants' Reply in Support of their Objections and Motion to Strike, Dkt. 259, is due Tuesday, January 16, 2024. Defendants do not seek an extension of that filing deadline.

4. Defendants' respectfully request that the Court grant Defendants a seven-day extension and extend Defendants' deadline to file a response to the Motion from Wednesday, January 17, 2024, to Wednesday, January 24, 2024.

5. The FTC does not oppose the relief requested in this Motion for Extension, contingent on the FTC receiving a reciprocal seven-day extension to file a reply in support of their Motion due to a previously scheduled international trip (the "Reciprocal Extension").

Accordingly, Defendants respectfully request that the Court grant this Motion for Extension and enter an order extending Defendants' deadline to file a response to the Motion from January 17, 2024 to January 24, 2024, along with the FTC's Reciprocal Extension, which would extend the FTC's deadline to file a reply to February 14, 2024.

[signature page to follow]

| | |
|---|---|
| Dated: January 11, 2024 | */s/ Angela C. Zambrano* <br> Angela C. Zambrano <br> State Bar No. 24003157 <br> angela.zambrano@sidley.com <br> Chelsea A. Priest <br> State Bar No. 24102375 <br> cpriest@sidley.com <br> Tayler G. Bragg <br> State Bar No. 24109943 <br> tbragg@sidley.com <br> SIDLEY AUSTIN LLP <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX 75201 <br> Telephone: 214-981-3300 <br> Fax: 214-981-3400 <br><br> Chad S. Hummel (admitted *pro hac vice*) <br> chummel@sidley.com <br> SIDLEY AUSTIN LLP <br> 1999 Avenue of the Stars, 17th Floor <br> Los Angeles, CA 90067 <br> Telephone: 310-595-9500 <br> Fax: 310-595-9501 <br><br> Benjamin M. Mundel (admitted *pro hac vice*) <br> bmundel@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, DC 20005 <br> Telephone: 202-736-8000 <br> Fax: 202-736-8711 <br><br> *Attorneys for Match Group, Inc. and Match Group, LLC* |

## CERTIFICATE OF CONFERENCE

On January 10, 2024, counsel for Defendants, Tayler Bragg, conferred via email with counsel for the FTC regarding whether the FTC opposes the relief requested in this Motion for Extension. The FTC's counsel, Reid Tepfer, confirmed that the FTC does not oppose the relief requested in this Motion for Extension, contingent on the FTC receiving the Reciprocal Extension.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

*/s/ Angela C. Zambrano*
Angela C. Zambrano