THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR DISCOVERY SANCTIONS**

Upon consideration of Defendants Match Group, Inc. and Match Group, LLC's Unopposed Motion for Extension of Time to File Response (the "Motion for Extension") to Plaintiff Federal Trade Commission's Motion for Discovery Sanctions (the "Motion"), it is hereby ORDERED that the Motion for Extension is GRANTED in its entirety. Defendants' deadline to file a response to the Motion is extended from Wednesday, January 17, 2024, to Wednesday, January 24, 2024, and the FTC's deadline to file a reply in support of the Motion is extended from Wednesday, February 7, 2024, to Wednesday, February 14, 2024.

---

Honorable Ed Kinkeade
United States District Judge