THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER DENYING
FEDERAL TRADE COMMISSION'S MOTION FOR DISCOVERY SANCTIONS**

Pending before the Court is Plaintiff Federal Trade Commission's Motion for Discovery Sanctions (the "Motion"). Dkt. 263. Having considered the Motion, IT IS HEREBY ORDERED the Motion is DENIED.

_____
Honorable Ed Kinkeade
United States District Judge