## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 3:19-cv-02281-K |
| vs. | |
| MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company, | |
| Defendants. | |

### DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Match Group, Inc. and Match Group, LLC move for leave to file a notice of supplemental authority. On January 8, 2024, after the parties completed summary judgment briefing, the U.S. Court of Appeals for the Fifth Circuit released its decision in *CFTC v. EOX Holdings, L.L.C.*, 90 F.4th 439 (5th Cir. 2024). The *EOX* decision held that the "[d]efendants did not have fair notice of the construction of [a rule] at the time they were engaging in the challenged conduct." *Id.* at 443. This Fifth Circuit decision provides supplemental authority related to Defendants' argument that the FTC failed to provide fair notice of the "simple mechanisms" standard under the Restore Online Shoppers' Confidence Act, which the FTC unveiled for the first time in litigation and is attempting to use to hold Defendants liable. Dkt. 204 at 22–35.[1] Defendants respectfully seek leave to file the notice of supplemental authority attached hereto as Exhibit A.

[signature page to follow]

---

[1] The *EOX* decision is likewise relevant to the fair notice issues raised in Defendants' Response Brief in Opposition to the FTC's Motion for Summary Judgment, Dkt. 238 at 8–14.

Dated: February 5, 2024

*/s/ Angela C. Zambrano*

Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Fax: 214-981-3400

Chad S. Hummel (admitted *pro hac vice*)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Fax: 310-595-9501

Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and*
*Match Group, LLC*

## <u>CERTIFICATE OF CONFERENCE</u>

On January 31, 2024, Tayler G. Bragg, counsel for Defendants, conferred with counsel for the FTC regarding whether the FTC opposes the relief requested in this Motion. On February 2, 2024, Reid Tepfer, counsel for the FTC, informed counsel for Defendants that the FTC opposes the relief requested in the Motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2024, I caused true and correct copies of the foregoing to be served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

*/s/ Angela C. Zambrano*
Angela C. Zambrano