**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| vs. | |
| MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company, | Case No. 3:19-cv-02281-K |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S MOTION FOR LEAVE TO FILE NOTICE OF <u>SUPPLEMENTAL AUTHORITY</u>**

Having considered Defendants Match Group, Inc. and Match Group, LLC's Motion for Leave to File Notice of Supplemental Authority (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. Defendants are granted leave to file their Notice of Supplemental Authority.

_____
Honorable Ed Kinkeade
United States District Judge