# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>  Defendants. | Case No. 3:19-cv-02281-K<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A SPECIAL SETTING** |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion for a Special Setting, and all briefing of the parties on the Motion, this Court is of the opinion that the Motion has merit and should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for a Special Setting is GRANTED. It is further ORDERED that trial in this matter shall begin on April 9, 2024.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                             Honorable Ed Kinkeade
                                             United States District Judge