**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>  vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>          Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S UNOPPOSED
MOTION TO WITHDRAW CHAD HUMMEL AS COUNSEL**

Defendants Match Group, Inc. ("MGI") and Match Group, LLC ("MGL"), pursuant to Local Civil Rule 83.12, respectfully request that this Court grant their attorney, Chad Hummel, leave to withdraw his appearance as attorney of record in this matter (the "Motion"). In support of this Motion, MGI and MGL state as follows:

1.     Chad Hummel has been one of the attorneys of record for MGI and MGL in this matter.

2.     Mr. Hummel left the firm of Sidley Austin LLP on April 12, 2024.

3.     MGI and MGL will continue to be represented by the other attorneys of record from Sidley Austin LLP.

4.     Counsel for MGI and MGL have met and conferred with counsel for Plaintiff and confirmed that Plaintiff does not oppose this Motion.

5.     This Motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, MGI and MGL respectfully request that the Court grant leave for Chad

Hummel to withdraw as attorney of record in this action.

Dated: May 28, 2024                              Respectfully submitted,

                                                 */s/ Angela C. Zambrano*
                                                 Angela C. Zambrano
                                                 State Bar No. 24003157
                                                 angela.zambrano@sidley.com
                                                 Chelsea A. Priest
                                                 State Bar No. 24102375
                                                 cpriest@sidley.com
                                                 Tayler G. Bragg
                                                 State Bar No. 24109943
                                                 tbragg@sidley.com
                                                 SIDLEY AUSTIN LLP
                                                 2021 McKinney Ave, Suite 2000
                                                 Dallas, TX 75201
                                                 Telephone: 214.981.3300
                                                 Fax: 214.981.3400

                                                 Benjamin M. Mundel (admitted *pro hac vice*)
                                                 bmundel@sidley.com
                                                 SIDLEY AUSTIN LLP
                                                 1501 K Street, N.W.
                                                 Washington, DC 20005
                                                 Telephone: 202-736-8000
                                                 Fax: 202-736-8711

                                                 *Attorneys for Match Group, Inc. and*
                                                 *Match Group, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

*/s/ Angela C. Zambrano*
Angela C. Zambrano

## **CERTIFICATE OF CONFERENCE**

On April 22, 2024, counsel for Defendants, Chelsea A. Priest, conferred via phone with counsel for the FTC, Reid Tepfer, regarding whether the FTC opposes the relief requested in this Motion. The FTC confirmed that it does not oppose the relief requested in this Motion.

*/s/ Angela C. Zambrano*
Angela C. Zambrano