# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                       Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                       Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW CHAD HUMMEL AS COUNSEL

Upon consideration of Defendants Match Group, Inc. ("MGI") and Match Group, LLC's ("MGL") Unopposed Motion to Withdraw Chad Hummel as Counsel (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. It is ORDERED that Chad Hummel is withdrawn as counsel of record for Defendants MGI and MGL. The Clerk's Office is directed to terminate all CM/ECF notifications to Chad Hummel for this action.

On this ___ day of _____, 2024.

 

                                                                                                          _____
                                                                                                          Honorable Ed Kinkeade
                                                                                                          United States District Judge