**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>                    Defendants. | Case No. 3:19-cv-02281-K |

**DEFENDANTS MATCH GROUP, INC. AND MATCH GROUP, LLC'S
<u>NOTICE REGARDING TRIAL SETTING</u>**

Pursuant to the Court's Amended Scheduling Order, Dkt. 279 ¶ 2 (the "Order"), Defendants Match Group, Inc. and Match Group, LLC respectfully submit this Notice Regarding Trial Setting (the "Notice"):

1. The Order provides that this case is set for a bench trial on the Court's three-week docket beginning June 2, 2025, and that counsel and the parties shall be ready for trial on two (2) days' notice at any time during this three-week period. Dkt. 279 ¶ 2. The Order further provides that "[a]ny potential conflicts must be called to the attention of the Court in writing within ten (10) days from the date of this [O]rder." *Id.*

2. Counsel for Defendants and Defendants' expert witnesses have no conflicts with the trial setting. Thus, Defendants have no objection to the case being set on the three-week docket beginning June 2, 2025.

3. However, Defendants would like to make the Court aware that some of the anticipated fact witnesses (current and former Match.com employees) have preexisting

commitments in June 2025 that make their schedules during that time period challenging. Defendants nevertheless believe that the trial setting should be workable if the Court is willing to allow some flexibility in the timing of those witnesses' testimony, such as taking their testimony out of order. These conflicts are as follows:[1]

    a. Witness 1:

        i. Witness 1 will be unavailable on June 10, 2025, from approximately 2:00 to 4:00 p.m. CT, due to a board meeting.

        ii. Witness 1 may be unavailable for certain periods of time in June 2025 due to international travel.

    b. Witness 2:

        i. Witness 2 will be unavailable from June 2 to June 6, 2025, due to board meetings out of state.

        ii. Witness 2 likely will be unavailable from approximately June 12 to June 17, 2025, due to her daughter's college graduation.

        iii. Witness 2 will be unavailable from June 19 to June 20, 2025, due to a board meeting that may take place out of the country. The location for the meeting has not been set; depending on the location of the meeting, Witness 2 may have additional unavailability due to international travel.

    c. Witness 3:

        i. Witness 3 will be unavailable from June 9 to June 10, 2025, due to a family obligation.

---

[1] Defendants will make the names of Witnesses 1, 2, and 3 available to the Court and the FTC privately upon request, but they prefer not to link their travel plans to their names in a public filing.

4.     With this Notice, Defendants do not request a change in the trial setting but are making the Court aware in advance of the potential need to work around certain witnesses' scheduling conflicts in June 2025.

Dated: May 30, 2024                    Respectfully submitted,

/s/ Angela C. Zambrano
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Mark D. Hopson (admitted *pro hac vice*)
mhopson@sidley.com
Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system.

*/s/ Angela C. Zambrano*
Angela C. Zambrano
