UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation,<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability<br>company,<br><br>    Defendants. | Case No. 3:19-cv-02281-K<br><br>**Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority** |

Plaintiff Federal Trade Commission moves for leave to file a notice of supplemental authority. On May 28, 2024, after the parties completed summary judgment briefing in this case, the U.S. District Court for the Western District of Washington issued an order in *FTC v. Amazon.com, Inc., et al.*, No. 2:23-cv-00932-JHC, 2024 U.S. Dist. LEXIS 94699 (W.D. Wash May 28, 2024), denying the defendants' motion to dismiss. The *Amazon* order squarely addresses several arguments raised by Defendants in summary judgment briefing, as described in the attached notice of supplemental authority. Accordingly, the FTC respectfully respects leave to file the notice of supplemental authority attached as Exhibit A.

Respectfully submitted,

Dated: June 4, 2024

*/s/ Reid Tepfer*
REID TEPFER
M. HASAN AIJAZ
SARAH ZUCKERMAN (admitted *pro hac vice*)
JOHN R. O'GORMAN (admitted *pro hac vice*)
ERICA R. HILLIARD
JASON MOON
NICOLE G. H. CONTE (admitted *pro hac vice*)

1

Texas Bar No. 24079444 (Tepfer)  
Virginia Bar No. 80073 (Aijaz)  
New York Bar No. 5603832 (Zuckerman)  
Texas Bar No. 24121292 (O'Gorman)  
Mississippi Bar No. 104244 (Hilliard)  
Texas Bar No. 24001188 (Moon)  
Virginia Bar No. 91552 (Conte)  
Federal Trade Commission  
1999 Bryan St. Ste. 2150  
Dallas, Texas 75201  
T: (214) 979-9395 (Tepfer)  
T: (214) 979-9386 (Aijaz)  
T: (214) 979-9376 (Zuckerman)  
T: (214) 979-9382 (O'Gorman)  
T: (214) 979-9379 (Hilliard)  
T: (214) 979-9378 (Moon)  
T: (202) 285-0062 (Conte)  
F: (214) 953-3079  
Email: rtepfer@ftc.gov;  
maijaz@ftc.gov;  
szuckerman@ftc.gov;  
jogorman@ftc.gov;  
ehilliard@ftc.gov;  
jmoon@ftc.gov;  
nconte@ftc.gov  
Attorneys for Plaintiff  
FEDERAL TRADE COMMISSION

**CERTIFICATE OF CONFERENCE**

On May 31, 2024, counsel for the FTC, Reid Tepfer, conferred by email counsel for Defendants. On June 4, 2024, Tayler Bragg, counsel for Defendants, indicated that Defendants oppose this motion.

*/s/REID TEPFER*
REID TEPFER

**CERTIFICATE OF SERVICE**

On June 4, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ REID TEPFER*
REID TEPFER