IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>MATCH GROUP, INC., a corporation,<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability company,<br><br>　　Defendants. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority** |

　　Having considered Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority ("Motion") and finding good cause, it is hereby **ORDERED** that the Motion is **GRANTED**. The FTC is granted leave to file its Notice of Supplemental Authority to the Court.

　　**IT IS SO ORDERED.**

　　Dated: _____　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Honorable Ed Kinkeade
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge