THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Having considered the Plaintiff's Motion for Leave to File Notice of Supplemental Authority, it is hereby ORDERED that Plaintiff's Motion is **DENIED** in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ed Kinkeade
United States District Judge