THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

**[PROPOSED] ORDER**

Before the Court is Defendants' Supplemental Unopposed Motion to Seal Additional Documents. With respect to the documents sought to be redacted, the Court orders as follows:

| Entry No. | Location of Text to be Redacted | Category | Order |
|---|---|---|---|
| 1. | Dkt. 199-10, ECF p. 288<br><br>Pltf's Appendix ISO of MSJ APP- 3790 | Detailed Match.com business metrics | |
| 2. | Dkt. 199-10, ECF p. 289<br><br>Pltf's Appendix ISO of MSJ APP-3791 | Detailed Match.com business metrics | |
| 3. | Dkt. 199-10, ECF p. 291<br><br>Pltf's Appendix ISO of MSJ APP-3793 | Detailed Match.com business metrics | |

1

| Entry No. | Location of Text to be Redacted | Category | Order |
|---|---|---|---|
| 4. | Dkt. 199-10, ECF p. 292<br><br>Pltf's Appendix ISO of MSJ APP-3794 | Detailed Match.com business metrics | |
| 5. | Dkt. 199-10, ECF p. 295<br><br>Pltf's Appendix ISO of MSJ APP- 3797 | Detailed Match.com business metrics | |
| 6. | Dkt. 199-10, ECF p. 1167<br><br>Pltf's Appendix ISO of MSJ APP-4665 | Personal identifiable information | |
| 7. | Dkt. 199-10, ECF p. 1192<br><br>Pltf's Appendix ISO of MSJ APP-4690 | Detailed Match.com business metrics | |
| 8. | Dkt. 199-10, ECF p. 1193<br><br>Pltf's Appendix ISO of MSJ APP-4691 | Detailed Match.com business metrics | |
| 9. | Dkt. 199-10, ECF p. 1197<br><br>Pltf's Appendix ISO of MSJ APP-4695 | Detailed non-party dating site business metrics | |
| 10. | Dkt. 199-10, ECF p. 1198<br><br>Pltf's Appendix ISO of MSJ APP-4696 | Detailed Match.com business metrics | |

| Entry No. | Location of Text to be Redacted | Category | Order |
|---|---|---|---|
| 11. | Dkt. 199-10, ECF p. 1200<br><br>Pltf's Appendix ISO of MSJ APP-4698 | Detailed non-party dating site business metrics | |
| 12. | Dkt. 226, ECF p. 4<br><br>Defs' Appendix ISO Response to Pltf's Motion in Limine to Exclude Expert Testimony of James Langenfeld APP-37 | Detailed Match.com business metrics | |
| 13. | Dkt. 226, ECF p. 5<br><br>Defs' Appendix ISO Response to Pltf's Motion in Limine to Exclude Expert Testimony of James Langenfeld APP-38 | Detailed Match.com business metrics | |
| 14. | Dkt. 226, ECF p. 6<br><br>Defs' Appendix ISO Response to Pltf's Motion in Limine to Exclude Expert Testimony of James Langenfeld APP-39 | Detailed Match.com business metrics | |

It is further **ORDERED** that the following documents be unsealed, pursuant to the Parties' agreement:

1. Dkt. 199
2. Dkt. 199-11

3

3. Dkt. 200
4. Dkt. 200-1
5. Dkt. 201
6. Dkt. 201-1
7. Dkt. 205
8. Dkt. 205-1
9. Dkt. 205-3
10. Dkt. 205-4
11. Dkt. 205-5
12. Dkt. 207
13. Dkt. 207-1
14. Dkt. 207-2
15. Dkt. 207-3
16. Dkt. 210
17. Dkt. 210-1
18. Dkt. 220
19. Dkt. 220-1
20. Dkt. 230
21. Dkt. 230-1
22. Dkt. 231
23. Dkt. 231-3
24. Dkt. 232
25. Dkt. 232-1

26. Dkt. 235

27. Dkt. 235-1

28. Dkt. 240

29. Dkt. 246

30. Dkt. 246-3

Dated: _____, 2024

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE