IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, § | | |
| Plaintiff, § | | |
| § | | |
| V. § | No. 3:19-CV-2281-K | |
| § | | |
| MATCH GROUP, INC., § | | |
| Defendant. § | | |

## **ORDER**

On December 27, 2023, Plaintiff Federal Trade Commission filed a Motion for Sanctions Regarding Discovery seeking the imposition of sanctions against Defendant Match Group, Inc. (*See* Dkt. 263.) Defendant filed its objection and response on January 24, 2024, and Plaintiff filed a reply in support of its motion on February 14, 2024. (*See* Dkt. Nos. 268, 271.)

District Judge Ed Kinkeade referred Plaintiff's motion for sanctions to a magistrate judge for a hearing, if necessary, and for determination. (Dkt. No. 273.) By Special Order 3-354, the motion was transferred and reassigned to the undersigned magistrate judge on August 23, 2024. (Dkt. No. 291.)

In light the time that has passed since the parties prepared their briefs on the motion for sanctions, the Court will allow both parties an opportunity to submit supplemental briefing for the Court to consider in deciding the motion. **No later than October 25, 2024**, each party may—but is not required to—file a supplemental brief **not exceeding seven pages** discussing any intervening relevant authority;

subsequent developments that have either exacerbated or mitigated prejudice alleged in Plaintiff's motion for sanctions, and any other matter the party believes is relevant to resolution of the motion.

    **SO ORDERED** on October 15, 2024.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE