UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MATCH GROUP, INC., a corporation,<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability<br>company,<br><br>　　　Defendants. | Case No. 3:19-cv-02281-K<br><br>**Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority** |

Plaintiff Federal Trade Commission moves for leave to file a notice of supplemental authority. On March 22, 2024, after the parties completed summary judgment briefing in this case, the U.S. District Court for the Southern District of Texas issued Findings of Fact and Conclusions of Law in *FTC v. Zaappaaz, LLC*, 4:20-CV-02717, 2024 WL 1237047 (S.D. Tex. Mar. 22, 2024). The *Zaappaaz* Order directly addresses several arguments raised by Defendants in the parties' summary judgment briefing, as discussed in the attached notice of supplemental authority. Accordingly, the FTC respectfully requests leave to file the notice of supplemental authority attached as Exhibit A.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 23, 2024　　　　　*/s/ Reid Tepfer*
　　　　　　　　　　　　　　　　　　REID TEPFER
　　　　　　　　　　　　　　　　　　M. HASAN AIJAZ
　　　　　　　　　　　　　　　　　　SARAH ZUCKERMAN (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　JOHN R. O'GORMAN (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　ERICA R. HILLIARD
　　　　　　　　　　　　　　　　　　JASON MOON
　　　　　　　　　　　　　　　　　　NICOLE G. H. CONTE (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Texas Bar No. 24079444 (Tepfer)

1

Virginia Bar No. 80073 (Aijaz)
New York Bar No. 5603832 (Zuckerman)
Texas Bar No. 24121292 (O'Gorman)
Mississippi Bar No. 104244 (Hilliard)
Texas Bar No. 24001188 (Moon)
Virginia Bar No. 91552 (Conte)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9395 (Tepfer)
T: (214) 979-9386 (Aijaz)
T: (214) 979-9376 (Zuckerman)
T: (214) 979-9382 (O'Gorman)
T: (214) 979-9379 (Hilliard)
T: (214) 979-9378 (Moon)
T: (202) 285-0062 (Conte)
F: (214) 953-3079
Email: rtepfer@ftc.gov;
maijaz@ftc.gov;
szuckerman@ftc.gov;
jogorman@ftc.gov;
ehilliard@ftc.gov;
jmoon@ftc.gov;
nconte@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF CONFERENCE**

On December 17, 2024, counsel for the FTC, Reid Tepfer, conferred by email with Chelsea Priest, counsel for Defendants. On December 20, 2024, counsel indicated that Defendants oppose this motion.

*/s/REID TEPFER*
REID TEPFER

**CERTIFICATE OF SERVICE**

On December 23, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ REID TEPFER*
REID TEPFER