# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MATCH GROUP, INC., a corporation,<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability company,<br><br>    Defendants. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority** |

Having considered Plaintiff Federal Trade Commission's Motion for Leave to File Notice of Supplemental Authority ("Motion") and finding good cause, it is hereby **ORDERED** that the Motion is **GRANTED**. The FTC is granted leave to file its Notice of Supplemental Authority to the Court.

**IT IS SO ORDERED.**

Dated: _____

                                                           Honorable Ed Kinkeade<br>
                                                           United States District Judge