UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATCH GROUP, INC., a corporation, MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>　　　　Defendants. | Case No. 3:19-cv-02281-K<br><br>**Joint Motion to Set a Final Pretrial Conference** |

　　　　Plaintiff Federal Trade Commission and Defendants Match Group, Inc., and Match Group, LLC, respectfully request that, pursuant to Federal Rule of Civil Procedure 16(e), the Court issue an order setting a final pretrial conference at a time and date in March 2025 to be designated by the Court. Such a conference would assist the Court and the parties in simplifying the issues for trial and formulating a plan to facilitate the admission of evidence at trial.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 21, 2025　　　　　/s/ Reid Tepfer
　　　　　　　　　　　　　　　　　REID TEPFER
　　　　　　　　　　　　　　　　　M. HASAN AIJAZ
　　　　　　　　　　　　　　　　　SARAH ZUCKERMAN (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　JOHN R. O'GORMAN (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　ERICA R. HILLIARD
　　　　　　　　　　　　　　　　　JASON MOON
　　　　　　　　　　　　　　　　　NICOLE G. H. CONTE (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Texas Bar No. 24079444 (Tepfer)
　　　　　　　　　　　　　　　　　Virginia Bar No. 80073 (Aijaz)
　　　　　　　　　　　　　　　　　New York Bar No. 5603832 (Zuckerman)
　　　　　　　　　　　　　　　　　Texas Bar No. 24121292 (O'Gorman)
　　　　　　　　　　　　　　　　　Mississippi Bar No. 104244 (Hilliard)
　　　　　　　　　　　　　　　　　Texas Bar No. 24001188 (Moon)
　　　　　　　　　　　　　　　　　Virginia Bar No. 91552 (Conte)
　　　　　　　　　　　　　　　　　Federal Trade Commission

1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9395 (Tepfer)
T: (214) 979-9386 (Aijaz)
T: (214) 979-9376 (Zuckerman)
T: (214) 979-9382 (O'Gorman)
T: (214) 979-9379 (Hilliard)
T: (214) 979-9378 (Moon)
T: (202) 285-0062 (Conte)
F: (214) 953-3079
Email: rtepfer@ftc.gov;
maijaz@ftc.gov;
szuckerman@ftc.gov;
jogorman@ftc.gov;
ehilliard@ftc.gov;
jmoon@ftc.gov;
nconte@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*/s/ Angela C. Zambrano*
Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Mark D. Hopson (admitted *pro hac vice*)
mhopson@sidley.com
Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*

2