IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>MATCH GROUP, INC., a corporation,<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability company,<br><br>    Defendants. | Case No. 3:19-cv-02281-K<br><br>**[Proposed] Order Granting the Parties' Joint Motion to Set a Final Pretrial Conference** |

    Having considered the Parties' Joint Motion to Set a Final Pretrial Conference ("Joint Motion") and finding good cause, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. The parties are therefore **ORDERED** to submit to the Court three proposed dates in March 2025 for the Final Pretrial Conference in this matter within seven days of this Order.

    **IT IS SO ORDERED.**

    Dated: _____        _____

                                                                       Honorable Ed Kinkeade<br>                                                                       United States District Judge