# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., a corporation, and<br><br>MATCH GROUP, LLC, formerly known as MATCH.COM, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

## PLAINTIFF FEDERAL TRADE COMMISSION'S
## TRIAL EXHIBIT LIST

Plaintiff Federal Trade Commission ("FTC"), through undersigned counsel, pursuant to Local Rule 26.2(b), Fed R. Civ. P. 26(a)(3)(A)(iii), and this Court's Scheduling Order (ECF No. 237 ¶ 4(c)), hereby submits a list of exhibits that the FTC may use at trial. The FTC reserves the right to supplement or amend this exhibit list, subject to rulings of the Court. The FTC reserves the right to designate or use any exhibit identified by Defendants.

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-1 | Email, "Re: Match and PM Chargeback Rates," Jan. 7, 2016 | MATCHFTC _Sample0003 07 |  | Relevance |
| PLT-2 | Email, "FW: missed connections scripts Jan 9 revisions - provide feedback?," Jan. 17, 2017 | MATCHFTC _Sample0009 85 |  | Improper description; Foundation; Hearsay; Relevance; Incomplete document |
| PLT-3 | Document, Org Chart, May 5, 2017 | MATCHFTC 000001 | Yes |  |
| PLT-4 | Document, Mobile purchase flow produced by MGI in response to FTC CID | MATCHFTC 000032 | Yes |  |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-5 | Images, Captures of Rate Card and Confirmation Pages | MATCHFTC 000052 | Yes | |
| PLT-6 | Document, Screen captures produced by MGI in response to FTC CID | MATCHFTC 000080 | Yes | |
| PLT-7 | Web Capture, Match.com Terms of Use, June 12, 2013 | MATCHFTC 000117 | Yes | |
| PLT-8 | Web Capture, Match.com Terms of Use, Mar. 2014 | MATCHFTC 000145 | Yes | |
| PLT-9 | Web Capture, Match.com Terms of Use, Apr. 23, 2014 | MATCHFTC 000151 | Yes | |
| PLT-10 | Web Capture, Match.com Terms of Use, Nov. 15, 2016 | MATCHFTC 000190 | Yes | |
| PLT-11 | Web Capture, Match.com Terms of Use, February 7, 2017 | MATCHFTC 000222 | Yes | |
| PLT-12 | Web Capture, Match.com Terms of Use, Mar. 6, 2017 | MATCHFTC 000227 | Yes | |
| PLT-13 | Web Captures, Match Images of Subscription Process | MATCHFTC 000293 | Yes | |
| PLT-14 | Web Capture, Match.com Care Webpage | MATCHFTC 000308 | Yes | |
| PLT-15 | Web Capture, Google Sponsored Search Results | MATCHFTC 000335 | | Relevance; Foundation |
| PLT-16 | Training Document, "Match Group Training: Module 1 - Introduction to Match," Mar. 1, 2017 | MATCHFTC 001657 | | Relevance; Foundation |
| PLT-17 | Training Document, "Match New Hire: Module 3 - Introduction to Match," Mar. 2017 | MATCHFTC 001663 | | Relevance; Foundation |
| PLT-18 | Training Document, "Match New Hire: Module 2, Match Site," July 2016 | MATCHFTC 001792 | | Relevance; Foundation |
| PLT-19 | Web Capture, Match.com Guarantee Progress Page | MATCHFTC 002504 | Yes | |
| PLT-20 | Presentation, "Rate Cards Are Fun," Oct. 2015 | MATCHFTC 002516 | | Relevance; Foundation |
| PLT-21 | Letter from Michael D. Caroll, Penn. Office of Attorney General, to Match.com, LLC, Aug. 22, 2017 | MATCHFTC 003317 | | Foundation; Hearsay |
| PLT-22 | Document, "Site / Procedure Props, Oct. 19, 2016 | MATCHFTC 039097 | | Relevance; Foundation |
| PLT-23 | Email, "Re: Renewal retries," Feb. 9, 2017 | MATCHFTC 298594 | | Relevance |
| PLT-24 | Email, "RE: FYI - Mobile Payment friction analysis," Aug. 9, 2016 | MATCHFTC 306384 | | Relevance; Incomplete document |
| PLT-25 | Email, "RE: Data request on resign flow," May 3, 2017 | MATCHFTC 312903 | | Hearsay; 403 |
| PLT-26 | Email, "Re: Disputes?," June 5, 2017 | MATCHFTC 313570 | Yes | |
| PLT-27 | Email, "FW: Resignation flow," Feb. 24, 2016 | MATCHFTC 320168 | | Hearsay; Foundation; 403 (Cumulative, waste of time) |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-28 | Training Document, "Match Escalations Training: Customer Care Support, Contact Handling Procedures," Dec. 2015 | MATCHFTC 321986 | | Relevance; Foundation |
| PLT-29 | Email, "RE: Cancel account confirmation," July 1, 2016 | MATCHFTC 323458 | Yes | |
| PLT-30 | Email, "Pop-up jubu," July 28, 2016 | MATCHFTC 324746 | Yes | |
| PLT-31 | Email, "RE: TELUS Request," Sept. 27, 2016 | MATCHFTC 327460 | | Relevance |
| PLT-32 | Email, "RE: MG progress page," Nov. 9, 2016 | MATCHFTC 329585 | | Hearsay; Foundation |
| PLT-33 | Email, "RE: It's not you, it's us error," Dec. 1, 2016 | MATCHFTC 330612 | | Relevance; Hearsay |
| PLT-34 | Email, "RE: Account question," Dec. 2, 2016 | MATCHFTC 330643 | | Hearsay; Foundation |
| PLT-35 | Email, "FW: Sub Flow for member," June 4, 2013 | MATCHFTC 343868 | | Incomplete document; Hearsay; Relevance |
| PLT-36 | Email, "RE: Member Suggestions & Survey Comments for April," June 12, 2013 | MATCHFTC 344243 | | Hearsay; Foundation; Relevance |
| PLT-37 | Email, "RE: Sub flow," Sept. 24, 2013 | MATCHFTC 354052 | | Hearsay; Relevance |
| PLT-38 | Email, "RE: CCS Updates," Oct. 28, 2013 | MATCHFTC 355107 | | Hearsay; Relevance; Foundation |
| PLT-39 | Document, "Chargeback: Issued or Reversal," Aug. 5, 2015 | MATCHFTC 362408 | | Relevance; Foundation |
| PLT-40 | Presentation, "Cancellation flows - Mobi Apps (053117).pptx," June 2017 | MATCHFTC 368864 | | Foundation |
| PLT-41 | Email, "FW: Sub cancel," Feb. 6, 2014 | MATCHFTC 369268 | | Foundation |
| PLT-42 | Email, "RE: Subscription flow for sbux," Sept. 24, 2014 | MATCHFTC 374252 | | Relevance, Foundation |
| PLT-43 | Email, "RE: Reverting a decision - want to loop you in," Jan. 19, 2016 | MATCHFTC 379039 | | Relevance |
| PLT-44 | Email, "RE: Terms," Dec. 02, 2015 | MATCHFTC 405364 | | Foundation |
| PLT-45 | Email, "Re: Member Care Survey/suggestion results - March 2013," Mar. 30, 2013 | MATCHFTC 415890 | | Hearsay; Relevance; Foundation |
| PLT-46 | Email, "RE: Member Suggestions & Survey Comments for April," May 3, 2013 | MATCHFTC 416276 | | Hearsay; Relevance; Foundation |
| PLT-47 | Email, "RE: Member Suggestions & Survey Comments for April," May 6, 2013 | MATCHFTC 416286 | | Hearsay; Relevance; Foundation |
| PLT-48 | Document, "6 Month Guarantee Flow.docx," May 2013 | MATCHFTC 416289 | | Hearsay; Relevance; Foundation |
| PLT-49 | Email, "RE: Help w/resignation path," June 5, 2013 | MATCHFTC 417535 | | Foundation; Hearsay; Incomplete document |
| PLT-50 | Email, "RE: Member Suggestions & Survey Comments for April," June 6, 2013 | MATCHFTC 417553 | | Hearsay; Relevance; Foundation |
| PLT-51 | Email, "Re: 6 mo guarantee," July 24, 2013 | MATCHFTC 418997 | | Hearsay; Relevance; Foundation |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-52 | Email, "RE: 6-months Guarantee," Aug. 16, 2013 | MATCHFTC 419106 | | Relevance; Foundation |
| PLT-53 | Email, "RE: 6-months Guarantee," Aug. 16, 2013 | MATCHFTC 419111 | | Relevance; Foundation |
| PLT-54 | Email, "RE: Chargebacks and paid member count," Sep. 9, 2013 | MATCHFTC 420244 | | Relevance; Foundation |
| PLT-55 | Email, "RE: Chargebacks and paid member count," Sep. 10, 2013 | MATCHFTC 420258 | | Relevance; Foundation |
| PLT-56 | Email, "Fwd: Match Billing Inquiry [Incident: 170312-001435]," Mar. 19, 2017 | MATCHFTC 427209 | | Hearsay; Relevance; Foundation |
| PLT-57 | Email, "RE: BBB Breakdown," May 1, 2017 | MATCHFTC 427453 | | Hearsay |
| PLT-58 | Email, "RE: Match and PM Chargeback Rates - Summary," May 9, 2017 | MATCHFTC 427555 | | Hearsay; Incomplete document; Relevance |
| PLT-59 | Email, "Re: PM Visa Complaints Data," May 6, 2016 | MATCHFTC 429717 | | Relevance; Hearsay |
| PLT-60 | Email, "Re: Serious concern and bad experience on Match.com," Apr. 23, 2013 | MATCHFTC 433153 | | Hearsay; Relevance; 403; MIL |
| PLT-61 | Email, "RE: Suggestions for 6MG Redemption Improvement," June 27, 2013 | MATCHFTC 451515 | | Hearsay; Relevance |
| PLT-62 | Email, "RE: 6-Month Redemption Results," July 29, 2013 | MATCHFTC 452091 | | Hearsay; Relevance |
| PLT-63 | Email, "RE: Match Lunch & Listen Recap," May 10, 2016 | MATCHFTC 464887 | | Hearsay |
| PLT-64 | Email, "RE: Re-Activation test POV," Oct. 26, 2016 | MATCHFTC 465940 | | Hearsay; Relevance; Incomplete document |
| PLT-65 | Email, "FW: Please Review: CEO Complaint," Jan. 7, 2013 | MATCHFTC 467929 | | Hearsay; Relevance |
| PLT-66 | Email, "RE: Items we need your help with...," Jan. 31, 2013 | MATCHFTC 468251 | | Hearsay; Relevance |
| PLT-67 | Email, "RE: 6MG after hijack restore," Mar. 25, 2013 | MATCHFTC 469164 | | Hearsay; Relevance |
| PLT-68 | Email, "RE: Another suggestion from Kris," Apr. 11, 2013 | MATCHFTC 471038 | | Hearsay; Relevance |
| PLT-69 | Email, "RE: Member Suggestions and Survey Comments April MTD," Apr. 24, 2013 | MATCHFTC 471469 | | Hearsay; Relevance |
| PLT-70 | Email, "RE: Chargeback dispute question," Apr. 25, 2013 | MATCHFTC 471504 | | Hearsay; Relevance |
| PLT-71 | Email, "UID 269848430 - Billed after cancelled," May 9, 2017 | MATCHFTC 485041 | | Hearsay |
| PLT-72 | Email, "RE: Screenshots," May 26, 2017 | MATCHFTC 485296 | Yes | |
| PLT-73 | Email, "RE: FAQs," May 30, 2017 | MATCHFTC 485340 | Yes | |
| PLT-74 | Email, "RE: BBB Question," June 12, 2017 | MATCHFTC 485530 | | Hearsay; Relevance; Foundation |
| PLT-75 | Email, "RE: Resignation flow," Feb. 24, 2016 | MATCHFTC 491439 | | Hearsay; Foundation; 403 (Cumulative, |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| | | | | waste of time) (dupe of PLT- 78) |
| PLT-76 | Presentation, "Not just another broken window," Aug. 2015 | MATCHFTC 491441 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe of PLT-79 |
| PLT-77 | Presentation, "Hack Week 2015.pptx," Aug. 2015 | MATCHFTC 491442 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe of PLT- 80) |
| PLT-78 | Email, "RE: Resignation flow," Feb. 24, 2016 | MATCHFTC 491443 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe of PLT- 75) |
| PLT-79 | Presentation, "Not Just Another Broken Window: Account Settings Redesign," Aug. 2015 | MATCHFTC 491445 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe of PLT- 76) |
| PLT-80 | Presentation, "Hack Week 2015.pptx," Aug. 2015 | MATCHFTC 491446 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe of PLT- 77) |
| PLT-81 | Email, "RE: POF Logs 4.6," Apr. 07, 2016 | MATCHFTC 493138 | | Hearsay; Relevance |
| PLT-82 | Email, "RE: Salesforce Demo," May 2, 2016 | MATCHFTC 493616 | | Hearsay; Relevance |
| PLT-83 | Email, "RE: CSA cancel note?," Dec. 17, 2015 | MATCHFTC 519412 | | Hearsay; Incomplete document |
| PLT-84 | Email, "RE: TV - launching new product features 1H 2017," Jan. 10, 2017 | MATCHFTC 519878 | | Relevance; Incomplete document |
| PLT-85 | Email, "RE: softness at start of the year," Feb. 1, 2017 | MATCHFTC 519936 | | Relevance |
| PLT-86 | Web Capture, Match.com Webpage | MATCHFTC 521080 | Yes | |
| PLT-87 | Web Capture, Match.com Guarantee Tracker on Mobile | MATCHFTC 521098 | Yes | |
| PLT-88 | Web Capture, Match.com Guarantee Progress Page | MATCHFTC 521101 | Yes | |
| PLT-89 | Email, "Re: mobi control - adding Guarantee / More Relationships messaging," Oct. 24, 2016 | MATCHFTC 521113 | | Foundation |
| PLT-90 | Email, "Re: New Montages for Review," Apr. 11, 2014 | MATCHFTC 521397 | | Relevance |
| PLT-91 | Email, "FW: FAQs," May 30, 2017 | MATCHFTC 528098 | | Foundation |
| PLT-92 | Email, "FW: Resub Boost," Feb. 25, 2014 | MATCHFTC 529047 | | Foundation; Relevance |
| PLT-93 | Email, "Re: 2016 GM Plan - Product Initiatives," Jan. 06, 2016 | MATCHFTC 536801 | | Relevance |
| PLT-94 | Email, "FW: Reverting a decision - want to loop you in," Jan. 12, 2016 | MATCHFTC 537085 | | Relevance |

