## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., a corporation, and<br>MATCH GROUP, LLC, formerly known as<br>MATCH.COM, LLC, a limited liability<br>company,<br><br>Defendants. | Case No. 3:19-cv-02281-K |

### NOTICE OF SETTLEMENT

Defendants Match Group, Inc. and Match Group, LLC file this Notice of Settlement. Plaintiff FTC's counsel will submit the Proposed Order for Permanent Injunction, Monetary Relief, and Other Relief (the "Proposed Order"), which is attached as Exhibit A and being filed under seal, for review and approval by the FTC's Bureau of Consumer Protection and by the Commission. If the Commission approves the Proposed Order, the parties will submit the agreed Proposed Order to the Court.

[signature page to follow]

Dated: June 10, 2025

Respectfully submitted,

*/s/ Angela C. Zambrano*

Angela C. Zambrano
State Bar No. 24003157
angela.zambrano@sidley.com
Chelsea A. Priest
State Bar No. 24102375
cpriest@sidley.com
Tayler G. Bragg
State Bar No. 24109943
tbragg@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Fax: 214.981.3400

Mark D. Hopson (admitted pro hac vice)
mhopson@sidley.com
Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711

*Attorneys for Match Group, Inc. and Match Group, LLC*