5

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-95 | Email, "RE: Resignation flow," Feb. 18, 2016 | MATCHFTC 543542 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe) |
| PLT-96 | Presentation, "Not Just Another Broken Window: Account Settings Redesign," Aug. 2018 | MATCHFTC 543666 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe) |
| PLT-97 | Email, "Re: Cancellation process," May 17, 2016 | MATCHFTC 545351 | | Foundation |
| PLT-98 | Email, "Re: Deep Dive with GB on Thursday," Jul. 13, 2016 | MATCHFTC 545967 | | Relevance |
| PLT-99 | Email, "FW: Resignation Flow," Feb. 24, 2016 | MATCHFTC 543664 | | Hearsay; Foundation; 403 (Cumulative, waste of time) (dupe) |
| PLT-100 | Email, "RE: Cardinal numbers," May 28, 2015 | MATCHFTC 553637 | | Hearsay; Relevance; Foundation |
| PLT-101 | Email, "RE: More Sweesp Prizes," Aug. 27, 2015 | MATCHFTC 557155 | | Hearsay; Relevance |
| PLT-102 | Email, "FW: Match account," Oct. 22, 2015 | MATCHFTC 561388 | | Hearsay; Relevance; Incomplete document |
| PLT-103 | Email, "Re: Member Suggestions & Survey Comments for April," May 4, 2013 | MATCHFTC 568737 | | Hearsay; Relevance |
| PLT-104 | Email, "Member Complaints - Not being able to find our phone number on site," Feb. 21, 2013 | MATCHFTC 580076 | | Hearsay; Relevance |
| PLT-105 | Email, scheduling: "Review Match Chargeback Data," Mar. 2, 2017 | MATCHFTC 600784 | | Relevance |
| PLT-106 | Presentation, "Match Chargebacks: Analysis \| Recommendations," Feb. 23, 2017 | MATCHFTC 600785 | | Hearsay; Foundation |
| PLT-107 | Email, "Fwd: FAQ 2.0," Mar. 1, 2017 | MATCHFTC 600883 | | Relevance |
| PLT-108 | Email, "RE: Community Operations - Weekly Dashboard," Mar. 20, 2017 | MATCHFTC 601035 | | Relevance; Incomplete document |
| PLT-109 | Email, "RE: Misappropriated ID," Apr. 25, 2017 | MATCHFTC 601377 | | Hearsay; Relevance |
| PLT-110 | Email, "Billing member after cancellation," May 12, 2017 | MATCHFTC 601548 | | Hearsay |
| PLT-111 | Email, "RE: 1 slide on Refund Policy," Jan. 21, 2016 | MATCHFTC 603392 | | Relevance |
| PLT-112 | Presentation, "Refund Policy Changes," Jan. 2016 | MATCHFTC 603394 | | Relevance |
| PLT-113 | Email, "Re: This is terrible news," Feb. 13, 2016 | MATCHFTC 603553 | | Hearsay; Relevance |
| PLT-114 | Email, "RE: [Refund Policy meeting]," Feb. 17, 2016 | MATCHFTC 603633 | | Hearsay; Relevance |
| PLT-115 | Email, "Re: Account Updater Test," Mar. 23, 2016 | MATCHFTC 604169 | | Hearsay; Relevance; Foundation |
| PLT-116 | Email, "Re: Payments & Risk - Weekly Update," May 6, 2016 | MATCHFTC 604735 | | Hearsay; Relevance |
| PLT-117 | Email, "RE: Actual vs Forecast," Feb. 13, 2017 | MATCHFTC 610845 | | Hearsay; Relevance |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-118 | Email, "Re: Cross-selling PM sites on Match," Jul. 18, 2013 | MATCHFTC 643460 | | Relevance |
| PLT-119 | Email, "RE: 6MG Results," Aug. 14, 2013 | MATCHFTC 644116 | | Relevance |
| PLT-120 | Email, "Re: offer to users if they call to resign," Oct. 17, 2013 | MATCHFTC 646192 | | Relevance; Foundation |
| PLT-121 | Email, "RE: OKCupid Profile Import Summary," Jan. 17, 2013 | MATCHFTC 649394 | | Relevance; Hearsay; Incomplete document |
| PLT-122 | Training Document, "Match Group Training: Module 1," Mar. 1, 2017 | MATCHFTC 650110 | | Relevance; Foundation |
| PLT-123 | Email, "RE: Please Review: CEO Complaint," Jan. 10, 2013 | MATCHFTC 661136 | | Relevance; Hearsay |
| PLT-124 | Email, "udpated refund table," Feb. 19, 2013 | MATCHFTC 662511 | | Relevance; Hearsay |
| PLT-125 | Email, "RE: Quick question on reporting user resignations," Oct. 25, 2013 | MATCHFTC 667211 | | Hearsay; 403; Relevance |
| PLT-126 | Email, "RE: Member Suggestions and Survey Comments April MTD," Apr. 24, 2013 | MATCHFTC 669157 | | Hearsay; Relevance |
| PLT-127 | Email, "Billing Inquiries/Cancel and Fraud Breakdowns," May 22, 2013 | MATCHFTC 669602 | | Hearsay; Relevance |
| PLT-128 | Email, "Quick Question," June 6, 2013 | MATCHFTC 670042 | | Hearsay; Relevance |
| PLT-129 | Document, "LLC equivalent of Articles of Memorandum.pdf" | MATCHFTC 672169 | Yes | |
| PLT-130 | Web Capture, Match.com FAQ Responses | MATCHFTC 672286 | Yes | |
| PLT-131 | Video, "CancellationFlowWithOffer-SkippedQuestions.mp4" | MATCHFTC 672309 | Yes | |
| PLT-132 | Video, "cancelation-no-answer (1).wmv" | MATCHFTC 672321 | Yes | |
| PLT-133 | Video, "Cancellation flow I cant afford.webm" | MATCHFTC 672326 | Yes | |
| PLT-134 | Video, "Cancellation Without Offer.webm" | MATCHFTC 672329 | Yes | |
| PLT-135 | Web Capture, Match.com FAQ Search Results | MATCHFTC 672336 | Yes | |
| PLT-136 | Web Capture, Match.com FAQ Search Results | MATCHFTC 672338 | Yes | |
| PLT-137 | Web Capture, Match.com FAQ Search Results | MATCHFTC 672339 | Yes | |
| PLT-138 | Web Capture, Match.com "Contact Us" Page | MATCHFTC 672345 | Yes | |
| PLT-139 | Email, "FW: Resignation flow," Feb. 24, 2016 | MATCHFTC 679045 | | Hearsay; Foundation; Incomplete document |
| PLT-140 | Email, "080916 Customer Care Feedback.pptx," Aug. 8, 2016 | MATCHFTC 679767 | | Foundation; Relevance |
| PLT-141 | Presentation, "Customer Care Feedback," Aug. 9, 2016 | MATCHFTC 679768 | | Foundation; Relevance |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-142 | Email, "RE: Match Lunch & Listen Recap," May 9, 2016 | MATCHFTC 680143 | | Hearsay |
| PLT-143 | Email, "RE: Resignation Flow 2.pptx," May 17, 2016 | MATCHFTC 680660 | Yes | |
| PLT-144 | Email, "RE: Match - CSAT Survey Detail Daily," Feb. 25, 2016 | MATCHFTC 680927 | | Hearsay |
| PLT-145 | Email, "RE: Data request on resign flow," May 17, 2016 | MATCHFTC 681007 | | Hearsay; Foundation; 403 |
| PLT-146 | Email, "FW: Match Lunch & Listen Recap," May 10, 2016 | MATCHFTC 681480 | | Hearsay; 403 (Cumulative, waste of time) (dupe) |
| PLT-147 | Email, "RE: Urgent / New refund exceptions...," Feb. 29, 2016 | MATCHFTC 681835 | | Hearsay; Relevance |
| PLT-148 | Email, "Project Gitterdun," Jan. 06, 2015 | MATCHFTC 700480 | | Incomplete document |
| PLT-149 | Presentation, "Project Bee Sting," Dec. 2014 | MATCHFTC 700484 | | Hearsay; 403 (Cumulative, waste of time) |
| PLT-150 | Email, "RE: PM Cancel and Refund Reasons.xlsx," Oct. 02, 2015 | MATCHFTC 700950 | | Hearsay; Relevance; Incomplete document |
| PLT-151 | Document, "PeopleMedia Prop," Apr 29, 2015 | MATCHFTC 701453 | | Relevance; Foundation |
| PLT-152 | Email, "RE: Resignations & ATO," Dec. 2, 2015 | MATCHFTC 703965 | Yes | |
| PLT-153 | Document, "Cancel Account Request-Matrix," Nov. 10, 2015 | MATCHFTC 703976 | | Foundation |
| PLT-154 | Email, "FW: hack week slides in case you don't have them," Aug. 21, 2015 | MATCHFTC 704355 | | Incomplete document; Foundation |
| PLT-155 | Spreadsheet, "Hack Week Schedule.xlsx" | MATCHFTC 704361 | | Foundation |
| PLT-156 | Email, "Project Bee Sting," Dec. 16, 2014 | MATCHFTC 707348 | | Incomplete document; Foundation |
| PLT-157 | Presentation, "Project Bee Sting," Dec. 16, 2014 | MATCHFTC 707349 | | Hearsay; Foundation; 403 (Cumulative, waste of time) |
| PLT-158 | Email, "RE: site cancel flow," Dec. 9, 2014 | MATCHFTC 713047 | | Hearsay; Incomplete document; 403 |
| PLT-159 | Email, "Member Suggestions and Survey Comments April MTD," Apr. 23, 2013 | MATCHFTC 729476 | | Hearsay; Relevance; Incomplete document |
| PLT-160 | Data, Match.com FAQ Database | MATCHFTC 731523 | Yes | |
| PLT-161 | Email, "Feedback observations," Sep. 15, 2017 | MATCHFTC 731717 | | Hearsay; Foundation |
| PLT-162 | Email, "RE: Canceled service #neverAgainACustomer," Nov. 1, 2017 | MATCHFTC 731875 | | Hearsay; Relevance; Foundation |
| PLT-163 | Email, "FW: Member Fdbk March 1 - April 16.xlsx," Apr. 18, 2013 | MATCHFTC 733919 | | Hearsay; Relevance; Incomplete document |
| PLT-164 | Document, "Cancel," Sept. 5, 2017 | MATCHFTC 741037 | | Foundation |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-165 | Document, Org Chart, July 2018 | MATCHFTC 741252 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-166 | Document, Org Chart, Feb. 2016 | MATCHFTC 741291 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-167 | Document, Org Chart, "Match Org Chart 4.30.17 - NA Only.pdf" | MATCHFTC 741374 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-168 | Document, Org Chart, May 31, 2015 | MATCHFTC 741765 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-169 | Document, Org Chart, July 2019 | MATCHFTC 742092 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-170 | Document, Org Chart, "Match Org Chart 4.30.16.pdf" | MATCHFTC 742150 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-171 | Document, Org Chart, Sept. 2017 | MATCHFTC 742346 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-172 | Document, Org Chart, Sept. 2016 | MATCHFTC 743221 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-173 | Document, Org Chart, June 2016 | MATCHFTC 743359 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-174 | Document, Org Chart, May 31, 2023 | MATCHFTC 743469 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-175 | Document, Org Chart, June 30, 2013 | MATCHFTC 743495 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-176 | Document, Org Chart, Dec. 2014 | MATCHFTC 743574 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-177 | Document, Org Chart, Jan. 2014 | MATCHFTC 744282 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-178 | Email, "Re: Billing member after cancellation," May 12, 2017 | MATCHFTC 745297 | | Hearsay |
| PLT-179 | Email, "BBB Categorizations," May 17, 2017 | MATCHFTC 745317 | | Hearsay; Relevance; Incomplete document |
| PLT-180 | Email, "FW: Match.com Account Inquiry [Incident: 140325-002604]," Mar. 26, 2014 | MATCHFTC 746049 | | Hearsay; Relevance |
| PLT-181 | Email, "FW: Customer care request," Jul. 25, 2014 | MATCHFTC 746470 | | Hearsay; Relevance |
| PLT-182 | Email, "Resignation Flow 2.pptx," May 17, 2016 | MATCHFTC 746899 | | Foundation |
| PLT-183 | Presentation, "Match Cancellation Process," May 2016 | MATCHFTC 746900 | | Foundation |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-184 | Email, "RE: Customer Feedback update," May 17, 2016 | MATCHFTC 746901 | Yes | |
| PLT-185 | Presentation, "Customer Care Feedback," May 17, 2016 | MATCHFTC 746902 | | Foundation |
| PLT-186 | Email, "FW: Refund Results through 7/11," Jul. 13, 2016 | MATCHFTC 746951 | | Relevance; Hearsay; Incomplete document |
| PLT-187 | Email, "RE: IAC Audit Committee - Updated deck," Feb. 10, 2015 | MATCHFTC 748121 | | Relevance |
| PLT-188 | Email, "Latest plan update / proposal," Aug. 21, 2015 | MATCHFTC 748406 | Yes | |
| PLT-189 | Presentation, "Customer Operations: Initiative Update," Aug. 2015 | MATCHFTC 748407 | | Relevance; Foundation |
| PLT-190 | Email, "RE: Refund policy changes - live this week," Sept. 09, 2015 | MATCHFTC 748418 | Yes | |
| PLT-191 | Email, "Fwd: Cancellation Policy," Mar. 14, 2018 | MATCHFTC 748736 | | Hearsay; Relevance |
| PLT-192 | Email, "Weekly Customer Suggestions Reported By Care," May 19, 2013 | MATCHFTC 749741 | | Hearsay; Relevance |
| PLT-193 | Email, "Weekly Customer Suggestions Reported By Care," June 30, 2013 | MATCHFTC 749816 | | Hearsay; Relevance |
| PLT-194 | Email, "Match Product Team Highlights Week Ending 1/18/12 (Domestic & International)," Jan. 22, 2013 | MATCHFTC 750173 | | Hearsay; Relevance; Incomplete document |
| PLT-195 | Email, "RE: resign/offboarding flows," Feb. 9, 2018 | MATCHFTC 751483 | Yes | |
| PLT-196 | Presentation, "Resignation Flow: Desktop," Feb. 2018 | MATCHFTC 751484 | Yes | |
| PLT-197 | Email, "decks," May 3, 2018 | MATCHFTC 751631 | Yes | |
| PLT-198 | Presentation, "New Match: [Project Phoenix]," Apr. 2018 | MATCHFTC 751632 | | Relevance; Hearsay |
| PLT-199 | Email, "FW: resignation study," Sep. 23, 2019 | MATCHFTC 751883 | | Foundation; Incomplete document |
| PLT-200 | Presentation, "Resignation Crisis with Intervention Points," July 20, 2017 | MATCHFTC 751887 | | Hearsay; Foundation |
| PLT-201 | Email, "Re: Follow up - FW: Daily Digest for 2018-09-04," Sept. 8, 2018 | MATCHFTC 752028 | | Hearsay; Relevance |
| PLT-202 | Email, "RE: Mobi: Manage Account - Live @ 50%," May 29, 2019 | MATCHFTC 752776 | | Foundation |
| PLT-203 | Email, "Improving renewal rates," Aug. 8, 2019 | MATCHFTC 753000 | Yes | |
| PLT-204 | Presentation, "terms v2.pptx," Aug. 2019 | MATCHFTC 753001 | Yes | |
| PLT-205 | Email, "Member Complaints - Not being able to find our phone number on site," Feb. 21, 2013 | MATCHFTC 760881 | | Hearsay; Relevance; Foundation |
| PLT-206 | Video, "katie cancelling.mp4" | MATCHFTC 761906 | Yes | |
| PLT-207 | Email, "FW: Funnel - Release Notes," June 7, 2019 | MATCHFTC 766132 | | Foundation |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-208 | Email, "RE: Data Request: Resign Flow drop-out," Mar. 19, 2018 | MATCHFTC 766286 | | Foundation; 403 |
| PLT-209 | Email, "Member Feedback May 2013," June 12, 2013 | MATCHFTC 766453 | | Hearsay; Relevance |
| PLT-210 | Data, Member Feedback Data, 2013 | MATCHFTC 766456 | | Hearsay; Relevance |
| PLT-211 | Email, "RE: Feedback Requested: Thursday's 2017 Portfolio/Value Proposition discussion," Oct. 22, 2014 | MATCHFTC 766621 | | Hearsay; Foundation; Relevance |
| PLT-212 | Email, "FW: Response to 6 Month Guarantee Complaint," Jan. 3, 2013 | MATCHFTC 766737 | | Hearsay; Relevance |
| PLT-213 | Email, "FW: Quick question on reporting user resignations," Oct. 25, 2013 | MATCHFTC 768119 | | Hearsay; Relevance; Foundation; 403 |
| PLT-214 | Data, Customer Feedback Data, 2015 | MATCHFTC 771218 | | Foundation; Hearsay |
| PLT-215 | Email, "FW: TR: Confidential - Request your assistance," Jul. 13, 2016 | MATCHFTC 771220 | | Hearsay; Incomplete document |
| PLT-216 | Data, Customer Feedback Data, 2016 | MATCHFTC 771248 | | Foundation; Hearsay |
| PLT-217 | Web Capture, Match.com Rate Card Guarantee Hover-Over | MATCHFTC 774523 | Yes | |
| PLT-218 | Web Capture, Match.com Guarantee Tracker | MATCHFTC 774527 | Yes | |
| PLT-219 | Web Capture, Match.com Guarantee Page | MATCHFTC 774536 | Yes | |
| PLT-220 | Web Capture, Match.com "I met someone GUARANTEE Progress Page" | MATCHFTC 774538 | Yes | |
| PLT-221 | Web Capture, Match.com Guarantee Policy | MATCHFTC 774563 | Yes | |
| PLT-222 | Web Capture, Match.com Guarantee Policy | MATCHFTC 774568 | Yes | |
| PLT-223 | Web Capture, Match.com Terms of Use, 2022 | MATCHFTC 774622 | Yes | |
| PLT-224 | Web Capture, Match.com Terms of Use, 2019 | MATCHFTC 774640 | Yes | |
| PLT-225 | Video, "SubCancellation-IMetSomeone.webm" | MATCHFTC 774651 | Yes | |
| PLT-226 | Web Capture, Terms of Use, 2021 | MATCHFTC 774652 | Yes | |
| PLT-227 | Video, "SubCancellation-ICantAfford.webm" | MATCHFTC 774670 | Yes | |
| PLT-228 | Video, "SubCancellation-WithSaveOffer.webm" | MATCHFTC 774671 | Yes | |
| PLT-229 | Document, Org Chart, Q4 2021 | MATCHFTC 774684 | Yes | |
| PLT-230 | Document, Org Chart, 2021 | MATCHFTC 774691 | | Foundation; 403 (Cumulative, waste of time) |
| PLT-231 | Document, Org Chart, 2022 | MATCHFTC 774694 | | Foundation; 403 (Cumulative, waste of time) |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-232 | Data, "ResignsBySource.xlsx" | MATCHFTC 774724 | Yes | |
| PLT-233 | Data, "ResignFlow.xlsx" | MATCHFTC 774726 | Yes | |
| PLT-234 | Document, "Written Consent of the Sole Member of Match.com, L.L.C.," Nov. 1, 2016 | MATCHFTC 777049 | Yes | |
| PLT-235 | Document, "Written Consent of the Sole Member of Match Group, LLC," Jan. 1, 2018 | MATCHFTC 777052 | Yes | |
| PLT-236 | Document, "Written Consent of the Sole Member of Match Group, LLC," Oct. 8, 2019 | MATCHFTC 777061 | Yes | |
| PLT-237 | Document, "Written Consent of the Sole Member of Match.com, L.L.C.," May 2, 2013 | MATCHFTC 777071 | Yes | |
| PLT-238 | Presentation, "Reminder & Pause: Resignation Flow Updates" | MATCHFTC 779793 | | Foundation; Hearsay |
| PLT-239 | Training Document, "Match Escalations Training: Cutomer Care Support, Contact Handling Procedures," July 2016 | MATCHFTC 779965 | | Relevance; Foundation; Hearsay; 403 (Cumulative, waste of time) |
| PLT-240 | Training Document, "Match Group Training: Module 2: Contact Handling Procedures," Apr. 2017 | MATCHFTC 780025 | | Relevance; Foundation; Hearsay; 403 (Cumulative, waste of time) |
| PLT-241 | Training Document, "Match Group Training: Module 2: Contact Handling Procedures," Jan. 2018 | MATCHFTC 780084 | | Relevance; Foundation; Hearsay; 403 (Cumulative, waste of time) |
| PLT-242 | Data, "Thought Already Cancelled.xlsx" | MATCHFTC 782023 | | Foundation; Hearsay |
| PLT-243 | Video, Capture of Mobile Cancellation | MATCHFTC 782034 | Yes | |
| PLT-244 | Document, "New Manage Account Page," May 23, 2019 | MATCHFTC 782039 | | Foundation |
| PLT-245 | Document, "Care Resign Related Data Pull," June 19, 2019 | MATCHFTC 782056 | | 403 |
| PLT-246 | Document, "Change copy in the help section of settings page," May 24, 2019 | MATCHFTC 782108 | | Foundation |
| PLT-247 | Image, "Manage Subscription" Webpage with Annotations | MATCHFTC 782109 | | Foundation |
| PLT-248 | Document, "Manage Subscription Copy Change in Settings," May 13, 2019 | MATCHFTC 782110 | | Foundation |
| PLT-249 | Document, "Mock-up cancel flow," Sept. 18, 2018 | MATCHFTC 782131 | | Foundation |
| PLT-250 | Document, "QA Defect: 'You have entered an invalid password . . .'," Apr. 25, 2018 | MATCHFTC 782167 | | Foundation; Relevance |
| PLT-251 | Document, "CLONE - Change copy in the help section of settings page," May 14, 2019 | MATCHFTC 782186 | | Foundation; 403 (Cumulative, waste of time) (dupe) |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-252 | Document, "Resign Flow Password Wall Fix," Nov. 18, 2015 | MATCHFTC 782210 | | Foundation; Relevance |
| PLT-253 | Document, "Mobi: New Manage Account Page," July 17, 2019 | MATCHFTC 782215 | | Foundation |
| PLT-254 | Document, "New Account Settings," July 14, 2020 | MATCHFTC 782237 | | Foundation |
| PLT-255 | Email, "FW: Chargeback dispute question," Apr. 25, 2013 | MATCHFTC 783253 | Yes | |
| PLT-256 | Email, "RE: Update: 6 month Guarantee," June 3, 2016 | MATCHFTC 785890 | | Foundation |
| PLT-257 | Email, "FW: Dissatisfaction by call topic," Feb. 11, 2014 | MATCHFTC 786749 | | Hearsay; Relevance |
| PLT-258 | Email, "FW: Helix & Contract Options Change," Aug. 27, 2015 | MATCHFTC 789460 | | Hearsay; Relevance; Incomplete document |
| PLT-259 | Email, "RE: Congrats! Here's Your Subscription Information," Oct. 27, 2015 | MATCHFTC 789544 | | Foundation |
| PLT-260 | Document, "Handling Chargeback Reversals," May 28, 2013 | MATCHFTC 790506 | | Relevance; Foundation |
| PLT-261 | Email, "Chargeback process," May 15, 2013 | MATCHFTC 795485 | | Relevance; Foundation |
| PLT-262 | Email, "6mg progress page," Oct. 5, 2016 | MATCHFTC 798148 | | Relevance; Foundation |
| PLT-263 | Email, "10/4 Top Match Defects/Complaints," Oct. 5, 2016 | MATCHFTC 798159 | | Relevance; Incomplete document; Foundation |
| PLT-264 | Email, "FW: Match and PM Chargeback Rates - Summary," Aug. 26, 2017 | MATCHFTC 800794 | | Hearsay; Relevance |
| PLT-265 | Email, "RE: May 2013 Care Survey and Suggestion Feedback.xlsx," June 18, 2013 | MATCHFTC 801010 | | Hearsay; Relevance; Foundation |
| PLT-266 | Email, "FW: Cancellation process," May 17, 2016 | MATCHFTC 809764 | | Foundation |
| PLT-267 | Document, "Chargeback Reversal," Nov. 8, 2016 | MATCHFTC 811362 | | Relevance; Foundation |
| PLT-268 | Presentation, "Defects, Escalations, ATO & Feedback," Nov. 2017 | MATCHFTC 815300 | | Relevance; Foundation |
| PLT-269 | Email, "Match.com / Visa follow-up," Mar. 23, 2017 | MATCHFTC 816248 | | Hearsay; Relevance |
| PLT-270 | Email, "Match/Affinity Chargebacks," May 5, 2017 | MATCHFTC 816457 | | Relevance |
| PLT-271 | Email, "RE: Match and PM Chargeback Rates - Summary," May 23, 2017 | MATCHFTC 816527 | | Relevance |
| PLT-272 | Email, "Updated Slides," Jun. 13, 2017 | MATCHFTC 816591 | Yes | |
| PLT-273 | Presentation, "Community Operations Update," May 2017 | MATCHFTC 816592 | Yes | |
| PLT-274 | Email, "RE: Dissatisfaction by call topic," Feb. 04, 2016 | MATCHFTC 816760 | | Hearsay |
| PLT-275 | Email, "11/8 Top Match Defects/Complaints," Nov. 9, 2016 | MATCHFTC 821474 | | Relevance; Hearsay; Incomplete document |
| PLT-276 | Email, "Re: BS - CHARGEBACKS," Jan. 23, 2013 | MATCHFTC 821835 | | Relevance |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-277 | Email, "Re: Verifi," Aug. 7, 2015 | MATCHFTC 825323 | | Relevance; Hearsay |
| PLT-278 | Document, Verifi Chargeback Data, "Success Estimate - Summary," Jan. 15, 2015 | MATCHFTC 825327 | | Relevance; Foundation |
| PLT-279 | Email, "RE: Match and PM Chargeback Rates was executed at 8/30/2015 10:30:01 AM," Sep. 4, 2015 | MATCHFTC 825508 | | Relevance; Hearsay |
| PLT-280 | Email, "RE: Match and PM Chargeback Rates - Summary was executed at 10/18/2018 3:02:02 PM," Oct. 18, 2018 | MATCHFTC 827057 | | Relevance |
| PLT-281 | Email, "FW: Daily Digest for 2019-08-25," Aug. 25, 2019 | MATCHFTC 828805 | | Hearsay |
| PLT-282 | Email, "Weekly Customer Suggestions Reported by Care," May 12, 2013 | MATCHFTC 833378 | | Hearsay; Relevance; Foundation |
| PLT-283 | Email, "Fwd: Member Care Survey/suggestion results - March 2013," Mar. 30, 2013 | MATCHFTC 835693 | | Hearsay |
| PLT-284 | Email, "RE: Chargebacks and paid member count," Sept. 10, 2013 | MATCHFTC 838839 | Yes | |
| PLT-285 | Email, "RE: Happy 50th and 6MG," Nov. 14, 2013 | MATCHFTC 839860 | | Relevance |
| PLT-286 | Email, "Fwd: 6MG - profile complete Q," Feb. 13, 2019 | MATCHFTC 841258 | | Relevance |
| PLT-287 | Email, "RE: Match chargebacks," Sep. 4, 2013 | MATCHFTC 843509 | | Relevance |
| PLT-288 | Email, "RE: Chargeback dispute question," Apr. 25, 2013 | MATCHFTC 844238 | | Relevance |
| PLT-289 | Email, "RE: IAP rate card," Feb. 05, 2014 | MATCHFTC 845690 | | Relevance |
| PLT-290 | Email, "RE: Please Review: 6 Month Guarantee Email," July 9, 2013 | MATCHFTC 846210 | | Relevance |
| PLT-291 | Email, "Re: 6MG Results," Aug. 14, 2013 | MATCHFTC 846217 | | Relevance |
| PLT-292 | Slack Message, "Channel: operations-mgmt," Mar. 24, 2017 | MATCHFTC 846346 | Yes | |
| PLT-293 | Slack Message, "What's going on within Match Group?," Sept. 25, 2019 | MATCHFTC 846367 | | Relevance |
| PLT-294 | Slack Message, "What's going on within Match Group?," Sept. 25, 2019 | MATCHFTC 846458 | | Relevance; 403 (Cumulative, waste of time) |
| PLT-295 | Data, "Resign Flow Counting from Manage Subscription Login Page.xlsx" | MATCHFTC 846469 | Yes | |
| PLT-296 | Data, "Resign Path Cash by Drop Off Point Starting with Manage Subscription Page.xlsx" | MATCHFTC 846511 | Yes | |
| PLT-297 | Data, "GuaranteeEligibilityByMonthAndYear.xlsx " | MATCHFTC 846514 | Yes | |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-298 | Data, "2023-03-31.SubscriberSessionsViewingResignConfirmationInSessionIncludingShareNotResignedAndOfThoseRefundedChargedBack.xlsx " | MATCHFTC 846519 | Yes | |
| PLT-299 | Web Capture, "Guarantee: How it Works" | MATCHFTC 846771 | Yes | |
| PLT-300 | Video, 2016 Match.com Advertisement | MATCHFTC 846835 | Yes | |
| PLT-301 | Video, 2016 Match.com Advertisement | MATCHFTC 846836 | Yes | |
| PLT-302 | Video, 2016 Match.com Advertisement | MATCHFTC 846837 | Yes | |
| PLT-303 | Data, "ChargeBacksAndOverTurnedChargebacks.xlsx" | MATCHFTC 846838 | Yes | |
| PLT-304 | Data, "GuaranteeEligible.xlsx" | MATCHFTC 846839 | | Foundation; Relevance |
| PLT-305 | Web Capture, "Does Customer Support have a phone number?" | MATCHFTC 846847 | Yes | |
| PLT-306 | Web Capture, "Cancelling" | MATCHFTC 846848 | Yes | |
| PLT-307 | Image, Web Capture of "Canceling" Article from Match.com FAQ Page | MATCHFTC 846849 | Yes | |
| PLT-308 | *Intentionally Omitted* | | | |
| PLT-309 | Data, "InSessionOrFiftySecondsPostResignMetrics.xlsx" | MATCHFTC 846944 | Yes | |
| PLT-310 | Data, "MonthlySessionsGoingToSubscriptionStatusPage.xlsx" | MATCHFTC 846945 | Yes | |
| PLT-311 | Data, "ResignFlowSessionsForUSSubsWhereSubscriptionNotPreviouslyResigned.xlsx" | MATCHFTC 846948 | Yes | |
| PLT-312 | Email, "RE: Mobi: Manage Account - Live @ 50%," May 23, 2019 | MATCHFTC 847154 | | Hearsay; Foundation |
| PLT-313 | Data, "NonResigningAccountsAndRenewalAmountAdjustmentsFromAlternateSavePath.xlsx" | MATCHFTC 847293 | | Foundation; 403 |
| PLT-314 | Email, "FW: Top 10 Care feature request," Jan. 6, 2020 | MATCHFTC 847349 | | Hearsay |
| PLT-315 | Email, "Re: Funnel," June 7, 2019 | MATCHFTC 848057 | | Foundation |
| PLT-316 | Email, "RE: analytics studies – summer series," Aug. 19, 2020 | MATCHFTC 848114 | | Foundation; Incomplete document |
| PLT-317 | Presentation, "User Sentiment 2020," Aug. 10, 2020 | MATCHFTC 848120 | | Hearsay; Foundation |
| PLT-318 | Email, "FW: Term data," Dec. 19, 2019 | MATCHFTC 848193 | | Incomplete document; Foundation; Relevance |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-319 | Data Visualization, "Term Investigation v1.0.xlsx" | MATCHFTC 848198 | | Incomplete document; Foundation; Relevance |
| PLT-320 | Email, "RE: Cancel Flow Changes," June 10, 2019 | MATCHFTC 848565 | | Foundation |
| PLT-321 | Email, "RE: Match resignation rate," Jan. 6, 2020 | MATCHFTC 848574 | | Foundation |
| PLT-322 | Email, Email from Zachary Keller, FTC, to Linda Goldstein, Baker Hostetler, Oct. 10, 2018 | F01-MG-0022438 | | Hearsay; Relevance; Incomplete document |
| PLT-323 | Email, "Revisions to Match FAQ," Aug. 25, 2017 | F01-MG-0028521 | Yes | |
| PLT-324 | Presentation, "Guarantee - How It Works - Original," Aug. 2017 | F01-MG-0028522 | Yes | |
| PLT-325 | Letter, Letter from Hesam Hosseini, CEO, to Better Business Bureau, Oct. 8, 2019. | F01-MG-0028537 | | Relevance; Foundation; Authenticity |
| PLT-326 | CID Response, Letter from Linda Goldstein, Baker Hostetler, to Zachary Keller, FTC, June 13, 2017 | F01-MG-0052307 | | Foundation; Hearsay |
| PLT-327 | Web Capture, Match.com Guarantee Tracker Page | F01-MG-0052350 | | Foundation; Authenticity |
| PLT-328 | Web Capture, Match.com Help Request Page | F01-MG-0052426 | | Foundation; Authenticity |
| PLT-329 | Press Release, "Match Group Names Mandy Ginsberg to Succeed Greg Blatt as CEO," Aug. 1, 2017 | F01-MG-0052409 | | Foundation; Authenticity |
| PLT-330 | Press Release, "Match Group Announces Senior Management Changes," Dec. 22, 2015 | F01-MG-0090018 | | Foundation; Authenticity |
| PLT-331 | Web Capture, "Refund Policy" | | | Relevance; Foundation; Authenticity |
| PLT-332 | Web Capture, "Manage Subscriptions" | | | Relevance; Foundation; Authenticity |
| PLT-333 | Web Capture, "Subscriptions" | | | Foundation; Authenticity |
| PLT-334 | Press Release, "Match Group Reports Fourth Quarter and Full Year 2018 Results," Feb. 6, 2019 | | Yes | |
| PLT-335 | SEC Filing, MGI Form 10-Q, filed May 10, 2018 | | Yes | |
| PLT-336 | SEC Filing, MGI Form 10-K, filed Feb. 28, 2019 | | Yes | |
| PLT-337 | SEC Filing, MGI Fourth Quarter and Full Year 2018 Results, Feb. 6, 2019 | | Yes | |
| PLT-338 | Complaint, BBB Complaint Record No. 91395107 | | | Hearsay; Foundation; Relevance; Authenticity |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-339 | Complaint, BBB Complaint Record No. 91262916 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-340 | Complaint, BBB Complaint Record No. 91275318 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-341 | Complaint, BBB Complaint Record No. 91296254 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-342 | Complaint, BBB Complaint Record No. 91319889 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-343 | Complaint, BBB Complaint Record No. 91320528 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-344 | Complaint, BBB Complaint Record No. 91337470 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-345 | Complaint, BBB Complaint Record No. 91347541 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-346 | Complaint, BBB Complaint Record No. 91347983 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-347 | Complaint, BBB Complaint Record No. 91359926 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-348 | Complaint, BBB Complaint Record No. 91368580 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-349 | Complaint, BBB Complaint Record No. 91371335 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-350 | Complaint, BBB Complaint Record No. 91383167 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-351 | Complaint, BBB Complaint Record No. 91388906 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-352 | Complaint, BBB Complaint Record No. 91283248 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-353 | Complaint, BBB Complaint Record No. 91293894 | | | Hearsay; Foundation; Authenticity |
| PLT-354 | Complaint, BBB Complaint Record No. 91296527 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-355 | Complaint, BBB Complaint Record No. 91312781 | | | Hearsay; Foundation; Relevance; Authenticity |
| PLT-356 | Complaint, BBB Complaint Record No. 91316579 | | | Hearsay; Foundation; Authenticity |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-357 | Complaint, BBB Complaint Record No. 91345100 | | | Hearsay; Foundation; Authenticity |
| PLT-358 | Complaint, BBB Complaint Record No. 19751939 | | | Hearsay; Foundation; Authenticity |
| PLT-359 | Complaint, BBB Complaint Record No. 19785686 | | | Hearsay; Foundation; Authenticity |
| PLT-360 | Complaint, BBB Complaint Record No. 91347896 | | | Hearsay; Foundation; Authenticity |
| PLT-361 | Complaint, BBB Complaint Record No. 91354668 | | | Hearsay; Foundation; Authenticity |
| PLT-362 | Complaint, BBB Complaint Record No. 91358854 | | | Hearsay; Foundation; Authenticity |
| PLT-363 | Complaint, BBB Complaint Record No. 91433144 | | | Hearsay; Foundation; Authenticity |
| PLT-364 | Complaint, BBB Complaint Record No. 91434817 | | | Hearsay; Foundation; Authenticity |
| PLT-365 | Complaint, BBB Complaint Record No. 91436681 | | | Hearsay; Foundation; Authenticity |
| PLT-366 | Complaint, BBB Complaint Record No. 91439618 | | | Hearsay; Foundation; Authenticity |
| PLT-367 | Complaint, BBB Complaint Record No. 91440331 | | | Hearsay; Foundation; Authenticity |
| PLT-368 | Complaint, BBB Complaint Record No. 91451762 | | | Hearsay; Foundation; Authenticity |
| PLT-369 | Complaint, BBB Complaint Record No. 91483557 | | | Hearsay; Foundation; Authenticity |
| PLT-370 | Court Filing, MGI's Amended Answer to FTC's Amended Complaint (Doc. 122) | | Yes | |
| PLT-371 | Court Filing, MGL's Amended Answer to FTC's Amended Complaint (Doc. 139) | | Yes | |
| PLT-372 | Court Filing, MGI and MGL's Notice of Verified Stipulation Regarding Permanently Discontinued Practices on Match.com (Doc. 146) | | Yes | |
| PLT-373 | Court Filing, Amicus Brief of MGI, et al. in Epic Games Inc. v. Apple, Inc. | | | Relevance; 403 (Prejudice, confusion, misleading); Foundation; Authenticity |
| PLT-374 | CID, Civil Investigative Demand Issued to Match Group, Inc., Mar. 14, 2017 | | | Hearsay; Foundation; Authenticity; 403 |
| PLT-375 | CID Response, Match CID Response Letter from Bret Cohen, Hogan Lovells, to Zachary Keller, FTC, May 15, 2017 | | | Relevance; 403 |
| PLT-376 | CID Response, Match CID Response Letter from Linda Goldstein, Baker Hostetler to Zachary Keller, FTC, May 30, 2017 | | | Relevance; 403 |
| PLT-377 | CID Response, Match CID Response Letter from Linda Goldstein, Baker Hostetler to Zachary Keller, FTC, July 13, 2017 | | | Relevance; 403 |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-378 | CID Response, Letter from Linda Goldstein, Baker Hostetler, to Zachary Keller, FTC, Aug. 14, 2017 | | | Relevance; 403 |
| PLT-379 | Discovery Response, MGI's First Amended Responses & Objections to FTC's First Set of Requests for Admission | | | Foundation |
| PLT-380 | Discovery Response, MGL's Responses & Objections to FTC's First Set of Requests for Admission | | | Foundation |
| PLT-381 | Discovery Response, MGL's First Amended Responses & Objections to FTC's First Set of Interrogatories | | | Foundation |
| PLT-382 | Discovery Response, MGL's Second Amended Responses & Objections to FTC's First Set of Interrogatories | | | Foundation |
| PLT-383 | Discovery Response, MGI's First Amended Responses & Objections to FTC's Second Set of Interrogatories | | | Foundation |
| PLT-384 | Discovery Response, MGL's First Amended Responses & Objections to FTC's Third Set of Requests for Admission | | | Foundation |
| PLT-385 | Discovery Response, MGI's Responses & Objections to FTC's Second Set of Requests for Admission | | | Foundation |
| PLT-386 | Discovery Response, MGL's Amended Response to FTC's Fifth Set of Interrogatories | | | Foundation |
| PLT-387 | Discovery Response, Verification of MGL's First Amended Response to FTC's First Set of Interrogatories, Jan. 11, 2023 | | | Foundation |
| PLT-388 | Deposition Notice, MGI's Notice of Rule 30(b)(6) Deposition of FTC | | | Hearsay; 403; Authenticity; Foundation |
| PLT-389 | Court Filing, Complaint, California v. Match Group, Inc., No. 20CV02496 (Santa Cruz Co., Cal., Nov. 30, 2020) | | | Relevance; 403 (Prejudice, confusion, misleading); Authenticity; Foundation |
| PLT-390 | Penalty Calculation Materials, "Miles Calculation Notes.pdf" | | | Hearsay |
| PLT-391 | Penalty Calculation Materials, "Match calculations.xlsx" | | | Hearsay |
| PLT-392 | Web Capture, Coffee Meets Bagel | | Yes | |
| PLT-393 | Web Capture, Facebook Dating | | Yes | |
| PLT-394 | Expert Report, Expert Report of Dr. Jennifer King | | | Hearsay |
| PLT-395 | Expert Report, Rebuttal Report of Dr. Jennifer King | | | Hearsay |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-396 | Article, Anna Tims, "Breaking up is hard to do . . . but what if it's the dating website who won't let go?," The Guardian (Feb. 14, 2016), available at https://www.theguardian.com/money/2016/feb/14/dating-website-match-com-wont-cancel-subscriptions-auto-renewal. | | | Hearsay; Relevance; 403; Authenticity; Foundation |
| PLT-397 | *Intentionally Omitted* | | | |
| PLT-398 | Declaration of David Beasley, BBB | | | Hearsay; Foundation; Authenticity |
| PLT-399 | Declaration of Kacy Verdi | | | Hearsay; Foundation; Authenticity |
| PLT-400 | Declaration of James Elliot | | | Hearsay; Foundation; Authenticity |
| PLT-401 | Declaration of Taelor Hardesty | | | Hearsay; Foundation; Authenticity |
| PLT-402 | SEC Filing, MGI Form 10-K, filed Feb. 24, 2023 | | Yes | |
| PLT-403 | SEC Filing, MGI Form 10-Q, filed Nov. 2, 2023 | | Yes | |
| PLT-404 | SEC Filing, MGI Form 10-K, filed Feb. 27, 2025 | | Yes | |
| PLT-405 | SEC Filing, MGI Form 4, filed Mar. 1, 2025 | | | Relevance |
| PLT-406 | Press Release, Match Group Promotes Hesam Hosseini to Chief Operation Officer; Gary Swidler to Step Down as President, Mar. 3, 2025 | | Yes | |
| PLT-407 | Web Capture, Match.com Automatic Sign-in FAQ, captured Jan. 13, 2025 | | | Relevance; Authenticity; Foundation |
| PLT-408 | Web Capture, Match.com Manage My Subscription Page, captured Feb. 20, 2024 | | | Authenticity; Foundation |
| PLT-409 | Web Capture, Match.com Refund Policy, captured Feb. 20, 2024 | | | Relevance; Authenticity; Foundation |
| PLT-410 | Web Capture, Match.com Subscription Page, captured Feb. 20, 2024 | | | Authenticity; Foundation |
| PLT-411 | Court Filing, *FTC v. ABCmouse* Complaint | | | Relevance; Hearsay; Foundation; Authenticity; 403 (Prejudice, confusion, misleading) |
| PLT-412 | Court Filing, *FTC v. ADOREME* Complaint | | | Relevance; Hearsay; Foundation; Authenticity; 403 (Prejudice, confusion, misleading) |
| PLT-413 | Court Filing, *FTC v. Bunzai* Media (AuraVie) Temporary Restraining Order | | | Relevance; Hearsay; Foundation; Authenticity; 403 |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| | | | | (Prejudice, confusion, misleading) |
| PLT-414 | Web Capture, FTC, .com Disclosures: How to Make Effective Disclosures in Digital Advertising | | Yes | |
| PLT-415 | Web Capture, FTC Policy Statement Regarding Advertising Substantiation, Nov. 23, 1984 | | Yes | |
| PLT-416 | Document, In re Intuit, Inc., FTC Administrative Law Judges' Initial Decision | | | Relevance; Hearsay; Foundation; Authenticity; 403 (Prejudice, confusion, misleading) |
| PLT-417 | Web Capture, FTC, Enforcement Policy Statement Regarding Negative Option Marketing | | Yes | |
| PLT-418 | Web Capture, Merriam-Webster Online Dictionary, "simple," captured Feb. 28, 2025 | | | Hearsay; Foundation; Authenticity |
| PLT-419 | Web Capture, Delaware Secretary of State, Tinder LLC Certificate, signed June 3, 2024 | | | Relevance; Authenticity; Foundation |
| PLT-420 | Document, Org Chart, Match Group, Inc., June 30, 2024 | | Yes | |
| PLT-421 | Video, Autorenewal Cancellation Process Video | MATCHFTC 846853 | Yes | |
| PLT-422 | Email, "latest," Sept. 5, 2028 | MATCHFTC 847334 | | Foundation |
| PLT-423 | Presentation, Match Product 2019 Planning, Sept. 2018 | MATCHFTC 847335 | | Hearsay; Foundation |
| PLT-424 | Email, "RE: Refund policy rules and care calls on refunds," Sept. 19, 2023 | MATCHFTC 847358 | | Relevance; Foundation |
| PLT-425 | Email, "RE: Match 2020 strategic plan review meeting," Oct. 21, 2019 | MATCHFTC 847658 | | Foundation |
| PLT-426 | Presentation, "Strategic Review 2020," Oct. 21, 2019 | MATCHFTC 847659 | | Hearsay; Foundation |
| PLT-427 | Email, "legal request approval," Oct. 31, 2019 | MATCHFTC 847663 | | Foundation |
| PLT-428 | Email, "Android app settings page," June 11, 2019 | MATCHFTC 847907 | | Relevance; Foundation |
| PLT-429 | Email, "RE: Desktop Account Settings Read (PA-411)," Jan. 3, 2020 | MATCHFTC 848582 | | Foundation; Relevance |
| PLT-430 | Email, "Re: 2019 Product Roadmap," Oct. 24, 2018 | MATCHFTC 847676 | | Foundation |
| PLT-431 | Presentation, "Match Strategic Review 2019" | MATCHFTC 847677 | | Hearsay; Foundation |
| PLT-432 | Email, "FW: Match resignation rate," Jan. 7, 2020 | MATCHFTC 848597 | | Foundation |
| PLT-433 | Email, "Analytics studies - summer series - ep. 3," Aug. 18, 2020 | MATCHFTC 848116 | | Incomplete document; Hearsay; Relevance; Foundation |

| Exh. No. | Description | Bates No. | Admissibility Stipulated | Defendants' Objection(s) |
|---|---|---|---|---|
| PLT-434 | Document, "CLONE - Change copy in the help section of settings page," May 14, 2019 | MATCHFTC 782186 | | Foundation; 403 (Cumulative, waste of time) (dupe) |
| PLT-435 | Email, "Re: charge back rate," Mar. 5, 2020 | MATCHFTC 834390 | | Relevance |
| PLT-436 | Data, "UpdatedMATCHFTC846469.xlsx" | | Yes | |
| PLT-437 | Data, "UpdatedMATCHFTC846511.xlsx" | | Yes | |
| PLT-438 | Data, "UpdatedMATCHFTC846944.xlsx" | | Yes | |
| PLT-439 | Data, "UpdatedMATCHFTC846945.xlsx" | | Yes | |
| PLT-440 | Data, "UpdatedMATCHFTC846948.xlsx" | | Yes | |
| PLT-441 | Presentation, Match Group Business Overview, Aug. 2023 | | | Relevance; Authenticity; Foundation |
| PLT-442 | Press Release, Match Group Letter to Shareholders, Nov. 6, 2024 | | | Relevance; Authenticity; Foundation |
| PLT-443 | Press Release, "Match Group Unveils Vision of the Future at Inaugural Investor Day," Dec. 15, 2024 | | | Relevance; Authenticity; Foundation |
| PLT-444 | Video, H. Hosseini Presentation at Match Investor Day, Dec. 2024 | | | Relevance; Foundation; Authenticity |
| PLT-445 | Video, G. Swidler Presentation at Match Investor Day, Dec. 2024 | | | Relevance; Foundation; Authenticity |
| PLT-446 | Web Capture, Match.com Terms of Use, Captured Mar. 4, 2025 | | Yes | |
| PLT-447 | Presentation, "Customer Satisfaction Survey," July, 2015 | | | Hearsay; Foundation |
| PLT-448 | Web Capture, Match Group America, LLC Registration of Foreign LLC, Texas Sec. of State, June 21, 2024 | | | Relevance |
| PLT-449 | Document, "Add Password Requirement to Resign.aspx," June 20, 2019 | MATCHFTC 782179 | | Foundation |
| PLT-450 | Document, "Add password protection to resign flow just like mobile," June 25, 2019 | MATCHFTC 782180 | | Foundation |
| PLT-451 | Curriculum Vitae of Dr. Jennifer King, April 2025 | | | Hearsay |
| PLT-452 | Web Capture, Video of Match.com Cancellation Process | F01-MG-0052356 | | Authenticity; Foundation |

Respectfully submitted,

Dated: May 12, 2025

*/s/ Reid Tepfer*
REID TEPFER
M. HASAN AIJAZ
SARAH ZUCKERMAN (admitted *pro hac vice*)
ERICA R. HILLIARD
JASON C. MOON
NICOLE G. H. CONTE (admitted *pro hac vice*)
TAMMY CHUNG (admitted *pro hac vice*)
Texas Bar No. 24079444 (Tepfer)
Virginia Bar No. 80073 (Aijaz)
New York Bar No. 5603832 (Zuckerman)
Mississippi Bar No. 104244 (Hilliard)
Texas Bar No. 24001188 (Moon)
Virginia Bar No. 91552 (Conte)
New York Bar No. 5745476 (Chung)
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
T: (214) 979-9395 (Tepfer)
T: (214) 979-9386 (Aijaz)
T: (214) 979-9376 (Zuckerman)
T: (214) 979-9379 (Hilliard)
T: (214) 979-9378 (Moon)
T: (202) 285-0062 (Conte)
T: (202) 676-7541 (Chung)
F: (214) 953-3079
Email: rtepfer@ftc.gov;
maijaz@ftc.gov;
szuckerman@ftc.gov;
ehilliard@ftc.gov;
jmoon@ftc.gov;
nconte@ftc.gov;
tchung@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

23

**STATEMENT OF COUNSEL PURSUANT TO SCHEDULING ORDER (ECF NO. 279)**

The foregoing objections were asserted by and on behalf of Defendants and Defendants stipulate to the admissibility of the exhibits where indicated above.

Respectfully submitted,

Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Mark D. Hopson (admitted pro hac vice)
mhopson@sidley.com
Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Defendants Match Group, Inc. and Match Group, LLC*

## CERTIFICATE OF SERVICE

On May 12, 2025, I filed the foregoing document with the clerk of court for the U.S.

District Court, Northern District of Texas. I hereby certify that I have served the document on

counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<div align="center" style="margin-left:50%">

*/s/ Reid Tepfer*
REID TEPFER

</div>